# Exhibit 2



NOT FOR RELEASE, PUBLICATION OR DISTRIBUTION, DIRECTLY OR INDIRECTLY, IN OR INTO THE UNITED STATES OF AMERICA.

PRESS RELEASE

Almaty, Kazakhstan
19 April 2010

### BTA SIGNS DETAILED TERM SHEET WITH STEERING COMMITTEE

JSC BTA Bank is pleased to announce that it has agreed a detailed term sheet with its creditors' steering committee elaborating the terms of its proposed financial restructuring envisaged by the principal commercial terms sheet signed in December 2009 and the amendment to it signed last month. The detailed term sheet is not binding on any financial creditor and the restructuring will be subject to various approvals, including approval by the statutory creditors' meeting to be held in Kazakhstan. The full text of the detailed term sheet will be available on BTA's website at www.bta.kz/en/investor/ in due course.

BTA will be holding investor presentations by way of conference calls on Wednesday, 21 April 2010 at 7 a.m. and 3 p.m. (London time). Investors will be provided with details of the calls during the course of today.

**About BTA Bank**

BTA Group is a leading banking network in the CIS. BTA's partner bank network extends to Russia, Ukraine, Belarus, Georgia, Armenia, Kyrgyzstan and Turkey. BTA has representative offices in Russia, Ukraine, China and the UAE.

BTA has one of the largest branch networks in Kazakhstan (22 full branches and 230 other service locations) along with an extensive chain of ATMs (924), self-service terminals (160) and POS terminals (2,065). BTA serves about 1.2 million retail and 145,000 corporate customers.

**The information contained herein is not for publication or distribution, directly or indirectly, in or into the United States of America.  The materials do not constitute an offer of securities for sale in the United States, nor may the securities be offered or sold in the United States absent registration or an exemption from registration as provided in the U.S. Securities Act of 1933, as amended, and the rules and regulations thereunder.  There is no intention to register any portion of any offering in the United States of America or to conduct a public offering of securities in the United States of America.**

**The information contained herein shall not constitute an offer to sell or the solicitation of an offer to buy, nor shall there be any sale of any of the securities referred to herein in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration, exemption from registration or qualification under the securities laws of any such jurisdiction.**