# Exhibit 6

🏠 | Investor relations | News for Investors |

# Investor news

2013   2012   2011   2010   2009   2008   2007
February   March   April   May   June   July   August   September   October   November   December

## JSC BTA Bank Announces Results of Adjourned Bondholder Meetings and Publishes Amended and Restated Information Memorandum

26.05.2010

JSC BTA Bank (the "**Bank**") is pleased to announce that all of the resolutions relating to its Restructuring Plan were passed at each of the adjourned meetings of the Euronoteholders held on 24 May 2010, with an average aggregate approval rate for all series in excess of 99%.

The Bank has made available on its website (www.bta.kz/en/investor) an amended and restated Information Memorandum, reflecting the amendments detailed in Annex 1 of the Supplement to the Information Memorandum dated 19 May 2010.