# Exhibit 7

Investor relations    |    News for Investors    |

# Investor news

2013  2012  2011  2010  2009  2008  2007
February   March   April   May   June   July   August   September   October   November   December

## Specialized Financial Court of Almaty Approved BTA Bank Restructuring Plan

02.07.2010

Yesterday the Specialized Financial Court of Almaty approved the Restructuring Plan of BTA Bank JSC as set forth in the Information Memorandum dated May 1, 2010 as amended and supplemented on May 19, 2010 and May 27, 2010. On May 28, 2010 Claimants approved the Restructuring Plan by a 92.03% majority at the Claimants' Meeting held in Almaty.

BTA Bank's Restructuring is being conducted under the laws of the Republic of Kazakhstan on bank restructuring and was initiated on October 16, 2009 when the Court recognized the Bank's decision to restructure its financial debt as reasonable and compliant with the laws and approved in full the Bank's application to commence the restructuring.