UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTICA HOLDINGS, INC., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>SOVEREIGN WEALTH FUND SAMRUK-KAZYNA, JSC,<br><br>        Defendant. | **12-CV-8852 (JMF)** |
| ATLANTICA HOLDINGS, INC., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>BTA BANK, JSC,<br><br>        Defendant. | **13-CV-5790 (JMF)** |

## NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendants' Motion for Summary Judgment, the Defendants' Joint Statement Pursuant to Local Civil Rule 56.1 of Undisputed Material Facts in Support of Summary Judgment, the Declaration of Jason C. Vigna, dated July 2, 2019 with the Exhibits appended thereto, the Declaration of James Robertson, dated July 2, 2019, the Declaration of Robert Rauch, dated July 2, 2019, and the Declaration of Aidur Ryskulov, dated July 2, 2019, with the Exhibits appended thereto, Defendants BTA Bank JSC ("BTA Bank") and Sovereign Wealth Fund "Samruk-Kazyna" JSC ("S-K Fund"), by their undersigned counsel, will move this Court, before the Honorable Jesse M. Furman, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1105, New York, New

York, 10007, for entry of an Order granting summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure in favor of brDefendants and dismissing Plaintiffs' claims with prejudice.

Dated: New York, New York
       July 2, 2019

KATTEN MUCHIN ROSENMAN, LLP

By:   /s/ Jason C. Vigna
Bruce G. Vanyo
Jason C. Vigna
575 Madison Avenue
New York, NY 10022
(212) 940-8800

*Attorneys for Defendant BTA Bank, JSC*

Curtis, Mallet-Prevost, Colt & Mosle, LLP

By:   /s/ Jonathan J. Walsh
Joseph D. Pizzurro
Johnathan J. Walsh
101 Park Avenue
New York, New York 10178
(212) 696-6000

*Attorneys for Defendant, Sovereign Wealth
    Fund Samruk-Kazyna, JSC*