UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTICA HOLDINGS, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SOVEREIGN WEALTH FUND SAMRUK-KAZYNA, JSC,<br><br>    Defendant. | 12-CV-8852 (JMF) |
| ATLANTICA HOLDINGS, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BTA BANK, JSC,<br><br>    Defendant. | 13-CV-5790 (JMF) |

**DECLARATION OF JASON C. VIGNA IN SUPPORT
OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, JASON C. VIGNA, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of this Court and of the law firm Katten Muchin Rosenman LLP, counsel for Defendant BTA Bank, JSC ("BTA"). I respectfully make this declaration in support of the motion for summary judgment of defendants BTA and Sovereign Wealth Fund "Samruk Kazyna" JSC ("Fund SK" or "S-K Fund" and, together with BTA, "Defendants").[1]

---

[1] All capitalized terms not defined herein have the same meaning as in Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment.

2. I submit this declaration to put before the Court true and correct copies of the following documents cited in Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment:

| | |
|---|---|
| Exhibit 1 | Amended Complaint against S-K Fund, dated April 4, 2013. |
| Exhibit 2 | Amended Complaint against BTA, dated May 13, 2014. |
| Exhibit 3 | 2010 Information Memorandum, dated June 2, 2010. |
| Exhibit 4 | 2012 Information Memorandum, dated November 8, 2012. |
| Exhibit 5 | Memorandum of Understanding, dated September 21, 2009 (BTA_00080306-BTA_00080334). |
| Exhibit 6 | Summary of Key Terms and Conditions of Restructuring, dated April 18, 2010. |
| Exhibit 7 | BTA Press Release re: publishing Recovery Assets Opening Report and Updated Terms and Conditions of the Recovery Units, dated October 28, 2010 (BTA_00118309 – BTA_00118310). |
| Exhibit 8 | Terms and Conditions of the Recovery Units, as updated and released October 28, 2010 (BTA_00118311 – BTA_00118334). |
| Exhibit 9 | Base Case Model. |
| Exhibit 10 | Relevant excerpts of BTA Bank Prospectus, dated February 14, 2011 (BTA_00002982-BTA_00003675). |
| Exhibit 11 | BTA's Debt Restructuring Strategy, Dated January 10, 2012 (BTA_00342407-BTA00342429) (Favale Dep. Ex. 25). |
| Exhibit 12 | S-K Fund 2009 Separate Financial Statements. |
| Exhibit 13 | S-K Fund 2010 Separate Financial Statements. |
| Exhibit 14 | S-K 2013 Financial Statements. |
| Exhibit 15 | S-K Fund 2014 Separate Financial Statements. |
| Exhibit 16 | BTA 2010 Financial Statements. |
| Exhibit 17 | BTA Interim Condensed Consolidated Statement of Financial Position as of September 30, 2011 (BTA_00001771 - BTA_00001776). |

