# Exhibit 34

# #715 Timur Kulibaev



**REAL TIME NET WORTH**

as of 3/8/19

**$3.2B**

- In 1992, Timur Kulibaev created the company Altyn Alma to engage in financial and investment activities; it later morphed into Almex LLP.

- An investment in mobile service paid off in 2004, when a company he controlled sold Kar-Tel, operating in Kazakhstan, to VimpleCom for $350 million.

- In 2014, he sold Altynalmas Gold to Polymetal, part-owned by Russian billionaire Alexander Nesis, for cash and company shares.

- Kulibaev and his wife, Dinara, own a majority stake in Halyk Bank of Kazakhstan. It is their most valuable holding.

- Forbes assumes all of Kulibaev's assets are owned 50/50 with Dinara, giving them equal net worth.

**ON FORBES LISTS**

## STATS

| | |
|---|---|
| AGE | 52 |
| SOURCE OF WEALTH | banking, Self Made |
| RESIDENCE | Almaty, Kazakhstan |
| CITIZENSHIP | Kazakhstan |
| MARITAL STATUS | Married |
| CHILDREN | 3 |
| EDUCATION | Bachelor of Arts/Science, Moscow State University |

## DID YOU KNOW

Timur Kulibaev, who has been known to deploy layers of offshore entities in transactions, is the son-in-law of Kazakhstan president Nursultan Nazarbaev.

## NET WORTH OVER TIME

$2.7B   Billionaires
         March 2008

## CONNECTIONS

**Lakshmi Mittal**          **Dinara Kulibaeva**

## NEWSWORTHY

8,298 views | Apr 20, 2011

### In Pictures: Former Royal Residences



12,742 views | Oct 3, 2018

### LinkedIn Cofounder Reid Hoffman On His Billion-Dollar Impact Investing Bet

By **Aislinn Murphy** Contributor



52,992 views | Sep 4, 2018

### Jeff Bezos Is $1.8 Billion Richer As Amazon's Market Cap Briefly Hits $1 Trillion

By **Lauren Debter** Forbes Staff



11,236 views | Aug 7, 2018

### Nigerian Beverage Company AJEast Raises $50 Million

By **Mfonobong Nsehe** Contributor



2,934 views | Aug 7, 2018

## How African Big Businesses Can Navigate The American 'Beltway' Of Influence - Potomac Partners

By **Mfonobong Nsehe**  Contributor

53,607 views | Aug 6, 2018

## IBM's HR Chief Shares Best Advice On The Future Of Work

By **Zack Friedman**  Senior Contributor

29,891 views | Aug 3, 2018

## Elon Musk Says Tesla Has A Blazingly Fast Onboard Computer To Aid Autopilot

By **David Silver**  Contributor

4,317 views | Aug 2, 2018

## How FinTech Firm MyBucks Plans To Offer Access And Financial Inclusion To Africa's Unbanked

12,732 views | Aug 2, 2018

# How To Avoid These 5 Biggest Financial Regrets

By **Zack Friedman** Senior Contributor



24,182 views | Aug 1, 2018

# Africa's Richest Woman Snubs State Prosecutors

By **Mfonobong Nsehe** Contributor



More Articles

# Forbes

© 2019 Forbes Media LLC. All Rights Reserved.

AdChoices   Privacy Statement   Terms and Conditions   Contact Us   Send Us Feedback
Jobs At Forbes   Reprints & Permissions   Forbes Press Room   Forbes Quote of the Day   Advertise