UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ATLANTICA HOLDINGS, INC, et al.,                   :
:
                              Plaintiffs,    :            12-CV-8852 (JMF)
:
     -v-                                     :
:
SOVEREIGN WEALTH FUND SAMRUK-KAZYNA    :
JSC,                                       :
:
                              Defendant.     :
:
-------------------------------------------------------------------X
:
ATLANTICA HOLDINGS, INC, et al.,                   :
:
                              Plaintiffs,    :            13-CV-5790 (JMF)
:
     -v-                                     :
:
BTA BANK JSC,                              :            <u>ORDER</u>
:
                              Defendant.     :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the COVID-19 public health crisis, Court personnel are working remotely and have limited access to materials kept in Chambers. Accordingly, the parties are hereby ORDERED, no later than **May 15, 2020**, to file electronically all materials relating to the pending motions currently filed under seal or in redacted form in the manner described in Section 6 of the updated Electronic Case Filing Rules and Instructions ("ECF Rules"), available at http://nysd.uscourts.gov/rules/ecf-related-instructions. Because the materials have already been filed publicly in redacted form, the parties need file the materials only once, "as a proposed sealed document in un-redacted form, with the redactions highlighted." ECF Rules § 6.8.

       SO ORDERED.

Dated: May 7, 2020                     _____
       New York, New York                     JESSE M. FURMAN
                                          United States District Judge