**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ATLANTICA HOLDINGS, INC., et al., | Case No. 1:12-cv-8852 (JMF) |
| Plaintiffs, | |
| -against- | **NOTICE OF APPEAL** |
| SOVEREIGN WEALTH FUND SAMRUK-KAZYNA, JSC, | |
| Defendant. | |
| ATLANTICA HOLDINGS, INC., et al., | Case No. 1:13-cv-5790 (JMF) |
| Plaintiffs, | |
| -against- | |
| BTA BANK JSC, | |
| Defendant. | |

Notice is hereby given that Plaintiffs Atlantica Holdings, Inc., Baltica Investment Holding, Inc. and Blu Funds, Inc. appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the Honorable Jesse M. Furman entered August 5, 2020 (Dkt. No. 266) and Judgment (Dkt. No. 267) entered August 6, 2020 in Case No. 1:12-cv-8852 (JMF), and the Opinion and Order of the Honorable Jesse M. Furman entered on August 5, 2020 (Dkt. No. 214) and Judgment (Dkt. No. 215) entered on August 6, 2020 in Case No. 1:13-cv-5790 (JMF) that granted Defendants' Motion for Summary Judgment and dismissed Plaintiffs' claims pursuant to Fed. R. Civ. P. 56.

Dated: New York, New York
August 25, 2020

                            COZEN O'CONNOR

                            Martin S. Bloor
                            Matthew L. Elkin
                            277 Park Avenue
                            New York, NY 10172
                            (212) 883-4900

                            *Attorneys for Plaintiffs Atlantica Holdings, Inc., Baltica Investment Holdings, Inc., and Blu Funds, Inc.*

TO:    Counsel for Sovereign Wealth Fund Samruk-Kazyna, JSC
        (VIA CM/ECF)

        Counsel for BTA Bank JSC
        (VIA CM/ECF)