# *Exhibit 123*

# In the Matter Of:

## Atlantica Holdings, Inc. v.
## Sovereign Wealth Fund

---

## Claudio Khamis
## December 6, 2018
## Confidential

---



Page 1

```
 1
 2     * * * * * C O N F I D E N T I A L * * * * *
 3
 4   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 5   - - - - - - - - - - - - - - - - - X
 6   ATLANTICA HOLDINGS, INC.,
     BALTICA INVESTMENT HOLDINGS,
 7   INC., BLU FUNDS, INC., ALLAN
     KIBLISKY, ANTHONY KIBLISKY, and
 8   JACQUES GLIKSBERG,
                   Plaintiffs,        Index No.:
 9                                     12-CV-8852
             - against -              (JMF)
10
     SOVEREIGN WEALTH FUND
11   "SAMRUK-KAZYNA" JSC,
12   a/k/a "National Welfare Fund
     'Samruk-Kazyna,'"
13                  Defendants.
14   - - - - - - - - - - - - - - - - - X
15
     ATLANTICA HOLDINGS, INC.,
16   BALTICA INVESTMENT HOLDINGS,
     INC., BLU FUNDS, INC., ALLAN
17   KIBLISKY, ANTHONY KIBLISKY, and
     JACQUES GLIKSBERG,
18                  Plaintiffs,       Index No.:
                                       13-CV-5790
19           - against -             (JMF)
20   BTA BANK, JSC,
21                  Defendant.
22   - - - - - - - - - - - - - - - - - X
23
24                      101 Park Avenue
                        New York, New York
25                      December 6, 2018
```

Page 2

```
 1
 2        EXAMINATION BEFORE TRIAL OF CLAUDIO
 3   KHAMIS, a Plaintiff herein, taken by an attorney
 4   for the Defendants, pursuant to Federal Rule of
 5   Civil Procedure 30(b)(6), held at the above
 6   place and time before Apryl S. Montero, a Court
 7   Reporter and Notary Public within and for the
 8   State of New York.
 9
10                      -oOo-
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2
 3                   A P P E A R A N C E S
 4   COZEN O'CONNOR
          Attorneys for the Plaintiffs
 5
          277 Park Avenue
 6        New York, New York 10172
          (212) 883-4900
 7
          BY:    MARTIN S. BLOOR, ESQ.
 8               mbloor@cozen.com
 9
10
11   THE LAW OFFICES OF DAVID LITTLETON
          Attorneys for the Plaintiffs
12
          1750 K Street NW
13        Washington, DC 20006
          (202) 256-1914
14
          BY:    DAVID LITTLETON, ESQ.
15               david@rowhousecap.com
16
17
18   CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
          Attorneys for the Defendant Sovereign
19        Wealth Fund "Samruk-Kazyna" JSC
20        101 Park Avenue
          New York, New York 10178
21        (212) 696-6000
22        BY:    JONATHAN J. WALSH, ESQ.
               jwalsh@curtis.com
23
               ALYSSA J. ASTIZ, ESQ.
24             aastiz@curtis.com
25             CLARK ORR, Paralegal
```

Page 4

```
 1
 2   KATTENMUCHINROSENMAN LLP
          Attorneys for the Defendant BTA Bank, JSC
 3
          2029 Century Park East -- Suite 2600
 4        Los Angeles, California 90067-3012
          (310) 788-4582
 5
          BY:    JASON VIGNA, ESQ.
 6               stuart.richter@kattenlaw.com
 7
 8
 9
10        A L S O    P R E S E N T
11
12
13   ZHADYRA NARTAY, BTA Bank
14
15   JUAN TORRES, Legal Videographer
16
17                      -oOo-
18
19
20
21
22
23
24
25
```

Page 5

```
1
2    ---------------- I N D E X ----------------
3    EXAMINATION BY                      PAGE
4    Mr. Walsh                           11
5
6    -------------- E X H I B I T S --------------
7    C. KHAMIS                           PAGE
8    1      Notice                       9
9    2      Notice                       24
10   3      Notice                       24
11   4      Email                        70
12   5      Email                        77
13   6      Email                        78
14   7      Email                        84
15   8      Email                        87
16   9      Market report                87
17   10     Email                        104
18   11     UBS statement                104
19   12     Email                        116
20   13     Letter                       136
21   14     Affidavit                    136
22   15     Affidavit                    136
23   16     Affidavit                    136
24   17     UBS statement                146
25   18     UBS statement                162
```

Page 6

```
1
2    -------------- E X H I B I T S --------------
3    C. KHAMIS                           PAGE
4    19     UBS Statement                173
5    20     UBS Statement                173
6    21     UBS Statement                173
7    22     UBS Statement                173
8    23     Email                        185
9    24     Amended complaint            218
10   25     Email                        222
11   26     UBS statement                236
12   27     Email                        239
13   28     Troika report                241
14   29     Email                        247
15   30     Email                        252
16   31     Email                        253
17   32     Email                        266
18   33     Email                        268
19   34     Email                        269
20   35     Email                        271
21   36     Email                        272
22   37     Email                        273
23   38     Email                        275
24
25
```

Page 7

```
1
2    ------ QUESTIONS DIRECTED NOT TO ANSWER ------
3                                        PAGE    LINE
4    Was there a tax benefit to          42      4
     setting this company up in
5    Panama?

6    Did you include any of these        298     19
     other statements?  Did you ask
7    Mr. Jaffe to include any of
     these other statements you
8    just referred to --

9    Did you ever go to Mr. Jaffe        300     8
     and say I have other
10   allegations that I want to
     allege against SK Fund, I want
11   to amend the complaint a
     second time?

12   Mr. Khamis, are you hoping to       308     12
     settle the Tristan Oil case
13   and the BTA case together?

14
15
16
17   -------------- R E Q U E S T S --------------
18                                       PAGE    LINE
19   Name of independent counsel         144     8

20   Sharing agreement                   306     13
21
22                   -o0o-
23
24
25
```

Page 8

```
1
2      S T I P U L A T I O N S
3
4    IT IS HEREBY STIPULATED AND AGREED by and
5    between the attorneys for the respective parties
6    hereto that filing and sealing be and the same
7    are hereby waived.
8    IT IS FURTHER STIPULATED AND AGREED that
9    all objections, except as to the form of the
10   question, shall be reserved to the time of the
11   trial.
12   IT IS FURTHER STIPULATED AND AGREED that
13   the within examination may be signed and sworn
14   to before any Notary Public with the same force
15   and effect as though signed and sworn to before
16   this Court.
17
18     -o0o-
19
20
21
22
23
24
25
```

Page 9

```
 1
 2      (Whereupon, Khamis Exhibit Number 1,
 3   a notice, was marked for identification
 4   as of this date.)
 5      THE VIDEOGRAPHER: The time is
 6   9:40 a.m. on December 6, 2018, and this
 7   begins media number 1 of the video
 8   deposition of Mr. Claudio Khamis in the
 9   matter Atlantica Holdings, Inc., et al.
10   Versus Sovereign Health -- Sovereign
11   Wealth Fund, also Atlantica Holdings,
12   Inc., et al, versus BTA Bank, JSC.
13      My name is Juan Torres, and I am the
14   senior legal video specialist with
15   Lexitas.  The court reporter is Apryl.
16      Will counsel please introduce
17   themselves, beginning with the parties
18   noticing this proceeding?
19      MR. WALSH: Good morning.  This is
20   Jonathan Walsh, Curtis, Mallet-Prevost,
21   Colt & Mosle, LLP.  I represent
22   Samruk-Kazyna, defendant Samruk-Kazyna.
23   With me today are Alyssa Astiz and Clark
24   Orr, also from Curtis.
25      MR. VIGNA: Jason Vigna of
```

Page 10

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   KattenMuchinRosenman LLP, representing
 3   defendant BTA Bank, JSC.
 4      MR. BLOOR: Martin Bloor from Cozen
 5   O'Connor, representing plaintiffs.
 6      MR. LITTLETON: David Littleton from
 7   The Law Offices of David L. Littleton,
 8   plaintiff
 9      THE VIDEOGRAPHER: Will the court
10   reporter please swear in the witness?
11      C L A U D I O  K H A M I S,
12   The witness herein, having been duly
13   sworn or affirmed by Apryl S. Montero, a Notary
14   Public within and for the State of New York, was
15   examined and testified as follows:
16      THE REPORTER: Please state your
17   name for the record.
18      THE WITNESS: Claudio Khamis.
19      THE REPORTER: Please state your
20   current address for the record
21      THE WITNESS: Give me one second.
22      (N.B.  34 Cuckoos Knob, Oak Cottage,
23   Wootton Rivers, Marlborough, Wiltshire,
24   United Kingdom, SN8 4NR.)
25      MR. WALSH: We can do that off the
```

Page 11

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   record.  If there's any issues with
 3   spellings, we can do it off the record.
 4      THE WITNESS: Okay.  I don't
 5   pronounce too well.
 6      EXAMINATION
 7      BY JONATHAN WALSH, ESQ.:
 8   Q.  Good morning, Mr. Khamis.
 9   A.  Good morning.
10   Q.  My name is Jon Walsh.
11   A.  I know, Jon.
12   Q.  We've met before; correct?
13   A.  Yes.
14   Q.  Just at the mediation a few days ago?
15   A.  Yes.
16   Q.  That was the only time we've met?
17   A.  Probably.
18   Q.  Have you ever sat for a deposition
19   before?
20   A.  No.
21   Q.  Let me explain some of the ground
22   rules.  If you have any questions about the
23   ground rules, please let me know.  The most
24   important ground rule is to let me finish my
25   question before you begin your answer.  That
```

Page 12

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   allows the court reporter to have a complete
 3   record.
 4   If you don't understand my question, let me
 5   know, I can rephrase.
 6   Your lawyer may object to the form of my
 7   questions.  Let him object, and I'll respond
 8   accordingly.
 9   If you need a break at any time, let us
10   know, we'll off the record, if you need to use
11   the bathroom or get coffee.
12   Mr. Khamis, what did you do to prepare for
13   today's deposition?
14   A.  Talked to my lawyers.
15   Q.  And who are those lawyers?
16   A.  Martin Bloor, Mike Deloo [phonetic],
17   David Littleton.
18   Q.  And how long did you meet with the
19   lawyers to prepare?
20   A.  I don't have an exact recollection of
21   time, but -- I mean, during the last two days
22   when we were doing work for the case and also
23   preparation.
24   Q.  And did they show you documents to
25   prepare you for today's deposition?
```

Case 1:12-cv-08852-JMF   Document 271-40   Filed 08/26/20   Page 6 of 278

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

Page 13

```
 1      CONFIDENTIAL -- Claudio Khamis
 2 A.  Yeah, we reviewed some documents.
 3 Q.  What were those documents?
 4      MR. BLOOR: And you can describe
 5 generally what those documents were.
 6 A.  Some emails, the complaint and the
 7 amended complaint, those documents.
 8 Q.  And what were the emails? Were they
 9 emails from several years ago or more recent
10 emails?
11 A.  No. They were emails from several
12 years ago, I think, yes.
13 Q.  And was there anything else that you
14 did to prepare for today's deposition, other
15 than meeting with the lawyers in the last few
16 days?
17 A.  No.
18 Q.  I'm going to show you what's been
19 marked as Khamis Exhibit 1. That's the notice
20 for today's deposition. We've noticed a
21 corporate representative deposition under the
22 rules here in the United States.
23 Have you seen this document before?
24 A.  These are the 40 topics?
25 Q.  Correct.
```

Page 14

```
 1      CONFIDENTIAL -- Claudio Khamis
 2 A.  Yes.
 3 Q.  When did you see this document?
 4 A.  I guess at the time you submitted it.
 5 Not recently.
 6 Q.  And do you understand that you're
 7 testifying today on behalf of the plaintiff,
 8 Atlantica Holdings?
 9 A.  My understanding is today I'm going to
10 be testifying only on behalf of the three
11 plaintiffs.
12 Q.  Today, just so you know how I've
13 organized today and tomorrow, I'm going to start
14 with the Atlantica Holdings deposition, and I'll
15 let you know when we transition to Baltica and
16 Blu, but today I want to focus on the Atlantica
17 deposition.
18 So you understand that you're testifying
19 today on behalf of Atlantica?
20 A.  There is an issue with that. Can I
21 make it clear?
22 Q.  Sure.
23 A.  The three entities do the same stuff.
24 They are all controlled by me, so it's all the
25 same.
```

Page 15

```
 1      CONFIDENTIAL -- Claudio Khamis
 2 Q.  Okay. So you're testifying on behalf
 3 of all three?
 4 A.  I think so.
 5 Q.  And do you understand that you took an
 6 oath when we started today?
 7 A.  Yes.
 8 Q.  And that you swore to tell the truth
 9 in this deposition?
10 A.  Yes.
11 Q.  And is there any reason you cannot
12 testify truthfully today?
13 A.  No.
14 Q.  Are you under the influence of any
15 medications?
16 A.  I take some medication. I'm not sure
17 if I'm under the influence.
18 Q.  Do you take any medications?
19 A.  Yes, I do.
20 Q.  What medications did you take?
21 A.  I take for the thyroid --
22 Q.  For thyroid?
23 A.  Yes. I take -- Finasteride -- I take
24 a lot of other medications
25 Q.  We'll get the spellings during the
```

Page 16

```
 1      CONFIDENTIAL -- Claudio Khamis
 2 break
 3 And what are those medications for?
 4 A.  Hormonal balance.
 5 Q.  And do those medications affect your
 6 memory or ability to testify?
 7 A.  I don't know if there's any
 8 correlation between those medications and my
 9 memory.
10 Q.  Do you have any reason to believe that
11 they would affect your ability to testify
12 truthfully?
13 A.  No. no.
14 Q.  And is there any other medication that
15 you take that you haven't mentioned?
16 A.  Vitamins.
17 Q.  And what did you do, besides meeting
18 with the lawyers, to testify on behalf of all
19 three plaintiffs? Did you do any additional
20 preparation with respect to these topics?
21 A.  No.
22 Q.  When did you first make the decision
23 to bring a case against the Sovereign Wealth
24 Fund?
25 A.  I don't recollect exactly the dates,
```

Page 17

```
 1     CONFIDENTIAL -- Claudio Khamis
 2  but they were after the 2012 restructuring, when
 3  we knew the terms of the 2012 restructuring and
 4  the implications of the 2012 restructuring.
 5  Q.  When you say we, who are you referring
 6  to?
 7  A.  Me and my ego.
 8  Q.  Your --
 9  A.  Ego.  I tend to speak out.  When I say
10  about we --
11  Q.  Is English your first language or your
12  second?
13  A.  No.  It's not.
14  Q.  It's your second language.
15  A.  At the most, second language.
16  Q.  But you understand --
17  A.  I understand English, and I try to
18  express in English the best possible.
19  Q.  And did you engage counsel when you
20  made the decision to sue the Sovereign Wealth
21  Fund?  Did you hire a lawyer?
22  A.  Yes.  I couldn't understand not to
23  hire -- not to engage into legal activity
24  without a lawyer.
25  Q.  Who did you hire?
```

Page 18

```
 1     CONFIDENTIAL -- Claudio Khamis
 2  A.  I think the name of the firm was Cohen
 3  & Gresser.
 4  Q.  And what was the name of the lawyer?
 5  A.  Brett Jaffe.
 6  Q.  And do you recall when --
 7  A.  No.  I don't recall exact dates.
 8  Q.  The case was filed at the end of
 9  December 2012.
10  Do you know if it was around that time that
11  you hired Mr. Jaffe?
12  A.  No.  It was prior to that.
13  Q.  How much prior?
14  A.  I don't know.  I don't remember that.
15  Q.  I'm not going to ask you to disclose
16  your conversations with Mr. Jaffe, but can you
17  tell me whether you collected documents for
18  purposes of bringing the action?  Did you
19  collect documents related to this case?
20  A.  Everything that I collected at the
21  time was submitted to Mr. Jaffe.  I don't -- I
22  don't have an account for so many years later.
23  That's what I would have to say about it.
24  Q.  And how did you go about collecting
25  documents?
```

Page 19

```
 1     CONFIDENTIAL -- Claudio Khamis
 2  A.  I was following his instructions,
 3  basically.
 4  Q.  And did you search your emails for
 5  documents?
 6  A.  Sure.
 7  But the emails search was done at the time
 8  of discovery.  We didn't -- the preparation for
 9  the litigation -- I don't have clear
10  recollections about the dynamics of it.  I mean,
11  there was -- we did an analysis on -- on the
12  facts that we had available at the time.  We
13  didn't have all the facts available, and at that
14  time, we kept on having facts on this case until
15  probably today.  So -- so it's -- it's hard to
16  identify a specific tranche or how it worked at
17  the time.
18  Q.  Let me go back to the emails.
19  Do you have an email account?
20  A.  Yes.
21  Q.  And what is the email account?
22  A.  It's a hotmail account.
23  Q.  Claudiokhamis@hotmail.com?
24  A.  Correct.
25  Q.  And did you search that account for
```

Page 20

```
 1     CONFIDENTIAL -- Claudio Khamis
 2  documents related to this case?
 3  A.  Yes.
 4  Q.  And do you recall when you did that?
 5  A.  At the time of discovery we did a very
 6  exhaustive search.
 7  Q.  How did you go about doing that
 8  search?
 9  A.  I was following the instructions of my
10  lawyer at the time, and it was through searches,
11  and I got the assistance of a technician,
12  informatic technician.  I'm not very good at
13  transferring data from one place to another or
14  setting it up so it can be emailed or printed.
15  This was about it.
16  Q.  And did you use search terms to find
17  responsive documents?
18  A.  Sure, sure.
19  Q.  What search terms?
20  A.  I don't recall all of them, but were
21  all the search terms regarding the entities, all
22  the search terms I think I was asked about my
23  other investments, so I put all my other
24  investments that I had in my portfolio.  I don't
25  recall more specifics about.
```

Page 21

```
1      CONFIDENTIAL -- Claudio Khamis
2  Q.  Did you search for the word BTA?
3  A.  Sure.
4  Q.  And did you collect all documents that
5  were responsive --
6  A.  Yeah, sure, sure, sure.
7  Q.  It is hard, but let me finish.  I know
8  it's very easy to be quick to answer, but let me
9  finish so we have the right record.
10      How many documents had the word BTA in it?
11 A.  I don't recall.
12 Q.  Is there a record of the results of
13 that search?
14 A.  No.  It's what we sent to our lawyer.
15 My lawyer was the one in charge of selecting
16 which of those documents were privileged, which
17 not, and . . .
18 Q.  And was that Mr. Jaffe?
19 A.  Yeah.
20 Q.  And did you have to, at some point,
21 supplement the production, go back and look for
22 more documents?
23 A.  I don't recall that.  I think that we
24 produced everything at one time.
25 Q.  Is that hotmail account the only email
```

Page 22

```
1      CONFIDENTIAL -- Claudio Khamis
2  account that you have?
3  A.  Active, yes.
4  I have a subscription to gmail account that
5  I don't use.
6  Q.  Do you use the hotmail account for all
7  of your investment --
8      MR. BLOOR: Let him finish.
9  Q.  -- for all of your investment
10 activities?
11 A.  Yes.
12 Q.  And you use it for everything.
13 And do you have a UBS electronic account?
14 A.  No.
15 Q.  Is UBS one of your brokerage accounts?
16 A.  You're talking to me as a personal or
17 as an entity?
18 Q.  Fair question.
19 So you have three entities Atlantica,
20 Baltica, and Blu, where you are the majority
21 owner, sole owner, correct?
22 A.  Correct.  Beneficiary.
23 Q.  Beneficiary owner, correct.  Do you --
24 Do those companies have accounts at UBS?
25 A.  Yes.
```

Page 23

```
1      CONFIDENTIAL -- Claudio Khamis
2  Q.  And do they continue to have accounts
3  at UBS?
4  A.  Yes.
5  Baltica, I think hasn't had movement in a
6  long time.  I don't know whether it's still open
7  or not.
8  Q.  And when you go --
9  Do you use online services for UBS?
10 A.  No.
11 Q.  You only have paper copies of your
12 account statements?
13 A.  Yes.
14 Q.  And do you keep paper copies of your
15 account statements?
16 A.  Used to keep.
17 There was a lot of problems with the mail,
18 so we kept on missing paper.  At some point in
19 time I was reviewing them thoroughly.  Since
20 many -- since a very long time, I don't do that
21 anymore, because I never found an inconsistency
22 in terms of commissions charged or pricing or
23 whatever.  It was, has been impeccable for all
24 the history of the relationship
25      THE WITNESS: Sorry, can I ask you
```

Page 24

```
1      CONFIDENTIAL -- Claudio Khamis
2  for water?
3      MR. WALSH: Why don't we take a
4  break.
5      THE VIDEOGRAPHER: The time is 9:54.
6  We are going off the record.
7      (Whereupon, a discussion was held
8  off the record.)
9      (Whereupon, Khamis Exhibit Number 2,
10 a notice, was marked for identification
11 as of this date.)
12      (Whereupon, Khamis Exhibit Number 3,
13 a notice, was marked for identification
14 as of this date.)
15      THE VIDEOGRAPHER: The time is
16 10:01 a.m.  We are back on the record.
17 Q.  Mr. Khamis, I'm going to show you
18 what's been marked as Exhibits 2 and 3.  These
19 are the notices for the depositions of Baltica
20 and Blu Funds.
21 A.  These are the ones that came at the
22 same time like the other ones with the same 40
23 topics?
24 Q.  Yes.
25 And you're here to testify today on behalf
```

Page 25

```
1      CONFIDENTIAL -- Claudio Khamis
2   of Baltica and Blu Funds as well?
3   A.  Correct.
4   Q.  And you understand that your testimony
5   is binding on Baltica and Blu Funds?
6   A.  Sure.
7   Q.  Can you tell me where you live,
8   currently?  Is it in Chile?
9   A.  I'm domiciled in the UK, and I keep on
10  traveling, mostly to Europe and South America,
11  the United States, for business purposes.
12  And I have a daughter in Chile that I go
13  and see every three weeks, four weeks at the
14  most, so I'm permanently going to visit my
15  daughter.
16  Q.  Where in the UK are you domiciled?
17  A.  The address that I told you.
18  Q.  Which city?
19  A.  Wiltshire.
20  Q.  And how long have you live in
21  Wiltshire?
22  A.  I have been living in Wiltshire for
23  the last three years, two years and a half or
24  something like this.
25  Q.  And is it a house or an apartment?
```

Page 26

```
1      CONFIDENTIAL -- Claudio Khamis
2   A.  It's a -- it's an apartment.
3   Q.  And do you own the apartment --
4   A.  No. It's rented.
5   Q.  You rent, and do you have any other
6   properties that you own or lease?
7   A.  That I own or lease?  I own properties
8   in Chile and other place
9   Q.  And how many properties do you own in
10  Chile?
11  A.  Directly or indirectly?
12  Q.  Either.
13  A.  I don't know.  More -- more -- it's a
14  lot of properties.
15  Q.  And are there records that show how
16  many properties you own?
17  A.  Excuse me?
18  Q.  Are there records that show how many
19  properties you own?
20  A.  What do you mean?  I don't understand
21  the question.
22  Q.  Do you have deeds of trust?  Do you
23  have documents that you show that you are the
24  owner of these properties?
25  A.  Yes.
```

Page 27

```
1      CONFIDENTIAL -- Claudio Khamis
2   Q.  And do you know the approximate value
3   of the properties that you own in Chile?
4   A.  No.
5   Q.  Is it more than $10 million?
6   A.  Yes.
7   Q.  Is it more than $50 million?
8   A.  I don't know.
9   Q.  Are there records that show how much
10  these properties are worth?
11  A.  No.
12  Q.  Are there other properties outside of
13  Chile that you own, either directly or
14  indirectly?
15  A.  There are properties that -- that I
16  own in other emerging markets.
17  Q.  Where?
18  A.  I don't have the recollection, precise
19  recollection.
20  Q.  And what is the approximate value of
21  those properties?
22  A.  I don't have a recollection also.
23  I don't value properties.  Those are
24  illiquid assets that have been bought during the
25  last 25 years.  I recall one sale of a little
```

Page 28

```
1      CONFIDENTIAL -- Claudio Khamis
2   property in Chile, and that's it.  So we are not
3   interested in marketing, to market or value
4   them.  It's not -- it's not what I do.
5   Q.  Do you know how many properties you
6   own?
7   A.  No.  I don't.
8      MR. BLOOR: And just to clear, are
9   you talking about him personally, or the
10  entities that he's here testifying?
11  Q.  Well, let's start with you personally
12  Mr. Khamis
13  Is it more than 100 properties that you
14  own?
15  A.  I don't think so.
16  Q.  Is it more than 10?
17  A.  Yes.
18  Q.  Is it more than 50?
19  A.  I don't know.
20  Q.  Today you don't know how many
21  properties you own?
22  A.  No.  I don't.
23  Q.  And you don't know how much they are
24  worth?
25  A.  No.
```

Page 29

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  Q.  What is your approximate net worth,
 3  Mr. Khamis?
 4  A.  It's hard to determine, because some
 5  of the assets, I don't keep track of valuations,
 6  but it would be anywhere in the range of 3- to
 7  500 million. but this is not my personal net
 8  worth.  This the net worth of the entities added
 9  to my personal net worth.
10  Q.  And what entities are those?
11  A.  All the entities that are the
12  plaintiffs.
13  Q.  So let's take Atlantica.
14  What is the approximate value of the assets
15  that Atlantica holds?
16      MR. BLOOR: Objection to form.
17  Go ahead.
18  A.  I don't have a clear.  I would have to
19  call UBS and see what it's -- what is there, the
20  value of the account.
21  Q.  Does Atlantica hold any other assets
22  that are outside of that UBS account?
23  A.  Yes.
24  Q.  And what does it hold?
25  A.  It holds an investment in a
```

Page 30

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  pharmaceutical company in the Middle East.
 3  Q.  What is the name of that company?
 4  A.  Rameda.
 5  Q.  And is that the only other asset,
 6  outside of UBS, that Atlantica holds?
 7  A.  To the best of my recollection, yes.
 8  One more time, I don't keep a recollection
 9  of all the assets that are out there or having
10  invested in.
11  Q.  And what about Blu Funds?  Does Blu
12  Funds have any assets?
13  A.  It's the same.  It's the same case as
14  Atlantica.
15  Q.  Understood, but do they hold assets
16  outside of the UBS account?
17  A.  Not to my recollection at the moment.
18  Q.  So are you able to calculate your own
19  net worth outside of the entities?
20  A.  No, no.
21  Q.  And what are the other entities, that
22  we haven't talked about, that you have a
23  beneficial ownership in or interest in?
24      MR. BLOOR: Objection.
25  Q.  Let's take one piece at a time.
```

Page 31

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  Can you tell me the other entities, besides
 3  Atlantica, Baltica, and Blu, where you are the
 4  beneficial owner?
 5  A.  This is something I don't manage
 6  myself.  I have a person that does overseeing
 7  all the investments that I hold.
 8  Q.  And what is the name of that person?
 9  A.  Alva --
10  Q.  We'll get the spelling during the
11  break.
12  And does that individual know the value of
13  your holdings?
14  A.  No.  If I don't know it, how could he
15  know?
16  Q.  Do you have --
17  Is he an accountant?
18  A.  No.
19  Q.  What is his position?
20  A.  He is a person that manages companies
21  and investments globally for people that have, I
22  guess, investments in many countries.
23  Q.  Is he an investment advisor?
24  A.  No.
25  Q.  Does he work for a company or for
```

Page 32

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  himself individually?
 3  A.  I think he's in the process of setting
 4  up his own company.
 5  Q.  Where he is located?
 6  A.  In the UK
 7  Q.  In Wiltshire?
 8  A.  No.
 9  Q.  Where is he located, in London?
10  A.  In London.
11  Q.  And do you have an accountant that
12  manages all of your holdings?
13  A.  No.
14  Q.  Who prepares your taxes?
15  A.  In the places where there is income
16  taxes, local accountants.
17  Q.  So in the UK. do you have a UK
18  accountant?
19  A.  Yes.
20  Q.  And what is his name?
21  A.  David.
22  Q.  And what is his last name?
23  A.  I don't know it.
24  Q.  And do you have records that show what
25  David's last name is?
```

Page 33

1    CONFIDENTIAL -- Claudio Khamis
2  A.  No.
3  Q.  And do you have an accountant here in
4   the US?
5  A.  No.
6  Q.  Do you have an accountant in Chile?
7  A.  Yes.
8  Q.  What is his name?
9  A.  Marcello Salgado.
10  Q.  How long has he worked for you?
11  A.  He worked for me -- I don't know how
12   many years -- until 2010, and then he began
13   working again for me a few months ago.
14  Q.  And does Mr. Delgado know how much
15   your properties in Chile are worth?
16  A.  Salgado.
17  Q.  Does Mr. Salgado know how much your
18   properties in Chile are worth?
19  A.  As I mentioned, Mr. Walsh, properties
20   are booked in the accounting at book value.  I
21   don't know, or it's unknown to me, any practice
22   where you -- where you market to market the
23   value of the properties in your accounting.
24   It's --
25  Q.  Let me rephrase, then.

Page 34

1    CONFIDENTIAL -- Claudio Khamis
2   Does Mr. Salgado know what the book value
3   of those properties is?
4  A.  Yeah, sure.
5  Q.  Are there any other properties that we
6   haven't talked about, besides the UBS accounts
7   and the real estate, that make up the 300- to
8   500 million net value that you talked about?
9  A.  We are talking about the personal
10   properties; yes?
11  Q.  And what were those personal
12   properties?
13  A.  I told you already, I don't have a
14   recollection of the properties.
15  Q.  Do you have a boat?
16  A.  Excuse me?
17  Q.  Do you own a boat?
18  A.  A boat?
19  Q.  Yes.
20  A.  I used to own a boat.
21  Q.  When did --
22   When was that?
23  A.  When it was -- I don't remember if I
24   was 10 or 11.
25  Q.  And what type of boat was it?

Page 35

1    CONFIDENTIAL -- Claudio Khamis
2  A.  A sailboat.
3  Q.  I'm sorry, say that again?
4  A.  A sailboat.
5  Q.  Do you know the approximate value, how
6   much you paid for that?
7  A.  It was a -- a Christmas present.  It
8   didn't came with accounting.
9  Q.  Do you have --
10   Do you own any cars?
11  A.  Yes.
12  Q.  And what cars do you own?
13  A.  I own a Toyota 4Runner.  I own a
14   Porsche, and I own another Porsche.
15  Q.  Where are those cars held?
16  A.  Excuse me?
17  Q.  Where are the cars held?
18  A.  In terms of what?
19  Q.  Where are they located right now, in
20   the UK?
21  A.  No, those cars are in Chile.
22   I wouldn't be able to drive on the other
23   side of the road.
24  Q.  Where were you born?
25  A.  In Santiago.

Page 36

1    CONFIDENTIAL -- Claudio Khamis
2  Q.  In what year?
3  A.  In 1967.
4  Q.  And is that where you grew up?
5  A.  Yeah.
6  Q.  Where did you go to school?
7  A.  I went --
8   The whole education process.
9  Q.  Yes, if you could review that, please.
10  A.  Kindergarten, tanta geezala
11   [phonetic].  Then I went to the German school.
12   And yes, for the whole period.
13  Q.  And did you go to university?
14  A.  Yeah.
15  Q.  And where did you go to university?
16  A.  In Santiago.
17  Q.  And what degree did you receive?
18  A.  Economics.
19  Q.  Is that equivalent to a bachelor of
20   arts?
21  A.  I don't think so.  It's more specific.
22   We were trained with the University of Chicago
23   teachers.
24  Q.  And what is the degree called?  Do you
25   have a diploma that shows what you have?

Page 37

```
1       CONFIDENTIAL -- Claudio Khamis
2   A.  Yeah.  I don't recall what they said,
3    how they call it in the diploma, but the field
4    is economics.
5   Q.  And did you also study in Chicago?
6   A.  Yeah.
7   Q.  And what did you study?
8   A.  MBA.
9   Q.  And was that at the University of
10   Chicago?
11  A.  Yes.
12  Q.  And what years was that?
13  A.  I guess 1993 until 1995, mid of '93 to
14   mid '95
15  Q.  And did you receive a degree from the
16   University of Chicago?
17  A.  Yeah.
18  Q.  What degree is that?
19  A.  An MBA.
20  Q.  The MBA.
21   And what did you do after you received that
22   MBA?
23  A.  After I received the MBA, I went back
24   to Chile and worked for my family in the
25   business that they were in, that were banking
```

Page 38

```
1       CONFIDENTIAL -- Claudio Khamis
2    businesses.
3   Q.  What was the name of the bank?
4   A.  Banco Osorno.
5   Q.  And what was your position in that
6    bank?
7   A.  No official position.
8   Q.  Were you one of the owners of the
9    bank?
10  A.  Yes, my father.
11   Q.  Your father was the owner.
12   Was he a majority owner?
13  A.  No.  It was split into -- into ten
14   friends, so everybody got, like, a ten percent
15   stake.
16  Q.  And how long was the bank in
17   existence?
18  A.  The bank is still in existence today.
19  Q.  Was the bank eventually bought out by
20   another bank?
21  A.  Yes.
22  Q.  When did that happen?
23  A.  1995 or '96, along those years.
24  Q.  And who bought the bank out?
25  A.  Banco Santander.
```

Page 39

```
1       CONFIDENTIAL -- Claudio Khamis
2   Q.  And did your father make a profit on
3    the sale of the bank?
4   A.  Yes.
5   Q.  Do you know what the profit was?
6   A.  No.  I don't recall the profit at the
7    time.
8   Q.  Were you a shareholder of the bank
9    when the bank was sold?
10  A.  Personally?
11  Q.  Yes.
12  A.  No.
13  Q.  Did you make any --
14  A.  Indirectly, yes.
15  Q.  What do you mean by that?
16  A.  Through -- through the holding
17   companies of my father, I had a stake.
18  Q.  And what was the profit, if any, that
19   you made from the sale of the bank?
20  A.  I don't recall.
21  Q.  There are some records that reflect a
22   profit of 75 to 90 million.
23   Does that sound right to you?
24  A.  In all honesty, I don't recall   It
25   seems overstated.
```

Page 40

```
1       CONFIDENTIAL -- Claudio Khamis
2   Q.  Prior to that time, what was your
3    family's net worth, prior to the sale of the
4    bank?
5   A.  I don't know.
6   Q.  These were previously marked in a UBS
7    deposition.  Mr. Khamis, I've handed you what's
8    marked as Patrick Kiblisky 5.  This is an
9    application for a UBS account.
10   Do you recognize it?
11  A.  Yes.
12  Q.  Do you see it's the application
13   account for Atlantica Holdings?
14  A.  Where does it say Atlantica?
15  Q.  Right on the first page.
16  A.  Oh, yes.
17  Q.  If you could flip through it and see
18   if it refreshes your recollection whether you
19   filled this out or someone else filled it out
20   for you?
21       MR. BLOOR: Objection.
22  Q.  Well, let me ask the question.
23   Do you know if you filled out this
24   application or if someone else filled it out for
25   you?
```

Page 41

1      CONFIDENTIAL -- Claudio Khamis
2   A.  No.  Most likely somebody else filled
3    it out for me, because I do not typewriting.
4   Q.  Do you see the address for Atlantica
5    Holdings on the first page?
6   A.  Yes.
7   Q.  Is that still the address of Atlantica
8    Holdings?
9   A.  Probably not, because I changed
10   registered agent.
11   And this was from what date is this?
12   Q.  I believe this was filled out in 19 --
13   I'm sorry, 2000 --
14   A.  '5?
15   Q.  When you opened the account, which I
16   think was 2008?
17   A.  Yes.
18   Q.  So it's a company formed in Panama.
19   Do you know why Atlantica is set up in
20   Panama?
21   A.  Yes.
22   Q.  Why is that?
23   A.  Because I was advised by my lawyers
24   to --
25      MR. BLOOR: I just caution you not

Page 42

1      CONFIDENTIAL -- Claudio Khamis
2    to reveal your lawyer's advice.
3      THE WITNESS: Okay.
4   Q.  Was there a tax benefit to setting
5    this company up in Panama?
6   A.  My lawyer instructed me not to.
7   Q.  The other two funds, Baltica and Blu,
8    they were also set up in Panama, correct?
9   A.  Correct.
10   Q.  And if you see under industry group,
11   it says PHC.
12   What does that stand for?
13   A.  Where are you looking at?
14   Q.  Right under the lower left corner on
15   the front page.
16   Is Atlantica a PHC?
17   A.  I don't know what a PHC is.
18   Q.  Is it a private holding company?  Are
19   you familiar with that term?
20   A.  I think it's an investment vehicle.
21   Q.  And what do you mean by that?  What is
22   an investment vehicle?
23   A.  An investment vehicle is an entity
24   that allows me to hold assets and invest in
25   different countries.

Page 43

1      CONFIDENTIAL -- Claudio Khamis
2   Q.  And do you know if Atlantica pays
3    taxes in Panama?
4   A.  Atlantica doesn't have to pay taxes in
5    Panama.
6   Q.  Why not?
7   A.  My lawyers told me that they don't
8    have to.
9   Q.  Does Atlantica have to pay taxes
10   anywhere?
11   A.  Atlantica pays taxes for -- for its
12   income that it makes locally at the -- at the
13   given -- at the regulations, tax regulations of
14   each county for every dividend it receives or
15   every transaction that is subject to tax.
16   Atlantica is a -- is a complying company
17   with regulations, as far as I know, and if you
18   know otherwise, please tell me.
19   Q.  Atlantica has a UBS account; correct?
20   This was to open a UBS account?
21   A.  Sure.
22   Q.  Just so I understand what you've said,
23   if Atlantica receives a dividend from a US
24   company in this Atlantica account, does
25   Atlantica pay US taxes on that dividend?

Page 44

1      CONFIDENTIAL -- Claudio Khamis
2   A.  It's deducted from the dividend
3    payment.
4   Q.  And is that true for Atlantica
5    Holdings in other countries, that it pays local
6    tax --
7   A.  Yeah, yes.
8      MR. BLOOR: Just let him finish the
9    question.
10   Q.  And why did you set up --
11   I'll represent that we have other accounts
12   at UBS, an account for Baltica and an account
13   for Blu Funds.
14   Why did you set up multiple accounts at
15   UBS?
16   A.  The reason for multiple accounts is
17   because there are more than one entity.
18   Q.  Why did you create more than one
19   entity?
20      MR. BLOOR: Objection.
21   A.  The reason for creating one entity at
22   the time they were created was to segregate
23   investments into different types.
24   Yeah, that's my answer.
25   Q.  And what type of, different types of

Page 45

1    CONFIDENTIAL -- Claudio Khamis
2  investments?
3  A.  I don't recall exactly what was in my
4  head at the time I set them up, but it was to
5  diversify, eventually, across regions, types of
6  investment.
7  Baltica was supposed -- this is I recall.
8  I have a clear recollection, because of the
9  story -- to hold fixed income investment in
10  emerging market of what we deem to be very good
11  quality investments, and turn both, directly and
12  indirectly, expropriated by the Republic of
13  Kazakhstan, and this is one of the reasons why
14  Baltica doesn't have any holdings anymore.
15  Q.  And what about Atlantica?  Why was
16  Atlantica set up?
17  A.  As I told -- as I mentioned before,
18  the difference between at Atlantica and Baltica
19  is that Atlantica did have other investments and
20  was not so concentrated in the Republic of
21  Kazakhstan.
22  Q.  Did you name the entities Baltica and
23  Atlantica and Blu Funds?
24  A.  Yes.
25  Q.  Why did you name them the names that

Page 46

1    CONFIDENTIAL -- Claudio Khamis
2  you gave?
3  A.  I thought it sounded good.
4  Q.  And do you have other holding
5  companies that have accounts at UBS?
6  A.  Yes.  There was one more in UBS that I
7  recall.
8  Q.  What's the name of that company?
9  A.  Barents.
10  Q.  B-A-R-E-N-T-S?
11  A.  Yes.
12  Q.  And did Barents invest in Kazakh
13  banks?
14  A.  No.
15  Q.  Turn to the exhibit that I've shown
16  you, to page, at the bottom it's 7552.
17  A.  Yeah.
18  Q.  Do you see account investment
19  objectives at the bottom?
20  A.  Yeah, I see.
21  Q.  And does this accurately reflect the
22  return objectives for Atlantica at this time,
23  capital appreciations, investment seeking growth
24  of principal rather than generation of income?
25  A.  Rather than what?

Page 47

1    CONFIDENTIAL -- Claudio Khamis
2  Q.  Do you see the box that's checked,
3  capital appreciation?
4  A.  I do every investment to make money,
5  to -- for capital to make money to appreciate,
6  yes.
7  Q.  So that's an accurate --
8  A.  That's an accurate statement.
9  Q.  -- accurate statement.
10  And the same with primary risk profile, do
11  you see that it's checked
12  aggressive/speculative?
13  A.  This is something that UBS put in it,
14  because they deemed to classify at the time into
15  this box.
16  It's not what I think of my investments.
17  Q.  Did you review this after it was
18  filled out?
19  A.  No.
20  Q.  If you look at page ending 7556, is
21  that your signature --
22  A.  Yes.
23  Q.  So you did sign it?
24  A.  Yeah.
25  Q.  But you didn't read it?

Page 48

1    CONFIDENTIAL -- Claudio Khamis
2    MR. BLOOR: Objection.
3  A.  Here you can see clearly that the
4  paper was brought with stickers that said sign
5  here.  It's still in the copy.
6  Q.  No, I understand.
7  You did sign it?
8  A.  Yes.
9  Q.  Did you read it before you signed it?
10  A.  No.
11  For me it was standard paperwork.  It came
12  to me by UBS.  It didn't come by somebody I met
13  on the street, so I trust UBS.
14  Q.  Going back to the primary risk
15  profile, do you agree or disagree that this
16  account was an aggressive/speculative account?
17    MR. BLOOR: Objection.
18  A.  I disagree.
19  Q.  Did you communicate to UBS at any
20  point that you did not believe that this was an
21  aggressive/speculative account?
22  A.  I remember discussing it with somebody
23  at UBS, and they told me that it didn't matter.
24  Q.  Who was the person?
25  A.  I don't recall the person.

Page 49

```
1       CONFIDENTIAL -- Claudio Khamis
2  Q.  Did they explain why it didn't matter?
3  A.  Because it seemed that the -- that the
4     way they see the -- the way in people's look at
5     it in the US, I would -- it would be classified
6     my investments into that box regardless of what
7     I thought about it.
8  Q.  How would you classify your own
9     investment strategy for these three accounts,
10    Atlantica, Baltica, and Blu?
11 A.  I don't classify my investments
12    into -- I make investments based on an
13    assessment, not on some sort of specification or
14    whatever I want to put myself into some
15    classification.
16 Q.  Do you understand what a conservative
17    risk profile is?
18 A.  I understand what people usually
19    understand for a conservative risk profile.
20 Q.  How would you describe a conservative
21    risk profile?
22 A.  I don't know how I would describe it.
23    I understand that people here in the US,
24    financial markets, for instance, describe very
25    conservative investment in treasuries, and I
```

Page 50

```
1       CONFIDENTIAL -- Claudio Khamis
2     don't understand, even though I have studied
3     economics and finance, how an investment that
4     pays you for 15 years below inflation can be
5     deemed conservative. I don't -- I don't share
6     those concepts.
7  Q.  How would you describe that investment
8     strategy?
9  A.  I don't have an opinion on this
10    investment strategy. I focus on what I do, not
11    what other people do.
12 Q.  Do you have an understanding what an
13    aggressive strategy is?
14 A.  I have my own opinion of what
15    aggressive can be.
16 Q.  What is the opinion?
17 A.  Packaging mortgages for people that
18    have no income and selling them and classifying
19    as AAA by rating agencies, that, I would deem
20    very aggressive.
21 Q.  Have you ever invested in those types
22    of investment?
23 A.  No.
24 Q.  Are you familiar with the term junk
25    bond?
```

Page 51

```
1       CONFIDENTIAL -- Claudio Khamis
2  A.  A little.
3  Q.  What is a junk bond?
4  A.  I wouldn't -- I couldn't tell you
5     exactly what a junk bond is. I know it's deemed
6     as a low quality.
7     I guess junk is garbage, isn't it?
8  Q.  Are you familiar with the rating
9     agencies, Moody's, Fitch, et cetera?
10 A.  Yeah. I'm very familiar.
11 Q.  Are you familiar with the rating
12    system that each of those entities --
13 A.  No.
14 Q.  Do you know what a AAA bond is?
15 A.  I know that -- that sub-prime was
16    classified with very high ratings. I don't
17    remember if they were AAA or -- I have a lot of
18    interest in learning a little bit more about how
19    they do their job.
20 Q.  And are you familiar with what a B or
21    a BBB bond is?
22 A.  No. I don't.
23 Q.  And are you familiar with what the
24    significance is if a bond is not rated at all by
25    Moody's or Fitch?
```

Page 52

```
1       CONFIDENTIAL -- Claudio Khamis
2  A.  Can you repeat your question?
3  Q.  Are you familiar with what the
4     significance is if Moody's or Fitch, these bond
5     rating agencies, doesn't even rate a bond?
6       MR. BLOOR: Objection.
7  A.  No. I'm not aware what they could
8     mean.
9     I don't rate the bond. I have seen, in my
10    experience, a lot of very high quality assets
11    being not rated and completely overlooked by the
12    market.
13 Q.  What are some examples of that?
14 A.  Well, I would say Gazprom was very
15    much overlooked by the market for a very long
16    time.
17 Q.  Did you make money on Gazprom?
18 A.  Yes, I did.
19 Q.  How much money did you make?
20 A.  I don't recall.
21 Q.  Your net worth, indirect and direct
22    net worth --
23 A.  I would clarify that statement.
24    I'm today beneficiary with my daughter of
25    some -- some group of investments.
```

Page 53

CONFIDENTIAL -- Claudio Khamis
1    I have other investments, as I mentioned,
2  that are under my name or companies that are
3  under my name. I don't follow through
4  valuations of any of my investment. I just make
5  sure I can pay the bills at the end of the
6  month, and I would say that, to the best of my
7  recollection, I don't know if I care too much
8  about -- about more valuations of my -- of what
9  my net worth can be estimated every day or every
10  week or every month.
11  Q. Do you consider yourself a wealthy
12  man?
13  A. I think wealth is something that you
14  never count on. It comes and it goes.
15  My family are both immigrants, both have
16  very good lives, and both ended up suddenly
17  without anything, not even something to eat.
18  Q. How did that happen?
19  A. Second World War.
20  Q. And did they recover from that?
21  A. Yeah. They recover from that after
22  50 years and a lot of hard work.
23  Q. And your family made a fair amount of
24  money on the sale of the family bank; correct?

Page 54

CONFIDENTIAL -- Claudio Khamis
1  A. Yeah.
2  Q. How did your valuation grow from that
3  profit to the 300- to $500 million that we're
4  talking about now?
5  MR. BLOOR: Objection.
6  Q. Was it through investments or other
7  means?
8  A. No. It was mainly investment.
9  Q. What types of investments?
10  A. Financial investments and real estate
11  investments.
12  Q. Are you familiar with the term the
13  Chilean Miracle?
14  A. No.
15  Q. Do you recall that in the 1990s banks
16  in Chile were bailed out by the government?
17  A. They thought it was a miracle?
18  Q. Well, let me ask:
19  Do you recall the event, whether it's a
20  miracle or not?
21  A. I have recollection? I was a -- when
22  this happened, I was, like, 13 years old.
23  Q. And did your family profit from that
24  event, the event of the banks being bought out

Page 55

CONFIDENTIAL -- Claudio Khamis
1  and stabilized by the government?
2  MR. BLOOR: Objection.
3  A. No. no.
4  Q. But there was a turnaround in the
5  banking industry in Chile after that?
6  A. Yes.
7  Q. And several people in Chile made a lot
8  of money based on the turnaround of the Chilean
9  banking industry?
10  A. I think you're confusing some facts,
11  Mr. Walsh.
12  Q. Help me understand.
13  MR. BLOOR: Objection.
14  A. When the financial crisis happened in
15  the early '80s, 1981 or '82, the currency
16  devaluated significantly, and besides that,
17  there were a lot of problems in the financial --
18  in the portfolio of loans from the banks.
19  What the government did is they lent the
20  money to make up for the losses in the
21  portfolio, and they charged for that loan market
22  interest. The banks, in turn, would have to
23  devote 70 percent of their dividends to repay
24  back those loans, and most of those loans were

Page 56

CONFIDENTIAL -- Claudio Khamis
1  repaid after many, many years when those banks
2  were able to issue equity and develop financial
3  markets, and valuations of the banks were good.
4  So they are allowed to raise capital to repay
5  the debt to the central bank
6  So this is how it worked. There was no
7  miracle in it
8  Q. Did the investors in those banks make
9  a profit on the bailout of the banks by the
10  government?
11  MR. BLOOR: Objection.
12  A. The investors in the banks lost
13  everything.
14  Q. But did the people that invested in
15  the banks after that event recover profit?
16  MR. BLOOR: Objection.
17  A. Mr. Walsh, one more time, you're
18  getting your facts wrong.
19  The banks were sold by the government in a
20  competitive and transparent process where
21  everybody could bid, and the biggest banks were
22  given -- were put for sale to the people of
23  Chile in a very democratic way with very easy
24  conditions to repay back the stock during many

Page 57

1      CONFIDENTIAL -- Claudio Khamis
2    years, so it was a very transparent and open
3    process for the benefit, mostly, of the people
4    of Chile.
5    Q.   Was your family one of the investors
6    in the banks after that event?
7    A.   My family invested, probably five
8    years after that event.
9    Q.   And was that how they acquired their
10   interest in Banco Osorno --
11   Am I pronouncing that right?
12   What was the name of the bank --
13   A.   Osorno.
14   Q.   Osorno   Is that how they acquired
15   their interest in Osorno?
16   A.   Osorno was put for sale in an open
17   process.  There was competitive bidding, and
18   this was how it was sold.
19   Q.   When did your family acquire their
20   interest in that bank?
21   A.   If my memory is right -- sorry, it was
22   1990 -- 1986.  Not 1996.  I was wrong for ten
23   years.
24   Q.   And when did Banco Santander buy --
25   A.   Ten years later.

Page 58

1      CONFIDENTIAL -- Claudio Khamis
2    Q.   And do you know approximately how much
3    your family profited?
4    A.   You asked me that already --
5    MR. BLOOR:  Objection.
6    A.   You asked me that already, and I said
7    I don't know.
8    Q.   This was previously marked as
9    Exhibit 3 as Patrick's deposition.
10   Mr. Khamis, this is another document
11   related to the opening of the account at UBS for
12   Atlantica; correct?
13   A.   Correct.
14   Q.   And if you see at the front page,
15   you're identified as the beneficial owner?
16   A.   Yes.
17   Q.   And do you see that, did you fill this
18   out, or did UBS fill this out?
19   A.   As I told you before, everything that
20   is typed, I don't fill it out.
21   Q.   Okay.  Did you review this before it
22   was finished or after it was finished?
23   A.   No.
24   Q.   Do you see where they put down
25   estimated net worth, 75 million, on the front

Page 59

1      CONFIDENTIAL -- Claudio Khamis
2    page?
3    A.   For Atlantica
4    Q.   Yes.  You see on the first page, very
5    first page bottom right corner, estimated net
6    worth, 75 million?
7    A.   Yeah, I see it.
8    Q.   Is that an accurate reflection of the
9    value of Atlantica at that time?
10   A.   Of Atlantica?
11   Q.   Well, is it Atlantica or your own net
12   worth?
13   A.   I don't know.
14   Q.   You weren't involved in filling this
15   out?
16   A.   No.
17   Q.   If you turned to the page at the end
18   with 7567.
19   Do you have it?
20   A.   Excuse me?
21   Q.   If you could turn to the page with the
22   stamp at the bottom, 7567 --
23   A.   Yes.
24   Q.   Do you see there's a section marked
25   other sources of wealth?

Page 60

1      CONFIDENTIAL -- Claudio Khamis
2    A.   Yeah.
3    Q.   And they've described your real estate
4    investments properties through Chile and Peru.
5    We talked about that; correct?
6    A.   Yeah.
7    Q.   And they also have securities
8    investments successfully trading in emerging
9    markets in US and foreign market.
10   Was that, is that another source of your
11   wealth at this time?
12   A.   What does it say, trading in emerging
13   markets, US foreign markets?
14   Q.   The US -- the ampersand means --
15   A.   And US?  I don't think -- foreign
16   market, yes.  American market, yes.  I don't
17   recall having made any investments in the US at
18   the time.
19   Q.   But that was one of your sources of
20   wealth at the time, your investments and
21   trading?
22   A.   They put trading here.
23   I trade very little.  I buy stuff and I
24   hold it.
25   Q.   Would it be better to say investments

Page 61

```
1       CONFIDENTIAL -- Claudio Khamis
2    in emerging markets and foreign markets?
3    A.   At the time, probably.
4    Q.   That was one of your sources of wealth
5    at this time, those investment activities?
6       MR. BLOOR: Objection.
7    A.   Yes.
8    Q.   If you look below, it says sale of
9    business, and they've written here in 1994 sold
10   his nine percent stake of Banco Osorno to Banco
11   Santander. His stake was $90 million.
12   Is that accurate?
13   A.   I don't think so. I think we had
14   partners. I don't -- I don't know the split up
15   of that. My uncle was involved and --
16   Q.   What was your uncle's name?
17   A.   Maurice.
18   Q.   Who else was involved in Banco Osorno
19   in your family?
20   A.   I don't recall. Too long time.
21   Q.   And they've also written here in 1999
22   sold his seven percent stake of Corp group to
23   CorpBanca. His stake was $30 million.
24   Is that an accurate statement?
25   A.   I don't remember the conversion rate
```

Page 62

```
1       CONFIDENTIAL -- Claudio Khamis
2    at the time. Probably.
3    Q.   And then in the last box, under the
4    section if inheritance, list approximate date
5    and amount, identify the party granting the
6    inheritance by name and relationship to the
7    client, and UBS has written the nine percent
8    stake original investment was for $1 million in
9    1987. This investment was made in Banco del
10   Trabajo, which later became Banco Osorno.
11   Was that an accurate statement when this
12   was filled out?
13   A.   Probably not.
14   Q.   What's inaccurate about that
15   statement?
16   A.   I don't think the dates are right.
17   Q.   What about the amounts?
18   A.   I'm not sure if the amounts are right,
19   and Banco del Trabajo is a bank that was bought
20   after Banco Osorno and later on merged.
21   Q.   Do you know what your family's
22   investment was in Banco Osorno when there was a
23   sale?
24   A.   No. It was in 1986, I was -- when
25   they were investing, 18 years old. I wasn't --
```

Page 63

```
1       CONFIDENTIAL -- Claudio Khamis
2    I was focused on trying to get myself into
3    school.
4    Q.   When did you start investing in
5    securities, Mr. Khamis?
6    A.   At an early age.
7    Q.   How old?
8    A.   I don't know exactly, probably 20s,
9    early 20s.
10   Q.   And did you have a brokerage account
11   at that time?
12   A.   Yeah, I had a little brokerage
13   account.
14   Q.   What was the name of the broker?
15   A.   Covarrubias.
16   Q.   And approximately how much money did
17   you have in that account when you started?
18   A.   Probably $500.
19   Q.   And did you make money in that
20   account?
21   A.   I made, I lost, I was happy, I was
22   depressed. It was a learning process. I didn't
23   understand much at that age.
24   Q.   What types of investments did you
25   invest --
```

Page 64

```
1       CONFIDENTIAL -- Claudio Khamis
2    A.   Stocks.
3    Q.   US stocks?
4    A.   No, no.
5    Q.   Something else?
6    A.   The economy wasn't that integrated,
7    and the financial market wasn't that integrated
8    at that time.
9    No. I think it was a winery.
10   Q.   Was it Chilean stock?
11   A.   Yeah.
12   Q.   And do you still have that account?
13   A.   No.
14   Q.   When did you close it?
15   A.   I have no recollection at all.
16   Listen, you're asking -- all your questions,
17   Mr. Walsh, are way back then. I mean, I'm a
18   very busy person. It's a lot of information.
19   I'm the only one in charge of everything. I
20   mean, I'm a human being, still.
21   Q.   I'm just trying to understand your
22   investment history, Mr. Khamis.
23   Do you recall the next brokerage account
24   that you opened?
25   A.   No. I don't have a timeline of
```

Page 65

```
 1       CONFIDENTIAL -- Claudio Khamis
 2   events.
 3   Q.   Did you, at some point, have an
 4   investment account with Monex in Chile?
 5   A.   I remember we did something with
 6   Monex.  Monex, if my memory is right, to be very
 7   active and exchange pesos for dollars and the
 8   other way around, and Monex had -- the owner of
 9   Monex had a company that managed investments in
10   emerging markets.
11   Q.   Who was the owner of Monex?
12   A.   Jack Aragas.
13   Q.   Do you know Mr. Aragas?
14   A.   Yes.
15   Q.   How do you --
16   How did you first meet Mr. Aragas?
17   A.   I don't remember.  Probably in his
18   office the Monex.
19   Q.   And is he a friend of yours?
20   A.   We have a good relationship with him.
21   It's -- he's a very nice guy.  When the rabbi
22   comes from New York, I'm invited even those I'm
23   not Jewish.  We have this sort of relationship,
24   very good to this level, but it's not that we
25   talk to each other frequently, but I care a lot
```

Page 66

```
 1       CONFIDENTIAL -- Claudio Khamis
 2   about him, and I'm pretty sure he does the same
 3   for me.
 4   Q.   And you don't recall when you met him,
 5   but do you know roughly how long you've known
 6   him?
 7   A.   '90s, early '90s.
 8   Q.   Did he manage your money at Monex?
 9   A.   I don't recall a moment where in my
10   life where people ever managed my money.
11   Q.   You've never had a managed account?
12   A.   No.
13   Q.   You've always had a self-directed
14   account?
15   A.   Yes.
16   Q.   Do you know who Patrick Kiblisky is?
17   A.   Yes.
18   Q.   How do you know Mr. Kiblisky?
19   A.   I met him at the Monex time.  Exactly
20   what the circumstances were about our first
21   meeting -- I probably don't recall my first
22   meeting with my girlfriend, so it's not
23   something I would have a clear memory, so . . .
24   Q.   Did Mr. Kiblisky work for Mr. Aragas?
25   A.   To my recollection, yes, but I don't
```

Page 67

```
 1       CONFIDENTIAL -- Claudio Khamis
 2   think that at Monex.  I don't know if it was in
 3   the other company  I just don't know enough
 4   about -- about what was their relationship at
 5   the time.
 6   Q.   Mr. Kiblisky is your broker at UBS
 7   now; correct?
 8   A.   Yes.
 9   Q.   And when did he first become your
10   broker?
11   A.   In UBS?
12   Q.   Anywhere.
13   A.   I would say at the times of the
14   investments we did with the company Vargas with
15   Jack.
16   Q.   And did, at one point Mr. Kiblisky go
17   to Smith Barney?
18   A.   Yes.
19   Q.   And did you have an account at Smith
20   Barney with him?
21   A.   Yes.  If my memory is right, I think
22   that every time Patrick has changed a financial
23   situations I have been with him.
24   Q.   And do you recall where else he's
25   worked, besides Smith Barney and UBS?
```

Page 68

```
 1       CONFIDENTIAL -- Claudio Khamis
 2   A.   No.
 3   Q.   Again, I know you don't remember when
 4   you met Mr. Kiblisky, but do you recall how long
 5   you've known Mr. Kiblisky?
 6   A.   Yeah, a very long time
 7   Q.   1990s?
 8   A.   1990s.
 9   Q.   You're the only beneficial owner of
10   the Baltica, Atlantica, and Blu Funds; correct?
11   A.   My daughter is the beneficiary, not
12   the beneficial owner.
13   Q.   And do you have any employees working
14   with you for any of those funds?
15   A.   No.
16   Q.   If you could, today, describe what
17   your typical day is with respect to your
18   investments?
19   A.   Typical day with respect to
20   investments?
21   Q.   I'm just trying to understand.  You
22   have these three accounts at UBS, you have other
23   accounts at other locations.
24   How do you, on a daily basis, monitor the
25   accounts and make investment decisions?
```

Page 69

CONFIDENTIAL -- Claudio Khamis
1  CONFIDENTIAL -- Claudio Khamis
2  MR. BLOOR: Objection.
3  Q.  Let me break it up to make it easier.
4  How often do you trade?
5  A.  Not very often.
6  Q.  How often do you do investment
7  research?
8  A.  Investment research? I don't do
9  investment research. Usually I'm -- I'm
10  analyzing everything that goes around me from
11  the moment I wake up until the moment I -- I
12  close my eyes very late every day. I don't
13  sleep much.
14  Q.  Do you --
15  Do you read financial newspapers?
16  A.  When I think that they have
17  information that is very valuable and well
18  developed, yes.
19  Q.  What financial newspapers do you read?
20  A.  Any of them. It could be the
21  Financial Times if I have it handy. It doesn't
22  come when I'm in Chile. It's not available.
23  It could be the Wall Street Journal.
24  It could be Bloomberg channel that I pay
25  attention frequently, very, very often to see

Page 70

1  CONFIDENTIAL -- Claudio Khamis
2  what people in the market are talking about.
3  I follow events everywhere. I'm interested
4  in Kim Jong-un, but I would never invest a penny
5  in North Korea, but it's about investing, doing
6  research. I wouldn't say this is on a daily
7  basis. It comes as a generally understanding of
8  what happens and in the information collecting
9  by analyzing what is going on.
10  If I need them to focus on something, I try
11  to make the best assessment with the information
12  available I have. Sometimes it could be a
13  report, or if I don't -- I deem the report not
14  to be written by a person capable enough, I
15  wouldn't pay attention to it.
16  (Whereupon, Khamis Exhibit Number 4,
17  email, dated 5/2/08, was marked for
18  identification as of this date.)
19  Q.  Mr. Khamis, this is Khamis Exhibit 4.
20  This is an email from May 2nd, 2008, from you to
21  Frederic Cerez at UBS.
22  A.  Yeah.
23  Q.  Who is Frederic Cerez?
24  A.  Frederic Cerez was an account manager
25  or advisor, or whatever you want to call him, at

Page 71

1  CONFIDENTIAL -- Claudio Khamis
2  UBS.
3  Q.  Was he located in Geneva?
4  A.  This is not regarding any of the
5  plaintiffs.
6  Are you aware of that?
7  Q.  It was produced by the plaintiffs in
8  this case. The P means it was produced by your
9  lawyers.
10  A.  Yeah, but it has nothing to do with
11  the plaintiffs.
12  This is -- this an account that is not --
13  to the best of my recollection, this is not an
14  account from neither of the plaintiffs.
15  Q.  The account we've been talking about
16  with USB, that was with UBS Financial Services
17  in Miami; correct?
18  A.  Correct.
19  Q.  Do you have other UBS accounts?
20  A.  For the plaintiffs? Not that I
21  recall.
22  Q.  What about for yourself?
23  A.  I used to have this account, but this
24  account is not in use since a while.
25  Q.  What was the --

Page 72

1  CONFIDENTIAL -- Claudio Khamis
2  Was it an individual account or a PHC
3  account?
4  A.  It was an -- I don't know.
5  Q.  Do you know the name of the account?
6  A.  No. I don't know the name of the
7  account.
8  Q.  Was there a company associated with
9  the account?
10  A.  I don't recall.
11  Q.  What investments did this account
12  hold?
13  A.  I don't recall.
14  This was an account of very minor size. I
15  don't think it ever got to one million or it was
16  just one million. I don't recall it as nothing
17  meaningful.
18  Q.  You've written to Mr. Cerez:
19  Hi, Frederic. Can you please send me
20  research on Unified Energy Systems Russia.
21  A.  Yes.
22  Q.  Sberbank, Russia; Semex, Mexico?
23  A.  Yeah.
24  Q.  What are you asking Mr. Cerez there?
25  A.  I'm asking him exactly what it says

Page 73

1   CONFIDENTIAL -- Claudio Khamis
2   here, to send me research.
3   Q.   What type of research?
4   A.   What do you mean?
5   Q.   Was it analyst research?
6   A.   Yeah, analyst research.
7   Q.   And were you asking for the UBS
8   analyst research?
9   A.   I was asking for research and
10  products.
11  Q.   And why were you asking for this
12  research?
13  A.   At the time I think -- with the other
14  investments, I don't think I hold those,
15  Sberbank at the time, neither Semex.
16  But I recall buying Unified Energy Systems
17  in Russia.  It was a company that hold an
18  electricity grid and generation.  So i think it
19  was everything, generation and distribution of
20  energy, and it was being, make more efficient by
21  the way of separating the entities, and it
22  turned out to be a process in which many of the
23  stocks became very liquid, and there was a lot
24  problem because of one stock it became a lot of
25  stocks, and many of them without coverage, so it

Page 74

1   CONFIDENTIAL -- Claudio Khamis
2   was very hard to really understand the
3   investment after they broke up.
4   Q.   Did you make money on that investment?
5   A.   I don't recall making money on that
6   investment.  Actually, it's -- this investment,
7   I think that was one of the investments that
8   didn't turn out that well.
9   Q.   You lost money on that investment?
10  A.   I couldn't guarantee, but pretty sure.
11  Q.   You go on to write:
12  What is the view of UBS on uranium and
13  nuclear energy stocks?  Any recommendations on
14  its yields?
15  Why are you asking for UBS' view on uranium
16  and nuclear energy stocks?
17  A.   I don't know what caught my attention
18  at the time regarding uranium and nuclear.  What
19  I -- if you see the date, the date is 2008.
20  What I recall about this time is that I was
21  very liquid, because I had sold most of my
22  investments prior to the blowup of the -- of the
23  sub-prime problem here in the US, and I was
24  looking for a -- for investments that made a lot
25  of sense at the time.

Page 75

1   CONFIDENTIAL -- Claudio Khamis
2   Another time I probably was looking into
3   the problem with fossil fuel.  That was a big
4   issue on the agenda until the financial crisis,
5   global warming, so I was probably looking
6   into -- into what would be the industries that
7   would be doing well after -- after carbon and
8   oil and, eventually, gas would go out with
9   energy metrics, so this was why I was looking
10  at -- nuclear and uranium go together.
11  Q.   You said that you liquidated a lot of
12  your investments prior to the financial crisis?
13  A.   Yes.
14  Q.   Do you recall roughly when that was,
15  when you liquidated those assets?
16  A.   2007, if my memory is right.
17  Q.   And why did you make a decision to
18  liquidate your assets then?
19  A.   Because I was very worried that you
20  had a lot of people buying into instruments that
21  were very highly rated in terms of -- by the
22  rating agencies as very good investments, and I
23  thought that they were very bad investments.
24  Q.   And did you liquidate into cash or
25  into other investments?

Page 76

1   CONFIDENTIAL -- Claudio Khamis
2   A.   Into cash.
3   So this is why I was looking into other
4   investments at the time, to try to see if I
5   had -- I had way too much cash than I wanted at
6   the time, and there was no good alternative,
7   because after the monetary policy by Greenspan,
8   rates were very low globally for a very long
9   time, and so I knew that in the long-term
10  investing and treasuries, as I said, or treasury
11  equivalents, would be very risky, even though
12  here is very conservative investment.  For me,
13  that was a secure way to make sure I lost
14  capital and not preserve capital.
15  So this is one of the asymmetrics, Jon,
16  that I'm talking about, my view and the view of
17  the boxes about what is risk and what is not.
18  We're not going to come to an agreement on that
19  field.
20  Q.   Do you know what percentage of your
21  portfolio you liquidated in 2007?
22  A.   It was -- I don't remember.  It was
23  not significant.  Everything, I don't remember.
24  Q.   More than half?
25  A.   I don't have recollections of that.

Page 77

```
1       CONFIDENTIAL -- Claudio Khamis
2   Q.   Are there records of that?
3   A.   Sure.  There have been records on the
4   accounts.
5   Q.   In this time period, 2007, 2008, you
6   were looking for other investments to place your
7   money?
8   A.   I was starting to look at where to
9   place the money, and I -- it caught my
10  attention, the electricity grid in the Soviet
11  Union, and they had the relationship also with
12  Gazprom.  I don't recall what the relationship
13  was, but Gazprom, besides doing gas and oil and
14  banking services, they were also doing
15  electricity.
16  I don't have a clear recollection of what
17  was the analysis at the time.
18  Q.   I'm going to show you a few more
19  emails that may help?
20       MR. WALSH: This is Exhibit 5.
21       (Whereupon, Khamis Exhibit Number 5,
22  email, dated 5/08, was marked for
23  identification as of this date.)
24  * * * * * *
25  * * * * * *
```

Page 78

```
1       CONFIDENTIAL -- Claudio Khamis
2       (Whereupon, Khamis Exhibit Number 6,
3   email, dated 7/12/08, was marked for
4   identification as of this date.)
5   Q.   Mr. Khamis, I've just given you
6   Exhibits 5 and 6.  Let's look at 5 first.  This
7   is an email --
8   A.   Sorry, which one?
9   Q.   The email --
10  A.   Exhibit 5?
11  Q.   Yes, please.
12  This is an email exchange between you and
13  Malavika Rajalingam from UBS from May of 2008.
14  A.   So what's the question?
15  Q.   Do you recognize the email?
16  A.   Yeah.
17  Q.   And do you see here that she is
18  providing you the daily news on Russia?
19  A.   Yeah.
20  Q.   And was this at your request?
21  A.   Yes.  I don't know if they started
22  sending me first and they stopped or I requested
23  it.  I don't have a recollection of how it
24  started.
25  But yes.
```

Page 79

```
1       CONFIDENTIAL -- Claudio Khamis
2   Q.   You can see she says:
3   I will send you the report of Sberbank --
4   A.   Sberbank.
5   Q.   Sberbank and the equity strategy
6   Russia as soon as I receive them from the
7   analysts.
8   A.   Sure.
9   Q.   Did she send you those reports?
10  A.   If she's saying so, I guess she did.
11  Q.   Was that something that you were
12  interested in at this time period, seeing those
13  analyst reports?
14  A.   Yes.
15  Q.   Why?
16  A.   I don't remember.
17  Q.   Did you invest in Sberbank?
18  A.   I would have to look at my statements
19  if I invested in Sberbank at the time.  I don't
20  recall the last investment, significant, that I
21  made is in Sberbank, actually, in 2014.
22  But going this date, I don't have a
23  recollection of having invested in Sberbank at
24  the time
25  Q.   And did you make any investments in
```

Page 80

```
1       CONFIDENTIAL -- Claudio Khamis
2   Russian equities or bonds?
3   A.   Yeah, I made investments in Gazprom
4   ten years before this date or more.
5   Q.   Did you make money on that investment?
6   A.   You asked me that already.
7   Yes.
8   Q.   On Gazprom, you did?
9   A.   Yes.
10  Q.   Do you know roughly how much?
11  A.   No.
12  Q.   Did you make any other investments,
13  besides Gazprom, in Russian securities?
14  A.   I don't remember.
15  Q.   Looking at Exhibit 6, this is an email
16  from Mr. Kiblisky to you, and you're responding
17  to him on July 12, 2008.  I recognize it's in
18  Spanish.
19  Can you tell me, generally, what the email
20  is about?  You see it's entitled investment
21  opportunity.
22  A.   Where are you looking?
23  Q.   Start from the top, you write -- [in
24  Spanish].
25  A.   No.  It states investment opportunity
```

Page 81

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   with an interrogation sign.
 3   Q.  Right.  And you responded [in
 4   Spanish].
 5   A.  It was a rip-off.
 6   Q.  What was the rip-off?
 7   A.  This was at the time when people
 8   wouldn't know how to -- how to -- they
 9   wouldn't -- structure products in general.  They
10   would structure paper for a client in which a
11   client would try to find a counter-party,
12   usually a bidder, and they would structure a
13   paper in which it would be look like more than a
14   game than an investment.  This goes within
15   range, then you get this, and if it goes into
16   the other range, then you get that.  It
17   wasn't --
18   So, what was asked here is who are they
19   selling the hedge.  They were selling as
20   investment product, but they were helping
21   somebody get a hedge in some calamity that, in
22   my opinion, about to happen.
23   I was very hesitant to -- and I was very
24   annoyed when I saw this.
25   Q.  Let me go back to your investments
```

Page 82

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   strategy in this time period, 2007, 2008  You
 3   previously testified that you had liquidated
 4   some percentage of your portfolio in advance of
 5   the financial crisis.
 6   What were you thinking as you -- let me
 7   just finish the question --
 8   What were you thinking as far as the next
 9   investment opportunities?
10      MR. BLOOR: Objection.
11   Q.  What were you thinking you were going
12   to invest in next?
13   A.  Jon, you keep on talking about
14   investment strategy.  I understand a strategy,
15   like strategy is when somebody has a strategy he
16   is doing a first step to go into another step to
17   obtain a result.
18   I don't behave like this.  I don't think
19   like this.
20   Q.  What was your thinking in this time
21   period?
22   A.  I don't remember what my thinking was
23   at the time period.
24   But I will tell you my thinking about how I
25   value my investments or how I assess value in
```

Page 83

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   the investments.
 3   Q.  Can you do that?  Can you explain how
 4   you assess investments?
 5   A.  I assess investments based on the
 6   available information that I can understand and
 7   I look for deviations into what I think the
 8   intrinsic value of an asset is and what I think
 9   the price of the market is giving that asset.
10   So for instance, when people were selling
11   packages of -- of sub-prime mortgages, I thought
12   that the value of these packages was very high
13   compared to the intrinsic value of this package,
14   given that I couldn't understand how those
15   people would pay for those loans, if the
16   property market still keep on going up forever.
17   So I looked for deviations into what the
18   market is pricing something, and if there is
19   something more specific about something, I go
20   into that and I look at it.
21   But in general terms, I don't have
22   something like it varies over time.  So what I
23   was thinking in 2008, it's not clear at the
24   time.
25   Q.  Can you give me an example of some of
```

Page 84

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   the securities that you were investing in in
 3   2008?
 4   A.  I don't recall what investments I was
 5   doing in 2008.
 6      (Whereupon, Khamis Exhibit Number 7,
 7   a email, dated 7/24/08, was marked for
 8   identification as of this date.)
 9   Q.  Mr. Khamis, this is an email from you
10   to Patrick Kiblisky and Guillermo Ide.
11   Who is Guillermo Ide?
12   A.  He's another investment employee of
13   UBS.
14   Q.  It's dated July 24, 2008.
15   Can you tell me what you're asking
16   Mr. Kiblisky here?
17   A.  I'm asking him to send an Excel.
18   This is not -- you want to know what it
19   means or --
20   Q.  I don't need a literal translation,
21   just, if you could --
22   A.  Number one, I want an Excel where they
23   say for the bonds holding in the accounts when
24   they are paying interest.
25   Then ask a Russian guy -- I don't know,
```

Page 85

```
1      CONFIDENTIAL -- Claudio Khamis
2  recall who he was -- an update for the metrics
3  of the UES.  This is about all the breakup of
4  UES.
5  Q.  What does UES stand for?
6  A.  Unified Energy System.  It was this
7  Russian electricity grid and generation and a
8  lot of stuff that I don't understand.
9  Q.  We just talked about.
10 A.  Correct, correct.
11 Because this, as I told you, once it broke
12 up, it was very difficult to understand, because
13 many of the companies didn't have information
14 available.
15 Then I'm asking for a new research on
16 Gazprom to know what people would be saying at
17 the time of Gazprom.
18 And then I instruct for Atlantica to buy
19 one million of Oroscom Telecom to 2014 at a
20 price of 93 or less, if possible, and to sell a
21 little negligible position, what we call pucho
22 and DNS.  I don't recall what DNS is.
23 Q.  What was Oroscom Telecom?
24 A.  It was a telephone company that has
25 a -- that was present in many emerging markets.
```

Page 86

```
1      CONFIDENTIAL -- Claudio Khamis
2  Q.  Which emerging markets?
3  A.  Egypt, Iraq, Algeria, Bangladesh, if I
4  recall well, India.  It was -- it was a big
5  company.
6  Q.  Were you making investments in it?
7  A.  Yes.
8  Q.  And why?
9  A.  Because I wanted to make money.
10 Q.  And why did you think you could make
11 money on that investment?
12 A.  Because it was a company that was very
13 well managed, and they were in markets that were
14 growing a lot.  That's what I recall.
15 Q.  What did you look at to make the
16 decision to invest in Oroscom Telecom?
17 A.  What did I look at?  At the time the
18 company was, as I said, growing very well.  And
19 it was -- when I started to invest in Oroscom
20 Telecom it was -- it wasn't that developed, so I
21 participated in the growth of the company.
22 Q.  Did you know anyone at the company?
23 A.  Excuse me?
24 Q.  Did you know anyone at that company,
25 Oroscom Telecom?
```

Page 87

```
1      CONFIDENTIAL -- Claudio Khamis
2  A.  No.
3      (Whereupon, Khamis Exhibit Number 8,
4  email, was marked for identification as
5  of this date.)
6      (Whereupon, Khamis Exhibit Number 9,
7  a market report, was marked for
8  identification as of this date.)
9  Q.  Mr. Khamis, I've handed you Exhibits 8
10 and 9.  8 is an email from Guillermo Ide,
11 entitled Russian daily market news and views.
12 You see there's an attachment.  I'll represent
13 to you Exhibit 9 is the attachment called
14 Russian daily.  It's an analyst report from
15 City.
16 Do you see that?
17 A.  Yes.
18 Q.  Do you know why Mr. Ide was sending
19 you this analyst report?
20 A.  At the time, as I mentioned, the UBS
21 was producing a report that was called Russia
22 Daily, but it was summarized and would give you
23 a sense of what was going on in Russia at the
24 time, and I used at the time to have -- if my
25 memory is right -- at least one relevant
```

Page 88

```
1      CONFIDENTIAL -- Claudio Khamis
2  investment.  It was Gazprom  Then I had UES and
3  I don't remember what else related to Russia
4  might have been.
5  But it was a period in time where UBS
6  produced this, and then they stopped producing
7  it, so during the whole period, and they were
8  sending to me and every once in a while
9  something meaningful would show up.  Most of the
10 time nothing.
11 Q.  This report was from Citibank.
12 Do you recall that they were sending you a
13 Citibank report?
14 A.  They would send me whatever they send
15 me.
16 Q.  Do you recall how often they would
17 send you analyst reports in this time period?
18 A.  In this time period, I remember Daily
19 Russia, and I remember it was interrupted.  I
20 don't know if it was a family interruption or
21 there was issues at some point that the flow
22 would stop, and then I would ask for it, but I
23 don't recall when it was.
24 Q.  Do you recall, Mr. Kiblisky was
25 diagnosed with cancer in 2009-2010?
```

Page 89

1    CONFIDENTIAL -- Claudio Khamis
2  A.  Yes, I remember.
3  Q.  How did you learn about that?
4  A.  I learned the same day he discovered,
5  probably two hours later.
6  Q.  Is he a close friend?
7  A.  We have a, like, with Jackie, the
8  difference with Patrick is that I see him more
9  often, because he is also an advisor to the
10  accounts.
11  But I would say that he's a -- he's a very
12  good friend, and a person I care a lot about.
13  Q.  When you dealt with UBS, who was the
14  person you dealt with to get analyst reports?
15  Was it Guillermo?
16  A.  The guy who would pick up the phone.
17  Q.  And how would that work? You would
18  call on a weekly basis, monthly basis?
19    MR. BLOOR: Objection.
20  Q.  How often did you call UBS?
21  A.  It varies.  It depends how -- if I'm
22  bored, maybe I would call more.  If there was
23  something interesting in the market, I would
24  call more.  It doesn't obey to a pattern.  When
25  there is something that I need to call I call.

Page 90

1    CONFIDENTIAL -- Claudio Khamis
2  But it's not the only reason.
3  I mean, sometimes I feel like I want to
4  read more about certain issues or I deem a
5  report to be well written or the information to
6  be interesting to try to capture information
7  from the market or from what goes on, but it
8  doesn't obey to a pattern.
9  If you look for the whole period that you
10  probably analyzed, you won't observe a pattern.
11  The reason for that is because there is none.
12  Q.  Where were you living in this time
13  period, 2008?
14  A.  2000?
15  Q.  '08.
16  A.  I was traveling a lot  I was based
17  out of Chile at the time.  In 2009 I had a
18  daughter, so I was babysitting for the next
19  three years entirely, and this was it.  I mean,
20  I was with shorts and sandals and a baby in my
21  hand and trying to read something.
22  Q.  When was your daughter born, what
23  year?
24  A.  2009.
25  Q.  And do you recall what month?

Page 91

1    CONFIDENTIAL -- Claudio Khamis
2  A.  Yes, of course, June.
3  This, I recall
4  Q.  And when she was young, you were in
5  Chile the majority of the time?  Is that fair to
6  say?
7  A.  That's fair to say.
8  Q.  And how active were you in trading in
9  this time period 2009, '10, '11?
10  A.  Trading -- trading, what I understand
11  for trading is buying and selling.  I usually
12  buy, hold it for a long time, and sell.  Only
13  when there is a reason to trade prior to a
14  longer period is when I engage.
15  But it's not the focus, looking at the
16  market and seeing how can I profit from it now,
17  I most of this stuff is I do is from
18  fundamentals.
19  Q.  What do you mean by that?
20  A.  Big deviations between -- between what
21  intrinsic value is and the price is and
22  understanding the business itself.
23  Q.  How do you go about understanding the
24  business?
25  A.  I -- it depends on every business.

Page 92

1    CONFIDENTIAL -- Claudio Khamis
2  Q.  So we were looking at the electrical
3  company in Russia.
4  Did you try to understand what that
5  business was about?
6  A.  I try to understand what the
7  generation capacity was, what the generation
8  needed by the country would be.  I would look at
9  the valuations at the time of this particular
10  company and try to make an assessment.
11  Q.  And how would you go about
12  understanding what the generation capacity was?
13  A.  In the reports they said about what
14  was in terms of capacity.  They would give some
15  information regarding that.
16  Q.  And do you recall what analyst
17  reports, what banks were producing these analyst
18  reports --
19  A.  No.  I don't recall.
20  Q.  And did you get --
21  A.  And sometimes, if I have a person
22  handy that understands a lot about the
23  electricity, I would try to understand more
24  about the business this way, too.
25  So it's not about -- the source of

Page 93

```
1    CONFIDENTIAL -- Claudio Khamis
2    information is not reports only. It's -- it's
3    many times you can be flooded with reports, but
4    the reports do not bring information or --
5    it's -- a report doesn't mean that -- an
6    analysis is -- is sound or thorough, or
7    sometimes you read something and you understand
8    and it does not make much sense, and sometimes
9    it's very short and can make a lot of sense.
10   Q.  With the Russian investment, did you
11   actually talk to somebody who is an expert in
12   electricity?
13   A.  I don't remember.
14   Q.  Do you recall what else you looked at,
15   besides analyst reports, to make that investment
16   decision?
17   A.  I don't recall. I would -- I don't
18   think I just looked at investment reports. I'm
19   sure I looked at something else.
20   Q.  Did you look at any documents prepared
21   by the company itself, the Russian company?
22   A.  I don't recall.
23   Q.  What is your typical practice when
24   making an investment decision? Do you --
25   You described it a little bit already, but
```

Page 94

```
1    CONFIDENTIAL -- Claudio Khamis
2    do typically talk to someone who is an expert in
3    the field?
4    A.  I think to understand, to -- to invest
5    in stuff that I understand. That's the first
6    premise, understand what the -- what the asset
7    is, what the asset does.
8    And then it's getting the basic information
9    that I deem reasonable for -- for every case or
10   every -- it's not -- it's not the metrics with
11   the checkbox.
12   Q.  So with the Gazprom investment, how
13   did you go about researching that investment
14   before you decided to invest in Gazprom?
15   A.  Gazprom, at the time, Gazprom at the
16   time, hold a quarter of the total reserves of
17   the world of gas, and the company was valued
18   for -- I don't recall, but very few billions, so
19   it was something that didn't have any logic
20   compared to nothing. I mean, it was just too
21   much assets with a price that is very little.
22   Q.  Did you have an understanding of why
23   the price was so little? Why was Gazprom
24   undervalued?
25   A.  I'm not the one to explain market
```

Page 95

```
1    CONFIDENTIAL -- Claudio Khamis
2    price things. In a way, I just look for the
3    mis-pricing of the market compared to what my
4    assessment of the value is.
5    Q.  I forgot to ask you about your MBA.
6    Did you have a thesis that you were
7    required to prepare for your MBA?
8    A.  No.
9    Q.  In your university studies, did you
10   prepare a thesis or have a specialty?
11   A.  No.
12   I was interested in economics, mainly, and
13   industrial organization, duopolics, bundling,
14   how this effect the company, how this effect the
15   economy.
16   Q.  You mentioned before that you invest
17   in companies in industries that you understand.
18   What are the industries that you feel you
19   understand?
20   A.  It's -- when -- I could say I
21   understand -- or I understood at the time what
22   was the business in gas for the Russians.
23   Energy, banking. Banking, I would say I
24   understand quite a lot.
25   Q.  And what is that basis of knowledge
```

Page 96

```
1    CONFIDENTIAL -- Claudio Khamis
2    based on? What is your experience in banking?
3    You feel comfortable saying that's an area you
4    understand.
5    A.  My basis for that is my studies and my
6    understanding of banks.
7    Q.  Would this include the bank in Chile
8    that your family owned?
9    A.  Excuse me?
10   Q.  Does that include the bank in Chile
11   that you owned?
12   A.  Yeah.
13   Q.  And did you work in the bank? I
14   didn't ask this before.
15   A.  I was on the board of directors of one
16   of the banks, and I participated in the
17   creator's committee. I was a witness of many
18   acquisitions of banks and financial
19   institutions.
20   Q.  And do you understand what makes banks
21   profitable?
22   A.  I think I have a good understanding of
23   that.
24   Q.  Could you share with us what your
25   understanding is, what makes a bank profitable?
```

Page 97

CONFIDENTIAL -- Claudio Khamis
2  A.   A bank is profitable when they manage
3   a few variables, but I'm not going to cover all
4   of them.
5   But in the basic banking business, the
6   more, the core to it is getting money and
7   lending money for -- for an income that is
8   higher than the cost of sourcing the money
9   from -- for the bank.
10 Q.  Are you familiar with what a
11  nonperforming loan is?
12 A.  Yes.
13 Q.  What is a nonperforming loan?
14 A.  A loan that is not performing, that is
15  not paying.
16 Q.  The people that are going to hear this
17  case may not be familiar with what an NPL is.
18  Right, that's the abbreviation?
19 A.  Yeah.
20 Q.  For a layperson like myself, how would
21  you describe a nonperforming loan?
22 A.  It's a troubled loan. It's a loan
23  that's not performing, as the name says.
24 Q.  So that means the borrower is not
25  repaying the loan?

Page 98

CONFIDENTIAL -- Claudio Khamis
2  A.   Correct.
3  Q.   And there's a risk that the loan may
4   not be repaid at all?
5  A.   Correct.
6  Q.   Is it fair to say that if a bank has
7   enough nonperforming loans, the bank cannot be
8   profitable?
9      MR. BLOOR: Objection.
10     You can answer.
11 Q.  Well, let me ask a different question
12  to overcome the objection.
13  What is the effect of having nonperforming
14  loans on a bank?
15 A.  The effect of having a nonperforming
16  loan will eat out of your capital, because a
17  bank well managed with provision on performing
18  loans.
19 Q.  What does that mean, provision?
20 A.  Provision is account, for write-off
21  provisionally, until we see if the bank is going
22  to be able to collect or not, and you can end up
23  writing it off permanently at some point.
24 Q.  So a bank would set up a reserve for
25  nonperforming loans?

Page 99

CONFIDENTIAL -- Claudio Khamis
2  A.   It depends. In different countries
3   the wording is different, but the accounting
4   principal is the same.
5   It's not to fool yourself by having assets
6   that you would add or think that you have that
7   actually are nonperforming.
8  Q.   How does a bank go about determining
9   what reserves it needs for nonperforming loans?
10 A.  You -- you analyze the portfolio of
11  loans.
12 Q.  And how do you go about doing that?
13 A.  You assess the quality of the
14  creditor.
15 Q.  So if you have a number of loans in
16  the construction industry, you would look at the
17  borrowers in that industry and determine
18  whether they can repay the loan?
19 A.  A good job regarding that is looking
20  credit by credit and knowing exactly the
21  business of each one of your clients.
22 Q.  And do you also look at the country
23  where the borrowers are located in determining
24  whether that's a performing loan?
25 A.  Not really.

Page 100

CONFIDENTIAL -- Claudio Khamis
2  Q.   Why not?
3  A.   Because you have to do it. This
4   sounds like discrimination, Mr. Walsh. Why --
5   why would you -- it's about the feasibility of
6   him paying you.
7  Q.   Do you look at the industry of the
8   borrower is in to determine the credit
9   worthiness of the borrower?
10 A.  You look at all sorts of factors. You
11  look about how the business, how sound the
12  business is, what is the market risk of the
13  business, what is the capitalization of the
14  company that borrow -- that lends you the money.
15  You look about whether the investments that this
16  company made and how -- how they are going to
17  pay them back.
18 Q.  And do you also look at the security
19  that collateralizes the loan?
20 A.  Excuse me?
21 Q.  Do you also look at the security for
22  the collateral?
23 A.  The collateral?
24 Q.  Yes.
25 A.  Yes. Of course you look at collateral

Page 101

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   when there is.  Sometimes loans have no
 3   collateral.
 4   I would like to know what the collateral is
 5   for all the loans that the system here has given
 6   to GE.
 7   Q.  Have you done that process,
 8   Mr. Khamis?  Have you been involved in looking
 9   at a portfolio of loans and evaluating which of
10   those loans is nonperforming?
11   A.  At the time, I -- this -- my
12   experience, I don't know what's done in all the
13   world, it was done by a committee of people that
14   look at them and -- and make assessment, and
15   it's prepared on different layers.
16   But I don't know how it's done in every
17   different country.
18   Q.  What else do you look at when you're
19   looking at a bank as a potential investment?
20   What other factors do you consider in deciding
21   to invest in a banks?
22   A.  The size --
23      MR. BLOOR: Objection.
24      You can answer.
25      MR. WALSH: Let me rephrase.
```

Page 102

```
 1      CONFIDENTIAL -- Claudio Khamis
 2      THE WITNESS: That's fine, that's
 3   fine.
 4      MR. WALSH: Just to make sure the
 5   record is clear.
 6   Q.  What are the other factors that you
 7   look at?
 8   A.  It depends on -- on the case.
 9   Sometimes you can look at the market cap of the
10   bank or the price to book, for instance, for
11   Sberbank, and make an assessment on -- on what
12   the valuation of the bank is, if it's
13   undervalued or overvalued.  You also want to
14   know eventually the diversification of the
15   loans.
16   Usually the biggest banks like Sberbank
17   have a very well diversified loan portfolio or
18   have exposure to many industries, and they
19   tend -- the biggest banks in a country tend to
20   represent fairly good the economy, or not to
21   deviate that much from that representation,
22   saying -- saying, in other words.
23   Q.  Do you look at the economy of the
24   country where the bank is located in determining
25   whether to invest?
```

Page 103

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   A.  Sure.
 3   Q.  Why?
 4   A.  Because the health of the economy has
 5   a lot to do with the health of your creditors.
 6   Q.  Explain that.
 7   A.  In what sense?
 8   Q.  What do you mean?  How does the
 9   economy affect --
10   A.  Can you be more precise --
11   Q.  I can.
12   How does the health of the economy affect
13   the health of the creditors?
14   A.  An economy that is a healthy, that is
15   growing, that doesn't have inflation, business
16   usually is do good in that environment.
17   Businesses do good in that environment.  They
18   are usually capable of repaying back their
19   loans.
20      MR. WALSH: We can take a break now,
21   and I'm going to organize my exhibits and
22   transition.
23      Off the record.
24      THE VIDEOGRAPHER: The time is
25   11:33.  We are going off the record.
```

Page 104

```
 1      CONFIDENTIAL -- Claudio Khamis
 2      (Whereupon, a brief recess was
 3   taken.)
 4      (Whereupon, Khamis Exhibit
 5   Number 10, email, was marked for
 6   identification as of this date.)
 7      (Whereupon, Khamis Exhibit
 8   Number 11, UBS statement, dated 8/09, was
 9   marked for identification as of this
10   date.)
11      THE VIDEOGRAPHER: The time is
12   11:49 a.m.  This begins media number 2.
13   Q.  Mr. Khamis, if you could look at
14   Exhibit 10.  It's an email from you to UBS
15   again.
16   Do you see it references Maxcom?
17   A.  Yeah.
18   Q.  Was that one of your investments?
19   A.  At some point it was.  I don't
20   remember, but at the time it was.  It was a
21   bond.
22   Q.  And what did the company do?
23   A.  Teleo.
24   Q.  Where was it located?
25   A.  Mexico.
```

Page 105

1    CONFIDENTIAL -- Claudio Khamis
2  Q.  And why did you decide to invest in
3  Mexico?
4  A.  This was an investment that Patrick
5  understood the business itself a lot, and for
6  this particular investment, I was following his
7  advice, I think, on this.  He explained some of
8  it, some of the basics.  I don't remember if I
9  read some report on it or not.
10  But it was not one of my preferred
11  investments and nothing that I paid too much
12  attention to.
13  Q.  Did Mr. Kiblisky provide advice on
14  other investment opportunities?
15  A.  Mr. Kiblisky provide only advice on --
16  on very limited investments, and I would say
17  this was one of investments he provided advice,
18  because he knew a lot about the company
19  Q.  Do you know how he knew a lot about
20  the company?
21  A.  He was -- I think he knew one of the
22  directors of the company, but he was pretty
23  familiar with the -- with the seriousness of the
24  management of the company, so he deemed it to be
25  an investment, I should invest in it.

Page 106

1    CONFIDENTIAL -- Claudio Khamis
2  Q.  Do you know who Jacques Gliksberg is?
3  A.  Yes.
4  Q.  Was he one of the people involved in
5  Maxcom?
6  A.  I think he was one of the directors or
7  some relationship with Maxcom.
8  Q.  Have you met Mr. Gliksberg?
9  A.  If my recollection is right, I met
10  with him only one time.
11  Q.  Was this at the birthday party of
12  Mr. Gliksberg's wife?
13  A.  No.  It was not Mr. Gliksberg's wife,
14  because I don't have any relationship with him.
15  It was --
16  Q.  No.  Sorry.  Mr. Kiblisky's wife's
17  50th birthday.
18  A.  I don't know if it was a bar mitzvah
19  or some sort of a celebration.  Probably, it was
20  a birthday
21  Q.  In Santiago?
22  A.  In Santiago, yes.
23  Q.  And do you know if Mr. Gliksberg was
24  involved in Maxcom at that time?
25  A.  I don't recall.

Page 107

1    CONFIDENTIAL -- Claudio Khamis
2  Q.  Do you recall any of your discussions
3  with Mr Gliksberg at the birthday party?
4  A.  I didn't discuss at birthdays, in
5  general.  I don't discuss when I don't have to.
6  Q.  There's been prior testimony,
7  Mr. Khamis, that there was a birthday party in
8  Santiago for Patrick Kiblisky's wife.
9  Do you recall attending that birthday
10  party?
11  A.  I have been at many of Patrick's
12  celebrations.  I don't recall this particular
13  one.
14  I remember that he -- he remarried like for
15  with the same wife for the second time, which
16  was for me, like, a little bit strange, to say
17  the least, and this was a very big celebration
18  and  . . .
19  Q.  But you don't recall talking to
20  Mr. Gliksberg?
21  A.  We were sitting on the same table.
22  I remember that this was close to a theft I
23  had.
24  Q.  This was the mugging?  You were mugged
25  in Santiago?

Page 108

1    CONFIDENTIAL -- Claudio Khamis
2  A.  What?  I don't know the meaning of the
3  mugging.
4  Q.  There was a theft.  Someone tried to
5  steal property from you.
6  A.  No.  I was assaulted by five guys with
7  handguns, and they took my car.  They hijacked
8  me for a few minutes, and . . .
9  Q.  Do you know what year that was?
10  A.  2014, roughly, but I could be wrong.
11  Q.  Did they ever catch the guys who
12  assaulted you?
13  A.  They were identified.
14  Q.  And did you provide any financial
15  assistance to any of those individuals?
16  A.  I offered scholarships to them.
17  Q.  Why?
18  A.  It's a good question.  First of all, I
19  thought it would be great if they would take
20  them and convert an aggression into -- into
21  something that would make -- make the world a
22  little bit better.  I don't know.  It was
23  something instinctive, so --
24  I mean, it was very hard for me at the
25  time, what happened.

Page 109

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  Q.  Did you get hurt?
 3  A.  They beat me a little bit, but there
 4  was a moment of the theft that they instructed
 5  the underage kid to shoot me, because they
 6  always use the guys who are not liable in the
 7  law, so they were shouting at him when the --
 8  they told -- there is a moment in which they
 9  tried to get me out of the car, and the car is
10  automatic and it was in D, in drive, but the
11  brakes -- but I was immobilized, one hand, two
12  guys, four hands here, the other guys on the
13  stairs like this, taking everything --
14      And they said okay, out of the car now.  So
15  the moment I turned, I took the feet out of the
16  brake, and the car begins to move, and at this
17  moment they saw that they was trying to do
18  something, so they instruct the kid to shoot,
19  and I was looking at the gun here, and I was
20  trying to turn myself with the assumption that
21  if the bullet coming a little bit more to this
22  side it wouldn't be that damaging, but it --
23  It was quite shocking.
24  Q.  Did any of the individuals take you up
25  on your offer for scholarships?
```

Page 110

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  A.  No.
 3  Q.  Did they go to jail?
 4  A.  No.
 5  Q.  Circling back to Mr. Kiblisky and
 6  Mr. Gliksberg, did you have any other
 7  discussions with Mr. Gliksberg, besides the
 8  birthday party that we talked about?  Did you
 9  ever meet him otherwise?
10  A.  In other places?  No.
11  Q.  Did you ever talk to him on the phone?
12  A.  No.
13  Q.  He was a plaintiff in this lawsuit.
14  Do you know that?
15  A.  Yes.
16  Q.  Did you ever have any discussions with
17  him about the lawsuit?
18  A.  About the lawsuit?  No.
19  Q.  Mr. Gliksberg and the two other
20  individuals withdrew from the case.
21  Are you aware of that?
22  A.  Yeah, I know.
23  Q.  Do you know why they withdrew?
24  A.  I don't know the exact reasons, but
25  they knew that at some point there was a lot of
```

Page 111

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  legal work that was extremely -- only pertinent
 3  to them, like damages expert and stuff, so I
 4  guess that the amount of their investment
 5  compared to the expenses that they had to incur
 6  to defend what was individual to them, didn't
 7  make any sense.
 8  But I'm not sure about it.  I never talked
 9  to any of them about it.
10  Q.  They had the same lawyer as you;
11  right?
12  A.  Yeah.
13  Q.  Mr. Jaffe?
14  A.  Yeah.
15  Q.  Mr. Jaffe withdrew from the case as
16  well.
17  Do you know why Mr. Jaffe withdrew?
18  A.  I think I'm not supposed to discuss
19  with you what I talk with my lawyer.  You're a
20  lawyer.  You should know that.
21      MR. BLOOR: You can answer yes or
22  no, but you don't have to disclose your
23  conversation --
24  A.  You want to know whether internal
25  discussions about the case?
```

Page 112

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  Q.  No, Mr. Khamis.  If you can't answer,
 3  that's fine.
 4  I take it you're taking your lawyer's
 5  instruction not to disclose attorney-client
 6  discussions, is that right?
 7  A.  Excuse me?
 8  Q.  I'll ask a yes or no question, which
 9  Mr. Bloor, I think, said you can answer; right?
10  Do you know why Mr. Jaffe withdrew from the
11  case?
12      MR. BLOOR: So answer that yes or
13  no.
14  A.  It's a hard question to answer yes or
15  no.  I -- I would say, I tend to think I don't
16  know
17  Q.  I'll ask a follow-up question.  If
18  your lawyer instructs you not to answer, follow
19  your lawyer's advice.
20  Can you tell me why Mr. Jaffe withdrew from
21  the case?
22      MR. BLOOR: Yeah, I'll instruct you
23  not to answer that under attorney-client
24  privilege.
25  A.  I told him already, I don't know.
```

Page 113

    CONFIDENTIAL -- Claudio Khamis
1
2    MR. BLOOR: That's fine.
3 Q.  At some point, Mr. Khamis, you decided
4    to invest in TuranAlem Finance; correct?
5 A.  I think that was the technical name
6    given to the BTA bonds.
7 Q.  If you look at Exhibit 11, this is the
8    trade confirmation for your first investment in
9    TuranAlem?
10 A.  Yes.
11 Q.  You'll see you bought approximately
12    five million face value.
13 A.  Where is the face value on here?
14 Q.  If you look at the second column --
15 A.  Oh, yes, yes, yes.
16 Q.  And this was in August of 2009?
17 A.  Yes.
18 Q.  Do you see the trade date?
19 A.  Yes.
20 Q.  Why did you decide to invest in this
21    security?
22 A.  There was -- I was interested in
23    Kazakhstan since the '90s, and at the time, I
24    didn't have enough liquidity to invest in
25    Kazakhstan.  I was attracted to Kazakhstan

Page 114

1    CONFIDENTIAL -- Claudio Khamis
2    because of its natural resources, the size of
3    the country.  They were very big in oil, big in
4    gas, big in uranium, big in gold, extremely
5    extensive farmland, right next to China, right
6    next to Russia, so it seemed like a very
7    interesting and it was completely overlooked.
8    Prior to the time I invest, I was offered
9    other investments that didn't have an intrinsic
10    value that would deviate for -- from its market
11    value in the fixed income market.  At the time
12    this -- so I asked my advisor to find me
13    investments in Kazakhstan that I could evaluate.
14    And the assessment of the investment that I
15    made was that the -- the intrinsic value of the
16    bond assumed the structure of value in the loan
17    portfolio that I didn't think at the time was
18    reasonable.
19 Q.  Why not?
20 A.  Because as I said, it was way too big
21    loss of a loan portfolio that was very close to
22    the date with the $3 billion, and we didn't
23    think that $23 billion can evaporate just like
24    this.
25    And it was very important and relevant that

Page 115

1    CONFIDENTIAL -- Claudio Khamis
2    it was the biggest bank in the country with
3    exposure to all sectors in the economy, so this
4    was the -- this is the reason why I invested in
5    this.
6 Q.  When did you first hear of BTA Bank or
7    its predecessor?
8 A.  Prior to this investment, but not that
9    much prior.  I don't remember exactly.
10 Q.  And do you know if Mr. Kiblisky
11    recommended BTA to you?
12 A.  Mr. Kiblisky's role is to present
13    investments, and I -- I make the assessment.
14    I would say that one of the few examples
15    where -- where this didn't happen was in the
16    Maxcom business, because it was a small company
17    in Mexico that he knew more about the business
18    and the business model that was being developed
19    and what were the implications at the time of
20    the breakup of the monopoly that was expected of
21    Telmex and how that would impact Maxcom
22    positively, so there was a pure Mexican play
23    that had some structure of things that made a
24    lot of sense, like -- like a monopoly having to
25    cease its predatory practices and --

Page 116

1    CONFIDENTIAL -- Claudio Khamis
2 Q.  Let me go back to BTA.  I'm going to
3    hand you Exhibit 11.
4    (Whereupon, Khamis Exhibit
5    Number 12, email, was marked for
6    identification as of this date.)
7 Q.  Mr. Khamis, Exhibit 12 is an email
8    from Pamela Groom at UBS to a number of other
9    people at UBS, including Mr. Kiblisky.
10    Do you see that on the CC line?
11 A.  Yes.
12 Q.  And Ms. Groom has attached a
13    spreadsheet in multiple colors, and I'll
14    represent to you that the people listed on this
15    spreadsheet are other clients of Mr. Kiblisky
16    and his colleagues at UBS, including the
17    Kiblisky brothers and Mr. Gliksberg, who were
18    plaintiffs in this case.
19 A.  So this was sent from whom to whom?
20 Q.  This was an internal UBS document from
21    Pamela Groom at UBS to Patrick Kiblisky and
22    others.
23 A.  Okay.
24 Q.  Attached what she's called multiple
25    unsolicited orders.

Page 117

1      CONFIDENTIAL -- Claudio Khamis
2  A.  What is that?  What does that mean?
3  Q.  Well, let me ask the question, first
4  If you turn to the page, do you see the
5  numbers on the bottom right, bottom right?  It's
6  page 4 of 5.
7  At the bottom of that spreadsheet, do you
8  see in maroon, Atlantica Holdings and Baltica
9  Holdings?  And I know it's a little hard to read
10 in color --
11 A.  The very last?  Yes, I see something,
12 that I cannot read it well.
13 Q.  Well, I'll read it for you.
14 It shows a trade for Atlantica Holding in
15 August of 2008, which corresponds to Exhibit 11,
16 and that's the trade for Atlantica, and another
17 trade for Baltica also in August of 2009.
18 Do you recall that your other account, you
19 made a purchase of TuranAlem in Baltica as well;
20 right?
21 A.  Yes.
22 Q.  Did you know that Mr. Kiblisky's other
23 clients had also invested in TuranAlem in this
24 time period?
25 A.  No.

Page 118

1      CONFIDENTIAL -- Claudio Khamis
2  I know now.  I know that -- I know later
3  that his brothers were invested and the
4  Gliksberg was invested, but I didn't know that
5  more people were invested.
6  Q.  And they all invested around this time
7  period, August of 2009.
8  Does that refresh your recollection whether
9  you purchased these TuranAlem notes at the
10 advice of Mr. Kiblisky?
11     MR. BLOOR: Objection.
12     You can answer.
13 A.  As I told you before, I -- it's very
14 rare the case where somebody can give me advice
15 on financial stuff.
16 Q.  Do you recall any discussions with
17 Mr. Kiblisky in this time period about BTA?
18 A.  What was the discussed with
19 Mr. Kiblisky about BTA was about the country.
20 It was a country in which I requested
21 investment, not he -- I -- I was mentioning
22 Kazakhstan for a very long time prior to this
23 investment, a very long time, I don't know how
24 many months, but I remember getting frustrated
25 by not seeing something from Kazakhstan,

Page 119

1      CONFIDENTIAL -- Claudio Khamis
2  something I now regret.
3  Q.  Have you ever been to Kazakhstan?
4  A.  No.
5  I don't think I'm going.
6  Q.  What did --
7  What brought your attention to the country
8  of Kazakhstan?
9  A.  I mentioned to you that already.
10 Q.  But was it a report or --
11 I know it's a long time ago, but what was
12 the information?
13 A.  In the -- in the '90s where -- where
14 the big Russian giants were beginning to develop
15 and were privatized, they were mostly companies
16 in Russia about natural resources and very good
17 businesses.  At that time, where I didn't have
18 the possibility to invest, I had access to what
19 was privatized in Kazakhstan and --
20 I'm going to correct myself.  I don't even
21 know if it was privatized, but there were
22 stocks.  There was a possibility to invest in
23 their stock.
24 And it caught my attention, the vast
25 resources of the country.  There was, as I

Page 120

1      CONFIDENTIAL -- Claudio Khamis
2  mentioned, gas, oil, uranium, gold, and a lot of
3  other stuff that I don't recall, but I recall it
4  was a pretty extensive list, probably as
5  extensive than Russia, and the size of the
6  country also caught my attention, and that the
7  population was not that big also caught my
8  attention.
9  So I said listen, this country is going to
10 eventually go to a very high GDP per capita.
11 This is the later analysis.  The prior was -- I
12 mean, what is this?  I mean, so many natural
13 resources, so big.
14 At the time, when I made this investment,
15 the -- an investment in the biggest bank of the
16 country that was hit by the financial crisis,
17 like all the rest of the world, bonds that trade
18 to a value that have an implicit destruction of
19 their assets, that didn't seem plausible, made
20 the investment ease at the moment.
21 I don't recall Patrick, besides with his --
22 I think he brought to my attention that they
23 had -- that the country was so well managed that
24 they had a corporate pension fund system that is
25 a pension fund done pretty much by Chicago boys,

Page 121

1     CONFIDENTIAL -- Claudio Khamis
2  in which you have private capital accounts, so
3  it's not all melded.  Many pension funds in the
4  world where people put in money and the elderly
5  take money out.  This is about you putting your
6  savings in -- in individual accounts that you
7  can monitor and you can even later on developed
8  into changing the risk profile, so you're
9  younger, you can invest in more longer-term
10  stuff and eventually may be a little more risky,
11  and as you get older you're going to more
12  conservative, because you are more close to the
13  point in which you have to sell it.
14  So this sort of things caught --
15  But I don't remember any specifics about
16  the discussions between, besides what I
17  mentioned, and this was the basis for my
18  investment.
19  Q.  Did you invest in any other Kazakh
20  banks in this time period?
21  A.  I don't recall.
22  Q.  Do you recall a bank named Alliance
23  Bank?
24  A.  I was about to mention that eventually
25  Alliance was very minor investment, if my memory

Page 122

1     CONFIDENTIAL -- Claudio Khamis
2  is right, but I don't recall the -- Alliance, to
3  me, is something that, as of today, means some
4  noise, but I don't -- I'm not sure where to
5  position it in the history of what I analyzed or
6  what I invested in.
7  Q.  In your discussion with Mr. Kiblisky,
8  was it about Kazakh banks generally or just
9  about BTA?
10  A.  No.  Our -- they -- I don't usually
11  manage 40 investments or financial investments
12  or bonds or whatever.
13  I try to focus, and I try to concentrate in
14  what I think makes the most sense.  A very smart
15  guy, or at least I deem him as being smart, says
16  why would you invest in your 12th best idea, if
17  you have, probably, four very or five very good
18  ideas.
19  So I -- I tend to understand and to make
20  sense about the stuff I'm doing, and I try to do
21  it in a size that is meaningful within the
22  portfolio.
23  Q.  Do you recall any other discussions
24  with Mr. Kiblisky about BTA or even Kazakh
25  banks?

Page 123

1     CONFIDENTIAL -- Claudio Khamis
2     MR. BLOOR: Objection to form.
3     You can answer
4  Q.  In this time period.  Let me rephrase
5  just to correct the record.  Let me rephrase.
6  Do you recall any discussions in this 2008
7  time period about BTA with Mr. Kiblisky?
8  A.  Besides what I just mentioned?  No.
9  Q.  This is Exhibit 11 from Mr. Kiblisky's
10  deposition, and we've had it translated,
11  Mr. Khamis, into English.
12  If you turn to the page stamped --
13  A.  The deposition, was it in Spanish?
14  Q.  No.  The document is in Spanish.
15  If you see the page with 1220 at the
16  bottom, the second page?
17  A.  Yeah.
18  Q.  This is an email Igal Yacher to
19  Mr. Kiblisky.
20  Do you know who Igal Yacher is?
21  A.  Yeah.
22  Q.  Who he is?
23  A.  He's another person that works, like
24  Guillermo Ide, with Patrick
25  Q.  Have you ever seen this email before?

Page 124

1     CONFIDENTIAL -- Claudio Khamis
2     MR. BLOOR: Just to be clear, this
3  is a translation, presumably --
4     MR. WALSH: Well, I'll correct the
5  record.
6  A.  If you show me the email in Spanish,
7  maybe I can recollect better.
8  Q.  Let me just clarify what this document
9  is, so there's been prior testimony about this.
10  Most of this email is in English.  The only
11  part that is in Spanish is the top, [in
12  Spanish], and the bottom, right above
13  Mr. Yacher's signature line, he writes:
14  BTA loan portfolio [in Spanish].
15  Do you see that?
16  A.  Yeah, yeah.
17  Q.  What does that mean?
18  A.  [In Spanish], they run away with the
19  money.
20  Q.  So have you seen this email before?
21  A.  What was the date of this?
22  Q.  It's dated August 20, 2009.
23  A.  No.  I don't think I saw this email.
24  I don't recall it.
25  Q.  If you see the attachment, it's an

Page 125

1      CONFIDENTIAL -- Claudio Khamis
2   update on the restructuring process, dated
3   August 18, 2009.
4   Have you seen that document?
5   A.   Excuse me?
6   Q.   The attachment is a presentation from
7   BTA Bank --
8   A.   Of August 19?
9   Q.   Right.
10  Have you seen that document before?
11  A.   It's very similar of the presentation
12  of the one of May 2000 and whatever, no?  I have
13  to see it in colors to, to --
14  Q.   Let me ask a more basic question
15  During this time period, 2008 when you were
16  investing in TuranAlem Finance, did you go on
17  the BTA website and download presentations?
18      MR. BLOOR: Objection to form.
19  Q.   Well, did you know that there were
20  presentations available on the BTA website in
21  this time period?
22  A.   At some point, I know.
23      MR. BLOOR: Can we just define the
24  time period.
25      MR. WALSH: August of 2009.

Page 126

1      CONFIDENTIAL -- Claudio Khamis
2      MR. BLOOR: Okay.  August of 2009.
3   A.   I'm not sure about what I was aware of
4   in 2009.
5   The first investments in BTA were done in a
6   very -- under the premise that I just mentioned
7   to you.
8   This was, I assume, post state
9   intervention?
10  Q.   Do you know?
11  A.   I don't know.
12  Q.   Do you recall looking at any documents
13  relating to BTA before you decided to buy
14  TuranAlem Finance in August of 2009?
15  A.   I don't -- I don't recall what I
16  looked at.  I recall the very basics, as I just
17  mentioned, as being very significant into making
18  that -- that investment decision was the
19  assessment that $23 billion do not vanish.
20  And here this document is speaking about
21  61.6 percent of the bank portfolio and loan loss
22  provisions.
23  Q.   Were you aware of that fact, that a
24  large percentage of the loans had been
25  controlled by the former management?

Page 127

1      CONFIDENTIAL -- Claudio Khamis
2   A.   At the time, I -- there was -- there
3   was -- I don't know if the right word is rumors
4   or whispers or -- but -- but there was knowledge
5   that there was an issue with the previous bank
6   owner.
7   Q.   Do you know his name?
8   A.   Yes.
9   Q.   What is his name?
10  A.   Mukhtar Ablyazov.
11      MR. WALSH: We'll get you the
12  spelling.
13  A.   But I didn't know his name at the
14  time.
15  Q.   Have you ever met Mr. Ablyazov?
16  A.   Yes.
17  Q.   When did you meet him?
18  A.   I met him -- I met him this year, and
19  I don't remember the month.
20  Q.   Where did you meet him?
21  A.   Probably --
22  Excuse me?
23  Q.   Where did you meet him?
24  A.   I don't know.
25  Q.   Was it in New York?

Page 128

1      CONFIDENTIAL -- Claudio Khamis
2   A.   No.  It was not in New York.
3   It was in France.
4   Q.   And you don't recall which month?
5   A.   No.  I don't recall which month.
6   Q.   Do you recall which season?
7   A.   It wasn't cold.
8   Q.   And where in France did you meet him?
9   A.   I don't know.
10  Q.   Was it at a hotel?
11  A.   I don't know where we met.  I -- I was
12  picked up in Switzerland and I drove there, but
13  I wasn't driving, and I don't know my way around
14  there.
15  Q.   How did this meeting come about?
16  A.   What is your question?
17  Q.   Well, you met Mr. Ablyazov.  How did
18  you --
19  How it happen?  How did that meeting come
20  about?
21  A.   What was the purpose of the meeting?
22  Q.   Well, did you ask to meet him, or did
23  he reach out to you, or was it something else?
24      MR. BLOOR: Objection.
25      You can answer.

Page 129

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  A.  I don't know if it's -- if he had -- I
 3  certainly had interest in finding facts and
 4  being able to -- to talk to Mr. Ablyazov and
 5  listen to -- to his version of the story,
 6  because after many, many years being involved in
 7  this case, the official Kazakh government
 8  version didn't -- didn't make any sense to me.
 9  Q.  Why not?
10  A.  It didn't make any sense to me because
11  the amount of assets or the claim that the
12  former owner was a thief of his own bank, when
13  he owned more than 60 percent of the bank didn't
14  make sense, because for every dollars you steal
15  you lose between $5 of the bank trade in
16  emerging market of $15.  It's just a number that
17  didn't make any sense, that he owned
18  60-something percent of the bank, to my
19  knowledge, not two percent of the bank.
20  In some places people can control companies
21  with two or three percent.  This was not the
22  case.
23  Q.  Was that the first time that you met
24  Mr. Ablyazov?
25  A.  This year, yes.
```

Page 130

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  Q.  And who else was at the meeting?
 3  A.  Listen, your questions are pointing in
 4  a direction that are putting in risk the
 5  security of Mr. Ablyazov and his relatives.  I
 6  don't know what it has to do with this fact
 7  finding, but I'm going to -- I'm going to say it
 8  was a relative of him
 9  Q.  And was anyone else not related to
10  Mr. Ablyazov at this meeting?
11  A.  No.
12  Q.  Were any of your lawyers at the
13  meeting?
14  A.  No.
15  Q.  And you requested the meeting?
16  A.  I don't remember how it came about,
17  but I certainly have interest in listening to
18  his version of the story.
19  Q.  What did he tell you?
20  A.  He told me that he was a political
21  opponent, and that the Kazakh government took
22  advantage of the asset compression in the
23  financial crisis to take control of the bank
24  by -- by something that was not asked for any
25  other bank, pretty much, globally.  It was a
```

Page 131

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  time in which banks were given financial
 3  support, and nobody was doing stress tests at
 4  the banks at the moment.  They were trying to
 5  give liquidity, and this bank, according to his
 6  version, was as good as Halyk.  That is
 7  certainly a very well-run bank.
 8  So different from the official version
 9  about the person that took money away and run.
10  That was is what the email pretty much what he
11  said.  I think that's what my answer is.
12      THE WITNESS: Before you make
13  another question, sir, I would like to
14  run to the bathroom.
15      MR. WALSH: Sure.  We can go off the
16  record.
17      THE VIDEOGRAPHER: The time is
18  12:26.  We are going off the record.
19      (Whereupon, a lunch recess was taken
20  from 12:37 p.m. to 1:20 p.m.)
21      THE VIDEOGRAPHER: The time is
22  1:20 p.m.  We are back on the record.
23  Q.  Mr. Khamis, are you familiar with the
24  Kazaword database?
25  A.  I know what it is.
```

Page 132

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  Q.  What is it?
 3  A.  It is a database that was made public
 4  on the web at some point.
 5  Q.  And what's in it?
 6  A.  Excuse me?
 7  Q.  And what is in it?
 8  A.  I don't know what is in it.
 9  Go ahead with your question.
10  Q.  Have you received any documents from
11  the Kazaword database?
12  A.  I received a Kazaword database.
13  Q.  From whom?
14  A.  From a person in Switzerland.
15  Q.  What is his name?
16  A.  I don't remember his name.  He's a
17  bailiff.
18  Q.  And how did he or she obtain the
19  Kazaword database?
20  A.  I don't know.
21  Q.  When did you receive the database from
22  the Swiss bailiff?
23  A.  I think it was only this year.
24  Q.  Was it before or after your meeting
25  with Mr. Ablyazov?
```

Page 133

1    CONFIDENTIAL -- Claudio Khamis
2 A.  After -- no.  Before, before.
3 Q.  How did you meet the Swiss bailiff?
4    MR. BLOOR: Objection to form.
5 A.  I met the Swiss bailiff through a -- I
6   contacted the Swiss bailiff through my lawyer.
7 Q.  Mr. Jaffe?
8 A.  Yes.
9 Q.  And did you direct Mr. Jaffe to reach
10  out to the Swiss bailiff?
11    MR. BLOOR: Objection.
12    You can answer yes or no.
13 A.  I don't recall exactly how that
14   worked.  My -- I instructed Mr. Jaffe to contact
15   the previous owners of BTA Bank to help me
16   understand some facts.
17 Q.  What caused you to do that?
18 A.  Caused me to do that?  I don't
19   remember.  I don't recall the exact moment in
20   time.
21   But it became fairly apparent that the
22   official version of events given by Kazakh
23   government officials and by the press, fed by
24   Kazakh government officials, it didn't make much
25   sense that the former owner would be stealing

Page 134

1    CONFIDENTIAL -- Claudio Khamis
2   his own bank.
3 Q.  Are you aware that there are
4   proceedings by the government of Kazakhstan --
5   well, primarily by BTA Bank to recover the
6   amounts Mr. Ablyazov took from BTA Bank?
7    MR. BLOOR: Objection to form.
8 Q.  Let me ask an easier question.
9   Are you aware that there are proceedings
10  here in the United States against Mr. Ablyazov?
11 A.  I'm aware that there is legal activity
12   on behalf of the Kazakh government, or really
13   Kazakh government-related institutions against
14   Mr. Ablyazov.
15 Q.  To be correct, it's proceedings
16   against affiliates of Mr. Ablyazov.
17   Are you aware of those proceedings that the
18   city of Almaty --
19 A.  Affiliates?
20 Q.  Are you aware of a case that the city
21   of Almaty has brought against Mr. Khrapunov?
22    MR. BLOOR: Objection to form.
23    You can answer.
24 A.  I don't -- I don't recall.  I know
25   that there was illegal activity, but I would

Page 135

1    CONFIDENTIAL -- Claudio Khamis
2   overreach myself to try to precise -- I mean,
3   what it is.
4 Q.  You haven't read any of the materials
5   from that case, the City of Almaty case?
6    MR. BLOOR: Objection.
7 Q.  Have you read the complaint in that
8   case?
9 A.  I have read a lot of information, but
10   if my recollections of event is right, they have
11   more to do with UK cases.
12   Particularly interesting for me was the
13   Lewis Report, and I think that was from a UK
14   case.
15 Q.  You're familiar with a case BTA
16   brought in the UK --
17 A.  As I explained previously, Mr. Walsh,
18   my activities and the management of the assets
19   or taking care of the assets require me enormous
20   amount of attention.  It's impossible for me to
21   understand cases that are not related to me.  I
22   just don't have enough time to -- to study and
23   devote significant resources to -- to go into
24   other parties' legal activity.
25    * * * * * *

Page 136

1    CONFIDENTIAL -- Claudio Khamis
2    (Whereupon, Khamis Exhibit
3   Number 13, a letter, dated 6/13/18, was
4   marked for identification as of this
5   date.)
6    (Whereupon, Khamis Exhibit
7   Number 14, an affidavit, was marked for
8   identification as of this date.)
9    (Whereupon, Khamis Exhibit
10   Number 15, an affidavit, was marked for
11   identification as of this date.)
12    (Whereupon, Khamis Exhibit
13   Number 16, an affidavit, was marked for
14   identification as of this date.)
15 Q.  Mr. Khamis, I've handed you Exhibits
16   13, 14, 15, and 16.
17   If you could look at Exhibit 13, please?
18 A.  13?
19 Q.  Yes, the letter from your former
20   lawyer, Mr. Jaffe.
21 A.  Yeah.
22 Q.  This is a letter about the Kazaword
23   database.
24 A.  Yeah, I read it.
25 Q.  And by this time, you had acquired the

Page 137

```
1        CONFIDENTIAL -- Claudio Khamis
2    database from the Swiss bailiff?  This is June
3    of 2018.
4    A.  I would say so.
5    Q.  He writes at the bottom of the first
6    paragraph:
7        The entity plaintiffs obtained the Kazaword
8    documents from a disinterested third party --
9    A.  Correct.
10   Q.  -- which in turn obtained them when
11   they were publicly available on the Kazaword
12   website.
13       And it gives a website address, between
14   August 2014 and December 2016.
15       Was the disinterested third party the Swiss
16   bailiff that we're talking about?
17   A.  I assume that my lawyer is referring,
18   and I assume he's referring to the bailiff.
19   Q.  And Mr. Jaffe also provided these
20   documents, which appear to be affidavits from
21   the Swiss bailiff.
22       Do you see those?
23   A.  Yes.
24   Q.  And are you familiar with those
25   documents?
```

Page 138

```
1        CONFIDENTIAL -- Claudio Khamis
2    A.  I'm not familiar with those documents.
3    I'm familiar with the name Andre Tronchet,
4    because this is the bailiff, the bailiff's name.
5    Q.  Mr. Tronchet?
6    A.  Yes.
7    Q.  Have you met Mr. Tronchet?
8    A.  No.
9    Q.  Have you talked to him on the phone?
10   A.  No.
11   Q.  This was the Swiss -- Swiss bailiff
12   that Mr. Jaffe spoke with?
13   A.  Correct.
14   Q.  How did you become aware that the
15   Swiss bailiff had these documents?
16       MR. BLOOR: Objection to form.
17       You can answer.
18   A.  When I -- when I understood that the
19   case portrayed by the Kazakh government, a lack
20   of consistency, or say in other words, had any
21   many inconsistencies.
22       As I mentioned before, I instructed
23   Mr. Jaffe, my lawyer, to get in contact with the
24   other party.  He contacted, I think it's the
25   lawyer of Mr. Khrapunov -- I'm not even sure
```

Page 139

```
1        CONFIDENTIAL -- Claudio Khamis
2    about that fact -- but what I know is that once
3    he do, he does it, I have a conversation with
4    Mr. Khrapunov on our interest on -- on fact
5    finding, and the -- I don't -- I don't recall
6    exactly at what moment I got knowledge that a
7    bailiff existed that was in possession of and we
8    could get it from him.
9        Following that, my lawyer made contact with
10   the bailiff, if I recall well, and this is
11   how -- how I got the documents.  They came in
12   electronic form.
13   Q.  What format?  Were they on a disc?
14   A.  I don't know.  I haven't opened the
15   envelope, and I had it sent to my lawyers.
16   Q.  At the Alston & Bird firm?
17   A.  I don't recall -- I recall having to
18   send it to David Littleton in Washington, DC  I
19   don't think that I send it thoroughly to
20   Mr. Jaffe, but I couldn't say otherwise, I just
21   don't remember.
22       But for us it was important to be able to
23   be informed about the facts of the developments
24   at BTA Bank and its restructuring through --
25   through all available information.
```

Page 140

```
1        CONFIDENTIAL -- Claudio Khamis
2    Q.  Does Mr. Littleton speak Russian?
3    A.  I don't speak Russian, and I can tell
4    you I have never had a conversation with him in
5    Russian.  I don't have a clue what he speaks.
6    Q.  Do you know if the documents in the
7    Kazaword database include Russian documents?
8    A.  I don't know.  I didn't go through
9    them.
10   Q.  Do you know if anyone representing you
11   has looked through these documents?
12       MR. BLOOR: Objection.
13   A.  I have Mr. Littleton in charge of it.
14   I have received from my attorney --
15   Now that I'm recalling that it's my
16   attorney, I don't know if you're entitled to
17   know what --
18   Q.  I'm not asking you for your
19   communications with Mr. Littleton.
20   Mr. Littleton is one of your attorneys.
21   A.  Yeah.  He has a --
22       MR. BLOOR: Let him ask a question.
23   Q.  Mr. Jaffe and your lawyers at Cozen
24   O'Connor have identified for us certain
25   documents relating the use the government's use
```

Page 141

```
1     CONFIDENTIAL -- Claudio Khamis
2  of BTA plans.
3     Do you know whether those, the information
4  they obtained was obtained from the Kazaword
5  database?
6     MR. BLOOR: Objection to form.
7  A.  I don't know.  We are doing a very
8  extensive search to try to put up the relevant
9  information together.
10 Q.  Who is we?
11 A.  In this case, it's not -- in this
12 case, it's me and my team and my lawyers that
13 are helping me.
14 Q.  And has the Cozen O'Connor firm been
15 through the Kazaword database?
16    MR. BLOOR: Objection.
17 A.  I wouldn't know.
18 Q.  Have any of your lawyers been through
19 the Kazaword database to identify documents to
20 be used in this case?
21    MR. BLOOR: Objection.
22 A.  Yes.
23 Q.  Which lawyers?
24    MR. BLOOR: Objection.
25 Q.  Mr. Littleton?
```

Page 142

```
1     CONFIDENTIAL -- Claudio Khamis
2     MR. BLOOR: You can answer that.
3  A.  Yes, Mr. Littleton.
4  Q.  And do you know if anyone is working
5  with Mr. Littleton to identify documents in the
6  Kazaword database?
7  A.  I don't know --
8     MR. BLOOR: Objection.
9  A.  -- how Mr. Littleton works with it,
10 the same way I don't know what happens at Cozen
11 O'Connor, how many people, lawyers, manage
12 papers related to my case.  I just get billings.
13 Q.  Do you know that the Kazaword database
14 contains privileged communications between the
15 government of Kazakhstan and its lawyers, its
16 outside lawyers?
17    MR. BLOOR: Objection.
18 A.  I don't -- I don't know.
19 Q.  Do you know that this firm, Curtis
20 Mallet, has brought a lawsuit against the people
21 who obtained the Kazaword database to allege
22 that they hacked the documents -- they obtained
23 the documents through a hacking exercise.
24    MR. BLOOR: Objection.
25    MR. WALSH: Let me rephrase.
```

Page 143

```
1     CONFIDENTIAL -- Claudio Khamis
2  Q.  Are you aware of a case that the
3  Republic of Kazakhstan has brought against
4  certain individuals regarding the Kazaword
5  database?
6  A.  No.  I don't -- I am not familiar of
7  the history of the Kazaword database.
8  Q.  Are you aware that there are
9  privileged communications between the government
10 of Kazakhstan and its outside lawyers in the
11 Kazaword database?
12    MR. BLOOR: Objection.
13 A.  I remember that at the time I was with
14 Alston & Bird, Brett mentioned that there was a
15 concern on the plaintiffs' lawyers, I don't know
16 which of the two offices, regarding certain
17 privileged documents.
18    MR. BLOOR: The plaintiffs or the
19 defendants?
20    THE WITNESS: Sorry, the defendants.
21 I'm the plaintiff.  I forgot.
22 Q.  If you turn to the letter again that
23 Mr. Jaffe sent to us, and the second page.
24 A.  Sorry.  Okay.
25 Q.  The first full paragraph begins:
```

Page 144

```
1     CONFIDENTIAL -- Claudio Khamis
2  We are aware that some of the Kazaword
3  documents may contain communications arguably
4  protected by attorney-client or other applicable
5  privileges.  To address any concerns concerning
6  privileges, the Kazaword documents are presently
7  being reviewed by independent counsel.
8  Who is that independent counsel?
9     MR. BLOOR: Objection.
10    I'm going to instruct you not to
11 answer.
12    I think you're aware, Jonathan,
13 that -- and I'm basing this on what Brett
14 told me, but that he has an independent
15 expert that's looking at this, and our
16 view is that the identity of that expert
17 is privileged, so I'm going to instruct
18 him not to answer.
19 Q.  Are you going to follow your counsel's
20 instructions?
21 A.  Yes.
22    MR. WALSH: We'll file that
23 separately with the court.
24 A.  What I know --
25    MR. BLOOR: Let him ask the next
```

Page 145

```
1       CONFIDENTIAL -- Claudio Khamis
2    question.
3    Q.  What do you know?
4    A.  What I know is that I have been very
5    concerned not to have any privilege or deemed
6    privileged information. We -- it's an issue
7    that we're taking very seriously.
8    Q.  And is it your position that the use
9    of independent counsel is sufficient to protect
10   the attorney-client privilege of the Republic of
11   Kazakhstan?
12      MR. BLOOR: Objection. He's not a
13   lawyer. You're asking him his opinion on
14   legal privilege?
15      MR. WALSH: You can instruct him not
16   to answer.
17      MR. BLOOR: You can answer the
18   question
19      THE WITNESS: Can you repeat the
20   question?
21   Q.  The plaintiffs in this case,
22   Atlantica, Baltica, and Blu Funds, have taken
23   the position that the privilege review can be
24   done by this independent counsel.
25   Is it your position that, on behalf of
```

Page 146

```
1       CONFIDENTIAL -- Claudio Khamis
2    three plaintiff entities, that that process,
3    using an independent counsel, is sufficient to
4    protect the privilege of the Republic of
5    Kazakhstan?
6       MR. BLOOR: Objection.
7       If you have an opinion of how US law
8    applies, you can tell him
9    A.  I -- I'm not a lawyer. I -- I rely on
10   my lawyer's opinion on that.
11   Q.  I want to go back to, your
12   investments in TuranAlem.
13      MR. WALSH: This will be Exhibit 17.
14      (Whereupon, Khamis Exhibit
15   Number 17, a UBS statement, was marked
16   for identification as of this date.)
17   Q.  Mr. Khamis, Exhibit 17 is a trade
18   confirmation from UBS for your Atlantica
19   account; correct?
20   A.  Correct.
21   Q.  And this reflects the purchase of five
22   million TuranAlem -- five million face amount of
23   TuranAlem Finance bonds in September of 2009.
24   A.  Correct.
25   Q.  Do you recall why you made this
```

Page 147

```
1       CONFIDENTIAL -- Claudio Khamis
2    investment?
3    A.  Exactly the same, previous as before.
4    Q.  Was there any document that you
5    reviewed in connection with this investment?
6    A.  Nothing different from what I said
7    before.
8    Q.  You can put a that aside.
9    This is Exhibit 13 from Mr. Kiblisky's
10   deposition. This is an email from Mr. Kiblisky,
11   dated September 22nd, 2009, after you had
12   purchased the TuranAlem bonds.
13   A.  After I purchased this one?
14   Q.  Yes. The trade confirm shows that the
15   purchase was September 11th, and this is
16   September 22nd.
17   During this time period, was Mr. Kiblisky
18   sending you news articles about BTA in September
19   2009?
20   A.  He would send me whatever he thinks
21   would caught my attention. would be of my
22   interest.
23   Q.  Were you independently doing research
24   on BTA in this time period?
25   A.  The purposes of my investment were, as
```

Page 148

```
1       CONFIDENTIAL -- Claudio Khamis
2    I outlined, it was a micro view of the country,
3    an assessment that the biggest bank and its
4    portfolio of around 20-something billion
5    couldn't vanish to the extent that it would make
6    a valuation of $0.19 on the bonds correct. We
7    assumed that there was a discrepancy between the
8    price of the bond and the intrinsic value of the
9    security.
10   Q.  So you're looking now at Exhibit 17.
11   When you referred to $0.19, that's the
12   price that you paid for the bonds?
13   A.  Yeah. They were all trading at the
14   time around this range, a little below 20, a
15   little above 20.
16   Q.  What did you think the intrinsic value
17   of this bond was at that time?
18   A.  The assessment was that there was a
19   deviation that was significant between the price
20   of the bond and the market, where they imply
21   destruction of the loan portfolio to support a
22   price like this.
23   Q.  Are you able to quantify what the
24   intrinsic value was?
25   A.  The owners of the bank have problems
```

Page 149

CONFIDENTIAL -- Claudio Khamis
1 quantifying the exact value of their loan
2 portfolio.
3 Q.  But it was your belief that it was
4 more than $0.19?
5 A.  My assessment, more than my belief,
6 was that it was more than -- more than $0.19.
7 I buy securities to make money, not to lose
8 money.
9 Q.  Did you do any written research or
10 written analysis yourself of --
11 A.  Written?
12 Q.  Right.  Did you write any notes about
13 BTA?
14 A.  No.  I don't write notes about my
15 investments.  I don't recall having written any
16 notes.
17 Q.  So in this time period --
18 A.  Maybe for other ones.
19 Q.  So your general practice in this time
20 period was not to take notes on any of your
21 investments?
22 A.  My practice at the time was to review
23 all the information that I deemed of relevance
24 and analyze it.

Page 150

CONFIDENTIAL -- Claudio Khamis
1 Q.  And what would that include?
2 MR. BLOOR: Objection.
3 You can answer.
4 A.  It includes reading it and trying to
5 understand it.
6 Q.  We talked about some of the analyst
7 reports.
8 Those were the materials that you would
9 review in this time period, the analyst reports
10 about your investments?
11 MR. BLOOR: Objection.
12 Q.  I'm -- let me rephrase the question
13 I'm not trying to -- I'm just trying to
14 understand what your practice was as far as
15 following your investments and making investment
16 decisions.  So let me break it up.
17 By this time you're already -- we're
18 looking at Exhibits 13 from Mr. Kiblisky's
19 deposition
20 You already invested in BTA Bank's
21 predecessor, TuranAlem?
22 A.  Yes.
23 Q.  What was your practice in this time
24 period, as far as following news about BTA?

Page 151

CONFIDENTIAL -- Claudio Khamis
1 A.  I don't recall what my practice at
2 this time was.
3 At this specific instrument, this specific
4 moment, there was not much news during the
5 restructuring process that were easy to make a
6 sense.  The big pieces of information were the
7 big amounts of provisioning and the big claims
8 of losses in the loan portfolio.
9 And we had a very hard time understanding
10 how the vast majority of a $23 billion or
11 $21 billion portfolio could vanish.
12 Q.  What did you think happened to it?
13 A.  I don't think I make assessments about
14 different theories to explain about the -- the
15 amount for a bank that is not involved in
16 derivatives or complex leveraged financial
17 transactions.  It's very hard to see the
18 duration and common or normal practice of -- of
19 credit or lending.
20 Q.  This is Exhibit 14, Mr. Khamis, from
21 Mr. Kiblisky's deposition.  This is an email
22 from Mr. Kiblisky to you, dated September 22nd,
23 2009.  He's attached a number of documents,
24 which you can see on the pages after the first

Page 152

CONFIDENTIAL -- Claudio Khamis
1 cover email
2 Do you recall receiving this email?
3 A.  I think I recall -- I mean, the
4 questions behind the high-low loss provisions.
5 Q.  This, I'll represent, this is not
6 Mr. Kiblisky writing.  He's cut and pasted from
7 another report.  The first sentence reads
8 BTA has released MOU signed with CC.
9 Do you know what the CC is?
10 A.  No.
11 Q.  Is it the creditors' committee?
12 A.  I don't recall.
13 Q.  You understood that, as part of the
14 restructuring, that the bank was negotiating
15 with certain creditors; correct?
16 A.  Yeah.
17 Q.  And the MOU that's attached here were
18 the terms of the restructuring that would be
19 developed and formalized; correct?
20 MR. BLOOR: Objection.
21 Q.  What did you understand the MOU to be?
22 MR. BLOOR: Objection.
23 A.  The MOU is -- is -- it's a sort of
24 memorandum of understanding of some process

Page 153

1    CONFIDENTIAL -- Claudio Khamis
2    that -- at that point in time, if my memory is
3    right, was not finished, and it was about some
4    sort of understanding between the people
5    restructuring the bank or in charge of the bank
6    and the creditors.
7    Q.  Did you read the attachments when you
8    received this email?
9    A.  Probably I flipped through them and
10   then read what, at the moment could have seemed
11   relevant.
12   Q.  Is it fair to say at this time it was
13   not clear what the terms of the final
14   restructuring would look like?
15   A.  I don't think that the terms of the
16   final restructuring would be clear at this
17   moment, because the bond was trading at 19 and
18   the exchange was like at $0.50, with all the
19   securities plus the cash included, so markets
20   usually win when they know the information would
21   be public.  The price would be closing according
22   to the exchange, so I don't think that this
23   was -- that this was the case.
24   Q.  Let me break that up.
25   What was the exchange that you just

Page 154

1    CONFIDENTIAL -- Claudio Khamis
2    referred to?
3    A.  At the end of the restructuring,
4    creditors received new securities from the old
5    securities with the haircut.  There was a
6    significant haircut.
7    Q.  The exchange would be the old notes
8    being exchanged for the new notes?
9    A.  Old notes for -- for more than one
10   security.
11   Q.  What other securities were distributed
12   in the exchange?
13   A.  I think there was a senior debt and
14   senior new debt to say subordinated, some cash
15   and recovery units.
16   Q.  What is a recovery unit?
17   A.  Where, after the restructuring, now?
18   Q.  Yes.
19   A.  After the terms of the first
20   restructuring were released?  What was the
21   timeline here?
22   Q.  So you said that there was an
23   exchange.  The exchange occurred --
24   A.  At the end the restructuring.
25   Q.  Right, and the end the restructuring,

Page 155

1    CONFIDENTIAL -- Claudio Khamis
2    as you understand it, was in 2010?
3    A.  Correct.  This was in 2009.
4    Q.  Right.  So in 2009 --
5    A.  Because this was actually like --
6    Q.  It was early in the process.
7    2009 was early in the structuring process?
8    I need an answer.  I forgot to tell you
9    that we need verbal answers for the court
10   reporter.
11   A.  Yes.
12   Q.  At the end of that process in 2010,
13   there was an exchange.  You referenced that.
14   A.  Yes.
15   Q.  In that exchange, you -- creditors
16   received what's called recovery units?
17   A.  Correct.
18   Q.  What was a recovery unit?
19   A.  Well, at the time we had to -- to look
20   for -- we didn't understand at the very
21   beginning when we just were told part of this
22   security was recovery units, so --
23   I was looking deeply at the information
24   memorandum and to try to understand what the
25   recovery units were.  So it was a big part of

Page 156

1    CONFIDENTIAL -- Claudio Khamis
2    the loan portfolio that was segregated, put in a
3    trust deed to be split after certain limits,
4    half and half between recovery unit holders and
5    the bank.
6    Q.  You referenced the information
7    memorandum.
8    What was that?
9    A.  Excuse me?
10   Q.  What was the information memorandum?
11   A.  That was the memorandum where it was
12   prepared and presented to the creditors and the
13   final terms of the restructuring.
14   Q.  When did you review that document?
15   A.  Probably right away when it was made
16   available.
17   Q.  And did you keep a copy of the
18   information memorandum that you reviewed?
19   A.  No.  It was in the -- it was in the
20   public on the website.
21   Q.  So you went on the BTA website to look
22   at it?
23   A.  Yeah.
24   Q.  And what do you recall about seeing on
25   the website?

Page 157

1     CONFIDENTIAL -- Claudio Khamis
2   A.  I flipped through the page.  At the
3   same time, I don't recall exactly when in the
4   timeline, I would -- I would receive papers, of
5   specific pieces of information, memorandum.  But
6   they seemed to us extremely interesting.
7   Q.  Where did you receive these piece of
8   papers?
9   A.  Where?
10  Q.  Where.
11  A.  In Santiago.
12  Q.  In Santiago.
13      Who delivered them?
14  A.  I think it would usually be brought by
15  Patrick, by hand.  Patrick, at the time, would
16  live, like, a week in the US, a week in
17  Santiago, at this time we were in very close
18  contact, having lunch and meeting pretty often.
19  I don't remember what the frequency was, but at
20  the time, I think it was fairly -- fairly high.
21  Q.  He gave you pieces of information of
22  that memorandum?
23  A.  He -- he -- we discussed -- he handed
24  me over excerpt -- how you say? --
25  Q.  Excerpt.

Page 158

1     CONFIDENTIAL -- Claudio Khamis
2   A.  Excerpt of the pieces that were
3   relevant.
4   Q.  What was the excerpt?
5   A.  I don't recall exactly, but I recall
6   at least two pieces that were -- that were very
7   relevant for us.
8   One was that -- that the bank wouldn't pay
9   any distributions or dividends to itself until
10  the bondholders would be repaid or seven years.
11  There were, I mean, some very specific
12  commitments that were supportive of our
13  impression and the seriousness of the
14  undertaking by the Kazakh authorities at the
15  time.
16  And we were thinking that it was a very
17  good restructuring and very well done and this
18  commitment by -- by the ownership of the bank,
19  not to allow payments.  Any time you pay a
20  dividend, you don't capitalize it, and what you
21  want for a stable bank is as much capital as
22  possible.
23  So spending for the wellbeing of the bank,
24  for the wellbeing of the financial system, but
25  also for the creditors and the depositors.

Page 159

1     CONFIDENTIAL -- Claudio Khamis
2   Q.  What other excerpts did you receive
3   from Mr. Kiblisky?
4   A.  There was papers handed to me from the
5   information memorandum.  I couldn't point out
6   that everything was Mr. Kiblisky about the
7   recovery units, and the other stuff, I don't
8   have precise recollections.
9   But the information memorandum was a big
10  piece of information and the -- and some parts
11  were thoroughly analyzed, and some parts we paid
12  less attention due to the extension of the
13  document.
14  Q.  What parts were thoroughly analyzed?
15  A.  I don't remember.
16  Q.  When you say we, are you referring to
17  yourself and your ego or now Mr. Kiblisky?
18  A.  No, no, no.  It's mostly me.
19  Listen, I reviewed this.  I read it.  I try
20  to make sense of it, and if I have a question or
21  a comment, I throw this comment to see what, if
22  I'm making sense or if somebody can point out
23  that I'm missing something.
24  Q.  And how do you throw a comment to
25  someone?  Are you talking now about UBS?  Were

Page 160

1     CONFIDENTIAL -- Claudio Khamis
2   you running ideas by Mr. Kiblisky?
3   A.  No.  I would -- I would argue, for
4   instance, how could it not be a financial crisis
5   when there is so much loans given to people that
6   actually don't have an income or a source of or
7   a stream of income to pay for the asset, and the
8   only way to get that is intrinsic expectation
9   that the value is going to keep on rising.
10  So I would say something like this, and I
11  would expect people to say no, listen, you're
12  missing this or you're missing that, and if
13  nobody comes with something to say, well, at
14  least a smart person, like you, for instance,
15  would have nothing to add to it or to
16  contradict, I would say okay, at least nobody's
17  being able to -- to question.
18  Q.  Do you recall any of the people that
19  you discussed the information memorandum with?
20  A.  Not really.  We -- I -- so we have it
21  clear, I was pretty satisfied with the turn out
22  of -- of the restructuring proved our point,
23  right, that the market overestimated the loan
24  portfolio, the structure.
25  We knew that at that time that it, since it

Page 161

1    CONFIDENTIAL -- Claudio Khamis
2  was the biggest bank in Kazakhstan, and
3  Kazakhstan was a fairly relevant country in the
4  region, we knew or heard, or I heard that this
5  was being done with a lot of help of financial
6  advisors and auditors, and so we at the time, it
7  seemed very reasonable.
8  Q.  I'm going to show you what's been
9  marked as Exhibit 17 at Mr. Kiblisky's
10  deposition.  Mr. Khamis, there is an email from
11  Mr. Kiblisky to you from December of 2009
12  attaching a report from Renaissance Capital.
13  Are you familiar with Renaissance Capital?
14  A.  I know who they are.
15  Q.  Have you ever talked to anyone at
16  Renaissance Capital about BTA?
17  A.  Not that I recall.
18  Q.  Do you recall receiving this email
19  from Mr. Kiblisky in December of 2009?
20  A.  Yeah, I recall.
21  Q.  Do you know, at this time, what the
22  proposal was for the notes that you held, what
23  the proposal for the exchange would be for the
24  TuranAlem notes that you held?
25  A.  I don't remember what I thought at the

Page 162

1    CONFIDENTIAL -- Claudio Khamis
2  time I received this.  This is in December 2009,
3  way before the terms of the restructuring were
4  released.
5  And usually, during restructuring, there's
6  is a lot of noise and conflicting information.
7  It's a -- it's a process that usually requires a
8  lot of effort and a lot of manpower to review
9  the whole asset base, so I don't -- I don't
10  remember exactly what was said here.
11  I don't recall even if the theory, the
12  terms of the exchange, but I don't recall having
13  known about the real exchange until somebody
14  called me from UBS to first turn me over the
15  phone.
16  Q.  When was that?
17  A.  I don't know.  I don't recall.
18  (Whereupon, Khamis Exhibit
19  Number 18, a UBS statement, was marked
20  for identification as of this date.)
21  MR. BLOOR:  Is this 18?
22  Q.  In April of 2010, Mr. Khamis, you
23  purchased more TuranAlem bonds; correct?
24  A.  In 2010?
25  Q.  Yes.

Page 163

1    CONFIDENTIAL -- Claudio Khamis
2  A.  Yes.
3  Q.  Why did you purchase more TuranAlem
4  notes?
5  A.  I don't -- I don't recall exactly what
6  sort of information or mental process that I was
7  doing at the time.
8  From the price, it was significantly higher
9  than the price I had bought previously, so
10  probably.
11  Q.  It's up to $0.48 now; right?
12  A.  Correct.
13  So probably there was some information or
14  expectation.  I cannot even rule out this piece
15  here at the time, because this is December 2009
16  and this is April 2010.
17  I couldn't -- I couldn't tell you.  I mean,
18  but the assessment, it was different, clearly,
19  from the first purchases to the second.
20  Q.  How different?
21  A.  Probably I -- my assessment confirmed
22  that the -- that the -- that the destruction of
23  the value of the loan portfolio was not that
24  heavy, so if you read the information itself,
25  the previous exhibit, they say surprising upset

Page 164

1    CONFIDENTIAL -- Claudio Khamis
2  for bondholders, which means that surprising,
3  less destruction in value means that eventually
4  there's going to be a relationship between the
5  price of the bond and the secondary market and
6  the assessment that the market is making the
7  price and the value of the intrinsics.
8  Q.  Do you see in that exhibit that you
9  you're looking at, that's Kiblisky 17, there's a
10  reference to senior package number one?
11  A.  Where are you?
12  Q.  Right on the bottom of that analyst
13  report from Renaissance Capital.
14  A.  In this part?
15  Q.  Yes, the bottom.
16  Did you know at this time if you were in
17  the senior package one recovery?
18  MR. BLOOR:  I'm sorry, you're
19  referring to the third bullet?
20  MR. WALSH:  No   At the very bottom
21  there's a chart with cash, new senior
22  debt, new subordinated debt, equity.
23  A.  No.  I don't recall what I knew at the
24  time.
25  At the time, when this happened, this was

Page 165

1    CONFIDENTIAL -- Claudio Khamis
2  not my most relevant investment.
3  Q.  What was?
4  A.  I don't remember.
5  Q.  Do you recall how many investments you
6  had in this time period?
7  A.  No, no.
8  But I probably Gazprom was bigger than
9  this.
10  Q.  The number of investments, is it
11  somewhere between 10 and 20 or 100 and 200?
12  A.  No, no, no. It's not that big.
13  Q.  What number would you put on this time
14  period?  This is April of 2010.
15  A.  Globally or for the entities?  Because
16  I look for the entities, but I also look for
17  some other stuff.
18  Q.  Understood.  Let's start with
19  Atlantica, Baltica, and Blue.
20  A.  I don't have a clear recollection of
21  what I look for at the time.
22  Q.  And globally, what other investments
23  did you have that you were monitoring in April
24  of 2010?
25  A.  I was monitoring everything,

Page 166

1    CONFIDENTIAL -- Claudio Khamis
2  investments that I had in the portfolio at the
3  time.
4  Q.  Your daughter was born in 2009?  Were
5  you in Santiago in this time period, April of
6  2010?
7  A.  I don't know.  I know that after she
8  was born I was in Santiago with only one place
9  that I traveled.
10  Q.  And how often were you watching your
11  daughter in this time period?
12  A.  No.  During the period, I was with her
13  every day.
14  Q.  And were you there for her first
15  birthday?
16  A.  Sure.  I never missed a birthday so
17  far.
18  Q.  And in that time period, were you with
19  her every day, or was it once a month?
20  A.  No, no, no.  Every day.
21  Q.  And is it fair to say that your review
22  of your investments was less frequent in that
23  time period than it would be, say, for today?
24  A.  No.  I wouldn't say so, Jonathan.
25  The review of my investments takes time,

Page 167

1    CONFIDENTIAL -- Claudio Khamis
2  but it's not 12 hours a day because I'm not
3  trading them
4  I would say the assessment made is that you
5  want to find the differences between the price
6  and the intrinsic value in holding.  There
7  are -- there are -- the real motivation is that.
8  find them and hold them, not trading them, not
9  look every day at the screen and make an
10  assessment.
11  When there are periods of high volatility
12  or high global stress, if you look every day at
13  the screen, obviously, to know where the world
14  is heading, but it doesn't mean that if prices
15  fall 50 percent and you have a beautiful house
16  and or apartment in New York that you're going
17  to throw it out of the window if you don't have
18  to.
19  Q.  You mentioned a screen.
20  Did you follow your investments on your
21  computer?
22  A.  At the time, it seems that I was
23  calling a lot to find out prices.  A lot of -- a
24  lot of those investments, you wouldn't be able
25  to access a price.  Many of the securities were

Page 168

1    CONFIDENTIAL -- Claudio Khamis
2  traded over-the-counter, and at the time, I
3  don't think that it was kind of a Bloomberg
4  application, a place where you could see Apple
5  every day unless you had a Bloomberg terminal.
6  Q.  Did you have access to a Bloomberg
7  terminal in April of 2010?
8  A.  No.  I never have access to even
9  today.
10  Q.  No, never?
11  A.  No.
12  Q.  And did you call UBS to get a price
13  for the securities that you held in April of
14  201?  Is that the main way to determine the
15  price?
16  A.  Most likely.
17  Q.  And the TuranAlem bonds that you held,
18  was that true as well, you had to call UBS to
19  get the price?
20  A.  Yes, most likely.  I don't recall any
21  other source.
22  If I had a friend sitting in a bank with
23  access to something, I would ask him to find me
24  something if somebody wouldn't pick up the phone
25  for a whole afternoon and I felt that I had to

Page 169

    1    CONFIDENTIAL -- Claudio Khamis
    2    know, but it's -- it's something that doesn't
    3    follow a pattern.
    4    Q.   What about going on the BTA website?
    5    How often were you going on the BTA website in
    6    this time period, April 201?
    7    A.   I don't recall.  I was probably
    8    Googling, and I don't recall how often.  Most of
    9    the presentations, I wouldn't -- I'd either
   10    receive a call or get to know through some
   11    people involved in the business that there was
   12    something out there, worth looking, or they
   13    would bring it to me, to my hand and hand it as
   14    a paper, and hey, by the way, we got this for
   15    you and have a look while having coffee.
   16    Q.   Do you recall going on the BTA website
   17    and looking at the information memorandum on
   18    your screen in 2010?
   19    A.   Yes.
   20    Q.   And did you print any piece of it at
   21    that time?
   22    A.   No.  I don't think I would have
   23    managed myself with computers at that time to be
   24    able to select what to print and what not to
   25    print.  I've never been good with computers.

Page 170

    1    CONFIDENTIAL -- Claudio Khamis
    2    Q.   Did you flip through the pages of the
    3    information memorandum on the screen?
    4    A.   I don't remember how -- how I
    5    interacted with the -- with the information.
    6    I know -- I have recollections of pieces.
    7    I usually focus on something and I get my
    8    interest into that, and then while I'm doing
    9    that myself, I'm calling, probably, either
   10    whoever have handed to expedite it for me.
   11    Q.   The pieces of paper that you would get
   12    sitting in the coffee shop and the excerpts, for
   13    example, that you got from the information
   14    memorandum, what did you do with them, the
   15    hardcopies?
   16    A.   The hardcopies would be in what was my
   17    office at that time and probably, until today,
   18    my car.  They would lie in the backseat or in
   19    the next seat if nobody would drive with me for
   20    a while, they would be right next to me.  If
   21    not, they would be in the back.  After a while I
   22    would throw them away.
   23    Q.   I'll represent to you that Atlantica,
   24    Blu Funds, Baltica, have not produced any
   25    excerpts of the information memorandum.

Page 171

    1    CONFIDENTIAL -- Claudio Khamis
    2    A.   Most likely at the time we engage into
    3    legal activities they were converted into earth
    4    or recycled already by nature and --
    5    Q.   You had thrown them out?
    6    A.   I keep -- listen, it's -- I may keep
    7    something, but without any specific rule, it's
    8    got to be very important for me to keep it.
    9    But if I read it and I think I'm not going
   10    to use it, most likely I'm going to throw it
   11    away, and especially financial information,
   12    because financial information has a great degree
   13    of obsolescence.
   14    There was nothing valuable in me knowing
   15    what happened or how valuable Amazon was last
   16    year.
   17    Q.   Was that true --
   18    Was that true with respect to BTA?
   19    A.   In what sense?
   20    Q.   That financial information that you
   21    reviewed became obsolete?
   22    A.   No.  I think it became very relevant
   23    in hindsight.
   24    Q.   If you go back to Exhibit 18.  It's
   25    the trade confirm for April of 2010.

Page 172

    1    CONFIDENTIAL -- Claudio Khamis
    2    A.   Exhibit what --
    3    Q.   18.  That one.
    4    A.   Yeah.  This is the one that you just
    5    showed me, no?
    6    Q.   Do you see the reference to reg S in
    7    the middle of the page?
    8    A.   Yes.
    9    Q.   Do you know what regulation S is?
   10    A.   No.
   11    Q.   Do you have any knowledge how UBS
   12    filled the orders that you made for TuranAlem?
   13    A.   No.
   14    Q.   Do you know how widely traded
   15    TuranAlem was in this time period?
   16    A.   No.
   17    MR. WALSH:  Why don't we take a
   18    break, and I'll continue with my
   19    questions.
   20    THE VIDEOGRAPHER:  The time is 2:14.
   21    This ends media number 2.
   22    (Whereupon, a brief recess was
   23    taken.)
   24    * * * * * *
   25    * * * * * *

Page 173

```
 1      CONFIDENTIAL -- Claudio Khamis
 2      (Whereupon, Khamis Exhibit
 3   Number 19, a UBS Statement, was marked
 4   for identification as of this date.)
 5      (Whereupon, Khamis Exhibit
 6   Number 20, a UBS Statement, was marked
 7   for identification as of this date.)
 8      (Whereupon, Khamis Exhibit
 9   Number 21, a UBS Statement, was marked
10   for identification as of this date.)
11      (Whereupon, Khamis Exhibit
12   Number 22, a UBS Statement, was marked
13   for identification as of this date.)
14      THE VIDEOGRAPHER: The time is
15   2:33 p.m.  This begins media number 3.
16      MR. WALSH: First, Martin wants to
17   make a statement.
18      MR. BLOOR: Just as a matter of
19   housekeeping, we just would ask to mark
20   the transcript of this deposition
21   confidential under the relevant
22   protective order in this matter.
23   Q.  Mr. Khamis, I've handed you excerpts
24   of the account statements from UBS.
25   Before you is Exhibit 19, which is an
```

Page 174

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   excerpt from the September 2010 account
 3   statements;
 4   Exhibit 20 is an excerpt from the
 5   April 2010 account statement;
 6   And Exhibit 21 is an excerpt, also from the
 7   September 2010 account statement for Baltica,
 8   and the other two are Atlantica;
 9   And the Exhibit 22 is an excerpt from the
10   September 2010 Baltica statement.
11   We were talking before about the exchange
12   that occurred in the 2010 restructuring.
13   You owned old notes of TuranAlem; correct?
14 A.  Correct.
15 Q.  And you exchanged them for new
16   securities, correct?
17 A.  Correct.
18 Q.  And if you look at Exhibit 20 --
19   Do you have that in front of you?
20   You'll see on that first page, stamped
21   2770, that there are a number of BTA securities
22   that you received in the exchange; correct?
23 A.  Listen, in all honesty, I always get
24   mixed up with those statements.
25   I mean, where are you looking at?
```

Page 175

```
 1      CONFIDENTIAL -- Claudio Khamis
 2 Q.  So on September 3rd, there are a
 3   number of securities for BTA listed.
 4   Do you see that?
 5 A.  No.
 6   Can you highlight them for me?
 7      MR. VIGNA: Mr. Walsh, you may be
 8   referring to Exhibit 19.
 9 Q.  I'm sorry, Exhibit 19.
10   Do you see at the bottom of the page --
11 A.  Exchange.
12 Q.  Correct, and you see you received, on
13   September 3rd, five different -- well, four
14   different types of securities as reflected on
15   this?
16 A.  Yes.
17 Q.  And that was GDRs for BTA Bank?
18 A.  Yeah.
19 Q.  There were notes due in 2020 from BTA
20   Bank?
21 A.  Okay.
22 Q.  Is that the, a reference to the
23   recovery units?
24 A.  I couldn't tell you what.
25 Q.  Okay.  And then you see the notes that
```

Page 176

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   are referred to in this case, the notes due in
 3   2025 at 7.2 percent --
 4 A.  LKD linked to equity note?  Yeah.
 5   That's probably the recovery --
 6   The third one in the line?
 7 Q.  Right, the third one is the notes
 8   issued in this case; right?
 9 A.  The recovery note?
10 Q.  No.  The recovery notes you just
11   referred to, and then the third one, the
12   7.2 percent notes --
13   Do you see that on the third line?
14      MR. BLOOR: It's there --
15 A.  Yeah.
16 Q.  The fourth line down
17   Does that refresh your recollection that
18   you received notes due in 2025 at 7.2 percent?
19 A.  Yeah.
20 Q.  And below that there's another note
21   that pays 10.75 percent?
22 A.  Correct.
23 Q.  And that was the senior note?  Do you
24   recall what that was?
25 A.  No.  I don't.
```

Page 177

1     CONFIDENTIAL -- Claudio Khamis
2   Q.  Do you recall receiving senior notes
3     in the restructuring?
4   A.  Yeah.
5   Q.  Did you also receive cash in the
6     exchange?
7   A.  To my recollection, yes, but they
8     don't identify it here in the statement.
9     Is it here?
10  Q.  No.  It's not on this excerpt.
11    If you turn the page --
12  A.  Same exhibit, 19?
13  Q.  Yeah.  You'll see that there are other
14    notes you received -- other securities, rather,
15    that you received in the exchange, including,
16    again, those notes paying at 10.75 percent.
17    That's the third line down.
18  A.  Okay
19  Q.  Face amount or quantity was
20    3.3 million.
21    Do you recall that?
22  A.  Yeah.
23  Q.  And do you recall that you sold those
24    notes a little bit --
25  A.  Those are the senior notes.

Page 178

1     CONFIDENTIAL -- Claudio Khamis
2   Q.  The senior notes, right
3     Do you recall that you sold those later in
4     the year?
5   A.  Yeah.
6   Q.  And do you recall that you made a
7     profit on those notes?
8   A.  I don't recall particular profits.  I
9     recall that the profit on the global exchange.
10  Q.  Do you recall what your profit was?
11  A.  No.
12    I remember that we bought the first
13    securities that we reviewed a while ago or a
14    couple hours ago, around the 20 percent level,
15    and that the valuation of the total package that
16    we received was around $0.50 or $0.55, but I may
17    be wrong.  I don't have a clear recollection of
18    exactly what is the addition.
19  Q.  You kept the 7.25 -- I'm sorry --
20  A.  Can I ask you a favor, Mr. Walsh?
21  Q.  -- 7.2 percent --
22  A.  Can you refer for them to, as senior
23    or subordinated, because --
24  Q.  That would be better.
25  A.  -- for me it's going to be easier, and

Page 179

1     CONFIDENTIAL -- Claudio Khamis
2     I think maybe for you, too, because, I mean --
3   Q.  The UBS statement don't refer to them
4     as that, but you're familiar with those terms?
5   A.  Senior and subordinated?
6   Q.  Yes.
7   A.  Yes.
8   Q.  So in the 2010 restructuring, you
9     received both senior notes and subordinated
10    notes?
11  A.  Correct.
12  Q.  You also received recovery notes?
13  A.  Correct.
14  Q.  And cash?
15  A.  Correct.
16  Q.  And any other securities that you
17    recall --
18  A.  It seems here that it says BTA Bank
19    GTR for $7,000.
20  Q.  And do you recall that you sold the
21    senior notes later in 2010?
22  A.  Correct.
23  Q.  And that you made a profit on those
24    notes?
25  A.  I don't remember what was the -- the

Page 180

1     CONFIDENTIAL -- Claudio Khamis
2     profit or the loss.
3     I remember the reason for selling it.
4   Q.  What was the reason?
5   A.  The reason was that once the
6     restructuring was concluded and the exchange
7     terms were known and we got the results of our
8     participation that the exchange, that the bank
9     was very well capitalized.  But some figure -- I
10    don't recall the figures, but it was probably
11    1.9 billion -- it was a significant number, in
12    any case, for what we assess at the moment.
13    And the bank had -- was the biggest bank in
14    Kazakhstan just restructured, a huge amount of
15    provisions has been done on the bank.  Topnotch
16    western advisors were involved, investment
17    banks, auditors, so we thought that -- and it
18    was still like Sberbank, under government
19    control, and we thought at the moment that it
20    was a very well carried process, in which there
21    was also the recovery note structure, in which a
22    huge amount of loans were put under a trust
23    deed.  They had already been segregated from the
24    bank.
25    So we expected also significant recoveries

Page 181

```
 1       CONFIDENTIAL -- Claudio Khamis
 2    from what we saw in the information memorandum
 3    written about the terms and was involved in all
 4    the proceedings to recover those bad loans or
 5    getting back those bad loans.
 6    So we assessed that the bank had good
 7    capital, we would be receiving half of the
 8    recoveries, and it was state owned, so it was,
 9    for us, a sovereign institution, and there were
10    other market participants that at the time
11    supported our view that all came up to the
12    same conclusions.
13    So the -- the judgment at the time was
14    that -- that, given the strong commitment of --
15    of the Kazakh authorities in terms of the
16    support they said they gave the bank and the
17    restructuring process was successful, that they
18    wouldn't pay themselves any dividends, as
19    portrayed in the information memorandum, that
20    they put a lot of assets under a trust deed by a
21    western institution, in this case, Bank of New
22    York, and everything looked very, very Kosher,
23    to say the least.
24    So as the bank was, yes, cleaned up, well
25    capitalized.  For us it made more sense to
```

Page 182

```
 1       CONFIDENTIAL -- Claudio Khamis
 2    buy -- to sell the senior and buy the
 3    subordinated.  We didn't see any increase of
 4    risk for the medium term, given what an amazing
 5    job just had been done and how well capitalized
 6    the bank was, and everybody seemed very happy at
 7    the time and deemed it as a successful
 8    restructuring, so the reason for the -- this
 9    sale and the subsequent purchase was that.
10 Q.  When you refer to we, who are you
11    referring to there?
12 A.  Again, I told you, English is not
13    my -- my main language --
14 Q.  No.  I understand, Mr. Khamis.
15 A.  I refer to myself.
16 Q.  There was a reference in your
17    testimony about market participants.
18    How did you understand the market
19    participants' reaction?
20 A.  I'm -- I'm referring specifically
21    about -- about a UBS report that came shortly
22    after, and they call it quasi-sovereign, and it
23    was exactly the same thing what we were
24    thinking, what I was thinking -- to correct for
25    the record -- and so it's a -- at this moment in
```

Page 183

```
 1       CONFIDENTIAL -- Claudio Khamis
 2    time, everything seemed nothing to worry about.
 3    And one of the reasons for that, and this I
 4    would like to point out, is because a
 5    restructuring, in which you take provisions
 6    or -- or assess that the loan portfolio is
 7    decreased or -- how do you say? -- I'm losing my
 8    English -- when you assess that the bad quality
 9    involved in the loan portfolio pre-structuring
10    is 10 percent or 15 percent is already a big
11    number, but in this case, the number was huge.
12    And the amount of haircuts for liability
13    holders or bondholders, liability holders,
14    because it was the liabilities from
15    11-point-something billion to four billion, it
16    was already just this, a third of the balance
17    sheet.  On top of that, the bank received a
18    capital infusion, if my memory is right,
19    1.4 billion at the moment they take it from
20    Ablyazov, so it was tens of billions poured into
21    the bank.  What I said, it was a loan portfolio
22    that it was hard to explain, even at that moment
23    how bad could have gone?
24    So -- so the assessment at the moment was
25    that the intervention, the depth of the
```

Page 184

```
 1       CONFIDENTIAL -- Claudio Khamis
 2    restructuring was or the significance of the
 3    restructuring or the undertaking was so massive
 4    that there was very little space for something
 5    to be incorrect.
 6    And on top of that, I don't remember what
 7    time -- I got the first information, correcting
 8    myself from we -- maybe I'll get it by the end
 9    of the day -- hundreds of millions were spent
10    and -- and advisory and collection efforts and
11    so -- so at $700 an hour, which is a very high
12    average if you're not dealing with law firms, it
13    accounts for half a million hours, 500,000 hours
14    of work.
15 Q.  How much of what you've just discussed
16    were you aware of in 2010 as opposed to what
17    you've learned since 2010?
18 A.  In 2010, the most of what I said
19    referred to 2010.
20 Q.  What was the source of that
21    information?
22 A.  The information memorandum.
23 Q.  And you referenced a UBS report.
24    Do you recall when that UBS report was
25    issued?
```

Page 185

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   A.   The UBS report came after the -- it
 3   came a few days after or two days after or that.
 4   But the information memorandum was
 5   released, if my memory is not overly wrong,
 6   before the exchange.
 7   But I don't have precision in my
 8   recollection, and there's --
 9      MR. BLOOR: Just let him have his
10   next question.
11   Q.   I'm looking for the report,
12   Mr. Khamis.
13   A.   Which report?
14   Q.   The UBS report
15      (Whereupon, Khamis Exhibit
16   Number 23, email, dated 11/13/12, was
17   marked for identification as of this
18   date.)
19   Q.   Do you see this is an email from
20   Mr. Kiblisky to Neil Steiner, Camille
21   Ablousleiman, and yourself, dated November 13,
22   2012, and then the attachment is this UBS report
23   from September 2nd, 2010.
24      MR. BLOOR: Just so the record is
25   clear, what is this marked, the email?
```

Page 186

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   THE REPORTER: 23
 3   Q.   I'll represent the second document was
 4   previously marked at Mr. Kiblisky's deposition,
 5   but this is the attachment.
 6   You referenced the UBS report, but I want
 7   to focus on this first, and you referenced that
 8   it talked about quasi-sovereign status.
 9   Do you see that reference in the beginning
10   of the email?
11   A.   Yeah.
12   Q.   So you believe that you reviewed this
13   in 2010?
14   A.   I saw this in a -- I clearly remember
15   this document.
16   Q.   Because you made a number of other
17   purchases in September of 2010 of the
18   subordinated notes.
19   Do you recall that?
20   A.   After this or prior to this?
21   Q.   If you look at Exhibit 19 --
22   A.   Yes.
23   Q.   And if you turn to the page ending
24   71 --
25   A.   Please clarify your question, because
```

Page 187

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   you're getting me very confused, because we're
 3   here on the report, and you are here at some
 4   purchases.
 5   Q.   You previously testified that you
 6   reviewed a report from UBS regarding the
 7   restructuring.
 8   This is that report, right, this UBS
 9   report?
10   A.   Yes.
11   Q.   Okay. I want to go back to your
12   purchases of BTA subordinated notes.
13   You purchased additional subordinated notes
14   in September of 2010?
15   A.   Correct.
16   Q.   And if you see Exhibit 19, the
17   page ending 2771, it reflects your purchases?
18   A.   Yeah.
19   Q.   They are all September 13th of 2010?
20   A.   Yeah.
21   Q.   It's one, two, three purchases of
22   notes.
23   Do you see that?
24   A.   Yeah.
25   Q.   Is it your recollection that you
```

Page 188

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   reviewed this UBS report before you made these
 3   three purchases?
 4   A.   The timeline is -- is that this report
 5   is issued, and I read it before, and clearly the
 6   transaction are made after I read this report.
 7   Q.   And was this report something you
 8   relied upon when you made those purchases?
 9   A.   No. This report doesn't have much
10   information on it, besides saying that it was
11   successful, and we knew that already.
12   Q.   How did you know that?
13   A.   Because the terms of the exchange.
14   I'm pretty sure the terms of the exchange were
15   prior to this report.
16   Q.   And you had reviewed those terms prior
17   to this report?
18   A.   I -- things happen when they happen.
19   What I remember about this report, that the
20   only thing that was new to me about this report
21   is that a UBS analyst came to the same
22   conclusion I came by for by myself.
23   Q.   Which was that?
24   A.   I think that to me, for sovereign
25   investment, I was very happy about the terms of
```

Page 189

```
 1        CONFIDENTIAL -- Claudio Khamis
 2   restructuring. I was very happy about
 3   everything that was going on at the time. For
 4   me, the huge amount of loans claimed to be in
 5   bad condition and the amounts put on the trust
 6   deed were -- was something I relied on, and I
 7   relied on the collection effort at the time.
 8   So as I said, again, the bank is well
 9   capitalized, good collection efforts on the way,
10   and a person that works for a bank, a major
11   world bank, that knows the banking business, was
12   arriving to the same conclusion I arrived on my
13   own without having all the manpower that BTA,
14   SK, or UBS has at this time. It was something
15   for me to say okay.
16   Listen. This is the stuff I'm checking all
17   the time when I was saying you I throw out
18   things, I think something, and then I look for
19   confirmation, whether it's talking to somebody
20   or checking it against some stuff that is
21   happening or something that I expect. It was
22   a --
23   I felt very good when -- when I could
24   confirm my -- that what I analyzed was -- was
25   correct.
```

Page 190

```
 1        CONFIDENTIAL -- Claudio Khamis
 2   But reliance? I don't rely on reports made
 3   by analysts, as I mentioned before. Every
 4   investment theme has its own set of factors that
 5   get my attention, and I weigh them differently
 6   according to what it is.
 7   Q.  And do you know if you had reviewed
 8   the excerpts of the information memorandum prior
 9   to September 2010?
10   A.  The excerpts of the information
11   memorandum were reviewed pretty much when they
12   became available. It was -- it was --
13   There was a great deal of curiosity at the
14   moment to understand what the recovery units
15   were, because I never saw something like this
16   before, and it was a very orderly and it was put
17   under a trust deed, and we understood it was
18   completely out of Kazakh hands. It was under
19   Bank of New York with a very clear pattern of --
20   of collection. It's something that caught our
21   attention.
22   And for one more thing, they were priced
23   very little. They were trading at, like, four
24   percent, and the amount of assets in the trust
25   deed was significant.
```

Page 191

```
 1        CONFIDENTIAL -- Claudio Khamis
 2   Q.  I want to go back to Exhibit 19 in
 3   connection with what you just said. We talked
 4   about the securities you received in the
 5   exchange.
 6   If you look at the second page 71, do you
 7   have that page in front of you?
 8   A.  Excuse me?
 9   Q.  Exhibit 19, which is the
10   September 21st account statement --
11        MR. BLOOR: 19 is the account
12   statement.
13   A.  This?
14   Q.  Yes.
15   If you turn to the second page, the
16   page ending 2771.
17   Do you have that?
18   A.  Page 14 out of 16 I have
19   Where are you?
20   Q.  Exactly. If you see in the middle of
21   that page that reflects the additional purchases
22   of subordinated notes, it also reflects that you
23   sold the senior notes the day after.
24   Is that consistent with your memory?
25   A.  It's consistent with that I discussed
```

Page 192

```
 1        CONFIDENTIAL -- Claudio Khamis
 2   when I gave the instruction to swap.
 3   Q.  You gave an instruction to UBS to sell
 4   senior notes and purchase --
 5   A.  And purchase subordinated, yes.
 6   Q.  And prior to that time, you had
 7   already received the exchange. You had
 8   already --
 9   A.  Listen, Jonathan, the exact timeline
10   is on the papers --
11   Q.  It is.
12   A.  -- I don't have recollections of stuff
13   that this one of a thousands of stuff I have
14   done in the last ten years.
15   Q.  You agree with the timelines that's
16   reflected in Exhibit 19?
17   A.  Of course, I agree.
18   Q.  So on September 3rd, you received the
19   securities in exchange; and then September 13th,
20   you bought additional subordinated notes; and
21   then the next day, September 14th, you sold the
22   senior notes that you received in the exchange.
23   That's what your recollection is?
24   A.  Excuse me. Can you repeat?
25   Q.  Let me simplify this.
```

Page 193

1    CONFIDENTIAL -- Claudio Khamis
2  You have no reason to dispute the timeline
3  that's in the account statement?
4  A.  No, no, no.  I have no reason to
5  dispute the timeline.  The account statement,
6  it's probably more accurate than me always.  I
7  mean, they are Swiss.  I am not.
8  Q.  And you had no reason to dispute that,
9  the prices that were reflected in these account
10  statements?
11  A.  I have no reason to dispute the price.
12  Q.  I think you testified earlier that you
13  actually checked to make sure the prices were
14  consistent with what you requested when you
15  ordered securities from UBS?
16  A.  I -- I do most of the stuff with UBS
17  over the phone.
18  Q.  But you're also diligent in checking
19  UBS' account statements to make sure it's
20  consistent with the orders that you made?
21  A.  If I remember your questioning before,
22  I don't spend a great deal of time checking UBS'
23  accounts.  Every time I look at them and I focus
24  on them, they match and they are very accurate.
25  Q.  If you go -- I want to go back to

Page 194

1    CONFIDENTIAL -- Claudio Khamis
2  before September 2010.
3  Do you recall whether or not you had to
4  vote on the 2010 restructuring in order to get
5  securities in the exchange?
6  A.  I submitted everything was necessary
7  through my broker, through UBS.
8  Q.  What was everything?
9  A.  Everything needed.
10  Q.  Do you recall what that was?
11  A.  There was -- I -- what I recall is
12  signing a lot of paper at the time  I don't
13  recall what it was exactly for what investment,
14  and I recall instructing my people at UBS to
15  participate, and basically what I wanted is the
16  cash, the results of my investment
17  But it is UBS in charge of executing.
18    MR. BLOOR: Why don't you put that
19  aside.  You're going to get another.
20  Q.  Mr. Khamis, this is a report from 2011
21  that you produced, your entity, plaintiffs
22  produced.  It's from HSBC.  It's a report dated
23  March of 2011.
24  Do you recall receiving this HSBC report in
25  that time period?

Page 195

1    CONFIDENTIAL -- Claudio Khamis
2  A.  Eventually I received reports.
3  Q.  Do you know how you received this
4  report?
5  A.  No.
6  Q.  Did you review this report when you
7  received it?
8  A.  I'm sure I flipped over it.
9  Q.  Did you look at the page reflecting
10  the VTA summary?
11  A.  Where is that page?
12  Q.  It's the page ending 3153.
13  A.  Okay.
14  I don't have any recollection of this
15  particular research.
16  Q.  You held onto this report and produced
17  it in this case.
18  A.  Probably was one of the papers that
19  were flying somewhere, mand I found it
20  somewhere, and I submitted it to my lawyer.  I
21  submit everything that I have available.
22  Q.  So some of the documents related to
23  BTA you kept and produced, and some are in a
24  landfill somewhere?
25  A.  I produced everything I had available,

Page 196

1    CONFIDENTIAL -- Claudio Khamis
2  and if it was something from BTA or whatever it
3  had do with the case, I submitted it.
4  Q.  Look again at that page, 3153.
5  Do you see HSBC has established an
6  underweight recommendation?  It's on a credit
7  profile outlook for the company.  It's on the
8  top left
9  A.  Yeah, I remember reading this.
10  Q.  Did you have a reaction when you saw
11  that HSBC had established an underweight
12  recommendation?
13  A.  Yeah.  The reaction was that when you
14  have a shocks, financial shocks or economics
15  shocks, asset prices don't bounce back the next
16  day  That was normal for the -- that for the --
17  how do you say? -- NPLs not to move fast.  This
18  is in banking.  It's what you should expect.
19  Q.  If you look under the --
20  A.  What was relevant at the time, this
21  is -- this is March 2011.  It was six-month
22  after a massive undertaking of the bank had
23  taken place.  When I read this, it's the typical
24  piece of research that says things and doesn't
25  explain or put any substance.

Page 197

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  Q.  Let's look at some of the text here
 3  that HSBC had reported.  Do you see in the
 4  research view, there's a paragraph beginning:
 5  In February 2011, the bank filed another
 6  claim amounting to $1.2 billion against its
 7  former chairman, Mukhtar Ablyazov, bringing the
 8  total claims against him to 3.3 billion.  It is
 9  questionable whether any of these claims can be
10  successful.
11  Do you recall reading that --
12  A.  Yeah.
13  Q.  And what was your reaction to that
14  statement?
15  A.  My reaction to that statement is what
16  was the source of the information that the
17  person who wrote this had available to write
18  this.
19  Q.  Did you disagree with the statement?
20  A.  I don't have any reason at the time
21  to -- to -- how you say? -- to believe anything.
22  And one of the things I wouldn't have
23  believed at the time is that this person had the
24  knowledge to assess the recoverability of assets
25  in the midst of the financial crisis.
```

Page 198

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  There could have been many things.  One of
 3  it, you find Ablyazov assets.  What is the price
 4  of the Ablyazov assets?  Half of what he paid
 5  for or 20 percent of what he paid for or
 6  100 percent of what he paid for.
 7  How can somebody make such an assessment
 8  and do not put what he's basing it on?
 9  Q.  You're talking now about the research
10  analyst?
11  A.  I'm talking now about the research
12  analyst.
13  The research analyst, do you know the age
14  that they have, usually?  I'm asking you.
15  Q.  They are very young; correct?
16  A.  Correct.
17  Q.  And did you have any other sources of
18  information about how the recovery process was
19  going at this time?
20  A.  No.  What you --
21  The piece of information, the most relevant
22  piece of information that we had at the time is
23  that the bank had been restructured very
24  aggressively and that liabilities were brought
25  down from 11 to $4 billion and that capital
```

Page 199

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  influx was put in 1.4 billion at the beginning,
 3  and then I think some deposits were also full
 4  faith.
 5  So numbers didn't make much sense to
 6  picture such an obscure view of what was going
 7  on, especially, understanding that a
 8  restructuring process doesn't finish entirely
 9  when the terms of the restructuring are out
10  there.  It's the financial system takes some
11  time to heal, and we expect that Kazakh
12  authorities to know about it.
13  If, in the United States, aggressive
14  measures of capital requirements would have been
15  applied in the financial system during the
16  2008-2009 crisis, you probably would have been
17  left without banks.
18  So massively, it was, the financial system
19  was given state support to be able to heal and
20  to make an assessment of the real losses and not
21  assess the losses at the very dramatic and --
22  how do you say? -- stressed moment.
23  Q.  Do you recall, in this time period,
24  that the bank had not released audited financial
25  statements?  This is March of 2011.
```

Page 200

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  A.  No.  We, at the time -- we, at the
 3  time knew that the bank was well capitalized at
 4  the end of the first restructuring, and we knew
 5  about the huge amounts of provisioning done.  We
 6  didn't know, and we didn't have the ability to
 7  follow all the auditing process that probably
 8  went into all the restructuring, neither all the
 9  product of the work of all participants
10  involved.
11  As I mentioned, I mean, several hundred
12  millions were spent in people doing work that I
13  assume was good work at the time.  There was no
14  way we could -- we could make an assessment and
15  follow every report.
16  Q.  If you turn back to the report,
17  there's a summary of the credit ratings for BTA
18  Bank.
19  Do you see that?  It's in the top right
20  corner.
21  A.  Excuse me?
22  Q.  If you look at the top right corner,
23  there's a summary of the ratings from the
24  various ratings agencies.
25  Do you see that, there's --
```

Page 201

    CONFIDENTIAL -- Claudio Khamis
1
2   A.  Yeah, I see those rating agencies.
3   Q.  There's Fitch and Moody's and S&P?  We
4   talked about those earlier.
5   A.  Yeah.
6   Q.  Do you see what rating is from Fitch
7   on the subordinated debt?
8   A.  As I told you before, I'm not very
9   much into rating agencies.  I don't know how
10  they analyze and how they rate.  It's --
11  What I know for a fact, rating agencies
12  were the ones that gave very high valuations,
13  not just to sub-prime -- Enron had a good
14  valuations prior to its blowup, too, and Lehman,
15  too -- I don't know --
16  What is the question you're getting at?
17  Q.  Just whether you had knowledge of the
18  ratings that BTA Bank subordinated notes had in
19  March of 2011?
20  A.  It wasn't something I -- I looked in
21  depth, because, as I told you, I don't know how
22  they do their work.
23  What I see permanently is they are failing
24  big time in the work that they do, but I don't
25  get into failures.  I'm trying to pay attention

Page 202

    CONFIDENTIAL -- Claudio Khamis
1
2   to people who get it right
3   Q.  I've handed you, Mr. Khamis, what was
4   marked as Exhibit 25 at Mr. Kiblisky's
5   deposition.  It's an email from Mr. Kiblisky to
6   you, dated May 17, 2007, and it attaches an
7   investor presentation.  It's a document that you
8   produced.
9   Do you recall this email?
10  A.  Yes.
11  Q.  Did you review the attachment when you
12  received the email?
13  A.  Yes.
14  Q.  What was your reaction, if any, to the
15  presentation that BTA had provided to investors?
16  A.  I read that as a very good news.  The
17  Kazakh economy was growing.  Kazakh had high
18  commodity prices and a big producing commodity
19  country, a lot of -- a lot of companies in the
20  commodity business.  It was in the general --
21  general situation for the country was a very
22  good one, and banks usually benefit from a
23  prosperous economic environment.
24  Q.  The page ending 4475 is a loan
25  portfolio restructure.

Page 203

    CONFIDENTIAL -- Claudio Khamis
1
2   Is this one of the slides you reviewed when
3   you reviewed this presentation?
4   A.  Yeah.  We reviewed the loan portfolio
5   structure.
6   Q.  And if you turn the page, there's an
7   analysis of nonperforming loans.
8   A.  What part are you referring to, the
9   same page, loan portfolio restructuring or the
10  next one?
11  Q.  The next one.
12  Did you review this in connection with your
13  review of the PowerPoint?
14  A.  Yeah.
15  Q.  And do you see the key comments?
16  There's a reference to nonperforming loans
17  outside of Kazakhstan.
18  A.  Yeah.
19  Q.  And those are the loans which the
20  company was trying to recover on; right?
21  A.  It wasn't clear to us if those were
22  all the loans, because the loans portrayed that
23  to being outside.  It was my understanding, and
24  I don't know exactly what, if this was my
25  understanding at that time, but I would guess

Page 204

    CONFIDENTIAL -- Claudio Khamis
1
2   that these were the loans related to the former
3   owner.
4   Q.  Mr. Ablyazov?
5   A.  Correct.
6   Q.  If you turn to the page ending 4479,
7   look through, Mr. Khamis, to the page at the end
8   the presentation.
9   A.  Excuse me?
10  Q.  If you turn to the page ending 4479.
11  It's further in the presentation.  It's the
12  end --
13  A.  I want to make a --
14      MR. BLOOR: Let him ask a question.
15      THE WITNESS: But he's going to
16  switch page.
17      MR. BLOOR: He's going to 4479.
18      THE WITNESS: He's asking about the
19  composition of the NPLs.
20      MR. BLOOR: He hasn't asked the
21  question right now, so go to page 4479.
22      THE WITNESS: Okay.  Okay.
23  Q.  This is a presentation of the balance
24  sheet.
25  Did you review this when you saw the

Page 205

      CONFIDENTIAL -- Claudio Khamis
 1    presentation?
 2 A. Yes. I flipped through it. I saw it.
 3 Q.  And did you understand that the
 4    information was extracted from the audited
 5    financial statements?
 6 A.  I don't --
 7 Q.  Do you see the footnote on the chart?
 8    It says source, BTA Bank extracted from audited
 9    consolidated financial statements.
10 A.  All the information I saw at the time
11    coming from official source, I deemed it to be
12    scrutinized and well accounted for.
13 Q.  Do you understand the difference
14    between an audited financial statement and
15    unaudited financial statement?
16 A.  I understand the different between
17    audited and unaudited.
18    But I have to tell you, when I was reading
19    this, it was right after the first restructuring
20    that was a massive undertaking by a lot of
21    western companies and advisors and the support
22    of the state through its welfare fund.  So -- so
23    at the time, I expected everything to be
24    careful.  I wouldn't have made a difference,

Page 206

      CONFIDENTIAL -- Claudio Khamis
 1    because, as I said, the bank was in government
 2    control.
 3 Q.  And did you understand that, when the
 4    financial statements were issued, the audited
 5    financial statements, the auditor had required
 6    BTA Bank to report the recovery units on its
 7    balance sheet?
 8 A. Yes.  I -- I remember knowing about
 9    it, but I don't -- I don't remember specifically
10    this document.
11    I remember another document.
12 Q.  Do you see in this document, the
13    second bullet from the bottom:
14    Recovery units in the amount of 119.7
15    tenge, billion tenge, were recognized under IAS
16    39 requirements on the balance sheet based on
17    the fair value of the future cash flows the bank
18    expects to receive on the underlying recovery
19    assets
20    Do you recall paying attention to that when
21    you received this presentation?
22 A.  I remember the theme.  I don't have
23    recollection specifically to this presentation,
24    but most likely, yes.

Page 207

      CONFIDENTIAL -- Claudio Khamis
 1 Q.  What impact would that have on the
 2    subordinated notes that you held?
 3 A.  At the time, I remember reading
 4    information that didn't make any sense.  The --
 5    the recovery units structures, as they were
 6    portrayed in the information memorandum, were
 7    segregated and placed under a trust deed at Bank
 8    of New York.
 9    The concept of segregating and accounting
10    for it as a liability when it was a structure
11    that was contingent upon recoveries, so if there
12    was no recoveries, there was nothing to split,
13    and it was more kind of a sharing agreement than
14    a liability, as it was portrayed.
15    So this stuff, there were some other
16    comments done on this regard and I -- I couldn't
17    understand the meaning of this at the time,
18    because it was inconsistent with what was
19    portrayed in the information memorandum.
20 Q.  Do you recall that the recovery units
21    could be accelerated if the bank defaulted
22    again?
23    MR. BLOOR: Objection.
24 A.  At the time, I didn't know about

Page 208

      CONFIDENTIAL -- Claudio Khamis
 1    acceleration
 2 Q.  When did you first learn about
 3    acceleration?
 4 A.  I think very late on.  Actually,
 5    when -- when the recovery units were claimed
 6    back or -- I think it was a long time after
 7    that.  I don't recall exact moment.  I don't
 8    recall if it was at the moment of this, of the
 9    second restructuring when we knew the terms.
10    It didn't just make any sense that under
11    restructuring you would segregate something
12    completely to the level and extent that you put
13    it under a trust deed to share recoveries, and
14    then under a mechanism that contradicts the
15    previously done would be incorporated again into
16    the balance sheet and into ownership of BTA
17    Bank's shareholders.
18 Q.  Have you taken any accounting classes?
19 A.  Yes, I have
20 Q.  Where did you take the accounting
21    classes?
22 A.  I took accounting classes at
23    university.
24 Q.  In Santiago?

Page 209

1    CONFIDENTIAL -- Claudio Khamis
2  A.  In Santiago.
3  Q.  And do you feel that you are competent
4  to read and analyze financial statements?
5  A.  I'm not an expert in their
6  terminology.  Rules of accounting vary from
7  country to country, and there are --
8  But in general terms, I would say I
9  understand, and what I do not understand, I tend
10  to figure out a way to.
11  Q.  So do you understand what the impact
12  is on the recognition of the recovery units on
13  the balance sheet on the notes that you held,
14  the subordinated notes?
15    MR. BLOOR: Objection.
16  Q.  Would it make them less valuable or
17  more valuable?
18  A.  Again --
19    MR. BLOOR: Objection.
20  A.  -- again, it was very hard to -- to
21  understand how this fit with what was portrayed
22  in the information memorandum and was portrayed
23  at the -- at the end of the first restructuring.
24  Q.  Did you ask anyone at UBS to explain
25  what the acceleration of the recovery units --

Page 210

1    CONFIDENTIAL -- Claudio Khamis
2  A.  No.
3  Q.  Did you ask anyone for guidance on
4  what this disclosure would have on your
5  subordinated notes?
6  A.  No.  I read the comments from the
7  analysts that were from the banking sector.
8  There was a JP Morgan report.
9    MR. BLOOR: Are you talking at the
10  time of the disclosure?
11    MR. WALSH: Yes.
12    THE WITNESS: Pretty much.
13  Q.  I'm going to show you the JP Morgan
14  report.  This was previously marked at
15  Mr. Kiblisky's deposition.
16    MR. BLOOR: After this, maybe we can
17  take a quick little break.
18    MR. WALSH: That's fine.
19  Q.  Mr. Khamis, this an email from
20  Mr. Kiblisky to you, dated May 18, 2011 --
21  A.  Yeah.
22  Q.  -- and it attaches the JP Morgan
23  report of the same date.
24  Did you, do you recall seeing this email
25  with this attachment?

Page 211

1    CONFIDENTIAL -- Claudio Khamis
2  A.  Yes.  I remember reading -- reading it
3  carefully.
4  Q.  What was your reaction to the report?
5  A.  My reaction to the report was that it
6  was annoying.
7  Specifically, I focused a lot of attention
8  on the second paragraph where it says another
9  difference in the audited and draft numbers was
10  the inclusion of the recovery notes to, as an
11  on-balance-sheet liability.  We were surprise by
12  this inclusion, since the notes and cash flows
13  are contingent on recoveries from NPLs and
14  litigation enhanced by definition uncertain,
15  were designed as an off-balance-sheet item.
16  We believe that this is a very conservative
17  stance from the auditors, which also serves --
18  and I underline serves, because I have
19  underlined it in my notes -- to reduce the
20  bank's equity.
21  Why would somebody use the word -- words
22  serve to reduce the bank's equity?  Why would
23  you have a situation in which somebody that is
24  publicly saying that this effort of stabilizing
25  the Kazakh financial system, that is in the

Page 212

1    CONFIDENTIAL -- Claudio Khamis
2  effort or to restructure the biggest bank in
3  Kazakhstan, that committed funds and provision
4  massively, do or take into the balance sheet
5  something that was, as a JP Morgan analyst says,
6  put an on-balance sheet what something that was
7  designed as an off-balance-sheet item, and this
8  was exactly what we understood from the
9  information memorandum.
10  Q.  Who do you understand the auditors to
11  be in that sentence?
12  A.  Excuse me?
13  Q.  Who were the auditors in the
14  sentence --
15  A.  I don't remember.
16  Q.  They were the outside auditors, right,
17  the outside accounting firm?
18  A.  Most, to my knowledge, the undertaking
19  of the restructuring, it was with the
20  participation of massive advisors and auditors
21  that were not Kazakh firms.
22  Q.  If you go to the top of the report,
23  you see that BTA released these audited
24  financials a week before this --
25    MR. BLOOR: Let him answer.

Page 213

```
 1      CONFIDENTIAL -- Claudio Khamis
 2 Q.  To put it in context, so the audited
 3 financials were released the week before, and
 4 there was the investor call that we just
 5 reviewed in the presentation.
 6 Who do you think audited the financial
 7 statement that were released in May of 2011?
 8      MR. BLOOR: Objection to form.
 9      You can answer.
10 A.  I don't -- I don't recall at the time
11 who I thought it was.
12 Q.  But you understand that BTA had
13 engaged an outside accounting firm to audit its
14 financial statements?
15 A.  From what I recollect, there was
16 mentioning about big four accounting firms
17 involved in the process of loan loss provisions
18 way prior to this, to this date.
19 And if I recall well, there were also
20 accounting firms involved in accounting and
21 preparing the reports for the recoveries, for
22 the recovery notes trust deed.
23 Q.  I want to go back to the accounting
24 classes, right, and your understanding of what
25 an audited financial statement is.
```

Page 214

```
 1      CONFIDENTIAL -- Claudio Khamis
 2 You understand that companies prepare the
 3 financial statements; right?
 4 A.  Yes.
 5 Q.  And then they hire an outside firm to
 6 audit the financial statements?
 7 A.  Yes.
 8 Q.  And in this case, the bank had hired
 9 an outside accounting firm, PWC?  Do you recall
10 if it was PWC or one of the other big four?
11      MR. BLOOR: Objection.
12 A.  I don't recall.
13 Q.  And that outside accounting firm had
14 advised the bank to recognize the recovery units
15 on its balance sheet, and the bank had followed
16 that advice.
17      MR. BLOOR: Objection.
18 A.  What I recall is that at the time
19 the -- at the time the restructuring was
20 finished, we knew that it was a massive effort
21 from the government with the assistance of a lot
22 of different consultants and advisors, and that
23 the result of the restructuring was the result
24 of the work of everybody involved.
25 And it was our understanding that, at the
```

Page 215

```
 1      CONFIDENTIAL -- Claudio Khamis
 2 time this was done, there were involved other
 3 accounting firms in the process or accounting
 4 experts to assess the quality of the loan
 5 portfolio and many other jobs related to
 6 financial analysis.
 7 As I mentioned, the key point that made our
 8 attention here, is that this -- that this --
 9 there were a couple things.
10 The trust deed, as it was portrayed in the
11 recovery units, was portrayed -- was portrayed
12 as a structure that would hold assets from the
13 former bank BTA, troubled assets, for a big
14 amount of billions, and those assets would be
15 under the trust deed and would be recovered by
16 the bank and split at half and half.
17 I don't understand how somebody could have
18 converted this sort of structure into something
19 that could end up into being a liability for
20 somebody, because the pure nature is if I
21 collect, I split.  If I don't collect, there was
22 no splitting.
23 Q.  Mr. Khamis, I want to also give you
24 another rule of the deposition  I just want you
25 to answer my questions, not just what you want
```

Page 216

```
 1      CONFIDENTIAL -- Claudio Khamis
 2 to talk about, so let me ask this again
 3 Was it your understanding that the outside
 4 auditors advised the bank to recognize these
 5 recovery units on the balance sheet?  It's a yes
 6 or no question.
 7 A.  I don't see anything here that -- I
 8 don't have a recollection of what I thought at
 9 the time.
10 Q.  You testified earlier that you were
11 very interested in the sentence:
12 We believe that this is a very conservative
13 stance from the auditors, which also served to
14 reduce the bank's equity.
15      MR. BLOOR: Objection.
16 Q.  Do you understand that it was the
17 outside auditors who took a conservative stance
18 with respect to the recovery units?  Again,
19 that's a yes or no.
20      MR. BLOOR: Objection.
21 A.  It seems -- I understand the word
22 stance as a view from the auditors.  As a view,
23 not as an extraction.
24 I don't know how it operated at the time.
25 Q.  Do you know the difference between a
```

Page 217

```
1      CONFIDENTIAL -- Claudio Khamis
2  qualified and unqualified audit opinion?
3  A.   A qualified and nonqualified?  I
4  assume that a qualified is qualified, and a not
5  qualified is not qualified.
6  Q.   Did you have any understanding whether
7  the outside accounting firm here gave a
8  qualified or nonqualified opinion?
9  A.   Again, when I review information,
10  Jonathan, I try to understand what information
11  says and how it makes sense.
12  And this information was contradicting the
13  basic principals of the restructuring and what
14  is -- what was informed or what I understood of
15  it.
16  Q.   Let me turn your attention to the next
17  bullet point.  It begins:
18  BTA clearly has many ongoing challenges,
19  which management addressed on the conference
20  call, although they did not provide concrete
21  numerical guidance for 2011.
22  At this time we're referring to the 2010
23  financial results, but there is a reference to
24  the negative carry in that sentence.
25  Do you see that?
```

Page 218

```
1      CONFIDENTIAL -- Claudio Khamis
2  A.   Yes.
3  Q.   And are you familiar with the term
4  negative carry swap?
5  A.   Yes, I am.
6  Q.   And this was the disclosure to the
7  market that the bank had a negative carry, as
8  the JP Morgan report calls it?
9      MR. BLOOR: Objection.
10  A.   For us, it was not a disclosure of --
11  of a negative carry swap.  We, the only thing
12  that we could see here that was a financial
13  transaction between related parties, both owned
14  by the government, one being the one that
15  supported the institution, and the other one --
16  the other one being the institution itself.
17      MR. WALSH: Why don't we take a
18  quick break.
19      THE VIDEOGRAPHER: The time is
20  3:35 p.m.  This ends media number 3.
21      (Whereupon, a brief recess was
22  taken.)
23      (Whereupon, Khamis Exhibit
24  Number 24, an amended complaint, was
25  marked for identification as of this
```

Page 219

```
1      CONFIDENTIAL -- Claudio Khamis
2  date.)
3      THE VIDEOGRAPHER: The time is
4  3:52 p.m.  This begins media number 4.
5  Q.   Mr. Khamis, we were talking about the
6  JP Morgan report, dated May 18th, the previous
7  exhibit.  I've just hand you the amended
8  complaint in this case.  It's Exhibit 24.
9  Have you seen this complaint before?
10  A.   Yes.
11  Q.   Were you involved in preparing the
12  complaint?
13  A.   My lawyer mainly prepared it.
14  Q.   Mr. Jaffe?
15  A.   Yeah.
16  Q.   Did you provide him documents that
17  helped him prepare the complaint?
18  A.   I provided everything that I had, and
19  I assume that you guys have.
20  Q.   Did you review the complaint before it
21  was filed?
22  A.   Pretty sure I did.
23  Q.   And did you make comments on the
24  complaint, tell Mr. Jaffe this is wrong, fix it?
25  A.   I may have had some questions about
```

Page 220

```
1      CONFIDENTIAL -- Claudio Khamis
2  it. I don't remember about corrections
3  Q.   What type of suggestions?
4  A.   I don't remember about suggestions.  I
5  had questions.
6  Q.   Questions, sorry.
7  If you look at page 17 --
8  A.   Yes.
9  Q.   -- there's a reference in 48 to the
10  May 17th investor call.
11  Do you see that?
12  A.   Yes.
13  Q.   And there's a reference to the
14  negative carry.
15  Do you see that?
16  A.   Yes.
17  Q.   And the next paragraph is the
18  paragraph about the JP Morgan report, dated
19  May 18th.
20  A.   Excuse me, can I -- the next
21  paragraph?
22  Q.   Si, paragraph 49.
23  A.   If you give me --
24  May I read it, because my memory --
25      MR. BLOOR: Take your time.
```

Page 221

CONFIDENTIAL -- Claudio Khamis

1  
2 Q. Read whatever you need to read.
3 A. Can I have a pen?
4 Q. There you go.
5    (Whereupon, the Witness complied
6 with the request.)
7 Q. May I ask my question?
8 A. Let me finish.
9 Q. Let me know when you're ready.
10 A. Please go ahead.
11 Q. You have an allegation about the JP
12 Morgan report?
13 A. Yes.
14 Q. And then in paragraph 50, plaintiffs
15 allege:
16 In response to these disclosures, the BTA
17 Bank debt, including the subordinated notes,
18 dropped significantly.
19 And it goes through the drop.
20 So you recall that the market reacted
21 negatively to this JP Morgan report?
22 A. I don't have a clear recollection
23 about what happened when. I remember that it
24 was kind of a choppy way down during the whole
25 process.

Page 222

CONFIDENTIAL -- Claudio Khamis

1  
2 Q. But you've alleged here that there was
3 a significant decrease from the value.
4 A. I'm sure this was made on the
5 information available, either.
6 Q. You have no reason to disagree with
7 the allegation?
8 A. No. I don't think so. To disagree I
9 would have to have a Bloomberg terminal in front
10 of me.
11    (Whereupon, Khamis Exhibit
12 Number 25, email, was marked for
13 identification as of this date.)
14    MR. BLOOR: Is this 25?
15    MR. WALSH: Yes.
16 Q. Mr. Khamis, I've marked as Exhibit 25,
17 a series of emails from Matthew Poe of Vision
18 Advisors to you and Mr. Claudio Izzo.
19 Who is Matthew Poe?
20 A. Matthew Poe was, at the time, an
21 analyst or fund manager of Vision, of the Vision
22 business.
23 Q. What is Vision?
24 A. I don't know exactly.
25 Vision is a company that I know they are

Page 223

CONFIDENTIAL -- Claudio Khamis

1  
2 involved in emerging markets, but I don't know
3 much about their business in itself. I know
4 that they have clients that buy -- that invest
5 with them.
6 Q. How did you come to meet Vision
7 Advisors?
8    MR. BLOOR: Objection.
9    You can answer.
10 Q. Well, what was the first interaction
11 that you had with Vision Advisors?
12 A. It was through -- through Claudio
13 Izzo, who was -- I met him many, many years when
14 we were both younger. He was older than me. He
15 was the ex-boyfriend of a very famous person,
16 and her sister was the girlfriend of one of my
17 very good friends.
18 And Claudio Izzo had a career in the
19 banking industry, and then he switched jobs and
20 he ended up working here, and it was -- he lived
21 very close to where I used to spend time at
22 the time in Santiago, so we would have coffee
23 pretty much every day at Starbucks, and we chat
24 about markets and what he thought, what I
25 thought, what -- using him as a -- how do you

Page 224

CONFIDENTIAL -- Claudio Khamis

1  
2 say? -- in the boxing, as a sparring to check my
3 analysis or see what he had to say.
4 Q. A sparring partner?
5 A. Not really.
6 But at some point, mostly social that we
7 would have a regularly, almost every day.
8 Q. Did you talk about BTA Bank?
9 A. I -- I talked about my investments at
10 the time, and most likely BTA Bank was a topic
11 that I was investing. This was --
12 What is the date of this?
13 Q. This is as of June 20, 2011.
14 A. Correct.
15 Still at the time, prices globally were
16 pretty much hammered. The global economy was
17 still trying to figure out what happened, and
18 there was a lot of interesting stuff to talk
19 about at the time.
20 I don't recall the topics, though.
21 Q. Mr. Poe has forwarded to you an email
22 from VTB Capital Research.
23 Are you familiar with that company?
24 A. I think it's a Russian company.
25 Q. And it's an email entitled Kazakh

Page 225

```
 1    CONFIDENTIAL -- Claudio Khamis
 2  banks, BTA is not a contagion risk for KKB,
 3  upgrade to buy.
 4  Is this a report on another Kazakh bank?
 5  A.  For me?
 6  Q.  Do you understand that this is a
 7  report from VTB on KKB?
 8  A.  No.  KKB was not, nothing I was
 9  focused on at the time.
10  Q.  Do you see there's a discussion about
11  BTA in this email?
12  A.  The discussion on BTA was probably the
13  reason why -- why Matthew would send it to me.
14  Q.  And do you see that the report is that
15  BTA bonds have plummeted and are down 28 percent
16  over the last two months?
17  A.  Yes.
18  Q.  And that follows the report of year
19  2010 results that revealed negative equity.
20  A.  Correct.
21  Q.  And that, as you understand it, refers
22  to the May 18th report and May 17th presentation
23  we talked about previously?
24      MR. BLOOR: Objection.
25  A.  Correct.
```

Page 226

```
 1    CONFIDENTIAL -- Claudio Khamis
 2  Q.  And the report from VTB goes on to say
 3  that this event forced the reports -- in May:
 4  Forced the markets to price another round
 5  of debt restructuring.
 6  What's your understanding of what VTB is
 7  telling you there?
 8      MR. BLOOR: Objection.
 9  A.  As I said before, some analysts,
10  depending on what bank is issuing it, I would
11  pay more attention to it.
12  For instance, JP Morgan, I would pay more
13  attention than HSBC.  JP Morgan would pay more
14  attention to VTB.  And this, you can see,
15  four-line assessment.
16  And for the way I look at things and I
17  analyze things, I don't take what somebody
18  writes for its worth.  I have to -- it has to
19  make sense.  It has to have some backup, and I
20  didn't see, as of today, and probably I didn't
21  see at the time, besides describing that the
22  bond would fall 28 percent.
23  The negative capital that you're pointing
24  at is, was another of the big questions that I
25  had at the time that contradicted the version of
```

Page 227

```
 1    CONFIDENTIAL -- Claudio Khamis
 2  a successful restructuring by the government of
 3  the Kazakhstan
 4  So still, at the time, when I was receiving
 5  those reports, I was trying to make sense, and I
 6  couldn't make sense of what was portrayed as a
 7  result of the first restructuring in positive
 8  capital and the reports of the main presentation
 9  are referring to negative capital in
10  December 20, 2010 --
11  Before, let me finish my answer.
12  -- December 2010, according to my
13  accounting, was 132 days after the release of
14  the first restructuring.  Massive negative
15  capital, as we told, so somebody is getting it
16  wrong.
17  And we relied on -- on the job done by the
18  government of Kazakhstan, and given the massive
19  amount of provisioning and haircuts and the
20  influx of cash, that such numbers were very hard
21  to be interpreted and were inconsistent, what
22  was portrayed.
23  Q.  Were you following the reports closely
24  on BTA Bank in this time period?
25  A.  I was following closely the -- the
```

Page 228

```
 1    CONFIDENTIAL -- Claudio Khamis
 2  public statements by government officials.
 3  All those micro information was very
 4  confusing, and it was confusing because of, as I
 5  said, many, many times, the amount of
 6  intervention from the government and the bank
 7  was massive.  The amount of haircuts was
 8  massive.  Everything was massive.
 9  And there is a limit to which bad assets
10  can be out there, and if the bad assets were as
11  portrayed in this situation, then the question
12  was the information memorandum wrong?  Was the
13  successful, deemed successful, and we didn't see
14  any information at the time, all disclosure
15  indicating or explaining that inconsistency.
16  Q.  Did you go on the BTA website and look
17  for presentations about the financial
18  statements?
19  A.  I remember Googling.  I don't remember
20  exactly what I found on the Googling.  Probably,
21  if you Google BTA, you're going to find the BTA
22  website.
23  Q.  I'm going to show you another exhibit.
24  Exhibit 27.  This is another email from Mr. Poe
25  to you.  This is a report on asset quality stats
```

Page 229

1      CONFIDENTIAL -- Claudio Khamis
2    as of May 2011.
3    Do you recall receiving email?
4    A.  Did Mr. Poe send this to me?  I don't
5    recall this particular email.  Where are you
6    looking at?
7    Q.  The title of the email is Kazakh banks
8    asset quality in May, May 21, and this is an
9    email that you produced in this case.
10   Do you see the chart that goes through the
11   various banks and what the asset quality stats
12   were?
13   A.  I cannot read that properly.  I
14   mean --
15   Q.  So this is a report of loans overdue
16   above 90-days regulatory reporting.
17   Do you see that?  Do you see the footnote
18   at the bottom of that chart?
19   A.  Yes.
20   Q.  If you turn the page, there's
21   additional reporting on nonperforming loans.
22   A.  Correct.
23   Q.  And the email Mr. Poe sends to you, he
24   writes:
25   Latest results published yesterday --

Page 230

1      CONFIDENTIAL -- Claudio Khamis
2    A.  Sir, where are you reading?
3    Q.  Right on the front page.
4    A.  Okay.
5    Q.  This is how you produced it.  I'm
6    sorry.
7    Latest results published yesterday, NPLs
8    fell a little bit, but are still amazingly high.
9    A.  Yes.
10   Q.  Did you have any discussions with
11   Mr. Izzo about this report?
12   A.  No.
13   Q.  What did you think when you saw this
14   email?
15   A.  As I told you before, I mean, the bank
16   was coming from a very traumatic shock, the
17   whole economy, and it was claimed at the time
18   that the loan portfolio had a lot of problems.
19   Massive provisioning had been done.
20   We saw this as too early to judge the
21   performance of the loan portfolio, and again, to
22   add to the answer, very inconsistent to a
23   successful restructuring.
24   Q.  As of this time period, the June time
25   period --

Page 231

1      CONFIDENTIAL -- Claudio Khamis
2    A.  Mr. Walsh, between first and second
3    restructuring, how -- how many months passed?
4    Q.  Do you recall that you sold some of
5    those subordinated notes in July of 2011?
6    A.  I remember selling subordinated notes,
7    yes.
8    Q.  Why did you sell them?
9    A.  I don't recall.  I don't think the
10   amount was too -- too significant.  I probably I
11   saw another asset price, different from Kazakh
12   investment, in which it made sense at the time
13   to invest a little bit of money, but nothing
14   meaningful
15   Q.  Let me showing you the next email.
16   This is Exhibit 28.  I believe this is from
17   Mr. Kiblisky's deposition as well, and it's
18   Mr. Izzo forwarding you another report --
19   A.  Sir, which one are you on, Exhibit 28?
20   Q.  Right.
21   And this is a report on BTA Bank and
22   Alliance Bank.
23   Do you see that?
24   A.  Yeah.
25   Q.  And did you review this report when

Page 232

1      CONFIDENTIAL -- Claudio Khamis
2    you received it?
3      MR. BLOOR: Objection.
4    Q.  You did receive it, right, Mr. Khamis?
5    A.  Yeah.  I have to have received it,
6    because it says from Claudio Izzo to me, and I
7    forwarded it, so of course I received it.
8    Q.  Did you review it when you received
9    it?
10   A.  I'm not so sure.  I mean, what -- if
11   it said Alliance Bank, the part of BTA Bank
12   would have been my interest at the time
13   Q.  Was Fitch one of the rating agencies
14   that you looked at and reviewed in connection
15   with BTA?
16   A.  I don't pay attention to rating
17   agencies.
18   Q.  This is Exhibit 29.
19   A.  Do I put this where?
20      MR. BLOOR: In the pile.
21      THE WITNESS: Sometimes he makes me
22   work.
23   Q.  Mr. Khamis, this was marked at
24   Mr. Kiblisky's deposition as well.  There's a
25   translation on one page, and then the Spanish on

Page 233

1     CONFIDENTIAL -- Claudio Khamis
2  the second page.  I'll give you a moment to look
3  at it and I'll ask you a few questions.
4     (Whereupon, the Witness complied
5  with the request.)
6  A.  Yeah, I see this email.
7  Q.  What's going on here.  It's an email
8  from you to Patrick --
9  A.  To Patrick.
10  Q.  -- date June 27, 2011?
11  A.  Correct.
12     At this time, my assessment is that
13  recovery units are going to be a better
14  investment than the subordinated note at $0.45,
15  and that if I can buy, as it says, sell at 43
16  and buy at 4.3, I saw there was a relationship
17  of ten times, that I'm inclined at this moment
18  to -- to have more recovery notes, more
19  investment in recovery units at 4.3 than the
20  bonds.
21  Q.  Why do you write trade urgent?
22  A.  Because market is always moving, so, I
23  mean, finding at 43 and 4.3, I saw that you
24  don't have those possibilities to get out of one
25  and the other one in the same condition.

Page 234

1     CONFIDENTIAL -- Claudio Khamis
2  Q.  And you write -- and I'm reading from
3  the English translation -- please sell BTA bonds
4  and buy recovery notes.
5  A.  Correct.
6  Q.  The idea is to sell the bond at the
7  same price that you buy the recovery notes?
8  A.  Multiplied by ten.
9     I give you an example to make it more
10  clear.
11  Q.  Sell at 43 and buy recovery at 4.3?
12  A.  Correct.
13  Q.  Please execute it.
14  A.  Correct.  I want to execute it in that
15  relationship.
16  Q.  And what did Mr. Kiblisky tell you?
17  A.  I don't see any reply here.
18  I don't know what he replied.  Most likely
19  he didn't -- I don't know what happened --
20  Q.  It see the top of the page it reads
21  [in Spanish].
22  That's an email --
23  A.  Correct.
24  Q.  What did he tell you?
25  A.  That he couldn't execute according to

Page 235

1     CONFIDENTIAL -- Claudio Khamis
2  the terms I was telling him to execute.
3  Q.  Why not?
4  A.  Because the market was extremely
5  liquid on BTA, so liquid that the base offer is
6  14 and the offer is 45.
7     MR. WALSH: I'm going to mark
8  another exhibit.
9  A.  And the information coming from the
10  market is also a little bit all over the place.
11  Q.  What do you mean?
12  A.  The bid offer are wide open.
13  Q.  What does that mean to you?
14  A.  This is usually a reflection of a very
15  liquid market.
16  Q.  Is that a good thing or a bad thing?
17  A.  I would say that that -- it doesn't
18  mean much.
19  Halyk Bank is a bank that is very well run
20  and probably even more liquid than this at the
21  time, so -- and it's owned by the daughter of
22  the president, so it's very hard to make an
23  assessment or make a -- to try to link it to
24  something
25  Q.  Give me a moment while I mark an

Page 236

1     CONFIDENTIAL -- Claudio Khamis
2  exhibit.
3     (Whereupon, Khamis Exhibit
4  Number 26, a UBS statement, was marked
5  for identification as of this date.)
6     MR. WALSH: Do you need a break?
7     THE WITNESS: No.  I am fine.  We
8  can do a little bit more and take a
9  break.
10  Q.  Exhibit 26 an excerpt from your
11  July 2011 statement for Atlantica.  It showed
12  that you sold two tranches of subordinated notes
13  and bought recovery units.
14  A.  At the same time?
15  Q.  Same day, it appears.
16  A.  Same time as his email?
17  Q.  Yes.
18  A.  So then he managed.
19  Q.  Not quite.
20  A.  What do you mean?
21  Q.  He sold the notes at 43 and he bought
22  the recoveries units at five.
23  A.  You just gave me good news.
24  Probably.  I mean, I don't know what
25  discussion or -- or what was -- what I had in

Page 237

```
1      CONFIDENTIAL -- Claudio Khamis
2   mind there.
3   Q.  How often were you talking to
4   Mr. Kiblisky in this time period?
5   A.  Quite often.
6   Q.  Do you recall that he had been
7   diagnosed with cancer around this time period?
8   A.  I don't recall what the time period
9   was, but I remember the process.
10  Q.  And do you recall that he took a leave
11  of absence from UBS?
12  A.  Yeah.
13  Q.  And he recovered from the cancer
14  treatment, correct?
15  A.  Yeah.  It was a miracle.
16  Q.  And he went back to work at UBS?
17  A.  Yeah.
18  Q.  In the time period that he was out of
19  the office, who were you dealing with at UBS?
20  A.  Probably Ide -- or probably my level
21  of interaction decreased.  I do not recall.
22  The person -- the person to which I -- to
23  which I used to talk and have lunch and have a
24  more relationship was Kiblisky.
25  Q.  Were you following the news on BTA in
```

Page 238

```
1      CONFIDENTIAL -- Claudio Khamis
2   this time period, June, July, and August of
3   2011?
4   A.  As I mentioned before, after the
5   release of the information memorandum and the
6   exchange, the news that came out in the press,
7   at the moments that came out were very hard to
8   understand, so I was paying attention to every
9   little source of evidence or information.
10  And I paid specific attention at the -- at
11  the -- I don't know if they were press releases,
12  but statements made out of high-ranking public
13  officials, I think some high-ranking officials.
14  There was something also about Kulibayev's
15  interest in buying bonds, but I don't recall
16  exactly the timeline, so would have to
17  understand the timeline to know what -- what
18  could have meant for me at a given --
19  But it was very confusing, because, as I
20  repeatedly said, it was inconsistent.  It
21  didn't -- it didn't add up.  There was too much
22  conflicting information.
23  So when you looked at it down, focused on
24  BTA, very relevant was to look up and look at
25  the -- at the state officials, and the ones who
```

Page 239

```
1      CONFIDENTIAL -- Claudio Khamis
2   I understood at the time were sort of leading
3   the country and were relevant figures in the
4   state.  Very hard to . . .
5      MR. WALSH: Let me mark another
6   exhibit.  This will be 27.
7      (Whereupon, Khamis Exhibit
8   Number 27, email, was marked for
9   identification as of this date.)
10  Q.  Mr. Khamis this is an email that you
11  sent to Mr. Kiblisky in November of 2012 and
12  it's entitled comments, Troika, July 2011 [in
13  Spanish].
14  A.  What?
15  Q.  [In Spanish].
16  Can you translate the last paragraph into
17  English, please?
18  A.  This is 2012?
19  Q.  Right.
20  A.  This is after the --
21  Q.  This is around the time period that
22  you had retained lawyers, and the complaint in
23  this case was filed in December 2012, but I just
24  want you translate what's -- [in Spanish].
25  A.  Yeah, [in Spanish].
```

Page 240

```
1      CONFIDENTIAL -- Claudio Khamis
2   This could demonstrate that at that time
3   they were thinking in default.
4   Q.  What are you referring to there?  Who
5   is the they in that sentence?
6   A.  I -- I couldn't tell you.
7   Q.  Did you receive this July 2011 Troika
8   report?
9   A.  Troika was a -- was issuing reports.
10  I recall more than one of them, but I don't
11  recall if there was more than two.
12      MR. WALSH: Why don't we take a
13  break, and we'll try to find them, and
14  you can have a snack.
15  Q.  If you're not finished the answer,
16  please go ahead.
17  I just want to know if you received the
18  report or not?
19  A.  I'm pretty sure I received the report,
20  but I don't know which of the reports, because I
21  identified the stuff either by the colors I see
22  or by certain forms.  I'm very visual.
23      MR. WALSH: Let me take a break and
24  we'll try to identify.
25      THE VIDEOGRAPHER: The time is 4:23.
```

Page 241

```
 1    CONFIDENTIAL -- Claudio Khamis
 2   We are going off the record.
 3       (Whereupon, a brief recess was
 4   taken.)
 5       (Whereupon, Khamis Exhibit
 6   Number 28, a Troika report, was marked
 7   for identification as of this date.)
 8       THE VIDEOGRAPHER: The time is
 9   4:39 p.m.  We are back on the record.
10  Q.  Mr. Khamis, I've handed you
11   Exhibit 28.  It's an email from you to Patrick
12   Kiblisky, and it's also dated November 6, 2012,
13   and it's attaching the Troika report that we
14   were just talking about.
15       Do you see the color?  Does the color
16   refresh your memory of seeing this?
17  A.  Yeah.
18  Q.  And did you receive this report in
19   July of 2011?
20  A.  I received this report, I'm pretty
21   sure, around July 2011.
22  Q.  And did you review it when you
23   received it?
24  A.  Yes, I reviewed it.
25  Q.  What was your reaction when you --
```

Page 242

```
 1    CONFIDENTIAL -- Claudio Khamis
 2  A.  I don't remember what was it, because
 3   I'm confused to the different -- what page are
 4   you referring -- let me go to page 26.
 5  Q.  Perfect.  You beat me to it.
 6  A.  Yeah, the never-ending story.
 7  Q.  And did you review this in July of
 8   2011?
 9  A.  Yeah, I reviewed this in July 2011.
10  Q.  And do you see the discussion of the
11   negative carry swap on the 29th page, 1572 on
12   the bottom.
13  A.  Yeah.  We would see the -- we could
14   see the discussion going on, the same way we see
15   on page 26, Kazakh government, within the Kazakh
16   government, different personalities apparently
17   have different opinions on the matter.
18  Q.  I want to focus on the negative carry
19   swap, Mr. Khamis.
20       You allege in the complaint this was not
21   fully disclosed until May, and your testimony
22   today is that it wasn't completely disclosed
23   until later in 2011.
24       Looking at the disclosure here in this
25   July 2011 report from Troika, what information
```

Page 243

```
 1    CONFIDENTIAL -- Claudio Khamis
 2   was missing about the negative carry swap that
 3   you would have wanted to know?
 4  A.  The basic piece of information that
 5   was missing is what was it about.  Again, it
 6   contradicts the principle of an entity being
 7   supported by the government and restructured by
 8   the government, and this year, one more time,
 9   shows a related-party transaction with a cost of
10   funding that didn't make any sense.
11  Q.  What do you mean by that -- I'm sorry
12   to stop you --
13       But what cost of funding didn't make sense?
14  A.  I don't have a clear recollection of
15   every piece of information about the negative
16   carry swap, but what is -- what is the cost of
17   the funding, the average costs was very high,
18   close to ten percent, and the money
19   The bank was making was, if my memory is
20   right, four percent nominal, minus a deduction
21   of insurance, to pay the bank given by another
22   entity in the government while both were
23   controlled by the government, so government
24   would charge another government entity an
25   insurance for paying him what he owed it.
```

Page 244

```
 1    CONFIDENTIAL -- Claudio Khamis
 2   It was very weird, to say the least.
 3  Q.  Did you sell any --
 4  A.  So the -- the negative carry was
 5   something I carefully looked at, but it was
 6   extremely contradictory.
 7       And at the same -- during the same period
 8   of 2011, many government officials were saying
 9   that the banks would be supported and that there
10   would be the -- I don't know exactly this
11   words -- no problems that it -- that it was an
12   illiquidity problem instead of an insolvency
13   problem.
14       We just talked about the audited reports by
15   those qualified auditors that portray negative
16   equity, but at the same time you have government
17   officials speaking about illiquidity, not
18   insolvency.
19       Again, this points out about big
20   inconsistencies, which was the claim of a
21   successful and orderly restructuring, with this
22   party written transactions, and what stood out
23   of those transactions is that we didn't have all
24   the information.  You see a negative carry swap
25   that contradicts the intention of having a
```

Page 245

CONFIDENTIAL -- Claudio Khamis

1  viable entity and ongoing concern, so we didn't
2  know what was going on with other related
3  transactions. eventually either offsetting this
4  or something that we didn't know.
5  By itself, it was very hard to make sense
6  of what it was and the purpose of why it was in
7  place, but the fact that government officials
8  also said that they would correct it, we deemed
9  as strange, transitory, so we didn't deem it as
10  permanent.
11  And to finish my answer, we had different
12  interpretations of all this information, post
13  2012 restructuring that a judgment and
14  assessment and analysis or conclusions that we
15  were drawing while we were receiving it.
16  So 2012, after seeing that the recovery
17  notes were taken away from us and that we were
18  taken away 97.5 percent of the value of our
19  subordinated notes, then we tried to understand
20  all those different events, like taking the
21  auditors' stance or view to -- to register a
22  liability that would have an accounting impact
23  but not a real impact --
24  Q.  Did you --

Page 246

CONFIDENTIAL -- Claudio Khamis

1  A.  -- on -- on the capital base of the
2  bank was something that weakening and making the
3  bank, pointing to making the bank insolvent,
4  again, or undercapitalized.
5  We just couldn't make sense out of it, and
6  if you ask me, even after, right after 2012, we
7  still couldn't make complete sense about what
8  all this meant and for what purpose.
9  Only what the years after and the followup
10  of this subsequent events, including the
11  appearance of Commerce Bank and Halyk Bank in
12  the picture, is when we ended up in getting a
13  very clear understanding about the dynamics of
14  the process and what was going on.
15  But at the time, that I mentioned again, it
16  was very hard to make sense.
17  Q.  When was the first time you heard
18  there was the possibility that BTA Bank would
19  restructure for a second time?
20  A.  It was during 2011.
21  Q.  We looked at Exhibit 25 --
22  A.  This is something I have? This here?
23  Q.  You see the discussion about the
24  potential for second restructuring?

Page 247

CONFIDENTIAL -- Claudio Khamis

1  A.  Yeah, 2011.
2  Q.  So this is roughly the time that you
3  heard that there was a potential for a second
4  restructuring?
5  A.  When we paid attention to a potential
6  restructuring was not from an unknown analyst.
7  It was from, to the best of my recollection,
8  from the statement of a government official, but
9  I wouldn't be very sure about it, but it was
10  during 2011.
11  And a potential restructuring means the
12  possibility of restructuring, not a certainty of
13  restructuring.
14  Q.  I understand. Let me ask my questions
15  and I'll follow up on that.
16  MR. WALSH: Let me mark another
17  exhibit.
18  (Whereupon, Khamis Exhibit
19  Number 29, email, was marked for
20  identification as of this date.)
21  Q.  Do you have Exhibit 29 before you?
22  A.  Yes.
23  Q.  And this is another report from
24  Mr. Poe at Vision, and do you see that,

Page 248

CONFIDENTIAL -- Claudio Khamis

1  Mr. Khamis?
2  A.  Yes.
3  Q.  And this is a report on the first half
4  results of 2011?
5  A.  Yes.
6  Q.  Do you see that Mr. Poe has identified
7  the negative equity value as a problem for the
8  subordinated notes?
9  A.  Yes. This is -- this is his view.
10  Q.  I understand.
11  You received this in August of 2011?
12  A.  Yeah.
13  Q.  What was your reaction to the email
14  when you saw it, if you had one?
15  A.  Poe has the training of an analyst.
16  He's American from the Midwest, and he didn't
17  have much experience at the time in banking, and
18  my opinion, at the time, is that he was looking
19  at a financial statements and he believed
20  reported numbers, but he couldn't explain me at
21  the time what happened between the capital of
22  the bank or given a reasonable explanation about
23  what happened with the capital of the bank
24  portrayed as 1.9 billion, or something like

Page 249

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   this, at the end of the restructuring, and
 3   December of 2010.
 4   And he also couldn't, when we would talk
 5   about it, he couldn't answer any of the
 6   inconsistencies that I couldn't make sense out
 7   of them, so --
 8   So I understood where he was coming from,
 9   but for me to understand something, it has to
10   make sense.
11   Q.   What's the significance of having a
12   negative equity value?
13   A.   The significance of having a negative
14   equity value means that if you have a negative
15   equity, for example, you couldn't issue
16   subordinated debt, and the implied reality that
17   is portrayed was that the bank had negative
18   equity, probably, and with the whole likelihood
19   at the moment of the issue of the first
20   information memorandum deeming the restructuring
21   successful.
22   Q.   Does it mean that the liabilities of
23   the bank are more than the assets of the bank?
24   A.   There is a difference here between --
25   between accounting and reality.
```

Page 250

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   This is true if provisioning account,
 3   currently and realistically, for the quality of
 4   the loans.  If you have over-provisioned, then
 5   not necessarily.  It's not like, I mean, black
 6   and white.  There are -- it's something that has
 7   to be subject to deeper analysis.
 8   And what was clear at the time that there
 9   was a lot of figures throwing out that were
10   changing, many of them without explanation, like
11   the inclusion of a liability on a structure that
12   was segregated, off-balance-sheet, and you show
13   a liability on-balance-sheet, and until 2018,
14   nobody can explain me how that works.
15   Q.   You mentioned provisioning.
16   Did you look at the provisioning of BTA
17   Bank as of this time period, 2011?
18   A.   The provisioning of the bank was
19   massive, massive.
20   Q.   The loss reserves were massive?
21   A.   Massive, massive, massive.
22   Q.   Do you believe they were overstated?
23   A.   We, as I mentioned before, I bought
24   the first bonds that were trading prior to the
25   2010 restructuring at around $0.20, because my
```

Page 251

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   view was that they were overstated or the market
 3   believed in the official statements at the time
 4   that the bank was completely worthless or looted
 5   by a previous owner.
 6   Listen, there was too much conflicting and
 7   noise regarding the whole transaction at the
 8   time, so -- so our idea to navigate through it
 9   was focusing on the big stuff that for us were
10   sort of certain and reliable.
11   I want to add something to this question.
12   Q.   I don't remember what the question
13   was.
14   A.   But I remember, so I want to finish my
15   answer and emphasize something.
16   At the same time, this sort of numbers
17   we're throwing out, and even later, government
18   officials, high-ranking government officials,
19   were talking about an illiquidity problem, and
20   illiquidity has nothing to do with insolvency.
21   Q.   I was --
22   A.   You can be illiquid and very solvent,
23   or insolvent and illiquid.
24   So -- so this statements added to the pool
25   of -- of information that was provided by the
```

Page 252

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   government that didn't make any sense one time.
 3      (Whereupon, Khamis Exhibit
 4   Number 30, email, was marked for
 5   identification as of this date.)
 6   Q.   Exhibit 30, Mr. Khamis, is an email
 7   from Igal Yacher to you.  It appears you
 8   forwarded it to yourself.  This is from October
 9   of 2011, and it's forwarding a report from
10   Bloomberg on BTA.
11   Do you see that?
12   A.   This is Mr. Yacher sending something
13   to me that I forwarded, you said?
14   Q.   Mr. Yacher, I'll just tell you, it's
15   an email from Mr. Yacher to you.  Let's start
16   with that premise, and it's entitled Kazakh
17   wealth fund certainly ready to support BTA.
18   Do you recall receiving this in October
19   2011?
20   A.   Yeah.
21   Q.   Did you read it when you received it?
22   A.   Yeah, I read it when I received it.
23   Q.   What was your reaction to this report?
24   A.   Let me reread it to try to make an
25   assessment as to what my reaction could have
```

Page 253

1     CONFIDENTIAL -- Claudio Khamis
2   been.
3      (Whereupon, the Witness complied
4   with the request.)
5      (Whereupon, Khamis Exhibit
6   Number 31, email, was marked for
7   identification as of this date.)
8   A.  What was your question regarding this?
9   Q.  Did you read it when you received it?
10  A.  Yes.
11  Q.  And what was your reaction?
12  A.  The reaction was that it was a
13  positive reaction, because it was consistent
14  with -- with SK engaging in supporting the bank.
15  SK was the shareholder of the bank, the majority
16  shareholder of the bank, and we assumed it was
17  the biggest loser if something was to happen to
18  the equity, and subordinated debt is preferable
19  to equity, so -- so it was consistent with other
20  statements also that we saw regarding --
21  regarding support, if needed.
22  But it still didn't have a reasonable
23  explanation for the capital shortfall that it
24  mentions here, so we were looking at okay, they
25  are willing to support, consistent, but the

Page 254

1     CONFIDENTIAL -- Claudio Khamis
2   capital shortfall doesn't still explain.
3   And it could have been perfectly because
4   good quality assets were not recovered yet or
5   were in the process of being recovered.  It
6   could have been due to many different things
7   So -- so one more time, here is the capital
8   shortfall, and then you see, probably another the
9   same time another person is talking about the
10  illiquidity, and then you have a restructuring,
11  massive undertaking just one year earlier.
12  So who do you believe more?  How do you
13  give weight?  And there are very few things
14  which you could give weight, and we gave weight
15  to what was portrayed at the time as a
16  successful restructuring.  We gave weight to the
17  massive cut in liabilities, added up the influx
18  of resources by the capital increase and by SK
19  for 1.4 billion, the full faith of, I think,
20  four billion in deposits, so this is all --
21  But then, the question is where are the
22  S23 million in assets they had prior to the
23  intervention?  That was the big question.  Are
24  the recovery units restructured?  Are they
25  provisioned within the bank?  Where are they?

Page 255

1     CONFIDENTIAL -- Claudio Khamis
2      (Time noted:  5:00 p.m.)
3   Q.  There's a statement in the second
4   paragraph:
5   BTA Bank will certainly be supported by the
6   government, Kulibayev said today in an interview
7   in the Kazakh capital, Astana --
8   A.  Correct.
9   Q.  -- without elaborating.
10  Do you believe Mr. Kulibayev made a false
11  misrepresentation in that statement?
12  A.  As to what ended up happening?
13  Q.  No.
14  At the time he made the statement, do you
15  believe he was making a false misrepresentation?
16     MR. BLOOR: Objection.
17  A.  To -- to evaluation their
18  representation that he made, you can only
19  evaluate -- at the time we saw the
20  representation, we saw it as a representation as
21  what he said.  Nothing else as an intention.
22  Will, certainly, be supported in the future.
23  This is interpretation.
24  But in hindsight, I think it was not a
25  correct representation.

Page 256

1     CONFIDENTIAL -- Claudio Khamis
2   Q.  I'm sorry, another?
3   A.  It was not a correct representation.
4   Q.  Do you think he was trying to mislead
5   the public in this statement?
6   A.  I'm not going to say what he was
7   trying to do with that particular statement, but
8   I -- the information that was provided certainly
9   misled, at least, my decision-making process.
10  Q.  You understand this is statement you
11  allege as a misrepresentation in the amended
12  complaint?  Your lawyers --
13  A.  Yeah, because we wrote this -- we
14  alleged fraud, and to come to the conclusion it
15  was fraud is because we saw this piece and a lot
16  of other pieces of statements done by government
17  officials that turned out not to be true.
18  Q.  Did you buy any more bonds of BTA Bank
19  in 2011, after June of 2011?
20  A.  I don't have the timeline in my head
21  But I had bought bonds for consistently as
22  they were going down, because what was -- for
23  two essential reasons.
24  First of all, nothing of the
25  inconsistencies still are explained, and which

Page 257

1     CONFIDENTIAL -- Claudio Khamis
2   means that nobody still is giving an explanation
3   where the capital shortfall is coming from
4   Even the government of Kazakhstan, through its
5   agency's provision, and not just provision, cut
6   liabilities, inject the capital, and there was a
7   big portfolio of loans that was besides
8   related-party loans that I understand was around
9   four billion.
10  But it was not half of the totality of the
11  23 billion or 21 billion that was compressed.
12  So we didn't have an explanation for that.
13  I got lost, what was the --
14  Q.  Let me rephrase, and let me make sure
15  the record is clear, because the records that
16  you produced show that you did not purchase any
17  BTA bonds after June of 2011 until 2012,
18  February of 2012
19  Is that consistent with your memory, that
20  you didn't by any bonds in the second half of
21  2011?
22      MR. BLOOR: Objection.
23  A.  I don't -- I don't have a clear
24  recollection of my purchases  I don't have a
25  clear recollection.

Page 258

1     CONFIDENTIAL -- Claudio Khamis
2   I remember that I bought bonds during a
3   significant period, but I don't recall exactly.
4   Q.  Pull out the complaint, if you still
5   have that. It's Exhibit 24, from the pile.
6      MR. BLOOR: In the pile, Exhibit 24.
7      THE WITNESS: Here's the complaint,
8   in this pile?  24?
9      MR. WALSH: Let's make it easy.
10  Q.  This is a chart of the purchases the
11  plaintiffs in this case made of BTA subordinated
12  bonds.
13  Does this refresh your recollection that
14  there were no purchases by Atlantica or Baltica
15  or Blu Funds --
16  A.  For the rest of 2011?
17  Q.  In 2011 there are only sales.
18  A.  What are the sales?  The ones that
19  were exchanged with recoveries?
20  Q.  Exactly.
21  A.  Yeah, that's consistent.  Yes.
22  Q.  The next purchase by any of the funds
23  was in February of 2012.
24  A.  This was right after the terms of the
25  second restructuring, yes?

Page 259

1     CONFIDENTIAL -- Claudio Khamis
2   Q.  And you understood by that time that
3   there was a second restructuring?
4   A.  Sure, sure.
5   Q.  This is --
6   A.  You don't want to know the reason for
7   these purchases?
8   Q.  We'll get to them in an hour,
9   depending --
10  A.  Here's 31.
11  A.  You are make simple questions, you get
12  simple answers.
13  Q.  We're trying.
14  A.  When is that?
15  Q.  So this is Exhibit 31.  It's an email
16  from Richard Maser.
17  A.  Yeah, he works at UBS.
18  Q.  Yes, to you.  Mr. Kiblisky forwarded
19  it to you.
20  Do you see that?
21  A.  Yeah, yes, from Troika.
22  Q.  Who is that?
23  A.  He's an analyst at Troika.
24  Q.  Did you ever talk to Mr. Bulgakov?
25  A.  No.

Page 260

1     CONFIDENTIAL -- Claudio Khamis
2   Q.  Did you ever talk to anyone at Troika
3   about BTA?
4   A.  Not that I recall.  I don't recall
5   talking to Bulgakov.
6   Q.  Do you recall receiving this email?
7   A.  I recall reading Bulgakov emails.  I
8   don't rule out having been in a conference call
9   with some analyst, but I could -- it would be
10  very hard for me to confirm it or say -- I very
11  rarely get into -- into conference calls with
12  analysts, but this -- he was the Troika reports.
13  Q.  Did you read the whole report when you
14  received it in October of 2011?
15  A.  This one?
16  Q.  Yes.
17  A.  The whole report that it's referencing
18  here, or the whole email?
19  Q.  The whole email.
20      (Whereupon, the Witness complied
21  with the request.)
22  Q.  Do you want the question back?
23  A.  I'm remembering as I read, so there's
24  stuff I don't recall.
25  Q.  Did you read the whole email when you

Page 261

CONFIDENTIAL -- Claudio Khamis

1   received it?
2   A.   Yeah.
3   Q.   If you turn to the page, second to
4   last page, 3041, do you see item six, the bottom
5   of the page?
6   A.   Yes.
7   Q.   And this is where Troika is going
8   through the probability of outcomes.
9   Do you see that?
10  A.   Yeah.
11  Q.   One of the probabilities is
12  liquidation?
13  A.   Yes.
14  Q.   Estimated zero to one percent?
15  A.   Yeah.
16  Q.   Second outcome is second
17  restructuring --
18  A.   Yes, I see.
19  Q.   Troika has estimated 20 to 30 percent?
20  A.   Yes.
21  Q.   And the third option is delay the
22  decision.
23  A.   Yes.
24  Q.   They talk about the negative carry

Page 262

CONFIDENTIAL -- Claudio Khamis

1   swap being softened.  The outcome there is 50 to
2   60 percent.
3   And then finally, the final outcome the
4   estimate is full and ultimate government
5   support, large scale bond back, full negative
6   carry swap, full-fledged restructuring of
7   operations and, they've estimate 20 to 30
8   percent.
9   Did you have --
10  A.   Excuse me, you're reading the 50 to
11  60 percent?  Where were you?
12  Q.   The 50 to 60 is the delay in the
13  decision.
14  I'm going to ask, Mr. Khamis, did you read
15  this section when you got the email, and if you
16  did read it, what was your reaction?
17  A.   I don't recall exactly what the
18  reaction of it was at the moment, but
19  liquidation was almost nonexistent.
20  A second restructuring attempt, 20 to
21  30 percent -- actually, yes.  When I remember
22  looking at that playing with the percentages,
23  and basically it's delay in the decision was
24  more than 50 percent.

Page 263

CONFIDENTIAL -- Claudio Khamis

1   And the liquidation was -- sorry,
2   inexistent, and a second restructuring, 20 to
3   30 percent, and the --
4   The reaction to it was okay, what is
5   restructuring?  Restructuring is necessarily
6   massive haircuts -- not necessarily, but we just
7   had massive haircuts and massive provisioning
8   and massive cut of liabilities one year before
9   or so.
10  A restructuring is, in its significance, a
11  change in the structure and a change in the
12  structure could have taken many forms.  One of
13  the forms, if the problem was as stated by
14  government officials, illiquidity, it was still
15  mentioned more than one time.  Illiquidity until
16  loans can get recovered, so the capital
17  shortfall claimed is closed, since probably
18  there was still some instability or volatility
19  in the assessment of the assets.
20  If that was the case, that illiquidity was
21  the issue, paying, decreasing the amount of
22  coupon to one percent for a number of years was
23  one of the ways, that I thought at the time
24  could be one of the ways, maybe decrease the

Page 264

CONFIDENTIAL -- Claudio Khamis

1   coupons for several years and then have a step
2   up until recoveries are made or a very good
3   assessment.
4   Because when a loan portfolio is hit, and
5   this is very relevant, your assessment on
6   recoveries may be overestimated in some cases
7   and underestimated for other classes.  If the
8   price of gold was bad at the time, probably you
9   say the credit is very unlikely to get paid, or
10  if the price of gold is 18 months later up
11  significantly, the whole cash flow of the
12  creditors changes and you may have a surprise.
13  So it's in the end, it's addressed properly
14  like it was addressed in most of the world,
15  especially in the US or in Europe.  People
16  waited, and then they made the final assessment,
17  and if capital was needed, then you make the
18  adjustment.
19  But another form of restructuring that was
20  available was the conversion of debt for equity,
21  so you have to do a lot of exercises when you're
22  looking into restructuring to see how you can
23  improve the financial condition of the bank.
24  And all of this, again, was under a very

Page 265

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   complex scenario, in which all was claiming to
 3   be the situation was inconsistent with this job
 4   thoroughly done, where hundreds of millions were
 5   spent in top quality advisors from all across
 6   the world. Lazard was involved. UBS was
 7   involved. How could bankers get it so wrong?
 8   So -- so the likelihood of that, at the
 9   time I was looking at this, was -- was nobody
10   still can explain what is going on, and the fact
11   that they are delaying it with a 50 to
12   60 percent probability pointed out and was
13   consistent with this, okay, let's give it more
14   air. Here it's portrayed as okay, you have more
15   half a year.
16   And this could be, have been because of
17   lacking of how financial system works. This was
18   as communist country not that long ago. Without
19   free financial markets and banking, it's a
20   different story, so -- so making the assessment
21   about what was going on at the time, it was very
22   difficult.
23   Q.  Let me show you Exhibit 31 from
24   Mr. Kiblisky's deposition. This is an email
25   from Yacher to you and Mr. Kiblisky, dated
```

Page 266

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   November 8, 2011, and attached is a UBS report
 3   that BTA will not make payment on recovery units
 4   for third quarter 2011.
 5   Did you get this email?
 6   A.  Yes, sure
 7   Q.  Did you read the email when you
 8   received it?
 9   A.  Yes, I read it.
10      MR. BLOOR: Can we take a quick
11   break?
12      MR. WALSH: Sure.
13      THE VIDEOGRAPHER: The time is 5:21.
14   We are going off the record.
15      (Whereupon, a brief recess was
16   taken.)
17      (Whereupon, Khamis Exhibit
18   Number 32, email, was marked for
19   identification as of this date.)
20      THE VIDEOGRAPHER: The time is
21   5:28 p.m. We are back on the record.
22   Q.  Mr. Khamis, I've shown you Exhibit 32.
23   This is email from Matthew Poe again to you.
24   It's dated November 11, 2011.
25   Do you recall receiving this email in that
```

Page 267

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   time period?
 3   A.  Yes.
 4   Q.  And do you see that Mr. Poe is
 5   exchanging emails with Andre Marcov at
 6   Renaissance Capital?
 7   Who is Andre Marcov?
 8   A.  I don't know.
 9   Q.  Do you see that Mr. Poe asks
10   Mr. Marcov, right at the bottom of the first
11   page there:
12   Andre, how are you? Is BTA still losing
13   almost a billion a year in operations? Would
14   you expect a zero recovery on the 2025 bonds in
15   the event of default? How long can these guys
16   keep going before defaulting?
17   Do you recall reading that part when you
18   received this?
19   A.  Excuse me?
20   Q.  Do you recall reading that part of the
21   email when you received this email?
22   A.  I don't recall the email itself, but
23   I'm sure I received it.
24   Q.  And did you have any discussions with
25   Mr. Poe about the potential of a zero recovery
```

Page 268

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   on the 2025 bonds?
 3   A.  No. I didn't have much engagement at
 4   the time with Mr. Poe.
 5   Q.  What about Mr. Izzo?
 6   A.  No. With Mr. Izzo, I wouldn't discuss
 7   this with Mr. Izzo in depth.
 8      (Whereupon, Khamis Exhibit
 9   Number 33, email, was marked for
10   identification as of this date.)
11   Q.  This is Exhibit 33, Mr. Khamis. It's
12   an email from Mr. Izzo to you, forwarding an
13   update on BTA. It's dated December 22nd, 2011.
14   Do you recall receiving this email in
15   December of 2011?
16   A.  The source of this email is Poe?
17   Q.  It appears Mr. Poe is forwarding you
18   an email from a Bloomberg report, and this is a
19   document you produced to us.
20   A.  What is your question?
21   Q.  Do you recall receiving this?
22   A.  Yes, yes.
23   Q.  And you see that's a, there's an
24   attachment to the email.
25   A.  Where? There's a reference --
```

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

Page 269

CONFIDENTIAL -- Claudio Khamis
1
2  This is attachment?
3  Q.  We'll fix it during the break
4  But you can see the attachments, which you
5  produced to us, were the press release that's
6  referenced in the email.  Turn to the last page,
7  you'll see the press release.
8  A.  Correct.
9  Q.  So BTA had announced that there would
10  be a second restructuring?
11  A.  Yes.
12  Q.  What was your reaction to that?
13  A.  My reaction to that was that a
14  restructuring is a very -- term and we just came
15  out of a massive restructuring, very well
16  advised, and that another restructuring will
17  happen that should correct whatever needs to be
18  corrected, maybe liquidity.  We just didn't
19  know.
20  As I said, analysis was hard at the time.
21  MR. WALSH: Let me mark another
22  exhibit.
23  (Whereupon, Khamis Exhibit
24  Number 34, email, was marked for
25  identification as of this date.)

Page 270

CONFIDENTIAL -- Claudio Khamis
1
2  Q.  Exhibit 34 is an email from you,
3  Mr. Khamis, to Matthew Poe.  You write [in
4  Spanish].
5  Do you see that?
6  A.  Yeah.
7  Q.  What does that mean in English?
8  A.  You want me to translate it for you?
9  Q.  Please.
10  A.  Hi Matthew, what do you think?  Is it
11  crazy to buy, to add more to 9 to 950?
12  Q.  What were you telling Mr. Poe here?
13  A.  I don't know.
14  Q.  Were you thinking about buying more of
15  the bonds?
16  A.  It could have been recovery units or
17  bonds.  I don't know what I was looking at the
18  time.
19  Q.  This is after the announcement that
20  there would be a second restructuring.
21  Were you considering buying more
22  subordinated bonds after the announcement of the
23  second restructuring?
24  A.  I was looking to buy more.  I don't
25  know if that's recovery units or bonds.  It's

Page 271

CONFIDENTIAL -- Claudio Khamis
1
2  not clear to me from that email what I was
3  referring to.
4  MR. WALSH: This will be 35.
5  (Whereupon, Khamis Exhibit
6  Number 35, email, was marked for
7  identification as of this date.)
8  Q.  Exhibit 35, Mr. Khamis, is an email
9  that you produced to us from you and Mr. Izzo.
10  It's an exchange of emails.
11  Mr. Izzo has forwarded you a Debtwire
12  story, it appears, and do you see in the middle
13  of the page, he writes [in Spanish]?
14  Do you see that sentence?
15  A.  Yeah.
16  Q.  Can you translate that, please?
17  A.  I resent to you an email that was sent
18  Rostyslav Orach from Troika New York, with whom
19  I talked this morning.
20  Q.  And you write back [in Spanish].
21  Good summary?
22  A.  Yeah.
23  Q.  Did you think about buying more
24  subordinated notes at this time period?
25  A.  I don't know what I was thinking at

Page 272

CONFIDENTIAL -- Claudio Khamis
1
2  this time period.
3  To know what I know, it's important to see
4  what I did after that, because I don't have the
5  recollection of my purchases.
6  Q.  But by this time, you knew there was
7  going to be a second restructuring.
8  A.  If the second restructuring was
9  announced by the formal web page announcement,
10  as you just showed me, sure.
11  Q.  Well, somebody forwarded you, the
12  people at Vision forwarded you the press
13  release, right, that there would be a second
14  restructuring?
15  A.  Right.
16  (Whereupon, Khamis Exhibit
17  Number 36, email, was marked for
18  identification as of this date.)
19  Q.  Exhibit 36, Mr. Khamis, is an email
20  that appears to be from you.  It's not clear
21  from -- well, according to the electronic data
22  that was associated with this, it's an email
23  from you to Igal Yacher at UBS.
24  Do you recall sending an email on
25  January 21st, 2012, to Mr. Yacher at UBS?

Page 273

1     CONFIDENTIAL -- Claudio Khamis
2  A.  I don't recall, but if I sent it, I
3  sent it, and if it was produce to you was
4  because I sent it.
5  Q.  Did you have any discussions with UBS
6  about BTA in this time period?
7  A.  I don't have any recollections of
8  specific discussions with.
9     (Whereupon, Khamis Exhibit
10  Number 37, email, was marked for
11  identification as of this date.)
12  Q.  Mr. Khamis, Exhibit 37 is an email
13  from Mr. Izzo to you that you produced in the
14  case.  It's dated January 12, 2012, and it's
15  entitled BTA '25 offer of six percent to
16  Goldman, 5.5 to Barclays, Smith Barney, [in
17  Spanish].
18  What does that mean in English?
19  A.  The subject, you want me to translate?
20  Q.  Yes, please.
21  A.  BTA '25 offer six percent from
22  Goldman, five percent from Barclays, and Smith
23  Barney didn't give us indicative -- no, no.  It
24  did give us indicative five percent.  Nobody
25  else gave us a price.

Page 274

1     CONFIDENTIAL -- Claudio Khamis
2  Q.  Were you emailing Mr. Izzo at this
3  time period to find out what the market price
4  was for the subordinated notes?
5  A.  If I was emailing him?
6  Q.  Right.  This is an email asking him
7  for information about prices?
8  A.  I eventually called him or he sent it
9  to me.
10  Q.  And he responded?
11  A.  But again, Izzo and Poe would send me
12  information on my request, and many times, most
13  of the times, without my request.
14  Q.  Did you, at one point, establish a
15  brokerage accounts with Vision?
16  A.  Define the time.
17  Q.  This is the beginning of 2012,
18  January 2012.
19  A.  For the plaintiffs or --
20  Q.  For Atlantica, Baltica, and Blu?
21  A.  No.  I don't recall.
22  Q.  Did you have any other accounts with
23  Vision?
24  A.  In January of 2012?
25  Q.  In January of 2012.

Page 275

1     CONFIDENTIAL -- Claudio Khamis
2  A.  I don't recall.  It doesn't seem . . .
3     (Whereupon, Khamis Exhibit
4  Number 38, email, was marked for
5  identification as of this date.)
6  A.  You are always talking about the
7  plaintiffs; correct?
8  Q.  Correct.
9  Exhibit 38 is an email from you to
10  Mr. Izzo.
11  Can you read that to us in English?
12  A.  Yeah.
13  Claudio -- I don't know how to translate --
14  to execute purchases BTA.
15  Q.  Call me?
16  A.  Call me.
17  Q.  So did you make a decision to buy more
18  subordinated notes in February of 2012?
19  A.  In February of --
20  Q.  2012.
21  A.  In February of 2012?  I have to see
22  the --
23  Can you show me, again, the list of
24  purchases?
25  Q.  I will in one second.

Page 276

1     CONFIDENTIAL -- Claudio Khamis
2  A.  I remember -- when was the date of
3  the -- of the release of the terms of 2012
4  restructuring?  Was it prior to this date or
5  after this date?
6  Q.  Your next purchases, as we saw in the
7  complaint, were in February of 2012.
8  A.  When were they in terms of the second
9  restructuring?
10  Q.  When were they fully announced?
11  A.  Yeah.  When did they announce that they
12  would pay 2.5 cents?
13  Q.  That was later.
14  A.  Later than this?
15  Q.  Yes.  Let me ask my question, and
16  we'll go back to this.
17  Why did you purchase more BTA bonds in
18  February of 2012?
19  A.  I don't know what the price was.
20  There's got to be a reason of pricing and
21  assessment --
22  Q.  We saw an email of Mr. Khamis was
23  offering you the prices --
24  A.  Khamis is me.
25  Q.  Sorry, Mr. Izzo.  Two Claudios.

Page 277

CONFIDENTIAL -- Claudio Khamis
2  A.  It wasn't that he was offering me
3  instruments.  It seems to me more likely that
4  this is an information about price level and not
5  an offer.
6  The email states BTA '25 offer.  That was
7  the offer price.
8  Q.  I've just handed you Exhibit 25 from
9  Mr. Kiblisky's deposition.  Mr. Izzo is
10 forwarding to you an email he had with Mr. -- of
11 Troika.
12 Do you see that?
13 A.  Yeah.
14 Q.  And he's attaching the Troika analyst
15 report from January 2012.
16 A.  Correct.
17 Q.  And did you read the analyst report
18 when you received it in February of 2012?
19 A.  Yes.
20 Q.  And if you look at page 20, there's a
21 discussion on BTA.
22 A.  I cannot read what it say --
23 Q.  Let me ask you, when you received it,
24 did you read these pages on BTA?
25 A.  Most likely.  I'm sure I read it.  If

Page 278

CONFIDENTIAL -- Claudio Khamis
2  it was very long  I'm not sure if I read it
3  all, but most likely I went through it.
4  Q.  If you go to page 29, there's a
5  discussion called sticks and carrots.
6  A.  I remember those sticks and carrots,
7  so it means that I got to this point.
8  Okay.  What is the question?
9  Q.  There is a discussion about the second
10 restructuring.
11 Do you see that?
12 A.  I have to read it.
13 Q.  Go ahead and read it, and the question
14 I'm going to ask you is what was Troika
15 reporting with respect to Samruk-Kazyna and the
16 relationship with creditors in this
17 restructuring?
18 A.  There are a lot of questions being
19 made.
20 Q.  What are the sticks and carrots that
21 are referred to in this report?
22 MR. BLOOR: Objection.
23 You can answer.
24 A.  I don't know.
25 Q.  Well, was the possibility of

Page 279

CONFIDENTIAL -- Claudio Khamis
2  litigation between Samruk-Kazyna and the
3  creditors discussed here?
4  A.  In the first three things that I
5  read --
6  Q.  Turn to the second page Mr. Khamis.
7  I'll make this easier for you.
8  A.  Okay.
9  Q.  You see the bottom of the page, Troika
10 reports there are some areas where shareholders
11 may explore?
12 A.  Where are you looking at?
13 Q.  The bottom, page 30.
14 MR. BLOOR: You're asking about
15 sticks and carrots.  Now we're --
16 MR. WALSH: I want to focus on
17 page 30 now.  It's all part of the same
18 section.
19 A.  Only now?  That's the paragraph you're
20 reading?
21 Q.  Very bottom.
22 A.  Okay.
23 Q.  There's a sentence that begins there
24 are some areas --
25 A.  Okay.

Page 280

CONFIDENTIAL -- Claudio Khamis
2  Q.  -- where shareholders may explore the
3  chance for a dialogue with the bank and
4  Samruk-Kazyna and seek a remedy or litigation.
5  Do you see that Troika is reporting that
6  there's a potential for litigation against
7  Samruk-Kazyna in their report here?  Do you see
8  that's discussed?
9  A.  Yeah.
10 Q.  And one of the issues that's discussed
11 is the accuracy of the representations made by
12 management during the '09-2010 restructuring and
13 after it.
14 So you were aware, at this time period,
15 Mr. Khamis, that Troika was, at least, reporting
16 that creditors had claims against Samruk-Kazyna?
17 MR. BLOOR: Objection.
18 You can answer.
19 Q.  Potential claims.
20 A.  Well, you highlighted, it's potential
21 claims.  It's -- when the risk of confrontation,
22 there is always possibility of litigation.
23 If I'm right, terms of the second
24 restructuring were not out yet at this point.
25 Q.  Let me turn back to the sticks and

Page 281

1    CONFIDENTIAL -- Claudio Khamis
2  carrots. Troika writes:
3  Samruk-Kazyna versus creditors. During the
4  negotiations with creditors, the bank, or
5  Samruk-Kazyna, representatives are likely to
6  argue or have already argued the following.
7  First bullet:
8  The negative carry swap, which effectively
9  means that the bank is not a going concern was
10  largely a product of the mutually-agreed first
11  restructuring scheme, and therefore, the
12  restructured creditors should surrender part of
13  the MPV.
14  What did you understand Troika was saying
15  there?
16    MR. BLOOR: Objection.
17    You can answer.
18  A.  I didn't understand much of what
19  Troika was saying. Even if I read it now, I
20  don't understand if this is going to be case
21  position, according to Troika?
22  Q.  Was there any question in your mind by
23  this time period that the effect of the negative
24  carry swap was fully disclosed to the market?
25    MR. BLOOR: Objection.

Page 282

1    CONFIDENTIAL -- Claudio Khamis
2    You can answer.
3  Q.  As of this report, January 2012.
4  A.  Again, the negative carry swap was
5  something that the transaction within the
6  related parties was sucking money out of the
7  bank, and it was a transaction that -- that
8  contradicted the basic principal of -- of bank
9  support or state support.
10  So at this time, still, we were under
11  the -- the impression that there was missing
12  information that could explain all the
13  contradictions so we could understand how to --
14  how to make sense of how things were developing.
15  Q.  You knew the bank was going to
16  restructure for a second time. You knew by this
17  time period that the bank would have to
18  restructure.
19  A.  Yes. It was announced.
20  Q.  But you didn't know what the terms of
21  the restructuring would be; correct?
22  A.  Correct.
23  Q.  You knew that the information
24  memorandum was no longer relevant to your
25  analysis of whether to purchase more bonds?

Page 283

1    CONFIDENTIAL -- Claudio Khamis
2    MR. BLOOR: Objection.
3  A.  That's not correct.
4  Q.  Why would the information memorandum
5  be relevant to your purchases in 2012?
6  A.  Because the information memorandum
7  was -- was a piece that explained a lot of what
8  was being, had been done during the first
9  restructuring, including the treatment of first
10  part of the loan portfolio of the bank held
11  under the trust deed under very strict
12  procedures.
13  We had, during the whole relevant period,
14  statements from government officials talking
15  about illiquidity, talking about support, then
16  conflict. So who do you believe and when was
17  the question.
18  And this, to us, seemed an analysis,
19  probably a good effort of analysis, but it's
20  still an interpretation as you well read, it
21  said representatives are likely to argue.
22  That's a speculation.
23  Q.  You purchased and -- let me pull out
24  the complaint
25  Do you have the complaint there? It's

Page 284

1    CONFIDENTIAL -- Claudio Khamis
2  Exhibit 24. Right here
3  Now, your lawyers have alleged on behalf of
4  Atlantica, Baltica, and Blu that the face amount
5  of the notes had dropped to less than ten
6  percent of its value in January 2012.
7  Do you see that --
8  A.  Yeah.
9  Q.  And the negative carry swap was fully
10  disclosed by then; correct?
11    MR. BLOOR: Objection.
12  A.  Again, the transaction between
13  government-related entities was known.
14  What was not known is how this fit into the
15  total restructuring and the efforts of the state
16  to make the bank viable and a going concern.
17  The implication of the transaction itself
18  meant that the bank was giving money, in our
19  view, valuable resources to escape, to get paid
20  two percent net, while the same funds were lent
21  by SK, and I think also the National Bank of
22  Kazakhstan, three corporations, at much higher
23  rates.
24  This didn't make any sense for an ongoing
25  concern, and the whole claim was that they fixed

Page 285

```
1       CONFIDENTIAL -- Claudio Khamis
2    the bank, so -- so it was a very -- it was
3    something that was contradicting, again, what
4    was portrayed as a good job done by the Kazakh
5    authorities.
6    Q.  But it wasn't a good job, was it
7    Mr. Khamis?  They had a second restructure.
8       MR. BLOOR: Objection.
9    A.  We, our complaint is about fraud.
10   It's not about the job.  We are alleging fraud,
11   not a job poorly done, and there are other
12   elements to it.
13   Q.  Is it your position that Atlantica,
14   Baltica, Blu, relied on the information
15   memorandum when they purchased subordinated
16   notes in 2012?
17      MR. BLOOR: Objection.
18      You can answer.
19   A.  For me, the massive restructuring and
20   the job done, one more time, with the help of a
21   lot of smart people, and the intensity and the
22   depth of the measures taken in terms of carrying
23   liabilities, influx of capital, didn't add up.
24   This is a bank that just was restructured,
25   therefore you can provision a bad loan one time.
```

Page 286

```
1       CONFIDENTIAL -- Claudio Khamis
2    You cannot provision a bad loan two times or
3    three times.
4    So it was really something that we couldn't
5    understand, that there were so many more
6    unaccounted or over-viewed bad loans with
7    problem, and the quality of the portfolio
8    overlooked by so many smart people that charge
9    very high fees.
10   Our allegation, again, is for fraud.  It's
11   not for a job poorly done.
12   Q.  By the time that you had purchased in
13   February 2012, Troika was already reporting that
14   Samruk-Kazyna had made misrepresentations;
15   right?  We saw that in the Troika report.
16      MR. BLOOR: Objection.
17      You can answer.
18   A.  It's not clear to me to what
19   misrepresentations Troika is referring to.
20   Q.  Troika had reported by this time
21   period, January 2012, that there were potential
22   claims against Samruk-Kazyna with respect to BTA
23   Bank.
24   Do you recall seeing that?
25      MR. BLOOR: Objection.
```

Page 287

```
1       CONFIDENTIAL -- Claudio Khamis
2    You can answer.
3    A.  I saw that now.
4    The question is what claims based on what
5    misrepresentations were the part of the
6    creditors.  I assume that when they refer to
7    creditors, was probably creditors committee.
8    I was a creditor as well sitting outside of
9    Kazakhstan.  I never traveled to Kazakhstan at
10   the time.  I was paying attention to the
11   relevant information provided in a clear way by
12   the government to try to make an assessment
13   with, and part of the information was
14   conflicting afterwards.
15   Q.  You purchased approximately
16   4.6 million, on a cost basis, bonds in 2012.
17   Why would you spend $4.6 million on
18   subordinated notes that would be restructured on
19   the second restructuring?
20      MR. BLOOR: Objection.
21   A.  Probably -- not probably.
22   The same premise applied to the first notes
23   I bought prior to 2010.  The assessment during
24   prior to 2010 was that the price that was
25   marketed or was -- that the market price
```

Page 288

```
1       CONFIDENTIAL -- Claudio Khamis
2    deviated from the intrinsic value of the
3    securities, that the price of the bond was, had
4    implied losses in the -- in the loan portfolio
5    that were extremely significant, again, for a
6    second time.
7    We didn't think that this logic at the time
8    plausible.  This was prior to the whole story to
9    the first restructuring, a bank that had over
10   20 billion in assets, always the question was
11   where were the assets?  What is the treatment
12   the accounting treatment of those assets, the
13   recovery efforts on that assets?
14   Q.  Were you hoping that when you bought
15   these bonds in the beginning of 2012, were you
16   hoping that the subordinated bonds would be
17   treated, you would have some recovery on the
18   subordinated bonds in the second restructuring?
19      MR. BLOOR: Objection.
20   Q.  Let me rephrase so it's a cleaner
21   question.
22   When you were purchasing these bonds in
23   2012, these subordinated bonds, were you hoping
24   that these bonds would have a recovery in the
25   2012 restructuring?
```

Page 289

```
 1      CONFIDENTIAL -- Claudio Khamis
 2      MR. BLOOR: Objection.
 3      You can answer.
 4  A.  I had bought all the bonds minus bonds
 5  I bought after knowing the terms of the
 6  exchange, under the premise that the intrinsic
 7  value of the bonds was significantly higher than
 8  the market price of the bonds.
 9  This has the exception of the bonds I
10  bought after the exchange was announced.
11  Q.  And when the exchange was announced,
12  you understood that the subordinated bonds would
13  receive a very small recovery.
14  A.  2.5 cents.
15  Q.  Right.  So why would you buy bonds if
16  you knew that they were only going to recover
17  2.5 cents?
18      MR. BLOOR: Objection.
19      THE WITNESS: Can I answer?
20  A.  I wasn't that familiar with law and
21  litigation at this time, and I, when I saw this
22  exchange, and especially when the recovery notes
23  were taken away via an acceleration clause,
24  mechanism, that was conflicting with the very
25  nature of a segregated asset put under a trust
```

Page 290

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  deed in a foreign country, and I saw the massive
 3  haircut.
 4  I probably, this was the first time when I
 5  began to understand that the allegations or the
 6  information portrayed as a success to
 7  restructuring was -- was eventually a lie, and
 8  that the statements of high government officials
 9  was a -- was misleading, completely misleading.
10  So I was looking into how to defend the
11  assets so I know that I had to engage into some
12  legal effort, and I bought more bonds assuming a
13  very simple rationale, which proved wrong, I
14  think, in the end, that the more bonds I had
15  that I deemed were valuable, or had real
16  intrinsic value, that I could split the cost of
17  litigation in a bigger portfolio, is to drive
18  down the median cost per dollar of bond, to save
19  this way.
20  But it was done without legal advice at the
21  time.  I didn't have legal advice at the time,
22  that I recall.
23  Q.  When did you first engage legal
24  advice?
25  A.  I don't remember.  Off the top of my
```

Page 291

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  head, I'm sure it's some email communication.
 3  Who keeps track of that?
 4      THE WITNESS: Can I go to the
 5  bathroom?
 6      MR. WALSH: Yes.
 7      THE VIDEOGRAPHER: The time is
 8      6:08 p.m.  We are going off the record.
 9      (Whereupon, a brief recess was
10  taken.)
11      THE VIDEOGRAPHER: The time is
12      6:15 p.m.  We are back on the record.
13  Q.  Mr. Khamis, your lawyer said you
14  wanted to correct a prior statement?
15  A.  It's more than correct, clarify.
16  Can you please show me of the three
17  entities, where are the purchases made after the
18  terms of the exchange?
19  Q.  The terms of exchange, Mr. Khamis,
20  were disclosed November 1st.  We'll confirm
21  that, but that's what our records show.
22  So it looks to me that your purchases --
23  A.  Can we identify it here, I mean, with
24  your help?
25      MR. BLOOR: Let's just go off the
```

Page 292

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  record.
 3      MR. WALSH: Why don't we go off the
 4  record.
 5      THE VIDEOGRAPHER: The time is
 6      6:15 p m   We are going off the record.
 7      (Whereupon, a discussion was held
 8  off the record.)
 9      THE VIDEOGRAPHER: The time is
10      6:16 p.m.  We are back on the record.
11  Q.  Mr. Khamis, do you want to go ahead
12  and clarify?
13  A.  Yeah.  I just wanted to clarify from
14  your previous question.
15  When I was referring to the purchases made
16  under the premise that they would help me drive
17  down the cost per dollar of bonds of litigation,
18  so to split the litigation into a higher volume
19  of bonds, this -- this is only for the purchases
20  after the terms, after the terms of the
21  exchange, in other words, after that I would --
22  after that I knew that 2.5 cents would be paid
23  on the subordinated note and that I lost
24  ownership on the recovery units.
25  Q.  And those are the only --
```

Page 293

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   The purchases before the exchange were
 3   disclosed or in the complaint.  The purchases
 4   thereafter the exchange --
 5   A.  Okay.  I just wanted to make that,
 6   because I don't -- I don't -- too much
 7   information, too many transactions.
 8   And this applies only to this particular
 9   purchases that I recall as little investment
10   relative to the other previews in the amount of
11   dollars invested in the whole -- in BTA
12   securities.
13   Q.  Can you turn to -- thank you for the
14   clarification.
15   Can you turn to page 18 of the complaint?
16   Do you see in paragraph 52 there are a
17   number of statements alleged by BTA and SK Fund
18   regarding a second restructuring?
19   A.  Yes.
20   Q.  And if you look at page -- sorry
21   page 19, paragraph 54, the plaintiff entities
22   have alleged:
23   Defendant made these statements without any
24   basis in fact and with actual knowledge that a
25   second restructuring would be necessary, because
```

Page 294

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   due, in part, to the deleterious cash flow
 3   impact of the negative carry swap, BTA Bank was
 4   unable to continue as a going concern or to
 5   satisfy its debt obligations, and SK funds, in
 6   fact, had no intent to provide the financing
 7   necessary for BTA Bank to survive.
 8   Now, your purchases that we were just
 9   looking at on 2012, they were all after the
10   second restructure was announced; right?  We
11   talked about that.
12   A.  Excuse me?
13      MR. BLOOR: Which specific
14   purchases?
15   Q.  So if you look at your Exhibit A.
16   Atlantica and Blu Funds, all purchased
17   subordinated bonds after the second
18   restructuring was announced.
19      MR. BLOOR: Objection.
20   Q.  It's either true or false
21   We looked at the December announcement that
22   the bank was going to restructure --
23   A.  When was the bank going to -- when was
24   the announcement that the bank --
25   Q.  Feel free to look at the earlier
```

Page 295

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   exhibits, but there was an announcement in
 3   December that there was going to be a second
 4   restructuring.
 5      MR. BLOOR: Objection.
 6      You can answer.
 7   A.  I don't understand the question.
 8   When you talk about the announcement, are
 9   you talking about the shareholders meeting or
10   are you talking about --
11      MR. BLOOR: He'll clarify.
12      THE WITNESS: Okay.
13   Q.  Do you have --
14   The very top one, Exhibit 33.
15   December 22nd, the bank announced a second
16   restructuring.
17   A.  December 20th?
18   Q.  Do you see the date of the exhibit?
19   A.  It's from December 22nd is the email.
20   Q.  If you look at the bottom, it
21   discloses the bank was going to have a second
22   restructure.
23   A.  Yes.  This is December 22nd, 2011.
24   Q.  You were aware that the bank would
25   have to restructure a second time before you
```

Page 296

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   made the purchases for Atlantica and Baltica in
 3   2012?
 4   A.  This is correct.
 5   Q.  And you did not rely on any of the
 6   statements or --
 7   You did not rely on any of the statements
 8   in the complaint, paragraph 52, when you
 9   purchased in 2012?
10      MR. BLOOR: Objection.
11   Q.  Let me ask a more straightforward
12   question
13   You allege in the complaint that SK Fund
14   and BTA Bank made false and misleading
15   statements about the potential for a
16   restructuring.
17   When was the first time that you knew that
18   there would be a second restructuring?
19   A.  Probably at the time of this -- of
20   this email
21   Q.  Which was before you purchased the
22   Atlantica and Baltica -- Atlantica and Blu Fund
23   purchases in 2012; correct?
24   A.  That's -- that's -- excuse me.
25   Can you repeat the question?
```

Page 297

CONFIDENTIAL -- Claudio Khamis
1
2  Q.  You knew --
3  A.  That was the second restructuring
4  undergoing?
5  Q.  Yes.
6  A.  Yes.
7  Q.  And that these statements were
8  inaccurate, the statements in paragraph 52,
9  because, in fact --
10  A.  No.  I didn't know that they were
11  inaccurate at the time, because some of
12  statements said that they won't default.  Some
13  of the statements spoke about illiquidity.
14  Q.  Can you turn back to the complaint?
15  Identify the ones that you thought were not
16  fully disclosed at the time you purchased in
17  2012.  Paragraph 52, so there's a number of
18  statements there.  If you could help me
19  understand what statements --
20  A.  Okay.  I have to read them, because I
21  don't remember --
22  Q.  -- were not fully disclosed by the
23  time you purchased in 2012?
24       MR. BLOOR: Objection.
25  A.  There were more statements than the

Page 298

CONFIDENTIAL -- Claudio Khamis
1
2  one put in page -- in paragraph 52.
3  Q.  What statements?
4  A.  I don't have them available here, but
5  there were other statements made about state
6  support, about referring it as illiquidity, and
7  that if the bank needed resources they will get
8  resources
9  A second restructuring, as I mentioned,
10  doesn't mean haircuts, doesn't mean bankruptcy
11  as a restructuring.  There are many companies
12  that restructure debt without going into
13  bankruptcy.
14  Q.  You understand that the complaint was
15  amended after it was filed in 2012?
16  A.  Yes.
17  Q.  This complaint, in fact, is from April
18  of 2013.
19  Did you include any of these other
20  statements?  Did you ask Mr. Jaffe to include
21  any of these other statements you just
22  referred to --
23       MR. BLOOR: I object.  Objection.
24  I'm going to instruct him not an
25  answer.  He's not going to tell you what

Page 299

CONFIDENTIAL -- Claudio Khamis
1
2  he asked his lawyer to do.
3  Q.  Do you understand that the complaints
4  has to set forth all of the statements that
5  Atlantica, Baltica, and Blu Funds relied upon in
6  making investment decisions?
7       MR. BLOOR: Objection.
8  A.  I'm not a lawyer.  I don't know how
9  you put a complaint.
10  And I know what I was relying on until the
11  very end, and it was about a job well done, and
12  massive provisions were done during the first
13  restructuring with the oversight of a lot of
14  talented people that have massive, spent half a
15  million hours, reviewing documents and credits
16  and a lot of stuff --
17  Q.  Did you, at any point, tell
18  Mr. Jaffe --
19  A.  Excuse me.  Let me finish the -- the
20  answer.
21  The announcement of a second restructuring
22  could have pointed to a lot of different
23  factors, lack in the speed of recovery,
24  illiquidity, and many other unknowns, like the
25  necessity of correcting the government sucking

Page 300

CONFIDENTIAL -- Claudio Khamis
1
2  away resources from the bank for unknown reason.
3  It's not what you try to imply, Mr. Walsh.
4  Q.  You had an opportunity, the
5  plaintiffs, to amend the complaint in 2013, and
6  you did it amend the complaint.  You see this,
7  the amended complaint was filed.
8  Did you ever go to Mr. Jaffe and say I have
9  other allegations that I want to allege against
10  SK Fund, I want to amend the complaint a second
11  time?
12       MR. BLOOR: Objection.  Don't answer
13  that.
14  Q.  Do you follow your lawyer's
15  instruction not to answer?
16  A.  Yeah.
17  Q.  Mr. Khamis, you met my partner Joe
18  Pizzurro?
19  A.  Yes.
20  Q.  And you also met my colleague, Kevin
21  Meehan, another lawyer from Curtis?
22  A.  Yes.  I don't remember the name, but
23  I remember meeting with Mr. Pizzurro.
24  Q.  It was here in New York?
25  A.  Yes.

Page 301

CONFIDENTIAL -- Claudio Khamis
1
2  Q.  And other lawyers for BTA Bank were at
3  the meeting?
4  A.  There were a lot of lawyers.  I don't
5  recall who was from -- from --
6  Q.  And during that meeting, you raised
7  the issue of Tristan Oil.
8  What is Tristan Oil?
9  A.  Tristan Oil is an oil company that was
10  expropriated after -- after Mr. Anatol Stati got
11  a requirement to seat -- seat transfer -- how do
12  you say --
13  MR. BLOOR: Just, are we talking
14  about a settlement meeting?
15  MR. WALSH: I don't think so.
16  I'm only going to ask about Tristan
17  Oil.  That's all I'm going to ask.
18  MR. BLOOR: Well, you said, talking
19  about some sort of meeting --
20  MR. WALSH: I don't think this was a
21  settlement meeting.  If you want to
22  dispute this --
23  MR. BLOOR: I don't know.  I wasn't
24  there.
25  MR. WALSH: He brought up another

Page 302

CONFIDENTIAL -- Claudio Khamis
1
2  matter.  I'm not going to ask about
3  discussions about BTA.  I'm only asking
4  about Tristan Oil.
5  Q.  Mr. Khamis, what did you tell my
6  partner Joe Pizzurro about Tristan Oil during
7  that meeting?
8  A.  I don't recall specifics of what I
9  talked about Tristan Oil in that meeting.
10  Tristan Oil was another investment that I
11  had in Kazakh that was expropriated by the
12  Kazakh government.
13  Q.  How much in Tristan Oil bonds did you
14  hold in this time period?
15  By the way, the meeting was in September of
16  last year.
17  So as of September last year, how much --
18  A.  50 million.
19  Q.  You had $50 million in Tristan Oil
20  bonds?
21  A.  Yeah.
22  Q.  Five-zero?
23  A.  50 million.
24  Q.  And what are they worth right now?
25  A.  I don't know.

Page 303

CONFIDENTIAL -- Claudio Khamis
1
2  Q.  Are they worth anything?
3  A.  I don't know what the demand is.  Last
4  what I heard that they traded was traded at
5  $0.30.
6  Q.  So do you recall what range you bought
7  the bonds, what they were trading at when you
8  bought them?
9  A.  Higher than that.
10  Q.  And do you know what your on-paper
11  losses are for Tristan Oil right now?
12  A.  On Tristan Oil there are no paper
13  losses.  We were waiting to collect --
14  We won in the arbitration in Sweden, and we
15  won the appeals in Sweden, and since the Kazakh
16  government refuses to comply by the court
17  rulings, we are trying to enforce collection.
18  Q.  When you say we, who are you referring
19  to?
20  A.  This is a plural.  This is all the
21  people that are involved as creditors in Tristan
22  Oil.
23  Q.  Have you met Mr. Stati?
24  A.  Yes.
25  Q.  When did you meet him?

Page 304

CONFIDENTIAL -- Claudio Khamis
1
2  A.  I don't recall.
3  Q.  Was it this year?
4  A.  No.
5  Q.  Was it last year?
6  A.  Probably earlier.
7  Q.  And when did you meet him -- I'm
8  sorry.
9  Where did you meet him?
10  A.  I met in him in Europe.
11  Q.  Where in Europe?
12  A.  I met him in Spain.
13  Q.  And was he --
14  Tell me what you talked about with
15  Mr. Stati?
16  MR. BLOOR: Just --
17  A.  I don't recall what I talked about.
18  MR. BLOOR: Wait a minute.
19  Before we go on, I mean, I need to
20  know who you're talking about.  I don't
21  represent him in that matter, so I don't
22  know if he's a lawyer.
23  Q.  Can you tell me who Antonio Stati
24  is -- Antonin Stati --
25  Who is he is to Tristan Oil?

Page 305

1    CONFIDENTIAL -- Claudio Khamis
2  A.  Antoni Stati?
3  Q.  Mr. Stati.  What is Mr. Stati's first
4    name?
5  A.  Anatol.
6  Q.  My apologies for mispronunciation.
7    And what was Mr. Stati's relationship to
8    Tristan Oil?
9  A.  He was the former owner.
10 Q.  And what happened to Tristan Oil?
11 A.  Was expropriated.
12 Q.  And did Mr. Stati bring an arbitration
13   against the government of Kazakhstan?
14 A.  That's my understanding.
15 Q.  When did you purchase the Tristan Oil
16   bonds, before or after that arbitration?
17 A.  No.  Prior to the arbitration.
18 Q.  And were you aware that the government
19   of Kazakhstan, as you say, expropriated the
20   Tristan Oil assets?
21 A.  At the time I bought the first time?
22 Q.  Yes.
23 A.  No.
24 Q.  So you bought, and then the
25   government, as you say, expropriated Tristan

Page 306

1    CONFIDENTIAL -- Claudio Khamis
2    Oil?
3  A.  Correct.  One more time the Kazakh
4    government.
5  Q.  And have you been involved in the
6    arbitration between Mr. Stati and the
7    government?
8  A.  No.
9    We have a sharing agreement with Mr. Stati.
10   I'm not familiar with the legal stuff.  As
11   I said, I'm not a lawyer, but creditors have a
12   sharing agreement with Mr. Stati.
13 Q.  And would you be able to provide that
14   sharing agreement with me?
15 A.  Excuse me?
16 Q.  Would you give me that sharing
17   agreement?
18 A.  I'm not sure if I have it.
19 Q.  And what does it provide?
20   MR. BLOOR: Objection.
21 A.  I don't have a close recollection.
22   The thing I know is that we get 70 percent
23   from recoveries after a waterfall, and I don't
24   know the details of the waterfall.
25 Q.  And are you financing Mr. Stati's

Page 307

1    CONFIDENTIAL -- Claudio Khamis
2    litigation?
3    MR. BLOOR: Objection.  Objection
4    I think we need to go off the record.  I
5    need to understand better what this
6    relationship is, if there are any
7    privileges here.
8    MR. WALSH: Shouldn't be.  He
9    brought it up with my partner.
10   MR. BLOOR: We're going to go off
11   the record.
12   THE VIDEOGRAPHER: The time is 6:32.
13   We are going off the record.
14   (Whereupon, a discussion was held
15   off the record.)
16   THE VIDEOGRAPHER: The time is 6:41
17   p.m.  We are back on the record.
18   MR. BLOOR: I've had an opportunity
19   to confer with my client.
20   In terms of this sharing agreement,
21   he doesn't know what his obligations are
22   under that agreement, whether there are
23   any confidentiality obligations, so I'm
24   not going to -- until I have the
25   opportunity to review the agreement, I'm

Page 308

1    CONFIDENTIAL -- Claudio Khamis
2    not going to let him answer any questions
3    about the specifics of the agreement.
4    You know, otherwise -- you know,
5    from our perspective, this is a bit far
6    afield from the 30(b)(6) notices and,
7    otherwise, relevancy to the litigation
8    itself.
9    To the extent you have some
10   additional questions, you can ask him and
11   we'll take it question by question.
12 Q.  Mr. Khamis, are you hoping to settle
13   the Tristan Oil case and the BTA case together?
14   MR. BLOOR: Objection.
15   You can answer.
16 A.  I would -- I would love to have a
17   direct communications with the -- with the
18   people in charge --
19   MR. BLOOR: Can you read back that
20   request, again, please?
21   (Whereupon, the requested question
22   was read back by the reporter:
23   Question.  Mr. Khamis, are you
24   hoping to settle the Tristan Oil case and
25   the BTA case together?)

Page 309

```
 1        CONFIDENTIAL -- Claudio Khamis
 2        MR. BLOOR: I'm going to object and
 3   instruct you not to answer, based
 4   on you're not going to reveal your
 5   settlement strategy, so I'm going to
 6   instruct him not to answer the question.
 7   Q.   What connection, if any, does the
 8   Tristan Oil case have with this case?
 9   A.   Tristan Oil case with this case?
10        MR. BLOOR: Objection.
11   A.   Legally, you mean?
12   Q.   In your mind.
13   A.   Two cases in the same country.
14   Q.   And in your discussions with
15   Mr. Pizzurro and the other lawyers, did you ask
16   whether we could settle both the Tristan Oil
17   case and the BTA case?
18   A.   I don't recall using the word
19   settling.
20        MR. BLOOR: Objection.
21   A.   What I recall is to try to understand
22   if there was a way to communicate with the
23   beneficial owners of all those expropriations
24   and transactions to try to find a way to solve
25   one dispute, all disputes.
```

Page 310

```
 1        CONFIDENTIAL -- Claudio Khamis
 2   I mean, they are not linked.  If I can
 3   resolve conflicts of -- that I have with
 4   somebody, I'd rather have a look to see whether
 5   there is way to work it out.
 6   Q.   Are you paying Mr. Stati's legal fees
 7   in the arbitration proceedings and related
 8   proceedings?
 9        MR. BLOOR: Objection.
10        THE WITNESS: Should answer?
11        MR. BLOOR: You can answer.
12   A.   No.
13   Q.   Do you know who is paying Mr. Stati's
14   legal fees?
15   A.   No.
16   Q.   Have you had any discussions with
17   Mr. Stati's lawyers in this case?
18        MR. BLOOR: Objection.  I think
19   we're getting far afield of the issues
20   relevant here.
21   A.   I have talked to Mr. Stati, and I have
22   talked to people that work with Mr. Stati.  I
23   don't know what is their profession.
24   Q.   What is Mr. Stati's view of that case?
25   A.   Which case?
```

Page 311

```
 1        CONFIDENTIAL -- Claudio Khamis
 2   Q.   The case against him and the
 3   enforcement action --
 4        MR. BLOOR: Objection.
 5   A.   I don't know.  Mr. Stati speaks
 6   Russian and I speak Spanish and some English.
 7   Q.   When you met Mr. Stati, did you have a
 8   translator?
 9   A.   Yes.
10   Q.   And who was the translator?
11   A.   Some person that Mr. Stati --
12   Mr. Stati's team.
13   Q.   What did you discuss with Mr. Stati?
14        MR. BLOOR: Objection.
15   A.   I don't recall.
16   Q.   You don't recall?
17   A.   I don't recall.
18   It was a general conversation about --
19   about fact finding for me and better
20   understanding, better analysis, a better
21   everything.  It happened -- I don't even
22   remember the year it happened.
23   Q.   Did you talk to Mr. Stati about the
24   Kazaword database?
25        MR. BLOOR: Objection.
```

Page 312

```
 1        CONFIDENTIAL -- Claudio Khamis
 2   A.   That, I don't think I heard anything
 3   about the Kazaword database until very recently.
 4   Q.   When you met Mr. Ablyazov?
 5   A.   I think that was a rumor from before,
 6   but I didn't know -- I don't even know if it's
 7   the same -- the same publications of the same
 8   information made public.
 9   Kazaword was a -- was a name that I had
10   a -- took me a long time to -- to capture, to
11   learn.
12   Q.   Was that one meeting with Mr. Stati
13   the only meeting, as you recall?
14   A.   Yeah.
15   Q.   And the meeting with Mr. Ablyazov, was
16   that the only meeting you had with Mr. Ablyazov?
17   A.   No, two.
18   Q.   When was the second meeting?
19   A.   In August.
20   Q.   This past August?
21   A.   What day --
22   Q.   We looked at the letter your lawyer
23   sent in June of this year.
24   A.   No.  It's -- no.  It's not August.
25   I'm totally confused.
```

Atlantica Holdings, Inc. v.                    Confidential                          Claudio Khamis
Sovereign Wealth Fund                                                               December 6, 2018

Page 313

1      CONFIDENTIAL -- Claudio Khamis
2    It was a few weeks ago.  I don't know if
3    it's a month ago.
4    Q.   Where was it?  Where was this meeting?
5    A.   France.
6    Q.   The same place as the first meeting,
7      same country?
8    A.   Same country, France.
9    Q.   Why are you reluctant to share
10    Mr. Ablyazov's location?
11      MR. BLOOR: Objection.
12    A.   It is, to my understanding, that there
13    is, that his life is under threat.
14    Q.   But you know where he is right now?
15      MR. BLOOR: Objection.
16    A.   No.  I don't.
17    Q.   Do you have his phone number?
18    A.   No.  I don't.
19    Q.   How do you get in touch with him if
20    you want to get in touch with him?
21      MR. BLOOR: Objection.
22    A.   Through a third party.
23    Q.   Which third party?
24      MR. BLOOR: Objection.  These
25    questions are completely outside the

Page 314

1      CONFIDENTIAL -- Claudio Khamis
2    scope of this litigation, and they are
3    inappropriate, so -- you know, I think
4    it's time to move on.
5      MR. WALSH: I only have a couple
6    more questions.
7    Q.   These two meetings with Mr. Ablyazov,
8    those are the only communications that you had
9    with Mr. Ablyazov?  You haven't had phone calls
10    or conferences?  These are the only two times
11    you met him?
12      MR. BLOOR: Objection.
13    A.   Yes, two times.
14      MR. WALSH: We can take a break and
15    meet again tomorrow.
16      Off the record.
17      THE VIDEOGRAPHER: The time is
18    6:49 p.m.  We are going off the record.
19      (Whereupon, the record was closed.
20    Time noted:  6:49 p.m.)
21
22      -o0o-
23
24
25

Page 315

1      CONFIDENTIAL -- Claudio Khamis
2
3
4      INSTRUCTIONS TO WITNESS
5
6      Please read your deposition over
7    carefully and make any necessary corrections.
8    You should state the reason in the appropriate
9    space on the errata sheet for any corrections
10    that are made.
11      After doing so, please sign the errata
12    sheet and date it.  You are signing same subject
13    to the changes you have noted on the errata
14    sheet, which will be attached to your
15    deposition.
16      It is imperative that you return the
17    original errata sheet to the deposing attorney
18    within thirty (30) days of receipt of the
19    deposition transcript by you.  If you fail to do
20    so, the deposition transcript may be deemed to
21    be accurate and may be used in court.
22
23      -o0o-
24
25

Page 316

1      CONFIDENTIAL -- Claudio Khamis
2
3      E R R A T A   S H E E T
4
5    PAGE    LINE      CHANGE
6    ____  ____  _____
7        REASON: _____
8    ____  ____  _____
9        REASON: _____
10    ____  ____  _____
11        REASON: _____
12    ____  ____  _____
13        REASON: _____
14    ____  ____  _____
15        REASON: _____
16    ____  ____  _____
17        REASON: _____
18    ____  ____  _____
19        REASON: _____
20    ____  ____  _____
21        REASON: _____
22
23
24    _____        _____
25        CLAUDIO KHAMIS          DATE

Page 317

```
 1          CONFIDENTIAL -- Claudio Khamis
 2
 3          ACKNOWLEDGMENT OF DEPONENT
 4
 5   STATE OF NEW YORK    )
 6                        )SS.:
     COUNTY OF            )
 7
 8
 9          I have read the foregoing record of my
10   testimony taken at the time and place noted in
11   the heading hereof, and I do hereby acknowledge
12   it to be a true and correct transcript of same.
13
14          _____
15                CLAUDIO KHAMIS
16
17   Subscribed and sworn to before me
18   this _____ day of _____, 2018.
19
20   _____
21          Notary Public
22
23
24
25
```

Page 318

```
 1          CONFIDENTIAL -- Claudio Khamis
 2
 3          C E R T I F I C A T I O N
 4
 5   STATE OF NEW YORK    )
                          )    :  S.S.:
 6   COUNTY OF NASSAU     )
 7
 8          I, APRYL S. MONTERO, a Notary Public for
     and within the State of New York, do hereby
 9   certify:
10          That the testimony in the within
     proceeding was held before me at the aforesaid
11   time and place, that said witness was duly sworn
     or affirmed before the commencement of the
12   testimony, and that the testimony was taken
     stenographically by me, then transcribed under
13   my supervision, and that the within transcript
     is a true record of the testimony of said
14   witness.
15          I further certify that I am not related
     to any of the parties to this action by blood or
16   by marriage; that I am not interested directly
     or indirectly in the matter in controversy, nor
17   am I in the employ of any of the counsel.
18          IN WITNESS WHEREOF, I have hereunto set
     my hand this December 20, 2018.
19
20
21          APRYL S. MONTERO
22
23          (The foregoing certification of
     this transcript does not apply to any
24   reproduction of the same by any means, unless
     under the direct control and/or supervision of
25   the certifying reporter.)
```

Case 1:12-cv-08852-JMF   Document 271-40   Filed 08/26/20   Page 83 of 278

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

## $

**$0.19 (4)**
148:6,11;149:5,7

**$0.20 (1)**
250:25

**$0.30 (1)**
303:5

**$0.45 (1)**
233:14

**$0.48 (1)**
163:11

**$0.50 (2)**
153:18;178:16

**$0.55 (1)**
178:16

**$1 (1)**
62:8

**$1.2 (1)**
197:6

**$10 (1)**
27:5

**$15 (1)**
129:16

**$21 (1)**
151:12

**$23 (4)**
114:23;126:19;151:11;
254:22

**$3 (1)**
114:22

**$30 (1)**
61:23

**$4 (1)**
198:25

**$4.6 (1)**
287:17

**$5 (1)**
129:15

**$50 (2)**
27:7;302:19

**$500 (2)**
54:4;63:18

**$7,000 (1)**
179:19

**$700 (1)**
184:11

**$90 (1)**
61:11

## I

**[in (14)**
80:23,81:3,124:11,14,18;
234:21;239:12,15,24,25;
270:3;271:13,20;273:16

**[phonetic] (2)**
12:16,36:11

## A

**AAA (3)**
50:19,51:14,17

**abbreviation (1)**
97:18

**ability (3)**
16:6,11,200:6

**able (12)**
30:18;35:22;56:3;98:22;
129:4;139:22;148:23;160:17;
167:24;169:24;199:19;306:13

**Ablousleiman (1)**
185:21

**Ablyazov (22)**
127:10,15;128:17;129:4,24;
130:5,10;132:25;134:6,10,14,
16;183:20;197:7;198:3,4;
204:4;312:4,15,16;314:7,9

**Ablyazov's (1)**

313:10

**about (204)**
11:22;17:10;18:23,24;
19:10;20:7,15,22,25;28:9;
30:11,22,34:6,8,9,45:15;49:7;
51:18;53:9,9;54:5;60:5;62:14,
17;66:2,20;67:4,4;70:2,5;
71:15,22;74:20;76:16,17;
80:20;81:22;82:13,24;83:19;
85:3,9;89:3,12;90:4;91:23,
92:5,11,13,22,24,25;94:13;
95:5;99:8,12,100:5,11,15,
105:18,19;110:8,17,18;111:8,
9,25;115:17;118:17,19,19;
119:16;121:5,15,24;122:8,9,
20,24;123:7,124:9;126:3,20,
128:15,20;130:16;131:9;
136:22;137:16;139:2,23;
147:18;149:13,15;150:7,11,
25,151:14,15;153:3;156:24;
159:6,25;161:16;162:13;
169:4;174:11;181:3;182:17,
21,21;183:2;186:8;188:19,20,
25;189:2;191:4;198:9,11,18;
199:12;200:5;201:4;204:18;
206:9;207:25;208:3;213:16;
216:2;219:5,25;220:2,4,18;
221:11,23;223:3,24;224:8,9,
19,225:10,23;228:17;230:11;
238:14;241:14;243:2,5,15;
244:14,17,19;246:8,14,24;
247:10;248:23;249:5;251:19;
254:9;260:3;261:25;265:21;
267:25;268:5;270:14;271:23;
273:6,274:7,275:6,277:4;
278:9;279:14;283:15,15;
285:9,10;294:11;295:8,9,10;
296:15;297:13;298:5,6;
299:11;301:14,16,19;302:2,3,
4,6,9;304:14,17,20;308:3;

311:18,19,23;312:3

**above (3)**
124:12;148:15;229:16

**absence (1)**
237:11

**accelerated (1)**
207:22

**acceleration (4)**
208:2,4;209:25;289:23

**access (5)**
119:18;167:25;168:6,8,23

**according (7)**
131:5;153:21;190:6;
227:12;234:25;272:21;281:21

**accordingly (1)**
12:8

**account (65)**
18:22;19:19,21,22,25;
21:25;22:2,4,6,13;23:12,15;
29:20,22;30:16;40:9,13;
41:15;43:19,20,24;44:12,12;
46:18;48:16,16,21;58:11;
63:10,13,17,20;64:12,23;
65:4;66:11,14;67:19;70:24;
71:12,14,15,23,24;72:2,3,5,7,
9,11,14;98:20;117:18;146:19;
173:24;174:2,5,7;191:10,11;
193:3,5,9,19;250:2

**accountant (5)**
31:17;32:11,18;33:3,6

**accountants (1)**
32:16

**accounted (1)**
205:13

**accounting (24)**
33:20,23;35:8;99:3;207:10;
208:19,21,23;209:6;212:17;
213:13,16,20,20,23;214:9,13;
215:3,3;217:7;227:13;245:23;
249:25;288:12

Case 1:12-cv-08852-JMF   Document 271-40   Filed 08/26/20   Page 84 of 278

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

**accounts (22)**
22:15,24;23:2;34:6;44:11,
14,16;46:5;49:9;68:22,23,25;
71:19;77:4;84:23;89:10;
121:2,6;184:13;193:23;
274:15,22

**accuracy (1)**
280:11

**accurate (10)**
47:7,8,9;59:8;61:12,24;
62:11;193:6,24;315:21

**accurately (1)**
46:21

**acquire (1)**
57:19

**acquired (3)**
57:9,14;136:25

**acquisitions (1)**
96:18

**across (2)**
45:5;265:5

**action (2)**
18:18;311:3

**Active (3)**
22:3;65:7;91:8

**activities (4)**
22:10;61:5;135:18;171:3

**activity (4)**
17:23;134:11,25;135:24

**actual (1)**
293:24

**Actually (9)**
74:6;79:21;93:11;99:7;
155:5;160:6;193:13;208:5;
262:22

**add (7)**
99:6;160:15;230:22;
238:21;251:11;270:11;285:23

**added (3)**
29:8;251:24;254:17

**addition (1)**
178:18

**additional (6)**
16:19;187:13;191:21;
192:20;229:21;308:10

**address (6)**
10:20;25:17;41:4,7;137:13;
144:5

**addressed (3)**
217:19;264:14,15

**adjustment (1)**
264:19

**advance (1)**
82:4

**advantage (1)**
130.22

**advice (12)**
42:2;105:7,13,15,17;
112:19;118:10,14;214:16;
290.20,21,24

**advised (4)**
41:23;214:14;216:4;269:16

**advisor (4)**
31:23;70:25;89:9;114:12

**advisors (9)**
161.6;180:16;205:22;
212:20;214:22;222:18;223:7,
11;265:5

**advisory (1)**
184.10

**affect (4)**
16:5,11;103:9,12

**affidavit (3)**
136:7,10,13

**affidavits (1)**
137.20

**affiliates (2)**
134:16,19

**affirmed (1)**
10:13

**afield (2)**
308:6;310:19

**after (68)**
17:2;37:21,23;47:17:53:22;
55:6;56:2,16;57:6,8;58:22;
62:20;74:3;75:7,7;76:7;
129:6;132:24;133:2;147:11,
13;151:25;154:17,19;156:3;
166:7;170:21;182:22;185:2,3,
3;186:20;188:6;191:23;
196:22;205:20;208:7;210:16;
227:13;238:4;239:20;245:17;
246:7,7,10;256:19;257:17;
258:24;270:19,22;272:4;
276:5;280:13;289:5,10;
291:17;292:20,20,21,22;
294:9,17;298:15;301:10,10;
305:16;306:23;315:11

**afternoon (1)**
168:25

**afterwards (1)**
287:14

**again (32)**
33:13;35:3;68:3;104:15;
143:22;177:16;182:12;189:8;
196:4;207:23;208:16,209:18,
20;216:2,18;217:9;230:21;
243:5;244:19;246:5,16;
264:25;266:23;274:11;
275:23;282:4;284:12,285:3;
286:10;288:5,308:20;314:15

**against (16)**
16:23;134:10,13,16,21;
142:20;143:3;189:20;197:6,8;
280:6,16;286:22;300:9;
305:13;311:2

**age (3)**
63:6,23;198:13

**agencies (10)**
50:19,51:9;52:5;75:22,

200:24;201:2,9,11;232:13,17

**agency's (1)**
257:5

**agenda (1)**
75:4

**agent (1)**
41:10

**aggression (1)**
108:20

**aggressive (4)**
50:13,15,20,199:13

**aggressive/speculative (3)**
47:12;48:16,21

**aggressively (1)**
198:24

**ago (10)**
11:14;13:9,12;33:13;
119:11;178:13,14;265:18;
313:2,3

**agree (3)**
48:15,192:15.17

**AGREED (3)**
8:4,8,12

**agreement (10)**
76:18;207:14;306:9,12,14,
17,307:20,22,25;308:3

**ahead (6)**
29:17;132:9;221:10;
240:16;278:13;292:11

**air (1)**
265:14

**al (2)**
9:9,12

**Algeria (1)**
86:3

**allegation (3)**
221:11;222:7;286:10

**allegations (2)**
290:5;300:9

**allege (6)**

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

142:21;221:15;242:20;
256:11;296:13;300:9

**alleged (5)**
222:2;256:14;284:3;
293:17,22

**alleging (1)**
285:10

**Alliance (5)**
121:22,25;122:2;231:22;
232:11

**allow (1)**
158:19

**allowed (1)**
56:5

**allows (2)**
12:2;42:24

**Almaty (3)**
134:18,21;135:5

**almost (3)**
224:7;262:20;267:13

**along (1)**
38:23

**already (18)**
34:13;58:4,6;80:6;93:25;
112:25;119:9;150:18,21;
171:4;180:23;183:10,16;
188:11;192:7,8;281:6;286:13

**also (42)**
9:11,24;12:22;27:22;37:5;
42:8;60:7,61.21;77:11,14;
89:9;99:22;100:18,21;102:13;
117:17,23;120:6,7;137:19;
158:25;165:16;174:6;177:5;
179:12;180:21,25:191:22;
193:18;199:3;211:17;213:19;
215.23;216:13;235:10;
238:14;241:12;245:9;249:4;
253:20;284:21;300:20

**Alston (2)**
139:16;143:14

**alternative (1)**
76:6

**although (1)**
217:20

**Alva (1)**
31:9

**always (8)**
66:13;109:6;174:23;193:6;
233:22;275:6;280:22;288:10

**Alyssa (1)**
9:23

**amazing (1)**
182:4

**amazingly (1)**
230:8

**Amazon (1)**
171:15

**amend (3)**
300:5,6,10

**amended (6)**
13:7;218:24;219:7;256:11;
298:15;300:7

**America (1)**
25:10

**American (2)**
60:16;248:17

**amount (22)**
53:24;62:5;111:4;129:11;
135:20;146:22;151:16;
177.19;180.14,22;183:12;
189:4;190:24;206:15;215:14;
227:19;228:5,7;231:10;
263:22;284:4;293:10

**amounting (1)**
197:6

**amounts (6)**
62:17,18;134:6;151:8;
189:5;200:5

**ampersand (1)**
60:14

**analysis (15)**
19:11,77:17;93:6;120:11;
149:11;203:7;215:6;224:3;
245:15;250:7;269:20;282:25;
283:18,19,311:20

**analyst (26)**
73:5,6,8;79:13;87:14,19;
88:17;89:14;92:16,17;93:15;
150:7,10:164:12:188:21;
198:10,12,13;212.5;222:21;
247:7;248:16;259:23;260:9;
277:14,17

**analysts (5)**
79:7;190:3;210:7;226:9;
260:12

**analyze (5)**
99:10;149:25;201:10;
209:4;226:17

**analyzed (5)**
90:10;122:5;159:11.14;
189:24

**analyzing (2)**
69:10;70:9

**Anatol (2)**
301:10;305:5

**Andre (4)**
138:3;267:5,7,12

**announce (1)**
276:11

**announced (9)**
269:9;272:9:276:10;
282:19;289:10,11;294:10,18;
295:15

**announcement (8)**
270:19,22,272:9;294:21,24;
295:2,8;299:21

**annoyed (1)**
81:24

**annoying (1)**
211:6

**another (39)**
20:13,35:14;38:20;58:10;
60:10;75:2;82:16;84:12;
117:16;123:23;131:13:152:8;
176:20;194:19;197:5;206:12;
211:8;215.24;225:4;226:4,24;
228:23,24;231:11,18;235:8;
239:5;243:21,24;247:17,24;
254:9;256:2;264:20;269:16.
21,300:21;301:25;302:10

**answer (56)**
11:25;21:8;44:24;98:10;
101:24,111:21;112.2,9,12,14,
18.23;118:12;123:3;128:25;
131:11;133:12;134:23;
138:17;142:2;144:11,18;
145:16,17;150:4;155:8;
212:25;213:9;215:25;223:9;
227:11;230:22;240:15;
245:12;249:5;251:15;278:23,
280:18;281:17;282.2,285:18;
286:17,287.2,289:3,19;295:6;
298:25;299:20;300:12,15;
308:2,15;309:3,6;310:10,11

**answers (2)**
155:9;259:12

**Antoni (1)**
305:2

**Antonin (1)**
304:24

**Antonio (1)**
304:23

**anymore (2)**
23:21;45:14

**anyone (9)**
86:22,24;130:9;140:10,
142:4;161:15;209:24;210:3;
260:2

**anything (6)**
13:13,53:18;197:21;216:7,

303:2,312:2

**anywhere (3)**
29:6;43;10;67:12

**apartment (4)**
25:25;26:2,3;167:16

**apologies (1)**
305:6

**apparent (1)**
133:21

**apparently (1)**
242:16

**appeals (1)**
303:15

**appear (1)**
137:20

**appearance (1)**
246:12

**appears (5)**
236:15;252:7;268:17;
271:12;272:20

**Apple (1)**
168:4

**applicable (1)**
144:4

**application (4)**
40:9,12,24,168:4

**applied (2)**
199:15;287:22

**applies (2)**
146:8;293:8

**appreciate (1)**
47:5

**appreciation (1)**
47:3

**appreciations (1)**
46:23

**appropriate (1)**
315:8

**approximate (6)**
27:2,20;29:2,14,35:5;62:4

**approximately (4)**
58:2;63:16;113:11;287:15

**April (11)**
162:22;163:16;165:14:23;
166:5;168:7,13;169:6;171:25;
174:5;298:17

**Apryl (2)**
9:15;10:13

**Aragas (4)**
65:12,13,16;66:24

**arbitration (6)**
303:14;305:12,16,17,306:6:
310:7

**area (1)**
96:3

**areas (2)**
279:10,24

**arguably (1)**
144:3

**argue (3)**
160:3;281:6;283:21

**argued (1)**
281:6

**around (15)**
18:10;65:8,69:10;118:6;
128:13;148:4,14;178:14,16;
237:7;239:21;241:21;250:25;
254:8;257:8

**arrived (1)**
189:13

**arriving (1)**
189:12

**articles (1)**
147:18

**arts (1)**
36:20

**aside (2)**
147:8;194:19

**asked (9)**
20:22;58:4,6;80:6;81:18;

114:12;130:24;204:20;299:2

**asking (17)**
64:16;72:24,25;73:7,9,11;
74:15;84:15,17;85:15;140:18;
145:13;198:14;204:18;274:6;
279:14;302:3

**asks (1)**
267:9

**assaulted (2)**
108:6,12

**assess (10)**
82:25;83:4,5;99:13;180:12;
183:6,8;197:24;199:21;215:4

**assessed (1)**
181:6

**assessment (34)**
49:13;70:11;92:10;95:4;
101:14;102:11;114:14;
115:13;126:19;148:3,18;
149:6;163:18,21;164:6;167:4,
10;183:24;198:7;199:20,
200:14;226:15;233:12;
235:23;245:15;252:25;
263:20;264:4,6,17;265:20;
276:21;287:12,23

**assessments (1)**
151:14

**asset (14)**
30:5;83:8,9;94:6,7;130:22;
160:7;162:9;196:15;228:25;
229:8,11;231:11;289:25

**assets (38)**
27:24;29:5,14,21;30:9,12,
15:42:24;52:10;75:15,18;
94:21,99:5;120:19;129:11;
135:18,19;181:20,190:24;
197:24;198:3,4;206:20;
215:12,13,14;228:9,10,
249:23;254:4,22;263.20;
288:10,11,12,13;290:11;

305:20

**assistance (3)**
20:11;108:15;214:21

**associated (2)**
72:8;272:22

**assume (7)**
126:8;137:17,18;200:13;
217:4;219:19;287:6

**assumed (3)**
114:16;148:7;253:16

**assuming (1)**
290:12

**assumption (1)**
109:20

**Astana (1)**
255:7

**Astiz (1)**
9:23

**asymmetries (1)**
76:15

**Atlantica (61)**
9:9,11;14:8,14,16,19;22:19;
29:13,15,21;30:6,14;31:3;
40:13,14;41:4,7,19;42:16;
43:2,4,9,11,16,19,23,24,25;
44:4;45:15,16,18,19,23;
46:22;49:10;58:12;59:3,9,10,
11;68:10;85:18;117:8,14,16;
145:22;146:18;165:19;
170:23;174:8;236:11;258:14,
274:20;284:4;285:13;294:16;
296:2,22,22,299:5

**attached (6)**
116:12,24;151:24;152:18;
266:2,315:14

**attaches (2)**
202:6;210:22

**attaching (3)**
161:12;241:13;277:14

**attachment (10)**

Case 1:12-cv-08852-JMF   Document 271-40   Filed 08/26/20   Page 87 of 278

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

87:12,13;124:25;125:6;
185:22;186:5;202:11;210:25;
268:24;269:2

**attachments (2)**
153:7;269:4

**attempt (1)**
262:21

**attending (1)**
107:9

**attention (28)**
69:25;70:15;74:17;77:10;
105:12;119:7,24;120:6,8,22;
135:20;147:21;159:12;190:5,
21;201:25;206:21;211:7;
215:8;217:16;226:11,13,14;
232:16;238:8,10,247:6;
287:10

**attorney (3)**
140:14,16;315:17

**attorney-client (4)**
112:5,23;144:4;145:10

**attorneys (2)**
8:5;140:20

**attracted (1)**
113:25

**audit (3)**
213:13;214:6;217:2

**audited (12)**
199:24;205:5,9,15,18;
206:5;211:9;212:23,213:2,6,
25;244:14

**auditing (1)**
200:7

**auditor (1)**
206:6

**auditors (12)**
161:6;180:17;211:17;
212:10,13,16,20;216:4,13,17,
22;244:15

**auditors' (1)**

---

245:22

**August (16)**
113:16;117:15,17;118:7;
124:22;125:3,8,25;126:2,14;
137:14;238:2,248:12;312:19,
20,24

**authorities (4)**
158:14;181:15;199:12;
285:5

**automatic (1)**
109:10

**available (17)**
19:12,13;69:22;70:12;83:6;
85:14;125:20;137:11;139:25;
156:16;190:12;195:21,25;
197.17;222.5;264:21;298:4

**average (2)**
184:12;243:17

**aware (19)**
52:7;71:6:110:21;126:3.23;
134:3,9,11,17,20;138:14;
143:2,8;144:2,12;184:16;
280:14;295:24;305:18

**away (9)**
124:18;131:9,156:15;
170.22;171.11;245.18,19;
289:23;300:2

---

# B

**baby (1)**
90:20

**babysitting (1)**
90:18

**bachelor (1)**
36:19

**back (39)**
19:18;21:21;24:16;37:23;
48:14;55.25;56:25;64:17;
81:25;100:17;103:18;110:5,

---

116:2,131:22,146:11;170:21;
171:24;181:5;187:11;191:2;
193:25;196:15;200:16;208:7;
213:23;237:16;241:9:260:22;
262:6;266:21;271:20;276:16;
280:25;291:12;292:10;
297:14;307:17;308:19,22

**backseat (1)**
170:18

**backup (1)**
226:19

**bad (13)**
75:23;181:4,5;183:8,23;
189:5;228:9,10;235:16;264:9;
285:25;286:2,6

**bailed (1)**
54:17

**bailiff (15)**
132:17,22;133:3,5,6,10;
137:2,16,18,21;138:4,11,15;
139:7,10

**bailiff's (1)**
138:4

**bailout (1)**
56:10

**balance (10)**
16:4;183:16;204:23;206:8,
17;208:17;209:13;212:4;
214:15;216:5

**Baltica (30)**
14:15;22:20:23:5;24:19;
25:2,5;31:3;42:7;44:12;45:7,
14,18,22;49:10;68:10;117:8,
17,19:145:22;165:19;170:24:
174:7,10;258.14;274:20;
284:4;285:14;296:2,22;299:5

**Banco (12)**
38:4,25;57:10,24;61:10,10,
18;62:9,10,19,20,22

**Bangladesh (1)**

---

86:3

**Bank (176)**
9:12;10:3;38:3,6,9,16,18,
19,20,24;39:3,8,9.19:40:4:
53:25,56.6;57.12,20;62:19;
96:7,10,13,25;97:2,9;98:6,7,
14,17,21,24;99:8;101:19;
102:10,12,24;115:2,6;120:15;
121:22,23;125:7;126:21;
127:5;129:12,13,15,18,19;
130:23,25,131:5,7;133:15;
134:2,5,6,139:24;148:3,25;
151:16;152:15;153:5,5,156:5;
158:8,18,21,23;161:2;168:22;
175:17,20;179:18;180:8,13,
13,15,24;181:6,16,21,24;
182:6;183:17,21;189:8,10,11;
190:19;196:22;197:5;198:23;
199:24;200:3,18;201:18;
205:9;206:2,7,18;207:8,22;
212:2;214.8,14,15;215:13,16,
216:4;218:7,221.17;224:8,10;
225:4;226:10;227:24;228:6;
230:15;231:21,22;232:11,11;
235:19,19;243:19,21;246:3,4,
4,12,12,19,248:23,24;249:17,
23,23;250:17,18;251:4;
253:14,15,16;254:25;255:5;
256:18;264:24:280:3:281:4;9:
282:7,8,15,17;283:10;284:16,
18,21;285:2,24,286:23;288:9;
294:3,7,22,23,24;295:15,21,
24;296:14;298:7;300:2;301:2

**bankers (1)**
265:7

**banking (14)**
37:25;55:6,10;77:14;95:23,
23;96:2;97:5;189:11;196:18;
210:7;223:19;248:18;265:19

**bankruptcy (2)**

---

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

298:10,13

**banks (34)**
46:13;54:16,25;55:19,23;
56:2,4,9,10,13,16,20,22;57:6;
92:17;96:6,16,18,20;101:21;
102:16,19;121:20;122:8,25;
131:2,4;180:17;199:17;
202:22;225:2;229:7,11;244:9

**Bank's (5)**
150:21;208:18;211:20,22;
216:14

**bar (1)**
106:18

**Barclays (2)**
273:16,22

**Barents (2)**
46:9,12

**B-A-R-E-N-T-S (1)**
46:10

**Barney (5)**
67:17,20,25;273:16,23

**base (3)**
162:9;235:5;246:2

**based (8)**
49:12,55:9;83:5;90:16;
96:2;206:17;287:4;309:3

**basic (6)**
94:8;97:5;125:14;217:13;
243:4;282:8

**basically (3)**
19:3;194:15;262:24

**basics (2)**
105:8;126:16

**basing (2)**
144:13;198:8

**basis (9)**
68:24;70:7;89:18,18;95:25;
96:5;121:17;287:16;293:24

**bathroom (3)**
12:11;131:14;291:5

**BBB (1)**
51:21

**beat (2)**
109:3;242:5

**beautiful (1)**
167:15

**became (7)**
62:10;73:23,24;133:21;
171:21,22;190:12

**because (79)**
23:21;29:4;41:3,9,23;
44:17;45:8;47:14,49:3;73:24;
74:21;75:19;76:7;85:11,12;
86:9,12;89:9;90:11;98:16;
100:3;103:4;105:18;106:14;
109:5;114:2,20;115:16;
121:12;129:6,10,14;138:4;
153:17;155:5;163:15;165:15;
167:2;171:12;178:23;179:2;
183:4,14;186:16,25;187:2,
188:13;190:15;201:21;
203:22;206:2;207:19;211:18;
215:20;220:24;228:4;232:6;
233:22;235:4;238:19;240:20;
242:2;250:25;253:13;254:3;
256:13,15,22;257:15;264:5;
265:16;272:4;273:4;283:6;
293:6,25;297:9,11,20

**become (2)**
67:9;138:14

**been (39)**
10:12;13:18;23:23;24:18;
25:22;27:24;67:23;71:15;
77:3;88:4;101:8;107:6,11;
119:3;124:9;126:24;141:14,
18;145:4;161:8;169:25;
180:15,23;182:5;198:2,23;
199:14,16;230:19;232:12;
237:6;253:2;254:3,6;260:8;
265:16;270:16;283:8;306:5

**before (55)**
8:14,15;11:12,19,25,13:23;
45:17;48:9;58:19,21;80:4;
94:14;95:16;96:14;118:13;
123:25;124:20;125:10;
126:13;131:12;132:24;133:2,
2;138:22;147:3,7;162:3;
173:25;174:11;185:6;188:2,5,
190:3,16;193:21;194:2;201:8;
212:24;213:3;219:9,20;226:9;
227:11;230:15;238:4;247:22;
250:23;263:9;267:16;293:2;
295:25;296:21;304:19;
305:16;312:5

**began (2)**
33:12;290:5

**begin (1)**
11:25

**beginning (8)**
9:17;119:14;155:21;186:9;
197:4;199:2;274:17;288:15

**begins (8)**
9:7;104:12;109:16;143:25;
173:15;217:17;219:4;279:23

**behalf (9)**
14:7,10,19;15:2;16:18;
24:25;134:12;145:25;284:3

**behave (1)**
82:18

**behind (1)**
152:5

**being (22)**
52:11;54:25;64:20;73:20;
115:18;122:15;126:17;129:4,
6;144:7;154:8;160:17;161:5;
203:23;215:19;218:14,16;
243:6;254:5;262:2;278:18;
283:8

**belief (2)**
149:4,6

**believe (13)**
16:10,41:12;48:20;186:12;
197:21;211:16;216:12;
231:16;250:22;254:12;
255:10,15,283:16

**believed (3)**
197:23;248:20;251:3

**below (4)**
50:4;61:8:148:14;176:20

**beneficial (6)**
30:23;31:4;58:15;68:9,12;
309:23

**Beneficiary (4)**
22:22,23;52:24;68:11

**benefit (3)**
42:4;57:3;202:22

**besides (15)**
16:17;31:2;34:6;55:17;
67:25;77:13;80:13;93:15;
110:7;120:21;121:16;123:8;
188:10;226:21;257:7

**best (7)**
17:18;30:7;53:7;70:11;
71:13;122:16;247:8

**better (9)**
60:25;108:22;124:7;
178:24;233:13;307:5;311:19,
20,20

**between (29)**
8:5;16:8,45:18;78:12;
91:20,20;121:16;129:15;
137:13;142:14;143:9;148:7,
19;153:4;156:4;164:4;
165:11;167:5;205:15,17;
216:25;218:13;231:2,248:22;
249:24,25;279:2;284:12;
306:6

**bid (2)**
56:22;235:12

**bidder (1)**

81:12

**bidding (1)**

57:17

**big (29)**

75:3;86:4;91:20;107:17;
114:3,3,4,4,20;119:14;120:7,
13;151:7,8,8;155:25;159:9;
165:12;183:10;201:24;
202:18;213:16;214:10;
215:13;226:24;244:19;251:9;
254:23;257:7

**bigger (2)**

165:8;290:17

**biggest (10)**

56:22;102:16,19;115:2;
120:15;148:3;161:2,180:13;
212:2;253:17

**billings (1)**

142:12

**billion (23)**

114:22,23;126:19;148:4;
151:11,12;180:11;183:15,15,
19;197:6,8;198:25;199:2;
206:16;248:25;254:19,20;
257:9,11,11;267:13;288:10

**billions (3)**

94:18;183:20;215:14

**bills (1)**

53:6

**binding (1)**

25:5

**Bird (2)**

139:16;143:14

**birthday (9)**

106:11,17,20;107:3,7,9,
110:8;166:15,16

**birthdays (1)**

107:4

**bit (12)**

51:18;93:25;107:16;

108:22;109:3,21;177:24;
230:8;231:13;235:10;236:8;
308:5

**black (1)**

250:5

**Bloomberg (7)**

69:24;168:3,5,6;222:9;
252:10;268:18

**Bloor (150)**

10:4,4;12:16;13:4;22:8;
28:8;29:16;30:24;40:21;
41:25;44:8,20;48:2,17;52:6;
54:6;55:3,14;56:12,17;58:5;
61:6;69:2;82:10;89:19;98:9;
104:23;111:21;112:9,12,22;
113:2;118:11;123:2;124:2;
125:18,23;126:2;128:24;
133:4,11;134:7,22;135:6;
138:16;140:12,22;141:6,16,
21,24,142:2,8,17,24;143:12,
18;144:9,25;145:12,17;146:6;
150:3,12;152:21,23;162:21;
164:18;173:18;176:14;185:9,
24;191:11;194:18;204:14,17,
20;207:24;209:15,19;210:9,
16;212:25;213:8;214:11,17;
216:15,20;218:9;220:25;
222:14;223:8;225:24;226:8;
232:3,20;255:16;257:22;
258:6;266:10;278:22;279:14;
280:17;281:16,25;283:2;
284:11;285:8,17;286:16,25;
287:20;288:19;289:2,18;
291:25;294:13,19;295:5,11;
296:10;297:24;298:23;299:7,
300:12;301:13,18,23;304:16,
18;306:20;307:3,10,18;
308:14,19;309:2,10,20;310:9,
11,18;311:4,14,25;313:11,15,
21,24;314:12

**blowup (2)**

74:22;201:14

**Blu (22)**

14:16;22:20;24:20;25:2,5:
30:11,11;31:3;42:7,44:13;
45:23;49:10;68:10;145:22;
170:24;258:15;274:20;284:4;
285:14;294:16;296:22;299:5

**Blue (1)**

165:19

**board (1)**

96:15

**boat (5)**

34:15,17,18,20,25

**bond (21)**

50:25;51:3,5,14,21,24;52:4,
5,9;104:21;114:16;148:8,17,
20;153:17;164:5;226:22;
234:6;262:6;288:3;290:18

**bondholders (3)**

158:10;164:2;183:13

**bonds (53)**

80:2;84:23;113:6;120:17;
122:12;146:23;147:12;148:6,
12;162:23;168:17;225:15;
233:20;234:3;238:15,250:24;
256:18,21;257:17,20;258:2,
12;267:14;268:2;270:15,17,
22,25;276:17;282:25;287:16;
288:15,16,18,22,23,24;289:4,
4,7,8,9,12,15;290:12,14;
292:17,19;294:17;302:13,20;
303:7;305:16

**hook (3)**

33:20,34:2;102:10

**hooked (1)**

33:20

**bored (1)**

89:22

**horn (4)**

35:24;90:22;166:4,8

**borrow (1)**

100:14

**borrower (3)**

97:24;100:8,9

**borrowers (2)**

99:17,23

**both (9)**

45:11;53:16,16,17;179:9;
218:13;223:14;243:22;309:16

**bottom (23)**

46:16,19;59:5,22;117:5,5,7,
123:16;124:12;137:5;164:12,
15,20;175:10;206:14;229:18:
242:12;261:5;267:10,279:9,
13,21;295:20

**bought (24)**

27:24;38:19,24;54:25;
62:19;113:11;163:9;178:12;
192:20;236:13,21;250:23,
256:21;258:2;287:23;288:14;
289:4,5,10;290:12;303:6,8;
305:21,24

**bounce (1)**

196:15

**box (4)**

47:2,15;49:6;62:3

**boxes (1)**

76:17

**boxing (1)**

224:2

**boys (1)**

120:25

**brake (1)**

109:16

**brakes (1)**

109:11

**break (18)**

12:9;16:2;24:4;31:11;69:3;
103:20;150:17;153:24;

172:18;210:17;218:18;236:6,
9;240:13,23;266:11;269:3;
314:14

**breakup (2)**
85:3;115:20

**Brett (3)**
18:5;143:14;144:13

**brief (6)**
104:2;172:22;218:21;
241:3;266:15;291:9

**bring (4)**
16:23;93:4;169:13;305:12

**bringing (2)**
18:18;197:7

**broke (2)**
74:3;85:11

**broker (4)**
63:14;67:6,10;194:7

**brokerage (5)**
22:15;63:10,12;64:23;
274:15

**brothers (2)**
116:17;118:3

**brought (11)**
48:4;119:7;120:22;134:21;
135:16;142:20;143:3;157:14;
198:24;301:25;307:9

**BTA (106)**
9:12;10:3;21:2,10;113:6;
115:6,11:116:2;118:17,19,
122:9,24;123:7;124:14;125:7,
17,20;126:5,13;133:15;134:5,
6,135:15;139:24;141:2;
147:18,24;149:14;150:21,25:
152:9;156:21;161:16;169:4,5,
16;171:18;174.21;175.3,17,
19;179:18;187:12;189:13;
195:23;196:2;200:17;201:18;
202.15;205:9;206:7,208:17:
212:23;213:12;215:13;

217:18;221:16;224:8,10;
225:2,11,12,15,227:24;
228:16,21,21;231:21;232;11,
15;234:3;235:5:237:25:
238:24;246:19;250:16;
252:10,17;255:5;256:18;
257:17;258:11;260:3;266:3;
267:12;268:13;269:9;273:6,
15,21;275:14;276:17;277:6.
21,24,286:22,293:11,17;
294:3,7;296:14;301:2;302:3;
308:13,25,309:17

**Bulgakov (3)**
259:24;260:5,7

**bullet (5)**
109.21;164.19;206.14;
217:17;281:7

**bundling (1)**
95:13

**business (24)**
25:11;37:25;61:9,91.22,24,
25;92:5,24;95:22;97:5;99:21;
100:11,12,13;103:15;105:5;
115:16,17,18;169:11;189:11;
202:20;222:22;223:3

**businesses (3)**
38:2;103:17;119:17

**busy (1)**
64:18

**buy (20)**
57:24;60:23;85:18;91:12;
126:13;149:8;182:2,2,223;4;
225:3;233:15,16;234:4,7,11;
256:18;270:11,24;275:17;
289:15

**buying (7)**
73:16;75:20;91:11;238:15;
270:14,21;271:23

## C

**calamity (1)**
81:21

**calculate (1)**
30:18

**call (20)**
29:19;37.5,70.25;85:21;
89:18,20,22,24,25,25,168:12,
18;169:10;182:22;213:4;
217:20;220:10;260:8;275:15,
16

**called (8)**
36:24;87:13,21;116:24;
155:16;162:14;274:8;278:5

**calling (2)**
167:23;170:9

**calls (3)**
218:8;260:11;314:9

**came (14)**
24:21;35:8:48:11;130:16;
139:11;181:11;182:21;185:2,
3:188.21.22;238:6,7;269:14

**Camille (1)**
185:20

**can (118)**
10:25;11:3;12:5;13:4:
14;20;18:16;20:14;23:25,
25:7;31:2;48:3;50:4,15;52:2;
53:6,10;72:19;79:2;80:19;
83:3,3,6.25;84:15;91:16;93:3,
9;98:10,22;99:18:101.24:
102:9;103:10,11,20;111:21;
112:9,20;114:23;118:12,14;
121:7,7,9;123:3;124:7;
125:23;128:25;129:20;
131:15;133:12;134:23:
138:17;140:3;142:2;145:15,
17,19,23;146:8;147:8;150:4;

151:25;159:22;175:6,178:20,
22;192:24;197:9;198:7;
210:16;213:9;220:20;221:3;
223:9;226:14;228:10;233:15;
236:8;239:16;240:14;250:14;
251:22;255:18;263:17;
264:23;265:10;266:10;
267:15;269:4;271:16;275:11,
23:278:23:280:18:281:17;
282:2;285:18.25;286:17;
287:2;289:3,19;291:4.16.23;
293:13,15,295:6;296:25;
297:14;304:23;308:10,15,19;
310:2,11;314:14

**cancer (3)**
88:25;237:7,13

**cannot (7)**
15:11;98:7;117:12;163:14;
229:13;277:22;286:2

**can't (1)**
112:2

**cap (1)**
102:9

**capable (2)**
70:14,103:18

**capacity (3)**
92:7,12,14

**capita (1)**
120:10

**capital (36)**
46:23,47:3,5,56:5;76:14,
14;98:16;121:2;158:21;
161:12,13,16;164:13;181:7;
183:18;198:25;199:14;
224:22;226:23;227:8,9,15;
246:2;248.22,24;253:23;
254:2,7,18,255:7;257:3,6;
263:17;264:18;267:6;285:23

**capitalization (1)**
100:13

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

**Confidential**

Claudio Khamis
December 6, 2018

**capitalize (1)**
158:20

**capitalized (5)**
180:9;181:25;182:5;189:9;
200:3

**capture (2)**
90:6;312:10

**car (6)**
108:7;109:9,9,14,16;170:18

**carbon (1)**
75:7

**care (4)**
53:8;65:25;89:12;135:19

**career (1)**
223:18

**careful (1)**
205:25

**carefully (3)**
211:3;244:5;315:7

**carried (1)**
180:20

**carrots (5)**
278:5,6,20;279:15;281:2

**carry (18)**
217:24;218:4,7,11;220:14;
242:11,18;243:2,16;244:4,24;
261:25;262:7;281:8,24;282:4;
284:9;294:3

**carrying (1)**
285:22

**cars (5)**
35:10,12,15,17,21

**case (64)**
12:22;16:23:18:8,19;19:14;
20:2;30:13;71:8;94:9;97:17;
102:8;110:20;111:15,25;
112:11,21;116:18;118:14;
120:20;129:7,22;134:20;
135:5,5,8,14,15;138:19,
141:11,12,20;142:12;143:2;

145:21;153:23;176:2,8;
180:12;181:21;183:11;
195:17;196:3;214:8;219:8;
229:9;239:23;258:11;263:21;
273:14;281:20;308:13,13,24,
25;309:8.8,9,9,17,17;310:17,
24,25;311:2

**cases (4)**
135:11,21;264:7;309:13

**cash (14)**
75:24;76:2,5;153:19;
154:14;164:21;177:5;179:14,
194:16;206:18;211:12;
227:20;264:12;294:2

**catch (1)**
108.11

**caught (8)**
74:17;77:9;119:24;120:6,7;
121:14;147:21;190:20

**caused (2)**
133:17,18

**caution (1)**
41:25

**CC (3)**
116:10;152:9,10

**cease (1)**
115:25

**celebration (2)**
106:19;107:17

**celebrations (1)**
107:12

**central (1)**
56:6

**cents (4)**
276:12;289:14,17;292:22

**Cerez (5)**
70:21,23,24;72:18,24

**certain (8)**
90:4;140:24;143.4,16,
152:16;156:3;240:22;251:10

**certainly (7)**
129:3;130:17;131:7:
252:17;255:5,22;256:8

**certainty (1)**
247:13

**cetera (1)**
51:9

**chairman (1)**
197:7

**challenges (1)**
217:18

**chance (1)**
280:3

**change (2)**
263:12,12

**changed (2)**
41:9;67:22

**changes (2)**
264:13;315:13

**changing (2)**
121:8;250:10

**channel (1)**
69:24

**charge (8)**
21:15;64:19;140:13;153:5;
194:17;243:24;286:8,308:18

**charged (2)**
23:22;55:22

**chart (5)**
164:21;205:8;229:10,18;
258:10

**chat (1)**
223:23

**check (1)**
224:2

**checkbox (1)**
94:11

**checked (3)**
47:2,11;193:13

**checking (4)**

189:16,20,193:18,22

**Chicago (1)**
36:22;37:5,10,16;120:25

**Chile (24)**
25:8,12;26:8,10;27:3,13;
28:2;33:6,15,18;35:21;37:24;
54:17;55:6,8;56:24;57:4;
60:4;65:4;69:22;90:17;91:5;
96:7,10

**Chilean (3)**
54:14;55:9;64.10

**China (1)**
114:5

**choppy (1)**
221:24

**Christmas (1)**
35:7

**Circling (1)**
110:5

**circumstances (1)**
66:20

**Citibank (2)**
88:11,13

**city (5)**
25:18;87:15;134:18,20;
135:5

**claim (4)**
129:11;197:6;244:20;
284:25

**claimed (4)**
189:4;208:6;230:17;263:18

**claiming (1)**
265:2

**claims (8)**
151:8;197:8,9;280:16,19,
21,286:22,287:4

**clarification (1)**
293:14

**clarify (7)**
52:23;124:8;186:25;

Case 1:12-cv-08852-JMF   Document 271-40   Filed 08/26/20   Page 92 of 278

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

291:15;292:12,13;295:11

**Clark (1)**
9:23

**classes (5)**
208:19,22,23;213:24;264:8

**classification (1)**
49:15

**classified (2)**
49:5;51:16

**classify (3)**
47:14,49:8,11

**classifying (1)**
50:18

**Claudio (313)**
9:8;10:1,18;11:1;12:1;13:1;
14:1;15:1,16.1;17:1;18:1;
19:1;20:1;21:1;22:1;23:1;
24:1;25:1;26:1;27:1;28:1;
29:1;30:1;31:1;32:1;33:1;
34:1;35:1,36.1;37:1;38:1;
39:1;40:1,41:1,42:1,43:1;
44:1;45:1;46:1;47:1;48:1;
49:1;50:1,51:1;52:1;53:1;
54:1;55:1;56:1;57:1;58:1;
59:1;60:1;61:1,62:1,63:1;
64:1;65:1,66.1;67:1;68:1;
69:1;70:1;71:1;72:1;73:1;
74:1;75:1;76:1;77:1;78:1;
79:1;80:1,81:1,82:1;83:1;
84:1;85:1,86.1;87:1;88:1;
89:1;90:1;91:1;92:1;93:1;
94:1;95:1;96:1;97:1;98:1;
99:1;100:1;101:1;102:1;
103:1;104:1;105:1;106:1;
107:1,108:1;109:1;110:1;
111:1;112:1;113:1;114:1;
115:1;116:1;117:1;118:1;
119:1;120:1;121:1;122:1;
123:1;124:1;125:1;126:1;
127:1;128:1;129:1;130:1;

131:1;132:1;133:1;134:1;
135:1;136:1;137:1;138:1;
139:1;140:1;141:1;142:1;
143:1;144:1;145:1;146:1;
147:1;148:1;149:1;150:1;
151:1;152:1;153:1;154:1;
155:1;156:1;157:1;158:1;
159:1;160:1;161:1;162:1;
163:1;164:1;165:1;166:1;
167.1;168:1;169.1;170:1,
171:1;172:1;173:1;174:1;
175:1;176:1;177:1;178:1;
179:1;180:1;181:1;182:1;
183:1;184:1;185:1;186:1;
187:1;188:1;189:1;190:1;
191:1;192:1;193:1;194:1,
195:1;196:1;197:1;198:1;
199:1;200:1;201:1;202:1;
203:1;204:1;205:1;206:1;
207.1;208:1;209:1;210:1,
211:1;212:1;213:1;214:1;
215:1;216:1;217:1;218:1;
219:1;220:1;221:1;222:1,18;
223:1,12,18;224:1,225:1;
226:1;227:1;228:1;229:1;
230.1;231:1;232.1,6,233.1;
234:1;235:1;236:1;237:1;
238:1;239:1;240:1;241:1;
242:1;243:1;244:1;245:1;
246.1;247:1;248.1;249:1,
250:1;251:1;252:1;253:1;
254:1;255:1;256:1;257:1;
258:1;259:1;260:1;261:1;
262:1;263:1;264:1;265:1;
266:1;267:1;268:1;269:1;
270:1;271:1;272:1;273:1,
274:1;275:1,13;276:1;277:1;
278:1;279:1;280:1;281:1;
282.1;283:1;284.1;285:1,
286:1;287:1;288:1;289:1;

290:1;291:1;292:1;293:1;
294:1;295:1;296:1;297:1;
298:1;299:1;300:1;301:1;
302:1;303:1;304:1;305:1;
306:1;307:1;308:1;309:1;
310:1;311:1;312:1;313:1;
314:1;315:1

**Claudiokhamis@hotmailcom (1)**
19:23

**Claudios (1)**
276:25

**clause (1)**
289:23

**cleaned (1)**
181:24

**cleaner (1)**
288:20

**clear (30)**
14:21;19.9;28:8;29:18;
45:8;66:23,77.16;83:23:
102:5,124:2:153.13,16;
160:21;165:20;178:17;
185:25;190:19;203:21;
221:22;234:10;243:14;
246:14;250:8;257:15,23,25;
271:2;272:20;286:18,287:11

**clearly (5)**
48:3;163:18;186:14;188:5;
217:18

**client (4)**
62:7;81:10,11;307:19

**clients (4)**
99:21;116:15;117:23;223:4

**close (10)**
64:14,69.12;89:6;107:22;
114:21;121:12;157:17;
223:21;243:18;306:21

**closed (2)**
263:18;314:19

**closely (2)**

227:23,25

**closing (1)**
153:21

**clue (1)**
140:5

**coffee (4)**
12:11;169:15;170:12;
223:22

**Cohen (1)**
18:2

**cold (1)**
128:7

**collateral (5)**
100:22,23,25;101:3,4

**collateralizes (1)**
100:19

**colleague (1)**
300:20

**colleagues (1)**
116:16

**collect (6)**
18:19;21:4;98:22;215:21,
21;303:13

**collected (2)**
18:17,20

**collecting (2)**
18:24;70:8

**collection (5)**
184:10;189:7,9;190:20;
303:17

**color (3)**
117:10;241:15,15

**colors (3)**
116:13;125:13;240:21

**Colt (1)**
9:21

**column (1)**
113:14

**come (7)**
48:12;69:22;76:18;128:15,

19;223:6;256:14

**comes (4)**
53:15;65:22;70:7;160:13

**comfortable (1)**
96:3

**coming (6)**
109:21;205:12;230:16;
235:9;249:8;257:3

**comment (3)**
159.21,21,24

**comments (5)**
203:15;207:17;210:6;
219:23;239:12

**Commerce (1)**
246:12

**commissions (1)**
23:22

**commitment (2)**
158:18;181:14

**commitments (1)**
158:12

**committed (1)**
212:3

**committee (4)**
96:17;101:13;152:12;287:7

**commodity (3)**
202:18,18,20

**common (1)**
151:19

**communicate (2)**
48:19,309:22

**communication (1)**
291:2

**communications (6)**
140:19;142:14;143:9;
144.3;308:17;314:8

**communist (1)**
265:18

**companies (13)**
22:24,31:20:39:17;46:5;

53:3;85:13;95:17;119:15;
129:20;202:19;205:22;214:2,
298:11

**company (42)**
30:2,3:31:25;32:4;41:18;
42:5,18;43:16,24;46:8;65:9;
67:3,14;72:8;73:17;85:24;
86:5,12,18,21,22,24;92:3,10;
93:21,21;94:17;95:14;100:14,
16;104:22;105:18,20,22,24;
115:16;196:7,203:20;222:25,
224:23,24,301:9

**compared (4)**
83:13;94:20;95:3;111:5

**competent (1)**
209.3

**competitive (2)**
56:21;57:17

**complaint (31)**
13:6,7;135:7;218:24;219:8,
9,12,17,20,24;239:22;242:20,
256:12,258:4,7;276:7,283:24,
25;285:9;293:3,15;296:8,13;
297:14;298:14,17;299:9;
300:5,6,7,10

**complaints (1)**
299:3

**complete (2)**
12:2;246:8

**completely (8)**
52:11;114:7;190:18;
208:13;242:22;251:4;290:9;
313:25

**complex (2)**
151:17;265:2

**complied (4)**
221:5;233:4;253:3;260:20

**comply (1)**
303.16

**complying (1)**

43:16

**composition (1)**
204:19

**compressed (1)**
257:11

**compression (1)**
130:22

**computer (1)**
167:21

**computers (2)**
169:23,25

**concentrate (1)**
122:13

**concentrated (1)**
45:20

**concept (1)**
207:10

**concepts (1)**
50:6

**concern (6)**
143:15;245:2,281:9;
284:16,25;294:4

**concerned (1)**
145:5

**concerning (1)**
144:5

**concerns (1)**
144:5

**concluded (1)**
180:6

**conclusion (3)**
188:22;189:12;256:14

**conclusions (2)**
181:12;245:15

**concrete (1)**
217:20

**condition (3)**
189:5;233:25;264:24

**conditions (1)**
56:25

**confer (1)**
307:19

**conference (3)**
217:19;260:8.11

**conferences (1)**
314:10

**CONFIDENTIAL (307)**
10:1;11:1;12:1;13:1;14:1;
15:1;16:1:17:1:18:1;19:1;
20:1;21:1;22:1;23:1;24:1,
25:1;26:1:27:1:28:1;29:1;
30:1;31:1:32:1:33:1,34:1;
35:1;36:1;37:1;38:1,39:1;
40:1;41:1;42:1;43:1;44:1;
45:1;46:1;47:1;48:1,49:1;
50:1;51:1;52:1;53:1,54:1,
55:1;56:1;57:1;58:1;59:1;
60:1;61:1;62:1;63:1,64:1;
65:1;66:1;67:1;68:1,69:1;
70:1;71:1;72:1;73:1;74:1,
75:1;76:1;77:1;78:1;79:1,
80:1;81:1;82:1;83:1;84:1;
85:1;86:1;87:1;88:1,89:1;
90:1;91:1;92:1;93:1,94:1;
95:1;96:1;97:1;98:1,99:1;
100:1;101:1;102:1,103:1;
104:1;105:1;106:1;107:1;
108:1;109:1;110:1;111:1;
112:1;113:1;114:1;115:1;
116:1;117:1;118:1,119:1;
120:1;121:1;122:1;123:1;
124:1;125:1;126:1;127:1;
128:1;129:1;130:1;131:1;
132:1;133:1;134:1;135:1;
136:1;137:1;138:1;139:1;
140:1;141:1;142:1;143:1;
144:1;145:1;146:1;147:1;
148:1;149:1;150:1;151:1;
152:1;153:1;154:1;155:1;
156:1;157:1;158:1;159:1;

160:1;161:1;162:1;163:1;
164:1;165:1;166:1;167:1;
168:1;169:1;170:1;171:1;
172:1;173:1,21:174:1;175:1;
176:1;177:1;178:1;179:1;
180:1;181:1;182:1;183:1;
184:1;185:1;186:1;187:1;
188:1;189:1;190:1;191:1;
192:1;193:1;194:1;195:1;
196:1;197:1;198:1;199:1;
200:1;201:1;202:1;203:1;
204:1;205:1;206:1;207:1;
208:1;209:1;210:1;211:1;
212:1;213:1;214:1;215:1;
216:1;217:1;218:1;219:1;
220:1;221:1;222:1;223:1;
224:1;225:1;226:1;227:1;
228:1;229:1;230:1;231:1;
232:1;233:1;234:1;235:1;
236:1;237:1;238:1;239:1;
240:1;241:1;242:1;243:1;
244:1;245:1;246:1;247:1;
248:1;249:1;250:1;251:1;
252:1;253:1;254:1;255:1;
256:1;257:1;258:1;259:1;
260:1;261:1;262:1;263:1;
264:1;265:1;266:1;267:1;
268:1;269:1;270:1;271:1;
272:1;273:1;274:1;275:1;
276:1;277:1;278:1;279:1;
280:1;281:1;282:1;283:1;
284:1;285:1;286:1;287:1;
288:1;289:1;290:1;291:1;
292:1;293:1;294:1;295:1;
296:1;297:1;298:1;299:1;
300:1;301:1;302:1;303:1;
304:1;305:1;306:1;307:1;
308:1;309:1;310:1;311:1;
312:1;313:1;314:1;315:1

**confidentiality (1)**

307:23

**confirm (5)**

147:14;171:25;189:24;
260:10;291:20

**confirmation (3)**

113:8;146:18;189:19

**confirmed (1)**

163:21

**conflict (1)**

283:16

**conflicting (5)**

162:6;238:22,251:6;
287:14;289:24

**conflicts (1)**

310:3

**confrontation (1)**

280:21

**confused (3)**

187:2;242:3;312:25

**confusing (4)**

55:11;228:4,4;238:19

**connection (5)**

147:5;191:3;203:12;
232:14;309:7

**conservative (10)**

49:16,19,20,25;50:5,76:12;
121:12;211:16;216:12,17

**consider (2)**

53:12;101:20

**considering (1)**

270:21

**consistency (1)**

138:20

**consistent (10)**

191:24,25,193:14,20,
253:13,19,25;257:19;258:21;
265:13

**consistently (1)**

256:21

**consolidated (1)**

205:10

**construction (1)**

99:16

**consultants (1)**

214:22

**contact (4)**

133:14;138:23;139:9;
157:18

**contacted (2)**

133:6;138:24

**contagion (1)**

225:2

**contain (1)**

144:3

**contains (1)**

142:14

**context (1)**

213:2

**contingent (2)**

207:12;211:13

**continue (3)**

23:2;172:18;294:4

**contradict (1)**

160:16

**contradicted (2)**

226:25;282:8

**contradicting (2)**

217:12;285:3

**contradictions (1)**

282:13

**contradictory (1)**

244:6

**contradicts (3)**

208:15;243:6;244:25

**control (4)**

129:20;130:23;180:19;
206:3

**controlled (3)**

14:24;126:25;243:23

**conversation (4)**

111:23;139:3;140:4;311:18

**conversations (1)**

18:16

**conversion (2)**

61:25;264:21

**convert (1)**

108:20

**converted (2)**

171:3;215:18

**copies (2)**

23:11,14

**copy (2)**

48:5;156:17

**core (1)**

97:6

**corner (4)**

42:14;59:5;200:20,22

**Corp (1)**

61:22

**CorpBanca (1)**

61:23

**corporate (2)**

13:21;120:24

**corporations (1)**

284:22

**correct (84)**

11:12;13:25;19:24,22:21,
22,23;25:3;42:8,9;43:19;
53:25;58:12,13;60:5;67:7;
68:10;71:17,18;85:10,10;
98:2,5;113:4;119:20;123:5;
124:4;134:15;137:9;138:13;
146:19,20,24;148:6;152:16,
20:155:3.17:162:23;163:12:
174:13,14,16,17,22;175:12;
176:22;179:11,13,15,22;
182:24;187:15;189:25;
198:15,16,204:5;224:14;
225:20,25;229:22;233:11,
234:5,12,14,23,237:14;245:9,

Case 1:12-cv-08852-JMF   Document 271-40   Filed 08/26/20   Page 95 of 278

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

255:8,25;256:3;269:8,17;
275:7,8;277:16;282:21,22;
283:3;284:10;291:14,15;
296:4,23:306:3

**corrected (1)**
269:18

**correcting (2)**
184:7;299:25

**corrections (3)**
220.2;315:7,9

**correlation (1)**
16:8

**corresponds (1)**
117:15

**cost (8)**
97:8;243:9,13.16;287:16;
290:16,18;292:17

**costs (1)**
243:17

**Cottage (1)**
10:22

**could (52)**
31:14;36:9;40:17;52:7;
56:22;59:21;68:16;69:20,23,
24;70:12;84:21;86:10;95:20;
96:24;104:13;108:10;114:13;
136:17;139:8;151:12;153:10;
160:4;168:4;183:23;189:23;
198:2;200:14,14;207:22;
215.17,19;218:12;238:18;
240:2;242.13;252.25;254:3,6,
14;260:9;263:13,25;265.7,16;
270:16;282:12,13;290:16;
297:18;299:22:309:16

**couldn't (22)**
17:22;51:4;74:10,83.14;
139:20;148:5;159:5;163:17,
17;175:24;207:17;227:6;
234:25;240:6;246.6,8;248:21;
249:4,5,6,15;286:4

**counsel (7)**
9:16;17:19;144:7,8;145:9.
24;146:3

**counsel's (1)**
144:19

**count (1)**
53:15

**counter-party (1)**
81:11

**countries (4)**
31:22;42.25;44:5,99:2

**country (27)**
92:8;99:22;101:17;102:19,
24;114:3;115:2;118:19,20;
119:7,25;120:6,9,16,23;
148:2;161.3;202:19,21;209.7,
7;239:3;265:18;290:2;
309:13;313:7,8

**county (1)**
43:14

**couple (3)**
178:14;215:9;314:5

**coupon (1)**
263:23

**coupons (1)**
264.2

**course (4)**
91:2;100:25;192:17;232:7

**Court (8)**
8:16:9:15:10:9,12:2;
144:23;155:9;303:16;315:21

**Covarrubias (1)**
63:15

**cover (2)**
97:3;152.2

**coverage (1)**
73:25

**Cozen (4)**
10:4;140:23:141.14;142:10

**crazy (1)**

**270:11**

**create (1)**
44:18

**created (1)**
44:22

**creating (1)**
44:21

**creator's (1)**
96:17

**credit (7)**
99:20,20;100:8;151:20;
196:6,200:17,264:10

**creditor (2)**
99:14;287:8

**creditors (20)**
103:5,13;152:16;153.6,
154:4;155:15;156:12;158:25;
264:13;278:16;279:3;280:16;
281:3,4,12;287:6,7,7;303:21;
306:11

**creditors' (1)**
152:12

**credits (1)**
299:15

**crisis (9)**
55:15;75.4,12;82:5;120:16,
130:23;160:4;197:25;199:16

**Cuckoos (1)**
10:22

**curiosity (1)**
190:13

**currency (1)**
55:16

**current (1)**
10:20

**currently (2)**
25:8;250.3

**Curtis (4)**
9.20,24;142:19,300:21

**cut (4)**

**152:7,254:17;257:5;263:9**

# D

**daily (7)**
68:24;70:6;78:18;87:11,14,
22;88:18

**damages (1)**
111:3

**damaging (1)**
109:22

**data (2)**
20:13;272:21

**database (20)**
131:24;132:3,11,12,19,21;
136:23;137.2;140:7;141:5,15,
19;142:6,13,21;143:5,7,11;
311:24;312:3

**date (56)**
9:4,24.11,14;41:11;62:4;
70:18;74:19,19;77:23;78:4;
79:22;80:4;84:8;87:5,8;104:6,
10;113:18;114:22;116:6;
124:21;136:5,8,11,14;146:16;
162:20,173:4,7,10,13;185:18,
210:23;213:18;219:2;222:13;
224:12;233:10;236:5;239:9;
241:7;247:21;252:5;253:7;
266:19;268:10;269:25;271:7,
272:18;273:11;275.5,276:2,4,
5;295:18;315:12

**dated (23)**
70:17;77:22;78:3;84:7.14:
104:8;124:22;125:2;136:3,
147:11;151:23;185:16,21,
194:22;202:6;210:20;219:6;
220:18;241:12;265:25;
266:24;268:13;273:14

**dates (3)**
16:25;18:7;62:16

**daughter (9)**
25:12,15;52:24;68:11;
90:18,22;166:4,11;235:21

**David (5)**
10:6,7;12:17;32:21;139:18

**David's (1)**
32:25

**day (20)**
53:10;68:17,19;69:12;89:4;
166.13,19,20,167:2,9,12;
168:5,184:9;191:23;192:21;
196:16;223:23;224:7;236:15;
312:21

**days (7)**
11:14;12:21;13:16;185:3,3;
227.13;315:18

**DC (1)**
139:18

**deal (2)**
190.13;193:22

**dealing (2)**
184:12;237:19

**dealt (2)**
89:13,14

**debt (13)**
56:6;154:13,14;164.22,22,
201:7;221:17;226:5;249:16;
253:18;264:21;294:5;298:12

**Debtwire (1)**
271.11

**December (19)**
9:6;18:9;137:14;161:11,19;
162:2;163:15;227:10,12;
239:23;249:3:268:13.15:
294:21;295.3,15,17,19,23

**decide (2)**
105:2;113:20

**decided (3)**
94:14;113:3:126:13

**deciding (1)**

**decision (11)**
16;22;17:20;75:17;86;16;
93:16,24;126:18;261:23;
262:14,24;275:17

**decision-making (1)**
256:9

**decisions (3)**
68:25:150:17;299:6

**decrease (2)**
222:3;263:25

**decreased (2)**
183:7;237:21

**decreasing (1)**
263:22

**deducted (1)**
44:2

**deduction (1)**
243:20

**deed (13)**
156:3;180:23,181:20;
189:6;190:17,25;207:8;
208:14;213:22;215:10,15;
283:11;290:2

**deeds (1)**
26:22

**deem (7)**
45:10;50:19;70:13;90:4;
94:9;122:15;245:10

**deemed (12)**
47:14;50.5;51:5;105:24:
145:5;149:24;182:7;205:12;
228:13;245:9;290:15;315:20

**deeming (1)**
249:20

**deeper (1)**
250:7

**deeply (1)**
155.23

**default (3)**

240:3;267:15;297:12

**defaulted (1)**
207:22

**defaulting (1)**
267:16

**defend (2)**
111:6;290:10

**defendant (3)**
9:22;10:3:293:23

**defendants (2)**
143:19,20

**define (2)**
125:23;274:16

**definition (1)**
211:14

**degree (5)**
36:17,24;37:15,18;171:12

**del (2)**
62:9,19

**delay (3)**
261:22;262:13,24

**delaying (1)**
265:11

**deleterious (1)**
294:2

**Delgado (1)**
33:14

**delivered (1)**
157:13

**Deloo (1)**
12:16

**demand (1)**
303:3

**democratic (1)**
56:24

**demonstrate (1)**
240:2

**depending (2)**
226:10;259:9

**depends (4)**

89:21;91:25;99:2;102:8

**deposing (1)**
315:17

**deposition (31)**
9:8;11:18:12:13,25:13:14,
20.21;14:14,17;15:9;40:7;
58:9;123:10,13;147:10;
150:20;151:22;161:10;
173:20;186:4;202:5;210:15;
215:24;231:17;232:24:
265:24;277:9;315:6,15,19,20

**depositions (1)**
24:19

**depositors (1)**
158:25

**deposits (2)**
199:3;254:20

**depressed (1)**
63:22

**depth (4)**
183:25;201:21;268:7,
285:22

**derivatives (1)**
151:17

**describe (7)**
13:4;49:20,22,24;50:7;
68:16;97:21

**described (2)**
60:3;93:25

**describing (1)**
226:21

**designed (2)**
211:15;212:7

**destruction (4)**
120:18;148:21;163:22;
164:3

**details (1)**
306:24

**determine (4)**
29:4;99:17;100:8;168:14

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund
Confidential
Claudio Khamis
December 6, 2018

determining (3)
99:8,23;102:24
devaluated (1)
55:17
develop (2)
56:3;119:14
developed (5)
69:18;86:20;115:18;121:7;
152:20
developing (1)
282:14
developments (1)
139:23
deviate (2)
102:21;114:10
deviated (1)
288:2
deviation (1)
148:19
deviations (3)
83:7,17;91:20
devote (2)
55:24;135:23
diagnosed (2)
88:25;237:7
dialogue (1)
280:3
didn't (66)
19:8,13;35:8;47:25;48:12,
23;49:2;63:22;74:8;85:13:
94:19;96:14;107:4;111:6;
113:24;114:9,17,22;115:15;
118:4;119:17;120:19;127:13;
129:8,8,10,13,17:133:24;
140:8,155:20;182:3;199:5;
200:6,6;207:5,25;208:11;
226:20,20;228:13;234:19;
238:21,21;243:10,13;244:23;
245:2,5,10,248:17;252:2;
253:22;257:12,20;268:3:

269:18;273:23;281:18;
282:20;284:24;285:23;288:7,
290:21;297:10;312:6
difference (7)
45:18;89:8;205:14,25;
211:9;216:25;249:24
differences (1)
167:5
different (26)
42:25;44:23,25;98:11,99:2,
3;101:15,17;131:8;147:6,
151:15;163:18,20;175:13,14;
205:17;214:22;231:11;242:3,
16,17;245:12,21;254:6;
265:20;299:22
differently (1)
190:5
difficult (2)
85:12;265:22
diligent (1)
193:18
diploma (2)
36:25;37:3
direct (3)
52:21;133:9;308:17
direction (1)
130:4
Directly (3)
26:11;27:13;45:11
directors (3)
96:15;105:22;106:6
disagree (5)
48:15,18;197:19;222:6,8
disc (1)
139:13
disclose (3)
18:15;111:22;112:5
disclosed (8)
242:21,22;281:24;284:10:
291:20;293:3;297:16,22

discloses (1)
295:21
disclosure (6)
210:4,10;218:6,10;228:14;
242:24
disclosures (1)
221:16
discovered (1)
89:4
discovery (2)
19:8;20:5
discrepancy (1)
148:7
discrimination (1)
100:4
discuss (5)
107:4,5;111:18;268:6;
311:13
discussed (8)
118:18;157:23;160:19;
184:15;191:25;279:3;280:8,
10
discussing (1)
48:22
discussion (13)
24:7;122.7,225:10,12;
236:25;242:10,14;246:24;
277:21;278:5,9;292:7;307:14
discussions (16)
107:2;110:7,16,111:25;
112:6;118:16;121:16;122:23;
123:6;230:10;267:24,273:5,8,
302:3;309:14;310:16
disinterested (2)
137:8,15
dispute (6)
193:2,5,8,11;301:22;309:25
disputes (1)
309:25
distributed (1)

154:11
distribution (1)
73:19
distributions (1)
158:9
diversification (1)
102:14
diversified (1)
102:17
diversify (1)
45:5
dividend (5)
43:14,23,25;44:2;158:20
dividends (3)
55:24;158:9;181:18
DNS (2)
85:22,22
document (19)
13:23;14:3;58:10;116:20;
123:14;124:8;125:4,10.
126:20;147:4;156:14;159:13;
186:3,15;202:7;206:11,12,13,
268:19
documents (40)
12:24;13:2,3,5,7;18:17,19,
25,19:5;20:2,17;21:4,10,16,
22;26:23;93:20;126:12;
132:10;137:8,20,25;138:2,15;
139:11;140:6,7,11,25;141:19;
142:5,22,23;143:17,144:3,6;
151:24;195:22;219:16;299:15
doesn't (19)
43:4;45:14;52:5;69:21;
89:24;90:8:93:5;103:15;
167:14;169:2;188:9;196:24;
199:8;235:17;254:2;275:2;
298:10,10;307:21
doing (17)
12:22;20:7,70:5,75.7:
77:13,14;82:16,84:5;99:12:

122:20;131:3;141:7;147:23;
163:7;170:8;200:12;315:11

**dollar (2)**
290:18;292:17

**dollars (3)**
65:7;129:14;293:11

**domiciled (2)**
25:9,16

**done (29)**
19:7;101:7,12,13,16;
120:25;126:5;145:24;158:17;
161:5;180:15;182:5;192:14;
200:5;207:17;208:16;215:2;
227:17;230:19;256:16;265:4;
283:8;285:4,11,20;286:11;
290:20;299:11,12

**don't (356)**
11:4;12:4,20;16:7,25;18:7,
14,14,21,22;19:9;20:20,24;
21:11,23;22:5,23,6,20;24:3;
26:13,20;27:8,18,22,23,28:7,
15,19,20,22,23;29:5,18;30:8;
31:5,14;32:23;33:11,21;
34:13,23;36:21;37:2;39:6,20,
24;40:5;42:17;43:7;45:3;
48:25;49:11,22;50:2,5,5,9,
51:16,22;52:9,20,53:4,8;58:7,
20;59:13;60:15,16;61:13,14,
14,20,25;62:16;63:8;64:25;
65:17;66:4,9,21,25;67:2,3,
68:3;69:8,12,70:13;72:4,6,10,
13,15,16;73:14;74:5,17,
76:22,23,25;77:12,16;78:21,
23;79:16,19,22;80:14;82:18,
18,22;83:21;84:4,20,25;85:8,
22;88:3,20,23;92:19;93:13,
17,17,22;94:18;101:12,16;
104:19;105:8;106:14,18,25;
107:5,5,12,19;108:2,22,
110:24;111:22;112:15,25,

115:9;118:23;119:5,20;120:3,
21;121:15,21;122:2,4,10;
124:23,24;126:11,15,15;
127:3,19,24;128:4,5,9,11,13;
129:2;130:6,16;132:8,16,20;
133:13,18,19;134:24,24;
135:22;139:5,5,14,17,19,21;
140:3,5,8,16;141:7;142:7,10,
18,18;143:6,15;149:15,16;
151:2,14;152:13;153:15,22;
157:3,19;158:5,20,159:7,15;
160:6;161:25;162:9,9,11,12,
17,17;163:5,5;164:23;165:4,
20;166:7;167:17;168:3,20;
169:7,8,22;170:4;172:17;
176:25;177:8;178:8,17;179:3,
25;180:10;184:6;185:7;
190:2;192:12;193:22;194:12,
18;195:14;196:15;197:20;
201:9,15,21,24;203:24;205:7;
206:10,10,23,208:8,8;212:15;
213:10,10;214:12;215:17,21;
216:7,8,24;218:17;220:2,4;
221:22;222:8,24;223:2;
224:20;226:17;228:19;229:4;
231:9,9;232:16;233:24;
234:17,18,19;236:24;237:8;
238:11,15;240:10,12,20;
242:2;243:14;244:10;251:12;
256.20;257.23,23,24;258:3;
259:6;260:4,8,24;262:18;
267:8,22;270:13,17,24;
271:25;272:4;273:2,7;274:21:
275:2,13;276:19;278:24;
281:20;290:25;292:3;293:6,6;
295.7;297:21;298:4;299:8;
300:12,22;301:4,15,20,23;
302:8,25;303:3;304:2,17,20,
21;306:21,23,309:18,310:23,
311:5,15,16,17,21;312:2,6;

313:2,16,18

**down (10)**
58:24;176:16;177:17;
198:25;221:24;225:15;
238:23;256.22;290:18;292:17

**download (1)**
125:17

**draft (1)**
211:9

**dramatic (1)**
199:21

**drawing (1)**
245:16

**drive (5)**
35:22;109:10,170:19;
290:17;292:16

**driving (1)**
128:13

**drop (1)**
221:19

**dropped (2)**
221:18;284:5

**drove (1)**
128:12

**due (6)**
159:12;175:19;176:2,18;
254:6;294:2

**duly (1)**
10:12

**duopolics (1)**
95:13

**duration (1)**
151:19

**during (26)**
12:21,15:25;27:24;31:10,
56:25;88.7,125:15;147:17;
151:5;162:5;166:12;199:15;
221:24;244:7;246:21;247:11;
258:2;269:3;280:12;281:3:
283:8,13;287:23;299:12;

301:6;302:6

**dynamics (2)**
19:10;246:14

---

# E

**each (4)**
43:14;51:12;65:25;99:21

**earlier (6)**
193:12;201:4;216:10;
254:11;294:25;304:6

**early (7)**
55:16;63:6,9;66:7;155:6,7,
230:20

**earth (1)**
171:3

**easier (4)**
69:3;134:8;178:25;279:7

**East (1)**
30:2

**easy (4)**
21:8;56:24;151:6;258:9

**eat (2)**
53:18;98:16

**economic (1)**
202:23

**Economics (5)**
36:18;37:4,50:3,95.12;
196:14

**economy (12)**
64:6;95:15;102:20,23;
103:4,9,12,14;115:3;202:17:
224:16;230:17

**education (1)**
36:8

**effect (6)**
8:15;95:14,14;98:13,15;
281:23

**effectively (1)**
281:8

**efficient (1)**
73:20

**effort (7)**
162:8;189:7;211:24;212:2;
214:20;283:19;290:12

**efforts (4)**
184:10;189:9;284:15;
288:13

**ego (3)**
17:7,9;159:17

**Egypt (1)**
86:3

**Either (8)**
26:12;27:13;169:9;170:9;
222:5;240:21;245:4;294:20

**elaborating (1)**
255:9

**elderly (1)**
121:4

**electrical (1)**
92:2

**electricity (6)**
73:18;77:10,15;85:7;92:23;
93:12

**electronic (3)**
22:13;139:12;272:21

**elements (1)**
285:12

**else (16)**
13:13;40:19,24;41:2;61:18,
64:5;67:24;88:3;93:14,19;
101:18;128:23;130:2,9;
255:21;273:25

**email (112)**
19:19,21;21:25;70:17,20;
77:22;78:3,7,9,12,15,80:15,
19;84:7,9;87:4,10;104:5,14;
116:5,7;123:18,25;124:6,10,
20,23,131:10;147:10;151:22,
152:2,3;153:8;161:10,18;
185:16,19,25;186:10;202:5,9,
12;210:19,24;222:12;224:21,
25;225:11;228:24;229:3,5,7,
9,23;230:14;231:15;233:6,7;
234:22;236:16;239:8,10,
241:11;247:20;248:14;252:4,
6,15;253:6;259:15;260:6,18,
19,25;262:16;265:24;266:5,7,
18,23,25;267:21,21,22;268:9,
12,14,16,18,24;269:6,24,
270:2;271:2,6,8,17;272:17,19,
22,24;273:10,12;274:6;275:4,
9;276:22;277:6,10;291:2;
295:19;296:20

**emailed (1)**
20:14

**emailing (2)**
274:2,5

**emails (13)**
13:6,8,9,10,11;19:4,7,18;
77:19;222:17;260:7;267:5;
271:10

**emerging (10)**
27:16;45:10;60:8,12;61:2;
65:10;85:25;86:2;129:16;
223:2

**emphasize (1)**
251:15

**employee (1)**
84:12

**employees (1)**
68:13

**end (18)**
18:8;53:6;59:17;98:22;
154:3,24,25;155:12;184:8;
200:4;204:7,12;209:23;
215:19;249:2;264:14;290:14;
299:11

**ended (4)**
53:17;223:20;246:13;

255:12

**ending (8)**
47:20;186:23;187:17;
191:16;195:12;202:24;204:6.
10

**ends (2)**
172:21;218:20

**Energy (8)**
72:20;73:16,20;74:13,16;
75:9;85:6;95:23

**enforce (1)**
303:17

**enforcement (1)**
311:3

**engage (6)**
17:19,23;91:14,171:2;
290:11,23

**engaged (1)**
213:13

**engagement (1)**
268:3

**engaging (1)**
253:14

**English (13)**
17:11,17,18;123:11;124:10;
182:12;183:8;234:3;239:17;
270:7;273:18;275:11;311:6

**enhanced (1)**
211:14

**enormous (1)**
135:19

**enough (5)**
67:3;70:14;98:7;113:24;
135:22

**Enron (1)**
201:13

**entirely (2)**
90:19;199:8

**entities (19)**
14:23,20:21,22:19;28:10,

29:8,10,11;30:19,21;31:2;
45:22;51:12;73:21;146:2;
165:15,16;284:13;291:17;
293:21

**entitled (7)**
80:20;87:11;140:16;
224:25;239:12;252:16;273:15

**entity (11)**
22:17;42:23;44:17,19,21;
137:7;194:21;243:6,22,24;
245:2

**envelope (1)**
139:15

**environment (3)**
103:16,17;202:23

**equities (1)**
80:2

**equity (17)**
56:3;79:5;164:22;176:4;
211:20,22;216:14;225:19,
244:16;248:8;249:12,14,15,
18;253:18,19;264:21

**equivalent (1)**
36:19

**equivalents (1)**
76:11

**errata (4)**
315:9,11,13,17

**escape (1)**
284:19

**especially (4)**
171:11;199:7;264:16;
289:22

**ESQ (1)**
11:7

**essential (1)**
256:23

**establish (1)**
274:14

**established (2)**

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

196:5,11

**estate (3)**
34:7;54:11;60:3

**estimate (2)**
262:5,8

**estimated (5)**
53:10;58:25;59:5;261:15,
20

**et (3)**
9:9,12;51:9

**Europe (4)**
25:10;264:16;304:10,11

**evaluate (2)**
114:13;255:19

**evaluating (1)**
101:9

**evaluation (1)**
255:17

**evaporate (1)**
114:23

**even (20)**
50:2;52:5;53:18;65:22;
76:11;119:20;121:7;122:24;
138:25;162:11;163:14;168:8;
183:22;235:20;246:7;251:17;
257:4;281:19;311:21;312:6

**event (9)**
54:20,25,25;56:16;57:6,8;
135:10;226:3;267:15

**events (5)**
65:2;70:3;133:22;245:21;
246:11

**eventually (12)**
38:19;45:5;75:8;102:14;
120:10;121:10,24;164:3;
195:2;245:4;274:8;290:7

**ever (15)**
11:18;50:21;66:10;72:15;
108:11;110:9,11,16;119:3,
123:25;127:15;161:15;

259:24;260:2;300:8

**every (28)**
25:13;43:14,15;47:4;53:10,
10,11;67:22;69:12;88:8;
91:25;94:9,10,101:16;129:14;
166:13,19,20,167:9,12,168:5;
190:3;193:23;200:15;223:23;
224:7;238:8;243:15

**everybody (4)**
38:14;56:22;182.6:214:24

**Everything (24)**
18:20;21:24;22:12;56:14;
58:19;64:19;69:10;73:19;
76:23;109:13;159:6;165:25;
181:22;183:2,189:3;194:6,8,
9,195.21.25;205:24;219.18;
228:8;311:21

**everywhere (1)**
70:3

**evidence (1)**
238:9

**exact (7)**
12:20;18:7;110:24;133:19;
149:2;192:9;208:8

**exactly (28)**
16:25;45:3;51:5;63:8;
66:19;72:25;99:20;115:9;
133:13;139:6;147:3;157:3;
158:5;162:10;163:5;178:18;
182.23;191.20;194.13;
203:24;212:8,222:24;228:20;
238:16;244:10;258:3,20;
262:18

**examination (2)**
8.13;11:6

**examined (1)**
10:15

**example (4)**
83:25;170:13;234:9;249:15

**examples (2)**

52:13;115:14

**ex-boyfriend (1)**
223:15

**Excel (2)**
84:17,22

**except (1)**
8:9

**exception (1)**
289:9

**excerpt (10)**
157:24,25,158:2,4;174:2,4,
6,9;177:10;236:10

**excerpts (6)**
159:2;170:12,25;173:23;
190:8,10

**exchange (41)**
65:7;78:12;153:18,22,25;
154:7,12,23,23;155:13,15;
161:23;162:12,13;174:11,22;
175:11,177:6,15,178:9;180:6,
8;185:6;188:13,14;191:5;
192:7,19,22;194:5;238:6;
271:10;289:6,10,11,22;
291:18,19;292:21;293:2,4

**exchanged (3)**
154:8;174:15;258:19

**exchanging (1)**
267:5

**Excuse (24)**
26:17;34.16:35:16;59:20;
86:23;96.9;100:20;112:7,
125:5;127:22;132:6;156:9;
191:8;192:24;200:21;204:9;
212:12;220:20;262:11;
267:19;294:12;296:24;
299:19;306:15

**execute (5)**
234:13,14,25;235:2;275:14

**executing (1)**
194:17

**exercise (1)**
142:23

**exercises (1)**
264:22

**exhaustive (1)**
20:6

**Exhibit (111)**
9:2;13:19;24:9,12;46:15;
58:9;70:16,19:77:20.21:78:2.
10,80.15;84:6;87:3,6,13;
104:4,7,14;113:7;116:3,4,7,
117:15;123:9;136:2,6,9,12,
17;146:13,14,17;147:9;
148:10;151:21;161:9;162:18;
163:25;164:8;171:24;172:2;
173:2,5,8,11,25;174:4,6,9,18;
175:8,9;177:12;185:15;
186:21;187:16;191:2,9;
192:16;202:4;218:23;219:7,8;
222:11,16;228:23,24;231.16,
19;232:18;235:8;236:2,3,10;
239:6,7,241:5,11;246:22;
247:18,19,22;252:3,6;253:5;
258:5,6;259:15;265:23;
266:17,22,268:8,11;269:22,
23,270:2:271:5,8;272:16,19,
273:9,12;275:3,9;277:8;
284:2;294:15;295:14,18

**Exhibits (7)**
24:18;78:6,87:9,103:21;
136:15;150:19;295:2

**existed (1)**
139:7

**existence (2)**
38:17,18

**expect (5)**
160:11;189:21;196:18;
199:11;267:14

**expectation (2)**
160:8;163:14

Case 1:12-cv-08852-JMF   Document 271-40   Filed 08/26/20   Page 101 of 278

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund
Confidential
Claudio Khamis
December 6, 2018

**expected (3)**
115:20;180:25;205:24

**expects (1)**
206:19

**expedite (1)**
170:10

**expenses (1)**
111:5

**experience (4)**
52:10;96:2;101:12;248.18

**expert (6)**
93:11;94:2;111:3;144:15,
16;209:5

**experts (1)**
215:4

**explain (14)**
11:21;49:2;83:3;94:25;
103:6;151:15;183:22;196:25;
209:24;248:21;250:14;254:2;
265.10;282:12

**explained (4)**
105:7;135:17;256:25;283:7

**explaining (1)**
228:15

**explanation (5)**
248.23;250:10;253:23;
257:2,12

**explore (2)**
279:11;280:2

**exposure (2)**
102:18;115:3

**express (1)**
17:18

**expropriated (6)**
45:12;301:10;302:11;
305.11,19,25

**expropriations (1)**
309:23

**extension (1)**
159:12

**extensive (4)**
114:5;120:4,5;141:8

**extent (3)**
148:5;208:13;308:9

**extracted (2)**
205:5,9

**extraction (1)**
216:23

**extremely (6)**
111.2;114:4;157.6;235:4,
244:6;288:5

**eyes (1)**
69:12

---

## F

**face (5)**
113:12,13;146:22;177:19;
284.4

**fact (12)**
126:23;130:6;139:2,4;
201:11;245:8;265:10;293:24;
294:6;297:9;298:17;311:19

**factors (5)**
100.10;101.20;102:6;
190.4;299:23

**facts (8)**
19:12,13,14;55:11;56:19;
129.3;133:16;139:23

**fail (1)**
315:19

**failing (1)**
201:23

**failures (1)**
201.25

**Fair (8)**
22:18;53:24;91:5,7;98:6;
153:12;166:21;206:18

**fairly (5)**
102:20;133:21;157:20.20;

**161:3**

**faith (2)**
199:4;254:19

**fall (2)**
167:15;226:22

**false (4)**
255:10,15;294:20;296:14

**familiar (24)**
42:19;50:24:51:8.10,11,20.
23;52:3:54:13;97:10.17;
105:23;131:23;135:15;
137:24;138.2,3;143:6,161:13,
179:4;218:3;224:23;289:20;
306:10

**family (12)**
37:24;53.16,24,25;54:24;
57:5,7,19;58:3;61:19;88:20;
96:8

**family's (2)**
40:3;62:21

**famous (1)**
223:15

**far (7)**
43:17;82:8;150:15,25;
166:17;308:5,310:19

**farmland (1)**
114:5

**fast (1)**
196:17

**father (4)**
38:10,11;39:2,17

**favor (1)**
178:20

**feasibility (1)**
100:5

**February (10)**
197:5;257:18;258:23;
275:18,19,21;276:7,18;
277:18;286:13

**fed (1)**

**133:23**

**fed (5)**
90:3;95:18;96:3;209:3;
294:25

**fees (3)**
286:9;310:6,14

**feet (1)**
109:15

**fell (1)**
230:8

**felt (2)**
168:25;189:23

**few (12)**
11:14;13:15;33:13;77:18;
94:18;97:3;108:8;115:14;
185.3;233:3;254:13;313:2

**field (3)**
37:3;76:19;94:3

**figure (3)**
180:9;209:10;224:17

**figures (3)**
180:10;239:3;250:9

**file (1)**
144:22

**filed (6)**
18:8;197:5,219:21,239:23;
298:15;300:7

**filing (1)**
8:6

**fill (3)**
58:17,18,20

**filled (9)**
40:19,19,23,24;41:2,12;
47:18;62:12;172:12

**filling (1)**
59:14

**final (5)**
153:13,16;156:13;262:4;
264:17

**finally (1)**

262:4

**finance (5)**

50:3;113:4;125:16;126:14;
146:23

**financial (55)**

49:24;54:11;55:15,18;56:3;
64:7;67:22;69:15,19,21;
71:16;75:4,12;82:5;96:18;
108:14;118:15;120:16:
122.11;130:23;131:2;151:17;
158:24;160:4;161:5;171:11,
12,20;196:14;197:25;199:10,
15,18,24;205:6,10,15,16;
206:5,6;209:4;211:25;213:6,
14,25;214:3,6;215:6;217:23;
218.12;228:17;248:20:
264:24;265:17,19

**financials (2)**

212:24;213:3

**financing (2)**

294:6,306:25

**Finasteride (1)**

15:23

**find (12)**

20:16;81:11;114:12;167:5,
8,23;168.23;198:3;228:21;
240:13;274:3;309:24

**finding (5)**

129:3;130:7;139:5;233:23;
311.19

**fine (6)**

102:2,3;112:3;113:2;
210:18;236:7

**finish (12)**

11:24,21:7,9;22:8;44:8;
82:7;199:8;221:8,227:11;
245:12;251:14;299:19

**finished (5)**

58:22,22;153:3;214.20;
240:15

**firm (10)**

18:2;139:16;141:14;
142:19;212:17;213:13;214:5,
9,13;217:7

**firms (5)**

184:12;212:21;213:16,20;
215:3

**first (61)**

16:22;17:11;40:15;41:5:
59:4,5;65:16;66:20,21;67:9;
78:6,22;82:16;94:5;108:18;
113:8;115:6;117:3;126:5;
129:23;137:5;143:25;151:25;
152:8;154:19;162:14;163:19;
166:14;173:16;174:20;
178.12;184.7;186:7;200:4;
205:20;208:3;209:23;223:10;
227:7,14;231:2;246:18;248:4;
249:19;250:24;256:24;
267:10;279:4;281:7,10;283:8,
9;287:22;288:9;290:4,23,
296:17;299:12;305:3,21;
313:6

**fit (2)**

209:21;284:14

**Fitch (6)**

51:9,25;52:4;201:3,6;
232:13

**five (10)**

57:7;108:6;113:12;122:17;
146:21,22,175:13;236:22;
273:22,24

**Five-zero (1)**

302:22

**fix (2)**

219.24;269.3

**fixed (3)**

45:9;114:11;284:25

**flip (2)**

40:17;170:2

**flipped (4)**

153:9;157:2;195:8;205:3

**flooded (1)**

93:3

**flow (3)**

88:21;264:12;294:2

**flows (2)**

206:18;211:12

**flying (1)**

195:19

**focus (10)**

14:16,50:10;70:10;91:15,
122:13;170:7;186:7;193:23;
242:18;279:16

**focused (4)**

63:2;211.7,225:9;238:23

**focusing (1)**

251:9

**follow (10)**

53:4;70:3;112.18;144:19;
167:20;169:3,200:7,15;
247:16;300:14

**followed (1)**

214:15

**following (10)**

19:2;20:9;105:6;139:9;
150:16,25;227:23,25;237:25;
281:6

**follows (2)**

10:15;225:18

**followup (1)**

246:10

**follow-up (1)**

112:17

**fool (1)**

99:5

**footnote (2)**

205:8;229:17

**force (1)**

8:14

**forced (2)**

226:3,4

**foreign (5)**

60:9,13,15;61:2;290:2

**forever (1)**

83:16

**forgot (3)**

95:5;143:21;155:8

**form (13)**

8:9;12:6,29.16;123.2:
125:18;133:4;134:7,22;
138:16;139:12;141:6,213:8;
264:20

**formal (1)**

272:9

**formalized (1)**

152:20

**format (1)**

139:13

**formed (1)**

41:18

**former (8)**

126:25;129:12;133:25;
136:19;197:7;204:2;215:13;
305:9

**forms (3)**

240:22;263:13,14

**forth (1)**

299:4

**forwarded (8)**

224:21;232:7;252:8,13;
259:18;271:11;272:11,12

**forwarding (5)**

231:18;252:9;268:12,17;
277:10

**fossil (1)**

75:3

**found (3)**

23:21;195:19;228:20

**four (11)**

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

25:13;109:12;122:17;
175:13;183:15;190:23;
213:16;214:10;243:20;
254:20;257:9
**four-line (1)**
226:15
**fourth (1)**
176:16
**France (4)**
128.3,8;313:5.8
**fraud (5)**
256:14,15;285:9,10;286:10
**Frederic (4)**
70:21,23,24;72:19
**free (2)**
265.19;294:25
**frequency (1)**
157:19
**frequent (1)**
166.22
**frequently (2)**
65:25;69:25
**friend (4)**
65:19;89:6,12;168:22
**friends (2)**
38:14;223:17
**from (190)**
9:24;10:4,6;13:9,11;20:13;
37:15;39:19;41:11;43:23;
44:2;53:21,22,54.3,24:55:19;
65:22,69:10;70:20,20,71:14;
78:13,13;79:6;80:16,23;84:9;
87:10,14;88:11;90:7,7;91:16,
17;97:9;102:21;104:14:
108:5,110:20;111:15;112:10,
20;114:10;116.8,19,20;
118:25,123:9;125:6,131:8,20,
132:10,13,14,21;134:6;135:5,
13;136:19;137.2,8,20,139:8;
140:14,141:4;146:18;147:6,9,

10;150;19;151:21,23;152:7;
154:4;159:3,4;161:10,11,12,
19;162;14;163:8,19;164:13;
170:13;173:24;174:2.4,6,9;
175:19;180:23;181:2;183:14,
19;184:8;185:19,23;187:6;
193:15;194:20,22;196:2;
198:25;200:23;201:6;202:5,
22;205:5.9,12:206:14;209:6;
210.6,7,19,211:13,17;212.8;
213:15;214:21;215:12;
216:13,22,222:3.17;224:22:
225:7,226.2,228:6,24,230:16;
231:11,16;232:6;233:8;234:2;
235:9;236:10;237:11,13,
241.11;242.25;245.18;247.7,
8,9,24;248:17;249:8:252:7.8.
9,15;257:3;258:5;259:16,21;
265:5,23,25;266:23;268:12,
18;270:2,271:2.9,18:272:20,
21,23;273:13,21,22;275:9,
277:8,15;283:14;288:2;
292:13;295:19;298:17;300:2,
21;301:5,5;306:23;308:5,6;
312:5
**front (7)**
42:15;58:14,25;174:19;
191:7;222:9;230:3
**frustrated (1)**
118.24
**fuel (1)**
75:3
**full (5)**
143:25;199:3;254:19;
262:5,6
**full-fledged (1)**
262:7
**fully (6)**
242.21;276.10;281.24;
284:9;297:16,22

**Fund (12)**
9:11;16:24;17:21;120:24,
25;205:23;222:21;252:17;
293:17;296:13,22;300:10
**fundamentals (1)**
91:18
**funding (3)**
243:10,13,17
**Funds (20)**
24:20;25.2,5;30:11,12;
42:7;44:13;45:23;68:10,14;
121:3;145:22;170:24;212:3;
258:15,22;284:20;294:5,16;
299:5
**FURTHER (3)**
8.8,12,204.11
**future (2)**
206:18;255:22

## G

**game (1)**
81:14
**garbage (1)**
51:7
**gas (6)**
75:8;77:13;94:17;95:22;
114:4;120:2
**gave (11)**
46:2;157:21;181:16;192:2,
3;201:12;217:7;236:23;
254:14,16;273:25
**Gazprom (16)**
52:14,17;77:12,13;80:3,8,
13;85:16.17;88:2:94:12,14.
15,15,23;165:8
**GDP (1)**
120:10
**GDRs (1)**
175:17

**GE (1)**
101:6
**geezala (1)**
36:10
**general (8)**
81:9;83:21;107:5;149:20;
202:20,21;209:8;311:18
**generally (4)**
13:5;70:7:80:19:122:8
**generation (7)**
46:24;73:18,19,85:7;92.7,7,
12
**Geneva (1)**
71:3
**German (1)**
36:11
**getting (10)**
56:19;94.8;97:6;118:24;
181:5;187:2;201:16;227:15;
246:13;310:19
**giants (1)**
119:14
**girlfriend (2)**
66:22;223:16
**Give (17)**
10:21;83:25;87:22,92.14;
118:14;131:5;215:23;220:23;
233:2;234:9;235:25;254:13,
14;265:13;273:23,24;306:16
**given (16)**
43:13,56.23;78.5:83:14;
101:5;113:6;131:2,133:22;
160:5;181:14;182:4;199:19;
227:18;238:18;243:21;248:23
**gives (1)**
137:13
**giving (3)**
83:9;257:2;284:18
**Gliksberg (10)**
106:2,8,23;107:3,20;110:6,

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

7,19;116:17;118:4

**Gliksberg's (2)**
106:12,13

**global (4)**
75:5;167:12;178:9;224:16

**globally (6)**
31:21;76:8;130:25;165:15,
22;224:15

**gmail (1)**
22:4

**goes (8)**
53:15;69:10;81:14,15;90:7;
221:19;226:2;229:10

**going (94)**
13:18;14:9,13;18:15;24:6.
17;25:14,48.14;70:9;76:18;
77:18;79:22;82:11;83:16;
87:23;97:3,16;98:21;100:16;
103:21,25;116:2;119:5,20;
120:9;121:11;130:7,7;131:18;
144:10,17,19;160:9;161:8;
164:4;167:16;169:4,5,16;
171:9,10;178:25;189:3;
194:19;198:19;199:6;204:15,
17;210:13;228:21,23;233:7,
13;235:7,241:2;242:14;
245:3;246:15;256:6,22;261:8;
262:15;265:10,21;266:14;
267:16;272:7;278:14;281:9,
20;282:15;284:16;289:16;
291:8;292:6;294:4,22,23;
295:3,21;298:12,24,25;
301:16,17;302:2;307:10,13,
24;308:2;309:2,4,5;314:18

**gold (4)**
114:4;120:2;264:9,11

**Goldman (2)**
273:16,22

**gone (1)**
183:23

**Good (40)**
9:19;11:8,9;20:12;45:10;
46:3;53:17;56:4;65:20,24;
75:22;76:6;89:12;96:22:
99:19;102:20;103:16,17,
108:18;119:16;122:17;131:6;
158:17;169:25;181:6;189:9,
23;200:13;201:13;202:16,22;
223:17;235:16;236:23;254:4;
264:3;271:21;283:19;285:4,6

**Google (1)**
228:21

**Googling (3)**
169:8;228:19,20

**government (53)**
54:17;55:2,20,56:11,20;
129:7;130:21;133:23,24;
134:4,12;138:19;142:15;
143:9;180:18;206:2;214:21;
218.14;227.2,18;228:2,6;
242:15,16,243:7,8,22,23,23,
24;244:8,16;245:8;247:9;
251:17,18;252:2;255:6;
256:16;257:4;262:5;263:15;
283:14;287:12;290:8;299:25,
302.12;303.16;305.13,18,25;
306:4,7

**government-related (2)**
134:13;284:13

**government's (1)**
140:25

**granting (1)**
62:5

**great (4)**
108:19;171:12;190:13;
193.22

**Greenspan (1)**
76:7

**Gresser (1)**
18:3

**grew (1)**
36:4

**grid (3)**
73:18;77:10;85:7

**Groom (3)**
116:8,12,21

**ground (3)**
11:21,23,24

**group (3)**
42:10;52.25;61:22

**grow (1)**
54:3

**growing (4)**
86:14,18;103:15;202:17

**growth (2)**
46:23;86.21

**GTR (1)**
179:19

**guarantee (1)**
74:10

**guess (7)**
14:4;31:22;37:13;51:7;
79:10;111:4;203:25

**guidance (2)**
210:3;217.21

**Guillermo (5)**
84:10,11;87:10;89:15;
123:24

**gun (1)**
109:19

**guy (4)**
65:21;84:25;89:16;122:15

**guys (7)**
108:6,11:109:6,12.12;
219:19;267:15

---

## H

**hacked (1)**
142:22

**hacking (1)**
142:23

**haircut (3)**
154:5,6:290:3

**haircuts (6)**
183:12;227:19;228:7;
263:7,8;298:10

**half (14)**
25:23;76:24;156:4,4;181:7:
184:13;198:4;215:16,16;
248:4,257:10.20;265:15;
299:14

**Halyk (3)**
131:6;235:19;246:12

**hammered (1)**
224:16

**hand (7)**
90:21;109:11;116:3;
157:15;169:13,13;219:7

**handed (10)**
40:7;87:9;136:15;157:23;
159:4;170:10;173:23;202:3;
241:10;277:8

**handguns (1)**
108:7

**hands (2)**
109:12;190:18

**handy (2)**
69:21;92:22

**happen (9)**
38:22;53:19;81:22;115:15,
128:19;188:18,18;253:17;
269:17

**happened (14)**
54:23;55.15;108:25;
151:13;164:25;171:15;
221:23;224:17;234:19;
248:22,24;305:10;311:21,22

**happening (2)**
189:21;255:12

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

**happens (2)**
70:8;142:10

**happy (4)**
63:21;182:6;188:25;189:2

**hard (20)**
19:15;21:7;29:4;53:23;
74:2;108:24;112:14;117:9;
151:10,18;183:22;209:20;
227:20;235:22;238:7;239:4;
245:6;246:17;260:10;269:20

**hardcopies (2)**
170:15,16

**having (19)**
10:12;19:14;30:9;60:17;
79:23;98:13,15;99:5;115:24;
139:17;149:16;157:18;
162:12;169:15;189:13;
244:25;249:11,13;260:8

**head (3)**
45:4;256:20;291:2

**heading (1)**
167:14

**heal (2)**
199:11,19

**Health (5)**
9:10;103:4,5,12,13

**healthy (1)**
103:14

**hear (2)**
97:16;115:6

**heard (6)**
161:4,4;246:18;247:4;
303:4;312:2

**heavy (1)**
163:24

**hedge (2)**
81:19,21

**held (13)**
24:7;35:15,17,161:22,24;
168:13,17;195:16;207:3:

209:13;283:10;292:7;307:14

**Help (8)**
55:13;77:19;133:15;161:5;
285:20;291:24;292:16;297:18

**helped (1)**
219:17

**helping (2)**
81:20;141:13

**HEREBY (2)**
8:4,7

**herein (1)**
10:12

**Here's (2)**
258:7;259:10

**hereto (1)**
8:6

**hesitant (1)**
81:23

**hey (1)**
169.14

**Hi (2)**
72:19;270:10

**high (14)**
51:16;52:10;83:12;120:10;
157:20;167:11,12;184:11;
201:12;202:17;230:8;243:17;
286:9;290:8

**higher (6)**
97:8;163:8;284:22;289:7;
292.18;303.9

**highlight (1)**
175:6

**highlighted (1)**
280:20

**high-low (1)**
152.5

**highly (1)**
75:21

**high-ranking (3)**
238:12,13;251:18

**hijacked (1)**
108:7

**himself (1)**
32:2

**hindsight (2)**
171:23;255:24

**hire (4)**
17:21,23,25;214:5

**hired (2)**
18:11;214:8

**history (4)**
23:24;64:22;122:5;143:7

**hit (2)**
120:16;264:5

**hold (15)**
29:21,24;30:15,31:7;42:24,
45:9;60:24;72:12;73:14,17;
91:12;94:16;167:8;215:12;
302:14

**holders (3)**
156:4,183:13,13

**holding (6)**
39:16;42:18;46:4;84:23;
117:14;167:6

**Holdings (13)**
9.9,11;14:8,14;31:15,
32:12;40:13;41:5,8;44:5;
45:14;117:8,9

**holds (3)**
29:15,25;30:6

**honesty (2)**
39:24;174:23

**hoping (5)**
288:14,16,23;308:12.24

**Hormonal (1)**
16:4

**hotel (1)**
128:10

**hotmail (3)**
19:22,21:25:22:6

**hour (2)**
184:11;259:8

**hours (6)**
89:5;167:2;178:14;184:13,
13;299:15

**house (2)**
25:25;167:15

**housekeeping (1)**
173:19

**HSBC (6)**
194:22,24,196:5,11;197:3;
226:13

**huge (5)**
180:14,22;183:11;189:4;
200:5

**human (1)**
64:20

**hundred (1)**
200:11

**hundreds (2)**
184:9;265:4

**hurt (1)**
109:2

**I**

**IAS (1)**
206:16

**Ide (6)**
84:10,11;87:10,18;123:24;
237:20

**idea (3)**
122:16;234:6;251:8

**ideas (2)**
122:18;160:2

**identification (38)**
9:3;24:10,13;70:18;77:23;
78:4;84:8;87:4,8;104:6,9;
116:6;136:4,8,11,14;146:16;
162:20;173:4,7,10,13;185:17,

218:25;222:13;236:5;239:9;
241:7;247:21;252:5;253:7;
266:19;268:10;269:25;271:7;
272:18;273:11;275:5

**identified (5)**
58:15;108:13;140:24;
240:21;248:7

**identify (8)**
19:16;62:5;141:19;142:5;
177:8;240:24;291:23;297:15

**identity (1)**
144:16

**Igal (4)**
123:18,20;252:7;272:23

**illegal (1)**
134:25

**illiquid (3)**
27:24;251:22,23

**illiquidity (12)**
244:12,17;251:19,20,
254:10;263:15,16,21;283:15;
297:13;298:6;299:24

**immigrants (1)**
53:16

**immobilized (1)**
109:11

**impact (6)**
115:21;207:2;209:11;
245:23,24;294:3

**impeccable (1)**
23:23

**imperative (1)**
315:16

**implication (1)**
284:17

**implications (2)**
17:4;115:19

**implicit (1)**
120:18

**implied (2)**

249:16;288:4

**imply (2)**
148:20;300:3

**important (5)**
11:24;114:25;139:22;
171:8;272:3

**impossible (1)**
135:20

**impression (2)**
158:13;282:11

**improve (1)**
264:24

**inaccurate (3)**
62:14;297:8,11

**inappropriate (1)**
314:3

**Inc (2)**
9:9,12

**inclined (1)**
233:17

**include (6)**
96:7,10;140:7;150:2;
298:19,20

**included (1)**
153:19

**includes (1)**
150:5

**including (6)**
116:9,16;177:15;221:17;
246:11;283:9

**inclusion (3)**
211:10,12;250:11

**income (9)**
32:15;43:12;45:9;46:24;
50:18;97:7;114:11;160:6,7

**inconsistencies (4)**
138:21;244:20;249:6;
256:25

**inconsistency (2)**
23:21;228:15

**inconsistent (5)**
207:19;227:21;230:22;
238:20;265:3

**incorporated (1)**
208:16

**incorrect (1)**
184:5

**increase (2)**
182:3;254:18

**incur (1)**
111:5

**independent (6)**
144:7,8,14;145:9,24;146:3

**independently (1)**
147:23

**India (1)**
86:4

**indicating (1)**
228:15

**indicative (2)**
273:23,24

**indirect (1)**
52:21

**indirectly (4)**
26:11;27:14;39:14;45:12

**individual (4)**
31:12;72:2;111:6;121:6

**individually (1)**
32:2

**individuals (4)**
108:15;109:24;110:20;
143:4

**industrial (1)**
95:13

**industries (4)**
75:6;95:17,18;102:18

**industry (7)**
42:10;55:6,10;99:16,17;
100:7;223:19

**inexistent (1)**

263:3

**inflation (2)**
50:4;103:15

**influence (2)**
15:14.17

**influx (4)**
199:2;227:20;254:17;
285:23

**informatic (1)**
20:12

**information (95)**
64:18;69:17;70:8,11;83:6;
85:13;90:5,6;92:15;93:2,4;
94:8;119:12;135:9;139:25;
141:3,9;145:6;149:24;151:7;
153:20;155:23;156:6,10,18;
157:5,21;159:5,9,10;160:19;
162:6;163:6,13,24;169:17;
170:3,5,13,25;171:11,12,20;
181:2,19;184:7,21,22;185:4;
188:10;190:8,10;197:16;
198:18,21,22;205:5,11;207:5,
7,20;209:22;212:9;217:9,10,
12;222:5;228:3,12,14;235:9;
238:5,9,22;242:25;243:4,15;
244:24;245:13;249:20;
251:25;256:8;274:7,12;277:4;
282:12,23;283:4,6;285:14;
287:11,13;290:6;293:7;312:8

**informed (2)**
139:23;217:14

**infusion (1)**
183:18

**inheritance (2)**
62:4,6

**inject (1)**
257:6

**insolvency (3)**
244:12,18;251:20

**insolvent (2)**

246:4,251:23

**instability (1)**
263:19

**instance (6)**
49:24;83:10;102:10;160:4,
14;226:12

**instead (1)**
244:12

**instinctive (1)**
108:23

**institution (4)**
181:9,21;218:15,16

**institutions (2)**
96:19;134:13

**instruct (9)**
85:18;109:18;112:22;
144:10,17;145:15;298:24;
309:3,6

**instructed (4)**
42:6;109:4;133:14;138:22

**instructing (1)**
194:14

**instruction (4)**
112:5;192:2,3;300:15

**instructions (4)**
19:2;20:9,144:20,315:4

**instructs (1)**
112:18

**instrument (1)**
151:4

**instruments (2)**
75:20;277:3

**insurance (2)**
243:21,25

**integrated (2)**
64:6,7

**intensity (1)**
285:21

**intent (1)**
294:6

**intention (2)**
244:25;255:21

**interacted (1)**
170:5

**interaction (2)**
223:10;237:21

**interest (14)**
30:23;51:18;55:23;57:10,
15,20;84:24;129:3;130:17;
139:4;147:22;170:8;232:12;
238:15

**interested (6)**
28:3;70:3;79:12;95:12;
113:22;216:11

**interesting (6)**
89:23;90:6;114:7;135:12,
157:6;224:18

**internal (2)**
111:24;116:20

**interpretation (2)**
255:23;283:20

**interpretations (1)**
245:13

**interpreted (1)**
227:21

**interrogation (1)**
81:2

**interrupted (1)**
88:19

**interruption (1)**
88:20

**intervention (4)**
126:9;183:25;228:6;254:23

**interview (1)**
255:6

**into (49)**
17:23;38:13,13;44:23;
47:14;49:6,12,14;63:2;75:2,6,
6,20,24,25;76:2,3,81:15;
82:16;83:7,17,20;108:20,20;

121:8,123:11,126:17;135:23;
170:8,171:2,3;183:20;200:8;
201:9,25;208:16,17;212:4;
215:18,19;239:16;260:11,11;
264:23;284:14;290:10,11;
292:18;298:12

**intrinsic (13)**
83:8,13;91:21;114:9,15;
148:8,16,24:160:8;167:6;
288:2;289:6;290:16

**intrinsics (1)**
164:7

**introduce (1)**
9:16

**invest (26)**
42:24;46.12;63:25;70:4;
79:17;82:12;86:16,19;94:4,
14;95:16;101:21;102:25;
105:2,25;113:4,20,24;114:8;
119:18,22;121:9,19;122:16;
223:4,231:13

**invested (15)**
30:10;50:21;56:15;57:7;
79:19,23;115:4;117:23;118:3,
4,5,6,122:6;150:21;293:11

**investing (7)**
62:25;63:4;70:5;76:10;
84:2;125:16;224:11

**investment (86)**
22:7,9;29:25;31:23;42:20.
22,23;45:6,9;46:18,23;47:4;
49:9,25;50:3,7,10,22;53:5;
54:9;61:5;62:8,9,22;64:22;
65:4;68:25;69:6,8,9:74:3,4,6.
6,9;76:12;79:20;80:5,20,25;
81:14,20;82:9,14;84:12,
86:11;88:2;93:10,15,18,24;
94:12,13;101:19;105:4,6,14,
25;111:4;113.8:114:14:
115:8;118:21,23;120:14,15,

20,121:18,25,126:18;147:2,5,
25;150:16;165:2;180:16;
188:25;190:4;194:13,16;
231:12;233:14,19;293:9;
299:6;302:10

**investments (75)**
20:23,24;31:7,21,22;44:23;
45:2,11,19;47:16;49:6,11,12;
52:25;53:2:54:7,10,11,12;
60:4,8,17,20,25;63:24,65.9;
67:14;68:18,20,72:11;73:14;
74:7,22,24;75:12,22,23,25;
76:4;77:6;79:25;80:3,12;
81:25;82:25;83:2,4,5;84:4;
86:6;100:15;104:18;105:11,
16,17;114.9,13;115:13;
122:11,11;126:5;146:12;
149:16,22;150:11,16;165:5,
10,22;166:2,22,25;167:20,24;
224:9

**investor (3)**
202:7;213:4;220:10

**investors (4)**
56:9,13;57:5;202:15

**invited (1)**
65:22

**involved (23)**
59:14;61:15,18;101:8;
106:4,24;129:6;151:16;
169:11;180:16;181:3;183:9;
200:10;213:17,20,214:24;
215:2;219:11;223:2;265:6,7;
303:21;306:5

**Iraq (1)**
86:3

**issue (9)**
14:20;56:3;75:4;127:5;
145:6;249:15,19;263:22;
301:7

**issued (4)**

176:8,184:25;188:5;206:5

**issues (5)**

11:2;88:21;90:4;280:10;
310:19

**issuing (2)**

226:10;240:9

**item (3)**

211:15;212:7;261:5

**itself (11)**

91:22;93:21;105:5;158:9;
163:24;218:16;223:3;245:6;
267:22;284:17;308:8

**Izzo (18)**

222:18;223:13,18;230:11;
231:18;232:6;268:5,6,7,12;
271:9,11;273:13;274:2,11,
275:10;276:25;277:9

## J

**Jack (2)**

65:12;67:15

**Jackie (1)**

89:7

**Jacques (1)**

106:2

**Jaffe (25)**

18:5,11,16,21;21:18;
111:13,15,17;112:10,20;
133:7,9,14;136:20;137:19;
138:12,23;139:20;140:23;
143:23;219:14,24;298:20;
299:18;300:8

**jail (1)**

110:3

**January (9)**

272:25;273:14;274:18,24,
25;277:15;282:3;284:6;
286:21

**Jason (1)**

9:25

**Jewish (1)**

65:23

**job (12)**

51:19;99:19;182:5;227:17;
265:3;285:4,6,10,11,20;
286:11;299:11

**jobs (2)**

215:5;223:19

**Joe (2)**

300:17;302:6

**Jon (4)**

11:10,11;76:15;82:13

**Jonathan (6)**

9:20;11:7;144:12;166:24;
192:9;217:10

**Jong-un (1)**

70:4

**Journal (1)**

69:23

**JP (11)**

210:8,13,22;212:5;218:8;
219:6;220:18;221:11,21;
226:12,13

**JSC (2)**

9:12;10:3

**Juan (1)**

9:13

**judge (1)**

230:20

**judgment (2)**

181:13;245:14

**July (12)**

80:17;84:14;231:5;236:11;
238:2;239:12;240:7;241:19,
21;242:7,9,25

**June (9)**

91:2;137:2;224:13;230:24;
233:10;238:2;256:19;257:17;
312:23

**junk (4)**

50:24,51:3,5,7

**Just (75)**

11:14;14:12;28:8;41:25;
43:22,44:8;53:5;64:21;67:3;
68:21;72:16;78:5;82:7,84:21;
85:9;93:18;94:20;95:2;102:4;
114:23;122:8;123:5,8;124:2,
8;125:23;126:6,16;129:16;
135:22;139:20;142:12;
150:14;153:25;155:21;172:4;
173:18,19;176:10;180:14;
182:5;183:16;184:15;185:9,
24;191:3;201:13,17;208:11;
213:4;215:24,25;219:7;
236:23;239:23;240:17;
241:14;244:14;246:6;252:14;
254:11;257:5;263:7;269:14,
18;272:10;277:8;285:24;
291:25;292:13;293:5,294:8;
298:21;301:13;304:16

## K

**Katten Muchin Rosenman (1)**

10:2

**Kazakh (32)**

46:12;121:19;122:8,24;
129:7;130:21;133:22,24;
134:12,13,138:19;158:14;
181:15;190:18;199:11;
202:17,17;211:25;212:21;
224:25;225:4;229:7;231:11;
242:15,15,252:16;255:7;
285:4;302:11,12;303:15;
306:3

**Kazakhstan (30)**

45:13,21;113:23,25,25;
114:13;118:22,25;119:3,8,19;
134:4;142:15;143:3,10;

145:11;146:5;161:2,3;180:14;
203:17,212:3;227:3,18;257:4;
284:22;287:9,9;305:13,19

**Kazaword (22)**

131:24;132:11,12,19;
136:22,137:7,11;140:7,141:4,
15,19;142:6,13,21;143:4,7,11;
144:2,6;311:24;312:3,9

**keep (13)**

23:14,16;25:9;29:5;30:8;
82:13,83:16;156:17;160:9,
171:6,6,8;267:16

**keeps (1)**

291:3

**kept (4)**

19:14;23:18;178:19;195:23

**Kevin (1)**

300:20

**key (2)**

203:15;215:7

**Khamas (1)**

13:19

**Khamis (409)**

9:2,8;10:1,18;11:1,8;12:1,
12;13:1;14:1;15:1;16:1;17:1;
18:1;19:1;20:1;21:1;22:1,
23:1;24:1,9,12,17;25:1;26:1;
27:1;28:1,12;29:1,3;30:1;
31:1;32:1;33:1;34:1;35:1;
36:1;37:1;38:1;39:1;40:1,7;
41:1;42:1;43:1;44:1;45:1;
46:1;47:1;48:1;49:1;50:1;
51:1;52:1;53:1;54:1;55:1;
56:1;57:1;58:1,10;59:1;60:1;
61:1;62:1;63:1,5,64:1,22;
65:1;66:1;67:1;68:1;69:1,
70:1,16,19,19;71:1;72:1;73:1;
74:1;75:1;76:1;77:1,21;78:1,
2,5;79:1;80:1,81:1;82:1;83:1;
84:1,6,9;85:1,86:1;87:1,3,6,9;

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

88:1;89:1;90:1,91:1;92:1;
93:1;94:1:95:1,96:1;97:1;
98:1;99:1;100:1;101:1,8;
102:1;103:1:104:1,4,7,13;
105:1;106:1;107:1,7;108:1;
109:1;110:1:111:1;112:1,2;
113:1,3;114:1;115:1;116:1,4,
7;117:1;118:1;119:1;120:1;
121:1;122:1:123:1,11;124:1;
125:1;126:1;127:1;128:1;
129:1;130:1;131:1,23,132:1;
133:1;134:1;135:1;136:1,2,6,
9,12,15;137:1;138:1;139:1;
140:1;141:1;142:1;143:1;
144:1;145:1;146:1,14,17;
147:1;148:1;149:1;150:1;
151:1,21;152:1;153:1;154:1;
155:1;156:1;157:1;158:1;
159:1;160:1;161:1,10;162:1,
18,22,163:1;164:1;165:1;
166:1;167:1;168:1;169:1;
170:1;171:1;172:1;173:1,2,5,
8,11,23;174:1;175:1;176:1;
177:1;178:1;179:1;180:1;
181:1,182:1,14;183:1,184:1;
185:1,12,15;186:1;187:1;
188:1;189:1;190:1;191:1;
192:1;193:1;194:1,20,195:1;
196:1;197:1;198:1;199:1;
200:1;201:1;202:1,3;203:1,
204:1,7;205:1;206:1;207:1;
208:1;209:1;210:1,19,211:1;
212:1;213:1;214:1;215:1,23;
216:1;217:1;218:1,23;219:1,
5;220:1;221:1,222:1,11,16;
223:1,224:1;225:1;226:1;
227:1;228:1;229:1;230:1;
231:1;232:1,4,23;233:1;
234:1;235:1;236:1,3;237:1,
238:1;239:1,7,10;240:1;

241:1,5,10;242:1,19;243:1;
244:1;245:1;246:1;247:1,19;
248:1,2;249:1;250:1;251:1;
252:1,3,6;253:1,5;254:1;
255:1;256:1;257:1;258:1;
259:1;260:1;261:1;262:1,15;
263:1;264:1;265:1;266:1,17,
22;267:1;268:1,8,11;269:1,
23;270:1,3;271:1,5,8;272:1,
16,19,273:1,9,12;274:1,
275:1,3;276:1,22,24;277:1;
278:1;279:1,6;280:1,15;
281:1;282:1;283:1;284:1;
285:1,7;286:1;287:1;288:1;
289:1;290:1;291:1,13,19;
292:1,11;293:1;294:1;295:1;
296:1;297:1;298:1;299:1;
300:1,17;301:1;302:1,5;
303:1;304:1;305:1;306:1;
307:1;308:1,12,23;309:1;
310:1;311:1;312:1;313:1;
314:1;315:1

**Khrapunov (3)**
134:21;138:25;139:4

**Kiblisky (48)**
40:8;66:16,18,24;67:6,16;
68:4,5;80:16;84:10,16;88:24;
105:13,15,110:5;115:10;
116:9,15,17,21;118:10,17,19;
122:7,24,123:7,19;147:10,17;
151:23;152:7,159:3,6,17;
160:2;161:11,19;164:9;
185:20;202:5;210:20;234:16;
237:4,24;239:11;241:12;
259:18;265:25

**Kiblisky's (16)**
106:16;107:8;115:12;
117:22;123:9;147:9;150:19;
151:22;161:9;186:4;202:4;
210:15;231:17;232:24;

265:24;277:9

**kid (2)**
105:9,18

**Kim (1)**
70:4

**kind (3)**
168:3;207:14;221:24

**Kindergarten (1)**
36:10

**Kingdom (1)**
10:24

**KKB (3)**
225:2,7,8

**knew (24)**
17:3;76:9;105:18,19,21;
110:25;115:17;160:25;161:4;
164:23;188:11;200:3,4;
208:10;214:20;272:6;282:15,
16,23;289:16;290:11;292:22;
296:17;297:2

**Knob (1)**
10:22

**know (217)**
11:11,23;12:5,10;14:12,15;
16:7;18:10,14;21:7,23:6,
26:13;27:2,8;28:5,19,20,23;
31:12,14,15,32:23;33:11,14,
17,21;34:2;35:5;39:5;40:5,23;
41:19;42:17;43:2,17,18;
49:22;51:5,14,15;53:8;58:2,7,
59:13,61:14:62:21;63:8;
65:13;66:5,16,18;67:2,3,68:3,
72:4,5,6;74:17;76:20;78:21;
80:10;81:8:84:18,25;85:16;
86:22,24;87:18;88:20,101:4,
12,16;102:14;105:19;106:2,
18,23;108:2,9,22;110:14,22,
23,24;111:17,20,24;112:10,
16,25;115:10;117:9,22;118:2,
2,2,4,23;119:11,21;123:20;

125:19,22;126:10,11;127:3,7,
13,24;128:9,11,13;129:2;
130:6;131:25;132:8,20;
134:24;139:2,14;140:6,8,10,
16,17;141:3,7,17,142:4,7,10,
13,18,19;143:15;144:24;
145:3,4;152:10;153:20;
161:14,21;162:17;164:16;
166:7,7;167:13;169:2,10;
170:6;172:9,14;188:12,190:7;
195:3;198:13;199:12,200:6;
201:9,11,15,21;203:24;
207:25;216:24,25;221:9;
222:24,25;223:2,3,234:18,19;
236:24;238:11,17,240:17,20;
243:3;244:10;245:3,5,259:6;
267:8;269:19;270:13,17,25;
271:25;272:3,3,275:13;
276:19;278:24;282:20;
297:10;299:8,10:301:23;
302:25;303:3,10;304:20,22,
306:22,24;307:21;308:4,4;
310:13,23;311:5;312:6,6;
313:2,14;314:3

**knowing (4)**
99:20;171:14;206:9;289:5

**knowledge (9)**
95:25;127:4;129:19;139:6;
172:11;197:24;201:17;
212:18;293:24

**known (6)**
66:5;68:5;162:13;180:7;
284:13,14

**knows (1)**
189:11

**Korea (1)**
70:5

**Kosher (1)**
181:22

**Kulibayev (2)**

255:6,10

**Kulibayev's (1)**
238:14

# L

lack (2)
138:19;299:23

lacking (1)
265:17

landfill (1)
195:24

language (4)
17:11,14,15;182:13

large (2)
126:24;262:6

largely (1)
281:10

last (19)
12:21;13:15;25:23;27:25;
32:22,25;62:3;79:20;117:11;
171:15;192:14;225:16;
239:16;261:5;269:6;302:16,
17;303:3;304:5

late (2)
69:12;208:5

later (15)
18:22;57:25;62:10,20;89:5;
118:2;120:11;121:7;178:3;
179:21;242:23;251:17;
264:11;276:13,14

Latest (2)
229:25;230:7

Law (5)
10:7;109:7;146:7;184:12;
289:20

lawsuit (4)
110:13,17,18;142:20

lawyer (30)
12:6;17;21,24;18:4;20:10;

21;14,15;42:6;111:10,19,20;
112:18;133:6,136:20;137:17;
138:23,25;139:9;145:13;
146:9;195:20;219:13;291:13;
299:2,8;300:21,22,304:22;
306:11;312:22

lawyers (26)
12:14,15,19;13:15;16:18;
41:23;43:7;71:9;130:12;
139:15;140:23;141.12,18,23;
142:11,15,16;143:10,15;
239:22;256:12;284:3;301:2,4;
309:15;310:17

lawyer's (5)
42:2;112.4,19;146:10;
300.14

layers (1)
101:15

layperson (1)
97:20

Lazard (1)
265:6

leading (1)
239:2

learn (3)
89:3;208:3;312:11

learned (2)
89:4;184:17

learning (2)
51:18;63:22

lease (2)
26:6,7

least (10)
87:25;107:17;122:15;
158:6;160:14,16;181:23;
244.2;256:9;280.15

leave (1)
237:10

left (3)
42:14;196:8:199:17

legal (14)
9:14;17:23;111:2;134:11;
135:24;145:14;171:3;290:12,
20,21,23;306:10:310:6,14

Legally (1)
309:11

Lehman (1)
201:14

lending (2)
97:7;151.20

lends (1)
100:14

lent (2)
55:20;284:20

less (6)
85:20;159:12;164:3;
166:22;209:16;284:5

letter (5)
136:3,19,22;143:22;312:22

level (3)
65:24;178:14,208:13;
237:20;277:4

leveraged (1)
151:17

Lewis (1)
135:13

Lexitas (1)
9:15

liabilities (7)
183:14;198:24;249:22;
254:17;257:6,263:9;285:23

liability (9)
183:12,13;207:11,15;
211:11;215:19;245:23;
250:11,13

liable (1)
109:6

lie (2)
170:18;290:7

life (2)

66:10;313:13

likelihood (2)
249:18;265:8

likely (13)
41:2;168:16,20,171:2,10,
206:25;224:10;234:18;277:3.
25;278:3;281:5;283:21

limit (1)
228:9

limited (1)
105:16

limits (1)
156:3

line (6)
116:10;124:13;176:6,13,16,
177:17

link (1)
235:23

linked (2)
176:4;310:2

liquid (6)
73:23;74.21;235:5,5,15,20

liquidate (2)
75:18,24

liquidated (4)
75:11,15;76:21;82.3

liquidation (3)
261:13;262:20;263:2

liquidity (3)
113:24;131:5;269:18

list (3)
62:4;120:4;275:23

listed (2)
116:14;175:3

Listen (11)
64:16;120:9;129:5,130:3;
159:19;160:11;171:6;174:23;
189:16;192:9;251:6

listening (1)
130:17

**literal (1)**

84:20

**litigation (13)**

19:9;211:14;279:2;280:4,6.
22;289:21;290:17;292:17,18;
307:2;308:7;314:2

**little (27)**

27:25;51:2,18;60:23;63:12;
85:21;93:25;94:21,23;107:16;
108:22;109:3,21,117:9;
121:10;148:14,15;177:24,
184:4;190:23;210:17;230:8;
231:13;235:10;236:8;238:9;
293:9

**LITTLETON (13)**

10:6,6,7;12:17;139:18;
140:2,13,19,20;141:25;142:3,
5,9

**live (3)**

25:7,20;157:16

**lived (1)**

223:20

**lives (1)**

53:17

**living (2)**

25:22;90:12

**LKD (1)**

176:4

**LLP (2)**

9:21;10:2

**loan (39)**

55:22;97:11,13,14,21,22,
25;98:3,16;99:18,24;100:19;
102:17;114:16,21:124:14;
126:21;148:21;149:2;151:9;
156:2;160:23;163:23;183:6,9,
21;202:24;203:4,9;213:17;
215:4;230:18,21;264:5;
283:10;285:25;286:2;288:4

**loans (36)**

55:19,25,25;83:15;98:7,14,
18,25;99:9,11,15;101:2,5,9,
10;102:15;103:19;126:24;
160:5:180:22;181:4.5:189:4;
203:7,16.19,22,22:204:2;
229:15,21;250:4;257:7,8;
263:17;286:6

**local (2)**

32:16;44:5

**locally (1)**

43:12

**located (7)**

32:5,9,35:19;71:3;99:23;
102:24;104:24

**location (1)**

313.10

**locations (1)**

68:23

**logic (2)**

94:19;288:7

**London (2)**

32:9,10

**long (21)**

12:18;23:6,20;25:20;33:10;
38:16;52.15;61:20;66:5;68:4,
6,76.8,91.12:118.22,23;
119:11;208:7;265:18;267:15;
278:2;312:10

**longer (2)**

91:14;282:24

**longer-term (1)**

121:9

**long-term (1)**

76:9

**look (67)**

21:21;47:20;49:4;61:8,
77:8;78:6;79:18;81:13;83:7,
20;86:15,17;90:9;92:8;93:20;
95:2;99:16,22;100:7,10,11,15,
18,21,25;101:14,18;102:7,9,

23;104:13;113:7,14;136:17;
153:14;155:19;156.21:
165:16,16,21;167:9,12;
169:15;174:18;186:21:
189:18;191:6,193:23;195:9;
196:4,19,197:2;200.22;204:7,
220:7;226:16;228:16;233:2;
238:24,24;250:16;277:20;
293:20;294:15,25;295:20;
310:4

**looked (14)**

83:17;93:14,18,19;126:16;
140:11;181:22;201:20;
232:14;238:23;244:5;246:22;
294:21;312:22

**looking (37)**

42:13;74:24;75:2,5,9;76:3;
77:6;80:15,22;91:15;92:2;
99:19;101:8,19;109:19;
126:12:144:15:148:10:
150:19;155:23;164.9;169:12,
17;174:25;185:11;229:6;
242:24;248:19;253:24;
262:23;264:23;265:9;270:17,
24;279:12;290:10;294:9

**looks (1)**

291:22

**looted (1)**

251:4

**lose (2)**

129:15;149:8

**loser (1)**

253:17

**losing (2)**

183:7;267:12

**loss (6)**

114:21;126:21;152:5;
180:2;213:17;250:20

**losses (7)**

55:21;151:9;199.20,21;

288:4;303:11,13

**lost (6)**

56:13;63:21;74:9;76:13;
257:13;292:23

**lot (56)**

15:24;23:17;26:14;51:17;
52:10;53:23;55:8,18;64:18;
65:25;73:23,24;74:24;75:11,
20:85:8;86:14;89:12;90:16;
92:22;93:9;95:24;103:5;
105:5,18,19,110:25;115:24;
120:2;135:9;161:5;162:6,8,8,
167:23,23,24;181:20;194:12;
202:19,19;205:21;211:7;
214:21;224:18;230:18;250:9;
256:15;264:22;278:18;283:7,
285:21;299:13,16,22;301:4

**love (1)**

308:16

**low (2)**

51:6;76:8

**lower (1)**

42:14

**lunch (3)**

131:19;157:18;237:23

# M

**made (53)**

17:20,39:19;53:24;55:8;
60:17;62:9;63:21;74:24;
79:21;80:3;100:16;114:15;
115:23;117:19;120:14,19;
132:3,139:9;146:25;156:15;
167:4;172:12;178:6;179:23;
181:25;186:16;188:2,6,8,
190:2;193:20;205:25;215:7;
222:4;231:12;238:12;255:10,
14,18:258:11;264:3,17,
278:19;280:11;286:14;

Case 1:12-cv-08852-JMF   Document 271-40   Filed 08/26/20   Page 112 of 278

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

291:17;292:15;293:23;296:2,
14;298:5;312:8;315:10
**mail (1)**
23:17
**main (3)**
168:14;182:13;227:8
**mainly (3)**
54:9;95:12;219:13
**major (1)**
189:10
**majority (5)**
22:20;38:12;91:5;151:11;
253:15
**make (92)**
14:21;16:22;34:7;39:2,13;
47:4,5;49:12;52:17;19:53:5;
55:21;56:9;63:19;68:25;69:3;
70:11;73:20;74:4;75:17;
76:13;79:25;80:5,12;86:9,10,
15;92:10,93:8,9,15,101:14;
102:4,11;108:21,21;111:7;
115:13;122:19;129:8,10,14,
17;131:12;133:24;148:5;
149:8;151:6,14;159:20;167:9;
173:17;193:13,19;198:7;
199:5,20;200:14,204:13;
207:5;208:11;209:16;219:23;
226:19;227:5,6;234:9;235:22,
23;243:10,13;245:6;246:6,8,
17;249:6,10;252:2,24,257:14;
258:9,259:11;264:18;266:3;
275:17;279:7;282:14;284:16,
24;287:12;293:5;315:7
**makes (6)**
43:12;96:20,25;122:14;
217:11;232:21
**making (13)**
74:5;86:6;93:24;126:17;
150:16;159:22;164:6;243:19;
246:3,4;255:15;265:20;299:6

**Malavika (1)**
78:13
**Mallet (1)**
142:20
**Mallet-Prevost (1)**
9:20
**man (1)**
53:13
**manage (5)**
31:5;66:8;97:2,122:11,
142:11
**managed (8)**
65:9;66:10,11;86:13;98:17;
120:23;169:23;236:18
**management (5)**
105.24;126.25;135.18;
217:19;280:12
**manager (2)**
70:24;222:21
**manages (2)**
31:20;32:12
**mand (1)**
195:19
**manpower (2)**
162:8;189:13
**many (48)**
18:22;21:10;23:20;26:9,16,
18;28:5,20;31:22;33:12;56:2,
2,25;73:22,25;85:13,25;93:3;
96:17;102:18;107:11;118:24;
120:12;121:3;129:6,6,138:21;
142:11;165:5;167:25;198:2;
215:5;217:18;223:13,13;
228:5,5;231:3;244:8:250:10;
254:6,263:13;274:12;286:5,8;
293.7;298:11;299:24
**Marcello (1)**
33:9
**March (4)**
194:23;196:21;199:25;

201:19
**Marcov (3)**
267:5,7,10
**mark (6)**
173:19;235:7,25;239:5;
247:17;269:21
**marked (51)**
9:3;13:19;24:10,13,18;40:6,
8:58:8,59:24;70:17;77:22;
78:3;84:7;87:4,7,104:5,9;
116:5,136:4,7,10,13,146:15;
161:9;162:19;173:3,6,9,12;
185:17,25;186:4;202:4;
210:14;218:25;222:12,16;
232:23;236:4,239:8;241:6;
247:20;252:4;253:6;266.18;
268:9;269:24;271:6;272:17;
273:10;275:4
**market (45)**
28:3;33:22,22;45:10:52:12,
15;55:22,60:9,16,16,64:7;
70:2;83:9,16,18,87:7,11;
89:23;90:7;91:16;94:25;95:3;
100:12;102:9;114:10,11;
129:16;148:20;160:23;164:5,
6;181:10;182.17,18;218:7,
221:20;233:22;235:4,10,15;
251:2;274:3;281:24;287:25;
289:8
**marketed (1)**
287:25
**marketing (1)**
28:3
**markets (17)**
27:16,49:24;56:4;60:9,13,
13;61:2,2;65:10,85.25;86:2,
13;153:19;223:2,24;226:4;
265:19
**Marlborough (1)**
10:23

**maroon (1)**
117:8
**Martin (3)**
10:4:12:16:173:16
**Maser (1)**
259:16
**massive (28)**
184:3;196:22;205:21;
212:20;214:20;227:14,18;
228:7,8,8;230:19;250:19,19,
20,21,21,21;254:11,17;263:7,
8,8,9,269:15;285:19;290:2;
299:12,14
**massively (2)**
199:18;212:4
**match (1)**
193:24
**materials (2)**
135:4;150:9
**matter (8)**
9:9,48:23:49:2:173:18.22;
242:17;302:2;304:21
**Matthew (7)**
222:17,19,20;225:13;
266:23;270:3,10
**Maurice (1)**
61:17
**Maxcom (6)**
104:16;106:5,7,24;115:16,
21
**may (35)**
8:13;12:6;70:20;77:19;
78:13;97:17;98:3;121:10;
125:12;144:3;171:6;175:7;
178:16;202:6;210:20,213:7;
219:6,25,220:10,19,24;221.7,
225:22,22;226:3;229:2,8,8;
242:21;264:7,13;279:11;
280:2;315:20,21
**maybe (8)**

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

89:22;124:7;149:19;179:2;
184:8;210:16;263:25;269:18

**MBA (7)**
37:8,19,20,22,23;95:5,7

**mean (50)**
12:21;19:10:26:20;39:15;
42:21;52:8;64:17,20;73:4;
90:3,19;91:19;93:5;94:20;
98:19;103:8:108:24;117:2:
120.12,12;124:17;135:2:
152:4,158:11;163:17;167:14;
174:25;179:2;193:7;200:11;
229:14;230:15;232:10;
233:23;235:11,13,18;236:20,
24;243:11;249:22;250:5;
270.7;273:18;291:23;298:10,
10;304:19;309:11;310:2

**meaning (2)**
108:2;207:18

**meaningful (4)**
72:17,88:9;122:21;231:14

**means (13)**
54:8;60:14;71:8;84:19;
97:24;122:3;164:2,3;247:12;
249:14;257:2;278:7;281:9

**meant (3)**
238:18;246:9;284:18

**measures (2)**
199:14;285:22

**mechanism (2)**
208:15;289:24

**media (6)**
9:7;104:12;172:21;173:15;
218:20;219:4

**median (1)**
290.18

**mediation (1)**
11:14

**medication (2)**
15:16,16:14

**medications (7)**
15:15,18,20,24,16:3,5,8

**medium (1)**
182:4

**Mechan (1)**
300:21

**meet (14)**
12:18;65:16;110:9;127:17,
20,23;128:8,22:133:3;223:6;
303.25;304.7,9;314:15

**meeting (30)**
13:15;16:17;66:21,22;
128:15,19,21;130:2,10,13,15,
132:24;157:18;295:9;300:23;
301:3,6,14,19,21;302:7,9,15;
312.12,13,15,16,18,313:4,6

**meetings (1)**
314:7

**melded (1)**
121.3

**memorandum (32)**
152:25;155:24;156:7,10,11,
18;157:5,22;159:5,9;160:19;
169:17;170:3,14,25;181:2,19;
184:22;185:4:190:8,11:207.7,
20;209:22;212:9;228:12,
238:5;249:20;282:24;283:4,6;
285:15

**memory (17)**
16:6,9;57:21;65:6;66:23;
67:21;75:16;87:25;121:25:
153:2;183:18;185:5;191:24;
220:24;241:16;243:19;257:19

**mental (1)**
163:6

**mention (1)**
121:24

**mentioned (24)**
16:15;33:19;45:17;53:2;
87:20;95:16;119:9;120:2;

121:17;123:8,126:6,17;
138:22;143:14;167:19;190:3;
200:11;215:7;238:4;246:16;
250:15,23;263:16:298:9

**mentioning (2)**
118:21;213:16

**mentions (1)**
253:24

**merged (1)**
62:20

**met (25)**
11:12,16:48:12;66:4,19;
68:4;106:8,9;127:15,18,18;
128:11,17;129:23;133:5;
138:7;223:13,300:17,20;
303:23;304:10,12,311:7;
312:4;314:11

**metrics (3)**
75:9;85:2;94:10

**Mexican (1)**
115:22

**Mexico (4)**
72:22;104:25;105:3;115:17

**Miami (1)**
71:17

**micro (2)**
148:2;228:3

**mid (2)**
37:13,14

**Middle (4)**
30:2;172:7;191:20;271:12

**midst (1)**
197:25

**Midwest (1)**
248:17

**might (1)**
88:4

**Mike (1)**
12:16

**million (26)**

27:5,7;29:7;34:8,39:22;
54:4;58:25;59:6;61:11,23;
62:8;72:15,16;85:19;113:12;
146:22.22;177:20;184:13:
254:22;287:16,17,299:15;
302:18,19,23

**millions (3)**
184:9;200:12;265:4

**mind (3)**
237:2;281:22;309:12

**minor (2)**
72:14;121:25

**minus (2)**
243:20;289:4

**minute (1)**
304:18

**minutes (1)**
108:8

**Miracle (5)**
54:14,18,21;56:8;237:15

**mislead (1)**
256:4

**misleading (3)**
290:9,9;296:14

**misled (1)**
256:9

**mis-pricing (1)**
95:3

**mispronunciation (1)**
305:6

**misrepresentation (3)**
255:11,15,256:11

**misrepresentations (3)**
286:14.19;287:5

**missed (1)**
166:16

**missing (7)**
23:18;159:23;160:12,12;
243:2,5,282:11

**mitzvah (1)**

106:18

**mixed (1)**
174:24

**model (1)**
115:18

**moment (30)**
30:17;66:9;69:11,11;109:4,
8,15,17;120:20;131:4;133:19;
139:6;151:5;153:10,17;
180:12,19;182:25;183:19,22,
24;190:14;199:22;208:8,9,
233:2,17;235:25;249:19;
262:19

**moments (1)**
238:7

**monetary (1)**
76:7

**Monex (10)**
65:4,6,6,8,9,11,18;66:8,19;
67:2

**money (33)**
47:4,5;52:17,19;53:25;55:9,
21;63:16,19;66:8,10;74:4,5,9;
77:7,9;80:5;86:9,11;97:6,7,8;
100:14;121:4,5;124:19;131:9,
149:8,9,231:13;243:18;282:6,
284:18

**monitor (2)**
68:24;121:7

**monitoring (2)**
165:23,25

**monopoly (2)**
115:20,24

**Montero (1)**
10:13

**month (8)**
53:7,11;90:25;127:19;
128:4,5;166:19;313:3

**monthly (1)**
89:18

**months (5)**
33:13;118:24;225:16;
231:3;264:11

**Moody's (4)**
51:9,25;52:4;201:3

**more (91)**
13:9;20:25;21:22;26:13,13;
27:5,7;28:13,16,18;30:8;
36:21;44:17,18;46:6:51:18;
53:9;56:18;73:20;76:24;
77:18;80:4;81:13;83:19;89:8,
22,24;90:4;92:23;97:6,
103:10;109:21;115:17;118:5;
121:9,10,11,12;125:14;
129:13;135:11;149:5,6,7,7,
154:9;162:23;163:3;181:25;
190:22;193:6;207:14;209:17;
226:11,12,13;233:18,18;
234:9;235:20;236:8;237:24;
240.10,11;243:8;249:23;
254:7,12;256.18;262:25,
263:16;265:13,14;270:11,14,
21,24;271:23;275:17;276:17;
277:3;282:25;285:20;286:5;
290:12,14,291:15;296:11;
297.25;306.3;314:6

**Morgan (11)**
210:8,13,22;212:5;218:8;
219:6;220:18;221:12,21;
226.12,13

**morning (4)**
9:19;11:8,9;271:19

**mortgages (2)**
50:17;83:11

**Mosle (1)**
9:21

**most (27)**
11:23;17:15;25:14;41:2;
55:25;74:21;88:9;91:17;
122:14;124:10;165:2;168:16,

20;169:8;171:2,10;184:18;
193:16;198:21;206.25:
212:18;224:10;234:18;
264:15;274:12;277:25;278:3

**mostly (5)**
25:10;57.3;119:15;159:18;
224:6

**motivation (1)**
167:7

**MOU (4)**
152:9,18,22,24

**move (3)**
109:16;196:17;314:4

**movement (1)**
23:5

**moving (1)**
233:22

**MPV (1)**
281:13

**much (46)**
18:13,27.9;28:23;33:14,17;
35:6;52:15,19;53:8;58:2;
63:16,23;69:13;76:5;80:10;
93:8;94:21;102:21;105:11;
115:9,120:25,130:25;131:10;
133:24;151:5;158:21,160:5;
184:15;188:9;190:11;199:5;
201:9;210:12;223:3,23;
224:16;235:18;238:21;
248:18;251:6;268:3;281.18;
284:22;293:6,302:13,17

**mugged (1)**
107:24

**mugging (2)**
107:24;108:3

**Mukhtar (2)**
127:10;197:7

**multiple (4)**
44:14,16;116:13.24

**Multiplied (1)**

234:8

**mutually-agreed (1)**
281:10

**myself (12)**
31:6;49:14;63:2;97:20;
109:20;119:20;135:2;169:23;
170:9;182:15;184:8;188:22

## N

**name (34)**
9:13;10:17;11:10;18:2,4;
30:3;31:8;32:20,22,25;33:8;
38:3;45:22,25;46:8;53:3,4,
57:12;61:16;62:6;63:14;72:5,
6;97:23;113:5;127:7,9,13;
132:15,16;138:3,4;305:4;
312:9

**named (1)**
121:22

**names (1)**
45:25

**National (1)**
284:21

**natural (3)**
114:2;119:16;120:12

**nature (3)**
171:4;215:20;289:25

**navigate (1)**
251:8

**NB (1)**
10:22

**necessarily (3)**
250:5;263:6,7

**necessary (4)**
194:6;293:25;294:7;315:7

**necessity (1)**
299:25

**need (12)**
12:9,10;70:10;84:20;89:25;

155:8,9;221:2;236:6;304:19;
307:4,5

**needed (5)**
92:8;194:9;253:21;264:18;
298:7

**needs (2)**
99:9;269:17

**negative (28)**
217:24;218:4,7.11;220:14;
225.19;226:23;227:9,14;
242:11,18;243.2,15;244:4,15,
24;248:8;249:12,13,14,17;
261:25;262:6;281:8,23;282:4;
284:9;294:3

**negatively (1)**
221.21

**negligible (1)**
85:21

**negotiating (1)**
152.15

**negotiations (1)**
281:4

**Neil (1)**
185:20

**neither (3)**
71:14;73:15;200:8

**net (14)**
29:2,7,8,9;30:19;34:8;40:3;
52:21,22;53:10;58:25;59:5,
11;284:20

**never (12)**
23;21;53:15;66:11;70;4;
111:8;140:4;166:16;168:8,10;
169:25;190:15;287:9

**never-ending (1)**
242.6

**New (18)**
10:14;65:22;85:15;127:25;
128.2;154:4,8.14;164:21,22;
167:16;174:15;181:21;

188:20;190:19;207:9;271:18;
300:24

**news (9)**
78:18;87:11;147:18;
150:25;151:5,202:16;236:23;
237:25;238:6

**newspapers (2)**
69:15,19

**next (20)**
64:23;82:8,12,90:18;114.5,
6;144:25;170:19,20;185:10;
192:21;196:15;203:10.11;
217:16;220:17,20;231:15;
258:22;276:6

**nice (1)**
65:21

**nine (2)**
61:10;62:7

**nobody (7)**
131.3;160:13;170:19;
250:14;257:2,265:9;273:24

**nobody's (1)**
160:16

**noise (3)**
122:4;162:6;251:7

**nominal (1)**
243:20

**none (1)**
90:11

**nonexistent (1)**
262:20

**nonperforming (13)**
97:11,13,21;98:7,13,15,25;
99:7,9:101:10;203:7,16;
229:21

**nonqualified (2)**
217:3,8

**normal (2)**
151.19;196.16

**North (1)**

70:5

**Notary (2)**
8:14;10:13

**note (7)**
176:4,9,20,23;180:21;
233:14;292:23

**noted (3)**
255:2;314:20;315:13

**notes (68)**
118:9;149:13,15,17,21;
154:7,8,9;161:22,24,163:4;
174:13;175:19,25;176:2,7,10,
12,18;177:2,14,16,24,25;
178:2,7;179:9,10,12,21,24;
186:18;187:12,13,22;191:22,
23,192:4,20,22;201:18,207:3;
209:13,14;210:5;211:10,12,
19;213:22;221:17;231:5,6;
233:18;234:4,7;236:12,21;
245:18,20;248:9;271.24;
274:4,275:18,284:5;285:16;
287:18,22;289:22

**nothing (15)**
71:10;72:16;88:10;94:20;
105:11;147:6,160:15;171:14;
183:2;207:13;225:8;231.13;
251:20;255:21;256:24

**notice (4)**
9:3,13.19;24:10,13

**noticed (1)**
13:20

**notices (2)**
24:19;308:6

**noticing (1)**
9:18

**November (6)**
185:21;239:11;241:12;
266:2,24;291:20

**NPL (1)**
97:17

**NPLs (4)**
196:17;204:19;211:13;
230:7

**nuclear (4)**
74:13,16,18,75:10

**Number (62)**
9:2,7;24:9,12;70:16;77:21;
78:2;84:6,22;87:3,6;99:15;
104:5,8,12;116:5.8:129:16;
136:3,7,10,13;146:15;151:24;
162:19;164:10;165:10,13;
172:21;173:3.6,9,12.15;
174:21;175:3;180:11;183:11,
11;185:16;186:16;218:20,24;
219:4;222:12;236:4;239:8;
241:6;247:20;252:4;253:6;
263:23;266:18;268:9;269:24;
271:6;272:17;273:10;275:4;
293:17;297:17;313:17

**numbers (6)**
117:5,199:5;211:9;227:20;
248:21;251:16

**numerical (1)**
217:21

# O

**o0o- (3)**
8:18;314:22;315:23

**Oak (1)**
10:22

**oath (1)**
15:6

**obey (2)**
89:24;90:8

**object (4)**
12:6,7;298:23;309:2

**Objection (98)**
29:16,30.24;40:21;44:20;
48:2,17,52:6,54:6;55:3,14;

56:12,17;58:5;61:6;69:2;
82:10,89:19;98:9,12;101:23;
118:11;123:2;125:18;128:24;
133:4,11:134:7.22;135:6;
138:16;140:12;141:6,16,21,
24;,42:8,17,24;143:12;144:9;
145:12;146:6;150:3,12;
152:21,23;207:24;209:15,19;
213:8;214:11,17;216:15,20:
218:9;223:8:225:24,226:8;
232:3,255:16;257:22;278:22;
280:17;281:16,25;283:2;
284:11;285:8,17;286:16,25;
287:20;288:19;289:2,18:
294:19;295:5;296:10;297:24;
298.23;299:7.300:12;306:20;
307:3,3;308:14;309:10,20;
310:9,18;311:4,14,25;313:11,
15,21,24;314:12

**objections (1)**
    8:9
**objectives (2)**
    46:19,22
**obligations (3)**
    294:5,307:21,23
**obscure (1)**
    199:6
**observe (1)**
    90:10
**obsolescence (1)**
    171:13
**obsolete (1)**
    171:21
**obtain (2)**
    82:17,132:18
**obtained (6)**
    137:7,10:141:4,4;142:21,22
**obviously (1)**
    167.13
**occurred (2)**

154:23;174:12
**O'Connor (4)**
    10:5;140:24;141:14;142:11
**October (3)**
    252:8,18;260:14
**off (24)**
    10:25;11:3;12:10;24:6,8;
98:23;103:23,25;131:15,18;
241:2:266:14;290:25;291:8,
25;292:3.6,8;307:4,10,13,15;
314:16,18
**off-balance-sheet (3)**
    211:15;212:7;250:12
**offer (9)**
    109:25;235:5,6,12,273:15,
21;277:5,6,7
**offered (2)**
    108:16;114:8
**offering (2)**
    276.23;277.2
**office (3)**
    65:18;170:17;237:19
**Offices (2)**
    10:7;143:16
**official (7)**
    38:7;129:7;131:8;133:22,
205:12;247:9;251:3
**officials (15)**
    133:23,24;228:2;238:13,13,
25,244:8,17,245:8;251:18,18;
256:17;263:15;283:14;290:8
**offsetting (1)**
    245:4
**often (13)**
    69:4,5,6,25;88:16;89:9,20;
157:18;166:10,169:5,8;237:3,
5
**Oh (2)**
    40:16;113:15
**oil (29)**

75:8;77:13;114:3;120:2;
301:7,8,9,9,17;302:4,6,9,10.
13,19;303:11,12,22;304:25;
305:8,10,15,20;306:2;308:13,
24;309:8,9,16
**Okay (29)**
    11:4;15:2;42:3;58:21;
109:14;116:23;126:2;143:24;
160:16;175:21,25;177:18;
187:11;189:15;195:13;
204:22,22,230:4:253:24;
263:5;265:13,14,278:8;279:8.
22,25;293:5;295:12;297:20
**old (7)**
    54:23,62:25;63:7;154:4,7,
9;174:13
**older (2)**
    121:11;223:14
**on (249)**
    9.6;14.7,10,16,19,15.2;
16:18,19:11,11,14.14;23:18;
24:16,25;25:5,9,35:22;39:2;
40:15;41:5;42:14;43:25;
48:13,49:12,13;50:9,10;
52:17,53:15,25,55:9;56:10;
58:25;59.4,62.20:63:2;68:24;
70:6,9,10;72:20;74:4,5,9,11,
12,13,15;75:4;76:18;77:3;
78:18;80:5,8,17;82:13;83:5,
16:85:15;86:11:87:23,89.18;
90:7;91:25;96:2,15,98.14,17;
101:15;102:8,8,11,11,105.7,9,
13,15,16;107:21;109:12,25;
110:11;113:13;116:10,14;
117:5;118:15;121:7;125.2,16.
20;131:22,132:4:134:12;
137:11;138:9;139:4,4,4,13;
143:15;144:13;145:13,25;
146:9,10;147:24;148.6,
149:21;151:25;156.20,21,24,

160:9,164:12;165:13,167:20;
169:4,5,16.17;170:3.7;
174:20;175:2,12,14,176:13;
177:10;178:7.9;179:23:
180:15;183:17;184:6,186:7;
187:3;188:10;189:3,5,6,7,9,
12;190:2;192:10,18;193:24;
194:4;196:6,7;198:8;199:7;
201:7;203:20;205:8;206:7,17,
17,19;207:2,17,208:5;209:12,
12,13;210:3,4,211:8,13;
214:15;216:5;217:19,219:23;
222:4;225:4,7,9,12;226:2,10;
227:17,17,24;228:16,20,25,
229:21;230:3;231:19,21;
232:25,25,233:7;235:5,
237:25;238:23;241:9;242:11.
11,14,15,17,18;245:3;246:2,2,
15;247:16;248:4;250:11;
251:9;252:10;264:6;265:10,
21,266.3,21,267:14;268:2,13;
272:24;274:12;277:21,24;
279:16;284:3;285:14;287:4,
16,17,18;288:13,17;291:12;
292:10,23,24;294.9;296:5,7,
299:10;303:12;304:19;
307:17;309:4;314:4;315:9,13
**on-balance (1)**
    212:6
**on-balance-sheet (2)**
    211:11;250:13
**once (5)**
    85:11;88:8;139:2;166:19;
180:5
**one (102)**
    10:21;20:13;21:15,24;
22:15,27:25;30:8,25;38:8;
44:17,18,21;45:13;46:6;
56:18;57:5,60:19;61:4;64:19;
67:16,72:15,16,73:24;74:7:

76:15,78:8;84:22;85:19;
87:25,94:25;96:15;99:21;
104:18;105:10,17,21;106:4,6,
10;107:13;109:11;115:14:
125:12;140:20;147:13;154:9;
158:8;164:10,17;166:8;172:3,
4;176:6,7,11;183:3;187:21;
190:22;192:13;195:18;
197:22;198:2:202:22;203:2,
10,11,214:10;218:14,14,15,
16;223:16;231:19;232:13,25;
233:24,25;240:10;243:8;
248:15;252:2;254:7,11;
260:15;261:12,15;263:9,13,
16,23,24,25;274:14;275:25,
280.10;285:20,25;295:14;
298:2;306:3:309:25;312:12

**ones (7)**
24:21,22;149:19;201:12;
238.25;258:18;297:15

**ongoing (3)**
217:18;245:2;284:24

**online (1)**
23:9

**only (34)**
11:16;14:10;21:25;23:11;
30:5;64:19;68:9;90:2;91:12;
93:2;105:15;106:10;111:2;
124:10;132:23;160:8;166:8;
188.20;218:11;246:10:
255:18;258.17;279:19;
289:16;292:19,25;293:8;
301:16;302:3;312:13,16;
314:5,8,10

**on-paper (1)**
303.10

**onto (1)**
195:16

**open (5)**
23:6;43:20;57:2,16;235:12

**opened (3)**
41:15;64:24;139:14

**opening (1)**
58:11

**operated (1)**
216:24

**operations (2)**
262:8;267:13

**opinion (10)**
50:9,14,16,81.22;145:13;
146:7,10;217:2,8;248.19

**opinions (1)**
242:17

**opponent (1)**
130:21

**opportunities (2)**
82:9;105:14

**opportunity (5)**
80:21,25;300:4;307:18,25

**opposed (1)**
184:16

**option (1)**
261:22

**Orach (1)**
271:18

**order (2)**
173:22;194:4

**ordered (1)**
193:15

**orderly (2)**
190:16;244:21

**orders (3)**
116:25;172:12;193:20

**organization (1)**
95:13

**organize (1)**
103:21

**organized (1)**
14:13

**original (2)**

62:8;315:17

**Oroscom (5)**
85:19,23;86:16,19,25

**Orr (1)**
9:24

**Osorno (11)**
38:4;57:10,13,14,15,16;
61:10,18;62:10,20,22

**other (94)**
13:14;15.24;16:14;20:23,
23;24:22.26:5,8;27:12.16;
29:21,30:5,21;31:2,34:5;
35:22;42.7;44:5,11;45:19;
46:4;50:11;53:2;54:7;59:25;
65:8,25;67:3;68:22,23;71:19;
73:13;75.25;76:3;77:6;80:12;
81:16;101:20;102:6,22;
105:14;109:12;110:6,10,19;
114:9;116:8,15;117:18,22;
120:3;121:19;122:23,130:25;
135:24;138:20,24;144:4;
149:19;154:11;159:2,7;
165:17,22;168:21;174:8;
177:13,14;179:16;181:10;
186:16;198:17;207:16;
214:10;215:2,5,218:15,16;
233:25;245:3;253;19;256:16;
264:8;274:22;285:11;292:21;
293:10;298:5,19,21;299:24;
300:9;301:2;309:15

**others (1)**
116:22

**otherwise (5)**
43:18;110:9;139:20:308:4,
7

**out (66)**
17:9;30:9;38:19,24;40:19.
19,23,24;41:3,12;47:18;
54:17,25;58:18,18,20:59:15,
62:12,73:22;74:8;75:8,90:17;

98:16,109:9,14,15;121:5,
128:23;133:10;159:5,22;
160:21;163:14;167:17,23;
169:12;171:5;183:4;189:17:
190:18;191:18;199:9;209:10;
224:17;228:10;233:24;
237:18;238:6,7,12;244:19,22;
246:6;249:6;250:9;251:17;
256:17;258:4;260:8;265:12:
269:15;274:3;280:24;282:6;
283:23;310:5

**outcome (3)**
261:17;262:2,4

**outcomes (1)**
261:9

**outlined (1)**
148:2

**outlook (1)**
196:7

**outside (20)**
27:12;29:22;30:6,16,19;
142:16;143:10;203:17,23;
212:16,17;213:13;214:5,9,13;
216:3,17;217:7;287:8;313:25

**over (9)**
83:22;157:24;162:14;
193:17;195:8;225:16;235:10;
288:9;315:6

**overcome (1)**
98:12

**overdue (1)**
229:15

**overestimated (2)**
160:23;264:7

**overlooked (4)**
52:11,15;114:7;286:8

**overly (1)**
185:5

**over-provisioned (1)**
250:4

**overreach (1)**
135:2

**overseeing (1)**
31:6

**oversight (1)**
299:13

**overstated (3)**
39:25;250:22;251:2

**over-the-counter (1)**
168.2

**overvalued (1)**
102:13

**over-viewed (1)**
286:6

**owed (1)**
243.25

**own (29)**
26:3,6,7,7,9,16,19;27:3,13,
16;28:6,14,21;30:18;32:4;
34:17,20;35:10,12,13,13,14;
49:8;50:14;59:11;129:12;
134:2;189:13;190:4

**owned (8)**
96:8,11;129:13,17;174:13;
181:8,218:13;235:21

**owner (18)**
22:21,21,23;26:24;31:4;
38:11,12;58:15;65:8,11;68:9,
12;127:6;129:12;133:25;
204.3;251:5:305:9

**owners (4)**
38:8;133:15;148:25;309:23

**ownership (4)**
30:23;158:18:208:17;
292:24

---

### P

**package (4)**
83:13;164:10,17;178:15

**packages (2)**
83:11,12

**Packaging (1)**
50:17

**page (69)**
40:15;41:5;42:15;46:16;
47:20;58:14;59:2,4,5,17,21;
117:4,6;123:12,15,16;143:23;
157:2:172:7:174:20;175:10;
177.11;186.23;187.17;191:6,
7,15,16,18,21;195:9,11,12;
196:4;202:24;203:6.9;204:6,
7,10,16,21;220:7;229:20;
230:3;232:25;233:2;234:20;
242:3,4,11,15;261:4,5,6;
267.11;269.6;271:13;272:9;
277:20;278:4;279:6,9,13,17;
293:15,20,21;298:2

**pages (3)**
151.25;170.2;277:24

**paid (12)**
35:6;105:11;148:12;
159:11;198:4,5,6;238:10;
247:6;264:10;284:19;292:22

**Pamela (2)**
116.8,21

**Panama (6)**
41:18,20;42:5,8;43:3,5

**paper (10)**
23:11,14,18;48:4;81:10,13;
169:14;170:11,194:12,303:12

**papers (6)**
142:12;157:4,8;159:4;
192:10;195:18

**paperwork (1)**
48:11

**paragraph (18)**
137:6;143:25;197:4;211:8;
220.17,18,21,22:221:14;
239:16;255:4;279:19;293:16,

21;296:8;297:8,17;298:2

**part (15)**
124:11;152:14;155:21,25;
164:14;203:8;232:11:267:17.
20;279:17;281:12;283:10;
287:5,13;294:2

**participants (3)**
181:10;182:17;200:9

**participants' (1)**
182:19

**participate (1)**
194:15

**participated (2)**
86:21;96:16

**participation (2)**
180:8;212:20

**particular (8)**
92:9;105:6;107:12;178:8;
195:15;229:5;256:7;293:8

**Particularly (1)**
135:12

**parties (4)**
8:5;9:17;218:13;282:6

**parties' (1)**
135:24

**partner (4)**
224:4;300:17;302:6;307:9

**partners (1)**
61:14

**parts (3)**
159:10,11,14

**party (12)**
62:5;106.11;107:3,7,10;
110:8;137:8.15:138:24;
244:22;313:22,23

**passed (1)**
231:3

**past (1)**
312:20

**pasted (1)**

152:7

**Patrick (15)**
40:8;66:16;67:22;84:10;
89:8:105:4:107:8:116:21;
120:21;123:24;157:15,15;
233:8,9;241:11

**Patrick's (2)**
58:9;107:11

**pattern (5)**
89:24;90:8,10;169.3;
190:19

**pay (19)**
43:4,9,25;53:6;69:24;
70:15;83:15;100:17;158:8,19;
160:7;181:18;201:25;226:11,
12,13;232.16;243.21;276:12

**paying (11)**
84:24;97:15;100:6;177:16;
206:21;238:8;243:25;263:22;
287:10;310:6,13

**payment (2)**
44:3;266:3

**payments (1)**
158:19

**pays (5)**
43:2,11,44.5,50.4;176:21

**pen (1)**
221:3

**penny (1)**
70:4

**pension (3)**
120:24,25;121:3

**people (42)**
31:21;49:18,23;50:11.17;
55:8;56:15,23;57:3;66:10;
70:2;75:20,81:7,83.10,15;
85:16;97:16;101:13;106:4;
116:9,14;118:5;121:4;129:20;
142:11,20;153:4;160.5,11,18;
169:11;194:14;200:12;202:2;

Atlantica Holdings, Inc. v.  Confidential  Claudio Khamis
Sovereign Wealth Fund  December 6, 2018

264:16;272:12;285:21;286:8;
299:14;303:21;308:18,310:22

**people's (1)**
49:4

**per (3)**
120:10;290:18;292:17

**percent (45)**
38:14;55:24;61:10,22;62:7;
126:21;129:13,18,19:21;
167:15;176:3,12,18,21;
177:16;178:14,21;183:10,10;
190:24;198:5,6;225:15;
226:22;243:18,20;245:19;
261:15,20;262:3,9,12,22,25;
263:4,23;265:12;273:15,21,
22,24,284:6,20;306:22

**percentage (3)**
76:20;82:4;126:24

**percentages (1)**
262.23

**Perfect (1)**
242:5

**perfectly (1)**
254:3

**performance (1)**
230.21

**performing (4)**
97:14,23;98:17;99:24

**period (63)**
36:12;77:5;79:12,82.2,21,
23,88:5,7,17,18;90:9,13;91:9,
14;117:24;118:7,17;121:20;
123:4,7;125:15,21,24;147:17,
24;149:18.21;150:10,25;
165:6,14;166:5,11,12,18,23;
169.6;172:15;194:25;199:23;
227:24;230:24,25;237:4,7,8,
18;238:2;239:21;244:7;
250.17;258:3;267:2,271:24:
272:2,273:6;274:3;280:14;

281:23;282:17;283:13;
286:21;302:14

**periods (1)**
167:11

**permanent (1)**
245:11

**permanently (3)**
25:14;98:23;201:23

**person (22)**
31:6,8,20;48:24,25;64:18:
70:14;89:12,14;92:21.123:23;
131:9;132:14;160:14;189:10;
197:17,23,223:15;237:22,22;
254:9;311:11

**personal (5)**
22:16;29:7,9;34:9,11

**personalities (1)**
242:16

**personally (3)**
28:9,11;39:10

**perspective (1)**
308:5

**pertinent (1)**
111:2

**Peru (1)**
60:4

**pesos (1)**
65:7

**pharmaceutical (1)**
30:2

**PHC (4)**
42;11,16,17;72:2

**phone (8)**
89:16;110:11;138:9;
162:15;168:24;193:17;
313.17;314.9

**pick (2)**
89:16;168:24

**picked (1)**
128:12

**picture (2)**
199:6,246:13

**piece (12)**
30:25;157:7:159:10:
163:14;169:20;196:24;
198:21,22;243:4,15;256:15;
283:7

**pieces (8)**
151:7;157:5,21:158:2,6:
170:6,11;256:16

**pile (4)**
232:20;258:5,6,8

**Pizzurro (4)**
300:18,23;302:6;309:15

**place (10)**
20:13;26.8,77.6,9;166:8,
168:4;196:23;235:10;245:8;
313:6

**placed (1)**
207:8

**places (3)**
32:15;110:10;129:20

**plaintiff (6)**
10:8;14:7;110:13;143:21;
146:2,293:21

**plaintiffs (19)**
10:5;14:11;16:19;29:12;
71:5,7,11,14,20;116:18;
137:7;143:18;145:21;194:21;
221:14;258:11;274:19;275.7;
300:5

**plaintiffs' (1)**
143:15

**plans (1)**
141:2

**plausible (2)**
120:19;288:8

**play (1)**
115:22

**playing (1)**

**picture (2)**
262:23

**please (23)**
9;16;10;10,16,19;11:23;
36:9:43:18:72:19:78:11;
136:17;186:25;221:10;234:3,
13;239:17;240:16;270:9;
271:16;273:20;291:16;
308:20;315:6,11

**plummeted (1)**
225:15

**plural (1)**
303:20

**plus (1)**
153:19

**pm (16)**
131:20,20,22;173:15;
218:20;219:4;241:9;255:2;
266:21;291:8,12;292:6,10;
307:17;314:18,20

**Poc (20)**
222:17,19,20;224.21:
228:24;229:4,23;247:25;
248:7,16;266:23;267:4.9,25:
268:4,16,17;270:3,12;274:11

**point (25)**
21:20;23:18;48:20,65.3;
67:16;88:21;98:23;104;19;
110:25;113:3;121:13;125:22;
132:4:153:2;159:5,22;160:22;
183:4:215:7:217:17;224:6;
274:14;278:7;280:24;299:17

**pointed (2)**
265:12;299:22

**pointing (3)**
130:3;226:23;246:4

**points (1)**
244:19

**policy (1)**
76:7

**political (1)**

Case 1:12-cv-08852-JMF Document 271-40 Filed 08/26/20 Page 120 of 278

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

130:20

**pool (1)**
251:24

**poorly (2)**
285:11;286:11

**population (1)**
120:7

**Porsche (2)**
35:14,14

**portfolio (37)**
20:24;55:19,22;76:21;82:4;
99:10,101:9;102:17;114:17,
21;122:22;124:14;126:21;
148:4,21;149:3;151:9,12;
156:2;160:24;163:23;166:2;
183.6,9,21,202:25;203:4,9;
215:5;230:18,21;257:7;264:5;
283:10;286:7;288:4;290:17

**portray (1)**
244.15

**portrayed (20)**
138:19;181:19;203:22;
207:7,15,20;209:21,22;
215:10,11,11;227:6,22;
228:11;248:25;249:17;
254.15;265:14;285:4;290:6

**position (10)**
31:19;38:5,7;85:21;122:5;
145:8,23,25;281:21;285:13

**positive (2)**
227:7,253:13

**positively (1)**
115:22

**possession (1)**
139:7

**possibilities (1)**
233:24

**possibility (6)**
119.18,22;246:19;247:13;
278:25;280:22

**possible (3)**
17:18;85:20;158:22

**post (2)**
126:8;245:13

**potential (11)**
101:19;246:25;247:4,6,12;
267:25;280:6,19,20;286:21;
296:15

**poured (1)**
183.20

**PowerPoint (1)**
203:13

**practice (8)**
33:21;93:23;149:20,23;
150:15,24,151:2,19

**practices (1)**
115:25

**precise (4)**
27:18;103:10;135:2;159:8

**precision (1)**
185:7

**predatory (1)**
115:25

**predecessor (2)**
115:7;150:22

**preferable (1)**
253:18

**preferred (1)**
105:10

**premise (6)**
94:6;126:6;252:16;287:22;
289:6;292:16

**preparation (3)**
12:23;16:20:19:8

**prepare (8)**
12:12,19,25;13:14;95:7,10;
214:2;219:17

**prepared (4)**
93:20;101:15;156:12;
219:13

**prepares (1)**
32:14

**preparing (2)**
213:21;219:11

**present (3)**
35:7;85:25;115:12

**presentation (14)**
125:6,11;202:7,15;203:3;
204:8,11,23;205:2;206:22,24;
213:5;225:22;227:8

**presentations (4)**
125:17,20;169:9;228:17

**presented (1)**
156:12

**presently (1)**
144:6

**preserve (1)**
76:14

**president (1)**
235:22

**press (6)**
133:23;238:6,11;269:5,7;
272:12

**pre-structuring (1)**
183:9

**presumably (1)**
124:3

**pretty (17)**
66:2;74:10;105:22;120:4,
25;130:25,131:10;157:18:
160:21;188:14;190:11:
210:12;219:22;223:23;
224:16;240:19;241:20

**previews (1)**
293:10

**previous (7)**
127:5;133:15;147:3;
163:25;219:6;251:5;292:14

**previously (10)**
40:6;58:8;82:3;135:17,

163:9;186:4;187:5;208:16;
210:14;225:23

**price (37)**
83:9;85:20;91:21;94:21,23:
95:2;102:10;148:8,12,19,22;
153:21;163:8,9;164:5,7;
167:5,25;168:12,15,19;
193:11;198:3;226:4;231:11;
234:7;264:9,11;273:25;274:3;
276:19;277:4,7;287:24,25;
288:3;289:8

**priced (1)**
190:22

**prices (9)**
167:14,23;193:9,13;196:15,
202:18;224:15;274:7;276:23

**pricing (3)**
23:22;83:18;276:20

**primarily (1)**
134:5

**primary (2)**
47:10;48:14

**principal (3)**
46:24;99:4;282:8

**principals (1)**
217:13

**principle (1)**
243:6

**print (3)**
169:20,24,25

**printed (1)**
20:14

**prior (29)**
18:12,13;40:2,3;74:22:
75:12;91:13;107:6;114:8;
115:8,9;118:22;120:11;124:9;
186:20;188:15,16;190:8;
192:6;201:14;213:18;250:24;
254:22;276:4;287:23,24;
288:8;291:14;305:17

**private (2)**
42:18;121:2

**privatized (3)**
119:15,19,21

**privilege (6)**
112:24;145:5,10,14,23;
146:4

**privileged (6)**
21:16;142:14;143:9,17;
144:17;145:6

**privileges (3)**
144:5,6;307:7

**probabilities (1)**
261:12

**probability (2)**
261:9;265:12

**Probably (53)**
11:17;19:15;41:9;57:7;
61:3;62:2,13;63:8,18;65:17;
66:21;75:2,5;89:5;90:10;
106:19;120:4;122:17;127:21;
153:9;156:15;163:10,13,21;
165:8;169:7;170:9,17;176:5;
180:10;193:6;195:18;199:16;
200:7;225:12;226:20;228:20;
231:10;235:20;236:24;
237:20,20;249:18;254:8;
263:18;264:9;283:19;287:7,
21,21;290:4;296:19;304:6

**problem (9)**
73:24,74:23;75:3;244:12,
13;248:8;251:19;263:14;
286:7

**problems (5)**
23:17,55:18;148:25;
230:18;244:11

**procedures (1)**
283:12

**proceeding (1)**
9:18

**proceedings (7)**
134:4,9,15,17;181:4;310:7,
8

**process (29)**
32:3;36:8;56:21;57:3,17;
63:22;73:22;101:7;125:2;
146:2;151:6;152:25;155:6,7,
12;162:7;163:6;180:20;
181:17;198:18;199:8;200:7;
213:17;215:3;221:25;237:9;
246:15;254:5;256:9

**produce (1)**
273:3

**produced (18)**
21:24;71:7,8;88:6;170:24;
194.21,22;195:16,23,25;
202:8;229:9;230:5;257:16;
268:19;269:5;271:9;273:13

**producing (4)**
87:21;88:6;92:17;202:18

**product (3)**
81;20;200:9;281:10

**production (1)**
21:21

**products (2)**
73:10;81:9

**profession (1)**
310:23

**profile (7)**
47:10;48:15;49:17,19,21;
121:8;196:7

**profit (15)**
39:2,5,6,18,22;54:4,24;
56:10,16;91:16;178:7,9,10;
179:23;180:2

**profitable (4)**
96:21,25;97:2;98:8

**profited (1)**
58:3

**profits (1)**

178:8

**pronounce (1)**
11:5

**pronouncing (1)**
57:11

**properly (2)**
229:13;264:14

**properties (26)**
26:6,7,9,14,16,19,24;27:3,
10,12,15,21,23;28:5,13,21,
33:15,18,19,23;34:3,5,10,12,
14;60:4

**property (3)**
28:2;83:16;108:5

**proposal (2)**
161:22,23

**prosperous (1)**
202:23

**protect (2)**
145:9;146:4

**protected (1)**
144:4

**protective (1)**
173:22

**proved (2)**
160:22;290:13

**provide (8)**
105:13,15;108:14;217:20;
219:16;294:6;306:13,19

**provided (7)**
105:17;137:19;202:15;
219:18;251:25;256:8;287:11

**providing (1)**
78:18

**provision (8)**
98:17,19,20,212:3;257:5,5;
285:25;286:2

**provisionally (1)**
98:21

**provisioned (1)**

**provisioning (9)**
151:8;200:5;227:19;
230:19;250:2,15,16,18;263:8

**provisions (6)**
126:22;152:5;180:15;
183:5;213:17;299:12

**Public (9)**
8:14;10:14;132:3;153:21;
156:20;228:2;238:12;256:5;
312:8

**publications (1)**
312:7

**publicly (2)**
137:11;211:24

**published (2)**
229:25;230:7

**pucho (1)**
85:21

**Pull (2)**
258:4;283:23

**purchase (12)**
117:19;146:21;147:15;
163:3;182:9;192:4,5;257:16;
258:22;276:17;282:25;305:15

**purchased (14)**
118:9;147:12,13;162:23;
187:13;283:23;285:15;
286:12;287:15;294:16;296:9,
21,297:16,23

**purchases (29)**
163:19;186:17;187:4,12,17,
21;188:3,8;191:21;257:24;
258:10,14;259:7;272:5;
275:14,24,276:6;283:5;
291:17,22;292:15,19;293:2,3,
9;294:8,14;296:2,23

**purchasing (1)**
288:22

**pure (2)**

115:22;215:20

**purpose (3)**
128:21;245:7;246:9

**purposes (3)**
18:18;25:11;147:25

**put (27)**
20:23;47:13;49:14;56:23;
57:16;58:24;60:22;121:4;
141:8;147:8;156:2;165:13;
180:22;181:20;189:5;190:16;
194:18;196:25;198:8;199:2;
208:13;212:6;213:2;232:19;
289:25;298:2;299:9

**putting (2)**
121:5;130:4

**PWC (2)**
214:9,10

## Q

**qualified (8)**
217:2,3,4,4,5,5,8;244:15

**quality (13)**
45:11;51:6;52:10;99:13;
183:8;215:4;228:25;229:8,11;
250:3;254:4;265:5;286:7

**quantify (1)**
148:23

**quantifying (1)**
149:2

**quantity (1)**
177:19

**quarter (2)**
94:16;266:4

**quasi-sovereign (2)**
182:22;186:8

**question (60)**
8:10;11:25;12:4;22:18;
26:21;40:22;44:9;52:2;78:14;
82:7;98:11;108:18;112:8,14,

17;117:3;125:14;128:16;
131:13;132:9;134:8;140:22;
145:2,18,20;150:13;159:20;
160:17;185:10;186:25;
201:16;204:14,21;216:6;
221:7;228:11;251:11,12;
253:8;254:21,23;260:22;
268:20;276:15;278:8,13;
281:22;283:17;287:4;288:10,
21;292:14;295:7;296:12,25;
308:11,11,21,23;309:6

**questionable (1)**
197:9

**questioning (1)**
193:21

**questions (19)**
11:22;12:7;64:16;130:3;
152:5;172:19;215:25;219:25;
220:5,6;226:24;233:3;247:15;
259:11;278:18;308:2,10;
313:25;314:6

**quick (4)**
21:8;210:17;218:18;266:10

**quite (4)**
95:24;109:23;236:19;237:5

## R

**rabbi (1)**
65:21

**raise (1)**
56:5

**raised (1)**
301:6

**Rajalingam (1)**
78:13

**Rameda (1)**
30:4

**range (5)**
29:6;81:15,16;148:14;

303:6

**rare (1)**
118:14

**rarely (1)**
260:11

**rate (4)**
52:5,9;61:25;201:10

**rated (3)**
51:24;52:11;75:21

**rates (2)**
76:8;284:23

**rather (4)**
46:24,25;177:14;310:4

**rating (11)**
50:19;51:8,11;52:5;75:22;
201:2,6,9,11;232:13,16

**ratings (5)**
51:16;200:17,23,24;201:18

**rationale (1)**
290:13

**reach (2)**
128:23;133:9

**reacted (1)**
221:20

**reaction (20)**
182:19;196:10,13,197:13,
15;202:14;211:4,5;241:25;
248:14;252:23,25;253:11,12,
13;262:17,19;263:5;269:12,
13

**read (55)**
47:25;48:9;69:15,19;90:4,
21;93:7;105:9;117:9,12,13;
135:4,7,9;136:24;153:7,10;
159:19;163:24;171:9;188:5,6;
196:23;202:16;209:4,210:6;
220:24;221:2,2;229:13;
252:21,22;253:9;260:13,23,
25;262:15,17;266:7,9;275:11;
277:17,22,24,25;278:2,12,13,

279:5;281:19;283:20;297:20;
308:19,22,315:6

**reading (14)**
150:5;196:9;197:11;
205:19;207:4;211:2,2;230:2;
234:2;260:7;262:11;267:17,
20;279:20

**reads (2)**
152:8;234:20

**ready (2)**
221:9;252:17

**real (8)**
34:7;54:11;60:3;162:13;
167:7;199:20;245:24;290:15

**realistically (1)**
250:3

**reality (2)**
249:16,25

**really (6)**
74:2;99:25;134:12;160:20;
224:5;286:4

**reason (23)**
15:11;16:10;44:16,21;90:2,
11;91:13;115:4;180:3,4,5;
182:8;193:2,4,8,11;197:20;
222:6;225:13;259:6;276:20;
300:2;315:8

**reasonable (5)**
94:9;114:18;161:7;248:23;
253:22

**reasons (4)**
45:13;110:24;183:3;256:23

**recall (185)**
18:6,7;20:4,20,25;21:11,23;
27:25;37:2;39:6,20,24;45:3,7;
46:7;48:25,52:20;54:16,20;
60:17;61:20;64:23;66:4,9,21;
67:24;68:4;71:21;72:10,13,
16,73,16;74:5,20;75:14,
77:12,79:20;84:4;85:2,22;

86:4,14;88:12,16,23,24;
90:25,91:3;92:16,19;93:14,
17,22;94:18;106:25;107:2,9,
12,19;117:18;118:16;120:3,3,
21,:21:21,22;122:2,23;123:6;
124:24;126:12,15,16,128:4,5,
6;133:13,19;134:24;139:5,10,
17,17;146:25;149:16;151:2;
152:3,4,13;156:24;157:3;
158:5,5,160:18;161:17,18,20;
162:11,12,17;163:5;164:23;
165:5,168:20;169:7,8,16;
176:24,177:2,21,23,178:3,6,8,
9,10;179:17,20;180:10;
184:24;186:19;194:3,10,11,
13,14,24;197:11;199:25;
202:9;206:21;207:21;208:8,9;
210:24;213:10,19;214:9,12,
18;221:20;224:20;229:3,5;
231:4,9;237:6.8,10,21;
238:15;240:10,11;252:18,
258:3;260:4,4,6,7,24;262:18;
266:25;267:17,20,22;268:14,
21;272:24;273:2;274:21;
275:2,286:24;290:22;293:9;
301.5;302:8;303:6;304.2,17;
309:18,21;311:15,16,17;
312:13

**recalling (1)**
140.15

**receipt (1)**
315:18

**receive (14)**
36:17;37:15:79:6;132:21;
157:4,7;159:2;169:10,177:5;
206.19;232:4;240:7,241:18;
289:13

**received (47)**
37:21,23;132:10.12;140:14;
153:8,154:4:155:16;162:2;

174:22;175:12;176:18;
177:14,15,178:16;179:9,12:
183:17;191:4;192:7,18,22;
195:2,3,7;202:12;206:22:
232:2,5,7,8;240:17,19;241:20,
23;248:12;252:21,22;253:9;
260:14;261:2;266:8;267:18,
21,23;277:18,23

**receives (2)**
43:14,23

**receiving (13)**
152:3;161:18;177:2;181:7:
194:24;227:4;229:3;245:16;
252:18;260:6;266:25;268:14,
21

**recent (1)**
13:9

**recently (2)**
14:5;312:3

**recess (7)**
104:2;131:19,172:22;
218:21;241:3;266:15;291:9

**recognition (1)**
209:12

**recognize (5)**
40:10;78:15;80:17;214:14;
216:4

**recognized (1)**
206:16

**recollect (3)**
16:25;124:7;213:15

**recollection (38)**
12:20;27:18,19,22;30:7,8,
17:34:14;40:18:45:8;53:8;
54:22;64.15;66:25;71:13;
77:16;78:23;79:23;106:9,
118:8;165:20;176:17;177:7;
178:17;185:8;187:25;192:23;
195.14;206.24;216.8;221:22;
243:14;247:8;257:24,25,

258:13;272:5,306:21

**recollections (7)**
19:10;76:25;135:10;159:8;
170:6;192:12;273:7

**recommendation (2)**
196:6,12

**recommendations (1)**
74:13

**recommended (1)**
115:11

**record (41)**
10:17,20:11:2.3;12:3,10;
21:9,12;24:6,8,16;102:5;
103:23,25;123:5;124:5;
131:16,18,22;182:25;185:24;
241:2,9;257:15,266:14,21;
291:8,12;292:2,4,6,8,10;
307:4,11,13,15,17;314:16,18,
19

**records (9)**
26:15,18:27:9;32:24;39:21;
77:2,3;257:15;291:21

**recover (7)**
53:21,22;56:16;134:5;
181:4;203:20,289:16

**recoverability (1)**
197:24

**recovered (5)**
215:15;237:13;254:4,5;
263:17

**recoveries (12)**
180:25;181:8;207:12,13;
208:14;211:13;213:21;
236:22;258:19;264:3,7;
306:23

**recovery (52)**
154:15,16;155:16,18,22,25;
156:4;159:7;164:17;175:23;
176:5,9,10;179.12;180:21;
190:14;198:18;206.7,15,19;

258:13;272:5,306:21

207:6,21;208:6,209:12,25;
211:10;213:22;214:14;
215:11;216:5,18;233:13,18,
19;234:4,7,11;236:13;245:17:
254:24;266:3;267:14.25;
270:16,25,288:13,17,24;
289:13,22;292:24;299:23

**recycled (1)**
171:4

**reduce (3)**
211:19,22,216:14

**refer (5)**
178:22;179:3;182:10,15;
287:6

**reference (10)**
164:10;172:6;175:22;
182:16;186:9;203:16;217:23;
220:9,13;268:25

**referenced (6)**
155:13;156:6;184:23;
186:6,7;269:6

**references (1)**
104:16

**referencing (1)**
260:17

**referred (7)**
148:11;154:2;176:2,11;
184:19;278:21;298:22

**referring (18)**
17:5;137:17,18;159:16,
164:19;175:8;182:11,20;
203:8;217:22;227:9;240:4;
242:4;271:3;286:19;292:15;
298:6;303:18

**refers (1)**
225:21

**reflect (2)**
39:21;46:21

**reflected (3)**
175:14;192:16;193:9

reflecting (1)
195:9

reflection (2)
59:8;235:14

reflects (4)
146:21;187:17;191:21,22

refresh (4)
118:8;176:17;241:16;
258:13

refreshes (1)
40:18

refuses (1)
303:16

reg (1)
172:6

regard (1)
207:17

regarding (13)
20:21;71:4;74:18;92:15;
99:19;143:4,16;187:6;251:7;
253:8,20,21;293:18

regardless (1)
49:6

region (1)
161:4

regions (1)
45:5

register (1)
245:22

registered (1)
41:10

regret (1)
119:2

regularly (1)
224:7

regulation (1)
172:9

regulations (3)
43:13,13,17

regulatory (1)

229:16

related (14)
18:19;20:2;58:11;88:3;
130:9;135:21;142:12;195:22;
204:2;215:5;218:13;245:3;
282:6;310:7

related-party (2)
243:9;257:8

relating (2)
126:13;140.25

relationship (16)
23:24;62:6;65:20,23;67:4;
77:11,12;106:7,14;164:4;
233:16;234:15;237:24;
278:16;305:7,307:6

relative (2)
130:8;293:10

relatives (1)
130:5

release (6)
227:13;238:5;269:5,7;
272:13;276:3

released (8)
152:9;154:20;162:4;185:5;
199:24;212:23;213:3,7

releases (1)
238:11

relevance (1)
149:24

relevancy (1)
308:7

relevant (20)
87:25;114:25;141:8;
153:11;158:3,7;161:3;165:2;
171:22;173:21;196:20;
198.21;238.24;239.3;264:6;
282:24;283:5,13;287:11;
310:20

reliable (1)
251:10

reliance (1)
190:2

relied (6)
188:8;189:6,7;227:17;
285:14;299:5

reluctant (1)
313:9

rely (4)
146:9;190:2;296:5,7

relying (1)
299:10

remarried (1)
107:14

remedy (1)
280:4

remember (71)
18:14;34:23;48:22;51:17;
61:25;65:5,17;68:3;76:22,23;
79:16;80:14;82:22;88:3,18,
19;89:2;93:13;104:20,105:8;
107:14,22,115:9;118:24;
121:15;127:19;130:16;
132:16;133:19;139:21;
143:13;157:19;159:15;
161:25;162:10;165:4;170:4;
178:12;179:25;180:3,184:6;
186:14;188:19;193:21;196:9;
206:9,10,12,23;207:4;211:2;
212:15;220:2,4;221:23;
228:19,19;231:6;237:9;242:2,
251:12,14;258:2;262:22;
276:2;278:6;290:25;297:21;
300:22,23;311:22

remembering (1)
260:23

Renaissance (5)
161:12,13,16;164:13;267:6

rent (1)
26:5

rented (1)

26:4

repaid (3)
56:2;98:4;158:10

repay (4)
55:24,56:5,25;99:18

repaying (2)
97:25;103:18

repeat (4)
52:2;145:19;192:24;296:25

repeatedly (1)
238:20

rephrase (9)
12:5;33:25;101:25;123:4,5;
142:25;150:13;257:14;288:20

replied (1)
234:18

reply (1)
234:17

report (93)
70:13,13;79:3;87:7,14,19.
21;88:11,13;90:5;93:5;105:9;
119:10;135:13;152:8;161:12;
164:13;182:21;184:23,24;
185:2,11,13,14,22;186:6;
187:3,6,8,9;188:2,4,6,7,9,15,
17,19,20;194:20,22,24;195:4,
6,16;200:15,16;206:7;210:8,
14,23;211:4,5;212:22;218:8;
219:6;220:18;221:12,21;
225:4,7,14,18,22;226:2:
228:25;229:15;230:11;
231:18,21,25;240:8,18,19;
241:6,13,18,20;242:25;
247:24;248:4;252:9,23;
260:13,17,266:2;268:18;
277:15,17;278:21;280:7;
282:3;286:15

reported (3)
197:3;248:21;286:20

reporter (8)

Case 1:12-cv-08852-JMF  Document 271-40  Filed 08/26/20  Page 125 of 278

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund
Confidential
Claudio Khamis
December 6, 2018

9:15;10:10,16,19;12:2;
155:10;186:2;308:22

**reporting (6)**
229:16,21;278:15;280:5,15;
286:13

**reports (26)**
79:9,13;88:17;89:14;92:13,
17,18;93:2,3,4,15,18;150:8,
10;190:2;195:2;213:21;
226:3;227:5,8,23;240:9,20;
244:14;260:12;279:10

**represent (9)**
9:21;44:11;87:12;102:20;
116:14;152:6;170:23;186:3;
304:21

**representation (6)**
102:21;255:18,20,20,25;
256:3

**representations (1)**
280:11

**representative (1)**
13:21

**representatives (2)**
281:5;283:21

**representing (3)**
10:2,5;140:10

**Republic (5)**
45:12,20;143:3;145:10;
146:4

**request (8)**
78:20;221:6;233:5;253:4;
260:21;274:12,13;308:20

**requested (5)**
78:22;118:20;130:15;
193:14;308:21

**require (1)**
135:19

**required (2)**
95:7;206:6

**requirement (1)**

301:11

**requirements (2)**
199:14;206:17

**requires (1)**
162:7

**reread (1)**
252:24

**research (22)**
69:7,8,9;70:6;72:20;73:2,3,
5,6,8,9,12,85,15;147:23;
149:10;195:15;196:24;197:4,
198:9,11,13;224:22

**researching (1)**
94:13

**resent (1)**
271:17

**reserve (1)**
98:24

**reserved (1)**
8:10

**reserves (3)**
94:16;99:9;250:20

**resolve (1)**
310:3

**resources (10)**
114:2;119:16,25;120:13;
135:23;254:18;284:19;298:7,
8;300:2

**respect (7)**
16:20;68:17,19;171:18;
216:18;278:15;286:22

**respective (1)**
8:5

**respond (1)**
12:7

**responded (2)**
81:3;274:10

**responding (1)**
80:16

**response (1)**

221:16

**responsive (2)**
20:17;21:5

**rest (2)**
120:17;258:16

**restructure (11)**
202:25;212:2;246:20;
282:16,18;285:7;294:10,22;
295:22,25;298:12

**restructured (7)**
180:14;198:23;243:7;
254:24;281:12;285:24;287:18

**restructuring (113)**
17:2,3,4;125:2;139:24;
151:6;152:15,19;153:5,14,16;
154:3,17,20,24,25;156:13;
158:17;160:22;162:3,5;
174:12;177:3;179:8;180:6;
181:17;182:8;183:5;184:2,3;
187:7;189:2;194:4;199:8,9,
200:4,8,203:9;205:20;208:10,
12;209:23;212:19;214:19,23;
217:13;226:5;227:2,7,14;
230:23;231:3;244:21;245:14;
246:25;247:5,7,12,13,14;
249:2,20;250:25;254:10,16;
258:25;259:3;261:18;262:7,
21;263:3,6,6,11;264:20,23;
269:10,14,15,16;270:20,23;
272:7,8,14;276:4,9;278:10,
17;280:12,24;281:11;282:21;
283:9;284:15;285:19;287:19;
288:9,18,25;290:7;293:18,25;
294:18;295:4,16;296:16,18;
297:3;298:9,11;299:13,21

**result (4)**
82:17;214:23,23;227:7

**results (8)**
21:12;180:7;194:16;
217:23;225:19;229:25;230:7;

248:5

**retained (1)**
239:22

**return (2)**
46:22;315:16

**reveal (2)**
42:2;309:4

**revealed (1)**
225:19

**review (22)**
36:9;47:17;58:21;145:23;
149:23;150:10;156:14;162:8;
166:21,25;195:6;202:11;
203:12,13;204:25;217:9;
219:20;231:25;232:8;241:22;
242:7;307:25

**reviewed (20)**
13:2;144:7;147:5;156:18;
159:19;171:21;178:13;
186:12;187:6;188:2,16;190:7,
11;203:2,3,4;213:5;232:14;
241:24;242:9

**reviewing (2)**
23:19;299:15

**Richard (1)**
259:16

**right (72)**
21:9;35:19;39:23;40:15;
42:14;57:11,21;59:5;62:16,
18,65,6;67:21;75:16;81:3;
87:25;97:18;106:9;111:11;
112:6,9;114:5,5;117:5,5,20;
122:2;124:12;125:9;127:3;
135:10;149:13;153:3;154:25;
155:4;156:15;160:23;163:11;
164:12;170:20;176:7,8;178:2;
183:18;187:8;200:19,22;
202:2;203:20;204:21;205:20;
212:16;213:24;214:3;230:3;
231:20;232:4;239:19;243:20;

246:7,258:24;267:10;272:13,
15;274:6;280:23;284:2;
286:15;289:15;294:10;
302:24;303:11:313:14

**rip-off (2)**
    81:5,6

**rising (1)**
    160:9

**risk (13)**
    47:10;48:14;49:17,19,21;
    76:17,98:3;100:12;121:8;
    130:4,182:4;225:2;280:21

**risky (2)**
    76:11;121:10

**Rivers (1)**
    10:23

**road (1)**
    35:23

**role (1)**
    115.12

**Rostyslav (1)**
    271:18

**roughly (5)**
    66:5;75;14;80:10;108:10;
    247:3

**round (1)**
    226:4

**rule (5)**
    11:24;163:14;171:7;
    215.24;260:8

**rules (4)**
    11;22,23;13;22;209:6

**rulings (1)**
    303:17

**rumor (1)**
    312.5

**rumors (1)**
    127:3

**run (4)**
    124:18;131:9,14;235:19

**running (1)**
    160:2

**Russia (13)**
    72:20,22;73:17;78:18:79:6;
    87:21,23;88:3,19;92:3;114:6,
    119:16;120:5

**Russian (15)**
    80:2,13;84:25;85:7;87:11,
    14;93:10.21;119:14:140:2.3,
    5.7;224:24;311:6

**Russians (1)**
    95:22

---

# S

**S&P (1)**
    201:3

**sailboat (2)**
    35:2,4

**sale (10)**
    27:25;39:3,19;40:3;53:25;
    56:23;57:16;61:8:62:23;
    182:9

**sales (2)**
    258:17,18

**Salgado (4)**
    33:9,16,17;34:2

**same (47)**
    8:6,14:14:23,25,24.22,22:
    30:13,13;47:10;66:2:89:4;
    99:4;107:15,21;111:10;
    142:10;147:3;157:3;177:12;
    181:12;182:23;188:21;
    189:12;203:9;210:23;233:25,
    234.7;236:14,15,16;242:14;
    244:7,7,16;251:16;254:9;
    279:17;284:20;287:22;
    309:13;312:7,7,7;313:6,7,8;
    315.12

**Samruk-Kazyna (11)**

9:22,22;278:15;279:2,
    280:4,7,16,281:3,5;286:14,22

**sandals (1)**
    90:20

**Santander (3)**
    38:25;57.24;61:11

**Santiago (14)**
    35:25;36:16;106:21,22;
    107:8,25;157:11,12,17;166:5,
    8:208:25;209.2:223:22

**sat (1)**
    11:18

**satisfied (1)**
    160:21

**satisfy (1)**
    294:5

**save (1)**
    290:18

**savings (1)**
    121:6

**saw (26)**
    81:24;109:17;124:23;
    181:2;186:14;190:15;196:10;
    204:25;205:3,11;230:13,20;
    231:11;233:16,23;248:15;
    253:20;255:19,20,256:15;
    276:6,22;286:15;287:3;
    289:21;290:2

**saying (11)**
    79:10;85.16:96:3;102:22,
    22;188:10;189:17;211:24;
    244:8;281:14,19

**Sberbank (12)**
    72:22;73:15:79:3.4,5,17.19,
    21,23;102:11,16;180:18

**scale (1)**
    262:6

**scenario (1)**
    265:2

**scheme (1)**

281:11

**scholarships (2)**
    108:16;109:25

**school (3)**
    36:6,11;63:3

**scope (1)**
    314:2

**screen (5)**
    167:9,13,19;169:18:170:3

**scrutinized (1)**
    205:13

**sealing (1)**
    8:6

**search (12)**
    19:4,7,25;20:6,8,16,19,21,
    22,21.2,13;141.8

**searches (1)**
    20:10

**season (1)**
    128:6

**seat (3)**
    170:19;301:11,11

**second (60)**
    10:21;17:12,14,15;53:20;
    107:15;113:14;123:16;
    143:23;163:19;186:3;191:6,
    15;206;14,208:10;211:8;
    231:2;233:2;246:20,25;247:4;
    255:3;257:20;258:25;259:3;
    261:4,17,17;262:21,263:3;
    269:10;270:20,23,272:7,8,13,
    275:25;276:8;278:9;279:6;
    280:23;282:16;285:7;287:19;
    288:6,18;293:18,25;294:10,
    17;295:3,15,21,25;296:18;
    297:3;298.9;299:21;300:10;
    312:18

**secondary (1)**
    164:5

**section (4)**

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

59:24;62:4;262:16;279:18

**sector (1)**
210:7

**sectors (1)**
115:3

**secure (1)**
76:13

**securities (24)**
60:7;63:5;80:13;84:2;
149:8;153:19;154:4,5,11;
167:25;168:13;174:16,21;
175:3,14;177:14;178:13;
179:16;191:4;192:19;193:15;
194:5;288:3;293:12

**security (7)**
100:18,21;113:21;130:5;
148:9;154:10;155:22

**seeing (8)**
79:12;91:16;118:25;
156:24;210:24;241:16;
245:17;286:24

**seek (1)**
280:4

**seeking (1)**
46:23

**seem (2)**
120:19;275:2

**seemed (8)**
49:3;114:6;153:10;157:6;
161:7;182:6;183:2;283:18

**seems (5)**
39:25;167:22;179:18;
216:21;277:3

**segregate (2)**
44:22;208:12

**segregated (5)**
156:2;180:23;207:8;
250:12;289:25

**segregating (1)**
207:10

**select (1)**
169:24

**selecting (1)**
21:15

**self-directed (1)**
66:13

**sell (11)**
85:20;91:12;121:13;182:2;
192:3;231:8;233:15;234:3,6,
11;244:3

**selling (7)**
50:18;81:19,19;83:10;
91:11;180:3;231:6

**Semex (2)**
72:22;73:15

**send (14)**
72:19;73:2;79:3,9;84:17;
88:14,14,17;139:18,19;
147:20;225:13;229:4;274:11

**sending (7)**
78:22;87:18;88:8,12;
147:18;252:12;272:24

**sends (1)**
229:23

**senior (18)**
9:14;154:13,14;164:10,17,
21,176:23;177:2,25;178:2,22;
179:5,9,21;182:2;191:23;
192:4,22

**sense (38)**
74:25;87:23;93:8,9;103:7;
111:7;115:24;122:14,20;
129:8,10,14,17;133:25;151:7;
159:20,22;171:19;181:25;
199:5;207:5;208:11;217:11;
226:19;227:5,6;231:12;
243:10,13;245:6;246:6,8,17;
249:6,10;252:2;282:14;
284.24

**sent (11)**

21:14;116:19;139:15;
143:23;239:11;271:17;273:2,
3,4;274:8;312:23

**sentence (8)**
152:8;212:11,14;216:11;
217:24;240:5;271:14;279:23

**separately (1)**
144:23

**separating (1)**
73:21

**September (23)**
146:23;147:11,15,16,18;
151:23;174:2,7,10;175:2,13;
185:23;186:17;187:14,19;
190:9;191:10;192:18,19,21;
194:2;302:15,17

**series (1)**
222:17

**seriously (1)**
145:7

**seriousness (2)**
105:23;158:13

**serve (1)**
211:22

**served (1)**
216:13

**serves (2)**
211:17,18

**services (3)**
23:9;71:16,77.14

**set (9)**
41:19;42:8;44:10,14;45:4,
16;98:24;190:4;299:4

**setting (3)**
20:14,32:3;42:4

**settle (3)**
308:12,24;309:16

**settlement (3)**
301:14,21;309:5

**settling (1)**

309:19

**seven (2)**
61:22;158:10

**several (5)**
13:9,11;55:8;200:11;264:2

**shall (1)**
8:10

**share (4)**
50:5;96:24;208:14;313:9

**shareholder (3)**
39:8;253:15,16

**shareholders (4)**
208:18;279:10;280:2;295:9

**sharing (6)**
207:14;306:9,12,14,16;
307:20

**sheet (14)**
183:17;204:24;206:8,17;
208:17;209:13;212:4,6;
214:15;216:5;315:9,12,14,17

**shock (1)**
230:16

**shocking (1)**
109:23

**shocks (3)**
196:14,14,15

**shoot (2)**
109:5,18

**shop (1)**
170:12

**short (1)**
93:9

**shortfall (5)**
253:23;254:2,8;257:3;
263:18

**shortly (1)**
182:21

**shorts (1)**
90:20

**shouting (1)**

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

109:7

**show (20)**
12:24;13:18;24:17;26:15,
18.23;27:9;32:24:77:18;88:9;
124:6;161:8;210:13;228:23;
250:12;257:16;265:23;
275:23;291:16,21

**showed (3)**
172:5;236:11:272:10

**showing (1)**
231:15

**shown (2)**
46:15;266:22

**shows (4)**
36:25;117:14;147:14;243:9

**Si (1)**
220:22

**side (2)**
35:23;109:22

**sign (5)**
47:23,48:4,7;81:2;315:11

**signature (2)**
47:21;124:13

**signed (4)**
8.13,15;48:9;152:9

**significance (6)**
51:24;52:4;184:2;249:11,
13;263:11

**significant (13)**
76:23;79:20:126:17,
135:23;148.19;154:6;180:11,
25;190:25;222:3;231:10;
258:3;288:5

**significantly (5)**
55:17,163:8;221:18;
264.12;289:7

**signing (2)**
194:12;315:12

**similar (1)**
125:11

**simple (3)**
259:11,12;290:13

**simplify (1)**
192:25

**sister (1)**
223:16

**sitting (4)**
107:21;168:22;170:12;
287:8

**situation (4)**
202:21;211:23;228:11;
265:3

**situations (1)**
67:23

**six (3)**
261.5;273:15,21

**six-month (1)**
196:21

**size (5)**
72:14;101:22;114:2;120:5;
122:21

**SK (9)**
189:14;253:14,15;254:18;
284:21;293:17;294:5;296:13;
300:10

**sleep (1)**
69:13

**slides (1)**
203:2

**small (2)**
115:16;289:13

**smart (5)**
122:14,15;160:14;285:21;
286:8

**Smith (5)**
67:17,19,25;273:16,22

**SN8 (1)**
10:24

**snack (1)**
240:14

**social (1)**
224:6

**softened (1)**
262:2

**sold (14)**
39:9;56:20;57:18;61:9,22;
74:21;177:23;178:3;179:20;
191:23;192:21;231:4;236:12,
21

**sole (1)**
22:21

**solve (1)**
309:24

**solvent (1)**
251:22

**somebody (20)**
41:2;48:12,22;81:21;82:15;
93:11;118:14;159:22;162:13;
168:24;189:19;198:7;211:21,
23;215:17,20;226:17;227:15,
272:11;310:4

**someone (5)**
40:19,24;94:2;108:4;
159:25

**something (69)**
25:24;31.5,47.13:53:14,18,
64:5;65:5;66:23;70:10;79:11;
83:18,19,19,22;88:9;89:23,
25;90:21;93:7,19;94:19;
108:21,23;109:18,117:11;
118:25;119:2,122:3;128:23;
130:24;159:23;160:10,13;
168:23,24;169:2,12;170:7;
171:7;184:4:188:7;189:6,14,
18,21;190·15,20;196:2;
201:20;208:12;212:5,6,
215:18;235:24;238:14;244:5;
245:5;246:3,23;248:25;249:9;
250:6;251:11,15;252.12;
253:17;282:5;285:3;286:4

**Sometimes (8)**
70:12,90.3;92:21;93:7.8;
101:2;102:9;232:21

**somewhere (4)**
165:11;195:19,20,24

**soon (1)**
79:6

**Sorry (19)**
23:25;35:3:41·13:57:21;
78:8:106·16:143:20,24,
164:18;175:9;178:19,220:6;
230:6;243:11;256:2;263:2,
276:25;293:20;304:8

**sort (12)**
49:13;65:23;106:19;
121:14;152:24;153:4;163:6;
215:18;239:2;251:10,16;
301:19

**sorts (1)**
100:10

**sound (3)**
39:23;93:6;100:11

**sounded (1)**
46:3

**sounds (1)**
100:4

**source (10)**
60:10;92:25;160:6;168:21;
184:20;197:16;205:9,12;
238:9;268:16

**sources (4)**
59:25;60:19;61:4;198:17

**sourcing (1)**
97:8

**South (1)**
25:10

**Sovereign (6)**
9:10,10;16:23;17:20;181:9;
188:24

**Soviet (1)**

77:10

space (2)

184:4;315:9

Spain (1)

304:12

Spanish (7)

80:18;123:13,14;124:6,11;
232:25;311:6

Spanish] (14)

80:24;81:4;124:12,14,18;
234:21;239:13,15,24,25;
270:4;271:13,20;273:17

sparring (2)

224:2,4

speak (4)

17:9;140:2,3;311.6

speaking (2)

126:20;244:17

speaks (2)

140.5;311:5

specialist (1)

9:14

specialty (1)

95:10

specific (11)

19:16;36:21;83:19;151.4,4,
157:5;158:11;171:7;238:10;
273:8;294:13

specifically (4)

182.20;206:10,24;211:7

specification (1)

49:13

specifics (4)

20:25;121:15;302:8;308:3

speculation (1)

283.22

speed (1)

299:23

spelling (2)

31:10;127:12

spellings (2)

11:3;15:25

spend (3)

193:22;223:21;287:17

spending (1)

158:23

spent (4)

184:9;200:12;265:5;299:14

split (8)

38:13;61:14;156.3;207:13;
215:16,21;290:16;292:18

splitting (1)

215:22

spoke (2)

138:12;297:13

spreadsheet (3)

116:13,15;117:7

stabilized (1)

55:2

stabilizing (1)

211:24

stable (1)

158:21

stairs (1)

109:13

stake (7)

38:15;39:17;61:10,11,22,
23;62:8

stamp (1)

59:22

stamped (2)

123:12;174:20

stance (5)

211:17;216:13,17,22;
245:22

stand (2)

42:12;85:5

standard (1)

48:11

Starbucks (1)

223:23

start (6)

14:13;28:11;63:4;80:23;
165:18;252:15

started (5)

15:6;63:17;78:21,24;86:19

starting (1)

77:8

State (13)

10:14,16,19,126:8;181:8:
199:19;205:23;238:25;239:4;
282:9;284:15;298:5;315:8

stated (1)

263:14

statement (40)

47:8,9;52:23;61:24;62:11,
15;104:8;146:15;162:19;
173:3,6,9,12,17;174:5,7,10;
177:8;179:3;191:10,12;193:3,
5;197:14,15,19;205:15,16;
213:7,25;236:4,11;247:9;
255:3,11,14;256:5,7,10;
291:14

statements (44)

23:12,15;79:18;173:24;
174:3,24;193:10,19;199:25;
205:6,10;206:5,6;209:4;
213:14;214:3,6;228:2,18;
238:12;248:20;251:3,24;
253:20;256:16;283:14;290.8;
293:17,23;296:6,7,15,297.7,8,
12,13,18,19,25;298:3,5,20,21;
299:4

States (6)

13:22,25:11;80:25;134:10;
199:13;277:6

Stati (19)

301:10;303:23;304:15,23.
24;305:2,3,12;306:6,9,12,
310:21,22,311:5,7,11,13,23;

312:12

Stati's (8)

305:3,7;306:25;310:6,13,
17,24;311:12

stats (2)

228:25;229:11

status (1)

186:8

steal (2)

108:5;129:14

stealing (1)

133:25

Steiner (1)

185:20

step (3)

82:16,16;264:2

stickers (1)

48:4

sticks (5)

278:5,6,20;279:15;280.25

still (24)

23:6;38:18;41:7;48:5;
64:12,20;83:16;180:18;
224:15,17;227:4;230:8;246:8;
253:22;254:2;256:25,257:2;
258:4;263:15,19;265:10;
267:12;282:10;283:20

STIPULATED (3)

8:4,8,12

stock (4)

56:25;64.10;73:24;119:23

Stocks (7)

64:2,3;73:23,25;74:13,16;
119:22

stood (1)

244:22

stop (2)

88:22;243:12

stopped (2)

78:22;88.6

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

**story (7)**
45:9;129:5;130:18;242:6;
265:20;271:12;288:8

**straightforward (1)**
296:11

**strange (2)**
107:16;245:10

**strategy (11)**
49:9;50:8,10,13;79:5;82:2,
14,14,15,15;309:5

**stream (1)**
160:7

**street (2)**
48:13;69:23

**stress (2)**
131:3;167:12

**stressed (1)**
199:22

**strict (1)**
283:11

**strong (1)**
181:14

**structure (14)**
81:9,10,12;114:16;115:23;
160:24;180:21;203:5;207:11;
215.12,18;250:11;263:12,13

**structures (1)**
207:6

**structuring (1)**
155.7

**studied (1)**
50:2

**studies (2)**
95:9;96:5

**study (3)**
37:5,7;135:22

**stuff (24)**
14:23;60:23;85:8;91:17;
94:5;111:3;118:15;120.3;
121:10;122:20;159:7;165:17;

189:16,20;192:12,13;193:16;
207:16;224:18;240:21;251:9;
260:24;299:16;306:10

**subject (4)**
43:15;250:7;273:19;315:12

**submit (1)**
195:21

**submitted (5)**
14:4:18:21;194:6;195:20;
196.3

**subordinated (39)**
154:14;164:22;178:23;
179:5,9;182.3;186:18;187:12,
13;191:22;192:5,20;201:7,18;
207:3;209:14;210:5;221:17;
231.5,6;233:14;236:12;
245:20;248:9;249:16;253:18;
258:11;270:22;271:24;274:4;
275:18;285:15;287:18;
288.16,18,23;289:12;292:23;
294:17

**sub-prime (4)**
51:15;74:23;83:11;201:13

**subscription (1)**
22:4

**subsequent (2)**
182:9;246:11

**substance (1)**
196:25

**success (1)**
290:6

**successful (11)**
181:17;182:7;188:11;
197:10;227:2;228:13.13;
230:23;244:21;249:21;254:16

**successfully (1)**
60:8

**sucking (2)**
282.6;299:25

**suddenly (1)**

53:17

**sue (1)**
17:20

**sufficient (2)**
145:9;146:3

**suggestions (2)**
220:3,4

**summarized (1)**
87:22

**summary (4)**
195:10;200:17,23;271:21

**supplement (1)**
21:21

**support (13)**
131:3;148:21;181:16;
199:19;205:22;252:17;
253:21,25;262:6;282:9,9;
283:15;298:6

**supported (6)**
181:11;218:15;243:7,
244:9;255:5,22

**supporting (1)**
253:14

**supportive (1)**
158:12

**supposed (2)**
45:7;111.18

**Sure (49)**
14:22;15:16;19:6;20:18,18;
21:3,6,6,6;25:6,34.4:43:21,
53:6;62:18;66:2;74:10,76.13;
77:3;79:8;93:19;102:4;103:2;
111:8;122:4;126:3;131:15;
138:25;166:16;188:14:
193:13,19,195:8;219:22;
222:4;232:10;240:19,241:21;
247:10,257:14,259:4,4;266:6,
12;267:23;272:10;277:25;
278:2;291:2;306:18

**surprise (2)**

211:11;264:13

**surprising (2)**
163:25;164:2

**surrender (1)**
281:12

**survive (1)**
294:7

**swap (15)**
192:2;218:4,11;242:11,19;
243:2,16;244:24;262:2,7;
281:8,24;282:4,284:9;294:3

**swear (1)**
10:10

**Sweden (2)**
303:14,15

**Swiss (12)**
132:22;133:3,5,6,10;137:2,
15,21;138:11,11,15;193:7

**switch (1)**
204:16

**switched (1)**
223:19

**Switzerland (2)**
128:12;132:14

**swore (1)**
15:8

**sworn (3)**
8:13,15;10:13

**system (10)**
51:12;85:6,101:5;120.24;
158:24;199:10,15,18;211:25;
265:17

**Systems (2)**
72:20;73:16

---

**T**

**table (1)**
107:21

**taking (5)**

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

109:13;112:4;135:19;
145:7;245:21

**talented (1)**
299:14

**talk (16)**
65:25;93:11;94:2;110:11;
111:19;129:4;216:2;224:8,18;
237:23;249:4;259:24;260:2;
261:25;295:8;311:23

**Talked (24)**
12:14,30:22;34:6,8;60:5,
85:9;110:8;111:8;138:9;
150:7;161:15;186:8;191:3;
201:4;224:9;225:23;244:14;
271:19;294:11;302:9;304:14,
17;310:21,22

**talking (30)**
22:16;28:9;34:9;54:5;70:2;
71:15;76:16;82:13;107:19;
137:16;159:25;174:11;
189:19;198:9,11;210:9;219:5;
237:3;241:14;251:19;254:9;
260:5;275:6;283:14,15;295:9,
10;301:13,18;304:20

**tanta (1)**
36:10

**tax (4)**
42:4;43:13,15;44:6

**taxes (7)**
32:14,16;43:3.4,9,11.25

**teachers (1)**
36:23

**team (2)**
141:12;311:12

**technical (1)**
113.5

**technician (2)**
20:11,12

**Telco (1)**
104:23

**Telecom (5)**
85:19,23;86:16,20,25

**telephone (1)**
85:24

**telling (3)**
226:7;235:2;270:12

**Telmex (1)**
115:21

**ten (10)**
38:13,14;57:22,25;80:4;
192:14;233:17;234:8;243:18,
284:5

**tend (6)**
17:9;102:19,19;112:15;
122:19;209:9

**tenge (2)**
206:16,16

**tens (1)**
183:20

**term (6)**
42:19;50:24;54:13;182:4;
218:3;269:14

**terminal (3)**
168:5,7;222:9

**terminology (1)**
209.6

**terms (41)**
17:3;20:16,19,21,22;23:22;
35:18;75:21;83:21;92:14;
152.19;153.13,15;154:19;
156:13;162:3,12;179:4;180:7;
181:3,15;188:13,14,16,25;
199:9;208:10;209:8;235:2;
258:24;276:3,8;280:23;
282:20;285:22;289:5;291:18,
19;292:20,20,307:20

**testified (5)**
10:15;82:3;187:5;193:12;
216.10

**testify (5)**

15:12,16:6,11,18;24:25

**testifying (5)**
14:7,10,18;15:2;28:10

**testimony (5)**
25:4;107:6;124:9;182:17;
242:21

**tests (1)**
131:3

**text (1)**
197:2

**theft (3)**
107:22;108:4,109:4

**theme (2)**
190:4;206:23

**themselves (2)**
9.17;181.18

**theories (1)**
151:15

**theory (1)**
162:11

**thereafter (1)**
293:4

**therefore (2)**
281:11;285:25

**thesis (2)**
95:6,10

**thief (1)**
129:12

**thing (7)**
182:23;188:20:190:22;
218:11;235:16,16;306:22

**things (15)**
95:2;115:23;121:14;
188:18;189:18;196:24:
197:22;198:2,215:9;226:16,
17;254.6,13;279:4,282:14

**think (95)**
13:12;15:4;18:2;20:22;
21:23;23.5,28.15;32:3;36:21;
41:16,42:20;47:16;53:14,

55:11,60:15;61:13,13;62:16;
64:9;67.2,21;69:16;72:15;
73:13,14,18;74:7;82:18;83:7,
8;86:10;93:18;94:4;96:22;
99:6;105.7,21;106:6;111:18;
112:9,15;113:5;114:17,23;
119:5;120:22;122:14;124:23;
131:11;132:23;135:13;
138:24;139:19;144:12;
148:16;151:13,14;152:4;
153:15,22,154:13;157:14,20;
168:3;169:22.171:9,22;179:2;
188:24;189:18;193:12;199:3;
208:5,7;213:6;222:8;224:24;
230:13;231:9;238:13,254:19;
255.24;256:4;270:10;271:23,
284:21;288:7;290:14;301:15.
20;307:4;310:18;312:2,5;
314:3

**thinking (13)**
82:6,8,11,20.22,24,83.23;
158:16;182:24,24;240:3;
270:14;271:25

**thinks (1)**
147:20

**third (13)**
137:8,15;164:19;176:6,7,
11,13;177:17;183:16;261:22;
266:4;313:22,23

**thirty (1)**
315:18

**thorough (1)**
93:6

**thoroughly (5)**
23:19,139:19;159:11,14;
265:4

**those (71)**
12:15;13:3,5,7;16:3,5,8;
21:16;22:24;27:21,23;29:10;
34:3,11;35:15,21;38:23.50:6.

21;51:12;55:25,25;56:2,9;
61:5;65:22;68:14;73:14;
75:15;79:9,12;83:14,15;
101:10;108:15;134:17;
137:22,24;138:2,141:3;150:9;
167:24;174:24;177:16,23,25;
178:3,7;179:4,23;181:4,5;
188:8,16;201:2,4;203:19,21;
215:14;227:5;228:3;231:5;
233:24;244:15,23;245:21;
278:6;288:12;292:25;309:23;
314:8

**though (4)**
8:15;50:2;76:11;224:20

**thought (15)**
46:3;49:7,54.18;75:23;
83:11;108:19;161:25;180:17,
19;213:11;216:8;223:24,25;
263:24;297:15

**thousands (1)**
192:13

**threat (1)**
313:13

**three (18)**
14:10,23;15:3;16:19;22:19;
25:13,23;49:9,68.22;90:19,
129:21;146:2;187:21;188:3;
279:4;284:22;286:3;291:16

**through (34)**
20:10;39:16,16;40:17;53:4,
54:7;60:4;133:5,6;139:24,25;
140:8,11;141:15,18;142:23;
153:9;157:2;169:10;170:2;
194:7,7;204:7;205:3,23;
221:19;223:12,12;229:10;
251:8;257:4;261:9;278:3;
313:22

**throw (6)**
159:21,24;167:17;170:22;
171:10;189:17

**throwing (2)**
250:9;251:17

**thrown (1)**
171:5

**thyroid (2)**
15:21,22

**timeline (10)**
64:25;154:21;157:4;188:4;
192:9;193:2,5;238:16,17;
256.20

**timelines (1)**
192:15

**times (11)**
67:13;69:21;93:3;228:5;
233:17;274:12,13;286:2,3;
314.10,13

**title (1)**
229:7

**today (22)**
9:23;14:7,9,12,13,16,19;
15:6,12;19:15,24.25;28:20;
38:18;52:24;68:16;122:3;
166:23;168:9;170:17;226:20;
242:22;255:6

**today's (4)**
12:13,25;13:14,20

**together (4)**
75:10;141:9;308:13,25

**told (18)**
25:17;34:13;43:7;45:17;
48:23;58:19;85:11;109:8;
112:25;118:13;130:20;
144:14;155:21;182:12;201:8,
21;227:15;230:15

**tomorrow (2)**
14:13;314:15

**took (10)**
15:5;108:7;109:15;130:21;
131.9;134:6;208.23;216:17;
237:10;312:10

**top (12)**
80:23;124:11;183:17;
184:6;196:8;200:19,22;
212:22;234:20;265:5;290:25;
295:14

**topic (1)**
224:10

**topics (4)**
13:24;16:20.24.23;224:20

**Topnotch (1)**
180:15

**Torres (1)**
9:13

**total (4)**
94:16;178:15;197:8;284.15

**totality (1)**
257:10

**totally (1)**
312:25

**touch (2)**
313:19,20

**Toyota (1)**
35:13

**Trabajo (2)**
62:10,19

**track (2)**
29:5;291.3

**trade (14)**
60:23;69:4;91:13;113:8,18;
117:14,16,17;120.17;129:15;
146:17;147:14;171:25;233.21

**traded (4)**
168:2;172:14;303:4,4

**trading (15)**
60:8,12,21,22;91:8,10,10,
11;148:13,153:17;167:3,8,
190:23;250:24;303:7

**trained (1)**
36:22

**training (1)**

**tranche (1)**
19:16

**tranches (1)**
236:12

**transaction (9)**
43:15;188:6;218:13;243:9;
251:7;282:5,7;284:12,17

**transactions (6)**
151:18;244:22,23;245:4;
293:7,309.24

**transcript (3)**
173:20;315:19,20

**transfer (1)**
301:11

**transferring (1)**
20:13

**transition (2)**
14:15;103:22

**transitory (1)**
245:10

**translate (6)**
239:16,24;270:8;271:16;
273:19;275:13

**translated (1)**
123:10

**translation (4)**
84:20;124:3;232:25;234:3

**translator (2)**
311:8,10

**transparent (2)**
56:21;57:2

**traumatic (1)**
230:16

**traveled (2)**
166:9;287:9

**traveling (2)**
25:10;90:16

**treasuries (2)**
49:25,76.10

treasury (1)
76:10

treated (1)
288:17

treatment (4)
237:14;283:9;288:11,12

trial (1)
8:11

tried (3)
108:4;109:9;245:20

Tristan (24)
301:7,8,9,16,302:4,6,9,10,
13,19;303:11,12,21;304:25;
305:8,10,15,20,25;308:1,3,24;
309:8,9,16

Troika (27)
239:12;240:7,9;241:6,13;
242:25;259:21,23;260:2,12;
261:8,20;271:18;277:11,14;
278:14;279:9;280:5,15;281:2,
14,19,21;286:13,15,19,20

Tronchet (3)
138:3,5,7

troubled (2)
97:22;215:13

true (7)
44:4;168:18;171:17,18;
250:2;256:17;294:20

trust (15)
26:22;48:13;156:3;180:22;
181:20;189:5;190:17,24;
207:8;208:14;213:22;215:10,
15;283:11;289:25

truth (1)
15:8

truthfully (2)
15:12;16:12

try (25)
17:17;70:10:76:4,81:11;
90:6;92:4,6,10,23;122:13,13,

20;135:2;141:8;155:24;
159:19;217:10;235:23;
240:13,24;252:24;287:12;
300:3;309:21,24

trying (18)
63:2;64:21;68:21;90:21;
109:17,20;131:4;150:5,14,14;
201:25;203:20;224:17;227:5;
256:4,7;259:13;303:17

TuranAlem (19)
113:4,9;117:19,23,118:9;
125:16;126:14;146:12,22,23;
147:12;150:22;161:24;
162:23;163:3;168:17;172:12,
15;174:13

turn (28)
45:11;46:15;55:23;59:21;
74:8;109:20;117:4;123:12;
137:10;143:22;160:21;
162.14;177.11;186.23;
191:15;200:16;203:6;204:6,
10;217:16;229:20;261:4;
269:6;279:6;280:25;293:13,
15;297:14

turnaround (2)
55:5,9

turned (4)
59:17;73:22;109:15;256:17

two (25)
12:21;25:23;42:7;89:5,
109:11;110:19;129:19,21;
143:16;158:6;174:8;185:3;
187:21;225:16;236:12;
240:11;256:23;276:25;
284:20;286:2,309:13;312:17,
314.7,10,13

type (4)
34:25;44:25;73:3;220:3

typed (1)
58:20

types (7)
44:23,25;45:5;50:21;54:10;
63:24;175:14

typewriting (1)
41:3

typical (4)
68:17,19;93:23;196:23

typically (1)
94:2

**U**

UBS (92)
22:13,15,24;23:3,9;29:19,
22;30:6,16;34:6;40:6,9;43:19,
20;44:12,15;46:5,6;47:13;
48:12,13,19,23;58:11,18;
62:7;67:6,11,25;68:22;70:21;
71:2,16,19;73:7;74:12;78:13;
84:13;87:20;88:5;89:13,20;
104:8,14;116:8,9,16,20,21;
146:15,18;159:25;162:14,19;
168:12,18;172:11;173:3,6,9,
12,24;179:3;182:21;184:23,
24;185:2,14,22;186:6;187:6,
8;188:2,21;189:14;192:3;
193:15,16;194:7,14,17;
209:24;236:4;237:11,16,19;
259:17;265:6;266:2;272.23,
25;273:5

UBS' (3)
74:15;193:19,22

UES (4)
85:3,4,5,88:2

UK (9)
25:9,16;32:6,17,35:20;
135:11,13,16

ultimate (1)
262:5

unable (1)

294:4

unaccounted (1)
286:6

unaudited (2)
205:16,18

uncertain (1)
211:14

uncle (1)
61:15

uncle's (1)
61:16

under (32)
13:21;15:14,17;42:10,14;
53:3,4;62:3;112:23;126:6;
173:21;180:18,22;181:20;
190:17,18;196:19;206:16,
207:8;208:11,14,15;215:15;
264:25;282:10;283:11,11;
289:6,25;292:16;307:22;
313:13

underage (1)
109:5

undercapitalized (1)
246:5

underestimated (1)
264:8

undergoing (1)
297:4

underline (1)
211:18

underlined (1)
211:19

underlying (1)
206:19

understand (90)
12:4;14:6,18,15.5;17:16,17,
22;25:4;26:20;43:22;48:6;
49:16,18,19,23;50:2;55:13;
63:23;64:21;68:21,74.2;
82:14;83:6,14;85:8,12;91:10;

92:4,6,23;93:7;94:4,5,6;
95:17,19,21,24,96:4,20;
122:19;133:16;135:21;150:6,
15;152:22;155:2,20,24;
182:14,18;190:14;205:4,14,
17;206:4;207:18;209:9,9,11,
21;212:10;213:12;214:2;
215:17;216:16,21;217:10;
225:6,21;238:8,17;245:20;
247:15;248:11;249:9;256:10;
257:8,281:14,18,20;282:13;
286:5,290:5;295:7;297:19;
298:14;299:3;307:5;309:21

**understanding (25)**
14:9;50:12;70:7;91:22,23;
92:12;94:22;96:6,22,25;
151:10;152:25;153:4;199:7;
203:23,25;213:24;214:25;
216:3;217:6;226:6;246:14;
305:14;311:20;313:12

**understands (1)**
92:22

**Understood (13)**
30:15;95:21;105:5;138:18;
152:14;165:18;190:17;212:8;
217:14;239:2;249:8,259:2;
289:12

**undertaking (6)**
158:14;184:3;196:22;
205:21;212:18;254:11

**undervalued (2)**
94:24;102:13

**underweight (2)**
196:6,11

**Unified (3)**
72:20;73:16;85:6

**Union (1)**
77:11

**unit (3)**
154:16;155:18;156:4

**United (5)**
10:24;13:22;25:11;134:10;
199:13

**units (27)**
154:15;155:16,22,25,159:7;
175:23;190:14;206:7,15,
207:6,21;208:6;209:12,25;
214:14;215:11;216:5,18;
233:13,19;236:13,22;254:24;
266:3;270:16,25;292:24

**university (7)**
36:13,15,22;37:9,16;95:9;
208:24

**unknown (3)**
33:21;247:7;300:2

**unknowns (1)**
299:24

**unless (1)**
168:5

**unlikely (1)**
264:10

**unqualified (1)**
217:2

**unsolicited (1)**
116:25

**until (18)**
19:14;33:12;37:13;69:11;
75:4;98:21;158:9;162:13;
170:17;242:21,23;250:13;
257:17;263:16;264:3;299:10;
307:24;312:3

**up (46)**
20:14;32:4;34:7;36:4;
41:19;42:5,8;44:10,14;45:4,
16;53:17;55:21;61:14;69:3,
11;74:3;83:16;85:12;88:9;
89:16;98:22,24;109:24;
128:12;141:8;150:17;153:24;
163:11;168:24;174:24;
181:11,24;215:19;223:20;

238:21,24,246:13;247:16;
254:17;255:12;264:3,11;
285:23;301:25;307:9

**update (7)**
85:2;125:2;268:13

**upgrade (1)**
225:3

**upon (3)**
188:8;207:12;299:5

**upset (1)**
163:25

**uranium (6)**
74:12,15,18;75:10;114:4;
120:2

**urgent (1)**
233:21

**USB (1)**
71:16

**use (13)**
12:10;20:16;22:5,6,12;
23:9;71:24;109:6;140:25,25;
145:8;171:10;211:21

**Used (8)**
23:16;34:20;71:23;87:24;
141:20,223:21;237:23;315:21

**using (3)**
146:3;223:25;309:18

**usually (16)**
49:18;69:9;81:12;91:11;
102:16;103:16,18,122:10;
153:20;157:14,162:5,7;170:7,
198:14;202:22;235:14

---

## V

**valuable (7)**
69:17;171:14,15;209:16,17;
284:19;290:15

**valuation (4)**
54:3;102:12;148:6;178:15

**valuations (7)**
29:5;53:5,9;56:4;92:9;
201:12,14

**value (46)**
27:2,20,23;28:3;29:14,20;
31:12;33:20,23;34:2,8;35:5;
59:9;82:25,25;83:8,12,13;
91:21;95:4;113:12,13;114:10,
11,15,16;120:18;148:8,16,24;
149:2;160:9;163:23;164:3,7;
167:6;206:18;222:3;245:19;
248:8;249:12,14;284:6;288:2;
289:7;290:16

**valued (1)**
94:17

**vanish (3)**
126:19;148:5;151:12

**Vargas (1)**
67:14

**variables (1)**
97:3

**varies (2)**
83:22;89:21

**various (2)**
200:24;229:11

**vary (1)**
209:6

**vast (2)**
119:24;151:11

**vehicle (3)**
42:20,22,23

**verbal (1)**
155:9

**version (7)**
129:5,8;130:18;131:6,8;
133:22;226:25

**Versus (3)**
9:10,12;281:3

**via (1)**
289:23

**viable (2)**

245:2,284:16

**video (2)**

9:7.14

**VIDEOGRAPHER (23)**

9:5;10:9;24:5,15;103:24;

104:11;131:17,21;172:20;

173:14;218:19;219:3;240:25;

241:8;266:13,20;291:7,11;

292.5,9;307:12,16;314:17

**view (16)**

74:12,15;76:16,16;144:16;

148:2;181:11;197:4;199:6;

216:22,22;245:22;248:10;

251:2,284:19;310:24

**views (1)**

87:11

**Vigna (3)**

9:25,25;175:7

**Vision (11)**

222:17,21,21,23,25,223:6,

11;247:25;272:12;274:15,23

**visit (1)**

25:14

**visual (1)**

240.22

**Vitamins (1)**

16:16

**volatility (2)**

167.11;263:19

**volume (1)**

292:18

**vote (1)**

194:4

**VTA (1)**

195.10

**VTB (5)**

224:22;225:7;226:2,6,14

## W

**Wait (1)**

304:18

**waited (1)**

264:17

**waiting (1)**

303.13

**waived (1)**

8:7

**wake (1)**

69:11

**Wall (1)**

69:23

**WALSH (54)**

9:19,20;10:25;11:7,10;

24:3;33:19;55:12;56:18;

64:17;77:20;100:4;101:25;

102:4;103:20;124:4;125:25;

127:11;131:15;135:17;

142:25;144:22;145:15;

146:13;164:20;172:17;

173.16;175.7;178:20;210:11,

18;218:17;222:15;231:2;

235:7;236:6;239:5;240:12,23;

247:17;258:9;266:12;269:21;

271:4;279:16;291:6;292:3:

300:3;301:15,20,25;307:8;

314:5,14

**wanted (7)**

76:5;86:9;194:15;243:3;

291.14;292.13;293.5

**wants (1)**

173:16

**War (1)**

53:20

**warming (1)**

75:5

**Washington (1)**

139:18

**watching (1)**

166:10

**water (1)**

24:2

**waterfall (2)**

306:23,24

**way (30)**

49:4,4;56:24;64:17;65:8:

73:21;76.5,13;92:24;95:2;

114:20;128:13;142:10;160:8;

162:3;168:14;169:14;189:9;

200:14;209:10;213:18;

221:24;226:16;242:14;

287:11;290:19;302:15;

309:22,24;310:5

**ways (2)**

263:24,25

**weakening (1)**

246:3

**Wealth (9)**

9:11;16:23,17:20;53:14;

59:25;60:11,20;61:4;252:17

**wealthy (1)**

53:12

**web (2)**

132:4;272:9

**website (12)**

125:17,20;137:12,13;

156:20,21,25;169.4,5,16,

228:16,22

**week (5)**

53:11;157:16,16;212:24;

213:3

**weekly (1)**

89:18

**weeks (3)**

25:13,13;313:2

**weigh (1)**

190:5

**weight (4)**

254:13,14,14,16

**weird (1)**

244:2

**welfare (1)**

205:23

**wellbeing (2)**

158:23,24

**well-run (1)**

131:7

**weren't (1)**

59:14

**western (3)**

180:16;181:21;205:22

**whatever (10)**

25:23;49:14;70:25,88.14;

122:12;125:12;147:20;196:2;

221:2;269:17

**what's (14)**

13:18;24:18:40:7;46:8;

62:14,78.14;101:12;132:5,

155:16;161:8;226:6;233:7;

239:24;249:11

**Whereupon (54)**

9:2,24.7,9,12;70:16;77:21;

78:2;84:6;87:3,6;104:2,4,7;

116:4;131:19;136:2,6,9,12;

146:14;162:18;172:22;173:2,

5,8,11;185:15;218:21,23;

221:5;222:11;233:4;236:3;

239:7;241:3,5;247:19;252:3;

253:3,5;260:20;266:15,17;

268:8;269:23;271:5;272:16;

273:9;275:3;291:9;292:7;

307:14;308:21;314:19

**whether (20)**

18:17;23:6;40:18;54:20;

99:18,24;100:15;102:25;

111:24;118.8;141:3:189:19;

194:3;197:9;201:17;217:6,

282:25;307:22;309:16;310:4

**whispers (1)**
127:4

**white (1)**
250:6

**whoever (1)**
170:10

**whole (20)**
36:8,12;88:7;90:9;162:9;
168:25;221:24;230:17;
249:18;251:7;260:13,17,18,
19,25;264:12;283:13;284:25;
288:8;293:11

**wide (1)**
235:12

**widely (1)**
172:14

**wife (4)**
106:12,13;107:8,15

**wife's (1)**
106:16

**willing (1)**
253:25

**Wiltshire (5)**
10:23,25,19,21,22,32.7

**win (1)**
153:20

**window (1)**
167:17

**winery (1)**
64:9

**withdrew (6)**
110:20,23;111:15,17;
112:10,20

**within (8)**
8:13;10:14;81:14,122:21;
242:15;254:25;282:5;315:18

**without (13)**
17:24;53:18:73:25;171.7:
189:13;199:17;250:10:255:9;

265:18;274:13;290:20;
293:23;298:12

**witness (28)**
10:10,12,18,21;11:4:23:25;
42:3;96:17;102:2,131:12;
143:20;145:19;204:15,18,22:
210:12;221:5,232:21;233:4;
236:7;253:3;258:7;260:20;
289:19;291:4;295:12;310:10;
315.4

**won (2)**
303:14,15

**Wootton (1)**
10:23

**word (6)**
21:2,10;127:3,211:21,
216:21;309:18

**wording (1)**
99:3

**words (5)**
102:22;138:20;211:21;
244:11;292:21

**work (18)**
12:22;31:25;53:23;66:24;
89:17;96:13;111:2;184:14;
200:9,12,13;201:22,24,
214:24;232:22;237:16;310:5,
22

**worked (7)**
19:16;33:10,11;37:24,56.7;
67:25;133:14

**working (4)**
33:13;68:13;142:4;223:20

**works (6)**
123:23;142:9,189:10;
250.14;259.17;265.17

**World (10)**
53:20;94:17;101:13;
108:21;120.17;121.4;167:13:
189:11;264:15;265:6

**worried (1)**
75:19

**worry (1)**
183:2

**worth (20)**
27:10;28.24;29:2,8,8,9;
30:19;33:15,18;40:3;52:21,
22;53:10;58:25;59:6,12;
169:12;226:18;302:24:303:2

**worthiness (1)**
100:9

**worthless (1)**
251:4

**write (9)**
74:11;80:23;149:13,15;
197:17;233:21;234:2,270:3;
271:20

**write-off (1)**
98:20

**writes (6)**
124:13;137:5,226:18;
229:24;271:13;281:2

**writing (2)**
98:23;152:7

**written (12)**
61:9,21;62.7;70:14;72:18;
90:5;149:10,11,12,16;181:3;
244:22

**wrong (10)**
56:19;57:22;108:10;
178:17;185:5,219:24;227:16;
228:12;265:7;290:13

**wrote (2)**
197:17;256:13

## Y

**Yacher (9)**
123:18,20;252:7,12,14,15;
265:25;272:23,25

**Yacher's (1)**
124:13

**year (20)**
36:2;90:23;108:9:127:18;
129:25;132:23;171:16;178:4;
225:18;243:8;254:11;263:9;
265:15;267:13;302:16,17;
304:3,5;311:22;312:23

**years (27)**
13:9,12,18.22;25:23,23;
27:25,33.12;37:12;38:23;
50:4,53:23;54:23,56:2,57:2,8,
23,25;62:25;80:4;90:19;
129:6;158:10;192:14;223:13;
246:10;263:23;264:2

**yesterday (2)**
229:25;230:7

**yields (1)**
74:14

**York (10)**
10:14,65:22;127:25;128:2,
167:16;181:22;190:19;207:9;
271:18;300:24

**young (2)**
91:4;198.15

**younger (2)**
121:9;223:14

**yourself (7)**
53:12;71:22;99:5;149:11;
159:17;185:21;252:8

## Z

**zero (3)**
261:15;267:14,25

## 0

**08 (1)**
90:15

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

**09-2010 (1)**
280:12

---

**1**

**1 (3)**
9:2,7;13:19
**1.4 (3)**
183:19;199:2;254:19
**1.9 (2)**
180:11;248:25
**1:20 (2)**
131:20,22
**10 (7)**
28:16;34:24;91:9;104:5,14;
165:11;183:10
**10.75 (2)**
176:21;177:16
**10:01 (1)**
24:16
**100 (3)**
28:13;165:11;198:6
**11 (9)**
34:24;91:9;104:8;113:7;
116:3;117:15;123:9;198:25;
266:24
**11/13/12 (1)**
185:16
**11:33 (1)**
103:25
**11:49 (1)**
104:12
**119.7 (1)**
206:15
**11-point-something (1)**
183:15
**11th (1)**
147:15
**12 (5)**
80:17;116:5,7;167:2;

**273:14**
**12:26 (1)**
131:18
**12:37 (1)**
131:20
**1220 (1)**
123:15
**12th (1)**
122:16
**13 (8)**
54:23;136:3,16,17,18;
147:9;150:19;185:21
**132 (1)**
227:13
**13th (2)**
187:19;192:19
**14 (5)**
136:7,16;151:21;191:18;
235:6
**14th (1)**
192:21
**15 (4)**
50:4;136:10,16;183:10
**1572 (1)**
242:11
**16 (3)**
136:13,16;191:18
**17 (8)**
146:13,15,17;148:10;161:9;
164:9;202:6;220:7
**17th (2)**
220:10;225:22
**18 (9)**
62:25;125:3;162:19,21;
171:24;172:3;210:20;264:11;
293:15
**18th (3)**
219:6;220:19;225:22
**19 (15)**
41:12;125:8;153:17;173:3,

25;175:8,9,177:12;186:21;
187:16;191:2,9,11;192:16;
293:21
**1967 (1)**
36:3
**1981 (1)**
55:16
**1986 (2)**
57:22;62:24
**1987 (1)**
62:9
**1990 (1)**
57:22
**1990s (3)**
54:16;68:7,8
**1993 (1)**
37:13
**1994 (1)**
61:9
**1995 (2)**
37:13,38:23
**1996 (1)**
57:22
**1999 (1)**
61:21
**1st (1)**
291:20

---

**2**

**2 (4)**
24:9,18;104:12;172:21
**2.5 (4)**
276:12;289:14,17;292:22
**2:14 (1)**
172:20
**2:33 (1)**
173:15
**20 (17)**
124:22;148:14,15;165:11;

173:6;174:4,18;178:14;198:5;
224:13;227:10;261:20;262:8,
21;263:3;277:20;288:10
**200 (1)**
165:11
**2000 (3)**
41:13;90:14;125:12
**2007 (5)**
75:16;76:21;77:5;82:2;
202:6
**2008 (15)**
41:16;70:20;74:19;77:5,
78:13;80:17;82:2;83:23;84:3,
5,14;90:13;117:15;123:6;
125:15
**2008-2009 (1)**
199:16
**2009 (24)**
90:17,24;91:9;113:16;
117:17;118:7;124:22;125:3,
25;126:2,4,14;146:23;147:11,
19;151:24;155:3,4,7;161:11,
19;162:2;163:15;166:4
**2009-2010 (1)**
88:25
**201 (2)**
168:14;169:6
**2010 (39)**
33:12;155:2,12;162:22,24;
163:16;165:14,24;166:6;
168:7;169:18,171:25,174:2,5,
7,10,12;179:8,21;184:16,17,
18,19;185:23;186:13,17;
187:14,19;190:9;194:2,4;
217:22;225:19;227:10,12;
249:3;250:25;287:23,24
**2011 (45)**
194:20,23;196:21;197:5;
199:25;201:19;210:20;213:7,
217:21;224:13;229:2,231:5;

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 6, 2018

233:10;236:11;238:3;239:12;
240:7,241:19,21;242:8,9,23,
25;244:8;246:21;247:2,11;
248:5,12:250:17;252:9,19;
256:19,19;257:17,21;258:16,
17,260:14;266:2,4,24,268:13,
15;295:23

**2012 (46)**
17:2,3,4;18:9;185:22;
239:11,18,23,241:12,245:14,
17;246:7;257:17,18;258:23;
272:25;273:14;274:17,18,24,
25;275:18,20,21;276:3,7,18;
277:15,18;282:3;283:5;284:6;
285:16;286:13,21;287:16,
288:15,23,25,294:9;296:3,9,
23;297:17,23;298:15

**2013 (2)**
298:18;300:5

**2014 (4)**
79:21,85:19;108:10;137:14

**2016 (1)**
137:14

**2018 (3)**
9:6;137:3;250:13

**2020 (1)**
175:19

**2025 (4)**
176:3,18;267:14;268:2

**20s (2)**
63:8,9

**20-something (1)**
148:4

**20th (1)**
295:17

**21 (4)**
173:9;174:6;229:8;257:11

**21st (2)**
191:10;272:25

**22 (2)**

173:12;174:9

**22nd (7)**
147:11,16;151:23;268:13;
295:15,19,23

**23 (3)**
185:16;186:2;257:11

**24 (7)**
84:14;218:24;219:8;258:5,
6,8;284:2

**25 (10)**
27:25;202:4;222:12,14,16;
246:22;273:15,21;277:6,8

**26 (4)**
236:4,10;242:4,15

**27 (4)**
228:24;233:10;239:6,8

**2770 (1)**
174:21

**2771 (2)**
187:17;191:16

**28 (6)**
225:15;226:22;231:16,19;
241:6,11

**29 (4)**
232:18;247:20,22;278:4

**29th (1)**
242:11

**2nd (2)**
70:20;185:23

---

### 3

**3 (5)**
24;12,18;58:9;173:15;
218:20

**3- (1)**
29:6

**3.3 (2)**
177:20;197:8

**3:35 (1)**

218:20

**3:52 (1)**
219:4

**30 (9)**
252:4,6;261:20;262:8,22;
263:4;279:13,17;315:18

**300- (2)**
34:7;54:4

**3041 (1)**
261:5

**30b6 (1)**
308:6

**31 (4)**
253:6;259:10,15;265:23

**3153 (2)**
195:12;196:4

**32 (2)**
266:18,22

**33 (3)**
268:9,11;295:14

**34 (3)**
10:22;269:24;270:2

**35 (3)**
271:4,6,8

**36 (2)**
272:17,19

**37 (2)**
273:10,12

**38 (2)**
275:4,9

**39 (1)**
206:17

**3rd (3)**
175:2,13;192:18

---

### 4

**4 (4)**
70:16,19;117:6;219:4

**4.3 (4)**

233:16,19,23;234:11

**4.6 (1)**
287:16

**4:23 (1)**
240:25

**4:39 (1)**
241:9

**40 (3)**
13:24;24:22;122:11

**43 (4)**
233:15,23,234:11;236:21

**4475 (1)**
202:24

**4479 (4)**
204:6,10,17,21

**45 (1)**
235:6

**48 (1)**
220:9

**49 (1)**
220:22

**4NR (1)**
10:24

**4Runner (1)**
35:13

---

### 5

**5 (8)**
40:8;41:14;77:20,21;78:6,6,
10;117:6

**5.5 (1)**
273:16

**5/08 (1)**
77:22

**5/2/08 (1)**
70:17

**5:00 (1)**
255:2

**5:21 (1)**

266:13

**5:28 (1)**
266:21

**50 (11)**
28:18;53:23;167:15;
221:14;262:2,11,13,25;
265:11;302:18,23

**500 (2)**
29:7;34:8

**500,000 (1)**
184:13

**50th (1)**
106:17

**52 (5)**
293:16;296:8;297:8,17;
298:2

**54 (1)**
293:21

**6**

**6 (5)**
9:6;78:2,6;80:15;241:12

**6/13/18 (1)**
136:3

**6:08 (1)**
291:8

**6:15 (2)**
291:12;292:6

**6:16 (1)**
292:10

**6:32 (1)**
307:12

**6:41 (1)**
307:16

**6:49 (2)**
314:18,20

**60 (5)**
129:13;262:3,12,13;265:12

**60-something (1)**

129:18

**61.6 (1)**
126:21

**7**

**7 (1)**
84:6

**7.2 (4)**
176:3,12,18;178:21

**7.25 (1)**
178:19

**7/12/08 (1)**
78:3

**7/24/08 (1)**
84:7

**70 (2)**
55:24;306:22

**71 (2)**
186:24;191:6

**75 (3)**
39:22;58:25;59:6

**7552 (1)**
46:16

**7556 (1)**
47:20

**7567 (2)**
59:18,22

**8**

**8 (4)**
87:3,9,10;266.2

**8/09 (1)**
104:8

**80s (1)**
55:16

**82 (1)**
55:16

**9**

**9 (4)**
87:6,10,13;270:11

**9:40 (1)**
9:6

**9:54 (1)**
24:5

**90 (1)**
39:22

**90-days (1)**
229:16

**90s (4)**
66:7,7;113:23;119:13

**93 (2)**
37:13;85:20

**95 (1)**
37:14

**950 (1)**
270:11

**96 (1)**
38:23

**97.5 (1)**
245:19

# In the Matter Of:

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

---

Claudio Khamis
December 7, 2018
Confidential

---



Case 1:12-cv-08852-JMF   Document 271-40   Filed 08/26/20   Page 141 of 278

Atlantica Holdings, Inc. v.    Confidential    Claudio Khamis
Sovereign Wealth Fund            December 7, 2018

Page 319

```
 1
 2      * * * * * C O N F I D E N T I A L * * * * *
 3
 4   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 5   - - - - - - - - - - - - - - - - x
 6   ATLANTICA HOLDINGS, INC.,
     BALTICA INVESTMENT HOLDINGS,
 7   INC., BLU FUNDS, INC., ALLAN
     KIBLISKY, ANTHONY KIBLISKY, and
 8   JACQUES GLIKSBERG,
             Plaintiffs,        Index No.:
 9                              12-CV-8852
          - against -          (JMF)
10
     SOVEREIGN WEALTH FUND
11   "SAMRUK-KAZYNA" JSC,
12   a/k/a "National Welfare Fund
     'Samruk-Kazyna,'"
13           Defendants.
14   - - - - - - - - - - - - - - - - x
15   ATLANTICA HOLDINGS, INC.,
     BALTICA INVESTMENT HOLDINGS,
16   INC., BLU FUNDS, INC., ALLAN
     KIBLISKY, ANTHONY KIBLISKY, and
17   JACQUES GLIKSBERG,
             Plaintiffs,        Index No.:
18                              13-CV-5790
          - against -          (JMF)
19
     BTA BANK, JSC,
20
             Defendant.
21
     - - - - - - - - - - - - - - - - x
22
23                101 Park Avenue
                  New York, New York
24
25                December 7, 2018
```

Page 320

```
 1
 2          CONTINUED EXAMINATION BEFORE TRIAL OF
 3   CLAUDIO KHAMIS, the Plaintiff herein, taken by
 4   an attorney for the Defendants, pursuant to
 5   Federal Rule of Civil Procedure 30(b)(6), held
 6   at the above place and time before Apryl S.
 7   Montero, a Court Reporter and Notary Public
 8   within and for the State of New York.
 9
10              -o0o-
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 321

```
 1
 2              A P P E A R A N C E S
 3
 4   COZEN O'CONNOR
        Attorneys for the Plaintiff
 5
        277 Park Avenue
 6      New York, New York 10172
        (212) 883-4900
 7
        BY:    MARTIN S. BLOOR, ESQ.
 8             mbloor@cozen.com
 9
10
11   THE LAW OFFICES OF DAVID LITTLETON
        Attorneys for the Plaintiff
12
        1750 K Street NW
13      Washington, DC 20006
        (202) 256-1914
14
        BY:    DAVID LITTLETON, ESQ.
15             david@rowhousecap.com
16
17
18   CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
        Attorneys for the Defendant Sovereign
19      Wealth Fund "Samruk-Kazyna" JSC
20      101 Park Avenue
        New York, New York 10178
21      (212) 696-6000
22      BY:    JONATHAN J. WALSH, ESQ.
               jwalsh@curtis.com
23
               ALYSSA J. ASTIZ, ESQ.
24             aastiz@curtis.com
25             CLARK ORR, Paralegal
```

Page 322

```
 1
 2   KATTENMUCHINROSENMAN LLP
        Attorneys for the Defendant (BTA Bank, JSC
 3
        575 Madison Avenue
 4      New York, New York 10022-2582
        (212) 940-6531
 5
        BY:    JASON VIGNA, ESQ.
 6             jason.Vigna@kattenlaw.com
 7             BRIAN L. MULDREW, ESQ.
        brian.muldrew@kattenlaw.com
 8
 9
10
11
12
13          A L S O   P R E S E N T
14
15   ZHADYRA NARTAY, BTA Bank
16
17   JUAN TORRES, Legal Videographer
18
19              -o0o-
20
21
22
23
24
25
```

Page 323

----------------- I N D E X -----------------
EXAMINATION BY                        PAGE
Mr. Walsh                             326
Mr. Vigna                             408
Mr. Bloor                             631


-------------- E X H I B I T S --------------
KHAMIS                                PAGE
39       Email                        326
49       Email                        335
41       UBS statement                337
42       Email                        340
43       BTA Bank Prospectus          356
44       UBS statement                371
45       UBS statement                372
46       Email                        373
47       Email                        373
48       Invoice                      376
49       Budget and financial        377
         statement
50       Steering committee          387
         meeting minutes
51       Email and                    390
         presentation
52       Complaint                    399

Page 324

-------------- E X H I B I T S --------------
KHAMIS                                PAGE
53       Subpoena                     408
54       Financial statements         425
55       Declaration                  529
56       Email                        553
57       Email                        558
58       Email                        562
59       Fitch ratings report         576
60       Email                        595
61       Email                        608
62       Email                        611
63       Email                        614


                  -o0o-

Page 325

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and
between the attorneys for the respective parties
hereto that filing and sealing be and the same
are hereby waived.

IT IS FURTHER STIPULATED AND AGREED that
all objections, except as to the form of the
question, shall be reserved to the time of the
trial.

IT IS FURTHER STIPULATED AND AGREED that
the within examination may be signed and sworn
to before any Notary Public with the same force
and effect as though signed and sworn to before
this Court.

          -o0o-

Page 326

(Whereupon, Khamis Exhibit
Number 39, email, was marked for
identification as of this date.)

CLAUDIO KHAMIS,

The witness herein, having previously
been duly sworn or affirmed by Apryl S. Montero,
a Notary Public within and for the State of New
York, was examined and testified as follows:

THE VIDEOGRAPHER: The time is
9:47 a.m. This begins media number 1 of
the video deposition of Mr. Claudio
Khamis.

You may proceed.

EXAMINATION

BY JONATHAN WALSH, ESQ.:

Q. Good morning, Mr. Khamis.

A. Good morning.

Q. You understand that you're still under
oath?

A. Yes.

Q. And that you're testifying today on
behalf of plaintiffs Atlantica, Baltica, and Blu
Funds?

A. Correct.

Page 327

1     CONFIDENTIAL -- Claudio Khamis
2  Q.  And that your testimony is binding on
3     those entities?
4  A.  Correct.
5  Q.  Are you able to testify truthfully and
6     accurately today?
7  A.  Yes.
8  Q.  Are you under the influence the any
9     medications today?
10  A.  Nothing different from what was
11     yesterday.
12  Q.  The thyroid medications that you
13     discussed yesterday?
14  A.  Correct.
15  Q.  We were talking yesterday about
16     Tristan Oil, and I don't believe you were able
17     to recall the date that you met with
18     Mr. Stati --
19  A.  What are you saying?
20  Q.  Mr. Stati. You testified yesterday
21     about your meeting with Antonin Stati from
22     Tristan Oil?
23  A.  Yes.
24  Q.  And you don't remember when you met
25     with him?

Page 328

1     CONFIDENTIAL -- Claudio Khamis
2  A.  It was a few years ago.
3  Q.  Your lawyer contacted Joe Pizzurro of
4     my firm in approximately May of 2016 asking
5     whether we could settle both the Tristan Oil
6     case and this case
7     Does that refresh your recollection when
8     you met with Mr. Stati?  Was it before May of
9     2016?
10     MR. BLOOR: Objection.
11  A.  I'm not sure.  I would guess it was
12     way before.
13  Q.  Was it the year 2016 or was it
14     possibly 2015?
15  A.  Possibly prior to 2016.
16  Q.  Was your lawyer, Mr. Jaffe, at the
17     meeting with Mr. Stati?
18  A.  No.
19  Q.  Did you have any lawyers at that
20     meeting?
21  A.  No.
22  Q.  And that was a meeting in Spain?
23  A.  Yes.
24  Q.  Okay.  I've marked as Exhibit 39
25     before you an email from Igal Yacher.  I'll

Page 329

1     CONFIDENTIAL -- Claudio Khamis
2     represent that this is an email that you
3     received  You produced it to us, as you can see
4     from the Bates number.
5     This is the first time that you became
6     aware of the terms of the 2012 restructuring;
7     correct?
8  A.  I don't know.  I don't recall exactly
9     the time.  I probably -- it was by phone.  This
10     email was -- I couldn't say how it was.
11     I recognize the email.
12  Q.  And what was your reaction when you
13     heard the terms of the 2012 restructuring?
14     MR. BLOOR: Objection.
15  Q.  Did you have a reaction when you
16     learned how the subordinated notes would be
17     treated in the 2012 restructuring?
18     MR. BLOOR: Objection.
19     You can answer.
20  A.  I had a -- the initial reaction was --
21     was -- I don't know what the initial reaction
22     was exactly.  Probably was trying to get the
23     facts straight and trying to understand what
24     really happened, make sense of all the previous
25     information that I had and how I would try to

Page 330

1     CONFIDENTIAL -- Claudio Khamis
2     reassess what went on
3     It was, in any case, not just the -- the
4     wipe out of the value of the subordinated notes,
5     it's also implying it would take me away from my
6     property, my participation in the recovery note
7     structure, and for me, that was a surprise at
8     the time
9  Q.  And did you contact lawyers to
10     represent you in connection with the 2012
11     restructuring?
12  A.  At some point in time, I did
13  Q.  And did you contact the Dechert firm
14     from Philadelphia --
15     Actually, it was the Dechert firm in
16     London.
17  A.  I -- I didn't contact, that I recall,
18     directly the Dechert firm in London.
19     Dechert was advising the steering committee
20     of Tristan Oil in legal matters, and I think
21     they were aware of everything that was happening
22     in Kazakhstan, and I think this is eventually
23     how I got in contact with somebody that then
24     turned me on to Alston & Bird.  Alston & Bird
25     was introduced by Dechert.

Page 331

CONFIDENTIAL -- Claudio Khamis

1    CONFIDENTIAL -- Claudio Khamis
2  Q.  Is it possible it's Cohen & Gresser?
3  A.  I'm sorry, Cohen & Gresser.  You're
4  right.
5  Q.  When did you first get involved with
6  Tristan and Dechert?
7       MR. BLOOR: Objection.
8  A.  I don't have the exact dates in my
9  mind.
10  Q.  Do you recall who at Dechert you were
11  dealing with with respect to Tristan Oil?
12  A.  Not really.
13  I was part of the steering committee.  I
14  wasn't engaging, that I recall directly -- there
15  were -- there was a leading counsel at Dechert,
16  obviously a man, but I don't recall exactly what
17  the level of -- what the level of the discussion
18  was, besides that I wanted to get, engage into
19  legal action.  I don't -- I don't recall the
20  dates are clear.
21  Q.  I'm handing you what's been marked as
22  Exhibit 42 at Mr. Kiblisky's deposition, and
23  I've turned to the last page, which is a letter
24  from Dechert to a number of parties, including
25  BTA Bank, dated October 12, 2012, and you see,

Page 332

1    CONFIDENTIAL -- Claudio Khamis
2  this is from Camille Ablousleiman.
3  A.  Yeah.
4  Q.  Does this refresh your recollection --
5  A.  No, not really.  I would have to read
6  through and -- that, I don't think I'm familiar
7  with.
8  Q.  And do you see this letter is from
9  Dechert, and they purport to represent the
10  holders of the subordinated notes.
11  Do you see the first paragraph?
12  A.  Yeah.
13  Q.  Did that include you?
14  A.  I -- I don't know.  I couldn't tell.
15  The steering committee of the previous
16  restructuring, of the 2010 restructuring, I
17  expect, was on behalf of bondholders, too.  I
18  assume every bondholder.  I don't know any
19  reason for discrimination.
20  Q.  Did you see this letter before it went
21  out?
22  A.  No.
23  Q.  Did you receive this letter later?
24  A.  I don't know.
25  It doesn't sound familiar to me today, as I

Page 333

1    CONFIDENTIAL -- Claudio Khamis
2  read it.
3  Q.  When was the first time you talked to
4  Mr. Jaffe?
5       MR. BLOOR: Objection.
6       In connection with this matter, I
7  assume?
8  Q.  When was the first time you ever
9  talked to Mr. Jaffe?
10  A.  In connection with this matter?
11  Q.  Any time.
12  A.  I don't recall.
13  I recall the first time I saw him in
14  person.
15  Q.  When was that?
16  A.  I don't -- I don't have exact clear,
17  the timeline.
18  But this was, I think, prior to starting or
19  representing or right after I started
20  litigation.  I couldn't -- I couldn't be more
21  precise.
22  Q.  The case was filed in January of --
23  I'm sorry, in December of 2012.
24  Does that refresh your recollection?
25  A.  No.

Page 334

1    CONFIDENTIAL -- Claudio Khamis
2  Q.  Well, Mr. Jaffe filed a claim on your
3  behalf and on behalf of other plaintiffs in
4  December 2012.
5  A.  I'm not putting into question a claim
6  was filed.
7  Q.  Did you talk to Mr. Jaffe before the
8  claim was filed?
9  A.  Personally?
10  Q.  Yes.
11  A.  My recollection it that the meeting I
12  had with Mr. Jaffe was to present the work that
13  they did in relation with the case.  I would
14  assume that it was prior to the initiation of
15  litigation, because that's how things usually
16  work.  Basically, they explained the basics --
17       MR. BLOOR: Don't go into the
18  conversation with Mr. Jaffe.
19       MR. WALSH: I don't want to get into
20  details
21       Why don't we take a quick break and
22  we'll organize some exhibits.
23       THE VIDEOGRAPHER: The time is 9:57.
24  We are going off the record.
25       (Whereupon, a brief recess was

Page 335

CONFIDENTIAL -- Claudio Khamis
1     CONFIDENTIAL -- Claudio Khamis
2  taken.)
3     (Whereupon, Khamis Exhibit
4  Number 49, email, was marked for
5  identification as of this date.)
6     THE VIDEOGRAPHER: The time is
7  10:06 a.m.  We are back on the record.
8  Q.  Mr. Khamis, I've handed you what's
9  been marked as Exhibit 40.  It's an email from
10  Mr. Izzo to you, dated March 12, 2012, and
11  attached is the BTA bond prospectus, and if you
12  look at the attachment, it's a draft.  It's
13  called WNC draft, London, August 20, 2010.
14  Do you recall receiving this email from
15  Mr. Izzo?
16  A.  No.  I don't.
17  Q.  Do you recall reviewing the
18  attachment?
19  A.  No.  I don't.
20  Q.  Do you know why Mr. Izzo is sending
21  you this draft information document in March of
22  2012?
23  A.  Izzo would send me all along, like,
24  multiple unsolicited information.
25  Q.  Why would the draft document from 2010

Page 336

1     CONFIDENTIAL -- Claudio Khamis
2  be relevant to you in 2012?
3     MR. BLOOR: Objection.
4  A.  At 2012 I knew something very wrong
5  had been going on, and I just wanted my money
6  back.
7  Q.  By March of 2012?
8  A.  After I knew what went on.
9  Q.  When did you --
10  When did that happen?  When did you know
11  what was going on?
12  A.  When I received the terms of the
13  exchange -- when I know about the -- when I know
14  I received 97.5 percent of my holdings were
15  taken away.
16  Q.  In November of 2012?
17     MR. BLOOR: Objection.
18  A.  I don't know.
19  Q.  Well, we looked at the email.
20  Does that refresh your recollection, 39?
21     MR. BLOOR: Objection.
22  A.  I told you already, I don't remember
23  receiving this email.
24  Q.  But you do recall learning the terms
25  of the 2012 restructuring?

Page 337

1     CONFIDENTIAL -- Claudio Khamis
2     MR. BLOOR: Objection.  I mean,
3  you've asked him that 20 times already.
4     MR. WALSH: I'm just trying to fix
5  the time.
6     MR. BLOOR: He said he doesn't
7  remember receiving 39, so you can't keep
8  say he learned about it in November, so
9  he's telling you he doesn't recall.
10  Q.  You obviously didn't know the terms of
11  2012 restructuring before they were released;
12  right?
13  A.  Before they were released?  I don't
14  think so.
15     (Whereupon, Khamis Exhibit
16  Number 41, a UBS statement, was marked
17  for identification as of this date.)
18  Q.  Mr. Khamis, you continued to buy BTA
19  subordinated bonds in March of 2012; correct?
20  A.  In March of 2012?  I would have to see
21  the list.
22  Q.  I've handed you Exhibit 41 --
23  A.  This is confusing to me.  It's better
24  to see the list that was attached --
25  Q.  You have the complaint, if you want to

Page 338

1     CONFIDENTIAL -- Claudio Khamis
2  grab that
3     MR. BLOOR: 24, I think it is.
4  Here's my copy.
5  A.  Yes, that's correct.
6  Q.  Why were you continuing to buy
7  subordinated bonds in March of 2012?
8  A.  There was an email dated at the
9  beginning of February.  It was actually not an
10  email, it was a press release that I saw at some
11  point in February, probably early February, in
12  which -- in which it was stated that some form
13  of talks would be engaged by government
14  officials, I guess, to talk and sit with the
15  bondholders to discuss about the necessity of a
16  second restructuring, which was, again,
17  conflicting with what was portrayed previously
18  about, that the restructuring was happening, and
19  then again, it's confusing and it's
20  contradicting, and they talk about discussing
21  the necessity of a second restructuring.
22  And I think they also talked about at the
23  time about the, that SK would inject capital to
24  the bank, and that discussions would be among --
25  the talk was about also bondholders injecting

Page 339

```
 1    CONFIDENTIAL -- Claudio Khamis
 2   capital.
 3   So it seemed at the time, like, first of
 4   all, the second restructuring wasn't even short,
 5   because they were discussing it, so the force or
 6   the reasons for the need were not that important
 7   or contradictory, and when they talk about
 8   bondholders injecting capitals with SK, that
 9   could have been a lot of different things but
10   all of them kind of positive, so bondholders
11   would buy also shares at an offering or
12   bondholders, how it could be very obvious, at
13   the time it was debt for equity.
14   There were many, many possibilities open,
15   but it was the first time when you see
16   government officials saying clearly that they
17   are sitting to the table with bondholders to
18   even talk about the necessity, so --
19   But again, this goes into all the
20   information that I was processing at the time,
21   and if I see here the list of the purchases
22   after 2010, after more than a year, after
23   September 2010, there was nothing being bought,
24   and then in February 3rd, 2012, I started very
25   intensive buying, so this is exactly probably
```

Page 340

```
 1    CONFIDENTIAL -- Claudio Khamis
 2   around the time all this was being disclosed to
 3   the public.
 4   I don't remember exactly how I got to know
 5   about it, other than it was -- I remember
 6   clearly that it was statements from government
 7   officials.
 8       MR. WALSH: Let me mark an exhibit.
 9       (Whereupon, Khamis Exhibit
10   Number 42, email, was marked for
11   identification as of this date.)
12  Q.  I've handed you Exhibit 42,
13   Mr. Khamis. This is an email from Mr. Izzo to
14   you, dated March 5, 2012. He's forwarding an
15   email he received from Renaissance Capital.
16   Do you see that?
17  A.  Yeah.
18  Q.  And it talks about the recovery
19   efforts in the first paragraph and also the
20   deposit withdrawals at BTA.
21   Do you recall reviewing this email when you
22   received it in March of 2012?
23  A.  I don't recall reviewing it, but most
24   likely, I did.
25  Q.  You see at the bottom of that first
```

Page 341

```
 1    CONFIDENTIAL -- Claudio Khamis
 2   page, Renaissance Capital writes:
 3   No tangible information is available
 4   regarding Samruk-Kazyna's willingness to share
 5   the cost of the second restructuring, via
 6   accepting write-offs on its own deposits with
 7   BTA.
 8   Were you aware of that, at the time you
 9   reed the email, that there was no information
10   regarding what SK was going to do?
11       MR. BLOOR: Objection.
12  A.  This information is, again, as
13   conflicting as it was, the information at around
14   August 2011 regarding Kulibayev's and the
15   daughter of the president's owning Halyk Bank
16   and the interest in buying bonds after the
17   investor presentation was made in May 2011.
18   So this is, again, is conflicting, and
19   again, is about making assessments of what you
20   think is right and who do you believe.  Do you
21   believe an SK official, or do you believe what
22   you're reading?
23  Q.  What about the UK court?  Did you take
24   any credence that the UK court found that
25   Ablyazov had lied about his assets and that --
```

Page 342

```
 1    CONFIDENTIAL -- Claudio Khamis
 2  A.  I wasn't paying attention at the time
 3   to legal proceedings.
 4  Q.  You had recovery units; correct?
 5  A.  I wasn't paying attention at this time
 6   to legal.
 7   I would expect the recovery unit
 8   information to be handed to me through the trust
 9   deed in a very clear way and was an implemented
10   mechanism still at the time, according to the
11   information memorandum, so . . .
12  Q.  Did you know UBS was an underwriter in
13   the first restructuring?
14  A.  I heard that UBS had some advisory
15   role.
16  Q.  Did you ever ask UBS for information
17   regarding BTA?
18  A.  There was a Chinese wall --
19       MR. BLOOR: Objection.
20  Q.  What do you mean by Chinese wall?
21  A.  What I mean by Chinese wall is that
22   different parts of the bank don't tell their --
23   their private clients or whatever section of the
24   bank it is, what they do.
25  Q.  This is Exhibit 36 from Mr. Kiblisky's
```

Page 343

1     CONFIDENTIAL -- Claudio Khamis
2  deposition.  The translation of a email from
3  April 2012, entitled print chat on EFG, ETA, and
4  it's from Mr. Kiblisky to you, Mr. Khamis.
5  Do you recall receiving this email?
6     MR. BLOOR: Objection.  It's from
7  him to Kiblisky.
8     MR. WALSH: My apologies.
9  Q.  Mr. Khamis, you sent this.
10 You do you recall sending this email?
11 A.  Yeah.
12 Q.  And why --
13 A.  I don't recall much about the email,
14 but if I sent it, I must have seen it.
15 Q.  What is EFG?
16 A.  EFG, as I understand, a financial
17 institution based out of Miami.
18 Q.  Did you use them to, as a broker for
19 your BTA trading?
20 A.  My BTA -- EFG, it's my understanding,
21 was the one who was selling BTA bonds to UBS, to
22 my account to UBS.
23 Q.  Did you ever talk to anyone at EFG
24 about BTA?
25 A.  No.

Page 344

1     CONFIDENTIAL -- Claudio Khamis
2  Q.  This is also an exhibit from
3  Mr. Kiblisky's deposition.  It's an email from
4  you to Mr. Kiblisky, dated May 10, 2012.
5  What are you asking Mr. Kiblisky here?
6  A.  I'm asking what the other owners of,
7  big holders of the 2025.
8  Q.  Why were you asking that?
9  A.  I don't recall.
10 Q.  Were you trying to find a market for
11 these subordinated bonds?
12 A.  At what time?
13 Q.  In May of 2012?
14 A.  May of 2012?
15 Q.  Right.  When the email was --
16 A.  I don't recall ever thinking about
17 selling bonds at the time.
18 Q.  I'm sorry, sellers.  Were you looking
19 for sellers --
20 A.  No --
21 Oh, to buy more you mean?
22 Q.  Correct.
23 A.  I don't recall.
24 Q.  And then you ask:
25 Are there write-offs of loans made by BTA

Page 345

1     CONFIDENTIAL -- Claudio Khamis
2  employee-qualified?
3  Why were you asking that, item two?
4  A.  I don't recall.
5  Q.  There are a number of other questions
6  about the recovery efforts.
7  Do you see that, items three, four, five,
8  six?
9  A.  Excuse me?  You want me to read all of
10 them?
11 Q.  Yes, please.
12    (Whereupon, the Witness complied
13 with the request.)
14 A.  Yes.  It says there are general
15 questions about -- about BTA Bank and its assets
16 and the fight between recovery unit holders for
17 seniority.
18 Q.  Why were you asking these questions?
19 A.  I don't recall what could have, what
20 information I may have had in my head at the
21 time to make these questions.
22 Q.  Were you purchasing BTA bonds in this
23 time period?
24 A.  The list purchases, as I told you, I
25 have a very serious problem recalling all these

Page 346

1     CONFIDENTIAL -- Claudio Khamis
2  transactions and the reasons for one of them, as
3  I told you, these were very turbulent times.
4  Q.  What do you mean?
5  A.  Information just was conflicting, as
6  you pointed out a few minutes ago.
7  Q.  Why were you buying BTA bonds if the
8  information was conflicting?
9     MR. BLOOR: Objection.
10 A.  I think I answered that yesterday.
11 Q.  Can you answer my question?
12 A.  Every time I do a purchase it's
13 because I think the market price is different
14 from the intrinsic value.
15 Q.  So you believed at the time of the
16 2012 purchases that the bonds were trading below
17 their intrinsic value?
18 A.  I believe that they were trading below
19 the intrinsic value, and I still, at the time, I
20 don't remember exactly the date, but the general
21 theme of the purchases was that there's a big
22 restructuring was just done shortly before in
23 2010, end of 2010, and that massive
24 provisionings were already done in 2010, and
25 what is really --

Page 347

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   The most important thing about banks is the
 3   quality of the assets, and I didn't -- I just
 4   thought that my assessment at the time was right
 5   and that assets couldn't vanish.
 6   Q.  This is Exhibit 40 from Mr. Kiblisky's
 7   deposition.  This is a series of emails between
 8   Mr. Kiblisky and Dan Chapman at Black River, and
 9   Mr. Kiblisky has forwarded the email chain to
10   you in June of 2012.
11   Who is Dan Chapman?
12   A.  Dan Chapman was the president of the
13   steering committee at Tristan Oil.
14   Q.  Did his company, Black River, owned
15   Tristan bonds?
16   A.  I don't know what they owned besides
17   Tristan.
18   Q.  They were on the steering committee
19   because they were a creditor?
20   A.  Tristan Oil.
21   Q.  And at this time, did you own Tristan
22   Oil bonds?
23   A.  Yes.
24   Q.  Does this refresh your recollection
25   when you first took a position in Tristan Oil?
```

Page 348

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   A.  No.
 3   It is, in any case, in the bank statements
 4   that you guys have access to.
 5   Q.  We didn't get that.  Your lawyers
 6   objected to us getting the Tristan Oil --
 7      MR. WALSH: Can we get that?
 8      MR. BLOOR: We'll take that under
 9   advisement.
10   A.  I'll talk to my lawyer about it.
11   Q.  You're willing to provide it.
12      MR. BLOOR: Objection.
13      You can answer.
14   Q.  At this time, what was the value --
15   What was the cost basis of your position in
16   Tristan Oil?
17   A.  My cost basis, at the time?  I
18   couldn't tell you.
19   Q.  Did you buy any Tristan Oil bonds
20   after this time period?  This is June of 2012
21   A.  I have trouble recalling the timeline
22   of all my purchases in BTA bonds,
23   imagine recalling the timeline of Tristan Oil
24   purchases, of Tristan Oil bonds.
25   What I can tell you it was more than one
```

Page 349

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   purchase.
 3   Q.  And there are records?
 4   A.  Sure, there are.
 5   Q.  Mr. Mr. Khamis, I've handed you what
 6   was marked as Exhibit 43 at Mr. Kiblisky's
 7   deposition.  It is a series of emails between
 8   Mr. Kiblisky and Adam Silver of Dechert, dated
 9   October 22, a series of emails from October.
10   Who is Adam Silver?
11   A.  It seems a person that works for
12   Dechert.
13   Q.  And did you ever talk to Mr. Silver?
14   A.  It could have been a conference call
15   we had with Tristan Oil where sometimes Dechert
16   was present.
17   Q.  And if you scroll down, you'll see
18   he's forwarding from Camille Ablousleiman --
19   from Dechert in London, and Mr. Francis
20   Fitzherbert-Brockholes from White & Case is
21   responding.
22   Is it your understanding that he's
23   responding to Exhibit 42?
24   A.  To answer your question, I don't even
25   know when this communication took place.  This
```

Page 350

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   took place regarding to the terms of the second
 3   restructuring.  This is prior, later.
 4   Q.  Take a look at Exhibit 43, which we
 5   showed you earlier.
 6   A.  I couldn't tell you what it is
 7   Q.  But look at this.
 8   A.  This is the same
 9   Q.  No.  It's what I showed you earlier.
10   It's in your pile, but keep this moving.
11   The lawyers at Dechert sent this letter to
12   White & Case and BTA asking for an understanding
13   of how the subordinated notes would be treated.
14   Were you in discussions with Dechert at
15   that time period about BTA and your subordinated
16   notes?
17      MR. BLOOR: Objection.
18   A.  I don't recall.
19   Q.  You have an email that Mr. Kiblisky is
20   forwarding you --
21   A.  I see the email.  I just don't recall
22   what were the talks about, besides the very
23   explicit mention here that this, some finding of
24   BTA.  I don't know -- I couldn't know
25   anything besides --
```

Page 351

CONFIDENTIAL -- Claudio Khamis
1    CONFIDENTIAL -- Claudio Khamis
2    And who is this Ablousleiman to
3    Fitzherbert? I don't know Fitzherbert. I mean,
4    this is not -- this is something between a guy I
5    barely know and a guy I don't know at all. Why
6    would I know something?
7    Q.  Did you engage Dechert to represent
8    you with respect to your BTA subordinated notes?
9        MR. BLOOR: Objection.
10   A.  I don't recall -- I recall Dechert
11   introducing Cohen & Gresser, and I don't know
12   what other services. I remember that I paid big
13   bills to lawyers for this stuff, but I
14   couldn't -- wouldn't remember what -- what the
15   role it could have been of Dechert in this stuff
16   at this stage.
17   To my recollection, Cohen & Gresser was --
18   was -- was doing the work or the majority of the
19   work, but listen, I don't have clear
20   recollections at all of this period.
21   Q.  Turn your attention back to the
22   letter.
23   Do you have it?
24   Dechert writes that they represent
25   22 percent of the subordinated notes.

Page 352

1    CONFIDENTIAL -- Claudio Khamis
2    Does that refresh your recollection --
3    A.  I told you already, I don't have
4    recollections.
5    You're going to insist, how many times are
6    you going to insist?
7    Q.  This is 41 from Mr. Kiblisky's
8    deposition  This is an email Mr. Kiblisky
9    forwards you about the terms of the 2012
10   restructuring as they related to the
11   subordinated notes. It's dated October 21st,
12   2012.
13   Does that refresh your recollection when
14   you learned how the subordinated notes would be
15   treated?
16   A.  Jonathan, if you want me to force,
17   make me up recollections -- either you have
18   memory, or you don't.
19   Q.  Just trying to refresh your
20   recollection to see if --
21   A.  Listen, there is a point in which
22   either you have clear recollections or you
23   don't.
24       MR. BLOOR: So this doesn't refresh
25   your recollection; right?

Page 353

1    CONFIDENTIAL -- Claudio Khamis
2        THE WITNESS: This doesn't refresh
3    my recollection.
4    There' so much information flowing
5    around.
6        MR. BLOOR: Let him ask his next
7    question.
8    Q.  I'm going to keep trying, Mr. Khamis,
9    see if one of these refreshes your recollection.
10   Exhibit 45 from Mr. Kiblisky's deposition
11   is an email that you wrote, November 14, 2012,
12   and you're attaching a number of BTA reports,
13   including the May 18th report that's referenced
14   in the complaint.
15   Does this refresh your recollection.
16   Mr. Khamis, what you were talking to Dechert
17   about in this time period?
18   A.  No. It clearly, as I was sharing with
19   them information regarding the -- the stuff and
20   probably was in connection for them to introduce
21   me a lawyer.
22   Q.  Did they introduce a lawyer to you?
23   A.  Yes.
24   Q.  Mr. Jaffe?
25   A.  Yes.

Page 354

1    CONFIDENTIAL -- Claudio Khamis
2    Q.  Did you ask Dechert to draft a
3    complaint for suing SK Fund?
4        MR. BLOOR: Objection.
5    A.  I don't recall exactly what I asked at
6    the time  Dechert was legal advisor for the
7    Tristan Oil steering committee. They were
8    lawyers. They introduced me Brett. I don't
9    recall exactly what else.
10   Q.  This is Exhibit 46 from Mr. Kiblisky's
11   deposition. It's a series of emails between you
12   and Mr. Maser at UBS.
13   Do you see that?
14   A.  Yeah.
15   Q.  What are you asking Mr. Maser here?
16   A.  Which page are you looking at?
17   Q.  Well, there's a Spanish version and an
18   English version. You can look at either. It's
19   entitled very important, Blu Funds, BTA.
20       MR. BLOOR: I'm sorry --
21   A.  I'm asking --
22   Q.  Let's start at the bottom of the
23   email; right? It says:
24   Very important Blu Funds BTA [in Spanish]
25   remember that the information reported to Blu

Page 355

CONFIDENTIAL -- Claudio Khamis
1    CONFIDENTIAL -- Claudio Khamis
2    Funds attorneys is incorrect, since the current
3    managers and directors are from Morgan &
4    Morgan --
5    A.   The information reported to the Blu
6    Fund is incorrect --
7    Q.   If you could read that to yourself.
8    A.   Yes.
9    Yes.
10   Q.   And you write:
11   Be very carefully with this. The lawsuit
12   could fall on us due to something foolish.
13   What lawsuit were you referring to there?
14   A.   Most likely the legal action I was
15   taking against SK.
16   Q.   With respect to BTA?
17   A.   With respect to -- to the matter that
18   we're treating here.
19   Q.   At the end of the email you write:
20   It's possible that we need to make a change
21   of directors and put me in, since in the fight
22   the Kazakhs might attack them personally.
23   What are you referring to?
24   A.   I didn't want to have directors at the
25   time -- most likely, at the time, I heard

Page 356

1    CONFIDENTIAL -- Claudio Khamis
2    something already about the dirty practice of
3    the Kazakh government as portrayed in the Lewis
4    Report, and I didn't want to expose people that,
5    first of all, didn't know anything about what
6    the -- what the case was about
7    Q.   What dirty tactics are you referring
8    to?
9    A.   I don't recall exactly now, but there
10   was a report written by a Dr. Lewis about a lot
11   of set of tactics used by Kazakh government to
12   harass their opponents.
13        MR. WALSH: Let me take a quick
14   break and get some exhibits. I probably
15   have another hour.
16        THE VIDEOGRAPHER: The time is
17   10:39. We are going off the record.
18        (Whereupon, a brief recess was
19   taken.)
20        (Whereupon, Khamis Exhibit
21   Number 43, a BTA Bank Prospectus, was
22   marked for identification as of this
23   date.)
24        THE VIDEOGRAPHER: The time is
25   10:51 a.m. We are back on the record.

Page 357

1    CONFIDENTIAL -- Claudio Khamis
2    Q.   Mr. Khamis, I've handed you what was
3    previously marked as Exhibit 50 in
4    Mr. Kiblisky's deposition.
5    Do you see this is the complaint that was
6    filed in December 2012 against SK Fund?
7    Do you see that?
8    A.   Yes.
9    Q.   And do you recognize the compliant?
10   A.   Yes.
11   Q.   And did you see this complaint before
12   it was filed?
13   A.   Yes.
14   Q.   And did you provide information to
15   your lawyers at Cohen & Gresser to help prepare
16   this complaint?
17   A.   I must have to.
18   Q.   And you see that there are number of
19   other individual plaintiffs --
20   A.   This is the first complaint, or this
21   is the amended complaint?
22   Q.   This is the very first complaint.
23   This is where we all got together.
24   So you authorized this, the filing of this
25   complaint on behalf of Atlantica, Baltica, and

Page 358

1    CONFIDENTIAL -- Claudio Khamis
2    Blu Funds; correct?
3    A.   Correct.
4    Q.   And you reviewed it to confirm that
5    the allegations had a basis.
6    Did you review it to confirm that the
7    allegations here had a basis in fact?
8    A.   Yes.
9    Q.   If you could turn to the end, we have
10   that same chart of your purchases, your
11   companies' purchases.
12   A.   Yes.
13   Q.   And did you provide that information
14   to Cohen & Gresser to include in the complaint?
15   A.   I don't know whether that was provided
16   by the UBS account statements or directly by me.
17   I don't know what the process was, but I
18   provided everything that was asked by my lawyer.
19   Q.   If you look at page 8 of this
20   complaint, you see in paragraph 27, plaintiffs
21   have alleged that:
22   BTA Bank distributed the information
23   memorandum to BTA's creditors, including
24   plaintiffs and other debt holders.
25   A.   Yes.

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

Page 359

CONFIDENTIAL -- Claudio Khamis
2  Q.  Is that accurate?
3  A.  Yes.  It's accurate.  They put it on
4  the web page.  Every creditor got to know about
5  it.
6  Q.  And that would include Atlantica,
7  Baltica, and Blu Funds?
8  A.  Yes.
9  Q.  And you testified earlier that you
10  looked it on the Internet?
11  A.  I had it available on the Internet,
12  yes.
13  Q.  And that you received excerpts?
14  A.  Correct.
15  Q.  Do you recall when you received those
16  excerpts?
17  A.  No.  I don't remember.
18  Q.  This is Exhibit 43.  This is a copy of
19  information memorandum that your lawyers
20  attached in a filing this case.
21  Do you see it?
22  A.  Yes, I see it.
23  Q.  You never got a hardcopy like this
24  printed out for you?
25  A.  I wouldn't recall what I could have

Page 360

CONFIDENTIAL -- Claudio Khamis
2  gotten printed out at the time of all the
3  investments.  I usually get thick documents, but
4  I couldn't tell you, certainly, if I got this or
5  I didn't.
6  What I remember with clarity is what I told
7  you yesterday about the -- that it was available
8  on the web page, and that the excerpts were very
9  thoroughly analyzed, especially the ones about
10  the notes.
11  Q.  Can you turn to page 119?
12  MR. BLOOR: We're on this here.
13  A.  The big documents?
14  So can I put this aside?
15  Q.  Put it right there.
16  A.  Page 119?
17  Q.  Correct.
18  This is the section on risk factors.
19  Did you receive this in hardcopy form?
20  A.  I remember reading some of the risk
21  factors.
22  Q.  If you turned to page 70 of the
23  document?
24  A.  Of?
25  Q.  Same, page 70.

Page 361

CONFIDENTIAL -- Claudio Khamis
2  A.  Yes.
3  Q.  It actually starts on page 69.  It's
4  entitled undertakings by the bank and
5  Samruk-Kazyna.  It goes on to the next page.
6  Did you review this in connection with your
7  purchases in 2010?
8  A.  I don't recall.  I could have, I could
9  have not.  I don't recall.
10  Q.  Do you see on page 70 under dividends,
11  it reads:
12  The banks will undertake that no dividend,
13  other than a permitted dividend, shall be paid
14  on the shares
15  Bottom of page 70.
16  A.  Bottom of page 70.
17  MR. BLOOR: Jon, you have two copies
18  there.  Can I use the bottom one?
19  A.  Is the part -- this is the part of the
20  information memorandum that speaks about the
21  seven years?  Mr. Walsh?
22  Q.  I just want to make sure you have the
23  right page.
24  Do you have you have page 70?  Do you see
25  70 at the bottom?

Page 362

CONFIDENTIAL -- Claudio Khamis
2  A.  Yeah.
3  Q.  And do you see dividends, the very
4  last section?  It reads the bank will undertake.
5  Do you see that?
6  A.  No dividends other than the permitted
7  dividends shall be paid on the shares?
8  Yeah, I did.  I see this.
9  Q.  Did you review that section of the
10  information memorandum when you reviewed it in
11  2010?
12  A.  I remember the part of the information
13  memorandum that stated that no dividends would
14  be paid until bondholders would get paid or
15  seven years or something -- the amount of years.
16  There was a very specific condition that was --
17  Q.  Can you turn to page 32?
18  Do you see the definition of permitted
19  dividend at the bottom that page?
20  Is that what you're referring to that you
21  reviewed in 2010?
22  A.  Yes.  This seems like the part I saw.
23  Q.  You read that section of the
24  information memorandum prior to purchasing the
25  bonds of BTA in 2010?

Page 363

CONFIDENTIAL -- Claudio Khamis
1
2  A.  Mr. Walsh, I think we reviewed
3  yesterday my history, the timeline of my
4  purchases. There were purchases made prior to
5  the available of the information.
6  What is your question?
7  Q.  So you're right. There are purchases
8  of TuranAlem. I'm not talking about them, not
9  the predecessor bonds.
10 A.  I hope you're not trying to mislead
11 me --
12 Q.  We have the chart, Mr. Khamis --
13 A.  Because it was very extensive
14 yesterday when I referred to myself about how
15 the information memorandum portrayed, discloses
16 that in which they wouldn't pay themselves
17 dividends or distributions if bondholders were
18 not paid on some terms, and it was under some
19 small provisions.
20 I don't recall. I didn't memorize the
21 information memorandum, and there were two parts
22 of the information memorandum to -- that were
23 very relevant. This for the commitment that the
24 bank made to bondholders and the seriousness of
25 the undertaking, and capitalization of the bank,

Page 364

CONFIDENTIAL -- Claudio Khamis
1
2  and the way the recovery units worked, because
3  we couldn't understand them, and I explained
4  that yesterday thoroughly.
5  Q.  We did talk about your purchases
6  yesterday. There were purchases of TuranAlem in
7  August and also in September 2011 of
8  TuranAlem --
9  A.  There were purchases yesterday. I
10 don't recall the dates, prior to the information
11 memorandum and after.
12 Q.  They were not. This information
13 memorandum was issued in June of 2010, so --
14 A.  What are you --
15 Q.  Let me ask my question --
16 A.  I didn't understand your question.
17 Q.  Well, let me ask.
18 Did you review the information memorandum
19 before you made those purchases of TuranAlem in
20 August of 2010?
21 A.  I don't recall the timeline of -- of
22 when -- I don't recall the dates of this, and I
23 would have to look at the purchases. The
24 purchases were made after the release of the
25 information memorandum, is yes, the answer.

Page 365

CONFIDENTIAL -- Claudio Khamis
1
2  Q.  They are all after June 2010.
3  So is it your understanding that you
4  reviewed --
5  MR. BLOOR: He just said he doesn't
6  remember when I saw that, so --
7  MR. WALSH: That's a pretty
8  important point here.
9  Q.  So I'm trying to find out when you
10 looked at it. Your case is based on --
11 Let me just ask my question.
12 What did you look at prior to making
13 purchases of TuranAlem bonds in August of 2010?
14 A.  We look at the list of dates --
15 Q.  That's not going to help you, because
16 TuranAlem bonds are not listed there. If you
17 want me to find the exhibit, the account
18 statement from UBS --
19 But I represent to you there were in August
20 of 2010 --
21 A.  I read the information memorandum, and
22 it was brought to me -- I would say, in a fairly
23 expeditious way. There was not a gap in which I
24 was dis-informed about it.
25 Q.  So it's you're understanding that you

Page 366

CONFIDENTIAL -- Claudio Khamis
1
2  reviewed the information memorandum before
3  August of 2010, issued in June --
4  A.  I don't recall exact dates.
5  What I recall is that as soon as the
6  information memorandum was available, I reviewed
7  it, and that I paid special attention to two
8  parts that were relevant to me and caught my
9  attention.
10 Q.  Can you turn to page 154?
11 A.  154?
12 Q.  Correct.
13 The bottom of the page there's a discussion
14 about Samruk-Kazyna's acquisition and their
15 involvement in the BTA restructuring.
16 Do you see at the bottom of page,
17 Mr. Khamis, it reads:
18 In order to provide additional liquidity to
19 the bank, Samruk-Kazyna agreed to issue the SK
20 bonds and sell them to the bank in exchange for
21 the bank bonds.
22 Did you review this section of the
23 information memorandum before your purchases of
24 TuranAlem and BTA bonds?
25 A.  I couldn't be clear if I reviewed this

CONFIDENTIAL -- Claudio Khamis
1
2   or not.
3   What I -- what I know for sure is that if I
4   reviewed it, it wouldn't have caught my
5   attention, because it doesn't refer here to any
6   operation to the detriment of the capital of the
7   bank.
8   Q.  Can you turn to page 175?
9   A.  175? Excuse me, you said 175?
10  Q.  175, please.
11  Do you see the section entitled liquidity
12  support?
13  A.  Yes.
14  Q.  Did you review this section of the
15  information memorandum prior to your purchase of
16  TuranAlem and BTA bonds?
17  MR. BLOOR: Objection to the form.
18  Q.  Did you review this ever?
19  MR. BLOOR: Ever?
20  A.  Eventually, yes.
21  Q.  Did you review it before August of
22  2010?
23  A.  Excuse me?
24  Q.  Did you review this section of the
25  information memorandum --

CONFIDENTIAL -- Claudio Khamis
1
2   Q.  Do you remember?
3   A.  Depends on the quality of information
4   I'm trying to process and what I'm thinking
5   about it and the depth of the analysis. It's --
6   I couldn't tell you exactly.
7   Q.  Do you remember, with respect to this
8   document, this information memorandum, how long
9   it took you to review the sections that you
10  reviewed?
11  A.  I don't recall.
12  But I recall paying very close attention to
13  this stuff I reviewed, especially the two
14  sections that caught my attention.
15  Q.  Can you turn to the end of the
16  document? It's page 659. 659.
17  A.  659?
18  Q.  Correct.
19  A.  Yes.
20  Q.  The next page is F-1.
21  Do you see that?
22  A.  Yes.
23  Q.  These are the financial statements for
24  the year ended December 31, 2008, and the
25  nine-month period ended September 30th of 2009.

CONFIDENTIAL -- Claudio Khamis
1
2   Let me finish.
3   -- before August 2010?
4   A.  I reviewed it as soon -- if I did it,
5   I reviewed the information memorandum as soon as
6   I had it available or close to the dates of
7   release on being made public.
8   Q.  You did not review the entire
9   document?
10  MR. BLOOR: Objection.
11  A.  I would have flipped over to
12  sections that could have caught my attention,
13  but really, I mean, the only two pieces that
14  caught my attention are the ones I clearly
15  recall.
16  Q.  How long did it take you to flip
17  through the document?
18  A.  I don't recall. I mean, it depends.
19  Q.  Minutes or hours?
20  A.  No, more than minutes. Probably less
21  than hours.
22  Q.  Between -- less than an hour?
23  A.  I -- I don't recall. I could be stuck
24  with a page and thinking about a page for more
25  than an hour, maybe a whole afternoon.

CONFIDENTIAL -- Claudio Khamis
1
2   Did you review these financial statements
3   prior to August of 2010?
4   MR. BLOOR: Objection.
5   A.  I may have had a general look.
6   Usually, when you have a bank in distress or
7   under a situation, or that the situation that
8   the government portrayed at the time of massive
9   losses, past information is not particularly
10  relevant.
11  Like, past information in the Enron case or
12  the previous quarter of the collapse of the
13  sub-prime, because that's when people realized,
14  markets realized that the information was not
15  right.
16  Q.  Do you recall reviewing any other
17  section of the information memorandum, other
18  than the ones that we've talked about?
19  MR. BLOOR: Objection.
20  A.  As I said, I don't have clear
21  recollections about what else.
22  Risk factors, I recall, now that you
23  mentioned them. Not with clarity, but what I
24  recall about the risk factors is that I didn't
25  see anything that would capture my attention in

Page 371

CONFIDENTIAL -- Claudio Khamis
1  CONFIDENTIAL -- Claudio Khamis
2  any particular way.
3    (Whereupon, Khamis Exhibit
4  Number 44, a UBS statement, was marked
5  for identification as of this date.)
6  Q.  Exhibit 44 is the January --
7  A.  I'm sorry, are we done with this?
8  Q.  Yes.
9  Exhibit 44 is the January 2010 statement
10  for Atlantica, Mr. Khamis.
11  A.  Can you put this somewhere else --
12  Q.  If you turn to page 8 of 12 of this
13  document, you'll see we have you trading in
14  Tristan Oil in this month.  It reflects
15  purchases in 2009 of the Tristan Oil bonds.
16  Does that refresh your recollection as to
17  when you took a position in Tristan Oil?
18  A.  I would have to look at the entire
19  statements and go through it to see when was the
20  first purchase.
21  Q.  But again, though, UBS statements
22  accurately reflect your trades?
23  A.  Sure, they do.
24  I think you just said that you didn't have
25  the information about my Tristan Oil

Page 372

1  CONFIDENTIAL -- Claudio Khamis
2  transactions, and there you go.
3  Q.  I have some, not all.
4  A.  I don't -- I don't have all of them in
5  my head.
6    (Whereupon, Khamis Exhibit
7  Number 45, a UBS statement, was marked
8  for identification as of this date.)
9  Q.  Exhibit 45 is a UBS report that you
10  produced, Mr. Khamis.  It's on a number of
11  companies but also Tristan Oil.
12  Do you see on the first page that UBS is
13  reporting that Tristan Oil missed its coupon
14  payments?
15    MR. BLOOR: Objection.
16    You can answer.
17  A.  Yeah, I see.
18  Q.  Does this refresh your recollection as
19  to when you got involved in the steering
20  committee with Tristan Oil?
21    MR. BLOOR: Objection.
22  A.  No.
23  I see the date is 2009.  It was later than
24  that.
25    THE WITNESS: I want to go to the

Page 373

1  CONFIDENTIAL -- Claudio Khamis
2  bathroom.
3    MR. WALSH: Okay.  We can take a
4  break.
5    THE VIDEOGRAPHER: The time is
6  11:14.  We are going off the record.
7    (Whereupon, a brief recess was
8  taken.)
9    (Whereupon, Khamis Exhibit
10  Number 46, email, was marked for
11  identification as of this date.)
12    (Whereupon, Khamis Exhibit
13  Number 47, email, was marked for
14  identification as of this date.)
15    THE VIDEOGRAPHER: The time is
16  11:25.  We are back on record.
17  Q.  Mr. Khamis, I've handed you two
18  exhibits.  46 is an email from Mr. Izzo to you,
19  dated June 2009, and 47 is an email from
20  Mr. Kiblisky -- from April 2012.  Let me deal
21  with 46, first.  This is an about Tristan Oil
22  and its corporate structure.
23  Do you recall receiving this email?
24  A.  I don't have clear recollections of
25  receiving it, but if it was sent to me, I

Page 374

1  CONFIDENTIAL -- Claudio Khamis
2  received it.
3  Q.  Did you have discussions with Mr. Izzo
4  about Tristan?
5  A.  I don't recall what I could have
6  talked with Izzo about Tristan.
7  Q.  At this time, were you involved with
8  the steering committee of Tristan Oil?
9  A.  Again, it's 2009.  I don't think -- I
10  don't think so.
11  It was about a month from my daughter was
12  being born   I was focused on my daughter at the
13  time.
14  Q.  Let's take a look at Exhibit 47.
15  A.  Excuse me?
16  Q.  The next exhibit, 47.
17  A.  Can we put this away?
18  Q.  Yes.
19  Let me know when you've read that.
20    (Whereupon, the Witness complied
21  with the request.)
22  A.  Yes.
23  What is the question?
24  Q.  Does this refresh your recollection
25  when you were involved with the Tristan Oil

Page 375

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   steering committee?
 3   A.  No.
 4   Q.  Did you make a trade in Tristan Oil in
 5   April of 2012?
 6   A.  I don't -- I don't recall the dates of
 7   my Tristan transactions.  If it's in the
 8   statements, the statement of the bank are
 9   accurate.
10   Q.  Are you familiar with a company called
11   NutriTek?
12   A.  Yeah.  This was a company that Patrick
13   had knowledge about it.  I don't -- I don't
14   recall about investments for NutriTek.
15   Q.  Did you invest in NutriTek?
16   A.  I think I did.
17   Q.  Do you recall how big your investment
18   was?
19   A.  I don't think it was big at all,
20   relative to the rest of portfolio.
21   Q.  What happened to your NutriTek
22   investment?
23   A.  I don't recall, but I think I lost
24   money on this one.
25   Q.  Did you engage counsel to assist you
```

Page 376

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   in collecting on the NutriTek investment?
 3   A.  If it was probably the whole amount of
 4   the investment would have been like the first
 5   billing for counsel.
 6   Q.  Are you familiar with a firm called
 7   Egorov Puginsky?
 8   A.  No.
 9      (Whereupon, Khamis Exhibit
10   Number 48, an invoice, was marked for
11   identification as of this date.)
12   Q.  What exhibit were you looking at?
13   Let's hold off, because it's killing me --
14   I've handed you Exhibits --
15      MR. WALSH: 46?
16      THE REPORTER: Yeah.  46 is an
17   email, 47 is an email, 48 is --
18   Q.  Sorry.
19   48 is a bill from the law firm Egorov
20   Puginsky.
21   Is that your signature at the bottom?
22   A.  Yes, it is.
23   Q.  Does that refresh your recollection as
24   who that law firm is?
25   A.  No.
```

Page 377

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   Q.  Do you know if they were engaged to
 3   the assist you in the NutriTek matter?
 4   A.  I don't -- I don't recall NutriTek.
 5   It was an investment that -- it was something
 6   that Patrick would know more, way more about it,
 7   and I don't even recall if it was stock or bond.
 8   I mean . . .
 9   Q.  It says LPN debt of NutriTek.
10   Do you know what LPN is?
11   A.  LPN?
12   Q.  Do you see on the document, LPN?
13   A.  I don't recall.
14      MR. WALSH: Let me mark another
15   exhibit.
16      (Whereupon, Khamis Exhibit
17   Number 49, a budget and financial
18   statement, was marked for identification
19   as of this date.)
20   Q.  Exhibit 49, Mr. Khamis, was produced
21   to us in native format.  That's why it doesn't
22   have Bates numbers.
23   It appears to be a budget for NutriTek
24   2012.
25   A.  Yes.
```

Page 378

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   And it seems there was more people involved
 3   in this, no?
 4   Q.  Right.
 5   Do you know any of these other names?
 6   A.  Besides Atlantica, you mean or what?
 7   Q.  Besides Atlantica.
 8   A.  And Blu and the plaintiffs
 9   This is what your question is?
10   Q.  There's a chart that has a list of
11   NutriTek transfers to clients.
12   A.  This here?
13   Q.  Yes, and you see Atlantica listed
14   there?
15   A.  Yes.
16   Q.  And Atlantic has, $28,000 as a
17   transfer to Atlantica?
18   A.  To Atlantica?
19   Q.  It says NutriTek transfers to client,
20   and --
21   A.  Than it wasn't that bad of an
22   investment.
23   I don't have recollections of it.
24   Q.  Do you recall whether you or
25   Mr. Kiblisky on your behalf or on behalf of
```

Page 379

1     CONFIDENTIAL -- Claudio Khamis
2   Atlantica Holdings put together a litigation
3   committee to recover for NutriTek?
4   A.   No.
5     MR. BLOOR: Just let him finish the
6   question.
7   Q.   What was the law firm doing for --
8     MR. BLOOR: Objection.
9   A.   I don't recall.
10  Q.   Mr. Kiblisky, did you have any
11  discussion with Mr. Kiblisky about hiring a law
12  firm to pursue a recovery on the NutriTek
13  investment?
14    MR. BLOOR: Objection.
15  A.   I -- I most likely was -- I don't want
16  to use the word invited or given the chance to
17  participate in a recovery effort led by somebody
18  else, but I don't have major recollections of
19  that.
20    What I remember of NutriTek, is that it
21  went, it was a bad investment, I lost money, but
22  I don't have a recollection of how it turned in
23  the end, what I received.
24    What I remember, as I told you before, that
25  it was not a significant investment within the

Page 380

1     CONFIDENTIAL -- Claudio Khamis
2   portfolio.
3   Q.   Have you hired lawyers -- we talked
4   about Tristan, and we talked about NutriTek, and
5   we obviously talked about this case.
6     Have you hired lawyers to assist you in the
7   recovery of your investments through litigation
8   in other matters?
9   A.   Can you repeat the question?
10  Q.   Sure. We've talked about Tristan,
11  we've talked about this case --
12  A.   Yeah, but you're talking about --
13  What's the question?
14  Q.   So have you hired lawyers to assist
15  you in recovery of your investments through
16  litigation in other matters?
17  A.   You're talking about financial
18  securities?
19  Q.   Yes.
20  A.   Not that I recall at this moment.
21  Q.   Have you ever been involved in
22  litigation before this case?
23  A.   Like in big financial centers?
24  Q.   Yeah, in any context.
25  A.   Listen, you're just throwing me this

Page 381

1     CONFIDENTIAL -- Claudio Khamis
2   that I wasn't even aware of.
3   Eventually, eventually, yes.
4     But I don't have any recollection of such a
5   major legal activity, for sure, not like this
6   case.
7   Q.   Have you ever been arrested?
8   A.   No.
9   Q.   Have you ever been a defendant in a
10  lawsuit?
11  A.   Not that I recall.
12  Q.   Let's take a look at right here the
13  amended complaint. I'll make your life easier.
14  The amended complaint contains a number
15  of -- this is the amended complaint in the
16  Samruk-Kazyna case, filed in April 2013, and the
17  complaint contains a number of allegations
18  regarding SK Funds sovereign immunity agreement.
19  Are you familiar with that issue?
20  A.   Yes.
21  Q.   And the lawyers, on your behalf,
22  revised the complaint and included in
23  paragraph 19 of this amended complaint a number
24  of allegations regarding SK Funds' conduct in
25  the United States. I would just ask you to look

Page 382

1     CONFIDENTIAL -- Claudio Khamis
2   at that. If you could go through, bullet by
3   bullet, the basis for that allegation.
4   A.   The first bullet seems like very legal
5   terms.
6     MR. BLOOR: I'm sorry, what page are
7   you reading from?
8     THE WITNESS: 8.
9     MR. WALSH: Paragraph 19.
10  Q.   What is the first bullet?
11  A.   As part of the 2010 restructuring at
12  SK's direction, BTA Bank issued inter alia --
13  Which I don't know what it means.
14  -- senior dollar notes, dollar original
15  issue discount notes, and dollar subordinated
16  notes, such as dollar subordinated notes, the
17  subordinated notes. All of these notes were
18  denominated in US dollars.
19  Q.   What's the basis for that allegation?
20  A.   That they were issue and denominated
21  in dollars? What it says here.
22  Q.   What does the second bullet, and you
23  can paraphrase?
24  Please talk a little bit slower so Apryl
25  can take this down.

Page 383

1      CONFIDENTIAL -- Claudio Khamis
2   A.   What do you want me --
3   Q.   What is the basis for the second
4   bullet?
5   A.   The information memorandum provided
6   that the principal and interest payments on all
7   of the securities including subordinated notes
8   at issue here were made to payee at the payee
9   bank in New York City.
10  Q.   What is the basis for that allegation?
11  A.   That the -- that, as it says here, the
12  information memorandum provided that the
13  principal and interest payments on the
14  securities was to be made in a bank in -- made
15  at payee's bank in New York City.
16  Q.   Do you have an understanding for what
17  the basis of that allegation is?
18  Let me ask a different question.
19  Were you involved in drafting that
20  paragraph?
21  A.   Lawyers do the legal work.
22  Q.   There are other allegations here about
23  BTA and SK Funds' activities in the United
24  States.
25  Do you have an understanding of what the

Page 384

1      CONFIDENTIAL -- Claudio Khamis
2   basis for these allegation is?
3       MR. BLOOR: You have to give him the
4   document. I don't have the document.
5   You don't have your own copy? You're
6   using the exhibit?
7       MR. WALSH: I'll read it.
8   Q.   Following the 2010 restructuring, BTA
9   Bank and SK Funds' representatives traveled to
10  the United States to meet with investors and
11  describe the bank's activities.
12  What is the basis for that allegation?
13  A.   This was about information that was
14  available at the time. I don't remember the
15  information and the sources of information and
16  they discussed with my lawyer at the time.
17  Q.   Is that true for the other bullets?
18  A.   No. There are statements here that I
19  recollect exactly what they were made.
20  The SK Fund made false and misleading
21  statements. I explained those statements very
22  thoroughly to Mr. Jaffe.
23  Q.   What about the subsidiary?
24  SK Fund established a subsidiary for
25  purposes of marketing SK Funds' interest.

Page 385

1      CONFIDENTIAL -- Claudio Khamis
2   What's the basis for that allegation?
3   A.   I would have to ask my lawyer what the
4   working paper, what they are at the time.
5   And the second point that at SK Funds'
6   direction, BTA defaulted. It's a fact.
7   Q.   That's based on your discussions with
8   Mr. Jaffe?
9   A.   The second point?
10  Q.   Yes.
11  A.   The second point, I think, is the
12  facts of the history of the developments.
13  Q.   Let me ask another set of questions.
14  Have you ever met anyone from SK Fund?
15  A.   No. From SK Fund, no.
16  Q.   And prior to this case, when you filed
17  it in December 2012, have you ever met anyone
18  from BTA Bank?
19  A.   No.
20  Q.   Your claim in the damages part of the
21  this case is that you're entitled to nine
22  percent interest.
23  What is that claim based on?
24      MR. BLOOR: Objection.
25  A.   I think discussions about damages --

Page 386

1      CONFIDENTIAL -- Claudio Khamis
2       MR. BLOOR: Don't reveal anything
3   you learned from your lawyer explaining
4   it to you.
5       THE WITNESS: Perfect.
6       MR. WALSH: Well, you've been
7   noticed as a witness --
8       MR. BLOOR: It is an operation of
9   New York law, and I'm not sure what
10  you're getting at.
11      MR. WALSH: He's the corporate
12  representative, so I'm trying to
13  understand why he thinks New York law
14  applies to his claim.
15  If he can't answer that's fine.
16      THE WITNESS: I get legal advice,
17  Jonathan. If I could write all this and
18  present myself in front of the judge, I
19  wouldn't be spending money on lawyers.
20  Q.   So you don't have an understanding of
21  what the nine percent claim is based on?
22      MR. BLOOR: Objection.
23  A.   I know it has a legal basis. I don't
24  know all the legal -- laws behind it. I didn't
25  study law.

Page 387

```
1      CONFIDENTIAL -- Claudio Khamis
2      (Whereupon, Khamis Exhibit
3   Number 50, a steering committee meeting
4   minutes, was marked for identification as
5   of this date.)
6   Q.  Exhibit 50, Mr. Khamis, was filed by
7   your lawyers in the case.  It's the March 2012
8   PowerPoint that's referenced in the complaint
9   that we were looking at.  Your entities,
10  Atlantica, Baltica, and Blu Funds, did not
11  produce a copy of this presentation.
12  Do you recall receiving this presentation
13  in March of 2012?
14  A.  I'm pretty sure I received it at some
15  point.
16  Q.  Do you recall when you received it?
17  A.  No.  I don't have an exact
18  recollection of when I received it.  This --
19  where --
20  What is the date on this?
21  Q.  If you look at the cover page, it's
22  entitled steering committee meeting, March 19,
23  2012.
24  A.  According to the timeline, this is
25  previous to the 2012 restructuring.
```

Page 388

```
1      CONFIDENTIAL -- Claudio Khamis
2   When was the 2012 restructuring?  Mid year?
3   Q.  Let me just -- just so you have the
4   context, the event of a restructuring was
5   announced in December of 2011, and there were
6   discussions about the 2012 restructuring
7   throughout the year in 2012.
8   A.  And when was the date it was released?
9   Q.  The terms were announced in the
10  documents that we reviewed early in
11  October 2012.  And this is one of the
12  presentations you've included in your complaint.
13  What I'm trying to understand is did you
14  review this after the filing of the complaint or
15  in March of 2012?
16  A.  No.  I think the filing of the
17  complaint was way later, and I was receiving all
18  this information when I was investing in the
19  bonds.
20  Q.  So it's your understanding that you
21  received this March presentation before
22  purchasing additional notes in 2012?
23  A.  Again, I would have to know when it
24  was issued.  But usually, I would get this very
25  shortly after it would be issued or publicized
```

Page 389

```
1      CONFIDENTIAL -- Claudio Khamis
2   on the web page.
3   We were following the events as they were
4   unfolding and trying to make sense of it all
5   along.
6   Q.  Did you look at it on the screen, or
7   did you print it out?
8   A.  I don't recall.
9   Q.  And did you review the presentation
10  page for page?
11  A.  Most likely.
12  Q.  And for what purpose?
13  A.  For the purpose of being informed.
14  Q.  I want to show you one more
15  presentation.  I just have to grab it.
16     MR. WALSH:  We'll go off the record.
17     THE VIDEOGRAPHER:  The time is
18     11:48.  We're going off the record.
19     (Whereupon, a brief recess was
20     taken.)
21     * * * * * *
22     * * * * * *
23     * * * * * *
24     * * * * * *
25     * * * * * *
```

Page 390

```
1      CONFIDENTIAL -- Claudio Khamis
2      (Whereupon, Khamis Exhibit
3   Number 51, email and presentation, was
4   marked for identification as of this
5   date.)
6      THE VIDEOGRAPHER:  The time is
7      11:59.  We are back on the record.
8   Q.  Mr. Khamis, I've handed you what's
9   been marked Exhibit 51.  It's an email from Igal
10  Yacher that was emailed to undisclosed
11  recipients, but this is an email that you
12  produced, so you received it.  It's a
13  presentation from January.  It's the
14  presentation that's cited in the complaint.
15  Do you recall this email?
16  A.  Yes, I remember this email.
17  Q.  And what is Mr. Yacher telling you
18  here?
19  A.  That today a presentation came out of
20  the bank for the meeting, January 26th.
21  According to his analysis, it doesn't add any
22  value.  That's also where they announced that
23  two resignations, one about the CEO of the bank
24  for health reasons, and the other one the
25  director of the Sovereign Wealth Fund.  This
```

Page 391

```
 1     CONFIDENTIAL -- Claudio Khamis
 2   latter seems to be because he was -- he was not
 3   agreeing with the no payment of the obligations
 4   of the bank, so --
 5   Q.   And -- go ahead.
 6   A.   Please go ahead.
 7   Q.   Did you have a reaction when you
 8   received this?
 9   A.   Probably my reaction was positive.
10   When you see people arguing that a liability
11   should be paid and they are disagreeing with the
12   no payment of liabilities.
13   Q.   You knew at this time that the
14   recovery units that you held could be
15   accelerated on the balance sheet; correct?
16   A.   No.  At the time -- at the time we
17   knew that they recognized them as a liability.
18   The amount of the liability was not clear to us,
19   how they came about it.  It doesn't make any
20   sense.  The same way as I said yesterday, it
21   didn't make any sense for a segregated asset put
22   under a trust deed in Bank of New York outside
23   Kazakhstan.  I mean, everything seems to be very
24   Kosher at the time.  There was -- we couldn't
25   understand the -- the concept of segregation and
```

Page 392

```
 1     CONFIDENTIAL -- Claudio Khamis
 2   trust deed.  Segregation is, by definition,
 3   off-balance-sheet, and then you have it
 4   on-balance-sheet.
 5   And JP Morgan, in 2011 when they issued
 6   their report, even though they acknowledge it,
 7   they say that it's -- what I recall is that to
 8   them it didn't make much sense either, and that
 9   it's served for the purpose of decreasing the
10   capital or affecting the capital, which the
11   wording, to me, seems that was very special,
12   because why would some action be put in place to
13   serve a decrease in capital?  Probably I've
14   never heard it again in my life.
15   Q.   When you saw the JP Morgan report in
16   2011, May of 2011, did you go back to the
17   information memorandum and try to understand why
18   the auditors had put the recovery units on the
19   balance sheet?
20   A.   I don't recall exactly what there
21   first were made to analyze that, but there were
22   made efforts to analyze that, and the conclusion
23   was it was completely contradictory with the
24   effort done by the government of Kazakhstan
25   through Samruk-Kazyna to fix the bank, support
```

Page 393

```
 1     CONFIDENTIAL -- Claudio Khamis
 2   the bank, and --
 3   The main point here is, again, segregation
 4   is segregation, so segregated as put into a
 5   trust deed off-balance-sheet.  It never made any
 6   sense.
 7   Q.   You were the owner of recovery units
 8   in 2011 and 2012?
 9   A.   Correct.
10   Q.   Did you consider including your losses
11   on recovery units in your complaint against the
12   fund?
13   MR. BLOOR: Objection.
14   A.   I don't remember what the talks with
15   my lawyer were at the time regarding this issue.
16   Q.   You have not sought damages for the
17   losses you suffered on the recovery units in
18   this case; correct.
19   A.   Correct.
20   Q.   And if the units were accelerated in
21   the 2012 restructuring, you would have benefited
22   by having the recovery units paid on; correct?
23   A.   This is highly questionable.
24   Q.   Why do you say that?
25   A.   Because the recovery units were a pool
```

Page 394

```
 1     CONFIDENTIAL -- Claudio Khamis
 2   of assets from the bank, from the restructured
 3   bank, segregated from the balance sheet, that
 4   were living on its own faith, and the assets
 5   were what they were, the recovery units, and if
 6   they were to be recovered they will be split at
 7   50-50 after certain main provisions.
 8   And it was very well regulated, what we got
 9   at the time from the information memorandum.  We
10   were very satisfied with what we read at the
11   time, and it was never contradicted or, at
12   least, that we could -- we could never clarify
13   those contradictions on the loan.
14   Q.   Did you try to understand what you
15   call the inconsistencies, the contradictions?
16   A.   Of course I did.
17   Q.   And what did you look at to try to
18   resolve --
19   A.   Every available information that I had
20   handy and try to make sense out of it.
21   Q.   And you were talking to the Vision
22   folks in 2011 about this issue as well?
23   A.   I don't remember who I was talking.
24   At the time, the analysis on the big things is
25   always done by me.
```

Page 395

```
1       CONFIDENTIAL -- Claudio Khamis
2    Yes, may take or I get available
3    information and, like, Patrick would send me
4    something or bring me something; Poe would send
5    me something without even soliciting, and I
6    would look at it and assess the importance.
7    Q.   Did you recover any money on the
8    recovery units?
9    A.   The recovery units got exchanged was
10   the total value of the package was around $0.14,
11   and our average price for purchasing them was
12   below that, so there was a profit that we deemed
13   that was a very poor result.  We would have
14   waited for the recoveries all along.
15   We didn't see with good eyes when the
16   recoveries were brought back as an
17   on-balance-sheet item and put at the disposal of
18   the administration.
19   We were pleased that they were put under a
20   trust deed at Bank of New York and segregated
21   from the bank.
22   Q.   In the course of 2011, did the
23   recovery units pay any distribution?
24   A.   I don't recall ever seeing any
25   distribution in, to my bank account from
```

Page 396

```
1       CONFIDENTIAL -- Claudio Khamis
2    recovery units.
3    Q.   Did you ask UBS about that?
4    A.   I would be informed if something would
5    come in.
6    But our position, recovery notes, was that
7    we wanted to recovery what was in the trust
8    deed, and shortly after the recovery units were
9    taken from our possession for a package that
10   gave us only $0.14, a person called Howell in
11   London and the web page of BTA Bank, if I don't
12   recall wrongly, publicized the massive billions
13   of recoveries, of assets, belonging to Ablyazov
14   and his wife.
15   So this confirmed what we always believed,
16   that the assets were -- didn't vanish, that the
17   assets were somewhere to be found and . . .
18   Q.   And you're not seeking damages on your
19   losses on the recovery units in this case;
20   correct?
21   A.   The losses, we are presenting, once we
22   are presenting in our allegations.
23   Q.   In the amended complaint we just
24   reviewed?
25   A.   Yes, yes.
```

Page 397

```
1       CONFIDENTIAL -- Claudio Khamis
2    There is facts, and my lawyer advised me to
3    do so.  I would do what my lawyers advised me
4    to.
5    Q.   Have you seen any of the documents
6    that were taken out of the Kazaword database by
7    your lawyers?
8       MR. BLOOR: Objection.
9    A.   I have seen documents, but I don't
10   know where they came -- where they come from.  I
11   have seen.  In my fact-finding efforts, I don't
12   know -- I couldn't tell you --
13   I don't know the Kazaword database.
14   Q.   Did you instruct Mr. Littleton to stop
15   reviewing the Kazaword database at some point?
16      MR. BLOOR: Objection.
17   A.   I think this is a conversation that my
18   lawyers has between them.  We are trying to be
19   very strict and compliant by the rules.
20   Q.   Going back to your meeting with
21   Mr. Ablyazov during this year, did he provide
22   you any documents during either of those
23   meetings?
24   A.   No.
25   Q.   Did he direct you to people to talk to
```

Page 398

```
1       CONFIDENTIAL -- Claudio Khamis
2    about the BTA case?
3    A.   No.
4    Q.   And are you continuing to have
5    discussions with Mr. Ablyazov about BTA?
6       MR. BLOOR: Objection.
7       You can answer.
8    A.   Do I have to tell you what my plans
9    for the future are?  Is it part of this --
10   Q.   You can either answer the question,
11   you cannot answer the question --
12   A.   I'm asking you -- I want to know --
13   Q.   I'm not your lawyer.
14   You can either answer the question or not
15   answer the question.  I don't know why you
16   wouldn't answer the question, but --
17      MR. BLOOR: Can you just repeat the
18   question?
19   Q.   Did you have plans to meet with
20   Mr. Ablyazov again?
21   A.   As of today, I don't have any plans.
22   Q.   Do you have any plans to meet with
23   Mr. Stati again about Tristan Oil?
24   A.   As of today, I don't have any plans.
25   Q.   Is it your view that Mr. Ablyazov was
```

Page 399

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  unfairly treated in the BTA proceedings against
 3  him?
 4      MR. BLOOR: Objection.
 5      You can answer.
 6  A.  I don't know much about Mr. Ablyazov.
 7  What I know is that the investments of the
 8  big majority of the investments that were
 9  portrayed to be embezzlement were investment
10  into real estate in Moscow, and Moscow is ruled
11  by Putin, who is a very close ally of
12  Mr. Nazarbayev.
13  So I don't -- it doesn't add to the
14  official story. I wouldn't say that I can make
15  a judgment on -- I don't have the -- all the
16  facts. There is just too much information.
17  Q.  Have you read any of the complaints
18  against Mr. Ablyazov in either the UK proceeding
19  or any of the other proceedings?
20  A.  I told you, I had some documents that
21  I remember that were from a UK court about the
22  Lewis Report. I don't remember much about them.
23      (Whereupon, Khamis Exhibit
24  Number 52, a complaint, was marked for
25  identification as of this date.)
```

Page 400

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  Q.  Mr. Khamis, this is Exhibit 52  It's
 3  the complaint that we, our law firm, filed on
 4  behalf of the Republic of Kazakhstan against
 5  Mr. Kulibayev and Mr. Khrapunov.
 6  Are you familiar with either of those
 7  individuals?
 8  A.  Yeah, Mr. Khrapunov, I know who he is.
 9  Q.  Have you met him?
10  A.  Yes.
11  Q.  What is his relation to Mr. Ablyazov?
12  A.  He is married to the daughter.
13  Q.  He is the son-in-law of Mr. Ablyazov?
14  A.  If he's married to the daughter I
15  guess you're right.
16  Q.  When did you meet Mr. Khrapunov?
17  A.  I don't remember the exact dates, but
18  it was -- I was in a call with Mr. Jaffe and his
19  lawyer.
20  Q.  When was that?
21  A.  I don't remember.
22  Q.  If you turn to the complaint that I've
23  handed you --
24  A.  This complaint?
25  Q.  Yes.
```

Page 401

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  A.  What page?
 3  Q.  If you look at the top, it's page 11
 4  of 34.
 5  A.  11 of 34 you want me to go?
 6  Q.  Yes.
 7  A.  Okay.
 8  Q.  There's a reference again to the
 9  Kazaword website.
10  You've never been on the Kazaword website?
11  A.  No.
12  Q.  And do you know how to find the
13  Kazaword website on the Internet?
14  A.  If I know how to find it?  My --
15  Google is maybe a good way to find stuff on the
16  Internet.
17  Q.  You understand it's no longer
18  available today?  It's been taken down.
19      MR. BLOOR: Objection.
20      You can answer.
21  A.  I think I heard this. I don't know if
22  it's still up or they put it up. I just don't
23  know. I mean, I don't know much about it.
24  Q.  When you met with Mr. Khrapunov --
25  A.  But I know that it was made public for
```

Page 402

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  some significant time
 3  Q.  How do you know that?
 4  A.  I heard it.
 5  Q.  From whom?
 6  A.  I don't recall.
 7  Q.  Was it in any of your discussions with
 8  Mr. Ablyazov?
 9  A.  When -- way prior to Mr. Ablyazov, I
10  heard that -- that there were documents, but I
11  didn't know if these are the same refers of the
12  Kazaword or if there are others. I just
13  don't -- I'm not that familiar with all the
14  informations surrounding those press releases.
15  Listen, I mean, there are documents on the
16  web or the word documents on the web, that it's
17  very hard to know what is the sources.
18  Q.  Do you have an understanding that
19  these documents were obtained through a hacking
20  exercise of government?
21      MR. BLOOR: Objection.
22      You can answer.
23  A.  I don't -- I don't know what the
24  source of the documents is.
25  Q.  Are you familiar with the phishing
```

Page 403

```
1      CONFIDENTIAL -- Claudio Khamis
2   exercise that people use to obtain confidential
3   information?
4   Do you know what phishing is, P-H --
5      MR. BLOOR: Objection.
6   A.  I know fly fishing.
7   Q.  When you met with Mr. Khrapunov, did
8   you talk about the Kazaword database?
9   A.  My conversations with Mr. Khrapunov
10  were basically about -- about understanding what
11  their view was on their events.  It was about
12  fact finding.
13  I had a lot of questions at the time, after
14  many years of seeing the developments of
15  these -- of the two restructuring, especially
16  what happened after the two restructuring and
17  how everything ends up in transactions that
18  don't make any financial or economic sense.
19  So after reviewing all this, I wanted to
20  have a conversation and have the chance to learn
21  from people that were involved -- about another
22  version, because the official version was just
23  so inconsistent.
24  Q.  What were your questions to
25  Mr. Khrapunov?
```

Page 404

```
1      CONFIDENTIAL -- Claudio Khamis
2   A.  I don't recall.  Probably to know what
3   happened, the expropriation, what was BTA Bank.
4   They mentioned the ambitions, that they
5   wanted to be an HSBC for the region.  It was --
6   I mean, it seemed to me it was a very normal
7   desire for an entrepreneur that is a majority
8   shareholder of the largest bank in a big
9   country, a very rich country by its resources.
10  Nothing that caught my attention, but definitely
11  the sense is that.
12  And until today, I haven't seen, even from
13  what I heard from the Kazakh side, the
14  embezzlement, the vanishing of the assets.  I
15  mean, the assets are mostly prime real estate in
16  Russia and land.  How do you play around with
17  land?  Land is land.  It is there.  You cannot
18  move it.
19  But these are my personal views, and I
20  don't want to talk about more, because I think
21  it goes way beyond the scope of your question.
22  Q.  Do you believe that Samruk-Kazyna was
23  involved in these fraudulent activities you've
24  just described?
25  A.  We're alleging fraud in our complaint.
```

Page 405

```
1      CONFIDENTIAL -- Claudio Khamis
2   Probably the scope of the fraud is bigger than
3   the one we're alleging.
4   Q.  In what way?
5   A.  I'd rather make this case in court if
6   and when.  I have to decide if this is about
7   legal stuff that I'm treating with my lawyers at
8   the current time.
9   Q.  The purpose of this deposition,
10  Mr. Khamis, is to understand your allegations
11  and --
12  Let me finish.
13  -- and what you plan to allege at trial.
14  So please tell me, what are your
15  allegations of fraud against Samruk-Kazyna?
16     MR. BLOOR: So I think he just said
17  that the fraud was bigger than what's
18  alleged in the complaint, so it's outside
19  the complaint.
20  But, I mean, we've just spent two
21  days talking about the fraud he's
22  alleging.
23     MR. WALSH: Right.  I'm trying to
24  understand at trial is he going to allege
25  the allegations in the complaint or some
```

Page 406

```
1      CONFIDENTIAL -- Claudio Khamis
2   other allegations that we don't know
3   about?
4      MR. BLOOR: Well, that would be
5   protected by attorney-client privilege,
6   so I don't want to discuss what his trial
7   strategy is going to be.
8      MR. WALSH: I think we're entitled
9   to understand what he's going to say at
10  trial.
11     MR. BLOOR: You can ask him the
12  question
13  Q.  What are you intending to say at
14  trial?  What is your allegation against
15  Samruk-Kazyna at trial with respect to BTA?
16     MR. BLOOR: Objection to form
17  A.  I can tell you what is as of today in
18  the complaint, and you have it in front of you.
19  We can read it together.
20  I'm not going to discuss with you what my
21  conversation with my lawyers are.
22  Q.  You are the corporate representative
23  for Atlantica, Baltica --
24  A.  But still, talks with Atlantica, their
25  lawyers is privileged.  You're alleging
```

Page 407

1      CONFIDENTIAL -- Claudio Khamis
2   privilege.
3   Q.   No.  I am trying to understand what
4   you're going to say at trial.  Mr. Khamis, and
5   I'm entitled to know what you're going to say at
6   trial.  That's allowed under the US discovery
7   rules.
8   So I want to know today, and if it's not
9   today we can do it another time, what are you
10   going to testify to at trial regarding
11   Samruk-Kazyna's involvement in the allegations
12   that are not included in this complaint?  The
13   allegations you've made to us in our discussions
14   and this deposition, what are you going to say
15   is Samruk-Kazyna's involvement in this fraud?
16      MR. BLOOR: Objection.
17   Q.  Please tell me, or we can come back.
18   We can do this in a couple months.
19   A.   Probably in a couple months I'm going
20   to have more clarity about what's going to be in
21   trial.  We're going to have more discovery, more
22   depositions taken from our side.
23   We're still in the fact-finding process,
24   and I think we're entitled to be in the
25   fact-finding process still.

Page 408

1      CONFIDENTIAL -- Claudio Khamis
2   Q.   Well, I'm going to hand over the
3   questioning, but I'm going to keep the
4   deposition open until you have a better idea of
5   what you're going to say at trial about my
6   client.
7      MR. WALSH: So we can go off the
8   record.
9      THE VIDEOGRAPHER: The time is
10   12:23.  We're going off the record.
11   (Whereupon, a lunch recess was taken
12   from 12:23 p.m. to 1:08 p.m.)
13   (Whereupon, Khamis Exhibit
14   Number 53, a subpoena, was marked for
15   identification as of this date.)
16   THE VIDEOGRAPHER: The time is
17   1:08 p.m.  This begins media number 2.
18   EXAMINATION
19   BY JASON VIGNA, ESQ.:
20   Q.   Good afternoon.  My name is Jason
21   Vigna from the Katten Muchin firm representing
22   the defendant, BTA Bank, JSC.  I'd like to, in
23   some ways, follow up on the questions that my
24   colleague, Mr. Walsh, has asked you, but I'd
25   also like to put before you what has been marked

Page 409

1      CONFIDENTIAL -- Claudio Khamis
2   as Khamis Exhibit Number 53.
3   Do you have that document in front of you?
4   A.   Yes.
5   Q.   And have you seen this document
6   before?
7   A.   This is the personal subpoena?
8      MR. BLOOR: Uh-huh.
9   A.   Yes.
10   Q.   Okay.  And I think you've already
11   identified it properly.  This is a subpoena that
12   my firm sent to your attorney very recently, and
13   it's asking for your personal testimony.
14   Mr. Walsh has asked for your testimony
15   earlier today on behalf of the Blu Funds and
16   Baltica and Atlantica, and I will ask some
17   follow-up questions.
18   But pursuant to this subpoena, I also have
19   the right to ask about your personal knowledge
20   relevant to this case.  It will probably be the
21   same thing, but I just wanted to make sure that
22   you understood that I did have the right to ask
23   about your personal knowledge about the case.
24   Is that --
25   Do you understand that?

Page 410

1      CONFIDENTIAL -- Claudio Khamis
2   A.   I don't understand much what is the
3   different between my personal knowledge and the
4   knowledge I have expressed before, but I will
5   take you by your word.
6      MR. BLOOR: Just so you understand
7   and the record is clear, to the extent
8   that your answering questions on your
9   personal knowledge, they are not binding
10   on the entities.  It's your personal
11   recollection, obviously.  Given the ways
12   the funds are set up, that, like Jason
13   said, probably won't be much different,
14   but just so you understand.
15   Q.   All right, Mr. Khamis.
16   I take it that you not a US citizen?
17   A.   Yes.  I'm not a US citizen.
18   Q.   What country are you a citizen of?
19   A.   I'm a citizen of Germany and of Chile.
20   Q.   I take it you are not a US resident?
21   A.   No.  I'm not a US resident.
22   Q.   And I think we heard earlier you're
23   currently a resident of the UK?
24   A.   Yes.
25   Q.   Do you refer to yourself as an

Page 411

    CONFIDENTIAL -- Claudio Khamis
1
2   economist?
3   A.   This is what my, I would say what my
4   university degree was. and when they asked me
5   about my profession, I think the tools I use,
6   yes, an economist.
7   Q.   With respect to the Atlantica,
8   Baltica, and Blu Funds. do you have the sole
9   decision-making authority for those funds?
10  A.   Yes.
11  Q.   A short while ago I think we saw some
12  boards of directors of those funds.
13  Do those funds currently have boards of
14  directors?
15  A.   Yes.
16  Q.   What role, if any, do they play in the
17  decision-making on behalf of the funds with
18  respect to this litigation?
19  A.   None.
20  Q.   Has the sole decision-making authority
21  been delegated to you by some sort of a
22  declaration --
23  A.   Power of attorney.
24  Q.   How much money do the three plaintiff
25  funds have under management?

Page 412

    CONFIDENTIAL -- Claudio Khamis
1
2   A.   I -- I don't know the answer to --
3   It's in the statements that you have at
4   your disposal.
5   Q.   I don't believe that we have any
6   statements for 2018.
7   Today, do you have a sense of how much
8   money those funds have under management?
9   A.   No, I don't.
10  Q.   Are those the primary vehicles through
11  which you hold your personal wealth, the three
12  funds?
13  A.   The vehicles today belong to a
14  foundation, so you have to segregate what I --
15  what I think as personal or not.
16  Q.   So is what you're saying is that the
17  equity holders of the three funds are a
18  foundation that you established?
19       MR. BLOOR.  Objection.
20       You can answer.
21  A.   I don't recall the -- I don't know how
22  the exact knowledge in front of me, who
23  established it, but I made the contribution of
24  those funds to the foundation, so the origin of
25  the funds, it's me.

Page 413

    CONFIDENTIAL -- Claudio Khamis
1
2   Q.   And the beneficiaries of the
3   foundation are you and your daughter?
4   A.   Correct.
5   Q.   The majority of the investments that
6   you have made throughout your career, have they
7   primarily been in the emerging markets, what I
8   call emerging markets?
9   A.   I would say that's a fair assessment.
10  Q.   And what percentage of the investments
11  do you think are distressed debt?
12  A.   I don't -- I don't have in my mind a
13  proportion.  I would have to look at the
14  numbers.
15  And as I said yesterday, make valuations
16  that I don't do regularly, because most of the
17  stuff I invest is to keep it, not to trade it.
18  Q.   Would it be fair to characterize the
19  investments that you made in BTA as distressed
20  debt investments?
21  A.   I wouldn't make that -- that call.
22  The first ones I probably would characterize as
23  distressed.  At the moment, right out of the
24  restructuring, I wouldn't say it was distressed.
25  It depends on the different moments.  Right

Page 414

    CONFIDENTIAL -- Claudio Khamis
1
2   after the first restructuring, it was called a
3   very successful and, like, a very good process
4   for the bank, and quasi-sovereign risk and
5   quasi-sovereign risk of Kazakhstan.  I didn't
6   see it as distressed.
7   Q.   Even the first purchases that you made
8   of BTA bonds after the restructuring were
9   purchased at a discount to the face value; is
10  that correct?
11  A.   The first ones?
12  Q.   Yes.
13  A.   Yes.
14  Q.   All of open market purchases that you
15  made of TuranAlem or BTA bonds were at discounts
16  to the face value; correct?
17  A.   That's correct.  Some were closer to
18  the face value, if I recall well, and some of
19  them were discounted to the face value.
20  Q.   The other investments that we've
21  discussed over the course of the last day and a
22  half, you have Maxcom, Tristan Oil, a couple of
23  the other names are escaping me.
24  All of those investments were made at
25  discounts to face value; isn't that correct?

Page 415

CONFIDENTIAL -- Claudio Khamis
1
2  MR. BLOOR: Objection to form.
3  You can answer.
4  A.  Maxcom? I don't recall exactly the
5  value of Maxcom. When you buy emerging market
6  debt, many of it have coupons that are not
7  significantly higher than the coupons in a
8  little bit more developed markets, so even if
9  the issue, some of them trade right above or
10  right below face value, so it depends on the --
11  on what is happening with the market and how,
12  the length of the maturity and the coupon, how
13  it would trade, so . . .
14  Q.  Do you remember how many
15  restructurings Maxcom went through?
16  A.  As I mentioned before, Maxcom was an
17  investment that Patrick Kiblisky understood, and
18  he had a very good knowledge of the investment.
19  It was not the thing I was a specialist in.
20  Sorry.
21  Q.  So sitting here today, you don't know
22  how many restructurings Maxcom went through?
23  A.  Maxcom, as I told you, I was an
24  investment. I wasn't following that close to.
25  It was one of the few investments in which my

Page 417

CONFIDENTIAL -- Claudio Khamis
1
2  where companies need to restructuring multiple
3  times; isn't that true?
4  A.  I'm not familiar with it. I would say
5  a company are undergoing multiple time
6  restructurings is because -- it could be due to
7  a lot of factors.
8  Q.  I think in --
9  Well, would it be fair to say that, in
10  almost all of those situations, that the
11  businesses were not as successful as the
12  company's had hoped at the time of their
13  immediately preceding restructuring?
14  MR. BLOOR: Objection.
15  Are you talking in a vacuum here?
16  A.  I don't even understand the question.
17  I mean, I'm the one supposed to make a fair
18  assessment about Maxcom?
19  MR. BLOOR: Let him rephrase the
20  question if you don't understand it.
21  THE WITNESS: I don't understand
22  what he's talking about.
23  Q.  How many restructurings did Alliance
24  Bank go through?
25  A.  I don't know.

Page 416

CONFIDENTIAL -- Claudio Khamis
1
2  financial advisor was the doing the following.
3  Q.  I can represent to you that Maxcom
4  went through at least three restructurings.
5  Do you have any understanding of how the
6  bondholders fared in those restructurings?
7  A.  I don't have much recollection about
8  Maxcom.
9  Q.  Do you have an understanding of
10  whether you made money or lost money on your
11  Maxcom investments?
12  A.  Maxcom was paying a fairly good
13  coupon. I don't remember if at some point they
14  halted the coupon or decreased the coupon. I
15  don't recall. Maxcom is one of the businesses
16  in which I either made a lot of money or lost a
17  lot of money.
18  Q.  When you have a company like Maxcom
19  that goes through multiple restructurings, is it
20  fair to say that the first or, in Maxcom's case,
21  the first and second restructuring was
22  unsuccessful?
23  A.  Can you repeat the question?
24  Q.  Let me rephrase it.
25  In your experience, there are situations

Page 418

CONFIDENTIAL -- Claudio Khamis
1
2  Q.  Again, I'll represent to you that it
3  was at least two.
4  Do you know how your investment in Alliance
5  Bank fared?
6  MR. BLOOR: Objection.
7  You can answer.
8  A.  I don't recall.
9  Q.  Do you recall if you made money or
10  lost money on your Alliance Bank investment?
11  A.  No. I don't recall.
12  MR. BLOOR: Note my objection.
13  Just give me a second.
14  THE WITNESS: Sure.
15  Q.  How do you keep the files of the
16  Atlantica, Baltica, and Blu Funds?
17  A.  How do I keep the files?
18  Q.  Yes.
19  A.  At some point I would -- I would open
20  the account statements and keep them in folders,
21  then the mail was missing significant parts of
22  the envelopes. I never understood why. And I
23  would say pretty much in folders, but folders
24  are not complete.
25  Q.  Are you referring solely to the

Page 419

```
1     CONFIDENTIAL -- Claudio Khamis
2   trading records of those funds?
3   A.   To the bank statements
4   Q.   Do those funds maintain any other
5   files?
6   A.   Excuse me?
7   Q.   Do those funds maintain any other
8   files?
9   A.   What do you mean?
10  Q.   Are there any other records that you
11  maintain for those funds?
12  A.   Not that I know of.
13  Q.   Are you aware of any record keeping
14  requirements that those funds might be subject
15  to in Panama or in Chile?
16  A.   I'm not -- I'm not aware of at this
17  moment of -- I wouldn't be certain at this
18  moment about what the law is about any of those
19  places.
20  But the way account statements are
21  produced, all the information of cost of
22  investments and prices sold, dividends received,
23  so it's fairly accurate.
24  Q.   Where do you maintain the folders in
25  which you kept the paper records?
```

Page 420

```
1     CONFIDENTIAL -- Claudio Khamis
2   A.   Where?
3   Q.   Yes.
4   A.   At the time, probably at the domicile,
5   or I could have been taken them for me for some
6   reason somewhere, I was traveling or moving
7   around, but . . .
8   Q.   Do you have a file cabinet at your
9   home?
10  A.   Yeah, I have.
11  Q.   Did you search that file cabinet in
12  conjunction with this lawsuit?
13  A.   I search everything.
14  Q.   And where did you search?
15  A.   I search all where I keep all the
16  papers in my house.
17  Q.   Do you maintain diligence files for
18  any of the funds?
19  A.   What is it?  What do you mean by
20  diligence?
21  Q.   Do you conduct due diligence on the
22  investments that you made for the funds?
23  A.   Due diligence?
24  Q.   Yes.
25  A.   I make my analysis on the information
```

Page 421

```
1     CONFIDENTIAL -- Claudio Khamis
2   I have available.  I don't have the capability
3   to conduct due diligence for myself, for
4   instance, on a big institution.  I could invest
5   in Apple and due diligence on Apple.  It is a
6   little bit farfetched.
7   Q.   How do you determine what sort of
8   information you review in conjunction with your
9   investment-making process?
10  A.   It depends on the different
11  investments.  There is no -- there is no
12  standard protocol since I'm the only
13  decision-maker on this, and I don't have to tell
14  my boss based on what I decided, whatever.
15  Q.   The information that you do gather on
16  the companies in which you invest, do you keep
17  them in any files?
18  A.   Excuse me?
19  Q.   The information that you do gather on
20  the companies in which you invest, do you keep
21  them in any files?
22  A.   The information that is coming
23  permanently out of the market?
24  Q.   No.  The information that you find
25  relevant to your decision-making process.
```

Page 422

```
1     CONFIDENTIAL -- Claudio Khamis
2   A.   As I mentioned yesterday, financial
3   information tends to get obsolete quite fast.
4   What were the conditions for Amazon or Apple
5   last year not necessarily apply to today, so I
6   keep or I might keep something that I decide
7   it's -- it's relevant or throw it away.
8   I'm not keeping paper that I don't read,
9   and usually -- usually -- that is not what I
10  want to say.
11  There is nothing standard.
12  Q.   Did you review any financial
13  statements of BTA in conjunction of any of your
14  investment decisions?
15      MR. BLOOR: Objection.
16      You can answer
17  A.   I review what, as I mentioned what was
18  given to me at the time, like the information
19  memorandum when it came out.
20  During the restructuring process, when I
21  made my first purchases, restructuring are a
22  very dynamic processes that have a lot of noise
23  in it, and if you're restructuring your bank
24  just because you have a major problem in the
25  bank, especially when you're -- when you have a
```

Page 423

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   claim like the one that was portrayed at the
 3   time, so I would have paid attention to the
 4   general factors, as I said.
 5      The country was, like, in which I was
 6   investing in the resources of the country.  It
 7   was a rich country in terms of commodities, oil,
 8   gas, gold.  Was it a minor bank or was it a big
 9   bank?  In this case, it was the biggest bank.
10   Have a look at or tried to ask some
11   questions about the loan portfolio and the
12   diversification of the loan portfolio, see if
13   there's a risk, an owner that owns one percent
14   or a majority and somebody who is really
15   embedded and has something at stake.
16   But this sort of information, but I
17   couldn't be more precise.  It's just general.
18   Q.  Sitting here today, do you have any
19   recollection of reviewing the formal audited
20   financial statements of BTA?
21      MR. BLOOR: Objection.
22      You can answer.
23   A.  If I recall, Mr. Walsh yesterday
24   mentioned that only a formal audit was released
25   in May 2010 or 2011.
```

Page 424

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   I understood the information released and
 3   the figures for total capital at the time to be
 4   the product of work well done by a massive
 5   endeavor by a lot of highly trained consultants,
 6   and there were, as I mentioned yesterday, more
 7   than 300 million spent in reviewing and
 8   recovering efforts and so on and so forth
 9   The numbers seemed just huge.  It was huge
10   too, was the decrease, the amount of the haircut
11   and the decrease of liabilities from 11 billion
12   to 4 billion.  Everything was massive.
13   So after that endeavor, when I see some
14   numbers, I assume that there were people making
15   responsible representations of those numbers and
16   that if they deemed it, the restructuring to be
17   successful, then it was successful.
18   Q.  Do you recall hearing that BTA's
19   auditors in the, their audited financials, their
20   audit proving BTA 2010's financial statements
21   issued a going-concern warning?
22      MR. BLOOR: Objection.
23      You can answer.
24   A.  I don't recall that specific
25   allegation.
```

Page 425

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   I recall the allegation that the capital
 3   was negative.  I don't know at what point in
 4   time I recall the allegation of liabilities.
 5   off-balance-sheet items were recognized on the
 6   balance sheet.
 7   As I said yesterday, it was contradicting
 8   the information that was portrayed just a few
 9   months before, after this massive endeavor by
10   the government, or massive undertaking is a
11   better word.
12      (Whereupon, Khamis Exhibit
13   Number 54, financial statements, was
14   marked for identification as of this
15   date.)
16   Q.  Mr. Khamis, the court reporter has
17   just handed you what's been marked as
18   Exhibit 54, which I'll represent to you is the
19   consolidated financial statements of BTA Bank,
20   JSC, and its subsidiaries for the year ended
21   31 December 2010.
22   Do you have that document in front of you?
23   A.  Yes, I have.
24      MR. BLOOR: Is this part of the
25   document production?  I'm just curious.
```

Page 426

```
 1      CONFIDENTIAL -- Claudio Khamis
 2      MR. VIGNA: Yeah.  I think this
 3   version came straight off the website.
 4      MR. BLOOR: Okay.
 5   Q.  Have you ever seen this document
 6   before, Mr. Khamis?
 7   A.  I couldn't tell you.  I couldn't tell
 8   you.  It was not produced by me.  I couldn't
 9   tell you.
10   Q.  Would you agree with me that audited
11   financial statements contain information that
12   reasonable investors often find important to
13   their investment decisions?
14      MR. BLOOR: Objection.
15      You can answer.
16   A.  I -- I understood that at the
17   admission of the new subordinated notes at the
18   time that the numbers that were portrayed as
19   positive capital of like 1.9 billion were the
20   result of audited or responsibility made
21   numbers.  I -- it wouldn't come up to my mind at
22   the time that, after massive undertaking, bonds
23   would be issued without audited financial
24   statements or unreliable financial statements.
25   Q.  Since we have this document, why don't
```

Page 427

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   we just talk about it on the record for a
 3   moment.
 4      Can you please open it up to the contents
 5   page?
 6   A.  What is it?
 7   Q.  To the contents page --
 8   A.  The previous page?
 9   Q.  Right after the cover is a contents
10   page.
11      Do you see the section of the contents that
12   says notes to the consolidated financial
13   statements?
14   A.  What number is it?
15   Q.  It's -- okay.  What are the two
16   headings of the contents page?
17   A.  Independent auditor's reports and
18   notes to the consolidated financial statements.
19   Q.  Okay.  Under that second heading,
20   notes to the consolidated financial
21   statements --
22   A.  Yes.
23   Q.  -- what are the first three notes?
24   A.  Principal activities, going concern,
25   and basis of preparation.
```

Page 428

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   Q.  Do you know what a going-concern
 3   warning is?
 4      MR. BLOOR: Objection.
 5      You can answer.
 6   A.  I don't know what a going-concern
 7   warning is, but I'm familiar with going concern.
 8   Q.  What is your understanding of the
 9   phrase going concern?
10   A.  A company that is viable.
11   Q.  Okay.  Why don't we look at page 8 of
12   this particular audited financial statements
13   that is the section called going concern.
14      Do you see that section?
15   A.  Yes, I'm seeing it now.
16   Q.  Do you think you've ever reviewed that
17   before in your life?
18   A.  From what I see on page 8, there's a
19   lot of historic information, speaking mainly
20   prior to the 2010 restructure.
21   Q.  Why don't you move forward to pages 9
22   and 10.  Take your time.
23      MR. BLOOR: Can you repeat the
24   pending question --
25      Hold on.  Just let him repeat the
```

Page 429

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   pending question so you know what your
 3   answer is.
 4      MR. VIGNA: That's a good point.
 5   Q.  The first question is:
 6      Do you think you've ever reviewed this
 7   section before in your life?
 8   A.  I -- I don't recall at this stage.
 9   Q.  Is it your position that the documents
10   that are made available on BTA's website have
11   been provided to the company's investors?
12   A.  It depends on the amount of diffusion
13   of those documents.  I know that certain
14   documents were announced internally to the bank
15   I don't know how BTA Bank advertised it, how it
16   worked, the flow of information.
17   The investor presentations, I have a clear
18   recollections of having seen them.
19   This here, probably not.
20   But investor presentation made reference to
21   the capital shortfall, I think, if I have my
22   memory right.
23   Q.  We'll go back and we'll look at some
24   other documents, but the question was
25   Is it your position that documents that BTA
```

Page 430

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   posted on the website have been made available
 3   to its investors?
 4      MR. BLOOR: Objection.
 5   A.  I would say that it was on the
 6   website, because website were available to
 7   investors.
 8   Q.  If you move forward to page 10 of this
 9   audited financial statement, under the going
10   concern section, can you read the three
11   paragraphs beginning with the word however?
12   A.  Excuse me?
13   Q.  Can you read into the record the three
14   paragraphs --
15   A.  Page 10?  I don't find the word
16   however.  Can you point it out?
17   Okay.
18   However, despite a successful completion of
19   the bank's financial liabilities restructuring
20   process, which has resulted in a considerable
21   recovery of the group's equity and the bank's
22   regular capital, the group continues to run a
23   capital deficit totalling 104,513 million Kazakh
24   tenge, as of December 31st, 2010.
25   This statement is contradictory in itself.
```

Page 431

CONFIDENTIAL -- Claudio Khamis
2 Q. Okay. Why don't you read the next two
3 paragraphs, and then you can explain why you
4 think it's contradictory.
5 A. The bank management has started --
6 This one?
7 Q. Yes.
8 A. -- implementing a new business model.
9 The implementation is on its early stage,
10 preventing the bank's management from
11 objectively measuring the bank's actual results
12 compared to plan. Thus, there is still a
13 material uncertainty with respect to hitting
14 target and objectives included in the bank's new
15 business model.
16 This is, again, contradictory.
17 Q. Would you mind reading the next
18 paragraph?
19 A. Combination of the above circumstances
20 indicates that there is still an uncertainty
21 which may cast significant doubt about the
22 group's ability to continue as a going concern.
23 Q. Would you agree with me that, at least
24 as of the date of this audited financial report,
25 the bank and its auditors were clearly signaling

Page 432

CONFIDENTIAL -- Claudio Khamis
2 to the market that there was a material
3 uncertainty with respect to achieving targets
4 and objectives, included in the bank's new
5 business model, and that the combination of the
6 above circumstances indicates that there is
7 still an uncertainty, which may cast significant
8 doubt about the group's ability to continue as a
9 going concern?
10 MR. BLOOR: Objection.
11 You can answer.
12 THE WITNESS: Can I answer?
13 MR. BLOOR: Yes.
14 A. I think I made clear to you, when I
15 read those three paragraphs, that they are
16 completely inconsistent, and they are -- they
17 don't make any sense.
18 You cannot deem or even write that despite
19 a successful completion of a bank's financial
20 liabilities restructuring process, that you
21 don't know about the business model at the time
22 you complete the restructuring, and that the
23 numbers that you portray change in 132 days and
24 the magnitude that it changed.
25 This a laughable. I mean, how can you be

Page 433

CONFIDENTIAL -- Claudio Khamis
2 serious about, as an administrator to, of a
3 restructuring process to put up numbers that
4 132 days later they vanish, the whole capital,
5 and you have increased negative capital. This
6 is -- this is completely inconsistent.
7 And what is more inconsistent is that
8 having this report and audited financial
9 statements -- what is the word Walsh used
10 yesterday, by a certified auditor? What is the
11 word?
12 Q. Big four.
13 A. No. Not big four. You put a name,
14 because --
15 MR. WALSH: I'm not testifying.
16 Sorry.
17 A. It's about a very qualified or there
18 was a name to underline this.
19 That even massive restructuring was done,
20 and then 132 days later the audited financial
21 statements showed a capital, a significant
22 capital shortfall, and the company is deemed
23 into this audited by big four financial
24 statements, that in August of the same year,
25 like four months later, five months later,

Page 434

CONFIDENTIAL -- Claudio Khamis
2 Mr. Kulibayev and his wife, the daughter of
3 Nazarbayev, are interested in buying bonds of
4 something that is not a going concern or has the
5 risk of not being a going concern, and whether
6 the numbers are not what they are portrayed.
7 This is why I'm telling you that the
8 process all along was inconsistent.
9 Q. Do you believe that an audited
10 financial statement is the type of information
11 that would be relevant in making an investment
12 decision?
13 MR. BLOOR: Objection.
14 You can answer.
15 A. Can you repeat the question?
16 Q. Do you believe that an audited
17 financial statement is the type of document or
18 contains the type of information that would be
19 relevant to making an investment decision?
20 MR. BLOOR: Objection.
21 A. It depends on a lot of circumstances.
22 Q. Just so I understand, is the
23 inconsistency that you believe exists in this
24 going-concern warning simply the fact that the
25 bank recently concluded what has been called a

Page 435

1     CONFIDENTIAL -- Claudio Khamis
2   successful completion of the restructuring?
3       MR. BLOOR: Objection.
4       You can answer.
5   A.   Jason, the way you are trying to
6   formulate questions, I mean, I'm not
7   understanding what you're really want to ask.
8   Can you put the question in a simpler form?
9   Q.   Let me see if I can rephrase it.
10   Is the inconsistency that you believe
11   exists in this portion of the audited financial
12   statement simply that there is a going-concern
13   warning issued so soon after what has been
14   characterized as a successful restructuring?
15       MR. BLOOR: Objection.
16       You can answer.
17   A.   I still don't understand the question.
18   Q.   What is the inconsistency that you
19   believe exists in this document?
20       MR. BLOOR: Objection.
21   A.   This is portrayed as an audited report
22   on -- on numbers that were released at -- at the
23   end of 2010, when the terms of the first
24   restructuring were announced and the information
25   memorandum was released, and that day capital

Page 436

1     CONFIDENTIAL -- Claudio Khamis
2   was portrayed of 1 9 billion, and those audited
3   statements include, not just this big deviation
4   on those numbers, they also include, if my
5   recollection of events is right, the inclusion
6   as a liability as portrayed by the JP Morgan
7   report that serves to decrease capital or to
8   impact capital
9   I would like to have the JP Morgan report,
10   maybe, at some point.
11   Q.   We'll look at it again.
12   A.   But those reports, it is my
13   understanding that were treating
14   off-balance-sheet items as on-balance-sheet
15   items, and this, again, didn't make any sense,
16   according to what was portrayed in the
17   information memorandum.
18   Q.   What do you understand the phrase
19   capital deficit to mean?
20   A.   Capital deficit is a vast concept, but
21   it can be a deficit against regulatory capital
22   requirements. It could be a lot of things, this
23   concept.
24   Q.   Would it surprise you that Patrick
25   Kiblisky referred to you as one of his most

Page 437

1     CONFIDENTIAL -- Claudio Khamis
2   aggressive and sophisticated clients?
3   A.   This, can I have the email in front of
4   me where he portrays me like this?
5   Q.   Sure. It was previously marked during
6   your deposition as Exhibit 47.
7   A.   Exhibit 47?
8   Q.   Yes, Khamis 47.
9   A.   I don't have it.
10       MR. BLOOR: I think we should get
11   the exhibits in order.
12       THE WITNESS: I leave the exhibits
13   as I receive them, and somebody is mixing
14   them.
15       MR. BLOOR: Use my copy.
16   A.   Yeah. In the context of this email,
17   which is internal email from Patrick to his
18   boss, it seems that they want to charge me
19   commission or permission to charge up to two
20   percent, which seems to be high.
21   He's making the case to his boss that I'm
22   an aggressive and sophisticated client,
23   aggressive probably in the context of the
24   amounts that I buy of certain securities that
25   are probably for emerging markets.

Page 438

1     CONFIDENTIAL -- Claudio Khamis
2   Q.   And I think that you've discussed and,
3   in fact, your entire investment philosophy is to
4   buy assets that the market is not valuing
5   highly, isn't that true?
6       MR. BLOOR: Objection.
7       You can answer.
8   A.   Can you repeat the question?
9   Q.   And is it fair to call your investment
10   strategy an investment strategy to buy assets
11   that the market isn't valuing highly?
12       MR. BLOOR: Objection.
13   A.   My strategy is to buy assets that --
14   that have a market price lower to its intrinsic
15   value assessed at the time of buying.
16   Q.   How do you determine a company's
17   intrinsic value, typically?
18   A.   It would depend on each company, each
19   situation. Sometimes it's more easy when they
20   own, for instance real estate or properties, or
21   than when it's other type of class of assets.
22   Q.   How did you go about trying to
23   determine the intrinsic value of BTA?
24   A.   What time?
25   Q.   Let's start at the time of your very

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

Page 439

1    CONFIDENTIAL -- Claudio Khamis
2  first purchases of TuranAlem bonds in 2010.
3        MR. BLOOR: Objection. I believe
4  his first purchases were in 2009, August
5  of 2009,
6  Q.  Let's start in 2009.
7  A.  Yes.  The market in 2009, the price of
8  bonds at $0.20, and as I mentioned yesterday,
9  given that it was a country that, at the time,
10  we deemed well run and it was the biggest bank
11  and it had, like, 70 percent of the portfolio of
12  loans in very good industries, and that the
13  amount of liabilities and provisioning accounted
14  for a big part of the portfolio being destroyed
15  or have lost value.
16  We -- we didn't make an assessment at the
17  time that -- that this was plausible, that 20
18  billion in dollars and do not vanish.
19  Q.  Do you have any understanding of any
20  of the allegations against Mr. Ablyazov?
21        MR. BLOOR: Objection.
22        You can answer.
23  A.  I have a -- to my knowledge, at the
24  time I was investing, that there were issues
25  related to previous owner.  I don't have a

Page 440

1    CONFIDENTIAL -- Claudio Khamis
2  particular knowledge, besides a claim for around
3  four billion that is original knowledge of -- of
4  related credits, can I say?
5  But other than that, I don't have a
6  specific information on that.
7  Q.  Do you have any understanding that one
8  of the things that Mr. Ablyazov is alleged to
9  have done is to steal the deeds and the other
10  evidence of the bank's collateral on the
11  projects for which it lent money?
12  A.  No.  As I told you, I'm not aware of
13  any details.
14  Q.  Would you agree with me that a deed
15  can disappear a little bit more easily than, for
16  example, a piece of real estate?
17  A.  I think that's a reasonable
18  assessment.
19  Q.  Can you remind me when your daughter
20  was born?
21  A.  June 25, 2009.
22  Q.  Is it the case, then, that you were
23  physically in Chile when you placed your orders
24  for the TuranAlem bonds in 2009, then?
25  A.  I don't know where I was.  Probably.

Page 441

1    CONFIDENTIAL -- Claudio Khamis
2  Q.  And I think your earlier testimony was
3  that for the first three years of your
4  daughter's life you spent most of your time --
5  A.  Yeah, that's true.
6  Q.  -- in Chile?
7  A.  Yes.
8  Q.  Is it, therefore, likely that you
9  placed all of your purchase orders for BTA
10  securities from Chile?
11  A.  What is fair to say is that I would
12  have called my broker in Miami to place an order
13  with him.
14  Q.  And where would you have placed that
15  call from?
16  A.  Probably from Chile or from wherever I
17  was, if I was in another country.
18        MR. BLOOR: Object -- go ahead,
19  sorry.
20  Q.  Yesterday, do you recall your
21  testimony about Vision Advisors?
22  A.  We talked about Vision.
23  Q.  What is your relationship -- do you
24  have any business relationship with Vision
25  Advisors -- strike that.

Page 442

1    CONFIDENTIAL -- Claudio Khamis
2  Do either you, personally, or any of the
3  funds for which you served as decision-maker,
4  have any business relationship with Vision
5  Advisors?
6        MR. BLOOR: Object to the form.
7        You can answer.
8  A.  The entities that engaged in a
9  transaction with Vision Advisors for a block of
10  Tristan Oil bonds that were from Vision
11  Advisors' clients, and Vision Advisors sold to
12  my entities this package of bonds.
13  Q.  Did Vision Advisors also make any
14  purchases of BTA bonds on behalf of Atlantica,
15  Baltica, or Blu Funds?
16        MR. BLOOR: Objection to the form
17        You can answer.
18  A.  I -- I don't have knowledge of that.
19  Q.  Who introduced you to the EFG firm?
20  A.  Claudio Izzo.
21  Q.  From Vision Advisors?
22  A.  He was working at Vision Advisors at
23  the time, yes.
24  But this was -- he introduced me to Vision
25  Advisors -- I don't know, in 2014 or -- yeah,

Page 443

```
1        CONFIDENTIAL -- Claudio Khamis
2    something along that year.
3    Q.  Have you ever discussed EFG with
4    Mr. Ablyazov?
5    A.  I don't think so.
6    Q.  Have you communicated with
7    Mr. Ablyazov in any manner, besides during the
8    two in-person meetings that you discussed?
9    A.  No.  I don't think so.
10   Q.  As far as the written communications
11   with Mr. Ablyazov's representatives, were all of
12   those made through your attorneys?
13   A.  Excuse me.  Can you repeat that?
14   Q.  Let's lay a foundation.
15   Have you ever written to either
16   Mr. Ablyazov or any of his representatives?
17   A.  Have I?
18   Q.  Yes, you, personally, Claudio Khamis.
19   Have you ever written, in any way, shape,
20   or form, to Mr. Ablyazov's representatives?
21   A.  If I have written to communicate?
22   Q.  Yes.
23   A.  In written form?  No.  I don't recall.
24   Q.  How did you set up those two meetings
25   with Mr. Ablyazov?
```

Page 444

```
1        CONFIDENTIAL -- Claudio Khamis
2    A.  As I mentioned yesterday, through a
3    relative of him.
4    Q.  Who communicated with the relative?
5        MR. BLOOR: Objection.
6        You can answer.
7        THE WITNESS: Do I have to answer
8    that?
9        MR. BLOOR: If you remember, yeah.
10   A.  Ilyas Khrapunov.
11   Q.  Have you had any written
12   communications with Mr. Khrapunov?
13   A.  I don't recall.
14   Q.  How were you introduced to
15   Mr. Khrapunov?
16   A.  I was introduced in a call with my
17   lawyer, and I understand it's his lawyer or
18   Ablyazov's lawyers or somebody else's lawyer.
19   Q.  Was that lawyer Mr. Jaffe?
20   A.  Yes.
21   Q.  After that initial introduction, how
22   did you communicate with Mr. Khrapunov?
23   A.  After the initial introduction?
24   Q.  Yes.
25   A.  I think by phone.
```

Page 445

```
1        CONFIDENTIAL -- Claudio Khamis
2    Q.  Do you have Mr. Khrapunov's phone
3    number?
4    A.  Yeah.
5    Q.  Do you have Mr. Ablyazov's number?
6    A.  No.
7    Q.  How many times have you spoken to
8    Mr. Khrapunov?
9    A.  I don't recall.
10   Q.  Is it more than five?
11   A.  Yes, more than five.
12   Q.  You think it's more than ten?
13   A.  I think it's more than ten.
14   Q.  Do you think it's more than 20?
15   A.  I wouldn't know where the number,
16   where to place the number.  I make a lot of
17   phone calls to different people, but it could be
18   a number.
19   Q.  Do you text with Mr. Khrapunov?
20   A.  I -- I usually ask him if he can talk,
21   if he's available to talk.
22   Q.  By text?
23   A.  By -- yes, by WhatsApp.
24   Q.  Do you save your WhatsApp chat
25   history, or do you delete that?
```

Page 446

```
1        CONFIDENTIAL -- Claudio Khamis
2    A.  I don't know.  I don't pay much
3    attention to WhatsApp.
4    Q.  That was the purpose of your
5    communications with Mr. Khrapunov?
6    A.  Usually it's about making question
7    regarding some fact or some question I may have.
8    Q.  So usually your discussions with
9    Mr. Khrapunov are about this case?
10   A.  I wouldn't say about the case.  It's
11   about the BTA story.
12   Q.  And what do you mean by the BTA story?
13   A.  BTA story is the whole story that was
14   around BTA until today.
15   Q.  When did you first communicate with
16   Mr. Khrapunov?
17   A.  I don't recall.  But listen, the
18   first -- it was --
19   When?  I don't recall, but it was at the --
20   at the call with the lawyers.
21   Q.  So it was after you filed this
22   lawsuit?
23   A.  I met Mr. Khrapunov when I talked to
24   him way, many, many years after filing this
25   lawsuit.
```

Page 447

CONFIDENTIAL -- Claudio Khamis
1
2  Q.  How long has this lawsuit been going
3  on?
4  A.  Since 2012, I guess.
5  Q.  I think you can testify from personal
6  experience, then, that sometimes litigation
7  drags on?
8  A.  It's long.
9  Q.  Do you have any purpose in discussing
10  the BTA story with Mr. Khrapunov, other than
11  pursuing this litigation?
12  A.  I found very interesting the whole BTA
13  story, and not what's happening prior to 2012,
14  but also I found interesting what happened after
15  2012.
16  I particularly -- how can a bank being sold
17  for less than a dollar, and it was precisely the
18  bank that merged with BTA after subordinated
19  debt lost pretty much everything, but equity
20  didn't lose anything.
21  Q.  Is it your position that Fund SK
22  didn't lose any money on the equity that it held
23  in BTA?
24      MR. BLOOR: Objection.
25      You can answer.

Page 448

CONFIDENTIAL -- Claudio Khamis
1
2  A.  This is not my position.
3  Q.  Then please explain your statement.
4  A.  My statement is that after the 2012
5  restructuring, SK Fund was still in possession
6  of the bank.  They didn't give us the chance to
7  covert our debt for equity.  We were deprived of
8  our recovery units.
9  Q.  Correct me if I'm wrong, but isn't the
10  exact --
11  Weren't the terms of the second
12  restructuring a conversion of your debt into
13  equity?
14  A.  With a complete illusion, you mean.
15  My debt was given to me 2.5 cents.
16  Q.  You received equity, however, didn't
17  you?
18  A.  Valued at very little.
19  Q.  Do you have any idea how much Fund SK
20  ultimately sold BTA for?
21      MR. BLOOR: Objection.
22      You can answer.
23  A.  BTA was sold, like my recollection is,
24  like, for a billion to Kenes Rakishev and
25  another person.

Page 449

CONFIDENTIAL -- Claudio Khamis
1
2  Q.  Well, wasn't it KKB that you were just
3  referring to?
4  A.  I don't -- listen, I don't have the
5  whole transactions, because they were very
6  complicated and very particular, to say the
7  least, in my head.
8  Q.  Would you admit that Fund SK lost over
9  S6 billion of the money it invested in BTA?
10      MR. BLOOR: Objection.
11  A.  I would not admit to that.
12  Q.  Why would you contest that?
13      MR. BLOOR: Objection.
14  A.  I don't think I have all the facts.
15  Q.  Do you have any basis for contesting
16  that Fund SK lost billions of dollars on its
17  investments or that Fund SK lost billions of the
18  dollars in the money it injected into BTA?
19      MR. BLOOR: Objection.
20  A.  Again, I don't have all the facts to
21  make an assessment.
22  I just see a series of transactions until
23  well into 2015 or '16 that are very peculiar,
24  being the most peculiar of all the sale of
25  Kazkommertsbank for less than a dollar to the

Page 450

CONFIDENTIAL -- Claudio Khamis
1
2  daughter of the dictator.
3  Q.  So just to be clear, as you sit here
4  today, you have no basis on which to contest
5  that Fund SK lost billions of dollars on the
6  money it injected into BTA?
7      MR. BLOOR: Let me object -- note my
8  objection.
9      You can answer.  Go ahead.
10  A.  You're repeating yourself.  I don't
11  know all the facts.
12      THE WITNESS: I would like to take a
13  break to go to the bathroom.
14      MR. VIGNA: Sure.
15      THE VIDEOGRAPHER: The time is 2:14.
16  We are going off the record.
17      (Whereupon, a brief recess was
18  taken.)
19      THE VIDEOGRAPHER: The time is
20  2:27 p.m.  We are back on the record.
21  Q.  Mr. Khamis, were you the --
22  Did you and your attorneys reach out to
23  Mr. Khrapunov in the first instance, or did they
24  reach out to you?
25  A.  No.  I instructed my attorneys to

Page 451

```
1      CONFIDENTIAL -- Claudio Khamis
2   reach out to him.
3   Q.  Have you discuss the strategies for
4   this litigation with Mr. Khrapunov?
5   A.  I have never been with Mr. Khrapunov
6   besides that one first call with an attorney
7   present.
8   I am not a lawyer.  I couldn't be
9   discussing legal strategy.
10  With Mr. Khrapunov, I discussed what I
11  mentioned and some other stuff.
12  Q.  You do discuss this case, in at least
13  some way, with Mr. Khrapunov?
14  A.  Excuse me?
15  Q.  You do, at least, discuss this case,
16  in some way, with Mr. Khrapunov?
17  A.  No.  What I'm saying is I probably
18  asked Mr. Khrapunov about some REITs and other
19  sort of stuff.
20  I'm not saying stuff with regarding this
21  case.
22  Q.  Have you spoken to Mr. Khrapunov since
23  he was found liable by a UK court for over a
24  half a billion UK pounds for aiding and abetting
25  embezzlement?
```

Page 452

```
1      CONFIDENTIAL -- Claudio Khamis
2      MR. BLOOR: Objection.
3   A.  I don't know the -- the accusation.  I
4   don't know the date of the accusation.  I
5   couldn't put a timeline relative to this
6   accusation.
7   Q.  Are you familiar with the legal
8   proceedings against Mr. Khrapunov in the UK?
9   A.  I think I told you already, I don't
10  have knowledge of what he's doing in terms of
11  legal stuff in the UK, besides having seen the
12  document that was reported by UK court, and I
13  don't even know if it's pertaining to
14  Mr. Khrapunov regarding the Lewis Report.
15  Q.  Has Mr. Khrapunov discussed any of his
16  legal difficulties with you?
17  A.  No.
18  Q.  You didn't see the headlines about him
19  being found liable for over half a billion
20  pounds in August of this year?
21      MR. BLOOR: Objection.
22  A.  Of this year?
23  Q.  Yes --
24  A.  What news?  Was it on Bloomberg?
25  Q.  It was on multiple news sources.
```

Page 453

```
1      CONFIDENTIAL -- Claudio Khamis
2   A.  I didn't see.  Nobody brought me that
3   information.
4   Q.  And you are --
5   You are aware that Mr. Ablyazov has been
6   found liable for fraud and embezzlement as well;
7   is that correct?
8      MR. BLOOR: Objection.
9   A.  I'm not -- I don't know.
10  As I mentioned before, I don't know what
11  the legal status of -- and I don't know if
12  he's -- about legal contingencies or
13  proceedings.  It's not a matter of my field.
14  Q.  Are you aware that Mr. Ablyazov was
15  sentenced to jail?
16      MR. BLOOR: Objection.
17  A.  I -- I don't -- I don't know.
18  I'm spending my time and trying to
19  understand how -- how the merger of BTA and
20  Kazkommertsbank and why Kazkommertsbank was
21  sold.  I'm spending my time on stuff that's more
22  interesting.
23  Q.  So you're trying to get information
24  from convicted criminals about that subject?
25      MR. BLOOR: Objection.
```

Page 454

```
1      CONFIDENTIAL -- Claudio Khamis
2   A.  Did I say that?  Did I say that?
3   Q.  Are you aware that Mr. Ablyazov is a
4   convicted criminal?
5      MR. BLOOR: Objection.
6   A.  I'm not aware.
7      MR. BLOOR: Just Claudio --
8   I think we've exhausted his
9   knowledge.  Now you're beginning the
10  badger the Witness.
11  You've laid no foundation for any of
12  this.  I've objected, you haven't fixed
13  it, so I suggest you move on, because
14  it's getting harassing at this point.
15      MR. VIGNA: Your objection is noted.
16  Q.  Have you --
17  Is it your position that you do not know
18  that Mr. Ablyazov is a convicted felon?
19      MR. BLOOR: Objection.
20  Is it your position that you do not
21  know?
22  So answer that, if you can.
23  A.  My position is that I don't follow his
24  legal status and his cases, and I don't know
25  what the results of his cases are.
```

Page 455

1    CONFIDENTIAL -- Claudio Khamis
2  Q.  Are Mr. Ablyazov or Mr. Khrapunov
3  providing any funding for this litigation?
4      MR. BLOOR: Objection.  He answered
5  that yesterday.
6      But go ahead and answer it again.
7  A.  No.
8  Q.  Have either of those individuals made
9  any promise, any promises to reimburse any of
10  your expenses for this litigation?
11     MR. BLOOR: Objection.
12 A.  No.
13 Q.  Do you have any understandings with
14  either of those individuals to, for them to
15  reimburse any of your expenses for this
16  litigation?
17     MR. BLOOR: Objection.
18 A.  No.
19 Q.  Do you have any understandings with
20  any associates of Mr. Khrapunov and Mr. Ablyazov
21  to reimburse you for any of the expenses of this
22  litigation?
23     MR. BLOOR: Objection.
24 A.  What do you mean by associates?
25 Q.  Do you have any understandings with

Page 457

1    CONFIDENTIAL -- Claudio Khamis
2  A.  Can you rephrase your question?
3  Q.  Who organized the plaintiffs' group in
4  this case?
5      MR. BLOOR: Objection.
6  A.  Who organized?
7  Q.  Yes.
8  A.  I -- I engaged or I took decision to
9  litigate and defend my assets.  At the time when
10  all this was happening, I got to know that other
11  individuals were holders of bonds and that they
12  also had the same losses that I had.  I don't
13  remember what, if they asked or how it came
14  about, and they were, when I got to know the
15  amount that they have investment relative to the
16  amount the plaintiffs had invested was
17  negligible, probably one percent or something
18  like this, or two percent, so --
19  So I decided that there was no point in, of
20  every invoice I would receive for $48,000,
21  calculate two percent and collect $480 for each
22  one of them or $300, because I think there were
23  three.
24  So there was, at some point, the
25  conversation with Patrick.  Patrick was the

Page 456

1    CONFIDENTIAL -- Claudio Khamis
2  anyone to reimburse you for any of the expenses
3  of this litigation?
4  A.  No.
5  Q.  Did you pay for all of the costs of
6  this litigation to date?
7      MR. BLOOR: Objection.
8  A.  Are you deposing me now in my personal
9  capacity or the plaintiffs?
10 Q.  Fair enough.  Did --
11  Has Atlantica, Baltica, and the Blu Funds
12  paid for 100 percent of the legal fees incurred
13  by the plaintiffs to date in this litigation?
14     MR. BLOOR: Objection --
15 A.  Yes.
16     MR. BLOOR: Objection.  That's okay
17     THE WITNESS: I'll take more time.
18 Q.  The individual plaintiffs who withdrew
19  from the suit did not contribute anything to the
20  legal costs of this litigation?
21     MR. BLOOR: You can answer.
22 A.  Not that I know of.
23 Q.  How did you end up in a lawsuit with
24  those individuals?
25     MR. BLOOR: Objection.

Page 458

1    CONFIDENTIAL -- Claudio Khamis
2  person who -- actually, two of them were
3  Patrick's brothers and the other one, Gliksberg,
4  Patrick knows him very well, that if they
5  recovered something they would get me some
6  present, at least.
7  Q.  Over what period of time were you
8  discussing the possibility of bringing a lawsuit
9  with Mr. Patrick Kiblisky?
10 A.  I don't recall what I was discussing
11  and the date.
12 Q.  Can you please pull up what was
13  previously marked as Kiblisky Exhibit 35?  Can
14  you pull it out, please?
15 A.  If I find it.
16  35, you say?
17 Q.  Yeah, it's Kiblisky 35 from yesterday.
18     MR. BLOOR: I think during the next
19  break somebody should organize the
20  exhibits so they're easier to find
21 Q.  It probably won't have a green
22  sticker, because it would have had a --
23     MR. BLOOR: Here it is.
24     THE WITNESS: 35?
25     MR. BLOOR: No.  It's --

Page 459

1    CONFIDENTIAL -- Claudio Khamis
2    THE WITNESS: So they are from --
3    okay
4  Q.  Where it says at the top [in Spanish],
5    is that a fair translation, only for you,
6    Patrick, don't forward?
7  A.  Correct.
8  Q.  And this document that you were
9    sending Patrick is a note from Alexey Bulgakov
10   at Troika; right?
11 A.  Yeah.
12 Q.  Did you have any --
13   What was your relationship with Troika?
14 A.  None that I recall.  I would receive,
15   as were produced, I think, a couple of Troika
16   reports.  I don't know if there were two or
17   three of them.
18 Q.  It looks like sometimes you and
19   Mr. Izzo directly corresponded with Troika.
20   Is that the case?
21 A.  Me, directly?
22 Q.  Sometimes I think you're copied, yes.
23 A.  Coped?
24 Q.  Yes.
25 A.  I would have to see where, if he

Page 460

1    CONFIDENTIAL -- Claudio Khamis
2    copied me.  I don't recall being copied.
3    Bulgakov was probably one of the analysts
4    that, in hindsight, better understood or had a
5    lot of information regarding what was being
6    disclosed or -- he had analysis that was way
7    more extensive than JP Morgan report's on the
8    issue.
9  Q.  Mr. Bulgakov's email here to Mr. Izzo,
10   it says:
11   The major asset for the creditors that I
12   think will be very useful is the ability to sue
13   SK for their course of actions.
14   Do you see that at the bottom of the third
15   paragraph?
16 A.  It says about BTA?  This one?
17 Q.  That would be the first paragraph --
18 A.  I think that the reason behind BTA's
19   Kazakh erratic behavior conflicts.  The major
20   motives, I think, are a desire to avoid personal
21   responsibility for anything, and maybe desire to
22   cover all up all bad things that happened at BTA
23   over the past two years.
24   From my discussions with people from the
25   other side, I understand that there is a little

Page 461

1    CONFIDENTIAL -- Claudio Khamis
2    looking-forward -- that there is little
3    looking-forward thinking.
4  Q.  You can read it all into the record.
5    That's fine.  The paragraph I'm interested in,
6    though, is the third paragraph.
7  A.  The outcome --
8    Which one is the third -- I don't see
9    the --
10 Q.  Don't leave creditors in the dry.
11 A.  Well, let me --
12   Outcome of this sort of action is so hard
13   to predict --
14   MR. BLOOR: Claudio, you can read it
15   to yourself so the reporter doesn't have
16   to take it down.
17 A.  Okay.  So where --
18   I don't see where the third paragraph is.
19 Q.  It's bad spacing, but this is the one.
20 A.  Okay.  Sorry.  I couldn't get it
21   earlier.
22   Leave creditors in the dry.
23   So is not exactly correct expression, I
24   think.
25   The major asset for the creditors that I

Page 462

1    CONFIDENTIAL -- Claudio Khamis
2    think will be very useful, it is the ability for
3    the creditors is the ability to sue SK for the
4    course of action.
5  Q.  And the date of this email is February
6    of 2012?
7  A.  Yes, it's February of 2012.
8  Q.  So that's ten months before you
9    actually filed suit?
10 A.  This is probably at the same time --
11   this is at the same time where -- not at the
12   same time.  It was actually the next day, I
13   think -- this is February 4th, but is the month
14   or the date?  This 2 of April?  Probably this is
15   2 of April.
16 Q.  I don't think so, because the previous
17   one says 2/3, so it would be surprising that you
18   would wait over a month to forward.
19 A.  Excuse me?
20 Q.  When you were sending it to
21   Mr. Kiblisky, it says 2/4/12.  Beneath it, when
22   you got the message that's forwarded from
23   Mr. Bulgakov is 12/2/3, which makes me believe
24   it's February.
25 A.  Probably, you're right.  I have to

Page 463

CONFIDENTIAL -- Claudio Khamis
1
2 check that, because I usually have the dates on
3 my email as we use them, not in the US. We put
4 first the day and then the month and not
5 otherwise.
6 Q. Why were you sending this note from
7 Mr. Bulgakov to Mr. Kiblisky?
8 A. Kiblisky would be a person at some
9 point in time that I would want his opinion on
10 some development.
11 And I found this probably a little bit
12 annoying, the tone of the email for the date,
13 because if my memory is not wrong, around the
14 same days or previously, at the very beginning
15 of February 2012, SK officials, if I remember
16 right, were talking in a very friendly tone or
17 were saying in a very friendly tone to sit down
18 with investors to -- to even talk about the
19 possibility of a restructuring, whether that
20 decision would be made or not, it was up to
21 happen or not.
22 And if I recall well, this piece of
23 information also was -- was portrayed that SK
24 was willing to put or inject capital into the
25 bank if the debt holders would do the same,

Page 464

CONFIDENTIAL -- Claudio Khamis
1
2 which at the time I thought okay, seems very
3 reasonable to swap debt for equity or subscribe
4 a sharing offering, but by any means, losing the
5 value of my investment.
6 So nothing seemed -- seemed particularly
7 worrying. All this information was analyzed in
8 the context of previous information, like the
9 one that I received portraying Halyk's Bank
10 owned by Kulibayev's wife to buy more bonds in
11 -- in a scenario of conflicting evidence.
12 And as I said, this also linked with the
13 fact that it was successfully restructured with
14 other haircuts and so much that I repeated so
15 much in the deposition previous.
16 Q. I'm not sure why that has anything to
17 do with why you were sending that to, this, to
18 Mr. Kiblisky --
19 A. I was keeping Patrick informed. He
20 was my financial advisor.
21 Q. And is the issue that you were
22 intending to seek Mr. Kiblisky's opinion on
23 suing Fund SK?
24 A. No.
25 Q. Then why are you telling him not to

Page 465

CONFIDENTIAL -- Claudio Khamis
1
2 forward it to anyone?
3 MR. BLOOR: Objection.
4 You can answer.
5 A. I didn't, as a conversation, and the
6 content of the conversation a little bit -- a
7 little bit complicated, because Bulgakov was
8 Russian, so -- and it seemed to like a private
9 conversation between Bulgakov and Izzo, and I
10 wanted to respect the nature of their privacy
11 and not have it being circulating all over the
12 world.
13 Q. And Mr. Bulgakov was attaching an
14 analyst report by his organization Troika from
15 January 2012; isn't that correct?
16 A. I don't remember that it was coming
17 with the same, but yes, I recognize this
18 document.
19 Q. And this is a document that you, in
20 fact, had your attorneys produce in this case;
21 correct?
22 A. Yeah.
23 Q. And are you familiar with these
24 numbers on the bottom called Bates numbers?
25 A. No.

Page 466

CONFIDENTIAL -- Claudio Khamis
1
2 Q. Bates numbers are identifying numbers
3 for each page of a document production in
4 sequential order.
5 A. Okay.
6 Q. This email is a forward that has an
7 attachment, and sequentially, we can see that
8 the very next page is this document --
9 A. I'm not disputing it was an
10 attachment.
11 Q. Did you review this Troika report?
12 MR. BLOOR: At the time you received
13 the email?
14 MR. WALSH: At the time you received
15 the email.
16 A. Yes. I don't recall what it said, but
17 I remember that I reviewed.
18 Q. I would like you to look at page 26.
19 Do you see the first full paragraph on that
20 page?
21 A. Up here?
22 Q. The one starting however.
23 A. Yes. I see.
24 Q. Do you recall reviewing it -- let me
25 read it into the record. It says:

Page 467

```
1     CONFIDENTIAL -- Claudio Khamis
2     However, interestingly, BTA Banks's 2011
3     forecast presented during the restructuring
4     negotiations in summer 2010 do not differ too
5     much on the P&L side from the actual performance
6     on everything apart from asset recoveries. The
7     bank expected to post a tenge 50 billion
8     operating loss for the first full year. The
9     actual number will be a bit lower but
10    comparable, which should have been supplemented
11    by Kazakhstan tenge 110 billion in provision
12    recoveries. The actual number for the first
13    nine months of 2011 is a loss of 66 billion
14    Kazakh tenge.
15    Did I read that accurately?
16 A. Yeah.
17 Q. Do you remember reading, in or about
18    the beginning of February 2012, that the
19    performance of the bank on the P&L side was
20    actually very similar to what had been presented
21    to the creditors as the plan, aside from asset
22    recoveries?
23 A. Can you repeat the question?
24 Q. Yeah. It was an imprecise question
25    Do you recall understanding, at the time
```

Page 468

```
1     CONFIDENTIAL -- Claudio Khamis
2     that you read this, that Troika believed that
3     BTA's performance post-restructuring on what
4     it's calling the PL side is about the same as
5     what BTA had presented to creditors as its
6     expected plan, aside from its -- the speed with
7     which it was able to recover assets?
8     MR. BLOOR: Objection.
9 A. This is, as you well said, this is
10    Troika's opinion.
11    But I don't remember reading in Troika a
12    good explanation for what was -- for instance,
13    the inclusion of liabilities in the -- in the
14    balance sheet. There was also not a good
15    explanations for the numbers in relation to
16    massive amount of provisions doing previously --
17    the whole information that was released seemed
18    to have, as during the whole process, a lot of
19    contradictory information.
20 Q. Isn't it Troika's view, in January
21    2012, that aside from asset recovery being
22    slower than expected, the bank actually was
23    performing --
24 A. Listen, I'm not --
25    MR. BLOOR: Let him finish the
```

Page 469

```
1     CONFIDENTIAL -- Claudio Khamis
2     question.
3 Q. -- in a way that did not differ too
4     much from what was presented to creditors during
5     the restructuring negotiations?
6     MR. BLOOR: Objection.
7     Are you asking if the report says
8     that?
9     MR. VIGNA: I am.
10    MR. BLOOR: Well, I think the report
11    speaks for itself.
12    But do you agree that it says what
13    he's reading?
14    THE WITNESS: He's just reading one
15    paragraph out of a series of reports that
16    contain a lot of information that is
17    inexplicable, and the report portrays
18    Troika's opinion and assessment on --
19 Q. So you think Troika was wrong?
20    MR. BLOOR: Objection.
21 A. Troika had a view, and Troika, at the
22    time, didn't know that, after 2012, BTA would be
23    publicizing in its web page that it would be
24    recovering assets. There was a lot of
25    information missing in terms of recovery --
```

Page 470

```
1     CONFIDENTIAL -- Claudio Khamis
2 Q. Is it --
3 A. So if you're referring to something
4     very little precise, Troika might have been
5     right. I don't know the previous report to
6     compare it.
7     But it's a report issued among many -- in
8     an ocean of conflicting information.
9 Q. What I think I've heard you testify to
10    over the past couple of days is that you didn't
11    think that recovery units should have been
12    recorded as a liability on the balance sheet,
13    and that the recovery efforts were too slow.
14    Am I correct in understanding that you're
15    complaining about those two things?
16    MR. BLOOR: Objection.
17 A. I think you're incorrect. You're
18    synthesizing it. It's --
19    What were the things that you just
20    mentioned?
21 Q. One is that you don't think that the
22    recovery units should have been recorded on the
23    balance sheet as a liability; and two, is that
24    you think the recovery efforts were too slow?
25 A. I certainly don't understand and
```

Page 471

CONFIDENTIAL -- Claudio Khamis

1    didn't understand at the time why something that
2    was portrayed by the information memorandum as
3    segregated assets, put under a trust deed by
4    Bank of New York, and by nature, be an
5    off-balance-sheet item could have something to
6    do with the balance sheet and be included as a
7    liability, when it was contingent on recoveries.
8    I just didn't understand it at the time.
9    I'm not sure I understand it now, either.
10   Q.   Did you conduct any accounting
11   research to try to determine if the accounting
12   was proper for those recovery units?
13   A.   What accounting was prepared?  The
14   audited reports portrayed in 2011, or the
15   numbers that SK released that a successful
16   restructuring that they did, when they portrayed
17   $1.9 billion in capital?  What numbers are you
18   talking about?
19   Q.   I'm referring to the inclusion of
20   recovery units on the balance sheet.
21   Did you conduct any research of any sort to
22   determine whether that was proper or not?
23   A.   I read the terms of information
24   memorandum, and I relied on the terms of the
25

Page 472

CONFIDENTIAL -- Claudio Khamis

1    information memorandum.
2    Q.   And we'll go through that.  Actually,
3    I have a question for you.
4    Is it possible that you remember what is in
5    the information memorandum incorrectly?
6        MR. BLOOR: Objection.
7        You can answer.
8    A.   You're talking about possibilities?
9    Q.   Yes.
10   A.   There's always a possibility that --
11   not just me, everybody can forget about
12   something, or not get something completely
13   accurate.
14   Q.   So returning to my prior question, did
15   you conduct any research to determine whether it
16   was appropriate for BTA to record any aspect of
17   the recoveries units on its balance sheet?
18   A.   I remember -- I don't recall all what
19   I researched at the time.  What I recall is
20   reading the JP Morgan report and its assessment
21   of what -- how they did.  It wasn't correct.
22   Eventually, I called somebody to get an opinion.
23   But what I recall is that all opinions I
24   received, everybody was annoyed by -- by this,
25

Page 473

CONFIDENTIAL -- Claudio Khamis

1    by this strange way of accounting.  That's what
2    I would say.
3    I would like to add something.  It was so
4    annoying that even though a big liability that
5    only served to reduce capital was deemed by
6    JP Morgan at the time as a -- as leaving the
7    investment case intact, so it was just not me
8    who was having trouble understanding how this
9    correlates to the information memorandum and
10   previous information, so there were other
11   qualified persons analyzing the same accounting
12   practices that also didn't agree with it.
13   Q.   Well, you certainly know, by no later
14   than the time you read the JP Morgan report,
15   that some aspects of the recovery units were
16   recorded on BTA's balance sheet; isn't that
17   correct?
18   A.   Can you repeat that?
19   Q.   You certainly knew that a certain
20   amount of the value of the recovery units was
21   recorded on BTA's balance sheets --
22   A.   As a liability.
23       MR. BLOOR: Objection.
24   Q.   Correct.
25

Page 474

CONFIDENTIAL -- Claudio Khamis

1    You knew that as a fact; correct?
2        MR. BLOOR: Objection.
3    A.   I -- I knew it was portrayed or able
4    to know what was portrayed in the reports, and I
5    don't know how many there were.  I mean . .
6    Q.   So all of your investments after May
7    of 2011, they weren't based on any
8    misapprehension of how BTA was recording the
9    recovery units on the balance sheets, was it?
10       MR. BLOOR: Objection.
11   A.   I wouldn't -- I wouldn't agree with
12   that.
13   Q.   Okay.  Why would you disagree?
14   A.   Because I don't think so I had -- I
15   don't have all relevant information to agree
16   with this.
17   Q.   And is that because you didn't review
18   BTA's financial statements?
19       MR. BLOOR: Objection.
20   A.   I'm telling you that the very nature
21   of this accounting practice was questioned.
22       THE WITNESS: Can I take a break?
23       MR. VIGNA: Sure.
24       THE VIDEOGRAPHER: The time is
25

Page 475

1      CONFIDENTIAL -- Claudio Khamis
2      3:01 p.m. This ends media number 2.
3      (Whereupon, a brief recess was
4   taken.)
5      THE VIDEOGRAPHER: The time is
6      3:12 p.m. This begins media number 3.
7 Q.   Mr. Khamis, putting aside whether the
8   accounting for the recovery notes as liabilities
9   on the balance sheet was questioned or not, you
10   were fully aware that BTA was recording aspects
11   of the recovery notes as liabilities on its
12   balance sheet by no later than May 2011; isn't
13   that correct?
14 A.   I don't recall the exact date. Yes,
15   probably you're right, because the JP Morgan
16   report, I think, is as of May of that date, and
17   it was JP Morgan report that -- or Troika's
18   later -- somebody portrayed it as kind of
19   farfetched accounting practice, using the word
20   serve to decrease capital.
21   It's very weird that somebody would use the
22   words serving to decrease capital and then
23   assess that the investment case is intact.
24 Q.   So I think you've said of the oceans
25   of things that you thought were inconsistent,

Page 476

1      CONFIDENTIAL -- Claudio Khamis
2   one was recording recovery note values as a
3   liability on the balance sheet. The next one I
4   think we were talking about was the speed with
5   which BTA was recovering assets; is that
6   correct?
7 A.   I don't recall referring as a speed,
8   but certainly the amount of provisioning made in
9   the first restructuring, the time that it took,
10   the participants involved, the amount of money
11   spent, the hundreds of millions spent on western
12   advisors and experts, to do the restructuring
13   that was deemed successful, it was very hard to
14   reconcile that and reconcile those figures
15   portrayed at the first restructuring, what was
16   then later portrayed as audited results that
17   were put into question as accounting practices
18   right from the market.
19 Q.   Are you still referring to the
20   recovery notes?
21 A.   I'm referring -- I'm referring at your
22   question.
23 Q.   Okay. In this lawsuit, do you take
24   issue with the manner in which BTA recovered
25   assets?

Page 477

1      CONFIDENTIAL -- Claudio Khamis
2 A.   Excuse me?
3 Q.   In this litigation, are you taking
4   issue with the manner in which BTA sought to
5   recover assets?
6 A.   I would have to review the
7   allegations, but we certainly have questions
8   that, I don't know if they are a part of the
9   complaint or not, regarding the recovery of
10   assets and the fact that the recovery units
11   structure placed under the trust deed, with a
12   lot of mechanism placed about recovering assets,
13   that seemed very serious at the time, didn't
14   recover one penny for the recovery units sold.
15   And the fact --
16      MR. BLOOR: Let him ask the next
17   question.
18 Q.   Are there any allegations in the
19   complaint at all about this trust document that
20   you keep referring to?
21      MR. BLOOR: Objection. He said he'd
22   have to review the allegations, so if
23   you'd like him to do that, you can.
24 Q.   You've been testifying over the past
25   day and a half about recovery -- about recovery

Page 478

1      CONFIDENTIAL -- Claudio Khamis
2   efforts
3   Do you believe that BTA's recovery efforts
4   were fraudulent?
5      MR. BLOOR: Objection.
6      You can answer
7 A.   We're bringing up a complaint alleging
8   fraud. It is my understanding that we don't
9   know all the facts as of today, still, but I
10   would say that the fraud is at least of the
11   magnitude that we allege.
12 Q.   What is the magnitude of the fraud
13   that you believe occurred at BTA?
14 A.   I haven't done my fact discovery
15   process. I think we are in the middle of the
16   deposition process.
17 Q.   Putting aside what facts have entered
18   into the record in this case to date, what is
19   the magnitude of the fraud that you believe
20   occurred at BTA?
21 A.   As I told you, I'm not going to -- I'm
22   not going to lay out beliefs, and as of today,
23   I'm not ready to -- fact finding.
24 Q.   So as of today, the allegations for
25   which you intend to proceed to trial are the

Page 479

    CONFIDENTIAL -- Claudio Khamis
1
2   ones in the complaint?
3       MR. BLOOR: Objection.
4       You can answer.
5   A.  I think you're right.
6   Q.  Okay. Do you believe that you had a
7   better understanding of BTA's finances than
8   Troika did?
9       MR. BLOOR: Objection.
10      You can answer.
11      Well, go ahead.
12  A.  I don't know how to -- what to make
13  out of the -- out of your question.
14  I think Troika was doing its best effort to
15  analyze with whatever information they had
16  available. I was doing the same on my side.
17  That's everything that I have to say about it.
18  I wouldn't put a relative value on who is
19  better or who is worse, making specific
20  assessments.
21  Q.  Mr. Khamis, I'd like you to take out
22  Exhibits 24 and 43, one of which is the
23  complaint and one of which is this IM, which is
24  easy to find.
25  A.  Exhibit?

Page 480

    CONFIDENTIAL -- Claudio Khamis
1
2   Q.  24, which is the amended complaint,
3   and 43, which is the IM.
4   A.  It's going to get mixed so fast, a
5   disaster.
6   Okay, I think I have both.
7   Q.  Can you turn to paragraph 3 of the
8   complaint, which is on page 2?
9   And that's the paragraph that alleges that
10  the information memorandum and deed of
11  undertaking emphasized that SK Fund had agreed,
12  with very limited exception, to accept no
13  dividends or distributions from BTA Bank; is
14  that accurate?
15  A.  Yeah, that's correct.
16  Q.  Are you familiar with any place in
17  either the information memorandum or the deed of
18  undertaking where Fund SK agreed not to take
19  distributions from BTA Bank?
20  A.  I remember reading the pages, but I
21  just don't have them memorized, but I'm sure
22  if you give me an afternoon and I can start
23  reading it again, those 700 pages, I'm sure I
24  can find it. It were one of the two things that
25  were very much analyzed, because they were

Page 481

    CONFIDENTIAL -- Claudio Khamis
1
2   interpreted as very good signs at the point of
3   the first restructuring.
4   Q.  Why don't we spend a couple of hours
5   looking at the IM. Why don't we start at
6   page 70, where I think Mr. Walsh has already
7   directed your attention --
8   A.  Page what?
9   Q.  70.
10  While you're reading that, would you agree
11  that this page 70 is in the section of the IM
12  called undertakings by the banks and
13  Samruk-Kazyna?
14  A.  Yes.
15  Q.  And is this what you were considering
16  the deed of undertaking?
17  A.  I would have to review the whole
18  information memorandum to see where the part is
19  that I read at the time.
20  Q.  Now, I see on page 70 where it says
21  the bank will undertake --
22  A.  Yeah, I think you're referring me to
23  page 70, but I would have to start flipping
24  again this document to look for the stuff that
25  I --

Page 482

    CONFIDENTIAL -- Claudio Khamis
1
2   This seems to be talking about the GDRs
3   here, no?
4   Q.  Near the bottom where it talks about
5   dividends.
6   A.  Where are you talking, where are you
7   looking at, the last part?
8   Q.  Yes.
9   A.  Yes, we looked at it already with
10  Mr. Walsh.
11  Q.  Yeah, and I see there where it says
12  that the bank will undertake that no dividend,
13  other than a permitted dividend, shall be paid
14  on the shares, so I understand the aspect of
15  your allegation that says SK undertook not to
16  receive dividends other than in certain
17  circumstances.
18  A.  No. They --
19      MR. BLOOR: He hasn't asked you a
20  question
21  Q.  So I understand that portion of your
22  allegation.
23  Is there a different section of the IM that
24  you believe in which Fund SK undertook not to
25  take any distributions from BTA?

Page 483

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  A.  Yes.  The problem is finding it now.
 3  Q.  Perhaps you can look at it at a break,
 4  and we'll go through some other sections here.
 5  Are you aware of any dividends Fund SK took
 6  on its share in BTA?
 7  A.  The complaint alleges directly the
 8  structure that was put in place, that is the
 9  negative carry swap.  It is a structure that not
10  permitted the owner of -- of the bank and I
11  think some operations where the National Bank of
12  Kazakhstan, the structure to make a big profit
13  by taking the money from BTA Bank paying, and
14  that's two percent for that money, and then lend
15  the money back to BTA roughly ten percent or a
16  range of interest rates that were very high,
17  some of them close to ten percent.
18  So -- so that's what I would say, calling
19  to your -- to your allegations, we see it as a
20  distribution, as a way of taking out money from
21  the bank.
22  Q.  Okay.  So you're not contending that
23  any of that was a dividend, are you?
24      MR. BLOOR: Objection.
25      Are you asking in the complaint what
```

Page 484

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  he's contending?
 3      MR. VIGNA: Whether it's in the
 4  complaint or today.
 5  A.  That there was a dividend in the
 6  strict form of dividend, or in relation to what
 7  a dividend is?
 8  A dividend is a distribution paid by -- to
 9  the equity holders coming usually in the form of
10  cash.
11  Q.  Right.  It's a return on equity, not a
12  return on bonds or on deposits, is it?  There's
13  a difference between a dividend and interest on
14  a deposit and interest on a note, isn't there?
15  A.  I would -- I would highlight that that
16  dividend, in a broad term, is any payback that
17  equity gets out of -- out of a company.
18  Q.  And what are you basing that
19  understanding of the word on?
20  A.  Listen, I'm not a lawyer, so I
21  wouldn't go into the legal definition.
22  But a distribution to the shareholders,
23  especially like, one like -- like the one that,
24  in hindsight, was clear that it was a
25  distribution and part of a bigger finance,
```

Page 485

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  financial flows, so that there was a negative
 3  impact on the equity, it was a negative flow of
 4  resources from the bank to the owners of the
 5  bank.
 6  I would say that it's a distribution and
 7  conceptually very much close and not a dividend.
 8  Q.  And so is it --
 9  You also owned equity in BTA, didn't you?
10      MR. BLOOR: At a specific point in
11  time?
12  Q.  You owned equity in BTA between 2010
13  and possibly even until today?
14  A.  My equity was negligible.
15  Q.  You owned GDRs at one point, didn't
16  you?
17  A.  Negligible position.
18  Q.  And as an equity holder, are you
19  contending that the interest that you earned on
20  your subordinated notes for a while was
21  dividends?
22      MR. BLOOR: Objection.
23  A.  I think -- I think I wasn't
24  controlling the bank.  I wasn't charging highly
25  negative or I have a very, an extremely high
```

Page 486

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  interest rate, as compared to -- to the negative
 3  carry transaction, so one side was receiving two
 4  percent and the other one ten as a financial
 5  transaction that is only controlled by the
 6  owners, so in this case, SK and -- and SK also
 7  as a controlling shareholder of BTA.
 8  Q.  Okay.  Is it your position, as an
 9  economist, that all distributions that are
10  obtained by a controlling shareholder are
11  dividends?
12      MR. BLOOR: Objection.
13  A.  I wouldn't go that broad.
14  But certainly, the negative carry swap,
15  given that it was a structure placed without any
16  other financial transaction to offset it, it was
17  dragging negatively, the capital of the bank, to
18  the hands of the controller.
19  Q.  So your position is that in the unique
20  circumstances of these facts of this case, what
21  Fund SK earned were dividends, even though in
22  normal English it would never be considered
23  dividends?
24      MR. BLOOR: Objection.
25  A.  I would say that it was definitely got
```

Page 487

CONFIDENTIAL -- Claudio Khamis
1 dividends or distributions that were not
2 permitted.
3 Q.   Okay.  As an economist, have you ever
4 seen the word dividend used in that way any time
5 in your career?
6     MR. BLOOR: Objection.
7     You can answer.
8 A.   As I said, dividend, the basic concept
9 of dividend is the money that the shareholder
10 takes for himself, usually as the result of a
11 good performance by the company.
12 Q.   Okay.  Well, that's something.
13     Did the distributions that Fund SK received
14 as result of its deposits and as a result of the
15 repo transaction have anything to do with the
16 performance of BTA?
17 A.   Well, I think that's exactly the core
18 allegation for fraud.
19 Q.   Okay.  Just so it's clear on the
20 record, your position is that the interest that
21 Fund SK earned on its deposits in the bank were
22 dividend?
23     MR. BLOOR: Objection.  I don't
24 think that's what he said.

Page 488

CONFIDENTIAL -- Claudio Khamis
1     But you can answer.
2 A.   I think I answered this question.  I
3 mean, you're repeating yourself.
4 Q.   I really would like an answer to this.
5 I'm entitled to this, Mr. Khamis.
6 Is it your position --
7 A.   You're entitled to make the question,
8 I'm entitled to answer.
9 I think I gave my answer already.
10 Q.   Okay.  Mr. Khamis, can you please
11 answer for me whether it is your position that
12 the interest that Fund SK earned on its deposits
13 in BTA were dividends?
14     MR. BLOOR: Objection.
15 A.   The way you're phrasing the question
16 is splitting the negative carry swap into pieces
17 to try to make it look a legitimate transaction
18 when it was not.
19 There is no economic reason for the owner
20 of a bank, the controller of a bank, and the
21 management of a bank, to engage into such a
22 transaction, especially when it was incestuous
23 in nature, in which -- in which an owner that
24 was supposed to alleviate the financial

Page 489

CONFIDENTIAL -- Claudio Khamis
1 condition of the bank, that was portraying as a
2 successful restructuring, is siphoning a
3 negative carry swap.  This is why it is a swap
4 and not just a deposit.
5 And if it was a deposit, it would be
6 interesting to understand why the management of
7 a bank would accept such big deposits at such
8 high interest rates and how they fit into the
9 business model of the bank.
10 Q.   Well, you understand that banks fund
11 themselves, in part, from deposits; isn't that
12 true?
13 A.   Banks funds themselves through
14 different sources.
15 Q.   And isn't it true that BTA's
16 commercial and retail deposits plummeted
17 drastically in 2009 and 2010?
18     MR. BLOOR: Objection.
19     You can answer.
20 A.   During the restructuring, a lot of
21 things happened to the bank.  Part of the work
22 of a very successful restructuring process is to
23 stabilize the bank and have an ongoing concern,
24 and this was portrayed, at the time of the

Page 490

CONFIDENTIAL -- Claudio Khamis
1 release of the information memorandum and the
2 finishing of the restructuring, of the first
3 restructuring in 2010, deemed as a successful
4 process.
5 Q.   Okay.  Are you aware of whether BTA's
6 commercial and retail deposits decreased in 2009
7 and 2010?
8     MR. BLOOR: Objection.
9     You can answer.
10 A.   I'm aware that a lot of parameters
11 were in the period of time when they were under
12 stress.
13 Q.   Is it your belief that the deposits
14 made by Fund SK received any higher interest
15 rates than the deposits that were also offered
16 to BTA's other commercial depositors?
17     MR. BLOOR: Objection.
18     You can answer.
19 A.   My -- my belief is that the negative
20 carry swap is a transaction that you cannot
21 split apart.  It's a swap and should not be
22 analyzed into pieces.  It should be analyzed as
23 the swap that was put in place.
24 Q.   Isn't the part of the swap that cost

Page 491

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   BTA money the deposits?
 3   A.  Excuse me?
 4   Q.  Isn't the aspect of what you're
 5   calling a swap that cost BTA money the deposits?
 6   A.  That cost BTA money?
 7   Q.  Yes.
 8   A.  What is your question?
 9   Q.  The aspect of what you're calling the
10   negative carry swap that resulted in outflows of
11   cash from the company were the deposits; isn't
12   that true?
13   A.  When we talk about the outflows, we
14   talk about the negative outflow, and the
15   negative outflow was composed by the outflow
16   paid to -- to the outflowing stream of funds
17   that was flowing out through the different
18   operations
19   If my memory is right, and I would have to
20   refresh my memory, SK and National Bank of
21   Kazakhstan were on one side and on the other
22   side was BTA.
23   Q.  Okay.  So if you're talking about the
24   National Bank of Kazakhstan as well, it was well
25   understood by you and everyone else that the NBK
```

Page 492

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   lent certain money to BTA and was receiving
 3   interest on that money lent; isn't that true?
 4   A.  Excuse me?
 5   Q.  And received interest on that money
 6   that was lent by the NBK; isn't that true?
 7      MR. BLOOR: Objection.
 8   You can answer.
 9   A.  That the National Bank of Kazakhstan
10   received a flow?
11   Q.  At least they had --
12   The loans contained an interest rate.  We
13   can put completely put aside whether BTA
14   ultimately paid any of the interest to the NBK
15   or paid any interest to the Fund SK, but at
16   least the loans had an interest rate that BTA
17   owed to the NBK; correct?
18   A.  That BTA owed?
19   Q.  Owed, yes.
20   A.  Well, I think that's the very nature
21   of negative carry swap.
22   Are you not talking about it?  I'm not
23   understanding your question.
24   Q.  I understand where the confusion.
25   I'm trying to distinguish the inflows and
```

Page 493

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   outflows of what you're calling the negative
 3   carry swap.
 4   A.  We can look at the Troika report.  I
 5   think it's very well laid out there, and I think
 6   we produced it to you.
 7   Q.  Okay.  Is it your understanding of
 8   what you're calling the negative carry swap
 9   what's depicted in the Troika report?
10   A.  I think the Troika report made a very
11   good assessment of what the negative carry swap
12   was.
13   Q.  So certainly, as of the time you
14   received the Troika report, you understood the
15   negative carry swap; isn't that true?
16      MR. BLOOR: Objection.
17   A.  Again, we went through about this
18   yesterday.
19   The negative carry swap, when it was first
20   exposed, since the way it was structured meant a
21   grotesque outflow and a transaction that was
22   very damaging for the bank, for the capital of
23   the bank.  It was very hard to understand how
24   that could -- could exist and would be
25   consistent with the terms of a successful
```

Page 494

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   restructuring.
 3   Q.  We'll go through all the terms of the
 4   restructuring -- excuse me --
 5   A.  Yes.  I want to finish my question.
 6   Q.  Go ahead.  I'm sorry.
 7   A.  You cut me off.
 8   Q.  That was inappropriate.  I apologize.
 9   A.  Can we --
10      MR. VIGNA: You can read back the
11   last section.
12      (Whereupon, the requested testimony
13   was read back by the reporter.)
14   A.  Correct, so what wasn't clear at the
15   time is it transitory or not?  Then, after the
16   presentation of this, state people were talking
17   about it as a necessity to be fixed, so it was
18   deemed to be transitory.  We didn't know if
19   there was another transaction or another part of
20   the swap that was not disclosed, or we didn't
21   understand it, to offset for such damaging
22   practice by the owners and the bank and to the
23   detriment of the bond holders.
24   Q.  Is it your position --
25   A.  And I have to add one more thing.
```

Page 495

1      CONFIDENTIAL -- Claudio Khamis
2  This became even more confusing or more
3  questionable if that, if what was portrayed by
4  the bank was really truth, why would Halyk look
5  into buying several months later of this
6  portrayed situation, the interest in buying
7  bonds, when every logic analysis would say that
8  if this it permanent and was there without being
9  taking care of, the value of bonds would be
10  dramatically affected.
11      And Mr. Kulibayev was the owner of Halyk at
12  that time, but was also the head of SK at the
13  time, and the same organization that was in
14  charge of the whole restructuring.
15      So as I have mentioned during the past two
16  days, even though you try to break up something
17  into pieces to try to make it seem presentable,
18  the whole, the overall picture was not.
19  Q.  Okay.  You said a lot there, so let's
20  try to break it down.
21      When did Mr. Kulibayev become the chairman
22  of SK?
23  A.  I don't have the recollection, but
24  it's public information.
25  Q.  Do you have any belief that it was

Page 496

1      CONFIDENTIAL -- Claudio Khamis
2  before the 2010 restructuring?
3  A.  It was not that long ago, probably
4  2009, 2010, 2008 or after.  I don't have the --
5  It was part of the ocean of information
6  that was out there, and I don't have a clear
7  recollection of when that was.
8  Q.  So what you are calling the negative
9  carry swap, am I correct in understanding that
10  the two outflows are interest owed to the NBK on
11  the money lent and interest owed on Fund SK's
12  deposits?  Is that --
13      Are those the outflows?
14  A.  I would, in broad terms, yes, the way
15  it was portrayed.
16  Q.  Did you understand that the money that
17  the NBK lent to BTA was interest-bearing?
18      MR. BLOOR: Objection.
19      And just to be clear, what time
20  period are you talking about?  The 2011
21  time period or --
22      MR. VIGNA: That's actually an
23  excellent question.  We'll break it down.
24  Q.  As of the time that you reviewed the
25  IM, did you understand that?

Page 497

1      CONFIDENTIAL -- Claudio Khamis
2  A.  That it was a negative carry swap
3  case?
4  Q.  That the money that the NBK lent to
5  BTA was interest-bearing?
6  A.  At the time the information memorandum
7  was presented, there were some -- some things
8  mentioned about operations with the NBK, if I
9  recall correctly.
10      But I don't recall having seen in the
11  information memorandum any mention to the amount
12  of interest, to the rates, and specifically to
13  any swap operation, including such a big gap
14  between rates received by the bank and rates
15  paid for the use of -- by the bank and paid by
16  the same bank.
17  Q.  Is it your position that the Nation of
18  Kazakhstan was not entitled to interest on the
19  money that it lent to BTA?
20      MR. BLOOR: Objection.
21  A.  Excuse me?
22  Q.  Is it your position that the Nation of
23  Kazakhstan was not entitled to interest on money
24  it lent to BTA?
25  A.  I'm not anybody -- I'm not a person

Page 498

1      CONFIDENTIAL -- Claudio Khamis
2  here to make judgments on what the government of
3  Kazakhstan is entitled to.
4      But what I can say is that, at the moment
5  of the financial crisis in every civilized
6  nation, the support given by central banks and
7  authorities was at very, very low rates or
8  almost close to zero, and so a very low rate
9  compared to up to ten percent or including a
10  little bit over ten percent, seems a little bit
11  annoying for a -- for a portrayed support
12  effort.
13  Q.  Was it simply your assumption that the
14  money that the Nation of Kazakhstan, the
15  National Bank of Kazakhstan lent to BTA was at a
16  zero or close to zero interest rate?
17  A.  No.  We -- I didn't -- I was looking
18  at the restructuring process in a holistic way,
19  and a vital condition of a restructuring any
20  company, not just a bank, is that it comes out
21  of the restructuring as a going concern.
22      THE WITNESS: I have to go to the
23  bathroom.
24      THE VIDEOGRAPHER: The time is 3:48.
25  We are going off the record.

Page 499

CONFIDENTIAL -- Claudio Khamis

1    (Whereupon, a brief recess was
2    taken.)
3    THE VIDEOGRAPHER: The time is
4    4:03 p.m. We are back on the record.
5    Q.   Mr. Khamis, are you ready?
6    A.   Yes.
7    Q.   Before the break we were talking about
8    the loans from NBK, which I think we discussed
9    is one of the two outflows from BTA.  Did you
10   review the portions of the information --
11   When you reviewed the information
12   memorandum online, did you review the section of
13   the IM called NBK support?
14        MR. BLOOR: Objection to form.
15   A.   I don't recall the -- I don't have
16   specific recollections on the information
17   memorandum.
18   Overall, I recall certain things.  I recall
19   some transactions, maybe, described between --
20   between NBK or SK and BTA, but the main focus of
21   this time to go to most my attraction was that
22   BTA Bank wouldn't pay itself or wouldn't pay --
23   that SK wouldn't get the dividends paid or
24   distributions after bonds would be repaid or

Page 500

CONFIDENTIAL -- Claudio Khamis

1    after an amount of years.
2    And the precise pages of the information
3    memorandum was not page 70 like you were showing
4    me, but page 32.
5    And the piece of the information memorandum
6    on recovery units.
7    Q.   Now, are you just referring to page 32
8    as defining permitted dividend?
9    A.   The definition of permitted dividend.
10   Q.   Okay.  I guess I'm not
11   understanding --
12   A.   It says here permitted dividend means
13   dividend or distribution, the wording:
14   By the bank to its shareholders, at any
15   time after the new notes have been revoked
16   clearly -- irrevocably paid in full, at any time
17   after the date falling four years after the
18   restructuring.
19   This is what I was reading at the time.
20   Q.   So you didn't read the rest of the
21   document to see if there were specific
22   discussions of the interests that --
23   Please, let me finish my question.
24   -- so you didn't review the rest of the

Page 501

CONFIDENTIAL -- Claudio Khamis

1    document to see if there were specific
2    discussions of, for example, the interest that
3    Fund SK was earning on its deposits?
4        MR. BLOOR: Objection.
5    A.   I disagree with your statement.
6    Q.   Okay.  So you did review the IM to
7    determine if Fund SK was earning any interest on
8    its deposits?
9    A.   I reviewed the IM.  The IM is a very
10   extensive document, around 600 or something
11   pages.
12   And the only thing that caught my attention
13   were the main two things I discussed, and I
14   remember seeing some transaction between one of
15   the two entities and the bank.
16   Q.   So even the portions that you were
17   drawing my attentions to, pages 32 and 70, talk
18   about monies to Fund SK, can you recall anything
19   in the IM that might have suggested that
20   interest was not going to be paid to the
21   National Bank of Kazakhstan on the loans that
22   the NBK made to BTA?
23        MR. BLOOR: Objection.
24   A.   When -- when the information

Page 502

CONFIDENTIAL -- Claudio Khamis

1    memorandum was released, and I don't think that
2    long after, there was a lot of talk about the
3    bank being sold to Sberbank.
4    So the understanding of the information
5    memorandum was an understanding as a general
6    document, and certainly we didn't expect
7    party-related transactions with a negative carry
8    swap embedded for this big margin.
9    Q.   So just to be clear, the phrase
10   negative carry swap is a phrase that was first
11   coined by Troika; isn't that correct?
12   A.   I don't -- I don't recall.
13   Q.   It was something that an analyst was
14   noticing, that there was some money coming in
15   and there was some money going out, and the
16   analyst chose to call it a negative carry swap;
17   isn't that true?
18        MR. BLOOR: Objection.
19   A.   I don't know where the term comes
20   from.
21   Q.   There is no such thing as a negative
22   carry swap, is there?
23        MR. BLOOR: Objection.
24   Q.   As an economist?

Page 503

CONFIDENTIAL -- Claudio Khamis
1
2  A.  There is.  It was in place, the
3  negative carry swap  It was in place  It was
4  factually in place.  This set of transactions
5  implying a swap, a swap to the detriment of the
6  capital to the bank.
7  Q.  Okay.  What's a swap, Mr. Khamis?
8  A.  The swap, in this case, is -- is
9  outflows of money from BTA getting paid two
10  percent and the same money coming back at ten
11  percent.  It's sort of a --
12      MR. BLOOR: I think you answered.
13  Let him ask the next question.
14  Q.  Aren't you simply using the word swap
15  as shorthand for some money coming in and other
16  money going out?
17      MR. BLOOR: Objection.
18  A.  I'm using the word swap to describe
19  what happened in the structure that was put in
20  place for the allegation of this complaint.
21  Q.  There is certainly no agreement
22  between BTA and any other entity called a
23  negative carry swap, is there?
24      MR. BLOOR: Objection.  You've been
25  using the term the entire deposition,

Page 504

CONFIDENTIAL -- Claudio Khamis
1
2  so --
3      But you can answer.
4  A.  Excuse me.  What was your question?
5  Q.  There certainly is no agreement
6  between BTA and any other entity or entities
7  called a negative carry swap?
8      MR. BLOOR: Objection.
9  A.  I never had the chance to review the
10  documents, I assume, by the thousands, for the
11  agreements to be described by BTA Bank.
12  Q.  Are you aware of any agreement that is
13  called a negative carry swap that's ever been
14  entered into by BTA?
15  A.  By BTA?
16  Q.  Yes.
17  A.  I wouldn't know if there's one.
18  Q.  Okay.  Getting back to the question
19  that I was asking earlier, on pages 32 and 70 of
20  the information memorandum, are there any
21  representations that BTA would not pay interest
22  on money lent to it by the National Bank of
23  Kazakhstan?
24  A.  Are there any --
25  Can you rephrase your question?

Page 505

CONFIDENTIAL -- Claudio Khamis
1
2  Q.  Are there any representations on
3  pages 32 and 70 of the information memorandum
4  that BTA Bank would not pay interest on the
5  money lent to it by the National Bank of
6  Kazakhstan?
7      MR. BLOOR: So take a look at where
8  he's referring, 32 and 70.
9  A.  There was a wording here that speaks
10  about distributions within the dividend.
11  Q.  And that was related to Fund SK; isn't
12  that correct?
13  A.  Distributions by the bank to its
14  shareholder.  I don't know if the National Bank
15  of Kazakhstan held any shares at the time.
16  Probably not.
17  Q.  Did you, at the time that you made
18  your investments --
19  A.  Sorry.  I have to correct my
20  statement, my response.  Actually, I was wrong
21  with my response.
22  The National Bank of Kazakhstan and SK are
23  owned by the government of Kazakhstan, so they
24  are the same shareholders.
25  Q.  You understand that Fund SK is a

Page 506

CONFIDENTIAL -- Claudio Khamis
1
2  corporation?
3  A.  I understand SK as being a vehicle to
4  protect investments for the people of
5  Kazakhstan.
6  Q.  It's a joint stock company, isn't it?
7  That's why it's called --
8      MR. WALSH: JSC.
9  A.  Listen, you are going into legal
10  terminology, which I'm -- I'm not a lawyer --
11      MR. BLOOR: Just let him ask a
12  question.
13  Q.  If you were to look at the caption of
14  your complaint, Fund SK is referred to as
15  Sovereign Wealth Fund "Samruk-Kazyna" JSC; isn't
16  that correct?
17  A.  Yes.
18  Q.  Do you know what a JSC is?
19  A.  No.
20  Q.  Is it your testimony that when you saw
21  an undertaking by Fund SK in the information
22  memorandum, you believed that it also applied to
23  the National Bank of Kazakhstan?
24  A.  Excuse me?
25  Q.  Is it your testimony that when you saw

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

Page 507

1    CONFIDENTIAL -- Claudio Khamis
2  an undertaking in the information memorandum by
3  Fund SK, you thought that it also bound the
4  National Bank of Kazakhstan?
5  A.  I'm -- I'm not a lawyer.
6  What I'm pointing is that both entities are
7  controlled by the government of Kazakhstan.
8  Q.  Do you recall ever reviewing the
9  section of the information memorandum called NBK
10  support?
11  A.  I don't recall specifics of the
12  information memorandum, besides what I already
13  mentioned.
14  But I know that NBK was involved in the
15  restructuring at some point. I don't remember
16  when.
17  Q.  If you wanted to find out what the
18  interest rate was on the loans that the NBK made
19  to fund, to BTA, do you think that the
20  section of the IM called NBK support might be a
21  good place to look?
22  A.  Let's look at NBK support.
23  Q.  It's on page 178.
24  A.  178?
25  Q.  Does it discuss in here that the bank

Page 508

1    CONFIDENTIAL -- Claudio Khamis
2  may apply for refinancing loans and loans to
3  banks and organizations carrying out banking
4  activities, the interest rate of which equals
5  the official refinances rate?
6  A.  Where does it say that?
7  Q.  At the top of the second paragraph in
8  the NBK support section.
9    MR. BLOOR: That's right where
10  you're looking.
11  A.  Yes. Here there are no mentions to
12  specific rates
13  Q.  And do you believe that the official
14  refinances rate is a rate that may be published
15  by nation of Kazakhstan regularly?
16  A.  I wouldn't know about it at the time,
17  what the official refinancing, refinance rate
18  would have -- would have been published.
19  It would have been good if they published
20  in the information memorandum what the range of
21  that rate was or what the range of the rate at
22  the time of the issuing information memorandum
23  was.
24  And it certainly doesn't, when they speak
25  about entering into a corporation agreement for

Page 509

1    CONFIDENTIAL -- Claudio Khamis
2  the bank to apply for two types of loans, loans
3  that were funded with the same money that BTA
4  was giving at two percent, wasn't it the nature
5  of the negative carry swap?
6  Q.  Did you look anywhere else in this
7  document to see if, perhaps, the range, the
8  official refinance rate from the previous year,
9  was disclosed anywhere?
10  A.  I looked generally through the
11  information memorandum, and I didn't find it any
12  place that structure was put in place that would
13  drag the capital of the bank at the rate of like
14  300 million each year, just this one stretch.
15  Q.  Now, when you're saying that the bank
16  had to pay -- bank was obligated to pay
17  somewhere in the neighborhood of $300 million a
18  year, that's simply interest due on its loans
19  and its deposits; isn't that correct?
20  A.  I don't have all the details at this
21  moment, the negative carry swap.
22  Q.  Typically, loans accrue interest,
23  don't they?
24  A.  Loans that involve state support would
25  be one type of loans. Commercial loans would be

Page 510

1    CONFIDENTIAL -- Claudio Khamis
2  others. There are many different classification
3  of loans and for very different risk. Low risk
4  loans usually take a very little rate.
5  And this was a bank that was wholly owned
6  by the state and was supported by the state and
7  was in a process of getting in health. How
8  could a bank like this be subject to rates that
9  were not comparable for support rates by
10  other -- by other governments at the same time
11  of the crisis?
12  I mean, you asked me if I saw, in my career
13  as economist, something else. Well, in my
14  career as an economist, I never saw a bank being
15  helped charging it ten percent.
16  Q.  So do you have any reason to believe
17  that the official refinance rate was ten
18  percent?
19  A.  I know the end result and the end
20  impact of the negative carry swap and that the
21  rates paid by the bank were extremely higher
22  than the rates received by the bank from those
23  partners that were government owned.
24  Q.  And do you have any reason to believe
25  that the rate at which the NBK lent money to the

Page 511

1    CONFIDENTIAL -- Claudio Khamis
2    Nation of Kazakhstan was any higher than BTA
3    could have received from a commercial lender?
4    A.    Again, we're talking here about -- you
5    keep on trying to break this into pieces and
6    make some obstruction of the facts.
7    The fact here is that this was a bank that
8    a -- was being restructured by the government.
9    This is not a bank that is engaging in a
10   commercial practice.  If the role of the
11   government would have been fully portrayed or
12   fully -- how do you say -- if the restructuring
13   would have been really well done, being the
14   bank, quasi-sovereign at the time when this
15   information memorandum, pretty much, was
16   released, they wouldn't have had problems to
17   fund themselves.
18   The fact that they had problems means that
19   the -- that the government of Kazakhstan and the
20   management of the bank were not doing things
21   right, and one of the things that they were not
22   doing right at the time was the negative carry
23   swap.
24   I don't see how the negative carry swap can
25   be an operation that is good for the stability

Page 512

1    CONFIDENTIAL -- Claudio Khamis
2    of the bank.  If you can explain me that,
3    because, I mean, you're making the point here
4    all along.
5    Q.    I'm sure that your attorney will
6    depose Fund SK, and we'll learn all about it.
7    All of your statements seem to be based on
8    the assumption that the Nation of Kazakhstan
9    should have been written a blank check to BTA.
10   Is that your position?
11       MR. BLOOR: Objection.
12   A.    I disagree with you
13   Q.    How do you disagree?
14   A.    I disagree with your statement.  I
15   think your statement is incorrect.
16   Q.    So part of your statement is that the
17   Nation of Kazakhstan shouldn't have charged
18   interest or should not have charged as much
19   interests as it did; is that correct?
20       MR. BLOOR: Objection.
21   A.    My position is that you engaged into
22   intervene a financial institution, restructure
23   it.  You have to make sure that when the process
24   is over is a viable concern, a going concern,
25   and that its operation is sound, and one of the

Page 513

1    CONFIDENTIAL -- Claudio Khamis
2    conditions for a bank to be operationally sound
3    is to have a positive interest margin and not a
4    negative interest margin.
5    Q.    Mr. Khamis, could you please look at
6    what has been previously marked as Kiblisky 23.
7       MR. BLOOR: 23?
8       MR. VIGNA: Yes.
9    Q.    It's the UBS report from
10   September 2nd, the day before the restructuring
11   closed -- not before the restructuring closed,
12   but before securities were exchanged.
13   It looks like this.
14       MR. BLOOR: Yeah, I know what it is.
15   Let me see in this file.
16       MR. VIGNA: And it was also an
17   attachment to Khamis 23.
18       MR. BLOOR: Look in that pile.
19       MR. VIGNA: Let's go off the record
20   for a minute.
21       THE VIDEOGRAPHER: The time is 4:25.
22   We are now off the record.
23       (Whereupon, a discussion was held
24   off the record.)
25       THE VIDEOGRAPHER: The time is 4:26.

Page 514

1    CONFIDENTIAL -- Claudio Khamis
2    We are back on the record.
3    Q.    So Mr. Khamis, you have before you
4    what was previously marked as Kiblisky 23, which
5    is a UBS investment research report from
6    September 2nd, 2010; is that correct?
7    A.    Yes.
8    Q.    And you recall reviewing this at or
9    about September 2, 2010; right?
10   A.    Correct.
11   Q.    Did you notice on page P00002008 --
12   A.    The third page?
13   Q.    Yes.
14   A chart of net interest margin of Kazakh
15   banks?
16   A.    Yeah.
17   Q.    Did you notice that BTA's net interest
18   margin was negative eight percent?
19   A.    Yeah.
20   Q.    Did that indicate to you that BTA
21   actually had a negative eight percent net
22   interest margin as of September 2nd, 2010?
23   A.    No.  You're wrong.  Actually, your
24   assessment is very wrong, and it's misleading.
25   It says here very clearly, the second

Confidential

Page 515

CONFIDENTIAL -- Claudio Khamis
2 quarter, and the second quarter has never been
3 September.
4 Q.  You're absolutely right, Mr. Khamis.
5 Does this indicate as of July --
6 A.  As of June.
7 Q.  As of June 30th --
8 A.  June 30th.
9 Q.  -- 2010, BTA's net interest was
10 negative eight percent?
11 A.  Correct.  I remember looking at it.
12 Q.  Did you have an understanding of what
13 contributed to the net interest at that time?
14 MR. BLOOR: Objection.
15 You can answer.
16 A.  Listen, when this -- this -- one more
17 time, you are trying to break things into
18 pieces.
19 This report is issued when the terms of the
20 first restructuring are made public.  This
21 definitely reflects here the dynamic of the
22 previous months of certain parameters of the
23 bank.  You don't have a to be a rocket
24 scientist, you don't have to be even a good
25 economist.  You just have to have a basic

Page 516

CONFIDENTIAL -- Claudio Khamis
2 understanding of business, that you cannot be a
3 going concern with a negative eight percent.
4 When we look at the first page, and we
5 don't have data here for the moment of which the
6 restructuring is complete, restructurings are
7 typically processes that are disorganized, that
8 there is a lot of work to be done, a lot of
9 factors to be corrected, especially in a big
10 blowup of a financial institution, like it was
11 portrayed at the time.
12 So this parameters only indicate what was
13 the situation of the bank prior to its fixing or
14 during -- during the process of fixing.  You
15 cannot come out of a successful restructuring
16 and no part of the information memorandum has a
17 situation like this was portrayed or, at least,
18 not in any visible part.  It should be
19 highlighted.
20 And what was portrayed was precisely what
21 the UBS report says.  BTA bank, yesterday,
22 announced a successful completion of its
23 16.66 billion in debt restructuring.
24 Liabilities went, under this restructuring, from
25 11 billion to 4.

Page 517

CONFIDENTIAL -- Claudio Khamis
2 Q.  Is anything about that statement
3 inaccurate?
4 A.  Of what statement?
5 Q.  Of what you just read, that the
6 liabilities in restructuring were decreased from
7 11 billion to 4 billion?
8 A.  It's -- it's what I'm saying is
9 that -- that what it says here, they are -- they
10 are deeming the restructuring was portrayed by
11 the Kazakh authorities as a successful
12 restructuring.  It says BTA is well positioned
13 to capitalize on its restructured balance sheet.
14 How can you be well position with a
15 negative eight interest margin?  You cannot be
16 an ongoing concern.  The first condition to have
17 a good restructuring is that to be a going
18 concern.
19 Q.  And you understand that we just
20 reviewed, looked at a couple minutes ago, and we
21 can pull it up if need be, that the Troika
22 report discussed that, even as part of the
23 restructuring plan, the bank anticipated
24 incurring losses going forward, it was simply
25 that its liabilities had decreased; is that

Page 518

CONFIDENTIAL -- Claudio Khamis
2 correct?
3 A.  Excuse me?
4 Q.  The Troika report, that we reviewed
5 from January 2012 a few minutes ago, talked
6 about the restructuring plan, the presentations
7 to the creditors, acknowledging that the bank
8 was likely to incur losses even after the
9 restructuring; isn't that true?
10 MR. BLOOR: Objection.
11 You can answer.
12 A.  Incurring losses after restructuring,
13 there was nothing at the moment of the release
14 of the restructuring that talked about losses.
15 What we saw, during the following months, was
16 something that were measures taken that very
17 questionable, not just by me, but by other
18 analysts in terms of including off-balance-sheet
19 items of liabilities without the offsetting
20 asset.
21 It looked like self-inflicted actions to --
22 that serve as to decrease capital, nothing --
23 nothing to do with what was portrayed as a
24 successful restructuring.  The statements --
25 MR. BLOOR: Let him ask a question.

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

Page 519

```
1        CONFIDENTIAL -- Claudio Khamis
2   Q.  Why don't we turn to page 175 in the
3   information memorandum, two pages, three pages
4   that we were looking at a second ago, under
5   liquidity support and the final paragraph where
6   it discusses --
7   A.  Sorry, where are you looking at?
8   Q.  Page 175 under liquidity support, the
9   final paragraph where it discusses Fund SK's
10  deposits.
11  A.  So you're looking at the very last,
12  where it says the date?
13  Q.  Yeah, at the date, yes, exactly.
14  A.  As of the date.
15  Yes, I read it.
16  What's the point you want to make?
17  Q.  Do you remember reviewing this before
18  you made any of your investment --
19  A.  I don't have recollections of having
20  read.
21  Q.  Would you agree with me that BTA
22  disclosed that the deposits made by Fund SK are
23  on the same terms as the bank's typical deposit
24  agreements?
25  A.  If I agree with you, that that's what
```

Page 520

```
1        CONFIDENTIAL -- Claudio Khamis
2   it says here?
3   Q.  Yes, exactly.
4   A.  Yes, it says that.
5   I want to mark that it doesn't say what a
6   typical deposit agreement is, the rate.
7   Q.  Why don't we look at page 201 where
8   that is discussed.
9   A.  So the stuff that is referred here is
10  20 pages ahead?
11  Q.  Yes.  There is a section that --
12  A.  It's quite complicated to follow you.
13  Q.  Well, it is in the section called
14  interest income, interest expense, net interest
15  income, and provision for losses.
16  Would you agree with me that that's a
17  logical place to look for interest expenses?
18       MR. BLOOR: Objection.
19  A.  What matters here, to have a very
20  clear understanding right away of what an
21  operation implies, is the capital being moved
22  around and the interest rates charged.
23       MR. BLOOR: All right.  So let's
24  just look at the section and see what his
25  questions are.
```

Page 521

```
1        CONFIDENTIAL -- Claudio Khamis
2   Q.  So in the section --
3   A.  Where you say, 201, you say?
4   Q.  Yes, but you can look at page 200, the
5   preceding page, to see the headings called
6   interest income, interest expense, net interest
7   income, and provision for losses.
8   Do you see that on page 200?
9   A.  Page 200 or 201?
10  Q.  Just the headings on page 200.
11  A.  Yes.  I see both.
12  Q.  Okay.  And then there are subheadings.
13  The first subheading is total interest income on
14  page 200.
15  Do you see that?
16  A.  Do you -- have you become aware,
17  Mr. Vigna, that -- that the restructuring was in
18  2010 and the numbers you are showing me are for
19  2008 and 2009, the numbers portrayed on the
20  information memorandum?
21  Q.  Yes, I am, Mr. Khamis.
22  A.  And this, again, how can we make sense
23  of the information that you are portraying here
24  in the information memorandum, specifically this
25  information that you want to ask to understand,
```

Page 522

```
1        CONFIDENTIAL -- Claudio Khamis
2   what were the interest rates apply-able to
3   future deposits or liabilities based on
4   information that was from 2008 and 2009?
5        MR. BLOOR: So let him ask the
6   questions
7   Q.  Mr. Khamis, do you believe that, after
8   the restructuring, that the bank ceased charging
9   its other depositors interest or paying its
10  other depositors interest?
11  A.  What page are you looking at?
12  Q.  I'm looking at page 175 --
13       MR. BLOOR: You have him on
14  page 201.
15       MR. VIGNA: That's fine.
16  Q.  I'm looking at page 175, which we
17  looked at a moment ago, that said the deposits
18  paid Fund SK on the same terms as the bank's
19  typical deposit agreements.
20  A.  Listen, Mr. Vigna, let's get facts
21  straight here.
22  You just brought me to try to analyze the
23  information memorandum, following with you that
24  are the BTA lawyer, from page 175 to follow up
25  something that is pertinent to page 175 and to
```

Page 523

    CONFIDENTIAL -- Claudio Khamis
1
2   page 201, and you just mentioned that these two
3   are related and I have to infer information from
4   something that is in 2010, when information is
5   even from 2008 and 2009?
6   I just don't understand your line of
7   questioning, and I don't know if you're trying
8   to mislead me.
9   Q.  I'm not trying to mislead you,
10  Mr. Khamis.  Why don't I ask a simple question.
11  Is it your belief that, after the
12  restructuring, BTA did not intend to charge its
13  depositors or to pay its depositors interest?
14      MR. BLOOR:  Objection.
15  A.  If that's my position?
16  Q.  Yes.
17  A.  I think I answered that already.
18  I think that you have to analyze the
19  information memorandum as a document produced by
20  the end of a restructuring, in which the moment
21  this document was produced, NBK was
22  government-controlled, SK was
23  government-controlled, and the bank was
24  government-controlled, and there was an
25  operation of rescue and support.

Page 524

1       CONFIDENTIAL -- Claudio Khamis
2   So what limit my answer to this general
3   concept, and if there was something to be
4   charged had to be something that was aligned
5   with the aim portrayed by the government,
6   whether it was to restructure the bank, make it
7   a viable concern, and support it.
8   Even before this, speaking about support,
9   what sort of support is taking the bank's money
10  and paying it two percent and charging for the
11  same money back ten percent?
12      THE WITNESS:  I want to take a
13  break.
14      MR. BLOOR:  Yeah, can we go off the
15  record?
16      MR. VIGNA:  Sure.
17      THE VIDEOGRAPHER:  The time is 4:40.
18  We are going off the record.
19      (Whereupon, a brief recess was
20  taken.)
21      THE VIDEOGRAPHER:  The time is
22  4:50 p.m.  We are back on the record.
23  Q.  Mr. Khamis, welcome back from the
24  break.
25  Let's look at a different section for the

Page 525

1       CONFIDENTIAL -- Claudio Khamis
2   time being.  Why don't we look at the
3   page romanette II of the IM?
4   A.  This is the beginning or the end?
5   Q.  The beginning.
6   Now, is this the portion of the information
7   memorandum called important notice?
8   A.  Yes.
9   Q.  Did you review this portion of the
10  investment memorandum before you made any of
11  your after-market investments in BTA at any time
12  -- strike that.  Let's start again.
13  Did you review this portion of the
14  information memorandum at any time?
15  A.  I don't have specific recollections of
16  portions, besides the ones I mentioned in the
17  last two days.
18  Q.  Would you agree with me that the
19  fourth full paragraph, on page romanette II,
20  says nothing -- starts by saying:
21  Nothing in this information memorandum or
22  any other document issued with or appended to it
23  should be relied on for any purpose other than
24  to make a decision on the restructuring plan.
25  A.  I don't recall if I read this

Page 526

1       CONFIDENTIAL -- Claudio Khamis
2   particular paragraph
3   In any case, most of these documents have
4   sort of clauses like this that are very general
5   practice.
6   Q.  So you're familiar with non-reliance
7   clauses?
8   A.  I wouldn't say that I'm familiar.
9   But after, when you see this sort of
10  documents, there are -- there are clauses that
11  seem to be of general practice or something that
12  is.
13  Q.  Did you rely on excerpts of this
14  information memorandum for any purposes other
15  than to make a decision on the restructuring
16  plan?
17  A.  I would say I relied -- I relied on
18  the information memorandum to make an assessment
19  of the restructuring and to get an understanding
20  of -- of the recovery units structure, how I
21  mentioned how it worked, to have an
22  understanding about the commitments made about
23  paying dividends or distributions, especially in
24  regard to the bank's saying not dividends or
25  distributions prior to the repayment in full of

Page 527

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  notes, but I --
 3  The restructuring process in itself is not
 4  something that -- that is synthetic, that is
 5  limited.  The restructuring process is the
 6  process in which you get, in the end, a going
 7  concern, and in all this stuff we have talked
 8  about already, so --
 9  So if I read it, I would -- I would have
10  understood that the restructuring plan, like --
11  like the key elements, we were all judging the
12  restructuring as a very successful
13  restructuring.
14  And, actually, here it says a plan.
15  Q.  It says in order to make a decision on
16  the restructuring plan.
17  Did you cast any vote as to whether to
18  approve or disapprove the restructuring plan on
19  behalf of the funds?
20  A.  I don't know how -- what I know is
21  that I instructed my broker to -- to participate
22  in the restructuring.
23  I don't know how it works on my behalf, if
24  that requires a vote to participate or not.
25  This was done through my broker.
```

Page 528

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  Q.  Okay.  And you don't have any specific
 3  recollection of having records of your vote, do
 4  you?
 5  A.  Of having records of my vote?
 6  Q.  Yes.
 7  A.  I don't have any recollections of
 8  having -- I mean, like a certificate of,
 9  congratulating me for voting.
10  Q.  Do you remember how you conveyed your
11  instructions to your broker?
12  A.  Are you reading or --
13  Q.  You can answer the question.
14  A.  The instructions to my broker were
15  usually by phone, and if there was something to
16  be signed, Patrick would usually bring it to me,
17  since he was traveling all the time to Santiago.
18  Q.  Do you still have the complaint,
19  Exhibit 24, in front of you?
20  A.  Are we done with this information
21  memorandum or --
22  Q.  We'll come back to it.
23  A.  What page --
24  Q.  You know what?  This is the wrong
25  document.  We'll come back to this after a
```

Page 529

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  break.
 3  I guess we'll continue with this.
 4      MR. VIGNA:  Can I have the document
 5  marked?
 6      (Whereupon, Khamis Exhibit
 7  Number 55, a declaration, was marked for
 8  identification as of this date.)
 9  Q.  Mr. Khamis, the court reporter has
10  just handed you a document that has been marked
11  Khamis 55, which is a declaration of Claudio
12  Munir Khamis Johansson in opposition to
13  defendant's motion for summary motion.
14  Do you see that document?
15  A.  Yes, I see it.
16  Q.  In paragraph 9 -- let's move forward.
17  On the final page of this document, is that
18  your signature?
19  A.  Yes, it is.
20  Q.  Do you recall submitting this to the
21  court in opposition of the defendant's motion
22  for summary judgment?
23  A.  Yeah.
24  When was that?  2016?
25  Q.  Yeah, November of 2016.
```

Page 530

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  In paragraph 9 it says
 3  It's your understanding that UBS financial
 4  services acted in accordance with my
 5  instructions and submitted the irrevocable
 6  electronic instruction forms on behalf of
 7  Atlantica and Baltica in connection with the
 8  2010 restructuring.
 9  Do you see that?
10      (Time noted:  5:00 p.m.)
11  A.  Yeah.
12  Q.  Do you see that?
13  A.  Yes.
14  Q.  What was the basis of your
15  understanding?
16  A.  The basis of my understanding came
17  from the process that from my participation in
18  the restructuring.
19  Q.  Is it simply that you ended up
20  receiving different securities back?
21  A.  Excuse me?
22  Q.  When you refer to the process, is it
23  simply the process by which you received new BTA
24  securities?
25  A.  There's a process in which you hold a
```

Page 531

```
 1     CONFIDENTIAL -- Claudio Khamis
 2   security, that is the old security, and you
 3   participate in the restructuring. I'm not a
 4   lawyer, and I'm not an operations guy from a
 5   bank. It is -- it is the bank who, on my
 6   behalf, submitted the electronic instruction
 7   form for Atlantica, Baltica and whatever was
 8   needed for -- for the process.
 9   Q.  And you were in Chile when you
10   submitted your instructions or gave your
11   instructions to UBS?
12   A.  What time is this?
13   Q.  In conjunction with the 2010
14   restructuring, so it would be --
15   A.  Most likely.
16   Listen, I travel very little thing, one
17   time when my daughter was very young, so most
18   likely I was in Chile
19   Q.  Moving back to the information
20   memorandum --
21   A.  Are we done with this document?
22   Q.  Yes. You can put that aside.
23   A.  One more time, information memorandum?
24   Q.  Yes.
25   I think you testified that you reviewed the
```

Page 532

```
 1     CONFIDENTIAL -- Claudio Khamis
 2   risk factors section in the memorandum, is that
 3   correct?
 4   A.  It sounds familiar, the risk factor
 5   section. I'm sure --
 6   Q.  Now, on page 120, there is a risk
 7   factor entitled:
 8   The bank will be controlled by
 9   Samruk-Kazyna, Kazakhstan's Sovereign Wealth
10   Fund, whose interests may differ from the
11   interest of the bank or the claimants.
12   Do you recall reviewing that risk factor?
13   A.  Where are you reading?
14   Q.  It's near the bottom of page 120.
15   A.  I'm sorry.
16   So it's the banks would be controlled by
17   SK? Kazakh Sovereign Wealth Fund, whose
18   interest may differ from the interests of the
19   bank or the claimants?
20   Q.  Yes.
21   Do you recall reviewing that at all?
22   A.  I don't -- I recall reviewing the risk
23   factors in general.
24   Q.  Okay. Do you understand that, as a
25   joint stock corporation, the directors of
```

Page 533

```
 1     CONFIDENTIAL -- Claudio Khamis
 2   Fund SK owe fiduciary duties to their
 3   shareholder?
 4   A.  Of SK?
 5   Q.  Yes.
 6   A.  Yes. It's a reasonable assumption.
 7   Q.  And wouldn't one of those fiduciary
 8   obligations to be to try to not lose money for
 9   the fund?
10   A.  I -- I agree.
11   But you're missing here the point, that
12   right below it says, as the bank majority
13   shareholder, SK was the entire owner of the
14   bank, which was the former first bank of the
15   country.
16   So why would I see a risk of the owner of a
17   company destroying the value of a company,
18   engaging in transactions that have no
19   explanation but serve, as portrayed by
20   JP Morgan, to impact the capital?
21   There was -- in those risk factors, there
22   is nothing to -- to -- that I would read and
23   point to a fraud.
24   Q.  Mr. Khamis, is it your belief that
25   Fund SK intended to destroy the bank prior to
```

Page 534

```
 1     CONFIDENTIAL -- Claudio Khamis
 2   the first restructuring?
 3   A.  As I told you before, I'm not of
 4   beliefs. I analyze facts, and --
 5   Q.  Do you believe it is a fact that
 6   Fund SK intended to destroy the bank prior to
 7   the first restructuring?
 8       MR. BLOOR:  Objection.
 9   A.  I told you already, we are alleging
10   fraud. We're still in the process of fact
11   finding.
12   The last movements with the assets of
13   former BTA were very recently -- I'm not done
14   with fact finding, and I'm going to be able to
15   make such assessment only when I have all the
16   facts.
17   But we are alleging fraud, and probably
18   there's a bigger fraud.
19   Q.  Are you suggesting that there was a
20   fraud that existed from before the 2010
21   restructuring all the way to today?
22   A.  I'm not suggesting anything that is
23   beyond the scope of my complaint at this moment.
24   Q.  Now, is the basis of the complaint's
25   allegations that there were, there was a fraud
```

Page 535

CONFIDENTIAL -- Claudio Khamis
1    CONFIDENTIAL -- Claudio Khamis
2    by Fund SK simply that Fund SK obtained interest
3    payments?
4        MR. BLOOR: Objection.
5    A.   My answer to that assessment is no.
6    Q.   What are the other grounds that you're
7    currently asserting for believing that Fund SK
8    was engaged in any sort of a fraud?
9    A.   One more time, you're trying to break
10   this into pieces, as you have tried to break
11   into pieces the structure put in place in which
12   the bank sent funds to SK and National Bank of
13   Kazakhstan, receiving a mere two percent, while
14   the same funds would return to the bank having
15   to pay ten percent.
16   There are lot of elements that we lay out
17   in our complaint, and I'm in the process of
18   learning about others.
19   Q.   Now, this fact that money is being
20   given to -- of course, this is all shorthand --
21   but as you say, that money is being given to the
22   bank at two percent and then monies are being
23   paid out at ten percent.
24   Wasn't that fully understood by you by no
25   later than May of 2011?

Page 537

1    CONFIDENTIAL -- Claudio Khamis
2    restructuring just a few months earlier,
3    Mr. Kulibayev in -- August 2011 --
4    I'm getting a little bit tired, so
5    following the timeline at this stage is kind of
6    a little bit difficult.
7    -- mentions his intention to buy BTA bond
8    and looking into regulatory approval, so -- so
9    I --
10   It was incomplete information, very
11   inconsistent, and not just this one. It was
12   aligned by other very difficult to understand
13   information, like the inclusion of the recovery
14   notes as a liability.
15   This was all one packaged of disorganized
16   actions that, looking in hindsight, were
17   affecting directly the capital of the bank and
18   its ability to be deemed as an ongoing concern.
19   I would leave it to this point.
20   Q.   Did you have any understanding that
21   once the loans paid -- once the loans made by
22   the National Bank of Kazakhstan were paid off,
23   that the bonds, the collateral that was put up
24   by BTA and the bonds that were exchanged with
25   Fund SK, that all of those funding costs would

Page 536

1    CONFIDENTIAL -- Claudio Khamis
2    A.   I repeat what I -- you have been
3    asking me all along the last two days.
4    When the first notices were put in,
5    released, or the news for when the market was
6    aware that it was such a structure, I think, was
7    when the investor presentation, that is. I
8    think, even inaccurate of the number it
9    portrays, and then JP Morgan later on, and then
10   Troika, but I think this was contradictory, as I
11   mentioned so many times.
12   And there were statements made of the -- by
13   the administration or the government officials
14   that it would be addressed. There was not an
15   understanding what the purpose of it was. It
16   seemed completely farfetched, since it was going
17   against the very same principals of the
18   information memorandum and of a successful
19   restructuring, and the fact that the
20   restructuring was deemed to be finished and
21   successful, therefore, a going concern would be
22   out there.
23   Even after those facts are leaking to the
24   market or put out there, all what was
25   inconsistent, again, with the successful

Page 538

1    CONFIDENTIAL -- Claudio Khamis
2    go away after the BTA -- or the NBK loans were
3    paid off?
4        MR. BLOOR: Objection to the form.
5    Q.   That's a very inelegant question.
6    Strike that.
7    Did you have any understanding that aspects
8    of the funding provided by Fund SK was only to
9    remain in place until the NBK loans were paid
10   off?
11   A.   I don't understand.
12   What are you trying to say?
13   Q.   The funding that was, the aspects of
14   the funding, there were certain aspects of the
15   funding that were in place -- let me re-ask the
16   question
17   Did you have any understanding that certain
18   aspects of the funding that were in place was
19   only going to be in place for a limited period
20   of time?
21   A.   I don't know if at that time I had
22   this knowledge.
23   But it's a reasonable assumption that, if
24   restructuring of a financial institution, a
25   bank, is well done, that, as in any other place,

Page 539

```
1      CONFIDENTIAL -- Claudio Khamis
2   it's for a limited time.
3   But this has the embedded assumption that
4   the restructuring is properly made and that the
5   provisions are fully done and that the recovery
6   efforts are well done and that the net interest
7   margin is positive and that you don't take
8   measures that are very difficult to understand
9   and justify, like bringing from a segregated
10  entity a recognition in your balance sheet of a
11  liability without -- without the corresponding
12  asset to be paired off.  Liabilities don't show
13  up out of the blue.
14  Q.  We'll look at that in a second
15  So you're reiterating that you don't agree
16  how the recovery units were accounted for.
17  You're reiterating that you have some concerns
18  about recovery efforts, and you're reiterating
19  that interest was paid to government entities.
20  Are there any other aspects of what was
21  occurring at the bank at the time that you are
22  complaining about at present in your lawsuit?
23  A.  Listen, after two long days, I don't
24  recall everything.  I don't know if after I
25  break I would recall more, but eventually not.
```

Page 540

```
1      CONFIDENTIAL -- Claudio Khamis
2   Q.  Why don't we move forward to this
3   section of the investment memorandum related to
4   recovery notes, and think that it's annex 4,
5   starting on page 564
6   Do you recall reviewing this part of the
7   information memorandum?
8   A.  564, annex 4?
9   Q.  Annex 4, starting on page 564.
10  A.  Yes.
11  Q.  So you did review this before making
12  your additional investments in 2010, 2012?
13  A.  I reviewed this.  I don't -- I
14  wouldn't recall exactly when, but I reviewed it.
15  Q.  Okay.  On page 569 there's a
16  section called status of adjusted principal
17  note.
18  Do you see that?
19  A.  Yes.
20  Q.  In this section there's a couple of
21  defined terms.
22  Do you understand what's being referred to
23  as the reference amount in there?
24  A.  I assume that the reference amount are
25  the recovery units.
```

Page 541

```
1      CONFIDENTIAL -- Claudio Khamis
2   Q.  Yeah.
3   Was that like about $5 billion?
4   A.  5.2 billion.
5      MR. VIGNA: Before we go on, so I
6   can make this easier for everyone.
7   Why don't we go off the record?
8      THE VIDEOGRAPHER: The time is 5:18.
9   We are going off the record.
10  (Whereupon, a brief recess was
11  taken.)
12     THE VIDEOGRAPHER: The time is
13  5:24 p.m.  We are back on the record.
14  Q.  Mr. Khamis, just a second ago we were
15  looking at recovery unit terms, and we were
16  looking at section 2.B., the status adjusted
17  principal amount, and we discussed that the
18  reference amount in there is approximately
19  $5.2 billion, and there's also a reference to
20  the adjusted principal amount.
21  Do you see that?
22  A.  Where?
23  Q.  In the section it says status of
24  adjusted principal amount.
25  I'm just asking if you see that it's
```

Page 542

```
1      CONFIDENTIAL -- Claudio Khamis
2   referring to --
3   A.  On page 69 or 70?
4   Q.  69.
5   A.  69.
6   Yes
7   Q.  Okay.  And adjusted principal amount,
8   that is defined on page 577.  There's a
9   definition, adjusted principal amount.
10  Do you see that?
11  A.  The wording here is -- is horrible.
12  The aggregate of the relevant specified
13  percentages of the procedural amount, any amount
14  is required to be but not as yet paid --
15  Q.  Yeah, it's a little dense.
16  But you do see that that section, don't
17  you?
18  A.  Yes, I see it.
19  Q.  Did you evaluate that at all before
20  you made your additional investments in 2010 and
21  2012?
22  A.  The adjusted principal amount?
23  Q.  And the status if the adjusted
24  principal amount, yes.
25  A.  There were no elements at the time the
```

Page 543

1   CONFIDENTIAL -- Claudio Khamis
2   information memorandum was released to make any
3   evaluation of what the adjusted principal amount
4   could look like.
5   Q.  What the dollar amount --
6   What you're saying is what the dollar
7   amount of the adjusted principal amount, you may
8   not have been able to fully calculate -- or you
9   may not have been able to calculate it at the
10  time?
11  A.  The adjusted principal amount, if
12  we're talking about the same, because I remember
13  some of the concepts.  I'm not sure if we're
14  talking about --
15  Is this the paragraph?
16  -- referred us to the amount referenced in
17  the notes.
18  So you're talking about the loan portfolio
19  that was held under the trustee; is that right?
20  Q.  Well, we're going to have to look at
21  the definition --
22  So we'd have to look at the definition of
23  the specified percentages of the residual
24  amount  The question is simply whether you had
25  evaluated --

Page 544

1   CONFIDENTIAL -- Claudio Khamis
2   Whether you had reviewed this before making
3   any of your investment decisions?
4   A.  As I mentioned, one of the parts of
5   the information memorandum that I had read
6   carefully was the part of the information
7   memorandum pertaining to the recovery units.
8   This paragraph sounds familiar.
9   The identification of the assets was never
10  that easy to figure out, besides the reference
11  amount, and this is why we relied so much on the
12  information memorandum, because in the end, all
13  this was held in the trust deed that was not
14  Kazakh, that was Bank of New York.
15  What was clear, though, is that -- that the
16  evaluation of portfolio that is deemed to be
17  problematic is something that you cannot do that
18  easy, and my understanding at the time was that
19  this was the logic behind the trust deed and the
20  times that the recovery units structure was in
21  place.  I think it was until 2020 or something
22  around that year, so as to give it time for
23  recoveries and for assets to settle and the dust
24  to come down from the crisis and have an
25  understanding of the real value of those assets

Page 545

1   CONFIDENTIAL -- Claudio Khamis
2   and give it good chance of collection efforts.
3   Q.  Did you think that you were going to
4   be getting any reports from the Bank of New York
5   directly to you about the value of the trust
6   assets?
7   A.  The -- there were some -- some
8   reporting that had to be in place by an
9   auditor --
10  I don't remember, one of the big four, but
11  it was one of the big four.  I don't remember if
12  it was KPMG or Deloitte or any of those big
13  names.
14  -- that was a -- that was in charge of
15  preparing those reports.
16  How we would have been presented the
17  information about what was in?  I'm not sure I
18  was that clear at the time, but again, our --
19  My reliance was on Bank of New York, not on
20  Kazakhs.
21  Q.  And whatever it is that you thought
22  that Bank of New York did, was doing, do you
23  know if they actually did it?
24  A.  That's a good question.  We will know
25  in depositions.

Page 546

1   CONFIDENTIAL -- Claudio Khamis
2   Q.  Did you understand, from reading this
3   restructure, recovery unit section of the IM,
4   that the adjusted principal amount constituted
5   an unconditional, un-subordinated, and secured
6   obligation of the bank?
7   A.  Excuse me?
8   Q.  Did you understand that the adjusted
9   principal amount -- excuse me, yes -- the
10  adjusted principal amount constituted an
11  unconditional, un-subordinated and secured
12  obligation of the bank?
13  A.  Unsecured or secured?  Where are you
14  reading?  It would help me --
15  Q.  Oh, you're absolutely right.  Thank
16  you so much for correcting me  I'm reading from
17  page 569, the status of adjusted principal
18  amount:
19  And the adjusted principal amount
20  constitutes an unconditional, un-subordinated
21  and secured obligation of the bank.
22  You're correct.
23  A.  Correct.
24  Q.  Did you have any --
25  A.  Correct.

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

Page 547

    CONFIDENTIAL -- Claudio Khamis
1
2  But you're missing something here.
3  Q.  Okay.  What am I missing?
4  A.  You're reading just one part, and
5  probably what you're referring to is at the very
6  end of the treatment of the recovery units.
7  The recovery units' treatment was -- was --
8  how would I say? -- as the words segregated and
9  put for collection.
10  I'm not sure if what you're reading here
11  is -- at the end of -- what was the year, 2020?
12  Q.  I believe you're right.
13  A.  At 2020 there would be an evaluation
14  and some special treatment for it, and my
15  understanding -- probably wrong, because I'm
16  tired -- that until that moment, it would be
17  treated as an off-balance-sheet item and
18  completely segregated under this trust deed
19  form, so probably there was an end to the trust
20  deed at some point.
21  Q.  Did you have any understanding of what
22  would happen to the value of the recovery units
23  upon an event of default by the bank, such as
24  not paying interest on some of the bonds that
25  were due?

Page 548

    CONFIDENTIAL -- Claudio Khamis
1
2  A.  From what I read from the information
3  memorandum, as I mentioned repeatedly, our
4  understanding was that this was completely
5  segregated.  This was the way I understood it
6  from what I read at the moment.
7  If the nature of it was not to be
8  segregated, it should have been made more clear
9  in the reading.  I don't know if in some part of
10  this, going about and flipping through different
11  pages of over 600 and whatever document, that
12  there was something that I may have missed
13  But the very nature of losing ownership of
14  the recovery units because there were something
15  going on at the bank, contradicted the whole
16  purpose portraying the segregation.
17  Q.  When you say losing --
18  What do you mean by losing ownership of
19  recovery units?
20  A.  When I was owner of the recovery units
21  until -- until the 2012 restructuring.  When I
22  lost, I was forced to give away my recovery
23  units in exchange for a package of cash and
24  something else that was for $0.14, the valuation
25  at the time.  Maybe I'm wrong, but that's what I

Page 549

    CONFIDENTIAL -- Claudio Khamis
1
2  recall at this moment.
3  So when that happened, I felt that I didn't
4  have a choice but to give it away when it was
5  segregated.
6  Q.  But the reason you had to give away
7  your recovery units was because of that was in
8  the restructuring plan that was approved by a
9  sufficient number the bank's creditors; isn't
10  that correct?
11  A.  I couldn't tell you if that's correct,
12  because I never got to see it, as I just
13  mentioned, in the information memorandum.
14  Can you show it to me now?
15  Q.  Well, I think what you're referring to
16  is the exchange of the recovery units for equity
17  or actually, it was cash, excuse me -- the
18  exchange of the recovery units in the second
19  restructuring.
20  I don't think you're referring to something
21  that's in the information memorandum, are you?
22  A.  What I understand from your question
23  is that I should have known from the information
24  memorandum that these units were not really
25  segregated under a trust deed, but could be

Page 550

    CONFIDENTIAL -- Claudio Khamis
1
2  accelerated and taken back into the control of
3  SK ownership.
4  Q.  I think you might have meant BTA
5  ownership --
6  A.  BTA ownership that is owned by SK.
7  Q.  Why don't we look at page 580 of this
8  IM.  It discusses what happens in the event of
9  default.
10  Do you see that?
11  A.  Yes.
12  Q.  Doesn't it say that in an event of
13  default, the trustee --
14  Do you know what the trustee is being
15  referred to there?
16  A.  No.
17  Can you verify that?
18  Q.  I know what it means, but we'll have
19  to find the definition.
20  It means the trustee of the --
21  A.  Was it Bank of New York?  Isn't it the
22  Bank of New York?
23     MR. BLOOR: Let him answer.
24  Q.  Yes.  The trustee was the Bank of New
25  York Mellon.

Page 551

CONFIDENTIAL -- Claudio Khamis

1  Now, on page 580 it explains that the
2  trustee, at its discretion may --
3  And it talks about the circumstances in
4  which it may --
5  -- give notice to the bank that the units
6  are and they shall become due and repayable in
7  an aggregate amount equivalent to the higher of,
8  one, the reference amount, and two, the
9  aggregate of, A, amounts standing to the credit
10  of the collection account, and B, amounts by
11  reference to recoveries realized in cash and
12  required to be, but not yet paid, to the
13  collection account.
14  Do you see that?
15  A.  Excuse me.  Listen, I have to read it.
16  Q.  Go ahead.
17  A.  Events of default, you're talking
18  about?
19  Q.  Yes.
20  A.  Right.
21  But it starts it with the trustee, at its
22  discretion --
23  Q.  Right.
24  A.  Why would I presume that the trustee,

Page 552

CONFIDENTIAL -- Claudio Khamis

1  at its discretion, would do something to damage
2  my ownership of the recovery units?
3  Q.  Well, you will have the opportunity to
4  discuss that with Fund SK --
5  A.  Bank of New York.
6  Q.  With Bank of New York.
7  It says in here, it sets out the
8  circumstances in which the trustee can
9  accelerate the notes or the units.
10  Would you agree with me about that?
11  A.  It says the trustee, at its direction,
12  may.  The trustee, at its direction --
13  You would expect them to be the trusted
14  entity to hold my assets in the US or in the UK
15  by the Bank of New York and nobody else.
16  And the trustee didn't fulfill or not
17  fulfill its obligations, we're going to find
18  out.
19  Q.  But you understand that the trustee
20  could accelerate the notes and make them due and
21  payable --
22  A.  When you read terminology like this,
23  it's very hard to imagine what -- what this is
24  phrased for.

Page 553

CONFIDENTIAL -- Claudio Khamis

1  When you have a clean defined pool of
2  assets, that it was taken out of the control of
3  Kazakhs to put into a western institution, the
4  Bank of New York as a trustee, I was -- when I
5  read this, my reliance was not just on the
6  information memorandum, but also on -- on the --
7  what you would understand that this action was
8  trying to achieve, that was segregate the assets
9  and put them onto very reliable and trustworthy
10  hands that would look after my interests as a
11  recovery unit holder.
12  (Whereupon, Khamis Exhibit
13  Number 56, email, was marked for
14  identification as of this date.)
15  Q.  Mr. Khamis, the court reporter has
16  just handed you a document that's been marked
17  Khamis Exhibit 56, which bears the initial Bates
18  number P00007826.
19  Do you see that?
20  A.  Was it the same stuff of yesterday?
21  Or is it a different one?
22  Q.  You know what?  At this point, I don't
23  recall  If it's a duplicative exhibit, I
24  apologize --

Page 554

CONFIDENTIAL -- Claudio Khamis

1  A.  No, no.  Listen, I just don't know.
2  Q.  Can you identify this document for the
3  for the record, Mr. Khamis?
4  A.  It's an email from Izzo to me.
5  Q.  And what's the date of the top email?
6  A.  It's December 30, 2011.
7  Q.  And is that shortly --
8  It's almost immediately at the same time
9  that BTA announced an intent to restructure, but
10  well before any of the restructuring terms were
11  announced; isn't that correct?
12  A.  I think this, that this was post --
13  the announcement -- I don't recall what the
14  announcement was made, but the announcement was
15  made on the web page.
16  Q.  Well, the announcement was made in
17  multiple places.
18  But in your recollection, this is shortly
19  after the announcement of the intent to
20  restructure, but before the terms were --
21  A.  Before the terms of?
22  Q.  Before the terms were known by
23  anybody?
24  A.  I think so, yes.

Page 555

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   The terms were known deep in 2012, no?
 3  Q.   Exactly, yes.
 4   And this email from Mr. Izzo to you, is he
 5  forwarding anything to you?
 6  A.   Yeah.  I wrote this Rotyslav Orach at
 7  Troika.
 8  Q.   And he is forwarding an email from
 9  Mr. Orach; is that correct?
10  A.   Yeah, our research says --
11      MR. BLOOR: And just so we're clear,
12  this is the same email, with different
13  Bates numbers, as Khamis 35 marked
14  yesterday.
15      MR. VIGNA: Okay.  Thank you, for
16  the record.
17  Q.   Mr. Orach writes in this email that:
18   When and if the recovery note holders
19  accelerate the redemption, the bank will have to
20  recognize the total reference value of the
21  recovery notes as a liability.
22   Do you see that?
23  A.   Can you point it out to me?
24  Q.   Yeah, it's at the very top.
25  A.   Where it says Debtwire wrote?
```

Page 556

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  Q.   Yes.
 3  A.   Yeah.  It says:
 4   When and if the recovery note holders
 5  accelerate the redemption.
 6  Q.   So no acceleration had occurred yet at
 7  that point; is that correct?
 8  A.   It seems that no acceleration had
 9  occurred at that time.
10   And it seemed still, at the time, the
11  person controlling the future of the recovery
12  units was the trustee.
13   Is that correct?
14  Q.   Well, we'll -- I'm sure your attorney
15  will get into that.
16   But you were certainly warned, as of
17  December 30, 2011, that the recovery notes could
18  be accelerated and become a liability of the
19  bank; isn't that correct?
20      MR. BLOOR: Objection.
21   You can answer.
22  A.   It's -- can you repeat?  You're making
23  a statement, no?
24  Q.   I'm asking if you agree with this
25  statement, which was you were advised, as of
```

Page 557

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   December 30, 2011, that the recovery notes could
 3  be accelerated and become a liability of the
 4  bank?
 5  A.   That I was advised?
 6  Q.   Yes.  That you were advised of that.
 7  A.   By whom?
 8  Q.   By Mr. Orach.
 9  A.   I'm just reading Mr. Orach's opinion
10  about what his understanding is, and he phrases
11  when and if, and, as we just saw a few minutes
12  ago, Mr. Orach has nothing to do with Bank of
13  New York or its trustee to know what its
14  intentions are.
15  Q.   That's true.
16   The point is, would you agree with me that,
17  as of December 30, 2011, you were aware that
18  there was a possibility that the entire
19  reference amount of the notes could be
20  accelerated and become a liability of the bank?
21  A.   I wouldn't agree with that comment.
22  Q.   Okay.  Why would you disagree?
23  A.   Because of what I just told you.  It's
24  very hard to understand, even though the trust
25  deed, that the trustee had the faculties or was
```

Page 558

```
 1      CONFIDENTIAL -- Claudio Khamis
 2  allowed, that he would do something to take
 3  ownership away from the recovery unit holders of
 4  a pool of assets that was, at least the
 5  reference amount, I would guess, no?  Fact,
 6  2 billion, something that we also, until today,
 7  we don't have clarity about the reference amount
 8  and the portfolio of assets that were held under
 9  the trustee.
10   This is Mr. Orach's opinion.
11      MR. VIGNA: Can we have this marked
12  as the next exhibit.
13      (Whereupon, Khamis Exhibit
14   Number 57, email, was marked for
15   identification as of this date.)
16  A.   I remember what I was -- what I was
17  saying.
18   Even at the time this report was issued,
19  there was no reason regarding, at least, the
20  recovery units, not to trust what the trust deed
21  was portraying -- sorry, what the information
22  memorandum was portraying regarding the recovery
23  units' structure and the trust deed.
24  Q.   But the information memorandum did
25  point out that the recovery units could be
```

Page 559

```
1      CONFIDENTIAL -- Claudio Khamis
2   accelerated and become an immediate
3   $5-point-something billion obligation of the
4   bank; isn't that correct?
5   A.   No.  That's not correct.  We just went
6   over it together with you together, the
7   information memorandum.  That's not correct.
8   That's not a correct statement.
9   Q.   Okay.  It could be accelerated by the
10  trustee --
11  A.   What it says there, we just talked
12  about it, is that the trustee had the power to
13  decide to do something that was against,
14  eventually, the interest of the bondholders.
15  He had a pool of assets that he could have
16  waited until 2020 for recoveries, and for us, we
17  were never informed on what basis he took his
18  decision.  I never received a communication as a
19  recovery unit holder from the trustee or the
20  trust deed asking me something or informing me
21  something, not to mention that I never received
22  a penny from the trustee and its oversight of
23  the recovery efforts.
24  Q.   Turning to the document in front of
25  you, which bears initial Bates number P00002014,
```

Page 560

```
1      CONFIDENTIAL -- Claudio Khamis
2   can you identify this for the record?
3   A.   It's an email from Igal Yacher to
4   Patrick, to me, about BTA Bank to meet in London
5   on January 11th, I guess.  2012.
6   Q.   And why don't you take a couple
7   moments to skim this email.
8      (Whereupon, the Witness complied
9   with the request.)
10  Q.   The parts I'm going to ask you about
11  relate to the recovery note acceleration.
12  A.   Okay  What part specifically?
13  Q.   Starting with holders of BTA Bank's
14  separate recovery notes have been studying
15  acceleration.
16  A.   It doesn't mention which holders.
17  Q.   In this email, does Mr. Yacher
18  informed you that certain holders of BTA's
19  recovery notes have been studying acceleration?
20  A.   That's what it says.
21  Q.   And does he provide some context to
22  why some holders might think that's a good idea?
23  A.   Some context?  What do you mean, some
24  context?
25  Q.   It says one investor camp in favor the
```

Page 561

```
1      CONFIDENTIAL -- Claudio Khamis
2   acceleration.
3   Do you see that?
4   A.   One investor camp?  A group means
5   camp?
6   Q.   Yes.
7   A.   Yes.
8   Q.   So it discusses that there are some
9   recovery unit holders that were in favor of
10  acceleration.
11  Would you agree with me?
12  A.   That's what it says.
13  Q.   And I think it's indisputable that, at
14  least, in January of 2012, you were
15  corresponding with Yacher about the possibility
16  that these recovery notes could be accelerated.
17  Would you agree with me?
18  A.   I wouldn't agree with you.
19  This was most likely unsolicited email that
20  Igal was sending me to inform me about -- about
21  what he thought was -- was relevant at the time.
22  But when you read this, you don't -- you
23  just read that holders, without identifying
24  which holders, how big they are, who are they?
25  Are they Mr. Kulibayev and his friends that
```

Page 562

```
1      CONFIDENTIAL -- Claudio Khamis
2   bought bonds?  We didn't know if they were
3   Kazakh holders related to the government.  We
4   just didn't know who the other holders were.
5   But what we knew, and what was the fact,
6   according to the information memorandum, is
7   those assets at the trust deed, at the trustee.
8   Q.   And that the trustee had the right, in
9   certain circumstances, to accelerate the
10  obligation to make it an immediately liability
11  of the bank; is that correct?
12  A.   We went over this.
13  One -- one thing that was relevant about
14  this email is that in all the positions that are
15  stated here about holders, nobody -- no one
16  gives a good reason why not leave the recovery
17  unit assets under the trustee for collection and
18  see what the real value of those assets are.
19      MR. BLOOR: Why don't you put
20  that --
21      MR. VIGNA: Why don't we mark
22  another exhibit.
23      (Whereupon, Khamis Exhibit
24  Number 58, email, was marked for
25  identification as of this date.)
```

Page 563

1  CONFIDENTIAL -- Claudio Khamis
2  Q.  Mr. Khamis, the court reporter has
3  just handed you what's been marked Khamis
4  Exhibit 58, which bears initial Bates number
5  P00003011.
6  Do you see that document?
7  A.  Yes, I see it.
8  Q.  What is it?
9  A.  It's an email.
10 Q.  From whom to whom?
11 A.  From Matthew Poe to me, to Izzo, to a
12 person called Mark Salgado.
13  THE REPORTER: Mark Salgado?
14  THE WITNESS: Yeah.
15 Q.  What's the date of this email?
16 A.  Now I'm confused.
17 I don't know if it's a month five or month
18 four and day five.
19 Q.  On the second page there's a reference
20 to May 3rd spelled out as a word would lead me
21 to believe it's May 4th.
22 Would you agree with me?
23 A.  Probably.  So it's May.
24 Q.  And what's the subject of this email?
25 A.  Kazakh BTA banking recovery unit

Page 564

1  CONFIDENTIAL -- Claudio Khamis
2  holders seek early payment.
3  Q.  And does this email forward you an
4  announcement that the recovery unit holders had
5  sought acceleration or had accelerated?
6  A.  I don't see that they have
7  accelerated.
8  Have they accelerated yet?
9  MR. BLOOR: He's asking you about
10 the forwarded email.
11 Q.  The forwarded email talks about a
12 notice of acceleration.
13 A.  It's -- I don't know -- I don't see a
14 notice of acceleration.
15 Q.  Why don't you look at the second
16 page --
17 Well, would you agree with me that Mr. Poe
18 is forwarding you a message from -- he's
19 forwarding what looks like an article he had
20 received from Bloomberg?
21 Would you agree with me that that's what
22 this email is doing?
23 A.  Yeah.
24 Q.  And the article from Bloomberg is a
25 discussion of BTA receiving a notice of

Page 565

1  CONFIDENTIAL -- Claudio Khamis
2  acceleration from BNY Mellon Corporate Trust
3  Services, Limited.
4  Do you see that?
5  A.  Where are you looking?  The first
6  paragraphs or after restructuring, where it says
7  restructuring?
8  Q.  At the top.
9  A.  They said that holders of recovery
10 holders asked for payment in full.
11 It doesn't say explicitly acceleration.
12 Q.  Does it say in the second paragraph
13 that the lender received a notice the
14 acceleration?
15 A.  Yeah, in the second paragraph, you're
16 right.  It says.
17 Q.  And the third paragraph there's a
18 discussion about the creditors committee not
19 having been surprised by the notice.
20 Do you see that?
21 A.  Yes, I see it.
22 Q.  Did you have any interactions with
23 BTA's creditors committee?
24 A.  No.
25 Q.  Do you know who is on the creditors

Page 566

1  CONFIDENTIAL -- Claudio Khamis
2  committee for the second restructuring?
3  A.  No.
4  Q.  Would you agree with me that,
5  according to this Bloomberg article, the
6  creditors' committee did not believe that the
7  notice of acceleration was unexpected?
8  MR. BLOOR: Objection.
9  You can answer.
10 A.  I don't know what information the
11 creditors' committee might have had.
12  MR. BLOOR: You can put that down.
13 Q.  You can put it down.  Why don't we go
14 back to the information memorandum for a second.
15 Can you turn to page 311 of this document,
16 Mr. Khamis?
17 A.  311?
18 Q.  Yes.
19 Why don't you first turn to page 310.
20 What's the title of this section that
21 begins on page 310?
22 A.  Insurance and restrictions.
23 Listen, in one of the questions I will have
24 to go the bathroom, so you decide when.
25 Q.  Why don't we go now.

Page 567

1     CONFIDENTIAL -- Claudio Khamis
2     THE VIDEOGRAPHER: The time is 6:04.
3  We're going off the record.
4     (Whereupon, a brief recess was
5  taken.)
6     THE VIDEOGRAPHER: The time is
7  6:15 p.m.  This begins media number 4.
8  Q.  Mr. Khamis, welcome back.
9  Aside from the exchange of assets in the
10 first restructuring of BTA Bank, you didn't
11 acquire any securities directly from BTA Bank,
12 did you?
13 A.  Can you explain your question?
14 Q.  Aside from the exchange of securities
15 in the first restructuring, all of your
16 purchases of BTA bonds were in the open market;
17 correct?
18 A.  That's -- I would say that's correct.
19 Q.  Do you have any idea of who the
20 counter-parties to those trades were?
21 A.  I would have to ask my -- my UBS.
22 Q.  Sitting here today, you don't know who
23 the counter-parties were, then?
24 A.  No.
25 Q.  Did you have any direct communications

Page 568

1     CONFIDENTIAL -- Claudio Khamis
2  with BTA of any sort?
3  A.  I don't think so.  Direct
4  communications is a very -- term.
5  You mean through the website?  We were
6  communicating, but I mean, talking to officials
7  like with you and me?  No.
8  Q.  And no emails?
9  A.  Again, it depends if it was, I mean,
10 the information memorandum, depends what, how do
11 you define the term direct.
12 But if you're meaning direct person contact
13 through emails with persons identified, no.  I
14 wouldn't say so.
15 Q.  Did the bank ever mail anything to
16 your home?
17 A.  I couldn't say.  I just don't know,
18 because I received so much mail from my
19 investments, especially during this processes,
20 voting processes and restructurings, exchanges,
21 they are usually communicated, but I don't
22 recall what I was receiving at the time.
23 I usually, when I receive something, I look
24 at, and if I don't need it, I throw it away
25 right away.  It's too much paper.

Page 569

1     CONFIDENTIAL -- Claudio Khamis
2  Q.  Aside from Mr. Ablyazov and the
3  representative of BTA involved in this
4  litigation, have you ever met anyone who worked
5  at BTA?
6  A.  Listen, your question is so open, but
7  as you will mention, besides Mr. Ablyazov, I
8  don't -- I don't recall.  I couldn't tell you
9  off the top of my head now.
10 Probably not.
11 Q.  I think you've testified that when
12 you're making your investment decisions you look
13 at whatever information you have and you give
14 credit to some, you don't give credit to others,
15 and you make your decision.  Is there --
16 Can you explain what information you gave
17 credit to when you made, in connection with any
18 of your BTA purchases?
19    MR. BLOOR: Objection.
20    You can answer.
21 A.  It's -- it would be very different --
22 for the different -- but it would be information
23 that I had available at the time, plus,
24 including, pretty much current information and
25 past information.  So the process is about

Page 570

1     CONFIDENTIAL -- Claudio Khamis
2  trying to check and look for validity and look
3  for consistency and always -- it's always trying
4  to look at the intrinsic value of the security,
5  vis-a-vis the market price.
6  Assessing an intrinsic value, specifically,
7  is very hard, but sometimes you get a very good
8  sense when something is assessed by me as having
9  a big deviation between the market price and the
10 intrinsic value.
11 Q.  Did you think you had any sort of an
12 insider's perspective on the value of the bank's
13 assets or the bank's future direction?
14 A.  Insider's?
15 Q.  Yes.
16 A.  At the time?
17 Q.  Yes.
18 A.  Very difficult, because I didn't know
19 any insiders at the time.
20 Q.  Did you think that you had a better
21 sense of the bank's intrinsic value than the
22 bank's auditors?
23    MR. BLOOR: Objection.
24    You can answer.
25 A.  Listen, talking about auditors, we

Page 571

1     CONFIDENTIAL -- Claudio Khamis
2   would have to talk about Enron, but we will also
3   have to talk about BTA.
4     Somebody must have prepared the numbers
5   that were portrayed to us as positive capital at
6   the end of the first restructuring.  I would
7   guess that it was people prepared for it.  I
8   wouldn't assume that a republic like the
9   Republic of Kazakhstan or any of its wealth fund
10  or any of the intervening parties that are
11  deemed to be eventually knowledgeable, or
12  expected at the time to be knowledgeable, would
13  release statements that wouldn't hold for
14  132 days.
15    So -- so the role of the auditors, when
16  they show up, as Mr. Walsh pointed with some
17  very glamorous name, I don't recall what it
18  was -- in their recording liabilities of -- of a
19  segregated structure, when, as you pointed out,
20  there were discussions about acceleration
21  where -- how many years later?  One year,
22  one year and a half later, or probably one year
23  and a half later, and how could they have done
24  it?  And there was no explanation for the role
25  of the auditors doing that.

Page 572

1     CONFIDENTIAL -- Claudio Khamis
2     And I repeat one more time, it was very
3   difficult to understand and give credit to such
4   an amount to conflicting information.
5     I hope this responds to your question.
6   Q.   Mr. Khamis, could you look again at
7   what was previously marked as Kiblisky 24, this
8   document?
9   A.   I think we discussed this yesterday.
10  Q.   There are a number of banks that are
11  discussed in here; isn't that true, Mr. Khamis?
12  A.   Yeah.
13  Q.   One of the banks is Alliance Bank;
14  right?
15  A.   Yes.
16  Q.   Did you have any understanding of what
17  Alliance Bank was paying as interest on its
18  deposits in 2009 or 2010 or 2011?
19    MR. BLOOR: Objection.
20    You can answer.
21  A.   I -- I don't recall that those dates
22  and what I knew about Alliance Bank.
23  I think I mentioned yesterday that Alliance
24  Bank was a relatively small investment in my
25  portfolio, and I wasn't very much involved into

Page 573

1     CONFIDENTIAL -- Claudio Khamis
2   the analysis, because of their small size of it.
3   Q.   Are you familiar with the interest
4   being offered to commercial depositors at any of
5   the Kazakh banks in 2009 and 2010 and 2011?
6     MR. BLOOR: Objection.
7     You can answer.
8   A.   No.
9   Q.   Turning to the section on BTA Bank in
10  this document, which starts on page P00003153,
11  one of the three --
12  A.   I would like to add something to my
13  previous answer.
14    The answer is no, and there was a reason
15  for this no.  The reason was because BTA Bank
16  was the biggest bank, and it was still the bank
17  that -- that was just restructured a very few
18  months before, and restructurings are a dynamic
19  process, and there was involvement, still, in
20  ownership of the -- of the Sovereign Wealth
21  Fund, so --
22    So looking at deposited rates in Kazakhstan
23  for other banks at this time, outside the scope
24  of governmental support, probably wouldn't have
25  caught my attention.

Page 574

1     CONFIDENTIAL -- Claudio Khamis
2   Q.   In looking at the HSBC analysis, the
3   second bullet point says that:
4     The bank received funding from the owner,
5   but it comes at a relatively high cost.
6     You understand that the owner being
7   referred to is Fund SK?
8   A.   Where are you looking at?
9   Q.   The second bullet point, at key events
10  and risks to monitor.
11  A.   Where it says climbing back?
12  Q.   Yes.  If you were to go down to, then,
13  the key -- right, I think it says key events and
14  risks to monitor, and there are three bullet
15  points.
16    Do you see the three bullet points?
17  A.   Right.  Key events and risk to
18  monitor.  Yes, now I'm seeing it.
19  Q.   Did I read that second bullet point
20  properly, that the bank receives funding from
21  its owner, but it comes at a relatively high
22  cost?
23  A.   Yes.  1 -- 1 see it.
24  Q.   Did you --
25    And you understood that the owner was

Page 575

1    CONFIDENTIAL -- Claudio Khamis
2    Fund SK?
3    A.  Yes.
4    Q.  Did you have any reason to dispute the
5    conclusion by HSBC in March 2011, that the
6    Fund SK's funding to BTA Bank came at a
7    relatively high cost?
8    A.  You're trying to -- to -- what it says
9    here is the bank receives funding from the
10   owner, but it comes as a relatively high cost.
11   It's a bank that's receiving state support.
12   It's relative to what?  It's relative to the
13   cost that European Central Bank was helping all
14   over Europe?  Or the cost of the other countries
15   were supporting their financial system?
16   It said nothing about the negative interest
17   margin or nothing that would make you suspicious
18   that the cost would be close to ten percent.
19   Relatively to what is the question.
20   So this sort of statements are exactly the
21   reason I was mentioning yesterday, that some
22   bank analysts write stuff and don't explain well
23   whether -- whether their sources, whether is the
24   basis for what they write.
25   And a month later the negative carry swap

Page 576

1    CONFIDENTIAL -- Claudio Khamis
2    is first leaked or presented, at least, in a way
3    that I could understand it, that it was in
4    place.
5    Do you have a question?
6    Q.  We'll come back to this, so just put
7    it away.
8    (Whereupon, Khamis Exhibit
9    Number 59, a Fitch ratings report, was
10   marked for identification as of this
11   date.)
12   Q.  Mr. Khamis, the court reporter has
13   just handed you a document that's marked Khamis
14   Exhibit 59, which is dated January 18, 2011.
15   Do you see that?
16   A.  Yes.
17   Q.  Have you ever seen this document
18   before?
19   A.  Was it produced by me?
20   Q.  No. It was not.
21   A.  Then I don't think so.
22   Q.  So this is not one of the documents
23   that you looked at separately online?
24   A.  Online?  About the Fitch web page?
25   Q.  Yes.

Page 577

1    CONFIDENTIAL -- Claudio Khamis
2    A.  No.  I don't -- I don't understand how
3    rating agencies rate.  I don't understand how
4    they rate sub-prime.  I just don't look at them.
5    I remember I looked at them the last time,
6    and this is very interesting.  I was about to
7    buy, at the time, Enron bonds, because they were
8    yielding seven percent when the rest of the
9    market with similar rating was yielding six,
10   just one point plus.  A few months later, Enron
11   blew up.
12   Q.  Can you turn to your page 4 of this
13   document, Mr. Khamis?
14   A.  Page 4 of this document?
15   Q.  Of the Fitch report.
16   A.  Yes.
17   Q.  What is the first heading that you see
18   on that page?
19   A.  Is capital to SK came in two stages.
20   Q.  Okay.  The first heading that I see
21   says SK role, crucial funding and capital
22   support, but its terms kill profits.
23   Do you see that on page 4?
24       MR. BLOOR: It's the bold.
25   A.  It's -- sorry.  I was on the wrong

Page 578

1    CONFIDENTIAL -- Claudio Khamis
2    page.
3    It's page 2 or page 3?
4    Q.  Page 4.
5    A.  I was on page 4.
6    So where were you reading?
7       MR. BLOOR: Here.
8    A.  SK role, SK.  Okay
9    Q.  And there's a discussion in here that
10   SK's deposits bear relatively high interest
11   rates of up to ten percent, and that the fees
12   that the bank pays Fund SK puts considerable
13   negative pressure on BTA's core revenue.
14   Do you see that discussion?
15       MR. BLOOR: Do you see where.
16   A.  Yeah.
17   SK deposits bear relatively high interest
18   rates of up to ten percent, substantially higher
19   than the average cost of deposit funding at BTA
20   peers.
21   Interesting.  I didn't see it, but it makes
22   complete sense about the fraud.
23   Q.  Okay.  Of the other banks that
24   experienced financial difficulties in Kazakhstan
25   in, around 2010, do you know what interest rates

Atlantica Holdings, Inc. v.    Confidential    Claudio Khamis
Sovereign Wealth Fund    December 7, 2018

Page 579

```
1      CONFIDENTIAL -- Claudio Khamis
2   those sorts of banks paid on commercial
3   deposits?
4   A.   Listen, if you can give me a minute to
5   finish reading this.
6   This is very important. Why don't you keep
7   it? It's interesting. Thank you.
8      MR. BLOOR: I think, I mean, the
9   point is we hadn't seen this, then, so I
10  don't want you to read it and interpret
11  it now sitting here today, so let him ask
12  his question.
13  Can you repeat the question?
14  Q.   I guess the question I was asking was
15  basically a follow-up than what I had asked
16  earlier, which was:
17  You don't actually know what interest rates
18  banks in Kazakhstan that had experienced
19  financial difficulties offered on its commercial
20  deposits, do you?
21  A.   Listen, your question is -- is a --
22  I'm going to say the following to your question:
23  There is never a rate that applies to -- to
24  all banks that you can put under the category of
25  under financial distress or being restructured
```

Page 580

```
1      CONFIDENTIAL -- Claudio Khamis
2   or -- I just don't know --
3   I mean, if you want to rephrase your
4   question?
5      MR. BLOOR: I think you answered
6   that question already, so let him ask
7   another one.
8   Q.   Is this document evidence that there
9   was information in the market prior to May 2011
10  that BTA's cost of funding was high?
11     MR. BLOOR: Objection.
12  A.   I don't know if this was available to
13  the market. I don't know if the Fitch web
14  page was a free or they were issuing those
15  reports for free or to subscribers. I just
16  don't know
17  Q.   You can put that aside.
18  Turning back to the HSBC report on
19  page 3153, under the HSBC FI research view,
20  there are three paragraphs.
21  Do you see them?
22  A.   Yeah. I see the first paragraph and
23  stuff related to claims against Ablyazov.
24  What part do you want to refer to?
25  Q.   I'm looking at the second paragraph,
```

Page 581

```
1      CONFIDENTIAL -- Claudio Khamis
2   the claims again Ablyazov. It says that the
3   bank had filed claims against Ablyazov,
4   including a new $1.2 billion claim.
5   Do you see that?
6   A.   Yes.
7   Q.   Do you have any reason to doubt the
8   veracity of that statement?
9   A.   Of course not.
10  Q.   And do you believe that you had any
11  insight as to how quickly -- let me rephrase
12  that.
13  Did the bank make any representations, of
14  what you're aware, of about how successfully or
15  how quickly it would recover assets?
16  A.   The information that was flowing from
17  the bank was about this kind of information,
18  that they were taking action against Ablyazov,
19  as I recall.
20  I don't recall other information relevant
21  regarding this. I don't say it didn't exist,
22  but I just don't recall it.
23  Q.   And I think your testimony earlier was
24  that you did not follow the litigation against
25  Ablyazov?
```

Page 582

```
1      CONFIDENTIAL -- Claudio Khamis
2   A.   I don't -- I'm not involved into
3   following the litigation itself, but the bank is
4   saying that they are filing a claim against a
5   creditor to recover assets is a very general and
6   distant observation of what the bank is doing to
7   protect its portfolio and recover assets.
8   Q.   Can you look for a document that was
9   previously marked as Kiblisky 36?
10  A.   We saw this yesterday, didn't we?
11  Q.   Yes.
12  And this is the correspondence between you
13  and Patrick Kiblisky in April saying print the
14  chat from AFJ -- AFA --
15  Do you see that?
16  A.   BTA reference?
17  Q.   Basically, Yes. The second page is
18  the original.
19  A.   So you're looking at the second page?
20  Q.   Either one is fine, whether it's the
21  English translation or the Spanish.
22  A.   Okay.
23  So what is the question?
24  Q.   So why were you corresponding with
25  Mr. Kiblisky in April of 2012 about Mr. Ablyazov
```

Page 583

```
 1     CONFIDENTIAL -- Claudio Khamis
 2  not being able to appeal his jail term?
 3     MR. BLOOR: Objection.
 4     You can answer.
 5  A.  I was communicating with him at the
 6  time about BTA bonds so low as 8.75 this
 7  morning, just not street -- just now street
 8  traded at up to 9.5, highest level this paper
 9  have ever traded.
10  At the time, if I ever got the moment I
11  began to read the second, it wasn't of my
12  interest.  I was -- this email, the subject of
13  this email and matter of the importance of this
14  email is the prices, not Ablyazov and his jail
15  term.  I was making financial decisions to make
16  money.  I wouldn't care less about the jail term
17  of a person --
18  Listen, at the time, I knew just way too
19  little, compared to what I know today, about who
20  Mr. Ablyazov was.
21  Q.  Who wrote the part that said:
22  This headline just came out, could explain
23  the move in BTA's.
24  Was that you, or was that Mr. Kiblisky?
25  A.  Where?
```

Page 584

```
 1     CONFIDENTIAL -- Claudio Khamis
 2  Q.  The 11 11:43 message
 3  A.  Can you refer to the page?
 4     MR. BLOOR: It's the same.  One is
 5  in the English translation.
 6  A.  What part are you referring to?
 7  Q.  Well, what is a chat print?
 8  A.  I don't know.
 9  Q.  This appears to be a print of some --
10  on some sort of a chatting service between you
11  and Mr. Kiblisky?
12  A.  No.  I don't think so.
13  It seems that this is chat -- that's a
14  speculation, because I just don't know what it
15  is.  It's a speculation.
16  Probably chat, as I understand that use
17  between traders.  I don't know what services
18  they use.  I don't know if they do that through
19  Bloomberg or through other platforms, but it
20  seems it's a copy of a chat -- well, it says,
21  actually, print of a chat.
22  I don't -- I don't have those services, and
23  I have never used them.
24  Q.  Although this email is from you to
25  Mr. Kiblisky; right?
```

Page 585

```
 1     CONFIDENTIAL -- Claudio Khamis
 2  A.  Sure.
 3  Q.  And you don't remember where you got
 4  this text from?
 5  A.  No.
 6  Q.  Okay.  It's true, isn't it, that BTA's
 7  bond prices fluctuated based on news, such as
 8  Mr. Ablyazov's legal case, and other things that
 9  do not relate to the allegations in your
10  complaint?
11     MR. BLOOR: Objection.
12     You can answer.
13  A.  I -- I don't agree with your
14  assessment
15  Q.  Okay.  Why do you disagree?
16  A.  Because I think that there is no basis
17  for the assessment.  There is no basis to know
18  what the market is paying attention to each
19  participant.  This could be a -- at this
20  particular date a market of two participants, 20
21  participants, you just don't know.  It's way too
22  liquid.  This is not Apple stock, and there is
23  no way you can assess who is even behind the
24  price action
25  Q.  You can put that aside.
```

Page 586

```
 1     CONFIDENTIAL -- Claudio Khamis
 2  A.  I would -- I would like to add
 3  something to this.
 4  Usually, financial markets, and I would say
 5  this, as I don't have any reason to believe this
 6  is the exception, would move into -- into news
 7  that affect the intrinsic value of the security,
 8  not on somebody's jail conviction.  Market
 9  usually care about money, not emotions, and
10  people participate in them to make money, not
11  for other reasons than that.
12  So I just don't understand your -- what the
13  point you're trying to make.
14  Q.  Doesn't this chat that you forwarded
15  to Mr. Kiblisky say this headline just came out,
16  could explain the move in BTA's, the headline
17  being fugitive ex-BTA boss can't appeal jail
18  term?
19  A.  This is -- this is not the headline in
20  this message
21  The headline says print -- print -- chat
22  print BTA, and it comes with the news in the
23  chat.  Who put them there?  I just cannot make
24  an assessment of that.
25  Q.  Can we look at what was previously
```

Page 587

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   mark as Kiblisky Exhibit 25?
 3      MR. BLOOR: It's right on top.
 4   Q.  And this is a document bearing initial
 5   Bates number P00004458.
 6   Do you have that document in front of you,
 7   Mr. Khamis?
 8   A.  4458?
 9   Q.  Yes.
10   What is the subject line of this email?
11   A.  Subject line of the email?
12   Q.  Yes.
13   A.  BTA's presentation for conference call
14   this morning, bonds moving high.
15   Q.  And what's being forwarded to you is a
16   document called investor call presentation?
17   A.  Yeah.
18   And the subject is bonds moving higher, and
19   it's the very same presentation in which, if my
20   memory is not wrong, for the first time BTA says
21   something about a negative carry swap being in
22   place, and still bonds are moving high.
23   Q.  Did you listen to the conference call
24   that's being referenced here?
25   A.  No.
```

Page 588

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   Q.  Did you read the transcript?
 3   A.  I just received this presentation.
 4   Q.  Do you think that the contents of the
 5   investor call and the transcript thereof would
 6   be information on which a reasonable investor
 7   would rely?
 8      MR. BLOOR: Objection.
 9   A.  The -- excuse me?
10   Q.  Do you think that the investor call
11   discussion by the CEO of BTA and the transcript
12   of that call would be information on which a
13   reasonable investor would rely?
14      MR. BLOOR: Objection.
15   A.  I don't know what you mean by
16   reasonable.
17      MR. BLOOR: Did you catch my
18   objection? Yeah.
19   A.  The question you want to make, if I
20   was relying on this? No. I wasn't.
21   Q.  The question is really what other
22   investors reasonably rely on what was said
23   during the investor call.
24      MR. BLOOR: Objection. I mean,
25   that's a legal term. You're asking for
```

Page 589

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   him to make a legal conclusion about what
 3   reasonable investors would do.
 4   A.  I couldn't assess what other investors
 5   were thinking at the time.
 6   Q.  If you look at page 24 of the
 7   presentation, which is the very back page -- the
 8   back, back page --
 9   Was that what you were referring to just a
10   moment ago by --
11   A.  Yes.
12   Q.  And the word swap doesn't appear
13   there, does it?
14   A.  It's correct. It doesn't
15   Q.  Okay. And on page 19 of the
16   presentation, is there disclosure of the size of
17   Fund SK's deposits as of the end of 2010?
18   A.  Which of the two pie charts are you
19   looking at?
20   Q.  The one called deposits breakdown.
21   A.  Yes.
22   Q.  Let's look at what was previously
23   marked as Khamis 28 --
24   A.  In this pile?
25   Got it. That's fantastic.
```

Page 590

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   This is what date?
 3   Q.  Well, the cover email is November 6,
 4   2012, but the actually presentation is
 5   July 2011. It's an email forwarding the Troika
 6   report.
 7   A.  From what date? From July 2011?
 8   Q.  Yes.
 9   Do you have that document in front of you?
10   A.  Yes.
11   Q.  Why don't we look at page 29.
12   Do you see where it says negative carry
13   swap?
14   A.  Yeah.
15   Q.  Is this the first time that in the
16   documents we've looked at the last couple of
17   days the phrase negative carry swap ever
18   appears?
19   A.  In the document? You're probably
20   right.
21   Q.  In this report from July 2011, Troika
22   sets out the various components of what you've
23   been referring to as a negative carry swap in
24   your complaint; isn't that correct?
25   A.  Yes.
```

Page 591

CONFIDENTIAL -- Claudio Khamis
2  Q.  Also going back a page on 28, where
3   you see it says lengthy recoveries?
4  A.  Sir, are we done with this previous
5   document?  Can I put it away?
6  Q.  Yeah.
7  A.  So where are you looking at?
8  Q.  Page 28, the section just before
9   negative carry swap, it says lengthy recoveries.
10  A.  At the very last bullet?
11  Q.  Yes.
12  A.  Yes.
13  Q.  And it discusses in here that the bank
14   is pursuing a protracted legal case against
15   Ablyazov in US courts, and judging by court
16   records, is progressing successfully, albeit
17   quite slowly.
18   Do you see that?
19  A.  Yes.
20  Q.  And do you have any reason, any basis
21   for contesting the observation that the
22   litigation against Ablyazov was progressing
23   successfully?
24  A.  This was a report written by an
25   analyst.  I don't know what the basis for his --

Page 592

CONFIDENTIAL -- Claudio Khamis
2   for his -- for what he writes, probably at that
3   time, and I don't know what his -- what his
4   knowledge of the legal case would be and what
5   his assessment would be at the time.
6  Q.  You just have no reason to agree or
7   disagree; is that correct?
8  A.  With the statement?
9  Q.  Right.
10  A.  I wouldn't have any reason to agree or
11   disagree with this.
12  Q.  And you know from personal experiences
13   that sometimes legal proceedings proceed quite
14   slowly; isn't that correct?
15  A.  Legal proceedings usually can take
16   time.  Yes, I think that's right.
17  Q.  Did you make --
18   Why did you remain invested in BTA after
19   reviewing all of these different analysts
20   reports between January 2011 and July 2011 that
21   we just discussed?
22  A.  I think I answered this question
23   several times during the last two days.
24   Because I deemed the intrinsic value of the
25   securities to be higher than the price, and

Page 593

CONFIDENTIAL -- Claudio Khamis
2   because I deemed that the restructuring and the
3   work done by the Kazakh government was well
4   done, as was portrayed at the end of the first
5   restructuring.
6   This doesn't happen in a vacuum.  This
7   happens with a massive haircuts, with a decrease
8   in liability from 11-point-something to
9   4 billion, so 7 billion less in liabilities;
10   injections of cash by the controller,
11   1.4 billion, if my memory is right at the
12   beginning; cash contributions, like the
13   4 billion in deposits that were previously --
14   So -- so the undertaking of the first
15   restructuring was massive, and the amount of
16   resources spent there, as I could conclude from
17   what I was informed at the time, and at some
18   point it was, I had information, I don't recall
19   what was at the time that $340 million US
20   dollars were spent in advisory fees and legal,
21   and to do a good job and recover assets and
22   bring the loan portfolio into -- or assess it
23   well and manage it well.  It was a whole --
24   whole pool of us, of facts.
25   On top of that you have to -- during the

Page 594

CONFIDENTIAL -- Claudio Khamis
2   whole period, until the very end, there were
3   statements made related to Kazakh government
4   officials that were in support of the bank, even
5   well into the process and well after this May
6   presentation.  As I mentioned already,
7   repeatedly, especially yesterday, some
8   government officials were talking about the
9   liquidity problems, not insolvency problems.
10   I mean, I trusted the owner.  I trusted the
11   job that the owner did.  There was full reliance
12   on -- on the Kazakh authorities at the time  At
13   the time I didn't suspect that it was a fraud.
14  Q.  So bottom line is you thought that the
15   value of the BTA bonds was going to go up from
16   where the market currently valued it, valued
17   them; is that correct?
18   MR. BLOOR:  Objection.
19  A.  I think I answered that the question.
20   I think you're trying to simplify, correct,
21   my answer touched the prices, the intrinsic
22   value, and a lot of other factors, and it cannot
23   be split into other parts.
24   * * * * * *
25   * * * * * *

Page 595

```
 1      CONFIDENTIAL -- Claudio Khamis
 2      (Whereupon, Khamis Exhibit
 3   Number 60, email, was marked for
 4   identification as of this date.)
 5   Q.  Mr. Khamis, so the court reporter has
 6   handed you a document that's been marked Khamis
 7   Exhibit 60, which bears initial Bates number
 8   P00002741.
 9      Do you have that document in front of you?
10   A.  Yes.
11   Q.  And can you identify this document for
12   the record?
13   A.  It was a mail sent by Izzo in
14   November 2012.
15   Q.  To you?  Was the email sent from
16   Mr. Izzo to you?
17   A.  Yes.
18   Q.  What is the subject of this email?
19   A.  Kazakh wealth fund considers eight
20   bond buyback to reboot BTA.
21      But I'm lost on the timeline of events.
22   Was it prior to 2012 restructuring or after the
23   2012 restructuring?
24   Q.  That's actually an interesting
25   question.
```

Page 597

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   A.  Correct.
 3   Q.  And in this article quotes the deputy
 4   chief executive officer of Fund SK; is that
 5   correct?
 6   A.  Yes.
 7   Q.  And is it fair to characterize this
 8   article as saying that:
 9   Fund SK is considering additional
10   injections of capital into the bank, but that
11   additional injections shouldn't turn into money
12   falling into a bottomless pit.
13   Do you see that?
14   A.  Yeah.
15   Q.  Was, is that a fair characterization
16   of the article, what it says in the article?
17   A.  We would have to read it entirely, but
18   there is more information to it than --
19   Q.  Okay.  Take your time.
20      (Whereupon, the Witness complied
21   with the request.)
22   A.  So yes.  What's your question?  If the
23   article says what it says?  Yes, it says what it
24   says.
25   Q.  And what it says is that the deputy
```

Page 596

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   It's forwarding an article that's dated
 3   November 30, 2011; is that correct?
 4   A.  Correct.
 5   Q.  Although the email itself is from
 6   2012; is that correct?
 7   A.  Yeah.
 8   Q.  Do you know why Mr. Izzo is sending
 9   you a year old or almost an exactly year old
10   article at that point?
11   A.  I would have to read the content of
12   the email to try to make sense why he would send
13   me something.
14   Q.  Okay.  Why don't you take a moment to
15   do that.
16      (Whereupon, the Witness complied
17   with the request.)
18   A.  He's -- I don't want to speculate, but
19   he's resending me an email that he sent
20   previously.
21      MR. BLOOR: We don't want you to
22   speculate.
23   Q.  What Mr. Izzo is sending is a
24   November 30th Bloomberg article about BTA Bank;
25   correct?
```

Page 598

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   chief executive officer of Fund SK said:
 3   Additional injections shouldn't turn into
 4   money falling into a bottomless pit.
 5   And that's what it says; correct?
 6   A.  Yeah.
 7   Q.  Are you aware of any time when any
 8   representative of either Fund SK or BTA Bank
 9   unconditionally stated that Fund SK would
10   backstop the payments on the bonds that you
11   purchased?
12      MR. BLOOR: Objection.
13   A.  What do you mean backstop?  Support?
14   Q.  Yes.
15   A.  There were several statements made
16   by -- by the authorities during the 2011, at
17   least, that were consistent with state support,
18   that they were or backing -- of the backing of
19   the bank, that four pieces of information that
20   were considered positive at the time
21   And as I said, I mean, there was all the
22   time information that they didn't follow a line
23   of rationality.  It was conflicting.  Like I
24   mentioned, raising lots of capital and then
25   talking about the liquidity; raising lack of
```

Page 599

1  CONFIDENTIAL -- Claudio Khamis
2  capital, and then Mr. Kulibayev and the daughter
3  of Mr. Nazarbayev being interested in buying the
4  bonds.
5  It was an ocean of information and very
6  conflicting, and especially conflicting with the
7  very portrayed successful restructuring of 2010.
8  Q.  When you purchased additional bonds in
9  2012, you understood that there was no assurance
10  that Fund SK or the Kazakh government was going
11  to bail out the bank's creditors, didn't you?
12    MR. BLOOR: Objection.
13    You can answer.
14  A.  Can you repeat the question?
15  Q.  When you purchased additional bonds of
16  BTA in 2012, which is after the need for
17  restructuring was announced, you did so
18  understanding that there was no assurance that
19  Fund SK or the Kazakh government was going to
20  bail out the banks creditors, didn't you?
21    MR. BLOOR: Objection.
22  A.  I wasn't paying attention to
23  assurances in that regard.
24  I was paying attention on -- on the
25  assurances given to us at the end of 2010 that

Page 600

1  CONFIDENTIAL -- Claudio Khamis
2  it was a successful restructuring and all its
3  implications that it was a going concern.
4  One more time I have to point out that, at
5  least two of the -- of the damages suffered by
6  capital during 2011 were highly questionable,
7  like the party-related negative carry swap and
8  the recognition of liabilities that, one more
9  time, was JP Morgan saying served to decrease
10  capital.
11  So -- so when you see a statement like this
12  and it says bottomless, the first question is
13  okay, for it not to be bottomless, what is
14  happening with management and the management of
15  the bank?  Particularly, we're forgetting those
16  two points.  Why would you want to recognize
17  those liability when it was not.
18  And from what we have reviewed, it's fairly
19  clear that it wasn't a liability, because it
20  hasn't been accelerated.
21  Q.  Okay.  Don't you allege in your
22  complaint that BTA should have recognized the
23  full value of the recovery notes earlier than it
24  did, meaning prior to acceleration?
25  A.  I -- I don't know the exact wording of

Page 601

1  CONFIDENTIAL -- Claudio Khamis
2  the complaint.  I don't have it memorized.
3  But what we would have -- what we would
4  have liked is to have -- to have a good
5  understanding about -- about what was going on
6  at the time after -- after the restructuring,
7  and why were all those transactions not fully
8  explained and the rationality behind them.
9  We have talked a lot about the structure
10  being in place, but the rationality of the BTA
11  Bank's put its money to work at two percent and
12  then receive the same money back and have to pay
13  for it ten percent, it didn't make any sense.
14  Q.  Did I hear you testify just a couple
15  of moments ago, Mr. Khamis, that you were making
16  purchases in 2012 after the need for a second
17  restructuring was made based on what you contend
18  are representations in the 2010 information
19  memorandum?
20    MR. BLOOR: Objection.
21    You can answer.
22  A.  The representations or the
23  misrepresentations came clear to us only after
24  the terms of the exchange were announced.
25  A restructuring can mean a lot of things.

Page 602

1  CONFIDENTIAL -- Claudio Khamis
2  It's a very vast and ample term.  It can mean
3  suspension of coupons.  It can mean decrease of
4  coupons.  It can mean a lot of things.
5  You are trying to -- to mix.
6  Q.  Didn't you testify multiple times over
7  the past two days, Mr. Khamis, that financial
8  information becomes stale quickly?
9  A.  Some of it comes stale quickly, and
10  some of it, not.
11  Q.  So you believed that you could
12  continue to rely in 2012 on the characterization
13  of the 2010 restructuring as successful, despite
14  all the intervening reports, and despite it had
15  already been announce that BTA needed a second
16  restructuring?
17    MR. BLOOR: Objection.
18    You can answer.
19  A.  Again, one more time, yes.  The answer
20  to that is that still, at the time the
21  assessment was that the successful -- that the
22  restructuring was significant, that it was cost
23  a lot of money, that a lot of western advisors
24  were involved, a lot of millions, hundreds of
25  millions were spent to get it right.  Massive

Page 603

    CONFIDENTIAL -- Claudio Khamis
1   provisioning had been done.
2   And just a very few weeks before the end of
3   or the month -- no.  I think still at the end of
4   2011, government officials are still talking
5   about illiquidity, and illiquidity could have
6   been an issue in such a case, but what was not
7   to be expected was such a big deviation from a
8   job well done.
9   Q.   There's no question that, by the end
10  of 2011, BTA was unable to satisfy its monetary
11  obligations as they came due; isn't that
12  correct?
13  A.   One more time, you are -- you are
14  portraying that the bank is not able to satisfy
15  its obligations while it's engaged in a negative
16  carry swap with its owner, that is the Sovereign
17  Wealth Fund at the time.
18  Can I go to the bathroom?
19  Q.   Yes, absolutely.
20      THE VIDEOGRAPHER: The time is 7:16.
21  We are going off the record.
22      (Whereupon, a brief recess was
23  taken.)
24      THE VIDEOGRAPHER: The time is

Page 604

1   CONFIDENTIAL -- Claudio Khamis
2   7:24 p.m.  We are back on the record.
3   Q.   Mr. Khamis, can you look at what was
4   previously marked as Khamis Exhibit 32?
5   A.   Is it there?
6       MR. BLOOR: It should be in there
7   A.   Yes.
8   Q.   And this the email from Mr. Poe to
9   you, dated April 29, 2011?
10  A.   Dated what date?
11  Q.   Excuse me, November 29, 2011.
12  A.   Yes.
13  Q.   Is this some correspondence being
14  forwarded to you by Mr. Poe and an individual at
15  Renaissance Capital raising the possibility that
16  the holders of the subordinated bonds might get
17  a zero recovery in the event of a default?
18  A.   He is, apparently, making --
19  communicating that he heard somewhere, he
20  doesn't say the source, that the government may
21  put money to SK to repurchase bonds from BTA,
22  which should improve net interest and what, but
23  will not change the situation dramatically.
24  It's an opinion he's giving.
25  Q.   Isn't the question that Mr. Poe posed

Page 605

1   CONFIDENTIAL -- Claudio Khamis
2   to Mr. Marcov at Renaissance Capital, would you
3   expect a zero recovery on the 2025 bonds in the
4   event of a default?
5   A.   Yes.
6   Q.   And after posing that question to an
7   individual at Renaissance Capital, Mr. Poe
8   forwarded the entire email chain to you;
9   correct?
10  A.   Excuse me?
11  Q.   After posing that question to an
12  individual at Renaissance Capital, Mr. Poe
13  forwarded the entire email chain to you;
14  correct?
15  A.   I think he forwarded after he received
16  the answer, no?
17  Q.   Correct. The whole email chain.
18  A.   Yes.
19  Q.   So Mr. Poe was considering the
20  possibilities of a zero recovery on the
21  subordinated notes even before BTA announced its
22  need for a second restructuring; isn't that
23  correct?
24      MR. BLOOR: Objection.
25  A.   I think Mr. Poe is making a question

Page 606

1   CONFIDENTIAL -- Claudio Khamis
2   on somebody else's opinion, on somebody else's
3   opinion.
4   Q.   And the question is whether to expect
5   a zero recovery on this?
6       MR. BLOOR: I'm just -- I'm going to
7   object.  I mean, how is he supposed to
8   know what Mr. Poe is considering?  I
9   mean, the document says what it says.
10  You asked him what does it say, he told
11  what it says.  Now you're asking him what
12  was in Mr. Poe's mind.
13      So unless you can figure out a way
14  to find out if he knew, I don't know how
15  he's supposed to answer that.
16      MR. VIGNA: I don't think that's the
17  question I asked, but --
18      MR. BLOOR: We could read it back,
19  because that's exactly what you asked.
20      Mr. Poe was considering.  That's
21  what you asked him.
22      I'm not sure how he is supposed to
23  know that.
24  Q.   Put this one down and move on to --
25      MR. BLOOR: Maybe we can stipulate

Case 1:12-cv-08852-JMF   Document 271-40   Filed 08/26/20   Page 213 of 278

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

Page 607

```
1      CONFIDENTIAL -- Claudio Khamis
2   the documents say what they say, if
3   you're going to keep asking him does the
4   document say this, does the document say
5   that.
6      THE WITNESS: Actually, you're
7   making me read here.
8      MR. BLOOR: Hold on, Claudio.
9   We've been at this for way longer
10  than we needed to. I mean, I think this
11  deposition should have been done in a
12  day. All the entities were the same.
13  There's no reason for it to even be two
14  days, and now we are going on --
15     It's almost 9:00. He's exhausted.
16  Can we try to -- you know, speed this up
17  a little if we can?
18     MR. VIGNA: Counsel, I think you
19  understand exactly why I'm putting these
20  documents in front of this witness, to
21  establish exactly what he knew at the
22  time that he was investing and what was
23  communicated --
24     MR. BLOOR: Sure. But ask him what
25  he knew, then.
```

Page 609

```
1      CONFIDENTIAL -- Claudio Khamis
2   Q.  Who put together this research report?
3   A.  Who put it together?
4   Q.  Who is the author of this research
5   report?
6   A.  Barclays.
7   Q.  I really apologize for this delay.
8   I'm trying to find my place in this document.
9   A.  No problem.
10  Q.  Found it.
11  If we can turn to the first page of the
12  report, bearing Bates number P00003663.
13  Do you see that?
14  A.  Yes.
15  Q.  And do you see the --
16  What's the subject of this report?
17  A.  The title?
18  Q.  Yes.
19  A.  The title says BTA plans a second
20  restructuring.
21  Q.  And is this a discussion of possible
22  results of that restructuring?
23  A.  I have to read it.
24  You're saying so?
25  Q.  I'll represent that it is.
```

Page 608

```
1      CONFIDENTIAL -- Claudio Khamis
2   Like I said, we'll stipulate the
3   documents say what they say.
4      MR. VIGNA: Can we mark another
5   exhibit.
6      (Whereupon, Khamis Exhibit
7   Number 61, email, was marked for
8   identification as of this date.)
9   Q.  Mr. Khamis, the court reporter has
10  handed you what's been marked as Khamis
11  Exhibit 61.
12  Do you see that?
13  A.  Yes.
14  Q.  What is this document?
15  A.  What is the document?
16  Q.  Yes.
17  A.  It's an emerging markets research.
18  Q.  And it's a document from your
19  productions, bearing the initial Bates number
20  P00003662, is that correct?
21  A.  I assume that you're saying so.
22  Q.  And it's from Mr. Yacher to
23  undisclosed recipients, presumably including
24  you, dated December 29, 2011?
25  A.  Correct.
```

Page 610

```
1      CONFIDENTIAL -- Claudio Khamis
2   A.  Let me have a look at it, please.
3   Q.  Sure.
4      (Whereupon, the Witness complied
5   with the request.)
6   A.  Yes. It says in this note we
7   considered potential restructuring scenarios.
8   You're right
9   Q.  And can we stipulate that the six
10  bullet points states, among other things, that:
11  We would not rule out recoveries on
12  subordinated debt potentially being close to
13  zero with the only compensation being the bank's
14  new shares.
15  A.  Listen, this report is giving an
16  opinion. It's saying that it cannot rule out
17  something, and --
18  And it comes to my memory, right when I'm
19  reading this, that 2012, February 2012,
20  statements of SK's boss, that he would sit down
21  with the bondholders to see if a restructuring
22  was even needed.
23  Q.  What was your reaction when you
24  reviewed this email sent to you by Mr. Yacher
25  and this report --
```

Page 611

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   A.  I couldn't recall what my reaction was
 3   given in the -- in the mix of a lot of
 4   information that I was receiving.
 5      (Whereupon, Khamis Exhibit
 6   Number 62, email, was marked for
 7   identification as of this date.)
 8   Q.  Mr. Khamis, the court reporter has now
 9   handed you a document that's been marked Khamis
10   Exhibit 62, bearing initial Bates number
11   P00007606.
12   Do you have that document in front of you?
13   A.  Yes.
14   Q.  Can you identify it for the record?
15   A.  The document is commentaries from an
16   analyst from Renaissance on Kazakhstan.
17   Q.  And commentaries on what?
18   A.  It's something addressed to Mr. Izzo
19   He's making his assessment on senior 2018, sub
20   025 recovery notes, and his opinions on, in
21   which paper to concentrate, I don't know, based
22   on what prices he would make that assessment.
23   If I were a new investor, I probably --
24   Yeah.  He is saying what he would do if he
25   was an investor.
```

Page 612

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   Q.  And is this, aside from the commentary
 3   from Mr. Nikitin at Renaissance, does
 4   Mr. Nikitin -- excuse me -- also forward a
 5   number of other analyses?
 6   A.  Analyses or emails?  Because there an
 7   Nikai in here also.
 8   Q.  A number of emails that include what
 9   appear to be opinions by various analysts at
10   Renaissance Capital.
11   A.  I don't see the other -- the other
12   opinions.
13   Where are the other opinions.
14   Q.  Well, for example on the page ending
15   7607, 7608?
16      MR. BLOOR: He's asking if he's
17   forwarding other opinions.
18   A.  Yeah, he's forwarding other opinions.
19   Q.  What was the date of this, again?
20   A.  March 5, 2012
21   Q.  Do you see the discussion by an
22   individual named Mikhail going from page 7607,
23   7608.
24   A.  Yes, I see Mr. Mikhail.
25   Q.  Can we stipulate that the conclusion
```

Page 613

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   of his analysis is we recommend not to get
 3   involved, referring to BTA bonds?
 4   A.  Where does it say?
 5   Q.  Last sentence says:
 6   We recommend not to get involved.  Best
 7   regards, Mikhail.
 8   A.  Get involved in what?
 9   Q.  The entire subject of this is the
10   different bonds of BTA.
11   A.  I don't understand the statement as --
12   but it's a statement I didn't make, so I don't
13   have any comments to make on it, on the
14   statement, besides seeing that he's giving
15   opinions without taking into consideration what
16   the owner of the bank had said just one month
17   before, less than one month before, because this
18   is March 5, and the other was February, probably
19   a month, beginning of February, if I recall.
20   Q.  So you just had a different opinion
21   from Mikhail Nikitin at Renaissance Capital as
22   to whether it was a good idea to buy more BTA
23   bonds?
24   A.  I probably was listening more to the
25   head of Samruk-Kazyna than to a guy I didn't
```

Page 614

```
 1      CONFIDENTIAL -- Claudio Khamis
 2   know
 3      (Whereupon, Khamis Exhibit
 4   Number 63, email, was marked for
 5   identification as of this date.)
 6   Q.  Mr. Khamis, the court reporter has
 7   just handed you a document that's been marked
 8   Khamis Exhibit 63, bearing initial Bates number
 9   P00001777.
10   Do you have that document in front of you?
11   A.  Yes.
12   Q.  What is this document?
13   A.  This document is a -- also one month
14   after the -- the information is released by the
15   head of SK, Samruk-Kazyna, two days, if I
16   recall, after an opinion given by some person in
17   Kazakhstan, and now we have another new theory.
18   But there were a lot of theories, it seems.
19   Q.  And what is the new theory that's
20   discussed in this email that Mr. Izzo sent to
21   you in March of 2012?
22   A.  Let me see where he's coming from.  It
23   seems, again, it's a chain of emails.  I don't
24   know where it's coming from, but it says the new
25   theory --
```

Page 615

    CONFIDENTIAL -- Claudio Khamis
1
2   You want me to read it for you?
3   Q.  Sure.
4   A.  Liquidation should be the most
5   reasonable option.
6   Q.  Why don't you read the rest of that
7   sentence?
8   A.  Especially considering the fact that
9   they lost 15 percent of the deposits in January.
10  In this scenario, the sub debt should not
11  recover much, if anything.
12  Q.  So Mr. Izzo was telling you that, at
13  least, somebody had a theory at that holders of
14  the subordinated notes would not recover much,
15  if anything, in the ultimate --
16  A.  Listen, I don't even know if I read
17  this, because if I read that something is new
18  theory, how likely is I kept on reading?
19  But in any case, I will tell you that I pay
20  a lot of attention to the source of the
21  information and the knowledge that the source of
22  the information may have about a subject.
23  This new theory, I don't know who the
24  source of the information could have been now,
25  but what I know is that what really impressed me

Page 616

    CONFIDENTIAL -- Claudio Khamis
1
2   at those time is the press release of SK in
3   early February, where none of these theories
4   were mentioned or even the necessity of a
5   restructuring was to be discussed with the --
6   with the debt holders or -- I don't know what
7   the term was used.
8   So it's -- it's interesting to note how
9   many different opinions people were having at
10  the time.  I deemed the owner of the bank to be
11  probably better informed that some person that
12  made a new theory.
13  Q.  Mr. Khamis, do you tend to save most
14  of the emails that you receive?
15  A.  Save?
16  Q.  Yes.
17  A.  I don't save anything.  I mean, I just
18  read through my emails, delete whatever --
19  sometimes, when I have too much information, I'm
20  looking something, I may delete something.
21  What is your specific question?
22  Q.  How often do you go through your
23  emails to delete them?
24  A.  I don't -- I'm not -- I don't really
25  have a pattern.  It's not like every Monday or

Page 617

    CONFIDENTIAL -- Claudio Khamis
1
2   every month.
3   Q.  Is there any reason why you did not
4   delete this email?
5   A.  Why I did not delete this email?
6   Q.  Yes.
7   A.  I -- I couldn't -- there is a lot of
8   purposeless emails that I have still in my
9   inbox.  I have a lot of emails that I -- I just
10  don't clean my email, and I don't start from
11  every year.  It depends on --
12  Usually I would say that I would delete
13  emails when there's a specific day when I'm
14  being informed of something I'm interested in,
15  and there's a lot of other stuff coming in that
16  is taking my attention from it, and if I have
17  problems finding it, I keep on deleting just to
18  make sure that the emails from that day are
19  reduced to a number where it's convenient to
20  find or easy to find.
21  Q.  Do you have, in your email system, do
22  you keep folders related to your various
23  investments?
24  A.  No.  I -- I only make folders for the
25  purposes of discovery, if my memory is correct.

Page 618

    CONFIDENTIAL -- Claudio Khamis
1
2   Q.  So prior to the initiation --
3   A.  Sorry.  I think it was part of the
4   instructions that I received from my lawyer to
5   try to organize in a certain way.
6   Q.  So prior to the beginning of discovery
7   in this case, you hadn't made any efforts to
8   save emails related to your BTA investments?
9       MR. BLOOR: Objection.
10      You can answer.
11  A.  Excuse me?
12  Q.  So prior to the beginning of discovery
13  in this case, you hadn't made any effort to save
14  the emails related to your BTA investments?
15  A.  I -- as I said, saving means not
16  deleting to you?
17  Q.  Yes.
18  A.  Oh, I wouldn't have deleted.  I would
19  not have deleted emails regarding this issue, if
20  that's what you're asking
21  Q.  Do you recall what level of support
22  Fund SK eventually provided to the 2012
23  restructuring?
24  A.  In the 2012?
25  Q.  Yes.

Page 619

```
1       CONFIDENTIAL -- Claudio Khamis
2  A.  No.  In the 2012, I don't recall.
3  Q.  So you're just not aware of whether
4  Fund SK agreed to convert all of its bonds to
5  equity?
6  A.  I -- as I said, I don't recall the --
7  what contribution SK did on that 2012
8  restructuring.
9  I was very much focused on getting the
10 leftovers of my investment and make sense of
11 what happened.
12 Q.  Do you know if Fund SK contributed any
13 additional capital to BTA in conjunction with
14 this restructuring?
15 A.  I think I just answered your question,
16 Jason.  I mean, I don't recall as of this
17 moment, what SK's contributions was at the time.
18 Q.  So you don't have any opinion, sitting
19 here today --
20 A.  I couldn't have an opinion if I don't
21 recall.
22 Q.  Did you cast any votes in BTA's 2012
23 restructuring?
24 A.  Again, I don't know what -- what
25 happened at the time, but I certainly instructed
```

Page 620

```
1       CONFIDENTIAL -- Claudio Khamis
2  my -- my advisors to get my money, so whatever
3  was needed to -- to get my money was done.
4  Q.  And by get your money, do you mean to
5  exchange your existing securities for new
6  securities?
7  A.  I got $0.025 cents, and get the $0.14
8  since my recovery units were taken already.
9  Q.  And prior to that exchange, do you
10 know if you cast any votes in favor of or
11 against the 2012 restructuring terms?
12 A.  Again, as I mentioned before, I
13 instructed my -- my broker to submit whatever it
14 was necessary for me to get my assets or
15 exchange.
16 Q.  So you did not, to your knowledge,
17 oppose the 2012 restructuring term?
18      MR. BLOOR: Objection.
19      You can answer.
20 A.  At the time, I didn't have a clear
21 understanding of what, how I could oppose or be
22 to hold out, as its known.
23 What I understood is that eventually, if I
24 had to dispute what went on, it has to be done
25 by hiring a lawyer at some point and getting
```

Page 621

```
1       CONFIDENTIAL -- Claudio Khamis
2  proper legal advice.
3  Q.  Did you lodge any objections to the
4  restructuring in either the UK or the Kazakhstan
5  courts?
6  A.  Excuse me?
7  Q.  Did you lodge any objections to the
8  restructuring --
9  A.  Lodge is the word?
10 Q.  Did you make any objections to the
11 restructuring plan to either --
12 A.  Kazakh courts?
13 Q.  -- or the UK courts where the
14 restructuring was proceeding?
15      MR. BLOOR: Objection.
16      You can answer.
17 A.  No.  Not that I know of, at least.
18 Q.  Do you know whether Fund SK ever
19 eventually collected any of the interest that
20 was owed on its deposits?
21 A.  You're referring now to the negative
22 carry swap?
23 Q.  I'm referring to the deposits that
24 Fund SK made in BTA on which it received or it
25 was entitled to interest at the rates set
```

Page 622

```
1       CONFIDENTIAL -- Claudio Khamis
2  forward in the information memorandum?
3  A.  You mean the question is regarding
4  whether those interests were accrued or whether
5  they were accrued and paid out?
6  Q.  The latter
7  The question is whether they were
8  eventually, not just accrued, but also paid out?
9  A.  I don't have information on -- on the
10 cash.
11 I just understood that -- that for both
12 ways of the transaction, interest was being
13 charged.  Whether it was accrued or accrued and
14 paid, I don't have knowledge of that.
15 But the effect on capital are the same,
16 whether they are accrued or accrued and paid.
17 Q.  There is a difference when it comes to
18 restructuring a bankruptcy, isn't there?
19 A.  The -- after the bankruptcy has been
20 declared, yes
21 To my knowledge, no bankruptcy was ever
22 declared here.  There was a restructuring, was
23 declared bankruptcy?  Maybe you know more about
24 the 2012 restructuring than I do.
25 Q.  It certainly would have made a
```

Page 623

1     CONFIDENTIAL -- Claudio Khamis
2  difference to Fund SK's bottom line, whether it
3  actually received payments of the interest or
4  not, wouldn't it?
5     MR. BLOOR: Objection.
6     You can answer.
7  A.  I'm not making any assessments on what
8  it would have or not would have made any
9  difference for SK, given that SK at the same
10 time was the owner, so I don't know how SK was
11 balancing its protection of the bank as an
12 ongoing concern, its equity, or its negative
13 carry swap involvement.
14 Q.  Do you know whether BTA --
15    After the 2010 restructuring, did BTA
16 achieve the capital ratios required for a Kazakh
17 bank, to your knowledge?
18 A.  I don't have recollection on this at
19 this moment.
20 Q.  Do you believe that BTA subordinated
21 note holders had a superior right to BTA's
22 assets than did Fund SK?
23 A.  Excuse me, can you repeat your
24 question?
25 Q.  Do you believe that BTA subordinated

Page 624

1     CONFIDENTIAL -- Claudio Khamis
2  note holders, like yourself, had a superior
3  right to BTA's assets than did Fund SK?
4     MR. BLOOR: Objection.
5     You can answer.
6  A.  I think -- I think subordinated note
7  holders have superior right to equity.
8  Q.  With respect to the --
9     Do the subordinated note holders have a
10 superior right in bankruptcy situation to
11 depositors?
12    MR. BLOOR: Objection.
13    You can answer.
14 A.  I don't know the -- I don't know -- I
15 don't recall having had this knowledge.
16 Q.  Is there any explanation that you
17 possibly could give for why Fund SK would have
18 wanted -- would have been engaged in any fraud
19 at BTA -- strike that.
20    You've testified at various times that BTA
21 was the owner or -- excuse me, Fund SK was the
22 owner of BTA; correct?
23 A.  It was.
24 Q.  Do you have any views on whether
25 Fund SK suffered any losses on its equity in

Page 625

1     CONFIDENTIAL -- Claudio Khamis
2  BTA?
3  A.  If I have a view?
4  Q.  Yes.
5  A.  On SK losses?
6  Q.  Do you know if SK lost money on its
7  ownership interest in BTA?
8  A.  I don't think I have the -- all the
9  information to assess what the role of SK Fund
10 was in the complete set of transactions.
11 We're alleging fraud --
12    MR. BLOOR: Let him ask his next
13 question.
14 Q.  Why didn't you -- I can predict the
15 answer to this, but why didn't you sue --
16    (Whereupon, a cell phone rang and a
17 discussion was held off the record.)
18 Q.  -- Alliance or Maxcom in connection
19 with your losses suffered in those companies?
20    MR. BLOOR: Objection.
21    You can answer.
22 A.  Probably because I didn't have any
23 reason to believe that there was fraud.
24 Q.  Didn't Alliance go through a
25 restructuring very similar to the one like BTA,

Page 626

1     CONFIDENTIAL -- Claudio Khamis
2  two restructurings --
3     MR. BLOOR: Objection.  I mean, you
4  asked this earlier, he didn't recall
5  these restructurings, but if you want to
6  ask him again, I guess you can.
7  Q.  To your knowledge, did Alliance go
8  through two restructurings very similar to
9  BTA's?
10    MR. BLOOR: Objection.
11 A.  I -- I don't have -- I don't recall
12 much about Alliance or what information I may
13 have had at the time about Alliance.
14    MR. VIGNA: Why don't you give me a
15 five-minute break, and I think I can wrap
16 up in ten minutes
17    THE VIDEOGRAPHER: The time is 8:01.
18 We're going off the record.
19    (Whereupon, a brief recess was
20 taken.)
21    THE VIDEOGRAPHER: The time is 8:09.
22 We are back on the record.
23 Q.  Mr. Khamis, at the time that you made
24 your investments in BTA Bank, and prior to that
25 TuranAlem Finance, did you understand that they

Page 627

CONFIDENTIAL -- Claudio Khamis

1    were risky investments?
2
3  A.   I think I mentioned yesterday that
4    risk concept is a relative.
5    At the time when I first made those
6    investments and I saw the biggest bank of a
7    great country with lots of natural resources
8    being massively intervened by the state and all
9    the participant, Sovereign Wealth Fund, which
10    usually sovereign wealth funds are very serious
11    institutions, and the big amount of
12    provisioning --
13    When you buy an asset that has a price that
14    has a difference with -- with what was assessed
15    at the moment, as an intrinsic value, probably
16    the assessment that I would refer is that there
17    was a risk like the risks like almost in any
18    investment, including treasuries, just that the
19    risk was of a different nature.
20    But for me, holding treasuries for a long
21    period during the last 15 years, probably would
22    have made sure that I would have had the
23    precision and purchasing power due to inflation,
24    to a yield below inflation.
25    I couldn't compare, and referring very

Page 628

CONFIDENTIAL -- Claudio Khamis

1
2    simple terms to a concept that, for me, is a
3    little bit more complicated.
4  Q.   Did you accept any risk when you
5    invested in the BTA bonds?
6  A.   I would -- I would say to that, that
7    every time you invest into something that the
8    risk, uncertainty, and that the risk, risk of --
9    treasuries have risk.
10    In my opinion, of course this applies for
11    assets in financial markets, almost all of them,
12    that I can recall.
13  Q.   Do you feel that you bear any
14    responsibility for your own investment
15    decisions?
16  A.   I don't think I understand the
17    question.
18  Q.   You would agree that you chose to buy
19    BTA bonds at a time when lots of analysts were
20    identifying very significant risks of doing so;
21    isn't that true?
22        MR. BLOOR: Objection.
23        You can answer.
24  A.   I'm not sure what the different
25    analysts were saying at the time of when I

Page 629

CONFIDENTIAL -- Claudio Khamis

1
2    bought the TuranAlem bonds, given the price that
3    they were trading that was between -- if my
4    memory is right, between $0.17 and 0.22, so when
5    you look at this range, if you buy at $0.17,
6    probably the assumption that was made on the
7    loan portfolio was significant.
8    And when the terms of the first
9    restructuring came out, after massive
10    provisioning, the exchange was highly higher --
11    sorry, was significantly higher than the value
12    in which we bought them.
13  Q.   So you were taking a calculated risk
14    that the subordinated bonds would prove more
15    valuable than the market was valuing them; is
16    that true?
17        MR. BLOOR: Objection.
18        You can answer
19  A.   I think I have answered this question,
20    I don't know how many times, during the last --
21    I made assessment. You're using the word
22    calculation. I don't think I used this word in
23    the -- for the last two days.
24    I was just making assessments of all
25    relevant -- all information that I deemed

Page 630

CONFIDENTIAL -- Claudio Khamis

1
2    relevant at the time.
3  Q.   And you deemed certain information
4    relevant in different ways than other market
5    participants; isn't that true?
6  A.   Listen, there is no way I could know
7    how you think or that the person right next to
8    you think. I just know what I think
9  Q.   At the times that you purchased your
10    BTA bonds, were you willing to accept the risk
11    that they could decrease in value?
12  A.   As I said before, every time you do an
13    investment, you engage into a -- into some level
14    of risk.
15  Q.   Do you believe --
16  A.   -- the question then is an assessment
17    of the risk that you see and the probabilities
18    of you making money, vis-a-vis losing money.
19        MR. VIGNA: I have no further
20    questions for the time, recognizing that
21    if Mr. Khamis has any different views
22    about the nature of his case going
23    forward, we'd like to examine him on that
24    again.
25        MR. BLOOR: I just have one area I

Page 631

CONFIDENTIAL -- Claudio Khamis
1  
2  want to clarify, and it's just going to
3  be short, so we can just stay here if
4  you're good with it.
5      EXAMINATION
6      BY MARTIN BLOOR, ESQ.:
7  Q.  So Mr. Khamis, do you recall
8  testifying earlier about purchasing TuranAlem
9  bonds into 2009 and 2010?
10  A.  Yes.
11  Q.  And those bonds were ultimately
12  converted into or as part of the 2010
13  restructuring; is that right?
14  A.  Correct.
15  Q.  And you testified earlier that you
16  instructed your broker to do what was necessary
17  for you to participate in that restructuring?
18  A.  That's correct.
19  Q.  And at the time you made the decision
20  to participate in that restructuring, had you
21  relied on the information provided in the
22  information memorandum that we've discussed here
23  today?
24  A.  Yes.
25      MR. BLOOR: I have no further

Page 632

CONFIDENTIAL -- Claudio Khamis
1  
2  questions
3      THE VIDEOGRAPHER: The time is 8:18.
4  This ends media number 4.
5      (Whereupon, the record was closed.
6  Time noted:  8:18 p.m.)
7  
8      -o0o-
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25

Page 633

CONFIDENTIAL -- Claudio Khamis
1  
2  
3  
4      INSTRUCTIONS TO WITNESS
5  
6      Please read your deposition over
7  carefully and make any necessary corrections.
8  You should state the reason in the appropriate
9  space on the errata sheet for any corrections
10  that are made.
11      After doing so, please sign the errata
12  sheet and date it.  You are signing same subject
13  to the changes you have noted on the errata
14  sheet, which will be attached to your
15  deposition.
16      It is imperative that you return the
17  original errata sheet to the deposing attorney
18  within thirty (30) days of receipt of the
19  deposition transcript by you.  If you fail to do
20  so, the deposition transcript may be deemed to
21  be accurate and may be used in court.
22  
23      -o0o-
24  
25

Page 634

CONFIDENTIAL -- Claudio Khamis
1  
2  
3      E R R A T A   S H E E T
4  
5  PAGE    LINE      CHANGE
6  ____  ____  _____
7          REASON: _____
8  ____  ____  _____
9          REASON: _____
10  ____  ____  _____
11          REASON: _____
12  ____  ____  _____
13          REASON: _____
14  ____  ____  _____
15          REASON: _____
16  ____  ____  _____
17          REASON: _____
18  ____  ____  _____
19          REASON: _____
20  ____  ____  _____
21          REASON: _____
22  
23  
24  _____     _____
25      CLAUDIO KHAMIS          DATE

Page 635

```
 1          CONFIDENTIAL -- Claudio Khamis
 2
 3          ACKNOWLEDGMENT OF DEPONENT
 4
 5   STATE OF NEW YORK      )
 6                         }SS.:
     COUNTY OF              )
 7
 8
 9          I have read the foregoing record of my
10   testimony taken at the time and place noted in
11   the heading hereof, and I do hereby acknowledge
12   it to be a true and correct transcript of same.
13
14          _____
15               CLAUDIO KHAMIS
16
17   Subscribed and sworn to before me
18   this _____ day of _____, 2018.
19
20   _____
21        Notary Public
22
23
24
25
```

Page 636

```
 1          CONFIDENTIAL -- Claudio Khamis
 2
 3          C E R T I F I C A T I O N
 4
 5   STATE OF NEW YORK   )
                         )   :  S.S.:
 6   COUNTY OF NASSAU    )
 7
 8          I, APRYL S. MONTERO, a Notary Public for
     and within the State of New York, do hereby
 9   certify:
10          That the testimony in the within
     proceeding was held before me at the aforesaid
11   time and place, that said witness was duly sworn
     or affirmed before the commencement of the
12   testimony, and that the testimony was taken
     stenographically by me, then transcribed under
13   my supervision, and that the within transcript
     is a true record of the testimony of said
14   witness.
15          I further certify that I am not related
     to any of the parties to this action by blood or
16   by marriage; that I am not interested directly
     or indirectly in the matter in controversy, nor
17   am I in the employ of any of the counsel.
18          IN WITNESS WHEREOF, I have hereunto set
     my hand this December 21, 2018.
19
20
21          _____
                APRYL S. MONTERO
22
23          (The foregoing certification of
     this transcript does not apply to any
24   reproduction of the same by any means, unless
     under the direct control and/or supervision of
25   the certifying reporter.)
```

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

## S

**$0.025 (1)**
620:7

**$0.14 (4)**
395:10;396:10;548:24;
620:7

**$0.17 (2)**
629:4,5

**$0.20 (1)**
439:8

**$1.2 (1)**
581:4

**$1.9 (1)**
471:18

**$28,000 (1)**
378:16

**$300 (2)**
457:22;509:17

**$340 (1)**
593:19

**$48,000 (1)**
457:20

**$480 (1)**
457:21

**$5 (1)**
541:3

**$5.2 (1)**
541:19

**$5-point-something (1)**
559:3

**$6 (1)**
449:9

## |

**[in (2)**
354:24;459:4

## A

**abetting (1)**
451:24

**ability (6)**
431:22;432:8;460:12;
462:2,3;537:18

**able (9)**
327:5,16;468:7;474:4;
534:14;543:8,9;583:2;603:15

**Ablouslleiman (3)**
332:2;349:18;351:2

**Ablyazov (36)**
341:25;396:13;397:21;
398:5,20,25;399:6,18;400:11,
13,402:8,9;439:20;440:8;
443:4,7,16,25;453:5,14,454:3,
18;455:2,20;569:2,7;580:23;
581:2,3,18,25;582:25;583:14,
20;591:15,22

**Ablyazov's (5)**
443:11,20;444:18;445:5;
585:8

**about (216)**
327:15,21;336:13;337:8;
338:15,18,20,22,23,25;339:7,
18,340:5,18;341:19,23,25;
343:13,24;344:16;345:6,15,
15;347:2;348:10;350:15,22;
352:9;353:17;356:2,5,6,10;
359:4;360:7,9;361:20;363:8,
14;364:5;365:24;366:14;
368:24;369:5,370:18,21,24;
371:25;373:21;374:4,6,11;
375:13,14;377:6;379:11;
380:4,4,5,10,11,12,17;383:22;
384:13,23;385:25;388:6;
390:23;391:19;394:22;396:3;
398:2,5,23;399:6,21,22;

401:23;403:8,10,10,11,21;
404:20;405:6,21;406:3;
407:20;408:5;409:19,23,23;
411:5;416:7;417:18,22;
419:18,18;423:11;427:2;
431:21;432:8,21;433:2,17;
438:22;441:21,22;446:6,9,10,
11;451:18;452:18;453:12,24;
457:14;460:16;463:18;
467:17;468:4;470:15;471:19,
472:9,12;476:4,477:12,19,25,
25;479:17;482:2,4;491:13,14,
23;492:22;493:17;494:17;
496:20;497:8;499:8;501:19;
502:3;505:10;508:16,25;
511:4;512:6;514:9;517:2;
518:6,14;524:8;526:22,22;
527:8;535:18;539:18,22;
541:3;543:12,14,18;545:5,17;
548:10;551:4,19;552:11;
557:10;558:7;559:12,560:4,
10;561:15,20,20;562:13,15;
564:9,11;565:18;569:25;
570:25;571:2,3,20;572:22;
575:16;576:24;577:6;578:22;
581:14,17;582:25;583:6,16,
19;586:9;587:21;589:2;
591:8;596:21;598:25;601:5,5,
9;603:6;615:22;622:23;
626:12,13;630:22;631:8

**above (3)**
415:9;431:19;432:6

**absolutely (3)**
515:4;546:15;603:20

**accelerate (5)**
552:10,21;555:19;556:5;
562:9

**accelerated (13)**
391:15;393:20;550:2;
556:18;557:3,20;559:2,9;

561:16;564:5,7,8;600:20

**acceleration (16)**
556:6,8;560:11,15,19;
561:2,10;564:5,12,14;565:2,
11,14;566:7;571:20;600:24

**accept (4)**
480:12;489:8;628:4;630:10

**accepting (1)**
341:6

**access (1)**
348:4

**accordance (1)**
530:4

**according (6)**
342:10;387:24;390:21;
436:16;562:6;566.5

**account (8)**
343:22;358:16;365:17;
395:25;418:20;419:20;
551:11,14

**accounted (2)**
439:13;539:16

**accounting (9)**
471:11,12,14;473:2,12;
474:22;475:8,19;476:17

**accrue (1)**
509:22

**accrued (7)**
622:4,5,8,13,13,16,16

**accurate (7)**
359:2,3,375:9;419:23;
472:14;480:14;633:21

**accurately (3)**
327:6;371:22;467:15

**accusation (3)**
452:3,4,6

**achieve (2)**
553:9;623:16

**achieving (1)**
432:3

acknowledge (1)
392:6

acknowledging (1)
518:7

acquire (1)
567:11

acquisition (1)
366:14

acted (1)
530.4

action (8)
331:19;355:14;392:12;
461:12;462:4;553:8;581:18;
585:24

actions (3)
460.13;518:21;537:16

activities (5)
383:23;384:11;404:23;
427:24;508:4

activity (1)
381:5

actual (4)
431:11;467:5,9,12

Actually (22)
330:15;338:9;361:3;458:2;
462.9,12;467:20,468:22;
472:3;496:22;505:20;514:21,
23;527:14;545:23;549:17;
579:17;584:21;590:4;595:24;
607.6;623:3

Adam (2)
349:8,10

add (6)
390:21;399:13;473:4;
494:25;573:12;586:2

additional (10)
366:18;388:22;540:12;
542:20;597:9,11;598:3;599:8,
15;619:13

addressed (2)

536:14;611:18

adjusted (16)
540:16;541:16,20,24;542:7,
9.22,23;543:3,7,11;546:4.8,
10,17,19

administration (2)
395:18;536:13

administrator (1)
433:2

admission (1)
426:17

admit (2)
449:8,11

advertised (1)
429:15

advice (2)
386:16;621:2

advised (5)
397.2,3;556:25;557:5,6

advisement (1)
348:9

advising (1)
330:19

advisor (3)
354:6;416:2;464:20

Advisors (12)
441:21,25;442:5,9,11,13,21,
22,25;476:12;602:23;620:2

Advisors' (1)
442.11

advisory (2)
342:14;593:20

AFA (1)
582:14

affect (1)
586.7

affected (1)
495:10

affecting (2)
392:10;537:17

affirmed (1)
326:7

AFJ (1)
582:14

after (71)
333:19;336:8;339:22,22,22;
341:16;348:20;364:11,24;
365:2;388:14,25;394:7;396:8;
403:13,16,19;414:2,8;424:13;
425:9;426:22;427:9;435.13;
444:21,23;446:21,24;447:14,
18;448:4;469:22;474:7;
494:15;496:4;499:25;500:2,
16,18,18;502:3;518:8,12;
522:7;523:11,526:9;528:25;
536:23;538:2;539:23,24;
553:11;554:20;565:6;592:18;
594:5;595:22;599:16;601:6,6,
16,23;605:6,11,15;614:14,16;
622:19;623:15;629:9,633:11

after-market (1)
525:11

afternoon (3)
368:25;408:20;480:22

again (38)
338:16,19;339:19,341:12,
18,19;371:21;374:9;388:23;
392:14;393:3;398:20,23;
401:8;418:2;431:16;436:11,
15;449:20,455:6;480:23;
481:24;493:17;511.4;521:22;
525:12;536:25;545:18;568:9;
572:6;581:2;602:19;612:19;
614:23;619:24;620:12;626:6;
630:24

against (21)
355:15;357:6,393:11;
399:2,18;400:4;405:15;
406:14;436:21;439:20;452.8;
536:17;559:13;580:23;581:3,

18,24;582:4;591:14,22,
620:11

agencies (1)
577:3

aggregate (3)
542:12;551:8,10

aggressive (3)
437:2,22,23

ago (12)
328:2;346:6;411:11;496:3;
517:20;518:5;519:4;522:17;
541:14;557:12;589:10;601:15

agree (29)
426:10;431:23;440:14;
469:12;473:13;474:12,16;
481:10;519:21,25;520:16,
525:18;533:10;539:15;
552:11;556:24;557:16,21;
561:11,17,18;563:22;564:17,
21,566:4;585:13;592.6,10;
628:18

AGREED (7)
325:4,8,12;366:19;480:11,
18;619:4

agreeing (1)
391:3

agreement (6)
381:18;503:21;504:5,12;
508:25;520:6

agreements (3)
504:11;519:24;522:19

ahead (9)
391:5,6;441:18;450:9;
455:6;479:11;494:6;520:10;
551:17

aiding (1)
451:24

aim (1)
524:5

albeit (1)

591:16

**Alexey (1)**
459:9

**alia (1)**
382:12

**aligned (2)**
524:4;537:12

**allegation (15)**
382:3,19;383:10,17;384:2,
12;385:2,406:14;424:25,
425:2,4;482:15,22;487:19;
503:20

**allegations (20)**
358:5,7;381:17,24;383:22;
396:22;405:10,15,25;406:2;
407:11,13;439:20;477:7,18,
22;478:24;483:19;534:25;
585:9

**allege (4)**
405:13,24;478:11;600:21

**alleged (3)**
358:21;405:18;440:8

**alleges (2)**
480:9;483:7

**alleging (8)**
404:25;405:3,22,406:25;
478:7;534:9,17;625:11

**alleviate (1)**
488:25

**Alliance (12)**
417:23;418:4,10;572:13,17,
22,23;625:18,24;626:7,12,13

**allowed (2)**
407:6;558:2

**ally (1)**
399:11

**almost (7)**
417:10;498:8;554:9;596:9;
607:15;627:17;628:11

**along (7)**

335:23;389:5;395:14;
434:8;443:2;512:4;536:3

**already (18)**
336:22;337:3;346:24;
352:3;356:2;409:10;452:9;
481:6;482:9;488:10;507:12;
523:17;527:8;534:9;580:6;
594:6;602:15;620:8

**also (35)**
330:5;338:22,25;339:11;
340:19;344:2,364:7;372:11,
390:22;408:25;409:18;436:4,
442:13;447:14;457:12;
463:23;464:12;468:14;
473:13;485:9;486:6;490:16,
495:12;506:22;507:3;513:16;
541:19;553:7;558:6;571:2;
591:2;612:4,7;614:13;622:8

**Alston (2)**
330:24,24

**Although (2)**
584:24;596:5

**always (5)**
394:25;396:15;472:11;
570:3,3

**Amazon (1)**
422:4

**ambitions (1)**
404:4

**amended (7)**
357:21;381:13,14,15,23;
396:23;480:2

**among (3)**
338:24;470:7;610:10

**amount (47)**
362:15;376:3,391:18;
424:10;429:12;439:13;
457:15,16;468:16;473:21;
476:8,10;497:11;500:2;
540:23,24;541:17,18,20,24;

542:7,9,13,13,22,24;543:3,5,
7,7,11,16,24;544:11;546:4,9,
10,18,19;551:8,9;557:19;
558:5,7;572:4;593:15;627:11

**amounts (3)**
437:24;551:10,11

**ample (1)**
602:2

**analyses (2)**
612:5,6

**analysis (9)**
369:5;390:21;394:24;
420:25;460:6;495:7;573:2;
574:2;613:2

**analyst (5)**
465:14;502:14,17,591:25;
611:16

**analysts (7)**
460:3;518:18;575:22;
592:19;612:9;628:19,25

**analyze (6)**
392:21,22;479:15;522:22;
523:18;534:4

**analyzed (5)**
360:9;464:7;480:25;
490:23,23

**analyzing (1)**
473:12

**annex (3)**
540:4,8,9

**announce (1)**
602:15

**announced (11)**
388:5,9;390:22;429:14;
435:24;516:22;554:10,12;
599:17;601:24;605:21

**announcement (6)**
554:14,15,15,17,20;564:4

**annoyed (1)**
472:25

**annoying (3)**
463:12;473:5;498:11

**another (7)**
356:15;377:14;385:13;
403:21;407:9;441:17;448:25;
494:19,19;562:22;580:7;
608:4;614:17

**answer (92)**
329:19;346:11;348:13;
349:24;364:25;372:16;
386:15;398:7,10,11,14,15,16;
399:5;401:20;402:22,412:2,
20;415:3;418:7;422:16;
423:22;424:23;426:15;428:5;
429:3;432:11,12;434:14;
435:4,16,438:7,439:22;442:7,
17;444:6,7;447:25;448:22;
450:9;454:22;455:6;456:21;
465:4;472:8;478:6;479:4,10;
487:8;488:2,5,9,10,12,
489:20;490:10,19;492:8;
504:3;515:15;518:11;524:2;
528:13;535:5;550:23;556:21;
566:9;569:20;570:24;572:20;
573:7,13,14,583:4;585:12;
594:21;599:13;601:21;
602:18,19;605:16;606:15;
618:10;620:19;621:16;623:6;
624:5,13;625:15,21;628:23;
629:18

**answered (10)**
346:10;455:4;488:3;
503:12;523:17;580:5;592:22;
594:19;619:15;629:19

**answering (1)**
410:8

**anticipated (1)**
517:23

**Antonin (1)**
327:21

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

**anybody (2)**
497:25;554:24

**anyone (6)**
343:23;385:14,17;456:2;
465:2;569:4

**anything (17)**
350:25;356:5;370:25;
386:2;447:20;456:19;460:21;
464:16;487:16;501:19;517:2;
534:22;555:5;568:15;615:11,
15;616:17

**anywhere (2)**
509:6,9

**apart (2)**
467:6,490:22

**apologies (1)**
343:8

**apologize (3)**
494:8;553:25;609:7

**apparently (1)**
604:18

**appeal (2)**
583:2;586:17

**appear (2)**
589:12;612:9

**appears (3)**
377:23;584:9;590:18

**appended (1)**
525:22

**Apple (4)**
421:5,5;422:4;585:22

**applied (1)**
506:22

**applies (3)**
386:14;579:23;628:10

**apply (3)**
422:5;508:2;509:2

**apply-able (1)**
522:2

**appropriate (2)**

**472**:17;633:8

**approval (1)**
537:8

**approve (1)**
527:18

**approved (1)**
549:8

**approximately (2)**
328:4;541:18

**April (9)**
343:3;373:20;375:5;
381:16;462:14,15;582:13,25;
604:9

**Apryl (2)**
326:7;382:24

**area (1)**
630:25

**Aren't (1)**
503:14

**arguing (1)**
391:10

**around (13)**
340:2;341:13;353:5;
395:10;404:16;420:7;440:2;
446:14;463:13;501:11;
520:22;544:22;578:25

**arrested (1)**
381:7

**article (11)**
564:19,24;566:5;596:2,10,
24;597:3,8,16,16,23

**aside (14)**
360:14;467:21;468:6,21;
475:7;478:17;492:13;531:22;
567:9,14;569:2;580:17;
585:25;612:2

**asked (17)**
337:3;354:5;358:18;
408:24;409:14;411:4;451:18;
457:13;482:19;510:12;

**565**:10;579:15;606:10,17,19,
21;626:4

**asking (25)**
328:4;344:5,6,8;345:3,18;
350:12;354:15,21;398:12;
409:13;469:7;483:25;504:19;
536:3;541:25;556:24;559:20;
564:9;579:14;588:25;606:11;
607:3;612:16;618:20

**aspect (4)**
472:17;482:14;491:4,9

**aspects (7)**
473:16;475:10;538:7,13,14,
18;539:20

**asserting (1)**
535:7

**assess (6)**
395:6;475:23;585:23;
589:4;593:22;625:9

**assessed (3)**
438:15;570:8;627:14

**Assessing (1)**
570:6

**assessment (23)**
347:4;413:9;417:18;
439:16;440:18;449:21;
469:18;472:21;493:11;
514:24;526:18;534:15;535:5;
585:14,17;586:24;592:5;
602:21;611:19,22,627:16;
629:21;630:16

**assessments (4)**
341:19;479:20;623:7;
629:24

**asset (9)**
391:21;460:11;461:25;
467:6,21;468:21;518:20;
539:12;627:13

**assets (48)**
341:25;345:15;347:3,5;

**394**:2,4;396:13,16,17;404:14,
15;438:4,10,13,21;457:9;
468:7;469:24;471:4;476:5,25;
477:5,10,12;534:12;544:9,23,
25;545:6;552:15;553:3,9;
558:4,8;559:15;562:7,17,18;
567:9;570:13;581:15;582:5,7;
593:21;620:14;623:22;624:3;
628:11

**assist (4)**
375:25;377:3;380:6,14

**associates (2)**
455:20,24

**assume (8)**
332:18;333:7;334:14;
424:14;504:10;540:24;571:8;
608:21

**assumption (6)**
498:13;512:8;533:6;
538:23;539:3;629:6

**assurance (2)**
599:9,18

**assurances (2)**
599:23,25

**Atlantic (1)**
378:16

**Atlantica (20)**
326:23;357:25;359:6;
371:10;378:6,7,13,17,18;
379:2;387:10;406:23,24;
409:16;411:7;418:16;442:14;
456:11;530:7;531:7

**attached (4)**
335:11;337:24;359:20;
633:14

**attaching (2)**
353:12;465:13

**attachment (5)**
335:12,18;466:7,10,513:17

**attack (1)**

Case 1:12-cv-08852-JMF Document 271-40 Filed 08/26/20 Page 225 of 278

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

355:22

**attention (22)**
342:2,5;351:21;366:7,9;
367:5;368:12,14;369:12,14;
370:25;404:10;423:3;446:3;
481:7;501:13;573:25;585:18;
599:22,24;615:20;617:16

**attentions (1)**
501:18

**attorney (6)**
409:12;411:23;451:6;
512:5;556:14;633:17

**attorney-client (1)**
406:5

**attorneys (6)**
325:5;355:2;443:12,
450:22,25;465:20

**attraction (1)**
499:22

**audit (2)**
423:24;424:20

**audited (18)**
423:19;424:19;426:10,20,
23;428:12;430:9;431:24;
433:8,20,23;434:9,16;435:11,
21;436:2;471:15;476:16

**auditor (2)**
433:10;545:9

**auditors (7)**
392:18;424:19;431:25;
570:22,25;571:15,25

**auditor's (1)**
427:17

**August (14)**
335:13;341:14;364:7,20;
365:13,19;366:5;367:21;
368:3;370:3;433:24;439:4;
452:20;537:3

**author (1)**
609:4

**authorities (4)**
498:7;517:11;594:12;
598:16

**authority (2)**
411:9,20

**authorized (1)**
357:24

**available (18)**
341:3;359:11;360:7;363:5;
366:6;368:6;384:14;394:19;
395:2;401:18;421:2;429:10;
430:2,6;445:21;479:16;
569:23;580:12

**average (2)**
395:11;578:19

**avoid (1)**
460:20

**aware (22)**
329:6;330:21;341:8;381:2;
419:13,16;440:12;453:5,14;
454:3,6;475:10;483:5;490:6,
11;504:12;521:16;536:6;
557:17;581:14;598:7;619:3

**away (14)**
330:5;336:15;374:17;
422:7;520:20;538:2;548:22;
549:4,6;558:3;568:24,25;
576:7;591:5

## B

**back (41)**
335:7;336:6;351:21;
356:25;373:16;390:7;392:16;
395:16;397:20;407:17;
429:23;450:20;483:15;
494:10,13;499:5;503:10;
504:18;514:2;524:11,22,23;
528:22,25;530:20;531:19;
541:13;550:2;566:14;567:8;

574:11;576:6;580:18;589:7,8,
8;591:2;601:12;604:2;
606:18;626:22

**backing (2)**
598:18,18

**backstop (2)**
598:10,13

**bad (4)**
378:21;379:21;460:22;
461:19

**badger (1)**
454:10

**bail (2)**
599:11,20

**balance (18)**
391:15;392:19;394:3,
425:6;468:14;470:12,23;
471:7,21;472:18;473:17,22;
474:10;475:9,12;476:3;
517:13;539:10

**balancing (1)**
623:11

**Baltica (12)**
326:23;357:25;359:7;
387:10;406:23;409:16;411:8;
418:16;442:15;456:11;530:7;
531:7

**Bank (219)**
331:25;338:24;341:15;
342:22,24;345:15;348:3;
356:21;358:22;361:4;362:4;
363:24,25;366:19,20,21;
367:7;370:6;375:8;382:12;
383:9,14,15;384:9;385:18;
390:20,23;391:4,22;392:25;
393:2;394:2,3;395:20,21,25,
396:11;404:3,8;408:22;414:4;
417:24;418:5,10;419:3;
422:23,25;423:8,9,9;425:19,
429:14,15;431:5,25;434:25;

439:10;447:16,18;448:6;
463:25;464:9;467:7,19;
468:22;471:5;480:13,19;
481:21;482:12;483:10,11,13,
21;485:4,5,24;486:17;487:22;
488:21,21,22;489:2,8,10,22,
24;491:20,24;492:9;493:22,
23;494:22;495:4;497:14,15,
16;498:15,20;499:23;500:15;
501:16,22;502:4;503:6,
504:11,22;505:4,5,13,14,22;
506:23;507:4,25;509:2,13,15,
16;510:5,8,14,21,22;511:7,9,
14,20;512:2;513:2;515:23;
516:13,21,517:23;518:7;
522:8;523:23;524:6;531:5,5;
532:8,11,19;533:12,14,14,25;
534:6;535:12,12,14,22;
537:17,22;538:25;539:21;
544:14;545:4,19,22;546:6,12,
21;547:23;548:15;550:21,22,
24;551:6;552:6,7,16;553:5;
555:19;556:19;557:4,12,20;
559:4;560:4;562:11;567:10,
11;568:15;572:13,17,22,24;
573:9,15,16,16;574:4,20;
575:6,9,11,13,22;578:12;
581:3,13,17;582:3,6;591:13;
594:4;596:24;597:10;598:8,
19,600:15,603:15,613:16;
616:10;623:11,17,626:24;
627:6

**banking (2)**
508:3;563:25

**bankruptcy (5)**
622:18,19,21,23,624:10

**banks (18)**
347:2;361:12;481:12;
489:11,14;498:6;508:3,
514:15;532:16;572:10,13;

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

573:5,23;578:23;579:2,18,24;
599:20

**bank's (22)**
384:11;430:19,21;431:10,
11,14;432:4,19;440:10;
519:23;522:18;524:9;526:24;
549:9;560:13;570:12,13,21,
22;599:11;601:11;610:13

**Banks's (1)**
467:2

**Barclays (1)**
609:6

**barely (1)**
351:5

**based (12)**
343:17;365:10;385:7,23;
386:21;421:14;474:8;512:7;
522:3;585:7;601:17;611:21

**basic (2)**
487:9;515:25

**Basically (4)**
334:16;403:10;579:15;
582:17

**basics (1)**
334:16

**basing (1)**
484:18

**basis (25)**
348:15,17;358:5,7;382:3,
19;383:3,10,17;384:2,12;
385:2,386:23;427:25;449:15;
450:4;530:14,16;534:24;
559:17;575:24;585:16,17;
591:20,25

**Bates (14)**
329:4;377:22;465:24;
466:2;553:18;555:13;559:25;
563:4;587:5;595:7;608:19;
609:12;611:10;614:8

**bathroom (5)**

373:2,450:13;498:23;
566:24;603:19

**bear (3)**
578:10,17;628:13

**bearing (5)**
587:4;608:19;609:12;
611:10;614:8

**bears (4)**
553:18;559:25;563:4;595:7

**became (2)**
329:5;495:2

**because (55)**
334:15;339:5;346:13;
347:19;363:13;364:2;365:15;
367:5;370:13,376:13;391:2,
392.12;393.25;403.22;
404:20;413:16;417:6;422:24;
430:6;433:14;449:5;454:13;
457:22;458:22;462:16;463:2,
13;465:7,474:15,18,475.15;
480:25;512:3,543:12;544:12,
547:15;548:14;549:7,12;
557:23;568:18;570:18;573:2,
15;577:7;584:14;585:16;
592:24;593:2,600:19;606:19,
612.6;613:17;615:17;625:22

**become (7)**
495:21;521:16;551:7;
556:18;557:3,20;559:2

**becomes (1)**
602:8

**been (68)**
326:7;331:21;335:9;336:5;
339:9;349:14;351:15;376:4;
380:21;381:7,9;386:6;390:9;
401.10,18;408:25;411:21;
413:7;420:5;425:17;429:11;
430:2;434:25;435:13;447:2;
451:5;453:5;467:10,20;470:4,
11,22;477:24;500:16;503:24;

504:13;508:18,19;511:11,13,
512:9,513:6;515:2;529:10;
536:2;543:8,9;545:16;548:8;
553:17;560:14,19;563:3;
565:19;590:23;595:6;600:20;
602:15;603:2,7,607:9,11;
608:10;611:9;614:7;615:24;
622:19;624:18

**before (57)**
325:14,15;328:8,12,25;
332:20;334:7,337:11,13;
346:22;357:11;364:19;366:2,
23;367:21;368:3;379:24;
380:22;388:21;408:25;409:6;
410:4;415:16,425:9;426:6;
428:17;429:7;453:10,462:8;
496:2;499:8;513:10,11,12;
514:3;519:17;524:8;525:10;
534:3,20;540:11;541:5;
542:19;544:2;554:11,21,22,
23;573:18;576:18;591:8;
603:3;605:21;613:17,17;
620:12;630:12

**began (1)**
583:11

**beginning (11)**
338:9;430:11;454:9;
463:14;467:18;525:4,5;
593:12;613:19;618:6,12

**begins (5)**
326:11;408:17;475:6;
566:21;567:7

**behalf (16)**
326:23;332:17;334:3,3;
357:25;378:25,25;381:21;
400:4;409:15;411:17;442:14;
527:19,23;530:6;531:6

**behavior (1)**
460:19

**behind (5)**

386:24;460:18;544:19;
585:23;601:8

**being (43)**
339:23;340:2;368:7;
374:12;389:13;434:5;439:14;
447:16;449:24;452:19;460:2.
5;465:11;468:21;495:8;
502:4;506:3;510:14;511:8,13;
520:21;525:2;535:19,21,22;
540:22;550:14;573:4;574:6;
579:25;583:2;586:17,587:15,
21,24;599:3;601:10;604:13;
610:12,13;617:14;622:12;
627:8

**belief (5)**
490:14,20;495:25;523:11,
533:24

**beliefs (2)**
478:22;534:4

**believe (33)**
327:16;341:20,21,21;
346:18;404:22;412:5;434:9,
16,23;435:10,19;439:3;
462:23;478:3,13,19;479:6;
482:24;508:13;510:16,24;
522:7;534:5;547:12;563:21;
566:6;581:10;586:5;623:20,
25;625:23;630:15

**believed (5)**
346:15;396:15;468:2;
506:22;602:11

**believing (1)**
535:7

**belong (1)**
412:13

**belonging (1)**
396:13

**below (6)**
346:16,18;395:12;415:10,
533:12;627:24

**Beneath (1)**

462:21

**beneficiaries (1)**

413:2

**benefited (1)**

393:21

**besides (15)**

331:18;347:16;350:22,25;
378:6,7;440:2;443:7;451:6;
452:11;507:12;525:16;
544:10;569:7;613:14

**best (2)**

479:14;613:6

**better (8)**

337:23;408:4;425:11;
460:4;479:7,19;570:20;
616:11

**between (25)**

325:5;345:16;347:7;349:7;
351:4;354:11;368:22;397:18;
410:3,465:9;484:13;485:12;
497:14;499:20,21;501:15;
503:22;504:6;570:9;582:12;
584:10,17;592:20;629:3,4

**beyond (2)**

404:21;534:23

**big (30)**

344:7;346:21;351:12;
360:13;375:17,19;380:23;
394:24;399:8;404:8,421:4;
423:8,433:12,13,23;436:3;
439:14;473:5;483:12;489:8;
497:13;502:9;516:9;545:10,
11,12;561:24;570:9;603:8;
627:11

**bigger (4)**

405:2,17;484:25;534:18

**biggest (4)**

423:9;439:10;573:16;627:6

**bill (1)**

**billing (1)**

376:19

**billing (1)**

376:5

**billion (28)**

424:11,12,426:19;436:2;
439:18;440:3;448:24;449:9;
451:24;452:19;467:7,11,13;
471:18;516:23,25;517:7,7;
541:3,4,19;558:6;559:3;
581:4;593:9,9,11,13

**billions (4)**

396:12;449:16,17;450:5

**bills (1)**

351:13

**binding (2)**

327:2;410:9

**Bird (2)**

330:24,24

**bit (13)**

382:24;415:8;421:6;
440:15;463:11,465:6,7;467:9;
498:10,10;537:4,6;628:3

**Black (2)**

347:8,14

**blank (1)**

512:9

**blew (1)**

577:11

**block (1)**

442:9

**Bloomberg (6)**

452:24;564:20,24;566:5;
584:19;596:24

**BLOOR (238)**

328:10;329:14,18;331:7;
333:5;334:17;336:3,17,21,
337:2,6;338:3;341:11;342:19;
343:6;346:9;348:8,12;350:17;
351:9,352:24;353:6,354:4,20;
360:12;361:17;365:5;367:17,

19;368:10;370:4,19;372:15,
21;379:5,8,14;382:6;384:3;
385:24;386:2,8,22;393:13;
397:8,16;398:6,17;399:4;
401:19;402:21;403:5;405:16;
406:4,11,16;407:16;409:8;
410:6;412:19;415:2;417:14,
19;418:6,12;422:15;423:21;
424:22;425:24;426:4,14;
428:4,23;430:4,432:10,13;
434:13,20,435:3,15,20;
437:10,15;438:6,12;439:3,21;
441:18;442:6,16;444:5,9;
447:24;448:21;449:10,13,19;
450:7,452:2,21;453:8,16,25;
454:5,7,19,455:4,11,17,23;
456:7,14,16,21,25;457:5;
458:18,23,25;461:14;465:3;
466:12;468:8,25;469:6,10,20;
470:16;472:7;473:24,474:3,
11,20;477:16,21;478:5;479:3,
9;482:19;483:24;485:10,22;
486:12,24;487:7,24;488:15;
489:19;490:9,18;492:7;
493:16;496:18;497:20;
499:15;501:5,24;502:19,24;
503:12,17,24;504:8;505:7;
506:11;508:9;512:11,20;
513:7,14,18;515:14;518:10,
25;520:18,23;522:5,13,
523:14;524:14;534:8;535:4;
538:4;550:23,555:11;556:20;
562:19;564:9;566:8,12;
569:19;570:23;572:19;573:6;
577:24;578:7,15;579:8;580:5,
11;583:3;584:4;585:11;
587:3;588:8,14,17,24;594:18;
596:21;598:12;599:12,21;
601:20;602:17;604:6,605:24;
606:6,18,25;607:8,24;612:16;

618:9;620:18;621:15,623:5;
624:4,12;625:12,20;626:3,10,
628:22;629:17;630:25;631:6,
25

**blowup (1)**

516:10

**Blu (14)**

326:23;354:19,24,25;355:5;
358:2;359:7;378:8;387:10;
409:15;411:8;418:16;442:15,
456:11

**blue (1)**

539:13

**BNY (1)**

565:2

**boards (2)**

411:12,13

**bold (1)**

577:24

**bond (6)**

335:11;377:7;494:23;
537:7;585:7;595:20

**bondholder (1)**

332:18

**bondholders (13)**

332:17;338:15,25;339:8,10,
12,17;362:14;363:17,24;
416:6;559:14;610:21

**bonds (69)**

337:19;338:7;341:16;
343:21;344:11,17,345:22;
346:7,16;347:15,22,348:19,
22,24;362:25;363:9;365:13,
16;366:20,21,24;367:16;
371:15;388:19;414:8,15;
426:22,434:3,439:2,8,440:24;
442:10,12,14;457:11;464:10;
484:12;495:7,9,499:25;
537:23,24;547:24;562:2;
567:16;577:7;583:6;587:14,

18,22;594:15;598:10;599:4,8,
15;604:16,21;605:3,613:3,10,
23;619:4;628:5,19;629:2,14;
630:10;631:9,11

**born (2)**
374:12;440:20

**boss (5)**
421:14;437:18,21;586:17;
610:20

**both (5)**
328:5,480:6;507:6;521:11;
622:11

**bottom (16)**
340:25;354:22;361:15,16,
18,25;362:19,366:13,16;
376.21;460:14;465:24;482.4;
532:14;594:14;623:2

**bottomless (4)**
597:12;598:4;600:12,13

**bought (4)**
339:23;562:2;629:2,12

**bound (1)**
507:3

**break (20)**
334:21;356.14;373.4;
450.13;458:19;474:23;483.3;
495:16,20;496:23;499:8;
511:5;515:17;524:13,24;
529:2;535:9,10;539:25;
626.15

**breakdown (1)**
589:20

**Brett (1)**
354:8

**brief (12)**
334.25;356:18;373:7;
389:19;450:17;475:3;499:2;
524:19;541:10;567:4;603:23;
626.19

**bring (3)**

395:4;528:16,593:22

**bringing (3)**
458:8;478:7;539:9

**broad (3)**
484:16;486:13;496:14

**broker (8)**
343:18;441:12;527:21,25;
528:11,14;620:13;631:16

**brothers (1)**
458.3

**brought (4)**
365:22;395:16;453:2;
522:22

**BTA (190)**
331:25;335:11;337:18;
340:20;341.7;342:17;343:19,
20,21,24;344:25;345:15,22;
346:7;348:22;350:12,15,24;
351:8;353:12;354:19,24;
355.16;356.21;358.22;
362:25;366:15,24;367:16;
382:12;383:23;384:8;385:6,
18;396:11;398:2,5;399:2;
404:3;406:15;408:22;413:19;
414:8,15;422.13;423:20;
424.20;425.19;429.15,25;
438:23;441:9;442:14;446:11,
12,13,14;447:10,12,18,23;
448:20,23;449:9,18;450:6;
453.19;460.16,22;467:2;
468:5;469:22;472:17;474:9,
475:10;476:5,24;477:4;
478:13,20;480:13,19;482:25;
483:6,13,15;485:9,12:486:7;
487:17;488:14;491:2,5,6,22;
492:2,13,16,18;496:17;497:5,
19,24;498:15;499:10,21,23;
501:23;503:9,22;504:6,11,14,
15,21,505:4;507:19;509:3;
511:2;512:9;514:20;516:21,

517:12;519:21;522:24;
523:12;525:11;530:23;
534:13,537.7,24;538.2;550:4,
6:554:10;560:4,13;563:25:
564:25;567:10,11,16;568:2;
569:3,5,18;571:3;573:9,15;
575:6;578:19;582:16;583:6;
586:22;587:20;588:11;
592:18;594:15;595:20;
596:24;598:8;599:16,600:22;
601:10;602:15;603:11:
604:21;605:21;609:19;613:3,
10,22;618:8,14;619:13;
621:24;623:14,15,20,25;
624:19,20,22;625:2,7,25;
626:24;628:5,19,630.10

**BTA's (27)**
358:23;424:18;429:10;
460:18;468:3;473:17,22;
474:19;478:3;479:7;489:16;
490:6,17;514.17;515:9;
560:18;565:23;578:13;
580:10;583:23;585:6;586:16;
587:13;619:22;623:21;624:3;
626:9

**budget (2)**
377:17,23

**Bulgakov (7)**
459:9;460:3;462:23;463·7;
465:7,9,13

**Bulgakov's (1)**
460:9

**bullet (13)**
382:2,3.4.10,22;383:4;
574:3,9,14,16,19,591:10;
610:10

**bullets (1)**
384:17

**business (8)**
431:8,15;432:5,21;441:24,

442:4,489:10;516:2

**businesses (2)**
416:15;417:11

**buy (17)**
337:18;338:6;339:11;
344:21;348:19;415:5;437:24;
438:4,10,13;464:10;537:7;
577:7;613:22;627:13;628:18;
629:5

**buyback (1)**
595:20

**buying (8)**
339:25;341:16;346:7;
434:3;438:15;495:5,6;599:3

---

## C

**cabinet (2)**
420:8,11

**calculate (3)**
457:21;543:8,9

**calculated (1)**
629:13

**calculation (1)**
629:22

**call (18)**
349:14;394:15;400:18;
413:8,21;438:9;441:15;
444:16;446:20;451:6;502:17;
587:13,16,23;588.5,10.12,23

**called (25)**
335:13;375:10;376:6;
396:10;414:2;428:13;434:25;
441:12;465:24;472:23;
481:12;499:14;503:22;504:7,
13;506:7;507:9,20;520:13:
521:5;525:7;540:16;563:12;
587:16;589:20

**calling (7)**
468:4;483:18;491:5,9;

493:2,8;496:8

**calls (1)**
445:17

**came (14)**
390:19;391:19;397:10;
422:19;426:3;457:13;530:16;
575:6;577:19;583:22;586:15;
601:23;603:12;629:9

**Camille (2)**
332:2;349:18

**camp (3)**
560:25;561:4,5

**can (197)**
329:3,19;346:11;348:7,13,
25;354:18;360:11,14;361:18;
362:17;366:10;367:8;369:15;
371:11;372:16;373:3;374:17;
380:9;382:23,25;398:7,10,14,
17;399:5,14;401:20;402:22;
406:11,17,19,407:9,17,18;
408:7;412:20;415:3;416:3,23,
418:7;422:16;423:22;424:23;
426:15;427:4;428:5,23;
430:10,13,16;431:3;432:11,
12,25;434:14,15;435:4,8,9,16,
436:21;437:3;438:7,8;439:22;
440:4,15,19,442:7,17,443:13;
444:6;445:20;447:5,16,25;
448:22;450:9;454:22;456:21;
457:2;458:12,13,461:4,14,
465:4;466:7,467:23;472:8,12,
473:19;474:23;477:23;478:6;
479:4,10;480:7,22,24;483:3;
487:8;488:2,11;489:20;
490:10,19;492:8,13;493:4;
494:9,10;498:4;501:19;504:3,
25;511:24;512:2;515:15;
517:14,21;518:11;521:4,22;
524:14;528:13;529:4;531:22;
541:6;549:14;550:17;552:9;

554:3;555:23;556:21,22,
558:11;560:2;566:9,12,13,15;
567:13;569:16,20;570:24;
572:20;573:7,577:12;579:4,
13,24;580:17;582:8;583:4;
584:3;585:12,23,25;586:25;
591:5;592:15;595:11;599:13,
14;601:21,25;602:2,3,4,18;
603:19;604:3;606:13,25;
607,16,17;608:4;609:11;
610:9;611:14;612:25;618:10,
620:19;621:16;623:6,23;
624:5,13;625:14,21;626:6,15;
628:12,23;629:18;631:3

**cannot (11)**
398:11;404.17;432.18;
490:21;516:2,15;517:15;
544:17;586:23;594:22;610:16

**can't (3)**
337.7,386:15;586:17

**capability (1)**
421:2

**capacity (1)**
456:9

**capital (54)**
538.23;339.2;340:15;
341:2;367:6;392:10,10,13;
424:3;425:2;426:19;429:21;
430:22,23;433:4,5,21,22;
435.25;436.7,8,19.20.21;
463:24;471:18;473:6;475:20,
22;486:17;493:22;503:6;
509:13;518:22;520:21;
533:20;537:17;571:5;577:19,
21;597:10;598:24;599:2;
600.6,10;604:15;605:2,7,12;
612:10;613:21;619:13;
622:15;623:16

**capitalization (1)**
363:25

**capitalize (1)**
517:13

**capitals (1)**
339:8

**caption (1)**
506:13

**capture (1)**
370:25

**care (3)**
495:9;583:16;586:9

**career (4)**
413:6;487:6;510:12,14

**carefully (3)**
355:11;544:6;633:7

**carry (38)**
483:9;486:3,14,488:17;
489:4;490:21;491:10;492:21;
493:3,8,11,15,19;496:9;
497:2;502:8,11,17,23;503:3,
23,504:7,13,509:5,21;510:20;
511:22,24,575:25;587:21;
590:12,17,23;591:9;600:7;
603:17;621:22;623:13

**carrying (1)**
508:3

**case (54)**
328:6,6;330:3;333:22;
334:13;348:3;349:20;350:12;
356:6;359:20;365:10;370:11;
380:5,11,22;381:6,16;385:16,
21;387:7;393:18;396:19;
398:2;405:5;409:20,23;
416:20;423:9;437:21;440:22;
446:9,10;451:12,15,21;457:4;
459:20;465:20;473:8;475:23;
478:18;486:6,20;497:3;503:8;
526:3;585:8;591:14;592:4;
603:7;615:19;618:7,13;
630:22

**cases (2)**

**capitalize (1)**
454:24,25

**cash (8)**
484:10;491:11;548:23;
549:17;551:12;593:10,12;
622:10

**cast (5)**
431:21;432:7;527:17;
619:22;620:10

**catch (1)**
588:17

**category (1)**
579:24

**caught (8)**
366:8;367:4;368:12,14;
369:14;404:10;501:13;573:25

**ceased (1)**
522:8

**cell (1)**
625:16

**centers (1)**
380:23

**central (2)**
498:6;575:13

**cents (2)**
448:15;620:7

**CEO (2)**
390:23;588:11

**certain (15)**
394:7;419:17;429:13;
437:24;473:20;482:16;492:2,
499:19;515:22;538:14,17;
560:18;562:9;618:5;630:3

**certainly (15)**
360:4;470:25;473:14,20;
476:8,477:7;486:14;493:13;
502:7;503:21;504:5;508:24;
556:16;619:25;622:25

**certificate (1)**
528:8

**certified (1)**

433:10

**chain (5)**
347:9;605:8,13,17;614:23

**chairman (1)**
495:21

**chance (5)**
379:16;403:20;448:6;
504:9;545:2

**change (3)**
355:20;432:23;604:23

**changed (1)**
432:24

**changes (1)**
633:13

**Chapman (3)**
347:8,11,12

**characterization (2)**
597:15;602:12

**characterize (3)**
413:18,22;597:7

**characterized (1)**
435:14

**charge (5)**
437:18,19;495:14;523:12;
545:14

**charged (5)**
512:17,18;520:22;524:4;
622:13

**charging (4)**
485:24;510:15;522:8;
524:10

**chart (4)**
358:10;363:12;378:10;
514:14

**charts (1)**
589:18

**chat (11)**
343:3;445:24;582:14;
584:7,13,16,20,21;586:14,21,
23

**chatting (1)**
584:10

**check (3)**
463:2;512:9;570:2

**chief (2)**
597:4;598:2

**Chile (8)**
410:19;419:15;440:23;
441:6,10,16;531:9,18

**Chinese (3)**
342:18,20,21

**choice (1)**
549:4

**chose (2)**
502:17;628:18

**circulating (1)**
465:11

**circumstances (8)**
431:19;432:6;434:21;
482:17;486:20;551:4;552:9;
562:9

**cited (1)**
390:14

**citizen (4)**
410:16,17,18,19

**City (2)**
383:9,15

**civilized (1)**
498:5

**claim (11)**
334:2,5,8;385:20,23;
386:14,21;423:2,440:2;581:4;
582:4

**claimants (2)**
532:11,19

**claims (3)**
580:23;581:2,3

**clarify (2)**
394:12;631:2

**clarity (4)**

360:6,370:23;407:20;558:7

**class (1)**
438:21

**classification (1)**
510:2

**Claudio (314)**
326:12;327:1;328:1;329:1;
330:1;331:1;332:1;333:1;
334:1;335:1;336:1;337:1;
338:1;339:1;340:1;341:1;
342:1;343:1;344:1;345:1;
346:1;347:1;348:1;349:1;
350:1;351:1;352:1;353:1;
354:1;355:1;356:1;357:1;
358:1;359:1;360:1;361:1;
362:1;363:1;364:1;365:1;
366:1;367:1;368:1;369:1;
370:1;371:1;372:1;373:1;
374:1;375:1;376:1;377:1;
378:1;379:1;380:1;381:1;
382:1;383:1;384:1;385:1;
386:1;387:1;388:1;389:1;
390:1;391:1;392:1;393:1;
394:1;395:1;396:1;397:1;
398:1;399:1;400:1;401:1;
402:1;403:1;404:1;405:1;
406:1;407:1;408:1;409:1;
410:1;411:1;412:1;413:1;
414:1;415:1;416:1;417:1;
418:1;419:1;420:1;421:1;
422:1;423:1;424:1;425:1;
426:1;427:1;428:1;429:1;
430:1;431:1;432:1;433:1;
434:1;435:1;436:1;437:1;
438:1;439:1;440:1;441:1;
442:1,20;443:1,18;444:1;
445:1;446:1;447:1;448:1;
449:1;450:1;451:1;452:1;
453:1;454:1,7;455:1;456:1;
457:1;458:1;459:1;460:1;

461:1,14;462:1;463:1;464:1;
465:1;466:1;467:1;468:1;
469:1;470:1;471:1;472:1;
473:1;474:1;475:1;476:1;
477:1;478:1;479:1;480:1;
481:1;482:1;483:1;484:1;
485:1;486:1;487:1;488:1;
489:1;490:1;491:1;492:1;
493:1;494:1;495:1;496:1;
497:1;498:1;499:1;500:1;
501:1;502:1;503:1;504:1;
505:1;506:1;507:1;508:1;
509:1;510:1;511:1;512:1;
513:1;514:1;515:1;516:1;
517:1;518:1;519:1;520:1;
521:1;522:1;523:1;524:1;
525:1;526:1;527:1;528:1;
529:1,11;530:1;531:1;532:1;
533:1;534:1;535:1;536:1;
537:1;538:1;539:1;540:1;
541:1;542:1;543:1;544:1;
545:1;546:1;547:1;548:1;
549:1;550:1;551:1;552:1;
553:1;554:1;555:1;556:1;
557:1;558:1;559:1;560:1;
561:1;562:1;563:1;564:1;
565:1;566:1;567:1;568:1;
569:1;570:1;571:1;572:1;
573:1;574:1;575:1;576:1;
577:1;578:1;579:1;580:1;
581:1;582:1;583:1;584:1;
585:1;586:1;587:1;588:1;
589:1;590:1;591:1;592:1;
593:1;594:1;595:1;596:1;
597:1;598:1;599:1;600:1;
601:1;602:1;603:1;604:1;
605:1;606:1;607:1,8;608:1;
609:1;610:1;611:1;612:1;
613:1;614:1;615:1;616:1;
617:1;618:1;619:1;620:1;

621:1;622:1;623:1;624:1;
625:1,626:1,627:1;628:1;
629:1;630:1;631:1;632:1;
633:1

**clauses (3)**
526:4,7,10

**clean (2)**
553:2;617:10

**clear (27)**
331:20;333:16;342:9;
351:19;352:22;366:25;
370:20;373:24;391:18;410:7;
429:17;432:14;450:3;484:24;
487:20;494:14;496:6,19;
502:10;520:20;544:15;
545:18;548:8,555:11;600:19;
601:23;620:20

**clearly (7)**
339:16;340:6;353:18;
368:14;431:25;500:17;514:25

**client (3)**
378:19;408:6;437:22

**clients (4)**
342:23;378:11;437:2;
442:11

**climbing (1)**
574:11

**close (10)**
368:6;369:12;399:11;
415:24;483:17;485:7;498:8,
16;575:18;610:12

**closed (3)**
513:11,11;632:5

**closer (1)**
414:17

**Cohen (6)**
331:2,3;351:11,17;357:15;
358:14

**coined (1)**
502:12

**collapse (1)**
370:12

**collateral (2)**
440:10;537:23

**colleague (1)**
408:24

**collect (1)**
457:21

**collected (1)**
621:19

**collecting (1)**
376:2

**collection (5)**
545:2;547:9;551:11,14;
562:17

**Combination (2)**
431:19;432:5

**come (9)**
396:5;397:10;407:17;
426:21;516:15;528:22,25:
544:24;576:6

**comes (9)**
498:20;502:20;574:5,21;
575:10;586:22;602:9;610:18;
622:17

**coming (9)**
421:22;465:16;484:9;
502:15;503:10,15;614:22,24;
617:15

**comment (1)**
557:21

**commentaries (2)**
611:15,17

**commentary (1)**
612:2

**comments (1)**
613:13

**commercial (9)**
489:17;490:7,17;509:25;
511:3,10;573:4;579:2,19

**commission (1)**
437:19

**commitment (1)**
363:23

**commitments (1)**
526:22

**committee (17)**
330:19;331:13;332:15;
347:13,18;354:7;372:20;
374:8;375:2;379:3;387:3,22;
565:18,23;566:2,6,11

**commodities (1)**
423:7

**communicate (3)**
443:21;444:22;446:15

**communicated (4)**
443:6;444:4;568:21;607:23

**communicating (3)**
568:6;583:5;604:19

**communication (2)**
349:25;559:18

**communications (5)**
443:10;444:12;446:5;
567:25;568:4

**companies (5)**
372:11;417:2;421:16,20;
625:19

**companies' (1)**
358:11

**company (15)**
347:14;375:10,12;416:18;
417:5;428:10;433:22;438:18;
484:17;487:12;491:11;
498:20;506:6;533:17,17

**company's (3)**
417:12;429:11;438:16

**comparable (2)**
467:10;510:9

**compare (2)**
470:6;627:25

**compared (4)**
431:12;486:2;498:9;583:19

**compensation (1)**
610:13

**complaining (2)**
470:15;539:22

**complaint (54)**
337:25;353:14;354:3;
357:5,11,16,20,21,22,25;
358:14,20;381:13,14,15,17,
22,23;387:8;388:12,14,17;
390:14;393:11;396:23;
399:24;400:3,22,24;404:25;
405:18,19,25;406:18;407:12;
477:9,19;478:7;479:2,23;
480:2,8,483:7,25;484:4;
503:20;506:14;528:18;
534:23;535:17;585:10;
590:24;600:22;601:2

**complaints (1)**
399:17

**complaint's (1)**
534:24

**complete (6)**
418:24;432:22;448:14;
516:6;578:22;625:10

**completely (8)**
392:23;432:16;433:6;
472:13;492:13;536:16;
547:18;548:4

**completion (4)**
430:18;432:19;435:2;
516:22

**compliant (2)**
357:9,397:19

**complicated (4)**
449:6;465:7;520:12;628:3

**complied (6)**
345:12;374:20;560:8;
596:16;597:20;610:4

components (1)
590:22

composed (1)
491:15

concentrate (1)
611:21

concept (7)
391:25;436:20,23;487:9;
524:3;627:4;628:2

concepts (1)
543:13

conceptually (1)
485:7

concern (22)
427:24;428:7,9,13;430:10;
431:22;432:9;434:4,5;489:24;
498:21;512:24;516:3;
517:16,18;524:7;527:7;
536:21;537:18;600:3;623:12

concerns (1)
539:17

conclude (1)
593:16

concluded (1)
434:25

conclusion (4)
392:22;575:5;589:2;612:25

condition (4)
362:16;489:2;498:19;
517.16

conditions (2)
422:4;513:2

conduct (6)
381:24;420:21;421:3;
471:11,22;472:16

conference (3)
349:14;587:13,23

CONFIDENTIAL (308)
327:1;328:1;329:1;330:1;
331:1;332:1;333:1;334:1;

335:1;336:1;337:1;338:1;
339:1;340:1;341:1;342:1;
343:1;344:1;345:1;346:1;
347:1;348:1;349:1;350:1;
351:1;352:1;353:1;354:1;
355:1;356:1;357:1;358:1;
359:1;360:1;361:1;362:1;
363:1;364:1;365:1;366:1;
367:1;368:1;369:1;370:1;
371:1;372:1;373:1;374:1;
375:1;376:1;377:1;378:1;
379:1;380:1;381:1;382:1;
383:1;384:1;385:1;386:1;
387:1;388:1;389:1;390:1;
391:1;392:1;393:1;394:1;
395:1;396:1;397:1;398:1;
399:1;400:1;401:1;402:1;
403:1,2;404:1;405:1;406:1;
407:1;408:1;409:1;410:1;
411:1;412:1;413:1;414:1;
415:1;416:1;417:1;418:1;
419:1;420:1;421:1;422:1;
423:1;424:1;425:1;426:1;
427:1;428:1;429:1;430:1;
431:1;432:1;433:1;434:1;
435:1;436:1;437:1;438:1;
439:1;440:1;441:1;442:1;
443:1;444:1;445:1;446:1;
447:1;448:1;449:1;450:1;
451:1;452:1;453:1;454:1;
455:1;456:1;457:1;458:1;
459:1;460:1;461:1;462:1;
463:1;464:1;465:1;466:1;
467:1;468:1;469:1;470:1;
471:1;472:1;473:1;474:1;
475:1;476:1;477:1;478:1;
479:1;480:1;481:1;482:1;
483:1;484:1;485:1;486:1;
487:1;488:1;489:1;490:1;
491:1;492:1;493:1;494:1;

495:1;496:1;497:1;498:1;
499:1;500:1;501:1;502:1;
503:1;504:1;505:1;506:1;
507:1;508:1;509:1;510:1;
511:1;512:1;513:1;514:1;
515:1;516:1;517:1;518:1;
519:1;520:1;521:1;522:1;
523:1;524:1;525:1;526:1;
527:1;528:1;529:1;530:1;
531:1;532:1;533:1;534:1;
535:1;536:1;537:1;538:1;
539:1;540:1;541:1;542:1;
543:1;544:1;545:1;546:1;
547:1;548:1;549:1;550:1;
551:1;552:1;553:1;554:1;
555:1;556:1;557:1;558:1;
559:1;560:1;561:1;562:1;
563:1;564:1;565:1;566:1;
567:1;568:1;569:1;570:1;
571:1;572:1;573:1;574:1;
575:1;576:1;577:1;578:1;
579:1;580:1;581:1;582:1;
583:1;584:1;585:1;586:1;
587:1;588:1;589:1;590:1;
591:1;592:1;593:1;594:1;
595:1;596:1;597:1;598:1;
599:1;600:1;601:1;602:1;
603:1;604:1;605:1;606:1;
607:1;608:1;609:1;610:1;
611:1;612:1;613:1;614:1;
615:1;616:1;617:1;618:1;
619:1;620:1;621:1;622:1;
623:1;624:1;625:1;626:1;
627:1;628:1;629:1;630:1;
631:1;632:1;633:1

confirm (2)
358:4,6

confirmed (1)
396:15

conflicting (11)

338:17;341:13,18;346:5,8;
464:11;470:8;572:4;598:23;
599:6,6

conflicts (1)
460:19

confused (1)
563:16

confusing (3)
337:23;338:19;495:2

confusion (1)
492:24

congratulating (1)
528:9

conjunction (5)
420:12;421:8;422:13;
531:13;619:13

connection (8)
330:10;333:6,10;353:20;
361:6;530:7;569:17;625:18

consider (1)
393:10

considerable (2)
430:20;578:12

consideration (1)
613:15

considered (3)
486:22;598:20;610:7

considering (6)
481:15;597:9;605:19;
606:8,20;615:8

considers (1)
595:19

consistency (1)
570:3

consistent (2)
493:25;598:17

consolidated (4)
425:19;427:12,18,20

constituted (2)
546:4,10

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

constitutes (1)
546:20

consultants (1)
424:5

contact (5)
330:9,13,17,23;568:12

contacted (1)
328:3

contain (2)
426:11;469:16

contained (1)
492:12

contains (3)
381:14,17;434:18

contend (1)
601.17

contending (3)
483:22;484:2;485:19

content (2)
465:6;596:11

contents (6)
427:4,7,9,11,16;588:4

contest (2)
449:12;450:4

contesting (2)
449:15;591:21

context (8)
380:24;388:4;437:16,23;
464:8;560:21,23,24

contingencies (1)
453:12

contingent (1)
471:8

continue (4)
431:22;432:8;529:3;602:12

continued (1)
337:18

continues (1)
430.22

continuing (2)

338:6;398:4

contradicted (2)
394:11;548:15

contradicting (2)
338:20;425:7

contradictions (2)
394:13,15

contradictory (7)
339:7;392:23;430:25;
431.4,16;468:19;536:10

contribute (1)
456:19

contributed (2)
515:13;619:12

contribution (2)
412.23;619.7

contributions (2)
593:12;619:17

control (2)
550.2;553:3

controlled (4)
486:5;507:7;532:8,16

controller (3)
486:18;488:21;593:10

controlling (4)
485.24;486.7,10;556:11

convenient (1)
617:19

conversation (8)
334.18;397.17;403.20;
406:21;457:25;465:5,6,9

conversations (1)
403:9

conversion (1)
448:12

convert (1)
619:4

converted (1)
631.12

conveyed (1)

528:10

convicted (3)
453:24;454:4,18

conviction (1)
586:8

Coped (1)
459:23

copied (3)
459:22;460:2,2

copies (1)
361:17

copy (6)
338:4;359:18;384:5;
387:11;437:15;584:20

core (2)
487:18;578:13

corporate (4)
373:22;386:11;406:22;
565:2

corporation (3)
506:2;508:25;532:25

Correct (94)
326:25;327:4,14;329:7;
337:19;338:5;342:4;344:22;
358:2,3;359:14;360:17;
366:12;369:18;391:15;393.9,
18,19,22;396:20;413:4;
414:10,16,17,25;448:9;453:7;
459:7;461:23;465:15,21;
470:14;472:22;473:18.25;
474:2,475:13;476:6;480:15;
492:17;494:14;496:9;502:12;
505:12,19;506:16;509:19;
512:19;514:6,10;515:11;
518:2,532:3;546:22,23,25,
549:10,11;554:12,555:9;
556:7,13,19;559:4,5,7,8;
562:11;567:17,18;589:14;
590:24;592:7,14;594.17,20;
596:3,4,6,25,597:2,5;598:5;

603:13;605:9,14,17,23;
608:20,25,617:25;624:22;
631:14,18

corrected (1)
516:9

correcting (1)
546:16

corrections (2)
633:7,9

correctly (1)
497:9

correlates (1)
473:10

corresponded (1)
459:19

correspondence (2)
582:12;604:13

corresponding (3)
539:11;561:15;582:24

cost (17)
341:5;348:15.17;419:21;
490:25;491:5,6;574:5,22;
575:7,10,13,14,18;578:19;
580:10;602:22

costs (3)
456:5.20;537:25

could (56)
328:5;339:9,12;345:19;
349:14;351:15;355:7,12;
358:9;359.25;361:8,8;368:12,
23;374:5;382:2;386:17;
391:14;394:12,12;417:6;
420:5;421:4;436:22;445:17;
471:6;493:24,24;510:8;511:3;
513:5;543:4;549:25;552:21;
556:17;557.2,19;558:25;
559:9,15;561:16;571:23;
572:6;576:3;583:22;585:19;
586:16;593:16;602:11;603:6,
606:18;615:24;620:21;

624:17;630:6,11

**couldn't (30)**
329:10;332:14;333:20,20;
347:5;348:18;350:6,24;
351:14;360:4;364:3;366:25;
369:6;391:24;397:12;423:17;
426:7,7,8;451:8;452:5;
461:20;549:11;568:17;569:8;
589:4;611:2;617:7;619:20;
627.25

**counsel (4)**
331:15;375:25;376:5;
607:18

**counter-parties (2)**
567:20,23

**countries (1)**
575:14

**country (10)**
404:9,9;410:18;423:5,6,7;
439:9;441:17;533:15;627:7

**couple (11)**
407:18,19;414:22;459:15;
470:10;481:4;517:20;540:20;
560:6;590:16;601:14

**coupon (5)**
372.13;415:12;416:13,14,
14

**coupons (4)**
415:6,7;602:3,4

**course (8)**
394:16;395:22;414:21;
460:13;462:4;535:20;581:9;
628:10

**Court (19)**
325:16;341:23,24;399:21;
405.5;425:16;451:23;452:12;
529:9,21;553:16;563:2;
576:12;591:15;595:5;608:9;
611:8;614:6;633:21

**courts (4)**

591:15;621:5,12,13

**cover (4)**
387:21;427:9;460:22;590:3

**covert (1)**
448:7

**credence (1)**
341:24

**credit (5)**
551:10;569:14,14,17;572:3

**creditor (3)**
347:19;359:4;582:5

**creditors (16)**
358:23;460:11;461:10,22,
25;462:3;467:21;468:5;
469:4;518:7;549:9;565:18,23,
25;599:11,20

**creditors' (2)**
566:6,11

**credits (1)**
440.4

**criminal (1)**
454:4

**criminals (1)**
453:24

**crisis (3)**
498.5;510:11;544:24

**crucial (1)**
577:21

**curious (1)**
425.25

**current (3)**
355:2;405:8;569:24

**currently (4)**
410:23;411:13;535:7;
594:16

**cut (1)**
494:7

---

**D**

---

**damage (1)**
552:2

**damages (5)**
385:20,25;393:16;396:18;
600:5

**damaging (2)**
493:22;494:21

**Dan (3)**
347:8,11,12

**data (1)**
516:5

**database (4)**
397:6,13,15;403:8

**date (53)**
326:4;327:17;335:5;
337:17;340:11;346:20;
356:23;371:5;372:8,23;
373:11,14;376:11;377:19;
387:5,20;388:8;390:5;399:25;
408:15;425:15;431:24;452.4;
456:6,13;458:11;462:5,14,
463:12;475:14,16;478:18;
500:18;519:12,13,14;529:8;
553:15;554:6;558:15;562:25;
563:15;576:11;585:20;590:2,
7;595:4;604:10;608:8,611:7;
612:19;614:5;633:12

**dated (13)**
331:25;335:10;338:8;
340:14;344:4;349:8;352.11;
373:19;576:14;596.2;604:9.
10;608:24

**dates (11)**
331:8,20;364:10,22;365:14;
366:4;368:6;375.6;400:17;
463:2;572:21

**daughter (11)**
341:15;374:11,12;400:12,
14;413:3;434.2;440:19;
450:2;531:17;599:2

**daughter's (1)**
441:4

**day (10)**
414:21;435:25;462:12;
463:4;477:25;513:10;563:18;
607:12;617:13,18

**days (18)**
405:21;432:23;433:4,20;
463:14;470:10;495:16;
525:17;536:3;539:23;571:14,
590:17;592:23;602:7,607:14;
614:15;629:23;633:18

**deal (1)**
373:20

**dealing (1)**
331:11

**debt (16)**
339:13;358:24;377:9;
413:11,20;415:6;447:19;
448:7,12,15;463:25,464:3;
516:23;610:12;615:10;616:6

**Debtwire (1)**
555:25

**December (13)**
333:23;334:4;357:6;
369:24;385:17;388:5;425:21;
430:24;554:7;556:17;557:2,
17;608:24

**Dechert (23)**
330:13,15,18,19,25;331:6,
10,15,24;332:9;349:8,12,15,
19,350:11,14,351:7,10,15,24;
353:16;354:2,6

**decide (4)**
405:6,422:6;559:13;566:24

**decided (2)**
421:14;457:19

**decision (10)**
434:12,19;457:8;463:20;
525:24;526:15;527:15;

Confidential

559:18;569:15;631:19

**decision-maker (2)**
    421:13;442:3

**decision-making (4)**
    411:9,17,20;421:25

**decisions (6)**
    422:14;426:13;544:3;
    569:12;583:15;628:15

**declaration (3)**
    411:22;529:7,11

**declared (3)**
    622:20,22,23

**decrease (11)**
    392:13;424:10,11;436:7;
    475:20,22;518:22;593:7;
    600:9;602:3;630:11

**decreased (4)**
    416:14;490:7;517:6,25

**decreasing (1)**
    392:9

**deed (22)**
    342:9;391:22;392:2;393:5;
    395:20;396:8;440:14;471:4;
    477:11;480:10,17;481:16;
    544:13,19;547:18,20;549:25;
    557:25;558:20,23;559:20;
    562:7

**deeds (1)**
    440:9

**deem (1)**
    432:18

**deemed (18)**
    395:12;424:16;433:22;
    439:10;473:6;476:13;490:4;
    494:18;536:20;537:18;
    544:16;571:11;592:24;593:2;
    616:10;629:25;630:3;633:20

**deeming (1)**
    517:10

**deep (1)**

555:2

**default (6)**
    547:23;550:9,13;551:18;
    604:17;605:4

**defaulted (1)**
    385:6

**defend (1)**
    457:9

**defendant (2)**
    381:9;408:22

**defendant's (2)**
    529:13,21

**deficit (4)**
    430:23;436:19,20,21

**define (1)**
    568:11

**defined (3)**
    540:21;542:8;553:2

**defining (1)**
    500:9

**definitely (3)**
    404:10;486:25;515:21

**definition (8)**
    362:18;392:2;484:21;
    500:10;542:9,543:21,22,
    550:19

**degree (1)**
    411:4

**delay (1)**
    609:7

**delegated (1)**
    411:21

**delete (7)**
    445:25;616:18,20,23;617:4,
    5,12

**deleted (2)**
    618:18,19

**deleting (2)**
    617:17;618:16

**Deloitte (1)**

545:12

**denominated (2)**
    382:18,20

**dense (1)**
    542:15

**depend (1)**
    438:18

**depends (10)**
    368:18;369:3;413:25;
    415:10;421:10;429:12;
    434:21;568:9,10;617:11

**depicted (1)**
    493:9

**depose (1)**
    512:6

**deposing (2)**
    456:8;633:17

**deposit (8)**
    340:20;484:14;489:5,6;
    519:23;520:6;522:19;578:19

**deposited (1)**
    573:22

**deposition (22)**
    326:12;331:22;343:2;
    344:3;347:7;349:7;352:8;
    353:10;354:11;357:4,405:9;
    407:14;408:4;437:6;464:15;
    478:16;503:25;607:11;633:6,
    15,19,20

**depositions (2)**
    407:22;545:25

**depositors (7)**
    490:17;522:9,10;523:13,13;
    573:4;624:11

**deposits (33)**
    341:6;484:12;487:15,22;
    488:13;489:8,12,17;490:7,14,
    16;491:2,5,11;496:12;501:4,
    9;509:19;519:10,22;522:3,17;
    572:18;578:10,17;579:3,20;

589:17,20,593:13;615:9;
    621:20,23

**deprived (1)**
    448:7

**depth (1)**
    369:5

**deputy (2)**
    597:3,25

**describe (2)**
    384:11;503:18

**described (3)**
    404:24;499:20;504:11

**desire (3)**
    404:7;460:20,21

**despite (4)**
    430:18;432:18;602:13,14

**destroy (2)**
    533:25;534:6

**destroyed (1)**
    439:14

**destroying (1)**
    533:17

**details (3)**
    334:20;440:13;509:20

**determine (7)**
    421:7;438:16,23;471:12,23;
    472:16;501:8

**detriment (3)**
    367:6;494:23;503:5

**developed (1)**
    415:8

**development (1)**
    463:10

**developments (2)**
    385:12;403:14

**deviation (3)**
    436:3;570:9;603:8

**dictator (1)**
    450:2

**didn't (67)**

330:17;337:10;347:3;
348:5;355:24;356:4,5,360:5;
363:20;364:16;370:24;
371:24;386:24;391:21;392:8;
395:15;396:16;402:11;414:5;
436:15;439:16;447:20,22;
448:6,16;452:18;453:2;465:5;
469:22;470:10;471:2,9;
473:13;474:18;477:13;485:9,
15;494:18,20;498:17;500:21,
25;502:7;509:11;549:3;
552:17;562:2,4;567:10;
570:18;578:21;581:21;
582:10;594:13;598:22;
599:11,20;601:13;602:6;
613:12,25;620:20;625:14,15,
22,24;626:4

**differ (4)**
467:4;469:3;532:10,18

**difference (5)**
484:13;622:17;623:2,9;
627:14

**different (30)**
327:10;339:9;342:22;
346:13;383:18;410:3,13;
413:25;421:10;445:17;
482:23;489:15;491:17;510:2,
3;524:25;530:20;548:10;
553:22;555:12;569:21,22;
592:19;613:10,20;616:9;
627:19;628:24;630:4,21

**difficult (5)**
537:6,12;539:8;570:18;
572:3

**difficulties (3)**
452:16;578:24;579:19

**diffusion (1)**
429:12

**diligence (6)**
420:17,20,21,23;421:3,5

**direct (5)**
397:25;567:25;568:3,11,12

**directed (1)**
481:7

**direction (5)**
382:12;385:6;552:12,13;
570:13

**directly (9)**
330:18;331:14;358:16;
459:19,21;483:7;537:17;
545:5;567:11

**director (1)**
390:25

**directors (6)**
355:3,21,24;411:12,14;
532:25

**dirty (2)**
356:2,7

**disagree (9)**
474:14;501:6;512:12,13,14;
557:22;585:15;592:7,11

**disagreeing (1)**
391:11

**disappear (1)**
440:15

**disapprove (1)**
527:18

**disaster (1)**
480:5

**disclosed (5)**
340:2;460:6;494:20;509:9;
519:22

**discloses (1)**
363:15

**disclosure (1)**
589:16

**discount (2)**
382:15;414:9

**discounted (1)**
414:19

**discounts (2)**
414:15,25

**discovery (6)**
407:6,21;478:14;617:25;
618:6,12

**discretion (3)**
551:3,23;552:2

**discrimination (1)**
332:19

**discuss (8)**
338:15;406:6,20;451:3,12,
15;507:25;552:5

**discussed (19)**
327:13;384:16;414:21;
438:2;443:3,8;451:10;452:15;
499:9;501:14;517:22;520:8;
541:17;572:9,11;592:21;
614:20;616:5;631:22

**discusses (5)**
519:6,9;550:8;561:8;
591:13

**discussing (6)**
338:20;339:5;447:9;451:9;
458:8,10

**discussion (12)**
331:17;366:13;379:11;
513:23;564:25;565:18;578:9,
14;588:11;609:21;612:21;
625:17

**discussions (14)**
338:24;350:14;374:3;
385:7,25;388:6;398:5;402:7;
407:13;446:8;460:24;500:23;
501:3;571:20

**dis-informed (1)**
365:24

**disorganized (2)**
516:7;537:15

**disposal (2)**
395:17;412:4

**dispute (2)**
575:4;620:24

**disputing (1)**
466:9

**distant (1)**
582:6

**distinguish (1)**
492:25

**distress (2)**
370:6;579:25

**distressed (5)**
413:11,19,23,24;414:6

**distributed (1)**
358:22

**distribution (8)**
395:23,25;483:20;484:8,22,
25;485:6;500:14

**distributions (12)**
363:17;480:13,19;482:25;
486:9;487:2,14;499:25,
505:10,13,526:23,25

**diversification (1)**
423:12

**dividend (22)**
361:12,13;362:19;482:12,
13,483:23,484:5,6,7,8,13,16;
485:7,487:5,9,10,23,500:9,10,
13,14;505:10

**dividends (20)**
361:10;362:3,6,7,13;
363:17;419:22;480:13;482:5,
16;483:5;485:21;486:11,21,
23;487:2;488:14;499:24;
526:23,24

**document (78)**
335:21,25;360:23;368:9,17;
369:8,16;371:13;377:12;
384:4,4;409:3,5;425:22,25;
426:5,25;434:17;435:19;
452:12;459:8;465:18,19;

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

466:3,8;477:19;481:24;
500:22;501:2,11;502:7;509:7,
523:19,21;525:22;528:25;
529:4,10,14.17;531:21;
548:11;553:17;554:3;559:24;
563:6;566:15;572:8;573:10.
576:13,17;577:13,14;580:8;
582:8;587:4,6,16;590:9,19;
591:5;595:6,9,11;606:9;
607:4,4;608:14,15,18;609:8;
611:9,12,15;614:7,10,12,13

**documents (25)**
360:3,13;388:10;397:5,9,
22;399:20;402:10,15,16,19,
24;429:9,13,14,24,25;504:10;
526:3,10;576:22;590:16;
607:2,20;608:3

**doesn't (22)**
332:25;337:6,9;352:24;
353:2;365:5;367:5;377:21.
390:21;391:19;399:13;
461:15;508:24;520:5;550:12;
560:16;565:11;586:14.
589:12,14;593:6;604:20

**doing (15)**
351.18;379:7;416:2,
452:10;468:16;479:14,16;
511:20,22;545:22;564:22;
571:25;582:6;628:20;633:11

**dollar (8)**
382:14,14,15,16;447:17;
449:25;543:5,6

**dollars (7)**
382:18,21;439:18;449:16,
18;450:5;593:20

**domicile (1)**
420:4

**done (27)**
346.22,24;371:7,392:24:
394:25;424:4;433:19;440:9:

478:14;511:13;516:8;527:25,
528:20;531:21;534:13;
538:25;539:5,6;571:23;591:4;
593:3,4;603:2.9:607:11;
620:3,24

**don't (371)**
327:16,24;329:8,8,21;
331:8,16,19,19;332:6,14,18,
24;333:12,16,16:334:17,19,
21;335:16,19,336:18,22;
337:13;340:4,23;342:22;
343:13;344:9,16,23;345:4,19;
346:20;347:16;349:24;
350:18,21,24;351:3,5,10,11,
19;352:3,18,23;354:5,8;
356.9;358:15,17;359:17;
361:8,9;363:20;364:10,21,22;
366:4;368:18,23;369:11;
370:20;372:4,4;373:24:374:5,
9,10;375:6,6,13,13,19,23;
377:4,4,7,13;378:23;379:9,15,
18,22;381:4;382:13;384:4,5,
14;386:2,20,23;387:17;389:8;
392:20;393:14;394:23;
395.24;396.11;397.9,11,13;
398.15,21,24,399:6,13,15,22;
400:17,21;401:21,22,23;
402:6,13,23,23;403:18;404:2,
20;406:2,6;410:2;412:2,5,9,
21,21;413:12,12,16;415:4,21,
416:7,13,15;417.16,20,21,25.
418:8,11;421:2,13;422:8;
424:24;425:3;426:25;428:6,
11,21;429:8,15;430:15;431:2;
432:17,21,435:17;437:9,
439.25;440.5,25;442:18,25;
443:5,9,23;444:13;445:9;
446:2,2,17,19;449:4,4,14,20;
450:10;452:3,4,9,13;453:9,10,
11,17,17;454:23,24;457:12;

458:10;459:6,16;460:2;461:8.
10,18;462:16;465:16,466:16;
468:11;470:5,21,25;472:19;
474:6,15,16.475:14;476:7;
477:8;478:8;479:12;480:21;
481:4,5;487.24;495.23;496.4,
6;497:10;499:16,16;502:2,13,
13,20;505:14;507:11,15;
509:20,23;511:24;515:23.24;
516:5;519:2.19,520:7;523:6.
7,10;525:2,15,25;527:20,23;
528:2,7;532:22;538:11,21;
539:7,12,15,23,24;540:2,13;
541:7;542:16;545:10,11;
548:9;549:20,550:7;553:23;
554:2,14,558:7;560:6,561:22,
562:19,21;563:17;564:6,13,
13,15;566:10,13,19,25;
567:22;568:3,17,21,24:569:8.
8,14;571:17;572:21;575:22;
576:21;577:2,2,3,4;579:6,10,
17,580:2,12,13,16;581:20,21,
22;582:2;584:8,12,14,17,18,
22,22;585:3,13,21;586:5,12;
588:15;590:11;591:25;592:3;
593:18;596:14,18,21;600:21,
25;601:2;606:14,16;611:21;
612:11;613:11,12;614:23;
615:6,16,23;616:6,17,24,24;
617:10,10;619:2,6,16,18,20,
24;622:9,14;623:10,18;
624:14,14,15;625:8;626:11,
11,14;628:16;629:20,22

**doubt (3)**
431:21;432:8,581:7

**down (13)**
349:17;382:25;401:18;
461:16;463:17;495:20;
496:23;544:24;566:12.13;
574:12;606:24;610:20

**Dr (1)**
356:10

**draft (5)**
335:12.13,21,25;354:2

**drafting (1)**
383:19

**drag (1)**
509:13

**dragging (1)**
486:17

**drags (1)**
447:7

**dramatically (2)**
495:10;604:23

**drastically (1)**
489:18

**drawing (1)**
501:18

**dry (2)**
461:10,22

**duc (12)**
355:12;417:6;420:21,23;
421:3,5;509:18;547:25;551:7;
552:21;603:12;627:23

**duly (1)**
326:7

**duplicative (1)**
553:24

**during (22)**
397:21,22;422:20;437:5;
443:7,458:18;467:3;468:18;
469:4;489:21;495:15;516:14,
14;518:15;568:19;588:23;
592:23;593:25;598:16;600:6;
627:21;629:20

**dust (1)**
544:23

**duties (1)**
533:2

**dynamic (3)**

Case 1:12-cv-08852-JMF   Document 271-40   Filed 08/26/20   Page 238 of 278

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

422:22;515:21;573:18

# E

**each (6)**
438:18,18;457:21;466:3;
509:14;585:18

**earlier (15)**
350:5,9;359:9;409:15;
410:22;441:2;461:21;504:19;
537:2;579:16;581:23;600:23;
626:4;631:8,15

**early (5)**
338:11;388:10;431:9;
564:2;616:3

**earned (4)**
485:19;486:21;487:22;
488:13

**earning (2)**
501:4,8

**easier (3)**
381:13;458:20;541:6

**easily (1)**
440:15

**easy (5)**
438:19;479:24;544:10,18;
617:20

**economic (2)**
403:18;488:20

**economist (8)**
411:2,6;486:9;487:4;
502:25;510:13,14;515:25

**effect (2)**
325:15;622:15

**effort (5)**
379:17;392:24;479:14;
498:12;618:13

**efforts (14)**
340:19;345:6;392:22;
397:11;424:8;470:13,24;

478:2,3;539:6,18;545:2;
559:23;618:7

**EFG (7)**
343:3,15,16,20,23;442:19;
443:3

**Egorov (2)**
376:7,19

**eight (6)**
514:18,21;515:10;516:3;
517:15;595:19

**either (20)**
352:17,22;354:18;392:8;
397:22;398:10,14;399:18;
400:6;416:16;442:2;443:15;
455:8,14;471:10;480:17;
582:20;598:8;621:4,11

**electronic (2)**
530:6;531:6

**elements (3)**
527:11;535:16;542.25

**else (9)**
354:9;370:21;371:11;
379:18;491:25;509:6;510:13;
548:24;552:16

**else's (3)**
444:18;606:2,2

**email (100)**
326:3;328:25;329:2,10,11;
335:4,9,14;336:19,23;338:8,
10;340:10,13,15,21;341:9;
343:2,5,10,13;344:3,15;
347:9;350:19,21;352:8;
353:11;354:23;355:19;
373:10,13,18,19,23;376:17,
17;390:3,9,11,15,16;437:3,16,
17;460:9;462:5;463:3,12;
466:6,13,15;553:14;554:5,6;
555:4,8,12,17;558:14;560:3,7,
17;561:19;562:14,24,563:9,
15,24;564:3,10,11,22;583:12,

13,14;584:24;587:10,11;
590:3,5,595:3,15,18;596:5,12,
19;604:8;605:8,13,17;608:7;
610:24;611:6;614:4,20;617:4,
5,10,21

**emailed (1)**
390:10

**emails (19)**
347:7;349:7,9;354:11;
568:8,13;612:6,8;614:23;
616:14,18,23;617:8,9,13,18;
618:8,14,19

**embedded (3)**
423:15;502:9;539:3

**embezzlement (4)**
399:9;404:14;451:25,453:6

**emerging (5)**
413:7,8;415:5;437:25;
608:17

**emotions (1)**
586:9

**emphasized (1)**
480:11

**employee-qualified (1)**
345:2

**end (24)**
346:23;355:19;358:9;
369:15;379:23;435:23;
456:23;510:19,19;523:20;
525:4;527:6,544:12,547:6,11,
19;571:6;589:17;593:4;
594:2;599:25;603:3,4,10

**endeavor (3)**
424:5,13;425:9

**ended (4)**
369:24,25;425:20,530:19

**ending (1)**
612:14

**ends (3)**
403:17;475:2,632:4

**engage (5)**
331:18;351:7;375:25,
488:22;630:13

**engaged (8)**
338:13;377:2;442:8;457:8,
512:21;535:8;603:16;624:18

**engaging (3)**
331:14;511:9;533:18

**English (4)**
354:18;486:22;582:21;
584:5

**enough (1)**
456:10

**Enron (4)**
370:11;571:2;577:7,10

**entered (2)**
478:17;504:14

**entering (1)**
508:25

**entire (9)**
368:8;371:18;438:3;
503:25;533:13;557:18;605:8,
13;613:9

**entirely (1)**
597:17

**entities (10)**
327:3;387:9;410:10;442:8,
12;501:16;504:6;507:6;
539:19;607:12

**entitled (17)**
343:3;354:19;361:4;
367:11;385:21;387:22;406:8;
407:5,24;488:6,8,9;497:18,
23;498:3;532:7;621:25

**entity (4)**
503:22;504:6;539:10;
552:15

**entrepreneur (1)**
404:7

**envelopes (1)**

418:22

**equals (1)**

508:4

**equity (22)**

339:13;412:17;430:21;

447:19,22;448:7,13,16,464:3;

484:9,11,17;485:3,9,12,14,18;

549:16;619:5;623:12;624:7,

25

**equivalent (1)**

551:8

**errata (4)**

633:9,11,13,17

**erratic (1)**

460:19

**escaping (1)**

414:23

**especially (12)**

360:9;369:13;403:15;

422.25;484:23;488:2;516.9;

526:23;568:19;594.7;599:6;

615:8

**ESQ (3)**

326:16;408:19;631:6

**establish (1)**

607.21

**established (3)**

384:24;412:18,23

**estate (4)**

399.10;404:15;438:20;

440:16

**ETA (1)**

343:3

**Europe (1)**

575:14

**European (1)**

575:13

**evaluate (1)**

542.19

**evaluated (1)**

543:25

**evaluation (3)**

543:3;544:16;547:13

**even (37)**

339:4,18;349:24;377:7;

381:2;392:6;395:5;404:12;

414:7;415:8;417:16;432:18;

433:19;452:13;463:18;473:5;

485:13;486:21;495:2.16;

501.17;515.24;517.22;518:8;

523:5;524:8,536:8,23.557:24;

558:18;585:23;594:4;605:21;

607:13;610:22;615:16;616:4

**event (6)**

388:4;547:23;550:8,12;

604.17;605.4

**events (8)**

389:3;403:11;436:5;

551:18;574:9,13,17;595:21

**eventually (12)**

330:22;367:20;381:3,3;

472:23;539:25;559:14;

571:11;618:22;620:23;

621:19;622:8

**ever (30)**

333.8;342:16;343:23;

344:16;349:13;367:18,19;

380:21;381:7,9;385:14,17;

395:24;426:5;428:16;429:6;

443.3,15,19;487:4;504:13,

507:8;568:15;569:4;576:17,

583:9,10;590:17;621:18;

622:21

**every (12)**

332:18;346:12;359:4;

394.19;457.20;495.7;498:5;

616:25;617:2,11;628:7;

630:12

**everybody (2)**

472:12,25

**everyone (2)**

491:25;541:6

**everything (10)**

330:21;358:18;391:23;

403:17;420:13;424.12;

447:19;467:6;479:17;539:24

**evidence (3)**

440:10;464:11;580:8

**exact (9)**

331:8;333:16;366:4;

387:17;400:17;412:22;

448:10;475:14;600:25

**exactly (24)**

329:8,22;331:16;339:25;

340:4,346:20,354:5,9,356:9;

369:6;384:19;392:20,415:4;

461:23;487:18;519:13;520:3;

540:14;555:3;575:20;596:9;

606:19;607:19,21

**examination (4)**

325:13;326:15;408:18:

631:5

**examine (1)**

630:23

**examined (1)**

326:9

**example (3)**

440:16;501:3;612:14

**ex-BTA (1)**

586:17

**excellent (1)**

496:23

**except (1)**

325:9

**exception (2)**

480:12;586:6

**excerpts (4)**

359:13,16;360:8;526:13

**exchange (12)**

336:13;366:20;548:23;

**549:16,18;567:9,14;601:24,**

620:5,9,15;629:10

**exchanged (3)**

395:9;513:12;537:24

**exchanges (1)**

568:20

**Excuse (31)**

345:9;367:9,23;374:15;

419:6;421:18;430:12;443:13;

451:14;462:19;477:2;491:3;

492:4,494:4;497:21;504:4,

506:24;518:3.530:21,546:7,9;

549:17;551:16;588:9;604:11;

605:10;612:4;618:11;621:6;

623:23;624:21

**executive (2)**

597:4;598:2

**exercise (2)**

402:20;403:2

**exhausted (2)**

454:8;607:15

**Exhibit (74)**

326:2;328:24;331:22;

335:3,9;337:15,22;340:8,9,

12,342:25:344:2,347:6,349:6,

25,350:4;353:10;354:10;

356:20;357:3;359:18;365:17;

371:3,6,9;372:6,9;373:9,12;

374:14,16;376:9,12;377:15,

16,20;384.6,387:2,6,390:2,9:

399:23;400:2;408:13,409:2;

425:12,18,437:6,7,458:13;

479:25;528:19;529:6;553:13,

18,24;558:12,13;562:22,23;

563:4;576:8,14,587:2;595.2,

7;604.4;608:5.6.11;611.5,10;

614:3,8

**exhibits (8)**

334:22;356:14;373:18:

376:14;437:11,12,458:20;

479:22

**exist (2)**
493:24;581:21

**existed (1)**
534:20

**existing (1)**
620:5

**exists (3)**
434:23;435:11,19

**expect (6)**
332:17;342:7;502:7;
552:14;605:3;606:4

**expected (5)**
467:7;468:6,22;571:12;
603:8

**expeditious (1)**
365:23

**expense (2)**
520:14;521:6

**expenses (5)**
455:10,15,21;456:2;520:17

**experience (2)**
416:25;447:6

**experienced (2)**
578:24;579:18

**experiences (1)**
592:12

**experts (1)**
476:12

**explain (8)**
431:3;448:3;512:2;567:13;
569:16;575:22;583:22;586:16

**explained (4)**
334:16;364:3;384:21;601:8

**explaining (1)**
386:3

**explains (1)**
551:2

**explanation (4)**
468:12;533:19;571:24;

624:16

**explanations (1)**
468:15

**explicit (1)**
350:23

**explicitly (1)**
565:11

**expose (1)**
356:4

**exposed (1)**
493:20

**expressed (1)**
410:4

**expression (1)**
461:23

**expropriation (1)**
404:3

**extensive (3)**
363:13;460:7;501:11

**extent (1)**
410:7

**extremely (2)**
485:25;510:21

**eyes (1)**
395:15

---

# F

---

**F-1 (1)**
369:20

**face (6)**
414:9,16,18,19,25;415:10

**fact (23)**
358:7;385:6;403:12;
434:24;438:3;446:7;464:13;
465:20;474:2;477:10,15;
478:14,23;511:7,18;534:5,10,
14;535:19;536:19;558:5;
562:5;615:8

**fact-finding (3)**

397:11;407:23,25

**factor (3)**
532:4,7,12

**factors (11)**
360:18,21;370:22,24;417:7;
423:4;516:9;532:2,23;533:21;
594:22

**facts (16)**
329:23;385:12;397:2;
399:16;449:14,20,450:11;
478:9,17;486:20;511:6;
522:20;534:4,16;536:23;
593:24

**factually (1)**
503:4

**faculties (1)**
557:25

**fail (1)**
633:19

**fair (11)**
413:9,18;416:20;417:9,17;
438:9;441:11;456:10;459:5;
597:7,15

**fairly (4)**
365:22;416:12;419:23;
600:18

**faith (1)**
394:4

**fall (1)**
355:12

**falling (3)**
500:18;597:12;598:4

**false (1)**
384:20

**familiar (18)**
332:6,25;375:10;376:6;
381:19;400:6;402:13,25;
417:4;428:7;452:7;465:23;
480:16;526:6,8,532:4;544:8;
573:3

**fantastic (1)**
589:25

**far (1)**
443:10

**fared (2)**
416:6;418:5

**farfetched (3)**
421:6;475:19;536:16

**fast (2)**
422:3;480:4

**favor (3)**
560:25;561:9;620:10

**February (14)**
338:9,11,11;339:24;462:5,
7,13,24,463:15;467:18;
610:19;613:18,19;616:3

**feel (1)**
628:13

**fees (3)**
456:12;578:11;593:20

**felon (1)**
454:18

**felt (1)**
549:3

**few (10)**
328:2;346:6;415:25;425:8;
518:5;537:2;557:11;573:17;
577:10;603:3

**FI (1)**
580:19

**fiduciary (2)**
533:2,7

**field (1)**
453:13

**fight (2)**
345:16;355:21

**figure (2)**
544:10;606:13

**figures (2)**
424:3;476:14

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

file (3)
420:8,11;513:15
filed (13)
333:22;334:2,6.8;357:6.12;
381:16;385:16;387:6;400:3;
446:21;462:9;581:3
files (7)
418:15,17;419:5,8;420:17;
421:17,21
filing (7)
325:6;357:24;359:20;
388:14,16;446:24;582:4
final (3)
519:5,9;529:17
finance (2)
484:25;626:25
finances (1)
479:7
financial (50)
343.16;369:23;370:2;
377:17;380:17,23;403:18;
416:2;422:2,12;423:20;
424:20;425:13,19;426:11,23,
24;427:12,18,20;428:12;
430:9,19;431:24;432:19;
433.8,20.23;434.10,17;
435:11;464:20;474:19;485:2;
486:4,16;488:25;498:5;
512:22;516:10;530:3;538:24;
575.15;578:24;579:19,25;
583:15;586:4;602:7;628.11
financials (1)
424:19
find (21)
344:10;365:9,17;401:12,14,
15;421:24;426.12;430.15;
458:15,20;479:24;480:24;
507:17;509:11;550:19;
552.18;606:14;609:8;617:20,
20

finding (7)
350:23;403:12;478:23;
483:2;534:11,14;617:17
fine (4)
386:15;461:5,522:15;
582:20
finish (7)
368:2;379:5;405:12;
468:25;494:5;500:24;579:5
finished (1)
536:20
finishing (1)
490:3
firm (13)
328:4;330:13,15,18;376:6,
19,24;379:7,12;400:3;408:21;
409:12;442:19
first (75)
329:5;331:5;332:11;333:3,
8,13;339:3,15;340.19,25:
342:13;347:25;356:5;357:20.
22;371:20;372:12;373:21;
376:4;382:4,10;392:21;
413:22;414:2,7,11;416:20,21:
422:21;427:23;429:5;435:23,
439.2,4;441:5,446:15,18:
450:23;451:6;460:17;463:4;
466:19;467:8,12;476:9,15:
481:3;490:3;493.19;502:11;
515.20;516.4;517:16;521:13;
533:14;534:2,7;536:4;565:5;
566:19;567:10,15;571:6;
576:2;577:17,20;580:22;
587:20;590:15;593:4.14;
600:12;609:11;627:5;629:8
fishing (1)
403:6
fit (1)
489.9
Fitch (4)

576:9,24;577:15;580:13
Fitzherbert (2)
351:3,3
Fitzherbert-Brockholes (1)
349:20
five (6)
345:7;433:25;445;10,11;
563:17,18
five-minute (1)
626:15
fix (2)
337:4,392:25
fixed (2)
454:12;494:17
fixing (2)
516:13,14
flip (1)
368:16
flipped (1)
368:11
flipping (2)
481:23;548:10
flow (3)
429:16;485:3;492:10
flowing (3)
353:4;491:17;581:16
flows (1)
485:2
fluctuated (1)
585:7
fly (1)
403:6
focus (1)
499:21
focused (2)
374:12;619:9
folders (6)
418:20,23;419:24;
617:22,24
folks (1)

394:22
follow (6)
408:23;454:23;520:12;
522:24;581:24;598:22
Following (9)
384:8;389:3;415:24;416:2;
518:15;522:23;537:5;579:22;
582:3
follows (1)
326:9
follow-up (2)
409:17;579:15
foolish (1)
355:12
force (3)
325:14;339:5;352:16
forced (1)
548:22
forecast (1)
467:3
forget (1)
472:12
forgetting (1)
600:15
form (17)
325:9;338:12;360:19;
367:17;406:16;415:2;435:8;
442:6,16;443:20,23;484:6,9;
499:15;531:7;538:4;547:19
formal (2)
423:19,24
format (1)
377:21
former (2)
533:14;534:13
forms (1)
530:6
formulate (1)
435:6
forth (1)

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

424:8

**forward (13)**
428:21;430:8;459:6;
462:18;465:2;466:6;517:24;
529:16;540:2;564:3;612:4;
622:2;630:23

**forwarded (10)**
347:9;462:22;564:10,11;
586:14;587:15;604:14;605:8,
13,15

**forwarding (11)**
340:14;349:18;350:20;
555:5,8;564:18,19;590:5;
596:2;612:17,18

**forwards (1)**
352:9

**found (9)**
341:24;396:17;447:12,14;
451:23;452:19;453:6;463:11;
609.10

**foundation (6)**
412:14,18,24;413:3;443:14;
454:11

**four (11)**
345:7,433:12,13,23,25;
440.3;500:18;545:10,11;
563:18;598:19

**fourth (1)**
525:19

**Francis (1)**
349:19

**fraud (24)**
404:25;405:2,15,17,21;
407:15;453:6;478:8,10,12,19;
487:19;533:23;534:10,17,18,
20,25,535:8;578:22;594.13;
624:18;625:11,23

**fraudulent (2)**
404.23;478:4

**free (2)**

580:14,15

**friendly (2)**
463:16,17

**friends (1)**
561:25

**from (181)**
327:10,21;328:25;329:4;
330:5,14;331:24;332:2,8;
335:9,14,25;340:6,13,15;
342.25;343.2,4,6;344:2,3;
346:14;347:6;349:9,18,19,20;
352:7;353:10;354:10;355:3,
365:18;373:18,19,20;374:11;
376:19;382:7;385:14,15,18;
386:3;390:9,13;394:2,2,3,9;
395.21,25;396:9;397:10;
399:21;402:5;403:21;404:12,
13;407:22;408:12,21;424:11;
428:18;431:10;437:17;
441.10,15,16,16:442:10.21;
447:5,453:24,456:19;458:17,
459:2,9;460:24,24;462:22;
463:6;465:14;467:5,6,21;
468:6,21;469:4;476:18;
480:13,19,482:25;483:13,20;
485.4;489:12;491:11;499:9.
10;502:21;503:9;509:8;
510:22;511:3;513:9;514:5;
516:24;517:6;518:5;522:4,24;
523.3.5;524:23;530:17,17,
531:4;532:10.18;534:20;
539:9,544:24;545:4,546:2,16;
548:2,2,6;549:22,23;554:5;
555:4,8;558:3;559:19,22:
560:3;563:10,11;564:18,20,
24,565.2;567:9,11,14;568:18;
569:2;574.4,20;575:9,581:16;
582:14;584:24;585:4;590:7,7,
21;592:12;593:8,16;594.15;
595:15;596:5;600:18;603:8.

604:8,21;608:18,22;611:15,
16,612:2,3,22;613:21;614:22,
24;617:10,16,18;618:4

**front (14)**
386:18;406:18;409:3;
412:22;425:22;437:3;528:19;
559:24;587:6;590:9;595:9;
607:20;611:12;614:10

**fugitive (1)**
586:17

**fulfill (2)**
552:17,18

**full (8)**
466:19;467:8;500:17;
525:19;526:25;565:10;
594:11;600:23

**fully (7)**
475:10;511:11,12;535:24;
539:5;543:8;601:7

**Fund (85)**
354:3,355:6;357.6;384:20,
24;385:14,15;390:25;393:12;
447:21;448:5,19;449:8,16,17;
450:5,464:23;480:11,18;
482:24;483:5;486:21;487:14,
22,488:13,489:11;490:15;
492:15;496:11;501:4,8,19;
505:11,25;506:14,15,21;
507:3,19;511:17;512:6;519:9,
22,522:18;532:10,17,533:2,9,
25;534:6,535:2,2,7,537.25,
538:8;552:5;571:9;573:21;
574:7;575:2,6;578:12;589:17;
595:19;597:4,9;598:2,8,9;
599:10,19,603:18;618:22;
619:4,12,621:18,24;623:2,22;
624:3,17,21,25;625:9;627:9

**funded (1)**
509:3

**funding (14)**

455:3,537:25;538:8,13,14,
15,18;574:4,20;575:6,9;
577:21;578:19;580:10

**Funds (38)**
326:24;354:19,24,355:2;
358:2;359:7;381:18;387:10;
409:15;410:12;411:8,9,12,13,
17,25;412:8,12,17,24,25;
418:16;419:2.4,7.11.14;
420:18,22;442:3,15,456:11;
489:14;491:16;527:19;
535:12,14,627:10

**Funds' (5)**
381:24;383:23;384:9,25;
385:5

**FURTHER (4)**
325:8,12;630:19;631:25

**future (4)**
398:9;522:3;556:11;570:13

## G

**gap (2)**
365:23;497:13

**gas (1)**
423:8

**gather (2)**
421:15,19

**gave (4)**
396:10;488:10;531:10;
569:16

**GDRs (2)**
482:2;485:15

**general (11)**
345:14;346:20;370:5;
423:4,17;502:6;524:2;526:4,
11;532:23;582:5

**generally (1)**
509:10

**Germany (1)**

410:19

**gets (1)**
484:17

**getting (10)**
348:6;386:10;454:14;
503:9;504:18;510:7;537:4;
545:4;619:9;620:25

**give (16)**
384:3;418:13;448:6;
480:22;544:22;545:2;548:22;
549:4,6;551:6;569:13,14;
572:3;579:4;624:17;626:14

**given (14)**
379:16;410:11;422:18;
439:9;448:15;486:15;498:6;
535:20,21;599:25;611:3;
614:16;623:9;629:2

**gives (1)**
562:16

**giving (4)**
509:4;604:24;610:15;
613:14

**glamorous (1)**
571:17

**Gliksberg (1)**
458:3

**goes (4)**
339:19;361:5;404:21;
416:19

**going (80)**
334:24;336:5,11;341:10;
352:5,6;353:8;356:17;365:15;
373:6;389:18;397:20;405:24;
406:7,9,20;407:4,5,10,14,19,
20,21;408:2,3,5,10;427:24;
428:7,9,13,430:9;431:22;
432:9;434:4,5;447:2;450:16;
478:21,22;480:4;498:21,25;
501:21;502:16;503:16:506:9;
512:24;516:3;517:17,24;

524:18;527:6,534:14;536:16,
21;538:19;541:9;543:20;
545:3;548:10,15;552:18;
560:10;567:3;579:22;591:2;
594:15;599:10,19;600:3;
601:5;603:22;606:6,607:3,14;
612:22;626:18;630:22;631:2

**going-concern (5)**
424:21;428:2,6;434:24;
435.12

**gold (1)**
423:8

**Good (29)**
326:17,18;395:15;401:15;
408:20;414:3,415:18;416:12;
429.4;439:12;468:12,14;
481:2;487:12;493:11;507:21;
508:19;511:25;515:24;
517:17;545:2,24;560:22;
562.16;570.7;593:21;601:4;
613:22;631:4

**Google (1)**
401:15

**gotten (1)**
360:2

**government (27)**
338:13;339:16;340:6;
356:3,11;370:8;392:24;
402:20;425:10;498:2;505:23;
507.7;510:23;511:8,11,19,
524:5;536:13,539:19;562:3;
593:3;594:3,8,599;10,19;
603:5;604:20

**governmental (1)**
573:24

**government-controlled (3)**
523:22,23,24

**governments (1)**
510.10

**grab (2)**

338:2,389:15

**great (1)**
627:7

**green (1)**
458:21

**Gresser (6)**
331:2,3;351;11,17;357:15;
358:14

**grotesque (1)**
493:21

**grounds (1)**
535:6

**group (3)**
430:22;457:3;561:4

**group's (3)**
430:21;431:22;432:8

**guess (11)**
328:11;338:14;400:15;
447:4;500:11;529:3;558:5;
560:5;571:7;579:14;626.6

**guy (4)**
351:4,5;531:4;613:25

**guys (1)**
348:4

## H

**hacking (1)**
402:19

**haircut (1)**
424:10

**haircuts (2)**
464:14;593:7

**half (6)**
414:22;451:24;452:19;
477:25;571:22,23

**halted (1)**
416:14

**Halyk (3)**
341:15;495:4,11

**Halyk's (1)**
464:9

**hand (1)**
408:2

**handed (19)**
335:8;337:22;340:12;
342:8;349:5;357:2;373:17;
376:14;390:8;400:23;425:17;
529:10;553:17;563:3;576:13;
595:6;608:10;611:9;614:7

**handing (1)**
331:21

**hands (2)**
486:18;553:11

**handy (1)**
394.20

**happen (4)**
336:10;463:21;547:22;
593:6

**happened (11)**
329:24;375:21;403:16;
404:3;447:14;460:22;489:22;
503:19;549:3;619:11,25

**happening (6)**
330:21;338:18;415:11;
447:13;457:10;600:14

**happens (2)**
550:8;593:7

**harass (1)**
356:12

**harassing (1)**
454:14

**hard (7)**
402:17;461:12;476:13;
493:23;552:24;557:24;570:7

**hardcopy (2)**
359:23;360:19

**having (16)**
326:6;393:22;429:18;
433:8;452:11;473:9;497:10;

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

519:19;528:3,5,8;535:14;
565:19;570:8;616:9;624:15

**head (7)**
345:20;372:5;449:7;
495:12;569:9;613:25;614:15

**heading (3)**
427:19;577:17,20

**headings (3)**
427:16;521:5,10

**headline (5)**
583:22;586:15,16,19,21

**headlines (1)**
452:18

**health (2)**
390:24;510:7

**hear (1)**
601:14

**heard (11)**
329:13;342:14;355:25;
392:14;401:21;402:4,10;
404:13;410:22;470:9;604:19

**hearing (1)**
424:18

**held (8)**
391:14;447:22;505:15;
513:23;543:19;544:13;558.8;
625:17

**help (3)**
357:15;365:15;546:14

**helped (1)**
510:15

**helping (1)**
575:13

**HEREBY (2)**
325:4,7

**herein (1)**
326:6

**Here's (1)**
338:4

**hereto (1)**

325:6

**high (13)**
437:20;483:16;485:25;
489:9;574:5,21;575:7,10;
578:10,17;580:10;587:14,22

**higher (10)**
415:7;490:15;510:21;
511:2;551:8;578:18;587:18;
592:25;629:10,11

**highest (1)**
583:8

**highlight (1)**
484:15

**highlighted (1)**
516:19

**highly (7)**
393:23;424:5;438:5,11;
485:24;600:6;629:10

**himself (1)**
487:11

**hindsight (3)**
460:4;484:24;537:16

**hired (3)**
380:3,6,14

**hiring (2)**
379:11;620.25

**historic (1)**
428:19

**history (3)**
363.3;385:12;445:25

**hitting (1)**
431:13

**hold (8)**
376:13;412:11;428:25;
530:25;552:15;571:13;607.8;
620.22

**holder (3)**
485:18;553:12;559:19

**holders (33)**
332:10;344:7;345:16;

358:24;412:17;457:11;
463:25;484:9;494:23;555:18;
556:4;558:3,560:13,16,18,22;
561:9,23,24;562:3,4,15;564:2,
4;565:9,10,604:16;615:13;
616:6;623:21;624:2,7,9

**holding (1)**
627:20

**holdings (2)**
336:14;379:2

**holistic (1)**
498:18

**home (2)**
420:9;568:16

**hope (2)**
363:10;572:5

**hoped (1)**
417:12

**horrible (1)**
542:11

**hour (3)**
356:15;368:22,25

**hours (3)**
368:19,21;481:4

**house (1)**
420:16

**Howell (1)**
396:10

**however (6)**
430:11,16,18;448:16;
466:22;467:2

**HSBC (5)**
404:5;574:2;575:5;580:18,
19

**huge (2)**
424:9,9

**hundreds (2)**
476:11;602:24

**1**

**idea (5)**
408:4;448:19;560:22;
567:19;613:22

**identification (26)**
326:4,335:5;337:17;
340:11;356:22;371:5;372:8;
373:11,14,376:11;377:18;
387:4;390:4;399:25;408:15;
425:14;529:8;544:9;553:15;
558:15;562:25;576:10;595:4;
608:8;611:7;614:5

**identified (2)**
409:11;568:13

**identify (4)**
554:3;560:2;595:11;611:14

**identifying (3)**
466:2;561:23;628:20

**lgal (4)**
328:25;390:9;560:3;561:20

**ll (2)**
525:3,19

**illiquidity (2)**
603:6,6

**illusion (1)**
448:14

**Ilyas (1)**
444:10

**IM (15)**
479:23;480:3;481:5,11;
482:23;496:25;499:14;501:7,
10,10,20,507:20;525:3;546.3;
550:8

**imagine (2)**
348:23;552:24

**immediate (1)**
559:2

**immediately (3)**

Atlantica Holdings, Inc. v.                      Confidential                                Claudio Khamis
Sovereign Wealth Fund                                                                      December 7, 2018

417:13;554:9;562:10

436:3,4;612:8

431:20;432:6

428:19;429:16;434:10,18;

**immunity (1)**

**included (6)**

**indisputable (1)**

435:24;436:17;440:6,453:3,

381:18

381:22;388:12;407:12;

561:13

23;460:5;463:23;464:7,8;

**impact (4)**

431:14;432:4;471:7

**individual (6)**

468:17.19;469:16,25:470:8;

436:8;485:3;510:20;533:20

**including (12)**

357:19;456:18;604:14;

471:3,24;472:2,6;473:10,11;

**imperative (1)**

331:24;353:13;358:23;

605:7,12;612:22

474:16;479:15;480:10,17;

633:16

383:7;393:10;497:13;498:9;

**individuals (5)**

481:18;490:2;495:24;496:5;

**implementation (1)**

518:18;569:24;581:4;608:23;

400:7;455:8,14;456:24;

497:6,11;499:11,12,17;500:3,

431:9

627:18

457:11

6:501:25;502:5;504:20;

**implemented (1)**

**inclusion (4)**

**industries (1)**

505:3;506:21;507:2,9,12;

342:9

436:5;468:13;471:20;

439:12

508:20,22,509:11;511:15;

**implementing (1)**

537:13

**inelegant (1)**

516:16;519:3;521:20,23,24,

431:8

**income (5)**

538:5

25;522:4,23;523:3,4,19;

**implications (1)**

520:14,15;521:6,7,13

**inexplicable (1)**

525:6,14,21;526:14,18;

600:3

**incomplete (1)**

469:17

528:20;531:19,23,536:18;

**implies (1)**

537.10

**infer (1)**

537:10,13;540:7;543:2,544:5,

520:21

**inconsistencies (1)**

523:3

6,12;545:17;548:2;549:13,21,

**implying (2)**

394:15

**inflation (2)**

23;553:7;558:21,24;559:7;

330:5;503:5

**inconsistency (3)**

627:23,24

562:6;566:10,14;568:10;

**importance (2)**

434:23;435.10,18

**inflows (1)**

569:13,16,22,24,25;572:4;

395:6,583:13

**inconsistent (8)**

492:25

580:9;581:16,17,20;588:6,12,

**important (8)**

403:23;432:16;433:6,7;

**influence (1)**

593:18;597:18;598:19,22;

339:6;347:2;354:19,24;

434:8;475:25;536:25;537:11

327:8

599:5;601:18;602:8;611:4;

365:8;426:12;525:7;579:6

**incorrect (4)**

**inform (1)**

614:14;615:21,22,24;616:19;

**imprecise (1)**

355:2,6;470:17;512:15

561:20

622:2,9;625:9,626:12;629:25;

467.24

**incorrectly (1)**

**information (197)**

630:3;631:21,22

**impressed (1)**

472:6

329:25;335:21,24;339:20;

**informations (1)**

615:25

**increased (1)**

341:3,9,12,13;342:8,11,16;

402:14

**improve (1)**

433:5

345:20;346:5,8;353:4,19;

**informed (8)**

604.22

**incur (1)**

354:25;355:5;357:14,358:13,

389:13;396:4;464:19;

**inaccurate (2)**

518:8

22;359:19;361:20;362:10,12,

559:17;560:18;593:17;

517:3;536:8

**incurred (1)**

24;363:5,15,21,22,364.10,12,

616:11;617:14

**inappropriate (1)**

456:12

18,25;365:21;366:2,6,23;

**informing (1)**

494:8

**incurring (2)**

367:15,25;368:5;369:3,8;

559:20

**inbox (1)**

517:24;518:12

370:9,11,14,17,371:25,383:5,

**initial (12)**

617.9

**Independent (1)**

12;384:13,15,15;388:18;

329:20,21;444:21,23;

**incestuous (1)**

427:17

392:17;394:9,19;395:3;

553:18;559:25;563:4;587:4;

488:23

**indicate (3)**

399:16;403:3;419:21;420:25;

595:7;608:19;611:10;614:8

**include (6)**

514.20;515.5;516:12

421:8,15,19,22,24:422:3,18;

**initiation (2)**

332:13;358:14;359:6;

**indicates (2)**

423:16;424:2,425:8;426:11;

334:14;618:2

Atlantica Holdings, Inc. v.                        Confidential                              Claudio Khamis
Sovereign Wealth Fund                                                                       December 7, 2018

**inject (2)**
338:23;463:24

**injected (2)**
449:18;450:6

**injecting (2)**
338:25;339:8

**injections (4)**
593:10;597:10,11;598:5

**in-person (1)**
443:8

**insiders (1)**
570:19

**insider's (2)**
570:12,14

**insight (1)**
581:11

**insist (2)**
352:5,6

**insolvency (1)**
594:9

**instance (4)**
421:4;438:20;450:23;
468:12

**institution (6)**
343:17;421:4;512:22;
516:10;538:24;553:4

**institutions (1)**
627:11

**instruct (1)**
397:14

**instructed (5)**
450:25;527:21;619:25;
620:13;631:16

**instruction (2)**
530:6;531:6

**instructions (7)**
528:11,14;530:5;531:10,11;
618:4;633:4

**Insurance (1)**
566:22

**intact (2)**
473:8;475:23

**intend (2)**
478:25;523:12

**intended (2)**
533:25;534:6

**intending (2)**
406:13;464:22

**intensive (1)**
339:25

**intent (2)**
554:10,20

**intention (1)**
537:7

**intentions (1)**
557:14

**inter (1)**
382:12

**interactions (1)**
565:22

**interest (79)**
341:16;383:6,13;384:25;
385:22;483:16;484:13,14;
485:19;486:2;487:21;488:13;
489:9;490:15,492:3,5,12,14,
15,16,495:6;496:10,11;
497:12,18,23;498:16;501:3,8,
21;504:21;505:4;507:18;
508:4;509:18,22;512:18;
513:3,4;514:14,17,22;515:9,
13;517:15;520:14,14,14,17,
22;521:6,6,6,13;522:2,9,10;
523:13;532:11,18;535:2;
539:6,19;547:24;559:14;
572:17;573:3,575:16;578:10,
17,25,579:17,583:12,604:22,
621:19,25;622:12;623:3;
625:7

**interest-bearing (2)**
496:17;497:5

**interested (4)**
434:3,461:5;599:3;617:14

**interesting (9)**
447:12,14;453:22;489:7;
577:6,578:21,579:7;595:24;
616:8

**interestingly (1)**
467:2

**interests (6)**
500:23;512:19;532:10,18;
553:11;622:4

**internal (1)**
437:17

**internally (1)**
429:14

**Internet (4)**
359:10,11;401:13,16

**interpret (1)**
579:10

**interpreted (1)**
481:2

**intervene (1)**
512:22

**intervened (1)**
627:8

**intervening (2)**
571:10;602:14

**into (55)**
331:18;334:5,17,19;339:19;
393:4;399:10;430:13,433:23;
448:12;449:18,23;450:6;
461:4;463:24;466:25,476:17;
478:18;484:21;488:17,22;
489:9;490:23;495:5,17;
504:14;506:9,508:25;511:5;
512:21;515:17;535:10,11;
537:8;550:2;553:4;556:15;
572:25;582:2;586:6,6;593:22;
594:5,23,597:10,11,12,598:3,
4;613:15;628:7;630:13,13;

**631:**9,12

**intrinsic (14)**
346:14,17,19;438:14,17,23;
570:4,6,10,21;586:7;592:24;
594:21;627:15

**introduce (2)**
353:20,22

**introduced (6)**
330:25;354:8;442:19,24;
444:14,16

**introducing (1)**
351:11

**introduction (2)**
444:21,23

**invest (6)**
375:15;413:17;421:4,16,20;
628:7

**invested (4)**
449:9;457:16;592:18;628:5

**investing (4)**
388:18;423:6;439:24;
607:22

**investment (37)**
375:17,22;376:2,4;377:5;
378:22;379:13,21,25;399:9,
415:17,18,24;418:4,10;
422:14;426:13;434:11,19;
438:3,9,10;457:15;464:5,
473:8;475:23;514:5;519:18;
525:10;540:3;544:3;569:12;
572:24;619:10;627:18;
628:14;630:13

**investment-making (1)**
421:9

**investments (31)**
360:3;375:14;380:7,15,
399:7,8;413:5,10,19,20;
414:20,24;415:25;416:11;
419:22;420:22;421:11;
449:17;474:7;505:18;506:4;

525:11;540:12;542:20;
568:19;617:23;618:8,14;
626:24;627:2,6
**investor (14)**
341:17;429:17,20;536:7;
560:25;561:4;587:16;588:5,6,
10,13,23;611:23,25
**investors (9)**
384:10;426:12;429:11;
430:3,7,463:18;588:22;589:3,
4
**invited (1)**
379:16
**invoice (2)**
376:10;457:20
**involve (1)**
509:24
**involved (18)**
331:5;372:19;374:7,25;
378:2;380:21;383:19;403:21;
404:23;476:10;507:14;569:3;
572:25;582:2;602:24;613:3,6,
8
**involvement (5)**
366:15;407:11,15;573:19;
623.13
**irrevocable (1)**
530:5
**irrevocably (1)**
500.17
**issue (14)**
366:19;381:19;382:15,20;
383:8;393:15;394:22;415:9;
460:8;464:21;476:24;477:4;
603:7,618:19
**issued (13)**
364:13;366:3;382:12;
388:24,25;392:5;424:21;
426.23;435:13;470:7;515:19;
525:22;558:18

**issues (1)**
439:24
**issuing (2)**
508:22;580:14
**item (4)**
345:3;395:17;471:6;547:17
**items (5)**
345:7;425:5;436:14,15;
518:19
**itself (6)**
430:25;469:11;499:23;
527:3;582:3;596:5
**Izzo (22)**
335:10,15,20,23;340:13;
373:18;374:3,6;442:20;
459.19;460.9;465:9;554:5;
555:4;563:11;595:13,16;
596:8,23;611:18;614:20;
615:12

**J**

**Jaffe (12)**
328:16;333:4,9;334:2,7,12,
18;353:24;384:22;385:8;
400.18;444.19
**jail (6)**
453:15;583:2,14,16;586:8,
17
**January (13)**
333:22;371:6,9;390:13,20;
465:15;468:20;518:5;560:5;
561:14;576:14;592:20;615:9
**JASON (5)**
408.19,20;410:12;435:5;
619:16
**job (3)**
593:21;594:11;603:9
**Joe (1)**
328:3

**Johansson (1)**
529:12
**joint (2)**
506:6;532:25
**Jon (1)**
361:17
**JONATHAN (3)**
326:16;352:16;386:17
**JP (13)**
392:5,15;436:6,9;460:7,
472:21;473:7,15;475:15,17;
533:20;536:9;600:9
**JSC (5)**
408:22;425:20;506:8,15,18
**judge (1)**
386:18
**judging (2)**
527:11;591:15
**judgment (2)**
399:15;529:22
**judgments (1)**
498:2
**July (7)**
515:5;590:5,7,21;592:20
**June (10)**
347:10;348:20;364:13;
365:2;366:3;373:19;440:21;
515:6,7,8
**just (129)**
330:3;336:5;337:4;346:5,
22;347:3;350:21;352:19;
361:22;365:5,11;371:24;
379:5;380:25;381:25;388:3,3;
389:15;396:23;398:17;
399:16;401:22;402.12;
403:22;404:24;405:16,20;
409:21;410:6,14;418:13;
422:24;423:17;424:9;425:8,
17,25;427:2;428:25;434:22;
436:3;449:2,22;450:3,454:7;

469:14;470:19;471:9;472:12;
473:8;480:21;487:20;489:5;
496:19;498:20;500:8;502:10;
506:11;509:14;515:25;517:5.
19;518:17;520:24;521:10;
522:22;523:2,6;529:10;537:2,
11;541:14,25;547:4;549:12;
553:6,17;554:2;555:11;557:9,
11,23;559:5,11;561:23;562:4;
563:3;568:17;573:17;576:6,
13,577:4,10;580:2,15;581:22;
583:7,7,18,22;584:14;585:21;
586:12,15,23;588:3;589:9;
591:8;592:6,21;601:14;603:3;
606:6;613:16,20;614:7;
616:17;617:9,17;619:3,15;
622:8,11;627:18;629:24;
630:8,25;631:2,3
**justify (1)**
539:9

**K**

**Katten (1)**
408.21
**Kazakh (21)**
356:3,11;404:13;430:23;
460:19;467:14;514:14;
517:11;532:17;544:14;562:3;
563:25;573:5;593:3;594:3,12;
595:19;599:10,19;621:12;
623:16
**Kazakhs (3)**
355:22;545:20;553:4
**Kazakhstan (39)**
330:22;391:23;392:24;
400:4;414:5;467:11;483:12;
491:21,24;492:9;497:18,23;
498:3,14,15,501:22;504:23;
505:6,15,22,23;506:5,23;

507:4,7;508:15;511:2,19;
512:8,17;535:13;537:22;
571:9;573:22;578:24;579:18;
611:16;614:17;621:4

**Kazakhstan's (1)**
532:9

**Kazaword (8)**
397:6,13,15;401:9,10,13;
402:12;403:8

**Kazkommertsbank (3)**
449:25;453:20,20

**keep (19)**
337:7;350:10;353:8;408:3;
413:17;418:15,17,20;420:15;
421:16,20;422:6,6,477:20;
511:5;579:6;607:3;617.17,22

**keeping (3)**
419:13;422:8;464:19

**Kenes (1)**
448.24

**kept (2)**
419:25;615:18

**key (5)**
527:11;574:9,13,13,17

**Khamis (411)**
326.2,13,17;327.1;328:1;
329:1;330:1;331:1;332:1;
333:1;334:1;335:1,3,8;336:1;
337:1,15,18;338:1;339:1;
340:1,9,13,341:1;342:1;
343:1,4,9;344:1;345:1;346:1;
347:1;348:1;349:1,5;350:1;
351:1;352:1;353:1,8,16;
354:1;355:1;356:1,20;357:1.
2;358:1;359:1;360:1;361:1;
362:1;363:1,12;364.1;365:1;
366:1,17;367:1;368:1;369:1;
370:1;371:1,3,10;372:1,6,10;
373:1,9,12,17;374:1;375:1;
376:1,9;377:1,16,20;378:1;

379:1;380:1;381:1;382:1;
383:1;384:1;385:1;386:1;
387:1,2,6;388:1;389:1;390:1,
2,8;391:1;392:1;393:1;394:1:
395:1;396:1;397:1;398:1;
399:1,23;400:1,2;401:1;
402:1;403:1;404:1;405:1,10;
406:1;407:1,4;408:1,13;
409:1,2;410:1,15;411:1;
412:1;413:1;414:1;415:1.
416:1;417:1;418:1;419:1;
420:1;421:1;422:1;423:1;
424:1;425:1,12,16;426:1,6;
427:1;428:1;429:1;430:1;
431:1;432:1;433:1;434:1;
435:1;436:1;437:1,8;438.1;
439:1;440:1;441:1;442:1;
443:1,18;444:1;445:1;446:1;
447:1;448:1;449:1;450:1,21;
451:1;452:1;453:1;454:1.
455:1;456:1;457:1;458:1;
459:1;460:1;461:1;462:1;
463:1;464:1;465:1;466:1;
467:1;468:1;469:1;470:1;
471:1;472:1;473:1;474:1;
475:1,7;476:1,477:1;478:1;
479:1,21;480:1;481:1;482:1;
483:1;484:1;485:1;486:1;
487:1;488:1,6,11;489:1;
490:1;491:1;492:1;493:1.
494:1;495:1;496:1;497:1;
498:1;499:1,6;500:1;501:1;
502:1;503:1,7;504:1;505:1;
506:1;507:1;508:1;509:1:
510:1;511:1;512:1;513:1,5,
17;514:1,3;515:1,4;516:1;
517:1;518:1;519:1;520:1;
521:1,21;522:1,7;523:1,10;
524.1,23;525:1;526:1;527:1;
528:1;529:1,6,9,11,12;530:1;

531:1;532:1;533:1,24;534:1;
535:1;536:1;537:1;538:1;
539:1;540:1;541:1,14;542:1;
543:1;544:1;545:1;546:1;
547:1;548:1;549:1;550:1;
551:1;552:1;553:1,13,16,18;
554:1,4;555:1,13;556:1;
557:1;558:1,13;559:1;560:1;
561:1;562:1,23;563:1,2,3;
564:1;565:1;566:1,16;567:1.
8;568:1;569:1;570:1;571:1;
572:1,6,11;573:1;574:1:
575:1;576:1,8,12,13;577:1,
13;578:1;579:1;580:1;581:1;
582:1;583:1;584:1;585:1;
586:1;587:1,7;588:1;589:1,
23;590:1;591:1;592:1;593:1;
594:1;595:1,2,5,6;596:1;
597:1;598:1;599:1;600:1;
601:1,15;602:1,7;603:1.
604:1,3,4;605:1,606:1;607:1;
608:1,6,9,10;609:1;610:1;
611:1,5,8,9;612:1;613:1;
614:1,3,6,8;615:1;616:1,13;
617:1;618:1;619:1;620:1;
621:1;622:1;623:1;624:1;
625:1;626:1,23;627:1;628:1;
629:1;630:1,21;631:1,7;
632:1;633:1

**Khrapunov (31)**
400:5,8,16;401:24;403:7,9.
25,444:10,12,15,22;445:8,19;
446:5,9,16,23;447:10;450:23;
451:4,5,10,13,16,18,22;452:8,
14,15,455:2,20

**Khrapunov's (1)**
445:2

**Kiblisky (33)**
343:4,7;344:4,5;347:8,9;
349:8;350:19;352:8;373:20;

378:25;379:10,11,415:17;
436:25;458:9,13,17;462:21;
463:7,8;464:18;513:6;514:4;
572:7;582:9,13,25;583:24;
584:11,25,586:15,587:2

**Kiblisky's (10)**
331:22;342:25;344:3;
347:6;349:6;352:7;353:10;
354:10;357:4;464:22

**kill (1)**
577:22

**killing (1)**
376:13

**kind (4)**
339:10;475:18;537:5,
581:17

**KKB (1)**
449:2

**knew (14)**
336:4,8,391:13,17;473.14,
20;474:2,4,562:5;572:22;
583:18;606:14;607:21,25

**know (176)**
329:8,21;332:14,18,24;
335:20;336:10,13,13,18,
337:10;340:4;342:12;347:16,
349:25;350:24,24;351:3,5,5,6,
11;356:5;358:15,17;359:4;
367:3;374:19;377:2,6,10;
378:5;382:13;386:23,24;
388:23;397:10,12,13;398:12,
15;399:6,7;400:8;401:12,14,
21,23,23,25;402:3,11,17,23;
403:4,6;404:2;406:2;407:5,8;
412:2,21;415:21;417:25;
418:4;419:12;425:3;428:2,6;
429:2,13,15;432:21;440:25;
442:25;445:15;446:2;450:11;
452:3,4,13;453:9,10,11,17,
454:17,21,24;456:22;457:10,

Confidential

14;459:16;469:22;470:5;
474:5,6;477:8;478:9;479:12;
494:18;502:20;504:17;
505:14;506:18;507:14:
508:16;510:19;513:14;523:7;
527:20,20,23;528:24;538:21;
539:24;545:23,24;548:9;
550:14,18;553:23;554:2;
557:13;562:2,4;563:17;
564:13;565:25;566:10:
567:22;568:17;570:18;
578:25;579:17;580:2,12,13,
16;583:19;584:8,14,17,18;
585:17,21;588:15;591:25;
592:3,12;596:8;600:25;606:8,
14,23;607:16;611:21;614:2,
24;615:16,23,25;616:6;
619:12,24;620:10;621:17,18;
622:23;623:10,14;624:14,14;
625:6;629:20;630:6.8

**knowledge (23)**
375:13;409:19,23;410:3,4,
9;412:22;415:18;439:23;
440:2,3;442:18;452:10;454:9;
538:22;592:4;615:21;620:16;
622.14.21;623:17;624:15;
626:7

**knowledgeable (2)**
571:11,12

**known (4)**
549:23;554.23;555:2;
620:22

**knows (1)**
458:4

**Kosher (1)**
391.24

**KPMG (1)**
545:12

**Kulibayev (7)**
400:5;434:2:495:11.21;
537:3;561:25;599:2

**Kulibayev's (2)**
341:14;464:10

## L

**lack (1)**
598:25

**laid (2)**
454:11;493:5

**land (4)**
404:16,17,17,17

**largest (1)**
404:8

**last (18)**
331:23;362:4;414:21;
422:5;482:7;494:11;519:11;
525:17;534:12;536:3;577:5;
590.16;591.10;592.23;613:5;
627:21;629:20.23

**later (20)**
332:23;350:3;372:23;
388:17;433:4,20,25,25;
473:14;475:12,18;476:16;
495.5;535:25;536:9;571:21.
22,23;575:25;577:10

**latter (2)**
391.2;622:6

**laughable (1)**
432:25

**law (9)**
376:19,24;379:7,11;386:9.
13.25;400:3;419:18

**laws (1)**
386.24

**lawsuit (11)**
355:11,13;381:10;420:12;
446:22,25;447:2;456:23;
458:8;476:23;539:22

**lawyer (25)**
328:3,16;348:10;353:21,22;
358:18;384:16;385:3;386:3;
393:15;397:2;398:13;400:19;
444:17,17,18,19;451:8;
484:20;506:10;507:5;522:24;
531:4;618:4;620:25

**lawyers (23)**
328:19;330:9;348:5;
350:11;351:13;354:8:357:15;
359:19;380:3,6,14;381:21;
383:21;386:19,387.7.397:3,7,
18;405:7;406:21.25;444:18:
446:20

**lay (3)**
443:14;478:22;535.16

**lead (1)**
563:20

**leading (1)**
331:15

**leaked (1)**
576:2

**leaking (1)**
536:23

**learn (2)**
403:20;512:6

**learned (4)**
329:16;337:8;352:14;386:3

**learning (2)**
336:24;535:18

**least (20)**
394:12;416:4,418:3:
431:23;449:7;451:12,15;
458:6;478:10;492:11,16;
516:17;558:4,19:561:14;
576:2;598:17;600:5;615.13;
621:17

**leave (5)**
437:12;461:10,22;537:19;
562:16

**leaving (1)**

**473:7**

**led (1)**
379:17

**leftovers (1)**
619:10

**legal (33)**
330:20;331:19;342:3,6;
354:6;355:14;381:5;382:4;
383:21;386:16.23,24;405:7;
451:9;452:7,11,16,453:11,12;
454:24;456:12,20,484:21;
506:9;585:8;588:25;589:2;
591:14;592:4,13,15;593:20;
621:2

**legitimate (1)**
488.18

**lend (1)**
483:14

**lender (2)**
511:3;565:13

**length (1)**
415:12

**lengthy (2)**
591:3,9

**lent (13)**
440:11;492:2,3,6;496:11,
17;497:4,19,24;498:15;
504:22;505:5;510:25

**less (7)**
368:20,22;447:17;449:25,
583:16;593:9;613:17

**letter (6)**
331:23;332:8,20,23;350:11;
351:22

**level (5)**
331:17,17;583:8;618:21;
630:13

**Lewis (4)**
356:3,10;399:22;452:14

**liabilities (18)**

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

391:12;424:11;425:4;
430:19;432:20;439:13;
468:13;475:8,11;516:24;
517:6,25;518:19;522:3;
539:12;571:18;593:9;600:8

**liability (20)**
391:10,17,18;436:6;470:12,
23;471:8;473:5,23;476:3;
537:14;539:11;555:21:
556.18;557:3,20,562:10:
593:8;600:17,19

**liable (3)**
451:23;452:19;453:6

**lied (1)**
341:25

**life (5)**
381:13;392:14;428:17;
429:7;441:4

**liked (1)**
601.4

**likely (11)**
340:24;355:14,25;379:15;
389:11;441:8;518:8;531:15,
18;561:19;615:18

**limit (1)**
524.2

**limited (5)**
480:12;527:5;538:19;
539:2;565:3

**line (6)**
523:6;587:10,11;594:14;
598:22;623:2

**linked (1)**
464:12

**liquid (1)**
585.22

**Liquidation (1)**
615:4

**liquidity (6)**
366:18;367:11;519:5,8;

594:9;598:25

**list (6)**
337:21,24;339:21;345:24;
365:14;378:10

**listed (2)**
365:16;378:13

**listen (25)**
351:19;352:21;380:25;
402:15;446:17;449:4;468:24;
484.20;506.9;515:16;522:20;
531:16;539:23;551:16;554:2,
566:23;569:6;570:25;579:4,
21;583:18;587:23;610:15;
615:16;630:6

**listening (1)**
613.24

**litigate (1)**
457:9

**litigation (23)**
333.20;334.15;379.2;
380:7,16,22;411.18;447.6,11;
451:4;455.3,10,16,22,456.3,6,
13,20;477:3;569:4;581:24;
582:3;591:22

**little (21)**
382.24;415.8;421.6;
440:15;448:18;460:25;461:2;
463:11;465:6,7;470:4;498:10,
10;510:4;531:16;537:4,6;
542.15;583.19;607.17;628:3

**Littleton (1)**
397:14

**living (1)**
394:4

**loan (6)**
394.13;423.11,12;543:18;
593:22;629:7

**loans (22)**
344.25;439.12;492.12,16;
499:9;501.22;507.18;508:2,2;

509:2,2,18,22,24,25,25;510:3,
4;537:21,21;538:2,9

**lodge (3)**
621:3,7,9

**logic (2)**
495:7;544:19

**logical (1)**
520:17

**London (6)**
330:16,18;335:13,349:19;
396:11;560:4

**long (8)**
368:16;369:8;447:2,8;
496:3;502:3;539:23;627:20

**longer (2)**
401:17;607:9

**look (65)**
335:12;350:4,7;354:18;
358:19;364:23;365:12,14;
370:5;371:18;374:14,381:12,
23;387:21;389:6;394:17,
395:6;401:3;413:13;423:10;
428:11;429:23;436:11:
466:18;481:24;483:3;488:18;
493:4;495:4;505:7;506:13;
507:21,22;509:6;513.5,18;
516:4;520:7,17,24;521:4;
524:25;525:2;539:14;543:4,
20,22;550:7;553:11;564:15;
568:23;569:12;570:2,2,4:
572:6;577:4:582:8;586:25;
589:6,22;590:11,604:3;610:2;
629:5

**looked (11)**
336:19;359:10;365:10;
482:9;509:10;517:20,518:21;
522:17;576:23;577:5;590:16

**looking (28)**
344:18;354:16;376:12;
387:9;481:5;482.7;498:17;

508:10;515:11;519:4,7,11;
522:11,12,16;537:8,16;
541:15,16;565:5;573:22;
574:2,8;580:25;582:19:
589:19;591:7;616:20

**looking-forward (2)**
461:2,3

**looks (3)**
459:18;513:13;564:19

**lose (3)**
447:20,22,533:8

**losing (5)**
464:4;548:13,17,18,630:18

**loss (2)**
467:8,13

**losses (15)**
370:9;393:10,17;396:19,21;
457:12;517:24;518:8,12,14;
520:15;521:7;624:25;625:5,
19

**lost (15)**
375:23;379:21;416:10,16;
418:10;439:15;447:19;449:8.
16,17;450:5;548:22;595:21;
615:9;625:6

**lot (37)**
339:9;356:10;403:13;
416:16,17;417:7;422:22;
424:5;428:19;434:21;436:22;
445:16;460:5;468:18;469:16.
24;477:12;489:21;490:11;
495:19;502:3;516:8,8,535:16;
594:22;601:9,25;602:4,23,23,
24;611:3;614:18;615:20;
617:7,9,15

**lots (3)**
598:24;627:7;628:19

**low (4)**
498:7,8,510:3;583.6

**lower (2)**

Case 1:12-cv-08852-JMF   Document 271-40   Filed 08/26/20   Page 251 of 278

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

438:14;467:9

**LPN (4)**

377:9,10,11,12

**lunch (1)**

408:11

**M**

**made (72)**

341:17;344:25;363:4,24;
364:19,24;368:7,383:8,14,14;
384:19,20;392:21,22;393:5;
401:25;407:13;412:23;413:6,
19;414:7,15,24;416:10,16;
418:9;420:22;422:21;426:20;
429:10,20;430:2;432:14;
443:12;455:8;463:20;476:8;
490:15;493:10;501:23;
505:17;507:18;515:20;
519:18,22;525:10;526:22,
536:12;537:21;539:4;542:20;
548:8;554:15,16,17;569:17;
594:3;598:15;601:17;616:12;
618:7,13;621:24;622:25;
623:8;626:23;627:5,22;629:6,
21;631:19;633:10

**magnitude (4)**

432:24;478:11,12,19

**mail (4)**

418:21;568:15,18;595:13

**main (4)**

393:3;394:7;499:21;501:14

**mainly (1)**

428:19

**maintain (5)**

419:4,7,11,24;420:17

**major (6)**

379:18;381:5;422:24;
460:11,19;461:25

**majority (6)**

351:18;399:8,404:7;413:5;
423:14;533:12

**make (66)**

329:24;345:21;352:17;
355:20;361:22;375:4;381:13;
389:4;391:19,21;392:8;
394:20;399:14;403:18;405:5;
409:21;413:15,21;417:17;
420:25;432:17;436:15;
439:16;442:13;445:16;
449:21;479:12;483:12;488:8,
18;495:17;498:2;511:6;
512:23;519:16;521:22;524:6;
525:24;526:15,18;527:15;
534:15;541:6,543:2;552:21,
562:10;569:15;575:17;
581:13;583:15;586:10,13,23;
588:19;589:2;592:17;596:12;
601:13;611:22;613:12,13;
617:18,24;619:10;621:10;
633:7

**makes (2)**

462:23;578:21

**making (22)**

341:19;365:12;424:14;
434:11,19;437:21;446:6;
479:19;512:3;540:11;544:2;
556:22;569:12;583:15;
601:15;604:18;605:25;607:7;
611:19;623:7;629:24;630:18

**man (1)**

331:16

**manage (1)**

593:23

**management (9)**

411:25;412:8;431:5,10;
488:22;489:7;511:20;600:14,
14

**managers (1)**

355:3

**manner (3)**

443:7,476:24,477:4

**many (18)**

339:14,14;352:5;403:14;
415:6,14,22;417:23;445:7;
446:24,24;470:7,474:6;510:2,
536:11;571:21;616:9;629:20

**March (17)**

335:10,21;336:7;337:19,20;
338:7;340:14,22;387:7,13,22;
388:15,21,575:5;612:20;
613:18;614:21

**Marcov (1)**

605:2

**margin (9)**

502:9;513:3,4;514:14,18,
22;517:15;539:7;575:17

**mark (8)**

340:8;377:14;520:5;
562:21;563:12,13,587:2;
608:4

**marked (52)**

326:3;328:24;331:21;
335:4,9;337:16;340:10;349:6;
356:22;357:3,371:4;372:7;
373:10,13;376:10,377:18;
387:4;390:4,9,399:24,408:14,
25;425:14,17;437:5;458:13;
513:6;514:4;529:5,7,10;
553:14,17;555:13,558:11,14;
562:24;563:3,572:7;576:10.
13;582:9;589:23;595:3,6;
604:4;608:7,10;611:6,9;
614:4,7

**market (26)**

344:10;346:13;414:14;
415:5,11,421:23,432:2;438:4,
11,14;439:7;476:18;536:5,24;
567:16;570:5,9,577:9;580:9.
13;585:18,20;586:8;594:16;

**629**:15;630:4

**marketing (1)**

384:25

**markets (8)**

370:14;413:7,8,415:8;
437:25;586:4;608:17;628:11

**married (2)**

400:12,14

**MARTIN (1)**

631:6

**Maser (2)**

354:12,15

**massive (14)**

346:23;370:8;396:12;
424:4,12;425:9,10;426:22;
433:19;468:16;593:7,15;
602:25;629:9

**massively (1)**

627:8

**material (2)**

431:13;432:2

**matter (6)**

333:6,10;355:17;377:3;
453:13;583:13

**matters (4)**

330:20;380:8,16;520:19

**Matthew (1)**

563:11

**maturity (1)**

415:12

**Maxcom (15)**

414:22;415:4,5,15,16,22,
23;416:3,8,11,12,15,18;
417:18;625:18

**Maxcom's (1)**

416:20

**may (42)**

325:13;326:14;328:4,8;
341:17;344:4,13,14,345:20;
353:13;370:5;392:16,395:2;

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

423:25;431:21;432:7;446:7;
474:7,475:12,16;508:2,14;
532:10,18;535:25;543:7,9;
548:12;551:3,5;552:13;
563:20,21,23;580:9;594:5;
604:20;615:22;616:20;
626:12;633:20,21

**maybe (8)**
368:25;401:15;436:10;
460:21;499:20;548:25;
606:25;622:23

**mean (54)**
337:2;342:20,21;344:21;
346:4;351:3;368:13,18;377:8;
378:6;391:23;401:23;402:15;
404:6,15;405:20,417:17;
419:9;420:19;432:25;435:6;
436:19;446:12;448:14;
455:24;474:6;488:4;510:12;
512:3;528:8;548:18,560:23;
568:5,6,9;579:8;580:3;
588:15,24;594:10;598:13,21;
601:25;602:2,3,4;606:7,9;
607:10;616:17;619:16;620:4;
622:3,626:3

**meaning (2)**
568:12;600:24

**means (8)**
382:13;464:4;500:13;
511:18;550:18,20;561:4;
618:15

**meant (2)**
493:20;550:4

**measures (2)**
518:16;539:8

**measuring (1)**
431:11

**mechanism (2)**
342:10;477:12

**media (6)**

326:11;408:17;475:2,6;
567:7;632:4

**medications (2)**
327:9,12

**meet (5)**
384:10;398:19,22;400:16;
560:4

**meeting (9)**
327:21;328:17,20,22;
334:11;387:3,22;390:20;
397:20

**meetings (3)**
397:23;443:8,24

**Mellon (2)**
550:25;565:2

**memorandum (94)**
342:11;358:23;359:19;
361:20;362:10,13,24;363:15,
21,22;364:11,13,18,25;
365:21;366:2,6,23,367:15,25;
368:5,369:8,370:17,383:5,12;
392:17;394:9;422:19;435:25;
436:17;471:3,25;472:2,6;
473:10;480:10,17;481:18;
490:2;497:6,11;499:13,18;
500:4,6;502:2,6,504:20;
505:3;506:22;507:2,9,12;
508:20,22;509:11;511:15;
516:16;519:3;521:20,24;
522:23;523.19;525.7,10,14,
21;526:14,18;528:21;531:20,
23;532:2;536:18;540:3,7;
543:2;544:5,7,12;548:3;
549:13.21,24:553:7:558:22,
24;559:7;562:6;566.14;
568.10;601.19;622.2;651:22

**memorize (1)**
363:20

**memorized (2)**
480:21;601:2

**memory (10)**
352:18;429:22;463:13;
491:19,20;587:20;593:11;
610:18;617:25;629:4

**mention (5)**
350:23;497:11;559:21;
560:16;569:7

**mentioned (28)**
370:23;404:4;415:16;
422:2,17,423:24;424:6;439:8;
444:2,451:11,453:10;470:20;
495:15;497:8,507:13;523:2;
525:16;526:21;536:11;544:4;
548:3;549:13;572:23;594:6;
598:24;616:4,620:12;627:3

**mentioning (1)**
575:21

**mentions (2)**
508:11;537:7

**mere (1)**
535:13

**merged (1)**
447:18

**merger (1)**
453:19

**message (4)**
462:22;564:18;584:2;
586:20

**met (10)**
327:17,24;328:8;385.14.17:
400:9,401:24,403:7:446:23;
569:4

**Miami (2)**
343:17;441:12

**Mid (1)**
388:2

**middle (1)**
478:15

**might (10)**
355:22;419:14;422:6;

470:4,501:20;507:20,550:4;
560:22;566:11;604:16

**Mikhail (4)**
612:22.24;613:7,21

**million (5)**
424:7;430:23;509:14,17;
593:19

**millions (3)**
476:11;602:24.25

**mind (5)**
331:9,413:12;426:21;
431:17;606:12

**minor (1)**
423:8

**minute (2)**
513:20;579:4

**minutes (8)**
346:6;368:19,20;387:4;
517:20;518:5;557:11;626:16

**misapprehension (1)**
474:9

**mislead (3)**
363:10;523:8,9

**misleading (2)**
384:20;514:24

**misrepresentations (1)**
601:23

**missed (2)**
372:13;548:12

**missing (5)**
418:21;469:25;533:11;
547:2,3

**mix (2)**
602:5;611:3

**mixed (1)**
480:4

**mixing (1)**
437:13

**model (5)**
431:8,15;432:5,21;489:10

**moment (21)**
380:20;413:23;419:17,18,
427:3;498:4;509:21;516:5;
518:13;522:17;523:20;
534:23;547:16;548:6;549:2;
583:10;589:10;596:14;
619:17;623:19;627:15

**moments (3)**
413:25;560:7;601:15

**Monday (1)**
616:25

**monetary (1)**
603:11

**money (66)**
336:5;375:24;379:21;
386:19;395:7;411:24;412:8;
416:10,10,16,17;418:9,10;
440:11;447:22;449:9,18;
450:6;476:10;483:13,14,15,
20;487:10;491.2,5,6;492:2,3.
5;496:11,16;497:4,19,23;
498:14;502:15,16;503:9,10,
15,16;504:22;505:5;509:3;
510:25;524:9,11;533:8;
535:19,21;583:16;586:9,10;
597:11;598:4;601:11,12;
602:23;604:21;620:2,3,4;
625:6;630:18,18

**monies (2)**
501.19;535:22

**monitor (3)**
574:10,14,18

**Montero (1)**
326:7

**month (14)**
371.14;374:11;462:13,18;
463:4;563:17,17;575:25;
603:4;613:16,17,19;614:13;
617.2

**months (13)**

407:18,19,425:9;433:25,25;
462:8;467:13;495:5;515:22;
518:15;537:2;573:18;577:10

**more (48)**
333:20;339:22;344:21;
348:25;368:20,24;377:6,6;
378:2;389:14;404:20;407:20,
21,21;415:8;423:17;424:6;
433:7;438:19;440:15;445:10,
11,12,13,14;453:21;456:17:
460:7;464:10;494:25;495:2,2;
515:16;531:23;535:9;539:25,
548:8;572:2;597:18;600:4,8;
602:19;603:14;613:22,24;
622:23;628:3;629:14

**Morgan (15)**
355:3,4;392:5,15;436:6,9;
460:7;472:21;473:7,15;
475:15,17;533:20;536:9;
600.9

**morning (4)**
326:17,18;583:7;587:14

**Moscow (2)**
399:10,10

**most (17)**
340.23;347.2;355:14,25;
379:15;389:11;413:16;
436:25;441:4;449:24;499:22;
526:3;531:15,17;561:19;
615.4;616:13

**mostly (1)**
404:15

**motion (3)**
529:13.13,21

**motives (1)**
460.20

**move (10)**
404:18;428:21;430:8;
454.13;529.16;540.2;583:23;
586:6,16;606:24

**moved (1)**
520:21

**movements (1)**
534:12

**moving (6)**
350:10;420:6;531:19;
587:14,18,22

**much (35)**
343:13;353:4;392:8:399:6,
16,22;401.23;410:2,13,
411:24;412:7;416:7;418:23;
446:2,447:19;448:19;464:14,
15;467:5;469:4;480:25;
485:7;511:15;512:18;544:11;
546:16;568:18,25;569:24;
572:25;615:11,14,616:19;
619:9;626:12

**Muchin (1)**
408:21

**multiple (7)**
335:24;416:19;417.2,5;
452:25;554:18;602:6

**Munir (1)**
529:12

**must (3)**
343:14;357:17;571:4

**myself (3)**
363:14;386:18;421:3

## N

**name (4)**
408:20;433:13,18;571:17

**named (1)**
612:22

**names (3)**
378:5;414:23;545:13

**Nation (8)**
497:17,22;498:6,14;508:15;
511:2;512:8,17

**National (7)**
483:11;491:20,24;492:9;
498:15;501:22;504:22;505:5,
14,22;506:23;507:4;535:12:
537:22

**native (1)**
377:21

**natural (1)**
627:7

**nature (10)**
465:10;471:5;474:21;
488:24;492:20;509:4;548:7,
13;627:19;630:22

**Nazarbayev (3)**
399:12;434:3;599:3

**NBK (22)**
491:25;492:6,14,17;496:10,
17;497:4,8;499:9,14,21;
501:23;507:9,14,18,20,22;
508:8;510:25;523:21;538:2,9

**Near (2)**
482:4;532:14

**necessarily (1)**
422:5

**necessary (3)**
620:14;631:16;633:7

**necessity (5)**
338:15,21;339:18;494:17;
616:4

**need (8)**
339:6,355:20;417:2;
517:21;568:24;599:16;
601:16;605:22

**needed (5)**
531:8;602:15;607:10;
610:22;620:3

**negative (53)**
425:3;433:5;483:9;485:2,3,
25,486:2,14,488:17;489:4;
490:20;491:10,14,15;492:21;

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

493:2,8,11,15,19;496:8;
497:2,502:8,11,17,22;503:3,
23,504:7,13,509:5,21,510:20;
511:22,24:513:4;514:18,21:
515:10;516:3;517:15;575:16,
25;578:13;587:21;590:12,17,
23;591:9;600:7;603:16;
621:21;623:12

**negatively (1)**
486.17

**negligible (3)**
457:17;485:14,17

**negotiations (2)**
467:4;469:5

**neighborhood (1)**
509.17

**net (9)**
514:14,17,21;515:9,13;
520:14;521:6;539:6;604:22

**never (19)**
359:23;392:14;393:5;
394:11,12;401:10;418:22;
451:5;486:22;504:9;510:14:
515:2;544:9;549:12;559:17,
18,21;579:23,584:23

**New (36)**
326:8;383:9,15;386:9,13;
391:22;395:20;426:17;431:8,
14;432:4;471:5;500:16;
530:23;544:14;545:4,19,22;
550:21,22,24;552:6,7,16,
553:5;557:13;581:4;610:14;
611:23;614:17,19,24;615:17,
23;616:12;620:5

**news (6)**
452.24,25;536:5,585:7;
586:6,22

**next (15)**
353.6;361:5;369:20,
374:16;431:2,17;458:18:

462:12;466:8,476:3;477:16,
503:13;558:12;625:12;630:7

**Nikai (1)**
612:7

**Nikitin (3)**
612:3,4;613:21

**nine (3)**
385:21;386:21;467:13

**nine-month (1)**
369.25

**Nobody (3)**
453:2;552:16,562:15

**noise (1)**
422:22

**None (3)**
411.19;459.14;616.3

**non-reliance (1)**
526:6

**normal (2)**
404.6:486:22

**Notary (2)**
325:14;326:8

**note (17)**
330:6;418:12;450:7;459:9;
463:6;476:2;484:14;540:17,
555.18;556.4;560:11;610:6;
616:8;623:21;624:2,6,9

**noted (4)**
454:15;530:10;632:6;
633.13

**notes (46)**
329:16;330:4;332:10;
350:13,16;351:8,25;352:11,
14:360:10:382:14,15,16,16,
17,17;383:7;388:22;396:6;
426.17;427.12,18,20,23;
475:8,11;476:20;485:20;
500:16;527:2;537:14;540:4;
543.17;552.10,21;555:21:
556:17;557:2,19;560:14,19;

561:16;600:23;605:21;
611:20;615:14

**Nothing (14)**
327:10;339:23;404:10:
422:11;464:6,518:13,22,23;
525:20,21;533:22;557:12;
575:16,17

**notice (10)**
514:11,17;525:7:551:6;
564:12,14,25;565.13,19:
566:7

**noticed (1)**
386:7

**notices (1)**
536:4

**noticing (1)**
502:15

**November (9)**
336:16;337:8;353:11;
529:25:590:3;595:14,596:3,
24;604:11

**Number (64)**
326:3,11;329:4;331:24;
335:4;337:16;340:10;345:5;
353:12;356:21;357.18;371:4;
372:7,10;373:10,13;376:10;
377:17;381:14,17,23;387:3;
390:3;399:24;408:14,17;
409:2;425:13:427:14;445:3,5,
15,16,18:467:9,12;475.2.6:
529:7;536:8,549:9;553:14,19,
558:14;559:25;562:24;563:4;
567:7;572:10;576:9;587:5;
595:3,7;608:7.19:609:12:
611:6,10;612.5,8,614:4,8;
617:19;632:4

**numbers (23)**
377:22;413:14;424:9,14,15;
426:18,21;432:23,433:3;
434:6,435:22,436:4;465:24,

24,466:2,2;468:15;471:16,18:
521:18,19,555:13;571:4

**NutriTek (15)**
375:11,14,15,21;376:2;
377:3,4,9,23;378:11,19;379:3,
12,20;380:4

---

## O

**o0o- (3)**
325:17;632:8;633:23

**oath (1)**
326:20

**Object (4)**
441:18;442:6;450:7;606:7

**objected (2)**
348:6;454:12

**Objection (159)**
328:10;329:14,18;331:7:
333:5,336:3,17,21;337:2,
341:11;342:19;343:6;346:9;
348:12;350:17;351:9;354:4;
367:17;368:10;370:4,19;
372:15,21;379:8,14;385:24;
386:22;393:13;397:8,16;
398:6;399:4;401:19;402:21;
403:5;406:16;407:16;412:19;
415:2;417:14;418:6,12;
422:15;423:21;424:22:
426:14;428:4;430:4;432:10;
434:13,20;435:3,15,20,438.6,
12;439:3,21;442:16;444:5:
447:24;448:21;449:10,13.19;
450:8,452:2,21,453:8,16,25;
454:5.15,19,455:4,11,17,23:
456:7,14,16,25;457:5;465:3:
468:8;469:6,20;470:16;472:7;
473:24;474:3,11,20;477:21;
478:5;479:3,9,483.24,485:22;
486:12,24,487:7,24;488:15,

Case 1:12-cv-08852-JMF   Document 271-40   Filed 08/26/20   Page 255 of 278

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

489:19;490:9,18;492:7;
493:16;496:18;497:20;
499:15;501:5,24;502:19,24;
503:17,24;504:8;512:11,20;
515:14;518:10;520:18;
523:14;534:8;535:4;538:4;
556:20;566:8;569:19;570:23;
572:19;573:6;580:11;583:3;
585:11;588:8,14,18,24;
594:18;598:12;599:12,21;
601:20;602:17;605:24;618:9;
620:18;621:15;623:5;624:4,
12;625:20;626:3,10;628:22;
629:17

**objections (4)**
325:9;621:3,7,10

**objectively (1)**
431:11

**objectives (2)**
431:14;432:4

**obligated (1)**
509:16

**obligation (5)**
546:6,12,21;559:3;562:10

**obligations (5)**
391:3;533:8;552:18;
603:12,16

**observation (2)**
582:6;591:21

**obsolete (1)**
422:3

**obstruction (1)**
511:6

**obtain (1)**
403:2

**obtained (3)**
402:19;486:10;535:2

**obvious (1)**
339:12

**obviously (4)**

331:16;337:10;380:5;
410:11

**occurred (4)**
478:13,20;556:6,9

**occurring (1)**
539:21

**ocean (3)**
470:8;496:5;599:5

**oceans (1)**
475.24

**October (5)**
331:25;349:9,9;352:11;
388:11

**off (28)**
334:24;356:17;373:6;
376.13;389.16,18;408:7,10;
426:3;450:16;494:7;498:25;
513:19,22,24;524:14,18;
537:22;538:3,10;539:12;
541.7,9;567:3,569:9;603:22;
625:17;626:18

**off-balance-sheet (7)**
392:3;393:5;425:5;436:14;
471:6;518:18;547:17

**offered (3)**
490.16;573.4;579:19

**offering (2)**
339:11;464:4

**officer (2)**
597.4;598:2

**official (8)**
341:21;399:14;403:22;
508:5,13,17;509:8;510:17

**officials (9)**
338:14;339:16;340:7;
463:15;536:13;568:6;594:4,8;
603:5

**offset (2)**
486.16;494.21

**offsetting (1)**

518:19

**often (2)**
426:12;616:22

**Oh (3)**
344:21;546:15;618:18

**Oil (31)**
327:16,22;328:5;330:20;
331:11;347:13,20,22,25;
348:6,16,19,23,24;349:15;
354:7;371:14,15,17,25;
372:11,13,20;373:21;374:8,
25;375:4;398:23;414:22;
423:7;442:10

**Okay (55)**
328:24;373:3;401:7;
409:10;426:4;427:15,19;
428:11;430:17;431:2;456:16;
459:3;461:17,20;464:2;466:5;
474:14;476:23;479:6;480:6;
483:22;486:8;487:4,13,20;
488:11;490:6;491:23;493:7;
495:19;500:11;501:7;503:7;
504:18;521:12;528:2;532:24;
540:15;542:7;547:3;555:15;
557:22;559:9;560:12;577:20;
578:8,23;582:22;585.6,15;
589:15;596:14;597:19;
600:13,21

**old (3)**
531:2;596:9.9

**on (307)**
326:22;327:2;330:2,24;
332:17;334:2,3;335:7;336:5,
8,11;341:6;343:3;347:18;
355:12;356:25;357:25;359:3,
10,11;360:8,12,18;361:3,5,10,
14;362:7;363:18;365:10;
368:7;369:3;372:10,12;
373:16;374:12;375:24;376.2;
377:12;378:25,25;379:12;

381:21;383:6,13;385.7,23;
386:19,21,387:20;389:2,6;
390:7;391:15;392:18;393:11,
17,22;394:4,13,24;395:7;
396:18,19,399:15;400:3;
401:10,13,15;402:15,16;
403:11;408:23;409:15;410:8,
10;411:17;413:25;415:10,11;
416:10;418:10;420:21,25;
421.4,5,10,13,14,15,19;424:8;
425:5;427:2;428:18,25;
429:10,12,430:2,5;431:9;
434:21;435:22,22;436:4;
438:18;440:6,10;442:14;
447:3,7,22;449:16;450:4,5,
20,452:24,25;453.21;454:13;
460:7;463:2,9;464:22;465:24;
466:19;467:5,6,19;468:3;
469:18;470:12,22;471:8,21,
25,472:18,473:17,22;474:8,
10,475:9,11;476:3,11;479:16,
18;480:8;481:20;482:14;
483:6;484:11,12,12,13,14,19;
485:3,19;487:20,22;488:13;
491:21,21;492:3,5;496:10,11;
497:18,23;498:2;499:5,17;
500:7;501:4,8,22;504:19,22;
505:2,4;507:18,23;509:18;
511:5;512:7;514:2,11;517:13;
519:23;521:8,10,13,19;522:3,
13,18;524:22;525:19,23,24;
526:13,15,17;527:15,18,23;
529:17;530:6;531:5;532:6;
536:9;540:5,9,15;541:5,13;
542:3,8;544:11,545:19,19;
547:24,548:15;551.2,553:6,7,
7;554:16;559:17;560:5;
563:19;565:25;566:21;
570:12;572:17;573:9,10;
577:18,23,25;578.5,13;579.2,

Case 1:12-cv-08852-JMF   Document 271-40   Filed 08/26/20   Page 256 of 278

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

19;580:18;584:10;585:7;
586:8;587:3;588:6,12,20,22;
589:15;591:2;593:25;594:12,
12;595:21;598:10;599:24,24;
601:5,17;602:12;604:2;605:3,
20;606:2.2,5,24;607:8,14;
610:11;611:16,17,19,20,22;
612:14;613:13,13;615:18;
617:11,17;619:7.9;620:24;
621.20,24;622:9.9,15;623.7,
18;624:24,25;625:5,6,626:22;
629:6,630:23;631:21;633:9,
13

**on-balance-sheet (3)**
392:4;395:17;436:14

**once (3)**
396:21;537:21,21

**one (93)**
343:21;346:2;348:25;
353.9;361:18;375:24;388:11;
389:14;390:23,24;405:3;
415:25;416:15;417:17;423:2,
13;431:6;436:25;440:7;
451:6;457:17,22;458:3;460:3,
16;461:8,19;462:17;464:9;
466.22;469:14;470:21;476.2,
3;477:14;479:22,23;480:24;
484:23,23;485:15;486:3,4;
491:21;494:25;499:10;
501.15;504:17;509:14,25;
511:21;512:25;515:16;
531:16,23;533:7;535:9;
537:11,15;544:4;545:10,11;
547:4;551:9:553:22;560:25;
561:4,562:13,13,15;566:23;
571.21,22,22,572:2,13;
573:11;576:22;577:10:580:7;
582:20;584:4;589:20;600:4,8;
602.19;603:14:606:24:
613:16,17;614:13;625:25,

630:25

**ones (7)**
360:9;368:14;370:18;
413:22;414:11;479:2;525:16

**ongoing (4)**
489:24;517:16;537:18;
623:12

**online (3)**
499:13;576:23,24

**only (15)**
368:13;396:10;421:12;
423:24;459:5,473:6;486:5:
501:13;516:12;534:15;538:8,
19;601:23;610:13;617:24

**onto (1)**
553.10

**open (7)**
339:14;408:4;414:14;
418:19;427:4;567:16;569:6

**operating (1)**
467:8

**operation (7)**
367:6;386:8;497:13;
511:25;512:25;520:21;523:25

**operationally (1)**
513.2

**operations (4)**
483:11;491:18;497:8;531:4

**opinion (16)**
463.9;464:22;468:10;
469:18;472:23;557:9;558:10;
604:24;606:2,3;610:16;
613:20;614:16;619:18,20;
628:10

**opinions (9)**
472:24;611.20:612.9,12,13,
17,18;613:15;616:9

**opponents (1)**
356.12

**opportunity (1)**

552:4

**oppose (2)**
620:17,21

**opposition (2)**
529:12,21

**option (1)**
615:5

**Orach (5)**
555:6,9,17;557:8,12

**Orach's (2)**
557:9,558:10

**order (5)**
366:18;437:11;441:12;
466:4;527:15

**orders (2)**
440:23;441:9

**organization (2)**
465:14;495:13

**organizations (1)**
508:3

**organize (3)**
334:22;458:19;618:5

**organized (2)**
457:3,6

**origin (1)**
412:24

**original (4)**
382:14;440:3;582:18;
633:17

**other (80)**
334:3,340:5;344:6;345:5,
351:12;357:19;358:24;
361:13;362:6;370:16,17;
378:5;380:8.16:383:22;
384:17;390:24;399:19;406:2;
414:20,23;419:4,7,10;429:24;
438:21;440:5,9;447:10;
451:11,18;457:10;458:3;
460:25;464:14:473:11;
482:13,16,483:4;486:4,16,

490:17;491:21;503:15,22;
504:6,510:10.10;518.17;
522:9,10;525:22,23,526:14;
535:6;537:12;538:25;539:20;
562:4;573:23;575:14;578:23;
581:20;584:19;585:8;586:11;
588:21;589:4;594:22,23;
610:10;612:5,11,11,13,17,18:
613:18;617:15;630:4

**others (4)**
402:12;510:2;535:18;
569:14

**otherwise (1)**
463:5

**out (63)**
330:4;332:21;343:17;
346:6;359:24;360:2;365:9;
389:7;390:19;394:20;397:6;
413:23;421:23;422:19;
430:16;450:22,24;451:2;
458:14,469:15;478:22;
479:13,13,21;483:20;484:17,
17;491:17;493:5;496:6;
498:20;502:16;503:16;
507:17;508:3;516:15,535:16,
23,536:22,24;539.13;544:10;
552:8,19;553:3;555:23;
558:25;563:20;571:19;
583:22;586:15;590:22;
599:11,20;600:4;606:13,14;
610:11,16,620:22,622:5,8;
629:9

**outcome (2)**
461:7,12

**outflow (4)**
491:14,15,15;493:21

**outflowing (1)**
491:16

**outflows (7)**
491:10,13,493:2;496:10,13,

Confidential

499:10;503:9

**outside (3)**
391:22;405:18;573:23

**over (20)**
368:11;408:2;414:21;
449:8;451:23;452:19;458:7;
460:23;462:18;465:11;
470:10;477:24;498:10;
512:24;548:11;559:6;562:12;
575:14;602:6;633:6

**overall (2)**
495:18;499:19

**oversight (1)**
559:22

**owe (1)**
533:2

**owed (6)**
492:17,18,19;496:10,11;
621:20

**own (6)**
341:6;347:21;384:5;394:4;
438:20;628:14

**owned (10)**
347:14,16;464:10;485:9,12,
15;505:23;510:5,23;550:6

**owner (23)**
393:7;423:13;439:25;
483:10;488:20,24;495:11;
533:13,16;548:20;574:4,6,21,
25;575:10;594:10,11;603:17,
613:16;616:10;623:10;
624:21,22

**owners (4)**
344:6;485:4;486:6;494:22

**ownership (9)**
548:13,18;550:3,5,6;552:3;
558:3;573:20;625:7

**owning (1)**
341:15

**owns (1)**

423:13

**P**

**P&L (2)**
467:5,19

**P00001777 (1)**
614:9

**P00002008 (1)**
514:11

**P00002014 (1)**
559:25

**P00002741 (1)**
595:8

**P00003011 (1)**
563:5

**P00003153 (1)**
573:10

**P00003662 (1)**
608:20

**P00003663 (1)**
609:12

**P00004458 (1)**
587:5

**P00007606 (1)**
611:11

**P00007826 (1)**
553:19

**package (4)**
395:10;396:9;442:12;
548:23

**packaged (1)**
537:15

**page (126)**
331:23;341.2;354:16;
358:19;359:4;360:8,11,16,22,
25;361:3,5,10,15,16,23,24;
362:17,19;366:10,13,16;
367:8;368:24,24;369:16,20;
371:12;372:12;382:6;387:21;

389:2,10,10;396:11;401:2,3;
427:5,7,8,10,16;428:11,18;
430:8,15;466:3,8,18,20;
469:23;480:8;481:6,8,11,20,
23;500:4.5.8;507:23;514:11,
12;516:4;519:2,8;520:7;
521:4,5,8,9,10,14;522:11,12,
14,16,24,25;523:2;525:3,19;
528:23;529:17;532:6,14;
540:5,9,15;542.3,8;546.17;
550:7,551:2;554:16;563:19;
564:16;566:15,19,21;573:10,
576:24;577:12,14,18,23;
578:2,3,3,4,5;580:14,19;
582:17,19,584:3;589:6,7,8,
15;590:11,591:2,8,609:11,
612:14,22

**pages (12)**
428:21;480:20,23;500:3;
501:12,18;504:19,505:3;
519:3,3;520:10;548:11

**paid (37)**
351:12;361:13;362:7,14,14;
363:18;366:7;391:11;393:22;
423:3,456:12,482:13;484:8;
491:16;492:14,15,497:15,15;
499:24;500:17;501:21;503:9;
510:21;522:18;535:23;
537:21,22;538:3,9;539:19;
542:14;551:13;579:2;622:5,8,
14,16

**paired (1)**
539:12

**Panama (1)**
419:15

**paper (6)**
385:4;419:25;422:8;
568:25;583:8;611:21

**papers (1)**
420:16

**paragraph (30)**
332:11;340:19;358:20;
381:23;382:9;383:20;431:18;
460:15,17;461:5,6,18;466:19;
469:15;480:7,9,508:7;519:5,
9;525:19;526:2;529:16;
530:2;543:15;544:8;565:12,
15,17;580:22,25

**paragraphs (6)**
430:11,14;431:3:432:15;
565:6;580:20

**parameters (3)**
490:11;515:22;516:12

**paraphrase (1)**
382:23

**part (33)**
331:13;361:19,19;362:12.
22;382:11;385:20;398:9;
425:24;439:14;477:8;481:18;
482:7;484:25;489:12,22;
490:25;494:19;496:5,512:16;
516:16,18;517:22;540:6;
544:6;547:4;548:9;560:12;
580:24;583:21;584:6;618:3;
631:12

**participant (2)**
585:19;627:9

**participants (4)**
476:10;585:20,21;630:5

**participate (7)**
379:17;527:21,24,531:3;
586:10;631:17,20

**participation (2)**
330:6;530:17

**particular (6)**
371:2;428:12;440:2;449:6;
526:2;585:20

**particularly (4)**
370:9;447:16;464:6;600:15

**parties (3)**

325:5;331:24;571:10

**partners (1)**

510:23

**parts (7)**

342:22;363:21;366:8;
418:21;544:4;560:10;594:23

**party-related (2)**

502:8;600:7

**past (8)**

370:9,11;460:23;470:10;
477:24;495:15;569:25;602:7

**Patrick (16)**

375:12;377:6;395:3;
415:17;436:24;437:17;
457:25,25;458:4,9,459:6,9;
464:19;528:16;560:4;582:13

**Patrick's (1)**

458:3

**pattern (1)**

616:25

**pay (14)**

363:16;395:23;446:2;
456:5;499:23,23;504:21;
505:4;509:16,16;523:13;
535:15;601:12;615:19

**payable (1)**

552:22

**payback (1)**

484:16

**payee (2)**

383:8,8

**payee's (1)**

383:15

**paying (13)**

342:2,5;369:12;416:12;
483:13;522:9;524:10;526:23;
547:24;572:17;585:18;
599:22,24

**payment (4)**

391:3,12;564:2;565:10

**payments (6)**

372:14;383:6,13;535:3;
598:10;623:3

**pays (1)**

578:12

**peculiar (2)**

449:23,24

**peers (1)**

578:20

**pending (2)**

428:24;429:2

**penny (2)**

477:14;559:22

**people (15)**

356:4;370:13;378:2;
391:10;397.25;403.2,21;
424:14;445:17;460:24;
494:16;506:4;571:7;586:10;
616:9

**percent (39)**

336:14;351:25;385:22;
386:21;423:13;437:20;
439:11;456:12;457:17,18,21;
483:14,15,17;486:4;498:9,10;
503:10,11,509:4;510:15,18;
514.18,21;515:10;516:3;
524:10,11,535:13,15,22,23;
575:18;577:8;578:11,18;
601:11,13;615:9

**percentage (1)**

413:10

**percentages (2)**

542:13;543:23

**Perfect (1)**

386:5

**performance (5)**

467:5,19;468:3;487:12,17

**performing (1)**

468:23

**Perhaps (2)**

483:3,509:7

**period (13)**

345:23;348:20;350:15;
351:20;353:17;369:25;458:7;
490:12;496:20,21;538:19;
594:2;627:21

**permanent (1)**

495:8

**permanently (1)**

421:23

**permission (1)**

437:19

**permitted (9)**

361:13;362:6,18;482:13;
483:10;487:3,500:9,10,13

**person (14)**

333:14;349:11;396:10;
448:25;458:2;463:8;497:25;
556:11;563:12;568:12;
583:17;614:16;616:11;630.7

**personal (14)**

404:19;409:7,13,19,23;
410:3,9,10;412:11,15;447:5;
456:8;460:20;592:12

**Personally (4)**

334:9;355:22;442:2;443.18

**persons (2)**

473:12;568:13

**perspective (1)**

570:12

**pertaining (2)**

452:13;544:7

**pertinent (1)**

522:25

**P-H (1)**

403:4

**Philadelphia (1)**

330:14

**philosophy (1)**

438:3

**phishing (2)**

402:25;403:4

**phone (6)**

329:9;444:25;445:2,17;
528:15;625:16

**phrase (5)**

428:9;436:18;502:10,11;
590:17

**phrased (1)**

552:25

**phrases (1)**

557:10

**phrasing (1)**

488:16

**physically (1)**

440:23

**picture (1)**

495:18

**pie (1)**

589:18

**piece (3)**

440:16;463:22;500:6

**pieces (9)**

368:13;488:17;490:23;
495:17;511:5;515:18,535:10,
11,598:19

**pile (3)**

350:10;513:18;589:24

**pit (2)**

597:12;598:4

**Pizzurro (1)**

328:3

**PL (1)**

468:4

**place (28)**

349:25;350:2;392:12;
441:12;445:16;480:16;483:8;
490:24;503:2,3,4,20;507:21;
509:12,12;520:17;535:11,
538:9,15,18,19,25;544:21;

545:8,576:4;587:22;601:10;
609:8

**placed (6)**
440:23;441:9,14;477:11,12;
486:15

**places (2)**
419:19;554:18

**plaintiff (1)**
411:24

**plaintiffs (10)**
326:23;334:3;357:19;
358:20,24;378:8;456:9,13,18;
457:16

**plaintiffs' (1)**
457:3

**plan (14)**
405:13;431:12;467:21;
468:6;517:23;518:6;525:24;
526:16;527:10,14,16,18;
549:8;621:11

**plans (6)**
398:8,19,21,22,24;609:19

**platforms (1)**
584:19

**plausible (1)**
439:17

**play (2)**
404:16;411:16

**please (16)**
345:11;367:10;382:24;
391:6,405:14;407:17;427:4;
448:3;458:12,14;488:11;
500:24;513:5;610:2;633:6,11

**pleased (1)**
395:19

**plummeted (1)**
489:17

**plus (2)**
569:23;577:10

**pm (13)**

408:12,12,17;450:20;475:2,
6;499:5;524:22;530:10;
541:13;567:7;604:2;632:6

**Poe (12)**
395:4;563:11;564:17;
604:8,14,25;605:7,12,19,25;
606:8,20

**Poe's (1)**
606:12

**point (45)**
330:12;338:11;352:21;
365:8;385:5,9,11;387:15;
393:3;397:15;416:13;418:19;
425:3;429:4;430:16;436:10;
454:14;457:19,24;463:9;
481:2;485:10,15;507:15;
512:3;519:16;533:11,23;
537:19;547:20;553:23;
555:23;556:7;557:16;558:25;
574:3,9,19,577:10;579:9;
586:13;593:18;596:10;600:4,
620:25

**pointed (3)**
346:6;571:16,19

**pointing (1)**
507:6

**points (4)**
574:15,16;600:16;610:10

**pool (5)**
393:25;553:2;558:4;
559:15;593:24

**poor (1)**
395:13

**portfolio (13)**
375:20;380:2,423:11,12,
439:11,14;543:18;544:16;
558:8;572:25;582:7;593:22;
629:7

**portion (5)**
435:11;482:21;525:6,9,13

**portions (3)**
499:11;501:17;525:16

**portray (1)**
432:23

**portrayed (39)**
338:17;356:3;363:15;
370:8;399:9;423:2;425:8;
426:18;434:6;435:21;436:2,6,
16;463:23;471:3,15,17;474:4,
5;475:18;476:15,16;489:25;
495:3,6;496:15;498:11;
511:11;516:11,17,20;517:10,
518:23;521:19;524:5;533:19;
571:5;593:4;599:7

**portraying (7)**
464:9;489:2;521:23;
548:16;558:21,22;603:15

**portrays (3)**
437:4;469:17;536:9

**posed (1)**
604:25

**posing (2)**
605:6,11

**position (24)**
347:25;348:15;371:17;
396:6;429:9,25;447:21;448:2;
454:17,20,23;485:17;486:8,
19;487:21;488:7,12;494:24;
497:17,22;512:10,21;517:14;
523:15

**positioned (1)**
517:12

**positions (1)**
562:14

**positive (7)**
339:10;391:9;426:19;
513:3;539:7;571:5;598:20

**possession (2)**
396:9;448:5

**possibilities (3)**

339:14;472:9;605:20

**possibility (6)**
458:8;463:19;472:11;
557:18;561:15;604:15

**possible (4)**
331:2;355:20;472:5;609:21

**possibly (4)**
328:14,15;485:13;624:17

**post (2)**
467:7;554:13

**posted (1)**
430:2

**post-restructuring (1)**
468:3

**potential (1)**
610:7

**potentially (1)**
610:12

**pounds (2)**
451:24;452:20

**Power (3)**
411:23;559:12;627:23

**PowerPoint (1)**
387:8

**practice (7)**
356:2;474:22;475:19;
494:22;511:10;526:5,11

**practices (2)**
473:13;476:17

**preceding (2)**
417:13;521:5

**precise (4)**
333:21;423:17;470:4;500:3

**precisely (2)**
447:17;516:20

**precision (1)**
627:23

**predecessor (1)**
363:9

**predict (2)**

Confidential

461:13;625:14

**preparation (1)**
427:25

**prepare (1)**
357:15

**prepared (3)**
471:14;571:4,7

**preparing (1)**
545:15

**present (6)**
334:12;349:16;386:18;
451:7;458:6;539:22

**presentable (1)**
495:17

**presentation (21)**
341:17;387:11,12;388:21;
389:9,15;390:3,13,14,19;
429:20;494:16;536:7;587:13,
16,19;588:3;589:7,16;590:4;
594:6

**presentations (3)**
388:12;429:17;518:6

**presented (7)**
467:3,20;468:5;469:4;
497:7,545:16;576:2

**presenting (2)**
396:21,22

**president (1)**
347:12

**president's (1)**
341:15

**press (3)**
338:10;402:14;616:2

**pressure (1)**
578:13

**presumably (1)**
608:23

**presume (1)**
551:25

**pretty (6)**

365:7;387:14;418:23;
447:19;511:15;569:24

**preventing (1)**
431:10

**previous (15)**
329:24;332:15;370:12;
387:25;427:8;439:25;462:16;
464:8,15;470:5;473:11;509:8;
515:22;573:13;591:4

**previously (16)**
326:6;338:17;357:3;437:5;
458:13;463:14;468:16;513:6;
514:4;572:7;582:9;586:25;
589:22;593:13;596:20;604:4

**price (10)**
346:13;395:11;438:14;
439:7;570:5,9;585:24;592:25;
627:13;629:2

**prices (5)**
419:22;583:14;585:7;
594:21;611:22

**primarily (1)**
413:7

**primary (1)**
412:10

**prime (1)**
404:15

**principal (19)**
383:6,13;427:24;540:16;
541:17,20,24;542:7,9,22,24;
543:3,7,11;546:4,9,10,17,19

**principals (1)**
536:17

**print (9)**
343:3;389:7;582:13;584:7,
9,21;586:21,21,22

**printed (2)**
359:24;360:2

**prior (27)**
328:15;333:18;334:14;

350:3,362:24;363:4;364:10;
365:12;367:15;370:3;385:16;
402:9;428:20;447:13;472:15;
516:13;526:25;533:25;534:6;
580:9;595:22;600:24;618:2,6,
12;620:9;626:24

**privacy (1)**
465:10

**private (2)**
342:23;465:8

**privilege (2)**
406:5,407:2

**privileged (1)**
406:25

**probabilities (1)**
630:17

**probably (52)**
329:9,22;338:11;339:25;
353:20;356:14;368:20;376:3;
391:9;392:13;404:2;405:2;
407:19;409:20;410:13;
413:22;420:4;429:19;437:23,
25;440:25;441:16;451:17;
457:17;458:21;460:3;462:10,
14,25;463:11;475:15;496:3;
505:16;534:17;547:5,15,19;
563:23;569:10;571:22;
573:24;584:16;590:19;592:2;
611:23;613:18,24;616:11;
625:22;627:15,21;629:6

**problem (4)**
345:25;422:24;483:2;609:9

**problematic (1)**
544:17

**problems (5)**
511:16,18;594:9,9;617:17

**procedural (1)**
542:13

**proceed (3)**
326:14;478:25;592:13

**proceeding (2)**
399:18;621:14

**proceedings (7)**
342:3;399:2,19;452:8;
453:13;592:13,15

**process (34)**
358:17;369:4;407:23,25;
414:3;421:9,25;422:20;
430:20;432:20;433:3;434:8;
468:18;478:15,16;489:23;
490:5;498:18;510:7;512:23;
516:14;527:3,5,6;530:17,22,
23,25;531:8;534:10;535:17;
569:25;573:19;594:5

**processes (4)**
422:22;516:7;568:19,20

**processing (1)**
339:20

**produce (2)**
387:11;465:20

**produced (11)**
329:3;372:10;377:20;
390:12;419:21;426:8;459:15;
493:6;523:19,21;576:19

**product (1)**
424:4

**production (2)**
425:25;466:3

**productions (1)**
608:19

**profession (1)**
411:5

**profit (2)**
395:12;483:12

**profits (1)**
577:22

**progressing (2)**
591:16,22

**projects (1)**
440:11

promise (1)
455:9

promises (1)
455:9

proper (3)
471:13,23;621:2

properly (3)
409:11;539:4;574:20

properties (1)
438:20

property (1)
330:6

proportion (1)
413:13

prospectus (2)
335:11;356:21

protect (2)
506:4;582:7

protected (1)
406:5

protection (1)
623:11

protocol (1)
421:12

protracted (1)
591:14

prove (1)
629:14

provide (6)
348:11;357:14;358:13;
366:18;397:21;560:21

provided (8)
358:15,18;383:5,12;429:11;
538:8;618:22;631:21

providing (1)
455:3

proving (1)
424:20

provision (3)
467:11;520:15;521:7

provisioning (5)
439:13;476:8;603:2;
627:12;629:10

provisionings (1)
346:24

provisions (4)
363:19;394:7;468:16;539:5

Public (7)
325:14;326:8;340:3;368:7;
401:25;495:24;515.20

publicized (2)
388:25;396:12

publicizing (1)
469:23

published (3)
508.14,18,19

Puginsky (2)
376:7,20

pull (3)
458.12,14;517:21

purchase (5)
346:12;349:2;367:15;
371:20;441:9

purchased (5)
414:9;598:11;599:8,15;
630.9

purchases (30)
339:21;345:24;346:16,21;
348:22,24;358:10,11;361:7;
363:4,4,7;364:5,6,9,19,23,24;
365:13;366:23;371:15;414:7,
14;422:21;439:2,4;442:14;
567:16;569:18;601:16

purchasing (6)
345:22;362:24;388:22;
395.11;627.23;631.8

purport (1)
332:9

purpose (9)
389:12,13,392:9;405:9;

446:4,447:9;525:23;536:15;
548:16

purposeless (1)
617:8

purposes (3)
384:25;526:14;617:25

pursuant (1)
409:18

pursue (1)
379:12

pursuing (2)
447:11;591:14

put (52)
355:21;359:3;360:14,15;
371:11;374:17;379.2;391:21;
392:12,18;393:4;395.17,19;
401:22;408:25;433:3,13;
435:8;452:5;463:3,24;471:4;
476:17;479:18;483:8;490:24;
492:13,13;503:19,509:12;
531:22;535:11;536.4,24;
537:23;547:9;553:4,10;
562:19;566:12,13;576:6;
579:24;580:17;585:25;
586:23;591:5;601:11;604:21;
606:24;609:2.3

Putin (1)
399:11

puts (1)
578:12

putting (4)
334:5;475:7;478:17;607:19

---

# Q

qualified (2)
433:17;473:12

quality (2)
347:3,369:3

quarter (3)

370:12;515:2,2

quasi-sovereign (3)
414:4,5;511:14

question (105)
325:10;334:5;346:11;
349:24;353:7;363:6;364:15,
16;365;11;374:23;378:9;
379:6;380:9,13;383:18;
398:10,11,14,15,16.18;
404:21;406:12;416:23;
417:16,20;428:24;429:2,5,24;
434:15;435:8,17;438:8.446:6,
7;457:2;467:23,24;469:2;
472:4,15;476:17,22;477:17;
479:13;482:20;488:3,8,16;
491:8;492:23;494:5;496:23;
500:24;503:13;504:4,18,25;
506:12;518:25;523:10;
528:13;538:5,16;543:24;
545:24;549:22;567:13;569:6,
572:5,575:19;576:5;579:12,
13,14,21,22;580:4,6;582:23;
588:19,21;592:22;594:19;
595:25;597:22;599:14;
600:12;603:10;604:25;605:6,
11,25;606.4,17;616:21;
619:15;622:3,7;623;24;
625:13;628:17;629:19;630:16

questionable (4)
393:23;495:3;518:17;600:6

questioned (2)
474:22;475:9

questioning (2)
408:3;523:7

questions (18)
345:5,15,18,21;385.13;
403:13,24;408:23;409:17;
410:8;423:11;435:6;477:7;
520:25;522:6;566:23;630:20,
632:2

**quick (2)**

334:21;356:13

**quickly (4)**

581:11,15;602:8,9

**quite (4)**

422:3;520:12;591:17;

592:13

**quotes (1)**

597:3

# R

**raising (3)**

598:24,25;604:15

**Rakishev (1)**

448:24

**rang (1)**

625:16

**range (5)**

483:16;508:20,21;509:7;

629:5

**rate (22)**

486:2;492:12,16;498:8,16;

507:18;508:4,5,14,14,17,21,

21;509:8,13;510:4,17,25;

520:6;577:3,4;579:23

**rates (20)**

483:16;489:9;490:16;

497:12,14,14,498:7;508:12;

510:8,9,21,22;520:22;522:2;

573:22;578:11,18,25;579:17;

621:25

**rather (1)**

405:5

**rating (2)**

577:3,9

**ratings (1)**

576:9

**rationality (3)**

598:23;601:8,10

**ratios (1)**

623:16

**reach (3)**

450:22,24;451:2

**reaction (8)**

329:12,15,20,21;391:7,9;

610:23;611:2

**read (56)**

332:5;333:2;345:9;355:7;

362:23;365:21;374:19;384:7;

394:10;399:17;406:19;422:8;

430:10,13,431:2;432:15;

461:4,14;466:25;467:15;

468:2;471:24;473:15;481:19;

494:10,13;500:21;517:5,

519.15,20;525:25;527:9;

533:22;544:5;548:2,6;551:16;

552:23;553:6;561:22,23;

574:19;579:10;583:11;588:2;

596.11;597.17;606.18;607:7;

609:23;615:2,6,16,17;616:18;

633:6

**reading (26)**

341:22;360:20;382:7;

431:17;467:17;468:11;

469.13,14;472:21;480:20,23;

481:10;500:20;528:12;

532:13;546:2,14,16;547:4,10;

548:9;557:9;578:6;579:5;

610.19;615.18

**reads (3)**

361:11;362:4;366:17

**ready (2)**

478:23;499:6

**real (6)**

399.10;404.15;438.20;

440:16;544:25;562:18

**realized (3)**

370.13,14;551:12

**really (15)**

329:24;331:12;332:5;

346:25;368:13;423:14;435:7;

488:5;495:4;511:13;549:24;

588:21;609:7;615:25;616:24

**re-ask (1)**

538:15

**reason (22)**

332:19;420:6;460:18;

488:20;510:16,24;549:6;

558:19;562:16;573:14,15;

575:4,21;581:7;586:5,591:20;

592:6,10;607:13;617:3;

625:23;633:8

**reasonable (10)**

426:12;440:17;464:3;

533:6;538:23;588:6,13,16;

589:3;615:5

**reasonably (1)**

588:22

**reasons (4)**

339:6,346:2;390:24;586:11

**reassess (1)**

330:2

**reboot (1)**

595:20

**recall (145)**

327:17;329:8,330:17;

331:10,14,16,19;333:12,13;

335:14,17;336:24;337:9;

340:21,23;343:5,10,13;344:9,

16,23;345:4,19;350:18,21;

351:10,10;354:5,9;356:9;

359:15,25;361:8,9;363:20;

361:10,2.,,22;366:4,5;368:15,

18,23;369:11,12;370:16,22,

24,373:23;374.5,375:6,14,17,

23;377:4,7,13;378:24;379:9;

380:20;381:11;387:12,16;

389:8;390:15;392:7,20;

395:24;396:12;402:6;404:2;

**reassess (1)**

412:21;414:18;415:4,416:15;

418:8,9,11,423:23,424:18,24,

425:2,4;429:8,441:20,443:23;

444:13;445:9;446:17,19;

458:10;459:14;460:2,463:22;

466:16,24,467:25;472:19,20,

24;475:14;476:7;497:9,10,

499:16,19,19;501:19;502:13;

507:8,11;514:8;525:25;

529:20;532:12,21,22;539.24,

25;540:6,14;549:2,553:24;

554:14;568:22;569:8;571:17;

572:21;581:19,20,22;593:18;

611:2;613:19;614:16;618:21;

619:2,6,16,21;624:15;626:4,

11,628:12,631:7

**recalling (3)**

345:25;348:21,23

**receipt (1)**

633:18

**receive (9)**

332:23;360:19;437:13;

457:20;459:14;482:16;

568:23;601:12;616:14

**received (41)**

329:3;336:12,14;340:15,22;

359:13,15;374:2;379:23;

387:14,16,18;388:21;390:12;

391:8;419:22;448:16;464:9;

466:12,14;472:25;487:14,

490:15;492:5,10;493:14;

497:14;510:22;511:3;530:23;

559:18,21;564:20;565:13;

568:18;574:4;588:3;605:15;

618:4;621:24;623:3

**receives (2)**

574:20;575:9

**receiving (16)**

335:14;336:23;337:7;

343:5;373:23,25;387:12;

388:17;486:3;492:2;530:20;
535:13;564:25;568:22;
575:11;611:4

**recently (3)**
409:12;434:25;534:13

**recess (13)**
334:25;356:18;373:7;
389:19;408:11;450:17;475:3;
499:2;524:19;541:10;567:4;
603:23;626:19

**recipients (2)**
390:11;608:23

**recognition (2)**
539:10;600:8

**recognize (5)**
329:11;357:9;465:17;
555:20;600:16

**recognized (3)**
391:17;425:5;600:22

**recognizing (1)**
630:20

**recollect (1)**
384:19

**recollection (31)**
328:7;332:4;333:24;
334:11;336:20;347:24;
351:17;352:2,13,20,25,353:3,
9,15;371:16;372:18;374:24;
376:23;379:22;381:4;387:18;
410:11;416:7;423:19;436:5;
448:23;495:23;496:7;528:3;
554:19;623:18

**recollections (13)**
351:20;352:4,17,22;370:21;
373:24;378:23;379:18;
429:18;499:17;519:19;
525:15;528:7

**recommend (2)**
613:2,6

**reconcile (2)**

476:14,14

**record (46)**
334:24;335:7;356:17,25;
373:6,16;389:16,18;390:7;
408:8,10;410:7;419:13;427:2;
430:13;450:16,20;461:4;
466:25;472:17;478:18;
487:21;498:25;499:5;513:19,
22,24;514:2;524:15,18,22;
541:7,9,13,554:4;555:16;
560:2;567:3;595:12;603:22,
604:2;611:14;625:17;626:18,
22;632:5

**recorded (4)**
470:12,22,473:17,22

**recording (4)**
474:9;475:10;476:2;571:18

**records (7)**
349:3;419:2,10,25;528:3,5;
591:16

**recover (11)**
379:3;395:7;468:7;477:5,
14;581:15;582:5,7;593:21;
615:11,14

**recovered (3)**
394:6;458:5;476:24

**recoveries (14)**
395:14,16;396:13;467:6,12,
22;471:8;472:18;544:23;
551:12;559:16;591:3,9;
610:11

**recovering (4)**
424:8;469:24;476:5;477:12

**recovery (102)**
330:6;340:18;342:4,7;
345:6,16;364:2;379:12,17,
380:7,15;391:14;392:18;
393:7,11,17,22,25;394:5;
395:8,9,23,396:2,6,7,8,19;
430:21;448:8;468:21;469:25,

470:11,13,22,24;471:13,21;
473:16,21,474:10;475:8,11;
476:2,20;477:9,10,14,25,25;
478:3;500:7;526:20;537:13;
539:5,16,18,540:4,25;541:15;
544:7,20;546:3;547:6,7,22;
548:14,19,20,22;549:7,16,18;
552:3;553:12;555:18,21;
556:4,11,17;557:2;558:3,20,
22,25;559,19,23;560:11,14,
19;561:9,16;562:16;563:25;
564:4;565:9;600:23;604:17;
605:3,20;606:5;611:20;620:8

**redemption (2)**
555:19;556:5

**reduce (1)**
473:6

**reduced (1)**
617:19

**reed (1)**
341:9

**refer (6)**
367:5;410:25;530:22;
580:24;584:3;627:16

**reference (15)**
401:8;429:20;540:23,24;
541:18,19;544:10;551:9,12;
555:20;557:19;558:5,7;
563:19;582:16

**referenced (4)**
353:13;387:8;543:16;
587:24

**referred (8)**
363:14;436:25;506:14;
520:9;540:22;543:16;550:15;
574:7

**referring (27)**
355:13,23;356:7;362:20;
418:25;449:3;470:3;471:20;
476:7,19,21,21;477:20,

481:22;500:8;505:8;542:2,
547:5;549:15,20;584:6;589:9;
590:23;613:3;621:21,23;
627:25

**refers (1)**
402:11

**refinance (3)**
508:17;509:8;510:17

**refinances (2)**
508:5,14

**refinancing (2)**
508:2,17

**reflect (1)**
371:22

**reflects (2)**
371:14;515:21

**refresh (16)**
328:7;332:4;333:24;
336:20;347:24;352:2,13,19,
24,353:2,15,371:16;372:18;
374:24;376:23;491:20

**refreshes (1)**
353:9

**regard (2)**
526:24;599:23

**regarding (20)**
341:4,10,14;342:17;350:2;
353:19;381:18,24;393:15;
407:10;446:7;451:20;452:14;
460:5;477:9;558:19,22,
581:21;618:19;622:3

**regards (1)**
613:7

**region (1)**
404:5

**regular (1)**
430:22

**regularly (2)**
413:16;508:15

**regulated (1)**

394:8

**regulatory (2)**
436:21;537:8

**reimburse (4)**
455:9,15,21;456:2

**reiterating (3)**
539:15,17,18

**REITs (1)**
451:18

**relate (2)**
560:11;585:9

**related (12)**
352:10;439:25;440:4;
505:11;523:3;540:3;562:3;
580:23;594:3;617:22;618:8,
14

**relation (4)**
334:13;400:11;468:15;
484:6

**relationship (4)**
441:23,24;442:4;459:13

**relative (9)**
375:20;444:3,4;452:5;
457:15;479:18;575:12,12;
627:4

**relatively (8)**
572:24;574:5,21;575:7,10,
19;578:10,17

**release (7)**
338:10;364:24;368:7;
490:2;518:13;571:13;616:2

**released (14)**
337:11,13;388:8;423:24;
424:2;435:22,25;468:17;
471:16;502:2;511:16;536:5;
543:2;614:14

**releases (1)**
402:14

**relevant (17)**
336:2;363:23;366:8;

370:10;409:20;421:25;422:7,
434:11,19,474:16;542:12;
561:21;562:13;581:20;
629:25;630:2,4

**reliable (1)**
553:10

**reliance (3)**
545:19;553:6;594:11

**relied (6)**
471:25;525:23;526.17,17;
544:11;631:21

**rely (5)**
526:13;588:7,13,22;602:12

**relying (1)**
588:20

**remain (2)**
538:9;592:18

**remember (49)**
327:24;336:22;337:7;
340:4,5;346:20;351:12,14,
354:25;359:17;360:6,20;
362:12;365:6;369:2,7,379:20,
24;384:14;390:16;393:14;
394:23;399:21,22;400:17,21;
415:14;416:13;444:9;457:13,
463:15;465:16;466:17;
467:17;468:11;472:5,19;
480:20;501:15;507:15;
515:11;519:17;528:10;
543:12;545:10,11;558:16;
577:5;585:3

**remind (1)**
440:19

**Renaissance (10)**
340:15;341:2,604:15;
605:2,7,12,611:16;612:3,10;
613:21

**repaid (1)**
499:25

**repayable (1)**

551:7

**repayment (1)**
526:25

**repeat (16)**
380:9;398:17,416:23;
428:23,25;434:15;438:8;
443:13;467:23;473:19;536:2;
556:22;572:2;579:13;599:14;
623:23

**repeated (1)**
464:14

**repeatedly (2)**
548:3;594:7

**repeating (2)**
450:10;488:4

**rephrase (7)**
416:24;417:19;435:9;
457:2,504:25;580:3;581:11

**repo (1)**
487:16

**report (47)**
353:13;356:4,10;372:9;
392:6,15;399:22;431:24;
433:8;435:21;436:7,9;452:14;
465:14;466:11;469:7,10,17;
470:5,7,472:21,473:15;
475:16,17;493:4,9,10,14;
513:9;514:5;515:19;516:21;
517:22;518:4;558:18;576:9;
577:15;580:18;590:6,21;
591:24;609:2,5,12,16;610:15,
25

**reported (3)**
354:25;355:5;452:12

**REPORTER (13)**
376:16;425:16;461:15;
494:13;529:9;553:16;563:2,
13;576:12;595:5;608:9;
611:8;614:6

**reporting (2)**

372:13;545:8

**reports (12)**
353:12;427:17;436:12;
459:16;469:15;471:15;474:5;
545:4,15;580:15;592:20;
602:14

**report's (1)**
460:7

**represent (10)**
329:2;330:10;332:9;351:7,
24;365:19;416:3;418:2;
425:18;609:25

**representations (6)**
424:15;504:21;505:2;
581:13;601:18,22

**representative (4)**
386:12;406:22;569:3;598:8

**representatives (4)**
384:9;443:11,16,20

**representing (2)**
333:19;408:21

**Republic (3)**
400:4;571:8,9

**repurchase (1)**
604:21

**request (6)**
345:13;374:21;560:9;
596:17;597:21;610:5

**requested (1)**
494:12

**required (3)**
542:14;551:13;623:16

**requirements (2)**
419:14;436:22

**requires (1)**
527:24

**rescue (1)**
523:25

**research (9)**
471:12,22;472:16;514:5;

555:10;580:19;608:17;609:2,
4

**researched (1)**
472:20

**resending (1)**
596:19

**reserved (1)**
325:10

**resident (3)**
410:20,21,23

**residual (1)**
543:23

**resignations (1)**
390:23

**resolve (1)**
394:18

**resources (5)**
404:9;423:6;485:4;593:16;
627:7

**respect (12)**
331:11;351:8;355:16,17;
369:7;406:15;411:7,18;
431:13;432:3;465:10;624:8

**respective (1)**
325:5

**responding (2)**
349:21,23

**responds (1)**
572:5

**response (2)**
505:20,21

**responsibility (3)**
426:20;460:21;628:14

**responsible (1)**
424:15

**rest (5)**
375:20;500:21,25;577:8;
615:6

**restrictions (1)**
566:22

**restructure (6)**
428:20;512:22;524:6;
546:3;554:10,21

**restructured (6)**
394:2;464:13,511:8;
517:13;573:17;579:25

**restructuring (163)**
329:6,13,17;330:11;332:16,
16;336:25;337:11;338:16,18,
21;339:4,341:5;342:13;
346:22;350:3,352:10;366:15,
382:11;384:8;387:25;388:2,4,
6;393:21;403:15,16;413:24;
414:2,8;416:21;417:2,13;
422:20,21,23;424:16,430:19;
432:20,22;433:3,19;435:2,14,
24;448:5,12;463:19;467:3;
469:5;471:17;476:9,12,15;
481:3;489:3,21,23;490:3,4;
494:2,4,495:14;496:2,498:18,
19,21;500:19;507:15;511:12;
513:10,11;515:20;516:6,15,
23,24;517:6,10,12,17,23;
518:6,9,12,14,24;521:17;
522:8;523:12,20;525:24;
526:15,19;527:3,5,10,12,13,
16,18,22;530:8,18;531:3,14;
534:2,7,21;536:19,20;537:2;
538:24;539:4;548:21;549:8,
19;554:11;565:6,7,566:2;
567:10,15,571:6;593:2,5,15;
595:22,23,599:7,17;600:2;
601:6,17,25;602:13,16,22;
605:22;609:20,22;610:7,21;
616:5;618:23,619:8,14,23;
620:11,17;621:4,8,11,14;
622:18,22,24;623:15;625:25;
629:9;631:13,17,20

**restructurings (13)**
415:15,22,416:4,6,19;

417:6,23;516:6;568:20;
573:18;626:2,5,8

**result (6)**
395:13;426:20;487:11,15,
15;510:19

**resulted (2)**
430:20;491:10

**results (4)**
431:11;454:25;476:16;
609:22

**retail (2)**
489:17;490:7

**return (4)**
484:11,12;535:14;633:16

**returning (1)**
472:15

**reveal (1)**
386:2

**revenue (1)**
578:13

**review (30)**
358:6;361:6;362:9;364:18;
366:22;367:14,18,21,24;
368:8;369:9;370:2;388:14;
389:9,421:8;422:12,17;
466:11;474:18;477:6,22;
481:17;499:11,13;500:25;
501:7,504:9;525:9,13,540:11

**reviewed (29)**
358:4;362:10,21;363:2;
365:4,366:2,6,25;367:4;
368:4,5;369:10,13;388:10;
396:24;428:16;429:6;466:17;
496:24;499:12;501:10;
517:20;518:4,531:25;540:13,
14;544:2;600:18;610:24

**reviewing (17)**
335:17;340:21,23;370:16;
397:15;403:19;423:19;424:7;
466:24;507:8,514:8;519:17;

532:12,21,22;540:6;592:19

**revised (1)**
381:22

**revoked (1)**
500:16

**rich (2)**
404:9;423:7

**right (70)**
331:4;333:19;337:12;
341:20;344:15;347:4;352:25,
354:23;360:15;361:23;363:7;
370:15;378:4;381:12,400:15;
405:23;409:19,22;410:15;
413:23,25;415:9,10;427:9;
429:22;436:5,459:10,462:25;
463:16;470:5;475:15;476:18,
479:5;484:11;491:19;508:9;
511:21,22,514:9;515:4;
520:20,23,533:12;543:19;
546:15;547:12;551:21,24,
562:8;565:16;568:25,572:14;
574:13,17;584:25;587:3;
590:20;592:9,16;593:11;
602:25;610:8,18;623:21;
624:3,7,10;629:4;630:7;
631:13

**risk (30)**
360:18,20;370:22,24;414:4,
5;423:13;434:5;510:3,3;
532:2,4,6,12,22;533:16,21,
574:17;627:4,17,19;628:4,8,8,
8,9;629:13;630:10,14,17

**risks (4)**
574:10,14;627:17;628:20

**risky (1)**
627:2

**River (2)**
347:8,14

**rocket (1)**
515:23

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

role (9)
342:15;351:15;411:16;
511:10;571:15,24;577:21;
578:8;625:9

romanette (2)
525:3,19

Rotyslav (1)
555:6

roughly (1)
483:15

rule (2)
610:11,16

ruled (1)
399:10

rules (2)
397:19;407:7

run (2)
430:22;439:10

Russia (1)
404:16

Russian (1)
465:8

### S

sale (1)
449:24

Salgado (2)
563:12,13

same (41)
325:6,14;350:8;358:10;
360:25;391:20;402:11;
409:21;433:24;457:12;
462:10,11,12;463:14,25;
465:17;468:4;473:12;479:16;
495:13;497:16;503:10;
505:24;509:3;510:10;519:23;
522:18;524:11;535:14;
536:17;543:12;553:21;554:9;
555:12;584:4;587:19;601:12;

607:12;622:15;623:9;633:12

Samruk-Kazyna (12)
361:5;366:19;381:16;
392:25;404:22;405:15;
406:15;481:13;506:15;532:9;
613:25;614:15

Samruk-Kazyna's (4)
341:4;366:14;407:11,15

Santiago (1)
528.17

satisfied (1)
394:10

satisfy (2)
603:11,15

save (6)
445.24;616.13,15,17;618:8,
13

saving (1)
618·15

saw (14)
333:13;338:10;362:22;
365:6;392:15;411:11;506:20,
25;510:12,14;518:15;557:11;
582:10;627:6

saying (21)
327.19;339.16;412.16;
451:17,20;463:17;509:15;
517:8;525:20;526:24;543:6;
558:17;582:4,13;597:8;600:9;
608.21;609.24;610.16;
611:24;628:25

Sberbank (1)
502:4

scenario (2)
464·11;615·10

scenarios (1)
610:7

scientist (1)
515.24

scope (4)

404:21;405:2,534:23;
573:23

screen (1)
389:6

scroll (1)
349:17

sealing (1)
325:6

search (4)
420:11,13,14.15

second (38)
338:16,21,339:4;341:5;
350:2;382:22;383:3;385:5,9,
11;416:21;418:13;427:19;
448:11;508:7,514:25;515:2;
519:4;539:14;541:14,549:18;
563:19;564:15;565:12,15;
566:2,14;574:3,9,19;580:25;
582:17,19;583:11;601:16;
602:15;605:22;609·19

section (39)
342:23;360:18;362:4,9,23;
366:22;367:11,14,24;370:17;
427:11;428:13,14;429:7;
430:10;481:11;482:23;
494:11;499:13;507:9,20;
508:8;520:11,13,24;521:2;
524:25;532:2,5;540:3,16,20;
541:16,23;542:16;546:3;
566:20;573:9;591:8

sections (4)
368:12;369:9,14;483:4

secured (4)
546:5,11,13,21

securities (13)
380:18;383:7,14;437.24;
441:10;513:12;530:20,24;
567:11,14;592:25;620:5,6

security (4)
531:2,2;570:4;586:7

seeing (6)
395:24;403:14;428:15;
501:15;574:18;613:14

seek (2)
464:22;564:2

seeking (1)
396:18

seem (3)
495:17;512:7;526:11

seemed (10)
339:3,404:6;424:9;464:6,6;
465:8;468:17;477:13;536:16;
556:10

seems (17)
349:11;362:22;378:2;
382:4;391:2,23;392:11,
437:18,20;464:2;482:2;
498:10;556:8;584:13,20;
614:18,23

segregate (2)
412:14;553:9

segregated (13)
391:21;393:4;394:3;
395:20;471:4;539:9;547:8,18;
548:5,8;549:5,25;571:19

segregation (5)
391:25;392:2;393:3,4;
548:16

self-inflicted (1)
518:21

sell (1)
366:20

sellers (2)
344:18.19

selling (2)
343:21;344:17

send (4)
335:23;395:3,4;596:12

sending (9)
335:20;343:10;459:9;

462:20;463:6;464:17;561:20;
596:8,23

**senior (2)**
382:14;611:19

**seniority (1)**
345:17

**sense (19)**
329:24;389:4;391:20,21;
392:8;393:6;394:20;403:18;
404:11;412:7;432:17;436:15;
521:22;570:8,21;578:22;
596:12;601:13;619:10

**sent (11)**
343:9,14;350:11;373:25;
409:12;535:12;595:13,15;
596:19;610:24;614:20

**sentence (2)**
613:5;615:7

**sentenced (1)**
453.15

**separate (1)**
560:14

**separately (1)**
576:23

**September (8)**
339.23;364:7;369:25;
513:10;514:6,9,22;515:3

**sequential (1)**
466:4

**sequentially (1)**
466:7

**series (6)**
347:7;349:7,9;354:11;
449:22;469:15

**serious (4)**
345.25;433:2;477:13;
627:10

**seriousness (1)**
363.24

**serve (4)**

392:13;475:20;518:22;
533:19

**served (4)**
392:9;442:3;473:6;600:9

**serves (1)**
436:7

**service (1)**
584:10

**services (5)**
351.12;530.4;565:3;
584:17,22

**serving (1)**
475:22

**set (7)**
356:11;385:13;410:12;
443.24;503.4;621:25;625:10

**sets (2)**
552:8;590:22

**settle (2)**
328.5;544:23

**seven (3)**
361:21;362:15;577:8

**several (3)**
495:5;592:23;598:15

**shall (5)**
325.10;361.13;362.7;
482:13;551:7

**shape (1)**
443:19

**share (2)**
341:4;483:6

**shareholder (7)**
404:8;486:7,10;487:10;
505:14;533:3,13

**shareholders (3)**
484.22;500.15;505.24

**shares (6)**
339:11;361:14;362:7;
482.14;505.15;610.14

**sharing (2)**

353:18;464:4

**sheet (20)**
391:15;392:19;394:3;
425:6;468:14;470:12,23;
471:7,21;472:18;473:17;
475:9,12;476:3;517:13;
539:10;633:9,12,14,17

**sheets (2)**
473:22;474:10

**short (3)**
339:4;411:11;631:3

**shortfall (2)**
429:21;433:22

**shorthand (2)**
503:15;535:20

**shortly (5)**
346:22;388:25;396:8;
554:8,19

**show (4)**
389:14;539:12;549:14;
571:16

**showed (3)**
350:5,9;433:21

**showing (2)**
500:4,521:18

**side (10)**
404:13;407:22;460:25;
467:5,19;468:4;479:16;486:3;
491:21,22

**sign (1)**
633:11

**signaling (1)**
431:25

**signature (2)**
376:21;529:18

**signed (3)**
325:13,15;528:16

**significant (9)**
379:25;402:2;418:21;
431:21;432:7;433:21;602:22;

628:20;629:7

**significantly (2)**
415:7;629:11

**signing (1)**
633:12

**signs (1)**
481:2

**Silver (3)**
349:8,10,13

**similar (4)**
467:20;577:9;625:25;626:8

**simple (2)**
523:10;628:2

**simpler (1)**
435:8

**simplify (1)**
594:20

**simply (10)**
434:24;435:12;498:13;
503:14;509:18;517:24;
530:19,23,535:2;543:24

**siphoning (1)**
489:3

**sit (4)**
338:14;450:3;463:17;
610:20

**sitting (6)**
339:17;415:21;423:18;
567:22;579:11;619:18

**situation (8)**
370:7,7;438:19;495:6;
516:13,17;604:23;624:10

**situations (2)**
416:25;417:10

**six (3)**
345:8;577:9;610:9

**size (2)**
573:2;589:16

**SK (113)**
338:23;339:8;341:10,21;

354:3;355:15;357:6;366:19;
381:18,24;383:23;384:9,20,
24,25;385:5,14,15;447:21;
448:5,19:449:8.16,17:450:5;
460:13;462:3;463:15,23;
464:23;471:16;480:11,18;
482:15,24;483:5;486:6,6,21;
487:14,22;488:13;490:15;
491:20;492:15;495:12,22;
499:21,24;501:4,8,19;505:11,
22,25;506:3,14,21;507:3;
512:6;519:22;522:18;523:22;
532:17;533:2,4,13,25;534:6;
535:2,2,7,12;537:25;538:8;
550:3,6;552:5;574:7;575:2;
577.19,21;578:8,8,12,17;
597:4,9;598:2,8,9;599:10,19:
604:21;614:15;616:2;618:22;
619:4,7,12;621:18,24;623:9,9,
10,22;624:3,17,21,25;625:5,6,
9

**skim (1)**
560:7

**SK's (9)**
382:12;496.11;519:9;
575.6;578:10;589:17;610:20;
619:17;623:2

**slow (2)**
470:13,24

**slower (2)**
382:24;468.22

**slowly (2)**
591:17;592:14

**small (3)**
363:19;572.24;573:2

**sold (8)**
419:22;442:11;447:16:
448:20,23;453:21;477:14;
502.4

**sole (2)**

411:8,20

**solely (1)**
418:25

**soliciting (1)**
395:5

**somebody (13)**
330:23;379:17;423:14;
437:13;444:18;458:19;
472:23;475:18.21;571:4;
606.2,2;615:13

**somebody's (1)**
586:8

**something (62)**
336:4;351:4,6;355:12;
356:2;362:15,377:5;395:4,4,
5,396:4;422.6;423:15;434:4;
443:2;457:17;458:5;470:3;
471:2,6;472:13,13;473:4;
487:13;495:16;501:11;
502.14;510.13;518.16;
522:25,523:4;524:3,4,526:11;
527:4;528:15;544:17,21;
547:2;548:12,14,24;549:20;
552:2;558:2,6;559:13,20,21;
568:23;570:8,573:12;586:3;
587.21;596.13;610.17;
611:18;615:17;616:20,20;
617:14;628:7

**sometimes (8)**
349.15;438.19;447.6;
459:18,22,570:7;592:13;
616:19

**somewhere (5)**
371:11;396:17;420:6;
509:17;604:19

**son-in-law (1)**
400:13

**soon (4)**
366.5;368:4,5,435:13

**sophisticated (2)**

437:2,22

**sorry (19)**
331:3;333:23;344:18;
354:20;371:7;376:18:382:6;
415:20;433:16;441:19;
461:20;494:6;505:19;519:7;
532:15;558:21;577:25;618:3;
629:11

**sort (15)**
411:21;421:7;423:16,
451:19;461:12;471:22:
503:11;524:9;526:4,9;535:8:
568:2;570:11;575:20;584:10

**sorts (1)**
579:2

**sought (3)**
393:16;477:4;564:5

**sound (3)**
332:25;512:25;513:2

**sounds (2)**
532:4,544:8

**source (5)**
402:24;604:20;615:20,21,
24

**sources (5)**
384:15;402:17;452:25;
489:15;575:23

**sovereign (9)**
381:18;390:25;506:15;
532:9,17;573:20;603.17;
627:9,10

**space (1)**
633:9

**spacing (1)**
461:19

**Spain (1)**
328:22

**Spanish (2)**
354:17;582:21

**Spanish] (2)**

354:24;459:4

**speak (1)**
508:24

**speaking (2)**
428:19;524:8

**speaks (3)**
361:20;469:11;505:9

**special (3)**
366:7;392:11;547:14

**specialist (1)**
415:19

**specific (13)**
362:16;424:24;440:6;
479:19;485:10;499:17;
500:22;501:2;508:12;525:15;
528.2;616.21;617:13

**specifically (4)**
497:12;521:24;560:12;
570:6

**specifics (1)**
507:11

**specified (2)**
542:12;543:23

**speculate (2)**
596:18,22

**speculation (2)**
584:14,15

**speed (4)**
468:6;476:4,7;607:16

**spelled (1)**
563:20

**spend (1)**
481:4

**spending (3)**
386:19;453:18,21

**spent (8)**
405:20;424:7;441:4;
476:11,11;593:16,20;602:25

**split (3)**
394:6;490:22;594:23

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

**splitting (1)**
488:17

**spoken (2)**
445:7;451:22

**stability (1)**
511:25

**stabilize (1)**
489:24

**stage (4)**
351:16;429:8;431:9,537:5

**stages (1)**
577:19

**stake (1)**
423:15

**stale (2)**
602.8,9

**standard (2)**
421:12;422:11

**standing (1)**
551.10

**start (8)**
354:22;438:25;439:6;
480:22;481:5,23;525:12;
617:10

**started (3)**
333.19;339:24;431:5

**starting (5)**
333:18;466:22;540:5,9;
560:13

**starts (4)**
361:3;525:20;551:22;
573:10

**State (9)**
326:8;494:16;509:24;
510:6,6.575:11;598:17;627:8.
633.8

**stated (4)**
338:12;362:13;562:15;
598.9

**statement (30)**

337:16;365:18;371:4,9;
372:7,375:8,377:18,430:9,25;
434:10,17,435:12;448:3,4;
501:6:505:20;512:14.15,16:
517:2,4;556:23,25,559:8:
581:8;592:8;600:11;613:11,
12,14

**statements (41)**
340:6:348:3:358:16;
369.23;370.2;371:19,21;
375:8;384:18.21,21;412.3,6;
418:20;419:3,20;422:13;
423:20;424:20;425:13,19;
426:11,24,24;427:13,18,21;
428:12;433:9,21,24,436:3;
474.19;512.7;518:24;536:12;
571:13;575:20;594:3;598:15;
610:20

**States (4)**
381.25;383.24;384.10;
610:10

**Stati (6)**
327:18,20,21;328:8,17;
398:23

**status (7)**
453.11;454.24;540.16;
541:16,23;542:23;546:17

**stay (1)**
631:3

**steal (1)**
440:9

**steering (11)**
330:19;331:13;332:15;
347:13.18;354:7;372:19;
374:8;375:2;387:3,22

**sticker (1)**
458:22

**still (24)**
326.19;342.10;346.19;
401:22;406:24;407:23,25;

431:12,20,432:7;435:17;
448:5,476:19,478:9:528:18;
534:10;556:10;573:16,19;
587:22;602:20;603:4,5;617:8

**stipulate (4)**
606:25;608:2;610:9;612:25

**STIPULATED (3)**
325:4,8,12

**stock (4)**
377:7;506:6;532:25;585.22

**stop (1)**
397:14

**story (7)**
399:14;446:11,12,13,13:
447:10,13

**straight (3)**
329:23;426:3;522:21

**strange (1)**
473:2

**strategies (1)**
451:3

**strategy (5)**
406:7;438:10,10,13;451:9

**stream (1)**
491:16

**street (2)**
583:7,7

**stress (1)**
490:13

**stretch (1)**
509:14

**strict (2)**
397:19;484:6

**strike (4)**
441:25;525:12;538.6;
624:19

**structure (16)**
330:7;373:22;477:11;
483:8,9,12;486.15;503:19;
509:12;526:20;535.11;536:6;

544:20;558:23;571:19;601:9

**structured (1)**
493:20

**stuck (1)**
368:23

**study (1)**
386:25

**studying (2)**
560:14.19

**stuff (19)**
351:13,15,353:19;369:13:
401:15;405:7;413:17,451:11,
19,20;452:11;453:21;481:24;
520:9;527:7;553:21;575:22;
580:23;617:15

**sub (2)**
611:19;615:10

**subheading (1)**
521:13

**subheadings (1)**
521:12

**subject (13)**
419:14;453:24;510:8;
563:24;583:12;587:10,11,18;
595:18;609:16;613:9,615:22;
633:12

**submit (1)**
620:13

**submitted (3)**
530:5;531:6,10

**submitting (1)**
529:20

**subordinated (28)**
329:16;330:4;332:10;
337:19;338:7;344:11,350:13,
15,351:8,25,352:11,14;
382:15,16,17;383:7,426:17;
447:18;485:20;604:16;
605:21;610:12;615:14:
623:20,25,624:6,9;629:14

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

**Confidential**

Claudio Khamis
December 7, 2018

**subpoena (4)**
408:14;409:7,11,18

**sub-prime (2)**
370:13;577:4

**subscribe (1)**
464:3

**subscribers (1)**
580:15

**subsidiaries (1)**
425.20

**subsidiary (2)**
384:23,24

**substantially (1)**
578:18

**successful (26)**
414.3;417:11;424:17,17;
430:18;432:19;435:2,14;
471:16;476:13;489:3,23;
490:4;493:25;516:15,22;
517.11;518:24;527:12;
536:18,21,25;599:7;600:2;
602:13,21

**successfully (4)**
464:13;581:14;591:16,23

**sue (3)**
460.12;462:3;625:15

**suffered (4)**
393:17;600:5;624:25;
625:19

**sufficient (1)**
549:9

**suggest (1)**
454:13

**suggested (1)**
501:20

**suggesting (2)**
534:19,22

**suing (2)**
354.3;464:23

**suit (2)**

**summary (2)**
529:13,22

**summer (1)**
467:4

**superior (4)**
623:21;624:2,7,10

**supplemented (1)**
467:10

**support (24)**
367:12;392:25;498:6,11;
499:14;507:10,20,22;508:8;
509:24;510:9;519:5,8;523:25;
524:7,8,9;573:24;575:11;
577:22;594:4;598:13,17;
618.21

**supported (1)**
510:6

**supporting (1)**
575.15

**supposed (5)**
417:17;488:25;606:7,15,22

**sure (34)**
328:11;349:4;361:22;
367:3;371:23;380:10;381:5;
386:9;387:14;409:21;418:14;
437:5;450:14;464:16;471:10;
474:24;480:21,23;512:5,23;
524:16;532:5;543:13;545:17;
547.10;556.14;585.2;606:22;
607:24;610:3;615:3;617:18;
627:22;628:24

**surprise (2)**
330:7;436:24

**surprised (1)**
565.19

**surprising (1)**
462:17

**surrounding (1)**
402:14

**suspect (1)**
594:13

**suspension (1)**
602:3

**suspicious (1)**
575:17

**swap (52)**
464:3;483:9;486:14;
488:17;489:4,4;490:21,22,24,
25;491:5,10;492:21;493:3,8,
11,15,19;494:20;496:9;497:2,
13;502:9,11,17,23;503:3,5,5,
7,8,14,18,23;504:7,13;509:5,
21;510:20;511:23,24;575:25;
587:21;589:12;590:13,17,23;
591:9;600:7;603:17;621.22;
623:13

**sworn (3)**
325:13,15;326:7

**synthesizing (1)**
470:18

**synthetic (1)**
527:4

**system (2)**
575:15;617:21

**T**

**table (1)**
339:17

**tactics (2)**
356:7,11

**taking (10)**
355:15;477:3;483:13,20;
495:9;524:9;581:18;613.15;
617:16;629:13

**talk (24)**
334:7;338:14,20,25;339:7,
18;343:23;348:10;349:13;
364:5;382:24;397:25;403:8;

404:20;427:2;445:20,21;
463:18;491:13,14;501:18;
502:3;571:2,3

**talked (17)**
333:3,9;338:22;370:18;
374:6;380:3,4,5,10,11;
441:22;446:23;518:5,14;
527:7;559:11;601:9

**talking (31)**
327:15;353:16;363:8;
380:12,17,394:21,23;405:21;
417:15,22,463:16;471:19;
472:9;476:4;482:2,6;491:23;
492:22;494:16;496:20;499:8;
511:4;543:12,14,18;551:18;
568:6;570:25;594:8;598:25;
603:5

**talks (8)**
338:13;340:18;350:22;
393:14;406:24;482:4;551:4;
564:11

**tangible (1)**
341:3

**target (1)**
431:14

**targets (1)**
432:3

**telling (6)**
337:9;390:17;434:7;
464:25;474:21;615:12

**ten (19)**
445:12,13;462:8;483:15,17;
486:4;498:9,10;503:10;
510:15,17;524:11;535:15,23;
575:18;578:11,18;601:13;
626:16

**tend (1)**
616:13

**tends (1)**
422:3

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

**Confidential**

Claudio Khamis
December 7, 2018

tenge (4)
  430:24;467:7,11,14

term (13)
  484:16;502:20;503:25;
  568:4,11;583:2,15,16;586:18;
  588:25;602:2;616:7;620:17

terminology (2)
  506:10;552:23

terms (36)
  329:6,13;336:12,24;337:10;
  350:2,352:9;363:18;382:5;
  388:9,423:7;435:23;448:11;
  452:10;469:25;471:24,25;
  493:25;494:3;496:14;515:19;
  518:18;519:23;522:18;
  540:21;541:15;554:11,21,22,
  23;555:2;577:22;601:24;
  620:11;628:2;629:8

testified (7)
  326:9;327:20;359:9,
  531:25;569:11;624:20;631:15

testify (6)
  327:5;407:10;447:5;470:9;
  601:14;602:6

testifying (4)
  326:22;433:15;477:24;
  631:8

testimony (9)
  327:2;409:13,14;441:2,21;
  494:12;506:20,25;581:23

text (3)
  445:19,22;585:4

theme (1)
  346:21

themselves (4)
  363:16;489:12,14;511:17

theories (2)
  614:18;616:3

theory (7)
  614:17,19,25;615:13,18,23;

616:12

There' (1)
  353:4

therefore (2)
  441:8;536:21

thereof (1)
  588:5

thick (1)
  360:3

thing (8)
  347:2;409:21;415:19;
  494:25;501:13;502:22;
  531:16;562:13

things (21)
  334:15;339:9,394:24;
  436:22;440:8;460:22;470:15,
  19;475:25;480:24;489:22;
  497:7;499:19;501:14;511:20,
  21;515:17;585:8;601:25;
  602:4;610:10

think (151)
  330:20,22;332:6;333:18;
  337:14;338:3,22;341:20;
  346:10,13;363:2;371:24;
  374:9,10;375:16,19,23;
  385:11,25;388:16;397:17;
  401:21;404:20;405:16;406:8;
  407:24;409:10;410:22;411:5,
  11;412:15;413:11;417:8;
  426:2;428:16;429:6,21;431:4;
  432:14;437:10;438:2;440:17,
  441:2;443:5,9,444:25;445:12,
  13,14;447:5;449:14;452:9;
  454:8;457:22;458:18;459:15,
  22;460:12,18,20;461:24;
  462:2,13,16;469:10,19;470:9,
  11,17,21,24;474:15;475:16,
  24;476:4;478:15;479:5,14;
  480:6;481:6,22;483:11;
  485:23,23;487:18,25;488:3,

10;492:20;493:5,5,10;499:9;
502:2,503:12;507:19;512:15;
523:17,18;531:25;536:6,8,10;
540:4;544:21;545:3;549:15,
20;550:4;554:13,25;560:22;
561:13;568:3;569:11;570:11,
20;572:9,23;574:13;576:21;
579:8;580:5;581:23;584:12;
585:16;588:4,10;592:16,22;
594:19,20;603:4;605:15,25;
606:16;607:10,18;618:3;
619:15;624:6,6;625:8,626:15;
627:3;628:16;629:19,22;
630:7,8,8

thinking (5)
  344:16;368:24;369:4,
  461:3;589:5

thinks (1)
  386:13

third (6)
  460:14;461:6,8,18;514:12;
  565:17

thirty (1)
  633:18

thoroughly (3)
  360:9;364:4;384:22

those (62)
  327:3;359:15;364:19;
  384:21;394:13;397:22;400:6;
  402:14;411:9,12,13;412:8,10,
  24;414:24;416:6;417:10;
  419:2,4,7,11,14,18;424:15;
  429:13;432:15;436:2,4,12;
  443:12,24;455:8,14;456:24;
  470:15;471:13;476:14;
  480:23;496:13;510:22;533:7,
  21;536:23;537:25;544:25;
  545:12,15;562:7,18;567:20;
  572:21;579:2;580:14,584:22;
  600:15;601:7,616:2,3,622:4;

625:19;627:5;631:11

though (9)
  325:15;371:21;392:6;
  461:6;473:5;486:21;495:16;
  544:15;557:24

thought (7)
  347:4;464:2;475:25;507:3;
  545:21;561:21;594:14

thousands (1)
  504:10

three (17)
  345:7,411:24;412:11,17;
  416:4,427:23;430:10,13;
  432:15;441:3;457:23;459:17;
  519:3;573:11;574:14,16;
  580:20

through (34)
  332:6;342:8;368:17;
  371:19;380:7,15;382:2;
  392:25;402:19;412:10;
  415:15,22,416:4,19;417:24,
  443:12;444:2;472:3;483:4;
  489:14;491:17;493:17;494:3;
  509:10;527:25;548:10;568:5,
  13;584:18,19;616:18,22;
  625:24;626:8

throughout (2)
  388:7;413:6

throw (2)
  422:7;568:24

throwing (1)
  380:25

Thus (1)
  431:12

thyroid (1)
  327:12

timeline (9)
  333:17;348:21,23;363:3;
  364:21;387:24;452:5;537:5;
  595:21

**times (12)**
337:3;346:3;352:5;417:3;
445:7;536:11;544:20;592:23;
602:6;624:20;629:20;630:9

**tired (2)**
537:4;547:16

**title (3)**
566:20;609:17,19

**today (32)**
326:22;327:6,9;332:25;
390:19;398:21,24;401:18;
404:12;406:17;407:8,9;
409:15;412:7,13;415:21;
422:5;423:18;446:14;450:4;
478:9,22,24;484:4;485:13;
534:21;558:6;567:22;579:11;
583:19;619:19;631:23

**together (7)**
357:23;379:2;406:19;
559:6,6;609:2.3

**told (15)**
336:22;345:24;346:3;
352:3;360:6;379:24;399:20;
415:23;440:12;452:9;478:21;
534:3,9;557:23;606:10

**tone (3)**
463:12,16,17

**took (9)**
347:25;349:25;350:2;
369:9;371:17;457:8,476:9;
483:5;559:17

**tools (1)**
411:5

**top (9)**
401:3;459:4;508:7;554:6;
555:24;565:8;569:9;587:3;
593:25

**total (4)**
395.10;424:3;521:13;
555:20

**totalling (1)**
430:23

**touched (1)**
594:21

**trade (4)**
375:4;413:17;415:9,13

**traded (2)**
583:8,9

**traders (1)**
584.17

**trades (2)**
371:22;567:20

**trading (6)**
343:19;346:16,18;371:13;
419:2;629:3

**trained (1)**
424:5

**transaction (12)**
442:9;486:3,5,16;487:16;
488.18,23;490:21;493:21:
494:19;501:15;622:12

**transactions (12)**
346:2;372:2;375:7;403:17;
449:5,22;499:20;502:8;503:4;
533:18;601:7,625:10

**transcript (5)**
588:2,5,11;633:19,20

**transfer (1)**
378:17

**transfers (2)**
378:11,19

**transitory (2)**
494:15,18

**translation (4)**
343:2;459:5;582:21;584:5

**travel (1)**
531:16

**traveled (1)**
384.9

**traveling (2)**

**420:**6,528:17

**treasuries (3)**
627:18,20;628:9

**treated (5)**
329:17;350:13;352:15;
399:2;547:17

**treating (3)**
355:18;405:7;436:13

**treatment (3)**
547:6,7,14

**trial (13)**
325:11;405:13,24;406:6.10,
14,15;407:4,6,10,21;408:5;
478:25

**tried (2)**
423:10;535:10

**Tristan (38)**
327:16,22;328:5;330:20;
331:6,11;347:13,15,17,20,21,
25;348:6,16,19,23,24;349:15;
354:7;371:14,15,17,25;
372:11,13,20,373:21,374:4,6,
8,25;375:4,7;380:4,10;
398:23;414:22;442:10

**Troika (25)**
459:10,13,15,19;465:14;
466:11;468:2,11;469:19,21,
21;470:4;479:8,14;493:4,9,
10,14;502:12;517:21;518:4;
536:10;555:7;590:5.21

**Troika's (4)**
468:10,20;469:18;475:17

**trouble (2)**
348:21;473:9

**true (18)**
384:17;417:3;438:5;441.5;
489:13,16;491:12;492:3,6;
493:15;502:18;518:9;557:15;
572:11;585:6;628:21,629:16;
630:5

**trust (22)**
342:8;391:22;392:2;393:5,
395:20;396:7;471:4;477:11,
19:544:13,19:545:5;547:18,
19;549:25;557:24;558:20,20,
23;559:20;562:7;565:2

**trusted (3)**
552:14;594:10,10

**trustee (25)**
543:19;550:13,14,20,24;
551:3,22,25,552:9,12,13,17,
20;553:5;556:12;557:13,25;
558:9;559:10,12,19,22;562:7,
8,17

**trustworthy (1)**
553:10

**truth (1)**
495:4

**truthfully (1)**
327:5

**try (15)**
329:25;392:17;394:14,17,
20;471:12;488:18;495:16,17,
20;522:22;533:8;596:12;
607:16;618:5

**trying (34)**
329:22,23;337:4;344:10;
352:19;353:8;363:10;365:9;
369:4;386:12;388:13;389:4;
397:18;405:23;407:3;435:5;
438:22;453:18,23;492:25;
511:5;515:17;523:7,9;535:9;
538:12;553:9;570:2,3;575:8;
586:13;594:20;602:5;609:8

**TuranAlem (14)**
363:8;364:6,8,19;365:13,
16;366:24;367:16;414:15;
439:2;440:24;626:25;629:2;
631:8

**turbulent (1)**

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

346:3

**Turn (17)**
351:21;358:9;360:11;
362:17;366:10;367:8;369:15;
371:12;400:22;480:7;519:2;
566:15,19;577:12;597:11;
598:3;609:11

**turned (4)**
330:24;331:23;360:22;
379.22

**Turning (3)**
559:24;573:9;580:18

**two (57)**
345:3;361:17;363:21;
366:7;368:13;369:13;373:17;
390.23;403:15,16;405:20;
418:3;427:15;431:2;437:19;
443:8,24;457:18,21;458:2;
459:16;460:23;470:15,23;
480.24;483:14;486:3;495:15;
496:10;499:10;501:14,16;
503:9;509:2,4;519:3;523:2;
524:10;525:17;535:13,22;
536:3;539:23;551:9;577:19;
585:20;589:18;592:23;600:5,
16;601:11;602:7;607:13,
614:15;626:2,8;629:23

**type (5)**
434:10,17,18;438:21;
509.25

**types (1)**
509:2

**typical (3)**
519:23;520:6;522:19

**typically (3)**
438.17;509:22;516:7

**U**

**UBS (21)**

337:16;342:12,14,16,
343:21,22,354:12;358:16;
365:18;371:4,21;372:7,9,12;
396:3:513:9:514:5;516:21:
530:3;531:11;567:21

**UK (13)**
341:23,24,399:18,21;
410:23;451:23,24;452:8,11,
12;552:15;621:4,13

**ultimate (1)**
615:15

**ultimately (3)**
448:20;492:14;631:11

**unable (1)**
603:11

**uncertainty (5)**
431:13,20;432:3,7;628:8

**unconditional (3)**
546:5,11,20

**unconditionally (1)**
598:9

**under (27)**
326:19;327:8;348:8;
361:10;363:18;370:7;391:22;
395:19;407:6,411:25;412:8,
427:19;430:9;471:4;477:11;
490:12;516:24;519:4,8;
543:19;547:18;549:25;558:8;
562:17;579:24,25;580:19

**undergoing (1)**
417:5

**underline (1)**
433:18

**understand (68)**
326:19;329:23;343:16;
364:3,16;386:13;388:13;
391:25;392:17;394:14;
401:17;405:10,24;406:9;
407:3;409:25;410:2,6,14;
417:16,20,21;434:22;435:17;

436:18;444:17;453:19;
460:25;470:25;471:2,9,10,
482:14,21;489:7,11;492:24;
493:23;494:21;496:16.25;
505:25;506:3,517:19;521:25;
523:6;532:24;537:12;538:11;
539:8;540:22;546:2,8;549:22;
552:20;553:8;557:24;572:3;
574:6;576:3;577:2,3;584:16:
586:12;607:19;613:11;
626:25;628:16

**understanding (52)**
343:20;349:22;350:12;
365:3,25;383:16,25;386:20;
388:20;402:18;403:10;416:5,
9;428:8;435:7;436:13,
439:19;440:7;467:25;470:14;
473:9;478:8;479:7;484:19;
492:23;493:7;496:9;500:12;
502:5,6,515:12;516:2,520:20,
526:19,22,530:3,15,16,
536:15;537:20;538:7,17;
544:18,25;547:15,21;548:4;
557:10;572:16;599:18;601:5;
620:21

**understandings (3)**
455:13,19,25

**understood (15)**
409:22;415:17;418:22;
424:2;426:16;460:4;491:25;
493:14;527:10;535:24;548:5;
574:25;599:9;620:23;622:11

**undertake (4)**
361:12;362:4;481:21:
482:12

**undertaking (9)**
363:25;425:10;426:22;
480:11,18;481:16;506:21;
507:2;593:14

**undertakings (2)**

361:4;481:12

**undertook (2)**
482:15,24

**underwriter (1)**
342:12

**undisclosed (2)**
390:10;608:23

**unexpected (1)**
566:7

**unfairly (1)**
399:2

**unfolding (1)**
389:4

**unique (1)**
486:19

**unit (11)**
342:7;345:16;541:15;
546:3;553:12;558:3;559:19;
561:9;562:17;563:25;564:4

**United (3)**
381:25;383:23;384:10

**units (51)**
342:4;364:2;391:14;
392:18;393:7,11,17,20,22,25;
394:5,395:8,9,23;396:2,8,19;
448:8;470:11,22;471:13,21;
472:18;473:16,21;474:10;
477:10,14;500:7;526:20;
539:16;540:25;544:7,20;
547:6,22;548:14,19,20,23;
549:7,16,18,24;551:6;552:3,
10;556:12;558:20,25;620:8

**units' (2)**
547:7;558:23

**university (1)**
411:4

**unless (1)**
606:13

**unreliable (1)**
426:24

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

**Unsecured (1)**
546:13

**unsolicited (2)**
335:24;561:19

**un-subordinated (3)**
546:5,11,20

**unsuccessful (1)**
416:22

**until (14)**
362:14;404:12;408:4;
446:14;449:22;485:13;538:9;
544:21;547:16;548:21,21;
558:6;559:16;594:2

**up (32)**
352:17;401:22,22;403:17;
408:23;410:12;426:21;427:4;
433:3;437:19;443:24;456:23;
458:12;460:22;463:20;
466:21;478:7;495:16;498:9;
517:21;522:24;530:19;
537:23;539:13;571:16;
577:11;578:11,18;583:8;
594:15;607:16;626:16

**upon (1)**
547:23

**use (11)**
343:18;361:18;379:16;
403:2;411:5;437:15;463:3;
475:21;497:15;584:16,18

**used (7)**
356:11;433:9;487:5;
584:23;616:7;629:22;633:21

**useful (2)**
460:12;462:2

**using (6)**
384:6;475:19;503:14,18,25;
629:21

**usually (22)**
334:15;360:3;370:6;
388:24;422:9,9;445:20;446:6,

8;463:2;484:9;487:11;510:4;
528:15,16;568:21,23;586:4,9;
592:15;617:12;627:10

**V**

**vacuum (2)**
417:15;593:6

**validity (1)**
570:2

**valuable (1)**
629:15

**valuation (1)**
548:24

**valuations (1)**
413:15

**value (41)**
330:4;346:14,17,19;348:14;
390:22;395:10;414:9,16,18,
19,25;415:5,10;438:15,17,23;
439:15;464:5;473:21;479:18;
495:9;533:17;544:25;545:5;
547:22;555:20;562:18;570:4,
6,10,12,21;586:7;592:24;
594:15,22;600:23;627:15;
629:11;630:11

**Valued (3)**
448:18;594:16,16

**values (1)**
476:2

**valuing (3)**
438:4,11;629:15

**vanish (4)**
347:5;396:16;433:4;439:18

**vanishing (1)**
404:14

**various (4)**
590:22;612:9;617:22;
624:20

**vary (1)**

628:20

**vast (2)**
436:20;602:2

**vehicle (1)**
506:3

**vehicles (2)**
412:10,13

**veracity (1)**
581:8

**verify (1)**
550:17

**version (5)**
354:17,18;403:22,22;426:3

**via (1)**
341:5

**viable (3)**
428:10;512:24;524:7

**video (1)**
326:12

**VIDEOGRAPHER (30)**
326:10;334:23;335:6;
356:16,24;373:5,15;389:17;
390:6;408:9,16;450:15,19;
474:25;475:5;498:24;499:4;
513:21,25;524:17,21;541:8,
12;567:2,6;603:21,25;626:17,
21;632:3

**view (6)**
398:25;403:11;468:20;
469:21;580:19;625:3

**views (3)**
404:19;624:24;630:21

**VIGNA (28)**
408:19,21;426:2;429:4;
450:14;454:15;469:9;474:24;
484:3;494:10;496:22;513:8,
16,19;521:17;522:15,20;
524:16;529:4;541:5;555:15;
558:11;562:21;606:16;
607:18;608:4;626:14;630:19

**vis-a-vis (2)**
570:5;630:18

**visible (1)**
516:18

**Vision (12)**
394:21;441:21,22,24;442:4,
9,10,11,13,21,22,24

**vital (1)**
498:19

**vote (4)**
527:17,24;528:3,5

**votes (2)**
619:22;620:10

**voting (2)**
528:9;568:20

**W**

**wait (1)**
462:18

**waited (2)**
395:14;559:16

**waived (1)**
325:7

**wall (3)**
342:18,20,21

**WALSH (31)**
326:16;334:19;337:4;
340:8;343:8;348:7,356:13;
361:21;363:2;365:7;373:3,
376:15;377:14;382:9;384:7;
386:6,11;389:16;405:23;
406:8;408:7,24;409:14;
423:23;433:9,15;466:14;
481:6;482:10;506:8;571:16

**wanted (9)**
331:18;336:5;396:7;
403:19;404:5;409:21;465:10;
507:17;624:18

**warned (1)**

556:16

**warning (5)**

424:21;428:3,7;434:24;

435:13

**way (37)**

328:12;342:9;364:2;

365:23;371:2;377:6;388:17;

391:20;401:15;402:9;404:21;

405:4;419:20;435:5;443:19:

446:24;451:13,16;460:6;

469:3;473:2;483:20;487:5;

488:16;493:20;496:14;

498:18;534:21;548:5;576:2;

583:18;585:21,23;606:13;

607:9,618:5;630:6

**ways (4)**

408:23;410:11;622:12:

630:4

**Wealth (11)**

390:25;412:11;506:15:

532:9,17;571:9;573:20;

595:19;603:18;627:9,10

**web (10)**

359:4;360:8;389:2;396:11;

402:16,16;469:23;554:16;

576:24;580:13

**website (9)**

401:9,10,13;426:3;429:10;

430:2,6,6;568:5

**weeks (1)**

603:3

**weird (1)**

475:21

**welcome (2)**

524:23;567:8

**Weren't (2)**

448:11;474:8

**western (3)**

476:11;553:4;602:23

**whatever (10)**

342:23;421:14;479:15;

531:7;545:21,548:11;569:13,

616:18;620:2,13

**what's (23)**

331:21;335:8,380:13;

382:19;385:2,390:8;405:17;

407:20;425:17;447:13;493:9;

503:7;519:16;540:22;554:6;

563:3,15,24;566:20;587:15:

597:22;608:10;609.16

**WhatsApp (3)**

445:23,24,446:3

**Whereupon (48)**

326:2;334:25;335:3;

337:15;340:9,345:12;356:18,

20;371:3,372:6;373:7,9,12,

374:20;376:9;377:16;387:2;

389:19;390:2;399:23;408:11,

13;425:12;450:17;475:3;

494.12;499.2;513:23;524:19:

529:6;541:10,553:13;558:13,

560:8;562:23;567:4;576:8;

595:2;596:16;597:20;603:23;

608:6;610:4;611:5;614:3;

625:16;626:19;632:5

**wherever (1)**

441:16

**whether (33)**

328:5;358:15;378:24;

416.10;434.5;463:19;471:23;

472:16;475:7;484:3;488:12;

490:6;492:13;524:6;527:17;

543:24;544:2;575:23,23,23;

582:20;606:4;613:22;619:3;

621:18;622:4,4,7,13,16;623:2,

14;624:24

**White (2)**

349:20;350:12

**whole (16)**

368:25;376:3,433:4;

446:13;447:12;449:5;468:17,

18;481:17;495:14,18,548:15;

593:23,24;594:2;605:17

**wholly (1)**

510:5

**whose (2)**

532:10,17

**wife (3)**

396:14;434:2;464:10

**willing (3)**

348:11;463:24;630:10

**willingness (1)**

341:4

**wipe (1)**

330:4

**withdrawals (1)**

340:20

**withdrew (1)**

456:18

**within (5)**

325:13;326:8,379:25;

505:10;633:18

**without (9)**

395:5;426:23;486:15;

495:8;518:19,539:11,11;

561:23;613:15

**witness (31)**

326:6;345:12;353:2;

372:25;374:20;382:8;386:5,7,

16;417:21,418:14;432:12:

437:12;444:7,450:12;454:10;

456:17;458:24;459:2;469:14;

474:23;498:22;524:12;560:8;

563:14;596:16;597:20;607:6.

20;610:4;633:4

**WNC (1)**

335:13

**word (18)**

379:16;402:16;410:5,

425:11;430:11,15;433:9,11;

475:19;484:19;487:5;503:14,

18;563:20;589:12;621:9;

629:21,22

**wording (5)**

392:11;500:14;505:9;

542:11;600:25

**words (2)**

475:22;547:8

**work (10)**

334:12,16;351:18,19;

383:21;424:4;489:22,516:8;

593:3;601:11

**worked (4)**

364:2;429:16;526:21;569:4

**working (2)**

385:4;442:22

**works (2)**

349:11;527:23

**world (1)**

465:12

**worrying (1)**

464:7

**worse (1)**

479:19

**wrap (1)**

626:15

**write (6)**

355:10,19;386:17;432:18;

575:22,24

**write-offs (2)**

341:6,344:25

**writes (4)**

341:2;351:24;555:17;592:2

**written (9)**

356:10;443:10,15,19,21,23;

444:11;512:9;591:24

**wrong (12)**

336:4;448:9;463:13;

469:19;505:20;514:23,24,

528:24;547:15;548:25;

577:25;587:20

**wrongly (1)**
396:12

**wrote (4)**
353:11;555:6,25;583:21

## Y

**Yacher (8)**
328:25;390:10,17;560:3,17;
561:15;608:22;610:24

**year (24)**
328:13;339:22;369:24;
388:2,7;397:21;422:5;425:20;
433:24;443:2;452:20,22;
467:8;509:8,14,18;544:22;
547:11;571:21,22,22;596:9,9;
617:11

**years (12)**
328:2;361:21;362:15,15;
403:14;441:3;446:24;460:23;
500:2,18;571:21;627:21

**yesterday (33)**
327:11,13,15,20;346:10;
360:7;363:3,14;364:4,6,9;
391:20;413:15;422:2;423:23;
424:6;425:7;433:10;439:8;
441:20;444:2;455:5;458:17;
493:18;516:21;553:21;
555:14;572:9,23;575:21;
582:10;594:7;627:3

**yield (1)**
627:24

**yielding (2)**
577:8,9

**York (20)**
326:9;383:9,15;386:9,13;
391:22;395:20;471:5;544:14;
545:4,19,22;550:21,22,25;
552:6,7,16;553:5;557:13

**young (1)**
531:17

**yourself (6)**
355:7;410:25;450:10;
461:15;488:4,624:2

## Z

**zero (8)**
498:8,16,16;604:17;605:3,
20;606:5;610:13

## 0

**0.22 (1)**
629:4

**025 (1)**
611:20

## 1

**1 (1)**
326:11

**1.4 (1)**
593:11

**1.9 (2)**
426:19;436:2

**1:08 (2)**
408:12,17

**10 (4)**
344:4;428:22;430:8,15

**10:06 (1)**
335:7

**10:39 (1)**
356:17

**10:51 (1)**
356:25

**100 (1)**
456:12

**104,513 (1)**

430:23

**11 (5)**
401:3,5;424:11;516:25;
517:7

**11:11:43 (1)**
584:2

**11:14 (1)**
373:6

**11:25 (1)**
373:16

**11:48 (1)**
389:18

**11:59 (1)**
390:7

**110 (1)**
467:11

**119 (2)**
360:11,16

**11-point-something (1)**
593:8

**11th (1)**
560:5

**12 (3)**
331:25;335:10;371:12

**12/2/3 (1)**
462:23

**12:23 (2)**
408:10,12

**120 (2)**
532:6,14

**132 (4)**
432:23;433:4,20;571:14

**14 (1)**
353:11

**15 (2)**
615:9;627:21

**154 (2)**
366:10,11

**16 (1)**
449:23

**16,66 (1)**
516:23

**175 (10)**
367:8,9,9,10;519:2,8:
522:12,16,24,25

**178 (2)**
507:23,24

**18 (1)**
576:14

**18th (1)**
353:13

**19 (4)**
381:23;382:9;387:22;
589:15

## 2

**2 (8)**
408:17;462:14,15;475:2;
480:8,514:9;558:6;578:3

**2.5 (1)**
448:15

**2/3 (1)**
462:17

**2/4/12 (1)**
462:21

**2:14 (1)**
450:15

**2:27 (1)**
450:20

**20 (6)**
335:13;337:3;439:17;
445:14;520:10;585:20

**200 (5)**
521:4,8,9,10,14

**2008 (5)**
369:24;496:4;521:19;
522:4;523:5

**2009 (20)**
369:25;371:15;372:23;

Atlantica Holdings, Inc. v.
Sovereign Wealth Fund

Confidential

Claudio Khamis
December 7, 2018

373:19;374:9;439:4,5,6,7,
440:21,24;489:18;490:7;
496:4;521:19;522:4;523:5;
572:18;573:5;631:9

**201 (5)**
520:7;521:3,9;522:14;
523:2

**2010 (59)**
332:16;335:13,25;339:22,
23;346:23,23,24;361:7;
362:11,21,25;364:13,20;
365:2,13,20;366:3;367:22;
368:3;370:3;371:9;382:11;
384:8;423:25;425:21;428:20;
430:24;435:23;439:2;467:4;
485:12;489:18;490:4,8;496:2,
4;514:6,9,22;515:9;521:18;
523:4;530:8;531:13;534:20;
540:12;542:20;572:18;573:5;
578:25;589:17;599:7,25;
601:18;602:13;623:15;631:9,
12

**2010's (1)**
424:20

**2011 (41)**
341:14,17;364:7;388:5;
392:5,16,16;393:8;394:22;
395:22;423:25;467:2,13;
471:15;474:8;475:12;496:20;
535:25;537:3;554:7;556:17;
557:2,17;572:18;573:5;575:5,
576:14;580:9;590:5,7,21;
592:20,20;596:3;598:16;
600:6;603:5,11;604:9,11;
608:24

**2012 (88)**
329:6,13,17;330:10;331:25;
333:23;334:4;335:10,22;
336:2,4,7,16,25;337:11,19,20;
338:7;339:24;340:14,22;

343:3;344:4,13,14;346:16;
347:10;348:20;352:9,12,
353:11;357:6;373:20;375:5;
377:24;385:17;387:7,13,23,
25;388:2,6,7,11,15,22;393:8,
21;447:4,13,15;448:4;462:6,
7;463:15;465:15;467:18;
468:21;469:22;518:5;540:12;
542:21;548:21;555:2;560:5,
561:14;582:25;590:4;595:14,
22,23;596:6,599:9,16;601:16;
602:12;610:19,19;612:20;
614:21;618:22,24;619:2,7,22;
620:11,17;622:24

**2013 (1)**
381:16

**2014 (1)**
442:25

**2015 (2)**
328:14;449:23

**2016 (6)**
328:4,9,13,15;529:24,25

**2018 (2)**
412:6;611:19

**2020 (4)**
544:21;547:11,13;559:16

**2025 (2)**
344:7;605:3

**21st (1)**
352:11

**22 (2)**
349:9;351:25

**23 (4)**
513:6,7,17;514:4

**24 (6)**
338:3;479:22;480:2;
528:19;572:7;589:6

**25 (2)**
440:21;587.2

**26 (1)**

466:18

**26th (1)**
390:20

**27 (1)**
358:20

**28 (3)**
589:23;591:2,8

**29 (4)**
590:11;604:9,11;608:24

**2B (1)**
541:16

**2nd (3)**
513:10;514:6,22

---

**3**

---

**3 (3)**
475:6;480:7;578:3

**3:01 (1)**
475:2

**3:12 (1)**
475:6

**3:48 (1)**
498:24

**30 (6)**
554:7;556:17;557:2,17;
596:3;633:18

**300 (2)**
424:7;509:14

**30th (4)**
369:25;515:7,8;596:24

**31 (2)**
369:24;425:21

**310 (2)**
566:19,21

**311 (2)**
566:15,17

**3153 (1)**
580:19

**31st (1)**

430:24

**32 (8)**
362:17;500:5,8;501:18;
504:19;505:3,8;604:4

**34 (2)**
401:4,5

**35 (5)**
458:13,16,17,24;555:13

**36 (2)**
342:25;582:9

**39 (4)**
326:3;328:24;336:20;337:7

**3rd (2)**
339:24;563:20

---

**4**

---

**4 (15)**
424:12;516:25;517:7;
540:4,8,9;567:7;577:12,14,
23;578:4,5;593:9,13;632:4

**4:03 (1)**
499:5

**4:25 (1)**
513:21

**4:26 (1)**
513:25

**4:40 (1)**
524:17

**4:50 (1)**
524:22

**40 (2)**
335:9;347:6

**41 (3)**
337:16,22;352:7

**42 (4)**
331:22;340:10,12;349:23

**43 (6)**
349:6;350:4;356:21;
359:18;479:22;480:3

**44 (3)**
  371:4,6,9

**4458 (1)**
  587:8

**45 (3)**
  353:10;372:7,9

**46 (6)**
  354:10;373:10,18,21;
  376:15,16

**47 (8)**
  373:13,19;374:14,16;
  376:17;437:6,7,8

**48 (3)**
  376:10,17,19

**49 (3)**
  335:4;377:17,20

**4th (2)**
  462:13;563:21

**5**

**5 (3)**
  340:14;612:20;613:18

**5.2 (1)**
  541:4

**5:00 (1)**
  530:10

**5:18 (1)**
  541:8

**5:24 (1)**
  541:13

**50 (4)**
  357:3;387:3,6;467:7

**50-50 (1)**
  394:7

**51 (2)**
  390:3,9

**52 (2)**
  399:24;400:2

**53 (2)**

**408:14;409:2**

**54 (2)**
  425:13,18

**55 (2)**
  529:7,11

**56 (2)**
  553:14,18

**564 (3)**
  540:5,8,9

**569 (2)**
  540:15;546:17

**57 (1)**
  558:14

**577 (1)**
  542:8

**58 (2)**
  562:24;563:4

**580 (2)**
  550:7;551:2

**59 (2)**
  576:9,14

**6**

**6 (1)**
  590:3

**6:04 (1)**
  567:2

**6:15 (1)**
  567:7

**60 (2)**
  595:3,7

**600 (2)**
  501:11;548:11

**61 (2)**
  608:7,11

**62 (2)**
  611:6,10

**63 (2)**
  614:4,8

**659 (3)**
  369:16,16,17

**66 (1)**
  467:13

**69 (4)**
  361:3;542:3,4,5

**7**

**7 (1)**
  593:9

**7:16 (1)**
  603:21

**7:24 (1)**
  604:2

**70 (19)**
  360:22,25;361:10,15,16,24,
  25;439:11;481:6,9,11,20,23;
  500:4;501:18;504:19;505:3,8,
  542:3

**700 (1)**
  480:23

**7607 (2)**
  612:15,22

**7608 (2)**
  612:15,23

**8**

**8 (5)**
  358:19;371:12;382:8;
  428:11,18

**8.75 (1)**
  583:6

**8:01 (1)**
  626:17

**8:09 (1)**
  626:21

**8:18 (2)**
  632:3,6

**9**

**9 (3)**
  428:21;529:16;530:2

**9.5 (1)**
  583:8

**9:00 (1)**
  607:15

**9:47 (1)**
  326:11

**9:57 (1)**
  334:23

**97.5 (1)**
  336:14