| Exhibit 18 | BTA 2011 Financial Statements (BTA_00002088 - BTA_00002156). |
|---|---|
| Exhibit 19 | BTA 2012 Financial Statements (BTA_00001997 - BTA_00002069). |
| Exhibit 20 | BTA 2013 Financial Statements. |
| Exhibit 21 | National Bank of the Republic of Kazakhstan, Annual Report 2009, dated December 31, 2009. |
| Exhibit 22 | National Bank of Kazakhstan Statistical Bulletin No. 4 (185) April 2010. |
| Exhibit 23 | BTA Presentation Agenda, dated August 18, 2009 (Gramercy-BTA 005982). |
| Exhibit 24 | Email from Igal Yacker (UBS) to Patrick Kiblisky, dated August 20, 2009 attaching BTA Presentation re: Update on the Restructuring Process, dated August 18, 2009 (Atlantica 000001220 – Atlantica 000001275) (Kiblisky Ex. 11). |
| Exhibit 25 | Steering Comm. Presentation, dated March 4, 2010 (LZ008205-8218). |
| Exhibit 26 | BTA Restructuring Update ("Road Show"), dated May 17-21, 2010 (BTA_00054688 - BTA_00054759). |
| Exhibit 27 | BTA Restructuring Update ("Road Show") with script, dated May 17-21, 2010 (BTA_00117217 - BTA_00117303). |
| Exhibit 28 | BTA Press Release announcing Conference Call addressing 2010 Restructuring, dated May 17, 2010 (BTA_00002834). |
| Exhibit 29 | BTA Press Release announcing approval of restructuring, dated May 28, 2010. |
| Exhibit 30 | BTA Investor Call Presentation, dated May 17, 2011 (P00001932 – P00001955). |
| Exhibit 31 | Bloomberg Investor Call Presentation Transcript, dated May 17, 2011. |
| Exhibit 32 | BTA Press Release Announcing Second Restructuring, dated December 22, 2011. |
| Exhibit 33 | BTA Press Release on Fitch Ratings, dated January 20, 2012. |
| Exhibit 34 | BTA Presentation to Creditors, dated January 2012 (BTA_00002408 – BTA_00002436). |
| Exhibit 35 | BTA Presentation for Steering Committee Meeting, dated March 19, 2012 (BTA_00324884 – BTA_00324942). |
| Exhibit 36 | BTA Statement on Asset Recovery Results for the first half of 2016, dated May 9, 2016 (Nartay Exhibit 11). |

| Exhibit 37 | Extract from the Minutes of BTA BOD Meeting, dated April 29, 2010 (Original and Translation) (BTA_00104633). |
|---|---|
| Exhibit 38 | Corporate Bank Deposit Contract No. 1489, dated May 13, 2010 (Original and Translation) (SK0002264-SK0002267). |
| Exhibit 39 | Corporate Bank Deposit Contract No. 1566 1137-u, dated December 20, 2010 (Original and Translation) (SK0002280-SK0002283). |
| Exhibit 40 | Email correspondence from Patrick Kiblisky to Claudio Khamis, dated September 22, 2009 (P00001464) (Kiblisky Exhibit 14). |
| Exhibit 41 | Email correspondence from Pamela Groom, dated March 19, 2010 (Khamis Exhibit 12). |
| Exhibit 42 | Email correspondence between Lazard and Deloitte, dated April 16, 2010 (BTA_00053506 – BTA_00053511). |
| Exhibit 43 | Email correspondence from Igal Yacher dated April 20, 2010 (Atlantica 000002357). |
| Exhibit 44 | Email correspondence from Ian Jack dated May 7, 2010 (GRAMERCY-BTA 012149). |
| Exhibit 45 | Email correspondence from Patrick Kiblisky to Claudio Khamis, dated May 18, 2011 J.P. Morgan Report (P00001753- P00001758). |
| Exhibit 46 | Email correspondence from Mathew Poe to Claudio Khamis dated June 20, 2011 (Khamis Ex. 25). |
| Exhibit 47 | Email correspondence, dated August 10, 2011, forwarding Renaissance Capital analyst report (Atlantica 000000833 – Atlantica 000000847). |
| Exhibit 48 | Email correspondence, dated August 23, 2011 (P00002547 – P00002548). |
| Exhibit 49 | Email Correspondence from Igal Yacher to Claudio Khamis dated October 4, 2011 (P00003043). |
| Exhibit 50 | Email correspondence from Patrick Kiblisky to Claudio Khamis dated October 10, 2011 (P00003039) (Khamis Exhibit 31). |
| Exhibit 51 | Email correspondence from Mathew Poe to Claudio Khamis dated November 29, 2011 (P00002795- P00002798) (Khamis Exhibit 32). |
| Exhibit 52 | Email correspondence between Claudio Khamis and Matthew Poe, dated December 29, 2011 (P00002737) (Khamis Dep. Ex. 34). |

| | |
|---|---|
| Exhibit 53 | Email correspondence between Claudio Izzo and Claudio Khamis, dated December 30, 2011 (P00007826 – P00007832) (Khamis Dep. Ex. 56). |
| Exhibit 54 | Email correspondence from Igal Yachher to Claudio Khamis and Patrick Kiblisky, dated January 6, 2012 (P00002014 – P00002015) (Khamis Dep. Ex. 57). |
| Exhibit 55 | Email correspondence, dated February 7, 2012 (BTA_00105397 – BTA_00105400). |
| Exhibit 56 | Correspondence from BTA to Milbank re: RUs, dated February 10, 2012 (BTA_00174049 – BTA__00174050). |
| Exhibit 57 | Email correspondence between White and Case and Baker re: RUs, dated April 27, 2012 (BTA_00325876 – BTA_00325883). |
| Exhibit 58 | Correspondence from BNYM to BTA re: RU Acceleration, dated April 27, 2012 (BTA_00122324 – BTA_00122325). |
| Exhibit 59 | Correspondence from Milbank, Tweed to White and Case re: RU Acceleration, dated April 27, 2012 (BTA_00174446 – BTA_00174451). |
| Exhibit 60 | Email correspondence from Patrick Kiblisky to Claudio Khamis, dated October 31, 2012 (P00002026). |
| Exhibit 61 | Email correspondence from Igal Yacher dated November 1, 2012 (P00013234-P00013240) (Khamis Exhibit 39). |
| Exhibit 62 | Email correspondence between Claudio Izzo and Claudio Khamis, dated November 8, 2012 (P00002557). |
| Exhibit 63 | Email correspondence between Claudio Khamis and Adam Silver, dated November 14, 2012 (P00000685 – P00000707). |
| Exhibit 64 | Excerpts from documents related to Plaintiffs' UBS accounts (Atlantica 000007550–Atlantica 000007568). |
| Exhibit 65 | UBS International Resource Management Account Application for Baltica (Atlantica 000007411-7412). |
| Exhibit 66 | UBS International Resource Management Account Application for Blu Funds (Atlantica 000007264-7265). |
| Exhibit 67 | Blu Funds Inc. Account Statement, dated January 2010 (Atlantica 000003533 – Atlantica 000003540). |
| Exhibit 68 | Blu Funds Inc. Account Statement, dated April 2010 (Atlantica 000003749 – Atlantica 000003756). |

| | |
|---|---|
| Exhibit 69 | Baltica Investment Holdings Inc. Account Statement, dated January, 2010 (Atlantica 000003961 – Atlantica 000003968). |
| Exhibit 70 | Baltica Investment Holdings Inc. Account Statement, dated September, 2010 (Atlantica 000004033 – Atlantica 000004042). |
| Exhibit 71 | Atlantica Holdings Inc. Account Statement, dated January 2010 (Atlantica 000002652 – Atlantica 000002663). |
| Exhibit 72 | Atlantica Holdings Inc. Account Statement, dated April 2010 (Atlantica 000002688 – Atlantica 000002701). |
| Exhibit 73 | Atlantica Holdings Inc. Account Statement, dated September 2010 (Atlantica 000002758 – Atlantica 000002773). |
| Exhibit 74 | Atlantica Holdings Inc. Account Statement, dated June 2011 (Atlantica 000002894 – Atlantica 000002909). |
| Exhibit 75 | Atlantica Holdings Inc. Account Statement, dated July 2011 (Atlantica 000002910 – Atlantica 000002923). |
| Exhibit 76 | Excerpt from Atlantica Holdings Account Statement, dated February 2012 (Atlantica 000003020-3021). |
| Exhibit 77 | Atlantica Holdings Inc. Account Statement, dated March 2012 (Atlantica 000003022 – Atlantica 000003035). |
| Exhibit 78 | Atlantica Holdings Inc. Account Statement, dated April 2012 (Atlantica 000003036 – Atlantica 000003049). |
| Exhibit 79 | UBS Trade Confirmation for Trade Date August 3, 2009 (Atlantica 000004306 – Atlantica 000004307). |
| Exhibit 80 | UBS Trade Confirmation for Trade Date August 3, 2009 (Atlantica 000003165). |
| Exhibit 81 | UBS Trade Confirmation for Trade Date September 11, 2009 (Atlantica 000003185). |
| Exhibit 82 | *BTA v. Ablyazov*, Decision of Mr. Justice Henderson in the High Court of Justice, Chancery Division, dated November 26, 2013. |
| Exhibit 83 | *BTA v. Ablyazov, et al.*, Decision of Mr. Justice Popplewell in the High Court of Justice, Queens Bench Division, dated August 8, 2014. |
| Exhibit 84 | Renaissance Capital analyst report, dated December 8, 2009 (P00000581). |

| | |
|---|---|
| Exhibit 85 | Nick Briggs, *BTA Bank to pay 85m annual 'guarantee fee' to Samruk-Kazyna related to repo transactions; senior and junior options re-tooled*, Debtwire, dated, March 17, 2010. |
| Exhibit 86 | Brookings - Why the Greek Debt Crisis is a Problem for the Entire World Economy, dated May 24, 2010. |
| Exhibit 87 | UBS Investment Research Report dated September 2, 2010 (P00002006) (Kiblisky Exhibit 23). |
| Exhibit 88 | Fitch Ratings analyst report, dated January 18, 2011. |
| Exhibit 89 | HSBC analyst report, "EMA Banks," dated March 2011 (P00003148-P00003158). |
| Exhibit 90 | White & Case Transactions Awarded Euromoney 2010 Deals of the Year, dated March 29, 2011. |
| Exhibit 91 | Auberbach Grayson and Visor analyst reports, dated May 12, 2011. |
| Exhibit 92 | Commerzbank analyst report, dated May 12, 2011. |
| Exhibit 93 | Nariman Gizitdinov, Kazakhs to Protect BTA Bank from Default, Wealth Fund Says, Bloomberg, dated July 7, 2011. |
| Exhibit 94 | Troika Report, BTA Bank, In the State We (Have to) Trust, dated September 13, 2011 (BTA_00218179- BTA_00218200). |
| Exhibit 95 | Interfax Article, Samruk-Kazyna to hammer out support measures for BTA Bank after reviewing business plan, dated November 30, 2011. |
| Exhibit 96 | Nariman Gizitdinov (Bloomberg) - Kazakh Wealth Fund Considers Aid, dated November 30, 2011. |
| Exhibit 97 | Moody's Investor services Ratings Action – Downgrade BTA, dated December 7, 2011. |
| Exhibit 98 | Interfax Article, Samruk-Kazyna rejecting BTA bankruptcy option, dated December 15, 2011. |
| Exhibit 99 | Yulianna Vilkos, *BTA Bank creditors divided over acceleration option ahead of expected coupon nonpayment and restructuring talks*, Debtwire, dated, December 29, 2011. |
| Exhibit 100 | Robin Wigglesworth, *BTA creditors gear up for restructuring battle*, Financial Times, dated January 10, 2012. |

| | |
|---|---|
| Exhibit 101 | Yulianna Vilkos, *BTA Bank creditors take to the field for second restructuring; rules of engagement have changed – sources*, Debtwire, dated, January 16, 2012. |
| Exhibit 102 | Yulianna Vilkos, BTA Bank acceleration threats quieten down as notehold - Debtwire dated January 18, 2012. |
| Exhibit 103 | Yulianna Vilkos, *BTA Bank steering committee nominees emerge; recovery-note holders working with legal advisor Milbank*, Debtwire, dated, January 24, 2012. |
| Exhibit 104 | Reuters Article, TIMELINE-Debt restructuring at Kazakh bank BTA, dated January 26, 2012. |
| Exhibit 105 | Yulianna Vilkos, *BTA Bank's recovery note holders seek pari passu treatment in restructuring, amass enough notes for acceleration*, Debtwire, dated, February 17, 2012. |
| Exhibit 106 | Bloomberg Article, Was Trump SoHo Used to Hide Part of a Kazakh Bank's Missing Millions, dated December 11, 2017. |
| Exhibit 107 | Stephen Bland, The Ablyazov Affair 'Fraud on an Epic Scale', The Diplomat, dated February 23, 2018. |
| Exhibit 108 | Relevant excerpts from Andrew Ross Sorkin, Too Big to Fail, at 5 (Penguin Books 2010). |
| Exhibit 109 | Relevant excerpts from Michael Lewis, Boomerang – Travels in the New World (W.W. Noton & Company 2011). |
| Exhibit 110 | Relevant excerpts from John C. Hull, Options, Futures and Other Derivatives 77 (6th ed. 2005). |
| Exhibit 111 | Christoph Schoefboeck Executive Profile & Biography – Bloomberg. |
| Exhibit 112 | Biography of Maarten Leo Pronk, from MarketScreener.com. |
| Exhibit 113 | Expert Report of Michael Clark, dated February 27, 2019. |
| Exhibit 114 | Expert Report of William P. Hrycay, CFA, dated February 27, 2019. |
| Exhibit 115 | Expert Report of Vikram Kapoor, dated February 27, 2019. |
| Exhibit 116 | Expert Report of Joseph J. Floyd, dated March 27, 2019. |
| Exhibit 117 | Expert Rebuttal Report of Paul Hinton, dated March 27, 2019, with All Tables, Work Papers and Summary Tables. |
| Exhibit 118 | Expert Report of Joseph R. Mason, PH.D, dated March 27, 2019. |

| | |
|---|---|
| Exhibit 119 | Amended Expert Report of Saheed A.S. Awan, dated May 3, 2019. |
| Exhibit 120 | Greece Government 10Y, accessed July 1, 2019. |
| Exhibit 121 | Deposition transcript of Anthony Romeo, dated July 14, 2016. |
| Exhibit 122 | Deposition transcript of Patrick Kiblisky, dated July 16, 2018. |
| Exhibit 123 | Deposition transcript of Claudio Khamis, dated December 6 and 7, 2018. |
| Exhibit 124 | Deposition transcript of Peter Howes, dated January 8, 2019. |
| Exhibit 125 | Deposition transcript of Marcia Favale, dated January 16, 2019 (with Errata Sheet). |
| Exhibit 126 | Deposition transcript of Zhadyra Nartay, dated January 11, 2019 (with Errata Sheet). |
| Exhibit 127 | Deposition transcript of Pavel Prosyankin, dated January 17 and 18, 2019. |
| Exhibit 128 | Deposition transcript of John Howell, dated January 18, 2019. |
| Exhibit 129 | Deposition transcript of Michael Clark, dated April 10, 2019. |
| Exhibit 130 | Deposition transcript of Vikram Kapoor, dated April 12, 2019. |
| Exhibit 131 | Deposition transcript of Saheed Awan, dated April 15, 2019. |
| Exhibit 132 | Deposition transcript of William Hrycay, dated April 16, 2019 (with Errata Sheet). |
| Exhibit 133 | Deposition transcript of Keith A. Palzer, dated May 2, 2019. |
| Exhibit 134 | Declaration of Francis Fitzherbert-Brockholes Dkt. No. 18, dated May 6, 2013. |
| Exhibit 135 | Declaration of Talgat Sarsenbayev. |
| Exhibit 136 | Email correspondence from Patrick Kiblisky to Nicolas Bergengruen, dated April 23, 2012 (Atlantica 000001007) (Khamis Dep. Ex. 47). |
| Exhibit 137 | Deposition transcript of Igal Yacher, dated July 17, 2018. |
| Exhibit 138 | Email correspondence from M. Bark-Jones, dated May 10, 2010 (BTA_00017708-BTA_00017711). |
| Exhibit 139 | BTA Press Release, *BTA Bank appoints UBS as additional financial adviser*, Debtwire (April 9, 2009). |

| Exhibit 140 | Deposition transcript of Guillermo Ide, dated July 17, 2018. |
| Exhibit 141 | Nariman Gizitdinov, *BTA CEO Comments on Bank Debt Restructuring Reports*, dated November 26, 2011 (cited in Hrycay Report ¶83). |

3. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   July 2, 2019
               New York, New York

                                                      /s/ Jason C. Vigna
                                                        Jason C. Vigna